**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, I served a true and correct copy of:

(1) PLAINTIFF'S COMPLAINT FOR VIOLATION OF SECTION 7 OF THE CLAYTON ACT, 15 U.S.C. § 18, AND SECTION 5 OF THE FTC ACT, 15 U.S.C. § 45
(2) CIVIL COVER SHEET AND ACCOMPANYING ATTACHMENT
(3) SUMMONSES

D. Bruce Hoffman
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 974-1784
Email: bhoffman@cgsh.com

Joshua Lipton
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8226
Email: jlipton@gibsondunn.com

*Counsel for Defendant Edwards Lifesciences Corporation*

Michael S. McFalls
Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 508-4684
Email: michael.mcfalls@ropesgray.com

*Counsel for Defendant JenaValve Technology, Inc.*

/s/ Barrett J. Anderson
Barrett J. Anderson (D.C. 1024159)
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Ave, NW
Washington, D.C. 20580
Telephone: (202) 326-2237
Email: banderson1@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*