**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>*Plaintiff*,<br>v.<br>EDWARDS LIFESCIENCES CORPORATION,<br>and<br>JENAVALVE TECHNOLOGY, INC.,<br>*Defendants*. | Civil Action No.: 1:25-cv-2569 |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER**

Plaintiff Federal Trade Commission (the "Commission") has filed this action seeking an order preliminarily enjoining the Proposed Acquisition of JenaValve Technology, Inc. ("JenaValve") by Defendant Edwards Lifesciences, Corp. ("Edwards") as a violation of Section 7 of the Clayton Act, 15 U.S.C. § 18, and Section 5 of the FTC Act, 15 U.S.C. § 45. In the absence of temporary relief, Defendants can consummate the Proposed Acquisition after 11:59 p.m. Eastern Time on August 6, 2025. However, the Commission and Defendants have stipulated to a temporary restraining order under which Defendants will not consummate the Proposed Acquisition until after 11:59pm Eastern Time on (a) January 9, 2026, or (b) the fifth business day after the district court rules on the FTC's motion for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, whichever occurs earlier in time.

Plaintiff respectfully moves the Court for entry of a temporary restraining order consistent with the parties' stipulation. In accordance with Local Civil Rule 7(m), Plaintiff has discussed this motion with Defendants' counsel. Defendants do not oppose the motion.

A proposed order is attached.

Dated: August 6, 2025

Respectfully submitted,

*<u>/s/ Barrett J. Anderson</u>*
Barrett J. Anderson (D.C. 1024159)
Laura R. Hall (N.Y. 4337408)
Betty Jean McNeil (D.C. 888230599)
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Ave, NW
Washington, D.C. 20580
Telephone: (202) 326-2237; (202) 326-3282
Email: banderson1@ftc.gov; lhall1@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*