AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-02569-RC |
| Edwards Lifesciences Corporation, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date:   08/08/2025

/s/ Dylan Naegele
*Attorney's signature*

Dylan Naegele (DC Bar - 1670918)
*Printed name and bar number*

Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
*Address*

dnaegele@ftc.gov
*E-mail address*

(202) 326-2433
*Telephone number*

(202) 326-2655
*FAX number*