UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>         Plaintiff,<br>   v.<br><br>EDWARDS LIFESCIENCES, CORPORATION<br><br>   and<br><br>JENAVALVE TECHNOLOGY, INC.<br><br>         Defendants. | Civil Action No. 1:25-cv-02569-RC |

**JOINT STATUS REPORT**

The parties submit this Joint Status Report to notify the Court of agreed changes to the schedule for expert discovery in accordance with Section F.10 of the Joint Stipulated Case Management Order ("CMSO") (Dkt. No. 58), which permits the parties to modify deadlines by agreement. Below is a chart showing the dates as set in the CMSO and those now agreed to by the parties:

| | **CMSO Date** | **New Agreed Date** |
|---|---|---|
| Plaintiff Serves Opening Expert Reports | Oct. 6 | Oct. 12 |
| Defendants Serve Rebuttal Expert Reports | Oct. 17 | Oct. 23 |
| Plaintiff Serves Reply Expert Reports | Oct. 27 | Nov. 2 |
| Close of Expert Discovery | Nov. 7 | Nov. 13 |
| Daubert Motions, if any | Nov. 10* | Nov. 14 |
| Responses to Daubert Motions, if any | Nov. 13* | Nov. 16 |

The starred dates remain the applicable deadlines for all other motions *in limine* that the parties may file.

1

Dated: September 19, 2025                    Respectfully submitted,

/s/ Laura R. Hall
Laura R. Hall (N.Y. Bar No. 4337408)
Barrett J. Anderson (D.C. Bar No. 1024159)
Lisa De Marchi Sleigh (D.C. Bar No. 485853)
Jay Tymkovich (D.C. Bar No. 241366)
Hilla Shimshoni (D.C. Bar No. 1033015)
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Telephone: (202) 326-3282
Email: lhall1@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*

/s/ Joshua Lipton
Joshua Lipton (D.C. Bar No. 461731)
Michael J. Perry (D.C. Bar No. 1047965)
Jamie E. France (D.C. Bar No. 1010887)
Stephanie Pearl (D.C. Bar No. 1047293)
Logan Billman (D.C. Bar No. 1764775)
Connor Leydecker (D.C. Bar No. 90005630)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8226
Email: jlipton@gibsondunn.com
Email: mjperry@gibsondunn.com
Email: jfrance@gibsondunn.com
Email: spearl@gibsondunn.com
Email: lbillman@gibsondunn.com
Email: cleydecker@gibsondunn.com

D. Bruce Hoffman (D.C. Bar No. 495385)
Ryan A. Shores (D.C. Bar No. 500031)
Jeremy J. Calsyn (D.C. Bar No. 495385)
Jacob M. Coate (D.C. Bar No. 263084)
Kelton E. Anderson (D.C. Bar No. 90006114)

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Ave., N.W.
Washington, D.C. 20037
Telephone: (202) 974-1500
Email: rshores@cgsh.com
Email: bhoffman@cgsh.com
Email: jcalsyn@cgsh.com
Email: jcoate@cgsh.com
Email: keanderson@cgsh.com

*Counsel for Defendant*
*Edwards Lifesciences Corporation*

*/s/ Jonathan Klarfeld*
Jonathan Klarfeld (D.C. Bar No. 1025315)
Michael S. McFalls (*pro hac vice*)
Samer M. Musallam (D.C. Bar No. 986077)
Elizabeth T. McInerney (*pro hac vice*)
Michael Stork (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 508-4600
Email: Jonathan.Klarfeld@ropesgray.com
Email: Michael.McFalls@ropesgray.com
Email: Samer.Musallam@ropesgray.com
Email: Elizabeth.McInerney@ropesgray.com
Email: Michael.Stork@ropesgray.com

Matthew L. McGinnis (*pro hac vice*)
Sandra H. Masselink (*pro hac vice*)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Email: Matthew.McGinnis@ropesgray.com
Email: Sandra.Masselink@ropesgray.com

*Counsel for Defendant*
*JenaValve Technology, Inc.*