**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br>v.<br><br>EDWARDS LIFESCIENCES, CORPORATION<br><br>and<br><br>JENAVALVE TECHNOLOGY, INC.<br><br>Defendants. | Civil Action No. 1:25-cv-02569-RC<br><br>Hon. Rudolph Contreras |

**FEDERAL TRADE COMMISSION'S MOTION FOR STAY OF PROCEEDINGS IN LIGHT OF UNITED STATES GOVERNMENT CESSATION**

Plaintiff Federal Trade Commission ("FTC" or "Commission") hereby moves for a stay of all proceedings in the above-captioned case.

1. At 11:59 p.m. on September 30, 2025, the continuing resolution that had been funding the FTC expired and appropriations to the Commission lapsed. The Commission does not know when funding will be restored by Congress.

2. Absent an appropriation, FTC attorneys are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Accordingly, the Commission's policy upon the lapse of congressional funding is to seek a stay of all pending litigation.

3. Undersigned counsel for the FTC therefore respectfully requests this Court stay all proceedings in this case until Congress has restored appropriations to the FTC.

4. If this motion for a stay is granted, undersigned counsel will notify the Defendants and the Court as soon as Congress has appropriated funds for the Commission. The Commission requests that, at that point, the parties promptly meet and confer to propose new deadlines as appropriate based on the duration of the lapse in appropriations. If the Court denies this motion, the FTC will comply with the Court's order, which would constitute express legal authorization for the activity to continue.

5. Defendants intend to oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves for a stay of all proceedings until FTC attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025

Respectfully submitted,

*/s/ Laura R. Hall*

Laura R. Hall (N.Y. Bar No. 4337408)
Barrett J. Anderson (D.C. Bar No. 1024159)
Lisa De Marchi Sleigh (D.C. Bar No. 485853)
Jay Tymkovich (D.C. Bar No. 241366)
Jacob Danziger (MD Bar No. 1412160201)
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Telephone: (202) 326-3282
Email: lhall1@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*