**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:      25-2569 (RC) |
| | : | |
| v. | : | Re Document Nos.:    1, 104 |
| | : | |
| EDWARDS LIFESCIENCES CORP., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### GRANTING PLAINTIFF'S PETITION FOR A PRELIMINARY INJUNCTION

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, the Federal Trade Commission's petition for a preliminary injunction (ECF Nos. 1, 104) is **GRANTED**.  It is hereby:

**ORDERED** that Edwards and JenaValve are preliminarily enjoined, pending the conclusion of the administrative trial that the FTC has initiated, from taking any further steps to consummate the Proposed Acquisition or any related transactions, stock assets, or acquisition of any other interests of one another either directly or indirectly; and from carrying out any other agreement, understanding, or plan by which Edwards would acquire control over JenaValve or any of its assets; and it is

**FURTHER ORDERED** that the Court will retain jurisdiction and maintain the status quo until such administrative trial is concluded.

**SO ORDERED**.


Dated:  January 9, 2026                                          RUDOLPH CONTRERAS
                                                                        United States District Judge