IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| Federal Trade Commission,<br><br>*Plaintiff*,<br><br>v.<br><br>Edwards Lifesciences Corporation,<br><br>and<br><br>JenaValve Technology, Inc.,<br><br>*Defendants*. | Case No. 1:25-cv-02569 (RC)<br>Judge Rudolph Contreras |

### NOTICE OF FILING OF PUBLIC VERSIONS OF EXHIBITS AND DEMONSTRATIVES ADMITTED AT TRIAL

Filed herewith are public versions of exhibits and demonstratives admitted at trial that contain confidential information. The public versions include redactions, as required, to comply with Court Orders regarding confidentiality of party and non-party material.

February 11, 2026

Respectfully submitted,

*/s/ Ryan Shores*
Ryan A. Shores (500031)
D. Bruce Hoffman (495385)
Jeremy J. Calsyn (467737)
Blair West Matthews (1049159)
Jacob M. Coate (263084)
Kelton E. Anderson (90006114) (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave, NW
Washington, DC 20037
202-974-1702
rshores@cgsh.com
bhoffman@cgsh.com
jcalsyn@cgsh.com
jcoate@cgsh.com
keanderson@cgsh.com

Joshua Lipton (461731)
Michael J. Perry (1047965) (*pro hac vice*)
Jamie E. France (1010887) (*pro hac vice*)
Stephanie Pearl (1047293) (*pro hac vice*)
Logan Billman (1764775) (*pro hac vice*)
Connor Leydecker (90005630) (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036
(202) 955-8226
jlipton@gibsondunn.com
mjperry@gibsondunn.com
jfrance@gibsondunn.com
spearl@gibsondunn.com
lbillman@gibsondunn.com
cleydecker@gibsondunn.com

*Counsel for Edwards Lifesciences Corporation.*

*s/ Samer Musallam*
Samer M. Musallam (pro hac vice)
Jonathan Klarfeld (D.C. Bar No. 1025315)
Michael S. McFalls (pro hac vice)
Elizabeth T. McInerney (pro hac vice)
Michael Stork (pro hac vice)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 508-4600
Jonathan.Klarfeld@ropesgray.com
Michael.McFalls@ropesgray.com
Samer.Musallam@ropesgray.com
Elizabeth.McInerney@ropesgray.com
Michael.Stork@ropesgray.com

Matthew L. McGinnis (pro hac vice)
Sandra H. Masselink (pro hac vice)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7000
Matthew.McGinnis@ropesgray.com
Sandra.Masselink@ropesgray.com

*Attorneys for Defendant JenaValve Technology Inc.*