DX-0191 - DX-0228
(see exhibit stamps bottom right corner)
DX-0191 (Pgs. 2-32)
DX-0196 (Pgs. 33-59)
DX-0197 (Pgs. 60-74)
DX-0228 (Pgs. 75-120)

**From:** Pooja Sharma[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C46B244837E1407F979BFBA449811905-POOJA SHARM]
**Sent:** Tue 1/28/2025 3:45:28 PM (UTC)
**To:** Larry Wood[Larry_Wood@edwards.com]
**Subject:** For this morning: SLT Presentations
**Attachment:** THV_SLT Jan 2025_Larry Wood_THV & AR_MASTER.pdf

Popping back on top of your inbox.

**Pooja Sharma Rao**
Senior Vice President, Marketing and Strategy
Transcatheter Heart Valves
Edwards Lifesciences
One Edwards Way
Irvine, CA 92614

---

**From:** Meredith Zia <Meredith_Zia@edwards.com>
**Sent:** Monday, January 27, 2025 8:55:11 AM
**To:** Larry Wood <Larry_Wood@edwards.com>
**Cc:** Pooja Sharma <Pooja_Sharma@Edwards.com>; Jeremy Bierman <Jeremy_Bierman@edwards.com>; Jackie Faulkner <Jackie_Faulkner@Edwards.com>
**Subject:** SLT Presentations

Hi Larry,

Attached are your slides for your BU update and AR update for Tuesday.

Best,
Meredith

1:25-cv-2569
FTC v. Edwards Lifesciences Corp. et al.,
DX-0191

# Senior Leadership Team Meeting

January 28, 2025

Edwards

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10256352
JUPTR_CP007_000120890

# THV: Leverage Early TAVR Globally, Strengthen Competitive Capability

**Larry L Wood**
CVP & Group President
Transcatheter Heart Valves & Surgical Structural Heart

Edwards

CONFIDENTIAL TREATMENT REQUESTED

# EARLY TAVR evidence represents a new frontier for patients and the medical community in the battle against this deadly disease

**The PARTNER Trial Series**
Symptomatic Severe AS



Largest, Most Rigorous Trials to Study AVR Therapy

**FDA Approved Trials, 8 NEJM Publications, >165 Peer Reviewed Publications**



**The EARLY TAVR Trial**
Asymptomatic Severe AS



First and Most Rigorous Pivotal Trial to Study The Disease

**FDA Approved Trial, Published in NEJM**

Edwards Lifesciences

# Early intervention was found to be superior to guideline-recommended clinical surveillance for the primary endpoint

## Primary Endpoint




## Primary Endpoint Components

| Endpoint – % (no. of pts w/ an event) | TAVR (N=455) | CS (N=446) | P-value |
|---|---|---|---|
| **Primary Endpoint** | **26.8% (122)** | **45.3% (202)** | **<0.001** |
| All-cause Death | 8.4% (38) | 9.2% (41) | --- |
| Any Stroke | 4.2% (19) | 6.7% (30) | --- |
| Unplanned CV Hospitalization | 20.9% (95) | 41.7% (186) | --- |

Median follow-up of 3.8 years

**No mortality or stroke penalty for early intervention**

1. TAVR for Asymptomatic Severe Aortic Stenosis: Results of The EARLY TAVR Trial. Presented by P Genereux, TCT 2024.
2. Philippe Généreux MD et al. Transcatheter Aortic Valve Replacement for Asymptomatic Severe Aortic Stenosis NEJM In Press Oct 28, 2024.



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10256355

JUPTR_CP007_000120890




CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10256356

JUPTR_CP007_000120890

Edwards Lifesciences

# Patients in clinical surveillance experienced rapid, unpredictable disease progression with significant decline in quality of life

## Signs & Symptoms at Time of Conversion to AVR




## Clinical Presentation of AVR Conversions

**Classification of Signs/Symptoms at Time of Conversion to AVR in CS Arm**

| Asymptomatic | Advanced Signs or Symptoms / Acute Decompensation |
|---|---|
| Includes pts who may have converted to AVR b/c they required additional medical procedures | NYHA III/IV |
| | Dyspnea |
| | Angina |
| **Progressive Signs or Symptoms** | Fatigue |
| | Dizziness |
| NYHA II | Syncope |
| Dyspnea | Atrial fibrillation |
| Angina | Ventricular arrhythmia |
| Fatigue | Resuscitated sudden death/cardiac arrest |
| Dizziness | Rehosp for HF and/or pulmonary edema |
| Increase in HF rx from baseline | LVEF drops to < 50% |
| ≥ 1.5 to < 3-fold increase in NT-proBNP compared to baseline* | ≥ 3-fold increase in NT-proBNP compared to baseline* |

*In pts w/ a pre-proc. NT-proBNP >375 pg/mL if they were aged ≤ 75 yrs or >1350 pg/mL if they were aged > 75 yrs at conversion to AV

**Patients in the trial had been pre-screened by the Heart Team, had a CT, and were treated with TAVR in an average of 32 days**

1. TAVR for Asymptomatic Severe Aortic Stenosis: Results of The EARLY TAVR Trial. Presented by P Genereux, TCT 2024.
2. Philippe Généreux MD et al. Transcatheter Aortic Valve Replacement for Asymptomatic Severe Aortic Stenosis NEJM In Press Oct 28, 2024.

Edwards Lifesciences

# The EARLY TAVR trial data simplifies the patient pathway for all severe AS patients without symptom assessment




**Patients with an echo indicating severe AS can be directly referred to the Heart Team for evaluation**

Edwards Lifesciences

# Key takeaways impacting treatment of symptomatic SAS patients today

**20%** **of patients had symptoms**

when subjected to a stress test - missing one in 5 patients on indication for AVR today

Patients progress very quickly to symptomatic, so

**annual follow-up is not sufficient**

patients should be aggressively followed with repeat visits at 90 days

Given rapid disease progression, **patients with SAS should be worked up (including a CT)** to understand their treatment plan to ensure that once they present with symptoms they can be treated rapidly in order to duplicate the low rate of mortality demonstrated in the EARLY TAVR clinical surveillance group

**Any patient with even the mildest of symptoms should progress immediately to therapy as appropriate**

Edwards Lifesciences

# Financial costs of treatment delays will drive SAS prioritization and hospital investment

Non-elective Cases are Significantly More Costly[1]




**2X** higher rate of unplanned CV hospitalization with clinical surveillance




**Our strategy includes a strong focus on the economic message to catalyze stakeholders to prioritize TAVR patients and invest in future capacity**

1. Optum Medicare Advantage Claims 2016-2022Q3. Procedure costs derived from Biome database (TAVR direct costs reflected)
2. TAVR for Asymptomatic Severe Aortic Stenosis: Results of The EARLY TAVR Trial. Presented by P Genereux, TCT 2024.
3. Philippe Généreux MD et al. Transcatheter Aortic Valve Replacement for Asymptomatic Severe Aortic Stenosis NEJM In Press Oct 28, 2024

Edwards Lifesciences

# The ACURATE IDE trial is the largest head-to-head trial studying an all-comers population

Prospective, multicenter, randomized study N=1500 patients with symptomatic severe native aortic stenosis indicated for TAVR

FDA

Operators pre-specify valve type to be used if randomized to Control

1:1 Randomization

| ACURATE *neo2* | Mixed Control |
|---|---|
| N=752 | N=748 |

| Control valve | N | Devices |
|---|---|---|
| Evolut | N=244 | CoreValve Evolut R, Evolut PRO, Evolut PRO+, Evolut FX |
| SAPIEN | N=504 | SAPIEN 3, SAPIEN 3 Ultra |

**Given a choice, implanters chose the SAPIEN 3 platform 2 out of 3 times**

Reardon M. One-year outcomes of Acurate neo2 vs approved TAVR devices in all-risk patients with severe AS: the ACURATE IDE trial. Presented at: TCT 2024. October 30, 2024. Washington, DC.

# The ACURATE IDE trial failed to meet non-inferiority of the clinical primary endpoint

NEWS › Conference News | TCT 2024

## ACURATE IDE Trial Misses Primary Endpoint in All-Risk TAVI Patients

The result calls into question the prospects of FDA approval for the Acurate neo2 valve, which is already in use globally.

by Todd Neale | OCTOBER 30, 2024

## Boston Scientific ACURATE neo2 aortic valve misses primary endpoint in trial

Oct. 30, 2024 2:18 PM ET **Boston Scientific Corporation (BSX) Stock** By: Jonathan Block, SA News Editor




| No. at risk | | | | | | |
|---|---|---|---|---|---|---|
| ACURATE *neo2* (N=752) | 752 | 733 | 711 | 676 | 651 | 617 |
| Control (N=748) | 748 | 737 | 723 | 706 | 695 | 654 |

Reardon M. One-year outcomes of Acurate neo2 vs approved TAVR devices in all-risk patients with severe AS: the ACURATE IDE trial. Presented at: TCT 2024. October 30, 2024. Washington, DC.

Edwards Lifesciences

# SAPIEN delivered best-in-class outcomes in the largest head-to-head randomized controlled FDA trial

ACURATE™ IDE

Safety Outcomes through 1 Year in ACURATE IDE




**SAPIEN 3**
**Patient Outcome Comparison:**

| | ACURATE | Evolut |
|---|---|---|
| CV Death | ↓2.5X | ↓1.7X |
| Disabling Stroke | ↓5X | ↓7X |
| ≥ Mod PVR | ↓19X | ↓23X |

Reardon M. One-year outcomes of Acurate neo2 vs approved TAVR devices in all-risk patients with severe AS: the ACURATE IDE trial. Presented at: TCT 2024. October 30, 2024. Washington, DC.

# This issue was not identified during the procedures of 80k patients in 50+ countries globally



Study Device:
ACURATE neo

60% higher sealing skirt on *neo2*



Study Device:
ACURATE neo2

**SCOPE I**

SCOPE I: Acurate Neo Comes Up Short for Severe Aortic Stenosis

Noninferiority with Sapien 3 at 30 days was not met, likely due to higher rates of PV leak and acute kidney injury for Acurate Neo.

**Failed against SAPIEN 3[1]**

Presented at TCT 2019

**SCOPE II**

Acurate Neo Fails to Match Results of CoreValve Evolut: SCOPE 2

Having failed noninferiority tests against two leading devices, Acurate neo's niche is now in question, experts said.

**Failed against Evolut[2]**

Presented at TCT 2020

**ACURATE™ IDE**

Boston Scientific Acurate neo2 TAVR misses primary endpoint in IDE trial

**Failed against SAPIEN 3 and Evolut[3]**

Presented at TCT 2024

# Patients need TAVR platforms studied through rigorous FDA IDE approval trials with transparency and independent oversight



Edwards Lifesciences

# Let's Talk About Stroke Specifically.....

ACURATE™ IDE

**Disabling Stroke at 1 Year in ACURATE IDE**




ACURATE (n=752) Evolut (n=244) SAPIEN 3 (n=504)

### The cost of stroke

For hospitals, the financial implications of all stroke include extended inpatient care, rehabilitation, and follow-up care.

**23%** HIGHER
Total average hospitalization cost[11]

**4.2** DAYS
Longer average length of stay[11]

**31%** HIGHER
Average hospital readmission rate[11]

### The high cost of disabling stroke

Disabling stroke substantially increases both short- and long-terms treatment costs. For patients, the need for long-term care, skilled nursing, and rehabilitation facilities drives up costs by as much as 121%.[12]

ACUTE
**$17,275**
Post-procedural neurocognitive decline[13]

1-YEAR
**$59,646**
One-year post-stroke cumulative cost[14]

LONG-TERM
**$140,048**
Long-term post-stroke cumulative cost[15]

Abbreviations: IDE = investigational device exemption

Edwards Lifesciences

# The differentiation in stroke is not only important for patients, but critical to hospital economics




## The high cost of disabling stroke

Disabling stroke substantially increases both short- and long-terms treatment costs. For patients, the need for long-term care, skilled nursing, and rehabilitation facilities drives up costs by as much as 121%.[12]

| ACUTE | 1-YEAR | LONG-TERM |
|---|---|---|
| $17,275 | $59,646 | $140,048 |
| Post-procedural neurocognitive decline[13] | One-year post-stroke cumulative cost[14] | Long-term post-stroke cumulative cost[15] |

Boston Scientific

| Disabling Stroke at 1-year | TAVR site volume | Patients with Stroke | Cumulative cost Post-Stroke 1-Year | Cumulative cost Post-Stroke Long-term |
|---|---|---|---|---|
| 2.9% | 250 | 7.3 | ~$430K | >$1M |
| 0.4% | 250 | 1.0 | ~$60K | ~$140K |

**Cost savings with SAPIEN:** ~$370K ~$875K

https://www.bostonscientific.com/en-US/medical-specialties/structural-heart/sentinel-cerebral-protection-system/stroke-statistics.html

Abbreviations: IDE = investigational device exemption


Let's put this into practical terms…




VISA
Competitor Café
1–Chicken Dinner $65.00
20% Rancid Discount
1– La Crema Chard $15.00
SubTotal: $80.00
Discount: $-13.00
SubTotal: $67.00
Tax(8%): $5.36
Total: $72.36
Thank you for dining with us
Intended for humorous purposes only

Edwards Lifesciences

# Our investments in evidence and technology leadership have enabled TAVR growth in Symptomatic Severe AS to date



Edwards Lifesciences

# The Edwards TAVR platform remains highly differentiated as the best-suited technology for patients with Aortic Stenosis

**1 Million Patients Treated**



| Life | Time | Management |
|---|---|---|
| **99%** alive and well at 1-year[1] | **90%** survival at 5-years[2] | **THV-in-THV indication** |

# Actioning the AR Opportunity

**Larry L Wood**
CVP & Group President
Transcatheter Heart Valves & Surgical Structural Heart

Edwards

Edwards Lifesciences

# Aortic Regurgitation is a Deadly Disease That Goes Untreated

## US ssAR In-System TAM (65+ years old) of ~100k[1]




Implies a [redacted] opportunity in the US

## Significant Undertreatment of Diagnosed In-System ssAR[2]

**Treatment within 1-year of diagnosis**




## High mortality if left untreated

**1-year mortality rate of diagnosed ssAR patients[1]**




(1) JenaValve TAM and internal estimates. (2) Thourani et al. Treatment Patterns, Disparities, and Management Strategies Impact Clinical Outcomes in Patients with Symptomatic Severe Aortic Regurgitation. Structural Heart. 2021. (3) ALIGN-AR 1-year all-cause mortality (N=180) | Abbreviations: SAVR = surgical aortic valve replacement; ssAR = severe symptomatic aortic regurgitation; TAM = total addressable market; TAVR = transcatheter aortic valve replacement

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10256374

JUPTR_CP007_000120890

Edwards Lifesciences

# We are focused on tailoring the technology to the patient to develop the therapy

## Who is the patient?




### Symptoms are often similar to AS:

- Shortness of breath
- Tiredness and weakness
- Irregular heartbeat
- Lightheadedness or fainting

## Why is a unique solution required?

AR Patient Complexities[1]



- Non-calcified leaflets
- Large aortic annuli
- Dilated aortic root
- High stroke volume
- Variable aortic anatomies
- Increased risk of conduction disturbance

1. Costanzo P et al. Transcatheter Aortic Valve Implantation for Severe Pure Aortic Regurgitation With Dedicated Devices. Interv Cardiol. 2022

# We Are Well Positioned to Lead The Next Frontier of Aortic Valve Disease Treatment

JC Medical



**Integration complete**

JENAVALVE



**Regulatory review underway**

Edwards Lifesciences

# We Have Begun the Journey of Establishing a New Category of TAVR-AR with Clinical Evidence Generation

THE JOURNEY TRIAL



**Up to 30 Total Sites**



25 sites



5 sites

**Trial Design**
(n=194 patients)

**Multicenter, prospective, single-arm evaluation of patients with symptomatic ≥ 3+ aortic regurgitation* at high-risk for SAVR**

**Trancatheter Heart Valve Implantation**
(J-Valve)

**Safety endpoint**
Composite safety outcomes at 30 days

**Efficacy endpoint**
All-cause mortality at 1-year

**Multimodality diagnostic assessment to determine AR severity by echocardiography and CMR criteria*

**Completed the first series of cases and submitted data to the FDA**

Abbreviations: AR = aortic regurgitation; CMR = cardiac magnetic resonance [imaging]; SAVR = surgical aortic valve replacement; TAVR = transcatheter aortic valve replacement

Edwards Lifesciences

# A step-wise development plan for the J-Valve design supports Speed of Innovation and minimizes risk

## Gen 1.0



- **Clinical version as developed by JC Medical**

[redacted]

Edwards Lifesciences

# Introducing the SOJOURN TAVR-AR System

## Leading the Next Frontier in Aortic Regurgitation Treatment



**SOJOURN**

SŌ - jərn

SOJOURN means *a purposeful journey*, reflecting our conscious commitment to expanding patient care in structural heart.

This new name honors our shared legacy, with the "S" paying homage to SAPIEN and the "J" to JC Medical's J-Valve and the Journey trial.

**Did you know?**

The SOJOURNER was NASA's first ever rover to land on Mars. Transmitting 2.3 billion bits of data, it was a "first" and defined the path for the Spirit, Opportunity and Curiosity rovers to follow.

Edwards Lifesciences

# In the 5-months since deal close, the team has been nimble and adaptable to maintain development speed and innovation

**2024** | **2025**

Aug | Sept | Oct | Nov | Dec | Jan

JC Medical
Edwards
**Acquisition announcement**

**Gen 1.1 Testing Completed**
*(~1 month from deal close)*

**JCM Info Transfer / On-boarding**

**Clinical Training / Kick-off**

THE JOURNEY TRIAL
**First patient treated**
*(within ~2 months of deal close)*

[redacted]

***Speed of Communication:***
*Close core team collaboration to ensure early clinical feedback is* [redacted]

*On-going case support*

Edwards

Helping Patients is Our Life's Work, and *life is now*

Message

**From**: Steve Sloan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5D433786D2614512941F72189B96C06A-DFBB9DB6-E2]
**Sent**: 2/11/2025 11:22:34 PM
**To**: Irma Darmali [Irma_Darmali@edwards.com]; Finn Haley [Finn_Haley@edwards.com]
**CC**: John Kilcoyne [kilcoyne@jenavalve.com]; Tim Becaj [becaj@jenavalve.com]
**Subject**: CRF Agreement for ARTIST Trial
**Attachments**: CRF MSA WO (ARTIST Echo Core Lab) _Feb 11 2025.pdf

Hi Finn & Irma,

Attached is our draft agreement with CRF, there are still a couple of minor things we are still negotiating.

The agreement is for [redacted] and covers the entire 10-year trial timeline. Please let us know if you have any questions or comments.

We plan to sign this agreement this week.

Regards,
Steve

**Steve Sloan**
Vice President, Finance

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1012
E-Mail: sloan@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

CRF Clinical Trials Center

# Work Order for Clinical Trials Center Services

JENAVALVE Designed with the patient at heart

| | |
|---|---|
| **Study Name:** | **ARTIST** |
| **Work Order Number:** | **JENA0-12795** |

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Message

**From:** Meredith Zia [Meredith_Zia@edwards.com]
**Sent:** 2/14/2025 3:27:33 PM
**To:** Aseem Mujtaba [Aseem_Mujtaba@edwards.com]; Tim Rumbaugh [Tim_Rumbaugh@edwards.com]; Julie Cuervo [Julie_Cuervo@edwards.com]; Jeremy Bierman [Jeremy_Bierman@edwards.com]; Pooja Sharma [Pooja_Sharma@Edwards.com]; Laksen Sirimanne [Laksen_Sirimanne@Edwards.com]; Jeffrey Blatnik [Jeffrey_Blatnik@Edwards.com]; Jaime Wheeler [Jaime_Wheeler@edwards.com]; Assaf Bash [Assaf_Bash@Edwards.com]; Ken Eliasen [Ken_Eliasen@edwards.com]; Scott Beggins [Scott_Beggins@edwards.com]
**CC:** Jillian Oto [Jillian_Oto@edwards.com]; Carla Cerqueira [Carla_Cerqueira@edwards.com]
**Subject:** Re: Strategic Portfolio and Program Review
**Attachments:** Portfolio Packet_SPPR 12Feb 2025[10].pdf

Hi All,

Attached are the Dashboards, Portfolio roadmaps and competitive summary. As discussed this week, changes can be highlighted in a pre-read and discussed during the meeting as relevant. Please see provide any feedback you have to myself or Jillian.

Thank you!
Meredith

---

**From:** Aseem_Mujtaba@edwards.com
**When:** 10:00 AM - 12:00 PM February 12, 2025
**Subject:** Strategic Portfolio and Program Review
**Location:** IRV RH LINC FL2 Exec Conf Rm (18)

Meeting Agenda:

| Topic | Owner | Time | Notes |
|---|---|---|---|
| Purpose of SPPR | Pooja | 10 mins | • Highlight reasons for shift and expectations of LT |
| Portfolio Governance and Overview | Meredith & PMO | 15 mins | • Share portfolio dashboards and intent |
| S-Sheath: Value alignment, Clinical Plan & Resource Challenges | David / Tim | 45 mins | • S-Sheath value proposition and predicate sheaths comparison<br>• Clinical EHU Plan<br>• Program timeline with key decision points<br>• Resource constraints |
| Next Gen Discussion | Mike B. / Thales | 30 mins | • S3UR on X4 |
| Long LT Topics Alignment | Pooja | 10 mins | • Align on topics for upcoming LT session |
| Wrap-up | Aseem | 10 mins | • Review minutes<br>• Discuss topics for next session |

1:25-cv-2569
FTC v. Edwards Lifesciences Corp. et al.
DX-0197

**Microsoft Teams** Need help?

## Join the meeting now

Meeting ID: 225 062 522 632

Passcode: u4pT3DK9

---

**Dial in by phone**

+1 213-493-5920,,258040383# United States, Los Angeles

(877) 568-5175,,258040383# United States (Toll-free)

Find a local number

Phone conference ID: 258 040 383#

For organizers: Meeting options | Reset dial-in PIN

---

# SPPR - Portfolio Packet

February 12, 2025

Edwards

CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences [redacted]

# SAPIEN X4 Enhanced Program Dashboard

*As of Feb 12, 2025*

[redacted]

Notes: 1) eSheath Optima listed as the anticipated primary sheath for the X4 Enhanced System. eSheathX assumed as a back-up. 2) aViV = aortic valve-in-valve including TAV-in-SAV and TAV-in-TAV; LT = [THV] Leadership Team; mViV/R = mitral valve-in-valve and mitral valve-in-ring; PR = Program Review



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# Nexus Program Dashboard

*As of Feb 12, 2025*

[redacted]

Notes: 1) For each Nexus step and system configuration, the primary sheath is listed. eSheathX assumed as a back-up.

Edwards Lifesciences

# Edwards TAVR Portfolio Snapshot

Key: S-Sheath | X4 | AR | Optima | Nexus

Edwards

| 2025 | | 2026 | | 2027 | | 2028 | | 2029 | | 2030 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 | 1H | 2H |

S3U RESILIA
Q4 2022

[redacted]

SOJOURN (J-Valve) Q3

[redacted]

S3U RESILIA
Q1 2023

[redacted]

JenaValve Trilogy
Q2 2021

S3U RESILIA
Q2 2024

[redacted]

SOJOURN (J-Valve) Mid-2029[1]

[redacted]

SAPIEN 3
Q2 2020

[redacted]

1) Assume MDR submiss [redacted]

4




CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10108453

JUPTR_CP028_000200508

Edwards Lifesciences

# TAVR Landscape - Japan

Key: S-Sheath X4 AR Optima Nexus Limited date intel

| 2025 | | 2026 | | 2027 | | 2028 | | 2029 | | 2030 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 | 1H | 2H |

[redacted]

Edwards

## Competition


1H[1]

MDT
Evolut FX+

BSX
ACURATE Prime
*Potential entry*
(All Risk)


*1H[1] - TBD*
*(Pending outcome of missed trial endpoint)*


Q1[2]

Meril Octacor
*Potential entry*

2028[1]
MDT Moderate
AS Indication


2028+[1]

Venus MedTech
Venus-PowerX (SEV)
*Potential entry*

Updated: Feb 13, 2025

(1) Internal regional team estimate (2) Japan Lifeline (distributor for Meril) December 2024 Investor Presentation – targeting regulatory approval around FYE2027 (Q1 2027)

Edwards Lifesciences

# TAVR Landscape - EU

Key: S-Sheath | X4 | AR | Optima | Nexus | Limited date intel

| | 2025 | | 2026 | | 2027 | | 2028 | | 2029 | | 2030 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 | 1H | 2H |

Edwards

Trilogy Q2 2021

S3UR Q2 2024

[redacted]

## Competition

ABT Navitor Vision / Titan (High Risk) [Approved in UK / Ireland] — 1H[2]

ABT Int / Low Risk SAS Indication — 2H

Anteris DurAVR (BEV) *Potential entry* (All Risk) — 2H[5]

Venus MedTech Venus Vitae (BEV) & PowerX (SEV) *Potential entry* — 1H[4]

Updated: Feb 13, 2025

1) Assume MDR submission within 1Q of US submission + 12mo review duration 2) Internal regional team estimate 3) Est. primary endpoint completion Jun 2025 for VANTAGE Trial. Assume TCT'25 read-out and 12mo+ data prep & CE mark approval 4) Internal regional team estimate + Venus MedTech 2023 Annual Report released May 2024 5) Anteris IPO presentation: anticipated timing for CE mark submission Q2 2026 + 12-18mo review duration

Edwards Lifesciences

# TAVR-AS Global Competitive Landscape – Commercially Available

*Balloon-expandable*

COMMERCIAL

| *Product shown is the latest generation available in each region* | Medtronic | Abbott | Boston Scientific | Meril | NEW VALVE TECHNOLOGY | SMT | MicroPort CardioFlow | JENAVALVE | 启明医疗 VENUSMEDTECH | PEIJIA 沛嘉医疗 | NEWMED | 佰仁医疗 Balance Medical | 乐普医疗 LEPU MEDICAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 Commercial 2 *Planned* | Evolut FX+ | Navitor Vision | *Planned (2025[2])* | | | | | *Planned (2025)* | | | | | |
| 8 Commercial 1 *Planned* | Evolut FX+ | Portico[1] | ACURATE Prime | Myval OctaPro | Allegra | Hydra | VitaFlow Liberty | Trilogy* | *Planned (2027)* | | | | |
| 2 Commercial 3 *Planned* | Evolut FX | Navitor Vision | *Planned (1H 2026[2])* | *Planned (Q1 2027)* | | | | | *Planned (2028+)* | | | | |
| 8 Commercial | Evolut PRO+ | | ACURATE neo2 | | | | VitaFlow Liberty Flex | | VenusA Deluxe | TaurusMax | Prizvalve | Renatus / Renato[3] | ScienCrown |

*Indication of AR & AS

(1) Navitor Vision w/Titan launched in UK & Ireland only in 2024 (2) Unknown delay due to failure in meeting primary endpoint in ACURATE IDE trial (3) Renato BEV designed for ViV indication pending approval

*Updated: Feb 13, 2025*

Edwards Lifesciences

# TAVR-AS Global Competitive Landscape – New System Development

Balloon-expandable

Pivotal — CLIENT: CLINICAL — FIH / Early Human Use | PRE-CLINICAL

| Region of product development or location of clinical cases / plan | 健世科技 Jenscare | KingstronBio | 启明医疗 VenusMedtech | 翰凌医疗 Healing Medical | Thubrikar | Anteris | 以心医疗 MitrAssist | Laguna Tech USA | Laguna Tech USA | Abbott | Mirus | Foldax | Foldax | MicroPort CardioFlow | Medtronic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US: 5 Clinical, 3 Pre-Clinical | | | | | | DurAVR | | ALPHA* | ZETA* | BEV | Siegel | TRIA SEV | TRIA BEV | | BEV |
| EU: 5 Clinical | | | Venus-Vitae | | Optimum | DurAVR | | ALPHA* | ZETA* | | | | | | |
| China: 5 Clinical, 1 Pre-Clinical | Ken-Valve* | Prostyle | Venus-Vitae | Hanchor* | | | Sikelia | | | | | | | VitaFlow BEV | |
| Clinical experience outside of regions above | | | Pivotal trial includes Canada | | | FIH: Tbilisi, Georgia | | FIH: Tbilisi, Georgia | FIH: Santiago, Chile | FIH: Uzbekistan | FIH: Santiago, Chile | | | | |

*Indication of AR & AS

Note: Product iterations of commercially available platforms not included

Updated: Feb 13, 2025

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10108457

JUPTR_CP028_000200508

Edwards Lifesciences

# Summary of Key Differentiating Features Across Competitive Technologies

| | Medtronic | Abbott | Abbott | Boston Scientific | ANTERIS | LAGUNA TECH USA |
|---|---|---|---|---|---|---|
| |  |  |  |  |  |  |
| | **Evolut FX+** | **Navitor Titan & "Vision"** | **New Balloon-Expandable** | **ACURATE Prime** | **DurAVR** | **ZETA** |
| KEY FEATURES | Self-expandable, supra-annular | Self-expandable, intra-annular | **Balloon-expandable, Software-guided** | Self-expandable, supra-annular | **Balloon-expandable** | **Balloon-expandable** |
| | Size range: annular diameter 18-30mm | Expanded size range: annular diameter 19-30mm | *Unknown* | Expanded size range: annular diameter 23-29mm | *Unknown (only 1 size in EHU cases)* | Extended size range: 23-32mm |
| | Porcine, glutaraldehyde | Bovine, glutaraldehyde | **Bovine - Dry tissue** | Porcine, glutaraldehyde | **Bovine – Dry tissue** | **Dry tissue** |
| | **Capable of commissural alignment** ***(active mechanism in-development)*** | *No commissural alignment* | **Active commissural alignment design** | **Capable of commissural alignment** | **Active commissural alignment design** | **Designed with axial rotation** |
| | 14F / 18F integrated sheath (MVD: **5.0mm** / 6.0mm) | 14F / 15F integrated sheath (MVD: **5.0mm** / 5.5mm) | *Unknown* | 14F expandable sheath (MVD: 5.5mm) | *Current: 22F Gore DrySeal (Future: 14F Expandable sheath)* | **12F / 15F expandable sheath (MVD: unknown)** |
| | *n/a* | *n/a* | **On-balloon crimped valve** | *n/a* | **On-balloon crimped valve** | **On-balloon crimped valve** |
| | **Launched (All Risks): Aug 2024** | **Launched (HR): Mar 2024** | ***Potential 2029+[3]*** | ***Potential Entry (All Risks): TBD 2H 2025*** *(In-discussion w/FDA)* | ***Potential Entry (All Risks): Q4 2028 / Q1 2029+[4]*** | ***Potential Entry (AR & AS): 1H 2029+[5]*** |
| | ***TAV-in-TAV Indication: Anticipate ~Q2 2025[1]*** | ***Int / Low Risk SAS: Anticipate ~1H 2028[2]*** | | | | |

Updated: Feb 11, 2025

(1) Internal Intel (2) Internal estimate for ENVISION trial: FPI Mar'24, LPI Apr'26 + 12mo f/u; submission 2H'27 + 12mo review (3) LV'24 update US EFS planned 2025; assume 4+ yrs to commercialization (4) IPO Roadshow presentation: Q2'25 IDE trial approval; FPI Q3'25, LPI Q4'26 = 10-13mo enrollment; 1-yr endpoint. Assume 3-6mo data / sub prep, 6-month FDA review (5) TCT 2024 update US EFS targeted for Q1'25; assume 4+ yrs to commercialization

Edwards Lifesciences

# Summary of Key Differentiating Features Across Competitive Access & Sheath Technologies

| | Medtronic | Abbott | Abbott | Boston Scientific | ANTERIS | LAGUNA TECH USA | Mirus |
|---|---|---|---|---|---|---|---|
| |  |  |  |  |  |  |  |
| | **Evolut FX+** | **Navitor Titan & "Vision"** | **New Balloon-Expandable** | **ACURATE Prime** | **DurAVR** | **ZETA** | |
| KEY FEATURES | Self-expandable | Self-expandable | **Balloon-expandable, Software-guided** | Self-expandable | **Balloon-expandable** | **Balloon-expandable** | **Balloon-expandable** |
| | Size range: annular diameter 18-30mm | Expanded size range: annular diameter 19-30mm | *Unknown* | Expanded size range: annular diameter 23-29mm | *Unknown* *(only 1 size in EHU cases)* | Extended size range: 23-32mm | EHU valve size: 26mm *(add'l sizes in dev't)* |
| | Integrated sheath: 14F / 18F | Integrated sheath: 14F / **15F** | *Unknown* | Expandable sheath: 14F | Current: 22F Gore DrySeal *(Future: 14F Expandable sheath)* | **Expandable sheath: 12F / 15F** | **Expandable sheath: 8F** |
| | MVD: **5.0mm** / 6.0mm *(Sub/TAx: 5.5mm / 6.5mm)* | MVD: **5.0mm** / 5.5mm | *Unknown* | MVD: 5.5mm | *Unknown* | *Unknown* | *Unknown** *(3 patients in EHU < 5.5mm)* |
| | **Subclavian/TAx, transaortic** | **Subclavian/TAx, transaortic** | *Unknown alt access compatibility* | TF only | *Unknown alt access compatibility* | *Unknown alt access compatibility* | *Unknown alt access compatibility* |
| | *n/a* | *n/a* | **On-balloon** | *n/a* | **On-balloon** | **On-balloon** | **On-balloon** |
| | **Launched (All Risks): Aug 2024** | **Launched (HR): Mar 2024** | ***Potential 2029+[3]*** | ***Potential Entry (All Risks): TBD 2H 2025*** *(In-discussion w/FDA)* | ***Potential Entry (All Risks): 2H 2028+[4]*** | ***Potential Entry (AR & AS): 1H 2029+[5]*** | ***Unknown (Est. 2030+)*** |
| | ***TAV-in-TAV Indication: Anticipate ~Q2 2025[1]*** | ***Int / Low Risk SAS: Anticipate ~1H 2028[2]*** | | | | | |

**Crimp profile ~3F (1mm) smaller than S3UR based on internal bench testing*

(1) Internal Intel (2) Internal estimate for ENVISION trial: FPI Mar'24, LPI Apr'26 + 12mo f/u; submission 2H'27 + 12mo review (3) LV'24 update US EFS planned 2025; assume 4+ yrs to commercialization (4) IPO Roadshow presentation: Q2'25 IDE trial approval; FPI Q3'25, LPI Q4'26 = 10-13mo enrollment; 1-yr endpoint. Assume 3-6mo data / sub prep, 6-month FDA review (5) TCT 2024 update US EFS targeted for Q1'25; assume 4+ yrs to commercialization

 Updated: Feb 13, 2025

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10108459

JUPTR_CP028_000200508

Edwards Lifesciences

# KOLs Involved in Competitive BEV Development

## Medical Advisory Board

ANTERIS

North America | Europe | Australia




Abbott



New Balloon-Expandable

Gus Pichard

KOLs also involved with ABT BEV development

## Other KOLs of Known Involvement

- Azeem Latib
- Nadira Hamid
- Paul Sorajja
- Alexandra Lansky
- Bernard Prendergast
- Pankaj Garg

Sources: Anteris IPO Roadshow presentation; internal intel, LV'24 ABT presentation



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10108460

JUPTR_CP028_000200508

Edwards Lifesciences

# Competitive Landscape: TAVR – Aortic Regurgitation

Commercial | Clinical / Pre-Clinical

| | JenaValve Trilogy* | Genesis MedTech J-Valve* | Jenscare 健世科技 Ken Valve* | 翰凌医疗 Healing Medical Hanchor Valve* | Peijia 沛嘉医疗 TaurusTrio | Laguna Tech USA Alpha* | Laguna Tech USA Zeta* | MicroPort CardioFlow VitaFlow* | 科凯生命科学 KOKA Lifesciences Pioneer | 启明医疗 VenusMedtech TBD* | cuspa Cusper (Valve Repair) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 Commercial, 3 Clinical | Planned entry: ALIGN-AR trial complete (AR only) | | Entry Anticipated: TBD | | | Planned: EFS (Q1 2025)  | Planned: EFS (Q1 2025)  | | | | Planned: Pivotal Study  |
| 1 Commercial, 0 Clinical |  | | | | | Planned: CE Mark Trial (Q1 2025) | Planned: CE Mark Trial (Q1 2025) | Potential to Leverage SEASON-AR Trial Data | | | |
| 1 Commercial, 5+ Clinical | | TA System (TF est. 2025)  | Approval Est. Q1 2025  | Approval Est. 2025  | Pivotal Trial: Enrollment Complete  | | | In-Trial (SEASON-AR): AR Indication Expansion  | Complete: FIH Study  | AR Indication Expansion (Anticipated) | |
| | | | | | | Complete: FIH Study (Tbilisi, Georgia) | Complete: FIH Study (Santiago, Chile) | | | | |

*Indication of AR & AS

Note: NewMed's Starr-A TAVR system design for AR not included; currently in early development (animal study stage)

Updated: Feb 6, 2025

Message

**From**: Patrick Bohan [Patrick_Bohan@edwards.com]
**Sent**: 4/30/2025 1:02:56 PM
**To**: Elaine Farrell [Elaine_Farrell@edwards.com]; Heather Haworth [Heather_Haworth@edwards.com]; Kristen Skelton [Kristen_Skelton@edwards.com]; Laksen Sirimanne [Laksen_Sirimanne@Edwards.com]; Larry Wood [Larry_Wood@edwards.com]; Martyn Thomas [Martyn_Thomas@edwards.com]; Scott Beggins [Scott_Beggins@edwards.com]; Scott Ullem [Scott_Ullem@edwards.com]; Jaime Wheeler [Jaime_Wheeler@edwards.com]; Mark Wilterding [Mark_Wilterding@edwards.com]; Seth Clancy [Seth_Clancy@edwards.com]; Pooja Sharma [Pooja_Sharma@Edwards.com]; Laura Egan [Laura_Egan@edwards.com]
**CC**: Heather Prince [Heather_Prince@edwards.com]; Meredith Zia [Meredith_Zia@edwards.com]; Jillian Oto [Jillian_Oto@edwards.com]
**Subject**: Competitive Clinical Trials / Apr 2025
**Attachments**: Competitive trial overview Apr 2025.pdf

Dear colleagues,

Main updates are:

**Aortic**

- FPI EFS MiRus (8F)
- Trilogy (JenaValve) N=320 CAP presented ACC
- FIH EFS with BSC self-centering guide catheter (SCGC)
- Evolut LR 5YFU published
- Ken-Valve (Jenscare) approved in China for AR
- Trilogy (JenaValve) first implant in Canada
- Taurus Elite (Peijia) FIH with robot-assisted TAVR (ReachTactile)

**Other**

- Highlife TMVR FDA Breakthrough Device
- FIH robotic-assisted TMVR (Capstan)

Best wishes,

Patrick

1:25-cv-2569
FTC v. Edwards Lifesciences Corp. et al.
DX-0228

# Competitive Update

Patrick Bohan
Director, Clinical Strategy
Apr 2025

Edwards

# Updates Apr 2025

**Aortic**

- FPI EFS MiRus (8F)
- Trilogy (JenaValve) N=320 CAP presented ACC
- FIH EFS with BSC self-centering guide catheter (SCGC)
- Evolut LR 5YFU published
- Ken-Valve (Jenscare) approved in China for AR
- Trilogy (JenaValve) first implant in Canada
- Taurus Elite (Peijia) FIH with robot-assisted TAVR (ReachTactile)

**Other**

- Highlife TMVR FDA Breakthrough Device
- FIH robotic-assisted TMVR (Capstan)

Edwards Lifesciences



# TAVR

# Aortic Competitive Snapshot (Native AS)

| | Native Severe Aortic Stenosis | | | | | | | | | | | | | | | | | | Native Moderate Aortic Stenosis | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ER | | | HR | | | IR | | | LR | | | Asymptomatic | | | Bicuspid | | | | | |
| | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other |
| SAPIEN 3 | Approved | Approved | Japan (Approved), China (Approved) | Approved | Approved | Japan (Approved), China (Approved) | Approved | Approved | China (Approved) | Approved | Approved | China (Approved) | [redacted] | | | Approved | Approved | [redacted] | | | |
| SAPIEN 3 Ultra | Approved | Approved | [redacted] | Approved | Approved | [redacted] | Approved | Approved | [redacted] | Approved | Approved | [redacted] | | | | Approved | Approved | | | | |
| S3 UR | Approved | Approved | Japan (Approved) | Approved | Approved | Japan (Approved) | Approved | Approved | Japan (Approved) | Approved | Approved | Japan (Approved) | | | | Approved | Approved | | | | |
| SAPIEN X4 | [redacted] | | | | | | | | | | | | | | | [redacted] | | | | | |
| Evolut PRO+ | Approved | Approved | Japan (Approved), China (Approved) | Approved | Approved | Japan (Approved) | Approved | Approved | Japan (Approved) | Approved | Approved | Japan (Approved) | | | | Approved | Approved | | | | |
| Evolut FX | Approved | Approved | Japan (Submitted) | Approved | Approved | Japan (Submitted) | Approved | Approved | Japan (Submitted) | Approved | Approved | Japan (Submitted) | | | | Approved | Approved | | | | |
| Evolut FX+ | Approved | Approved | Japan (Submitted) | Approved | Approved | Japan (Submitted) | Approved | Approved | Japan (Submitted) | Approved | Approved | Japan (Submitted) | | | | Approved | | | | | |
| Acurate neo2 | Study Ongoing | Approved | Japan (Planned) | Study Ongoing | Approved | Japan (Planned) | Study Ongoing | Approved | | Study Ongoing | Approved | | | | | Planned | Planned | | | | |
| Acurate Prime | Study Ongoing | Approved | Japan (Planned) | Study Ongoing | Approved | Japan (Planned) | Study Ongoing | Approved | Japan (Planned) | Study Ongoing | Approved | Japan (Planned) | | | | | | | | | |
| NEW ABT BEV | Planned | | | Planned | | | | | | | | | | | | | | | | | |
| Navitor Vision/Titan | Approved | Approved | Japan (Approved), India (Approved) | Approved | Approved | Japan (Approved), India (Approved) | Study Ongoing | Study Ongoing | | Study Ongoing | Study Ongoing | | | | | | | | | | |
| Meril Myval | | Approved | Japan (Submitted), India (Approved) | | Approved | Japan (Submitted), India (Approved) | | | | | | | | | | | | | | | |

Approved Submitted Study Ongoing Planned

'Bicusp' refers to precaution removal for bicuspid aortic valves for EW

# Aortic Competitive Snapshot (ViV, AR)

| | Aortic Surgical ViV | | | | | | | | | Aortic Transcatheter ViV | | | | | | | | | AR | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ER/HR | | | IR | | | LR | | | ER/HR | | | IR | | | LR | | | | | | | | |
| | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other |
| SAPIEN 3 | Approved | Approved | Approved (Japan) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Approved | Approved | Approved (Japan) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Japan dialysis |
| SAPIEN 3 Ultra | Approved | Approved | Approved (Japan) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Approved | Approved | Approved (Japan) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| S3 UR | Approved | Approved | Approved (Japan) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Approved | Approved | Approved (Japan) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| SAPIEN X4 | Study Ongoing | Study Ongoing | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Study Ongoing | Study Ongoing | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| J-Valve EW | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Study Ongoing | Planned | Planned (Japan) | Planned (LVAD) | | |
| J-Valve Genesis | | | | | | | | | | | | | | | | | | | | | Study Ongoing (China) | | | |
| Evolut PRO+ | Approved | Approved | Approved (Japan) | | | | | | | Planned | Planned | | | | | | | | | | | | | |
| Evolut FX | Approved | Approved | | | | | | | | Planned | Planned | | | | | | | | | | | | | |
| Evolut FX+ | Approved | Approved | | | | | | | | Planned | Planned | | | | | | | | | | | | | |
| Acurate neo2 | | | | | | | | | | | | | | | | | | | | | | | | |
| Acurate Prime | | | | | | | | | | | | | | | | | | | | | | | | |
| Navitor Vision/Titan | Study Ongoing | | | Study Ongoing | | | | | | | | | | | | | | | | | | | | |

Approved Submitted Study Ongoing Planned

# AR TAVR

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Jenavalve** | **Trilogy** | |  | Locators attach to the native leaflets for secure anchoring even in the absence of calcium, while ensuring commissural alignment. | 2025: FDA AR indication expected<br>2021: CE mark for AR, AS (first device to achieve this)<br>2020: Breakthrough device designation FDA<br>2022: Peijia obtained exclusive rights to develop and commercialize Trilogy in China under the TaurusTrio brand. FDA submission planned | ARTIST RCT vs SAVR, N=1016 planned to start Jan 2025<br>ALIGN-AR LVAD, N=50 enrolling<br>JENAVALVE AS EFS, N=68 (PE complete)<br>ALIGN-AR, Pivotal, FPI Apr 18, N=180 (published primary analysis), n=320 CAP<br>TAURUS TRIO CHINA, N=115, enrollment complete |
| **JC Medical, EW subsidiary** | **J-Valve** | |  | Transfemoral<br>U-shaped "anchor rings" facilitate accurate self-positioning of the replacement aortic valve.<br>J-Valve is able to treat large aortic annuli which are excluded from the ALIGN-AR (JenaValve Trilogy) | 2024: EW acquires J-Valve.<br>2023: Breakthrough device designation | J-Valve TF EFS, N=25 (PE complete), initial report N=15 published JACC CV Interventions<br>JOURNEY, Pivotal FDA, N=174 (enrolling)<br>[redacted] |
| **Genesis Medtech** | **J-Valve** | |  | Transapical | 2017: China approval AS, AR | China study, N=120 status unknown<br>J-Valve Ausper China, N=107 completed |

# Other AR TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Laguna Tech USA** | **ALPHA** | |  | Anchoring mechanism to treat severe and non-calcific aortic regurgitation. Self-expanding valve. | No US studies | **ALPHA,** FIH/Feas, FPI Jun 23, N=TBD<br>**ALPHA EFS/EU** EFS/CE Mark, FPI Jul 23, N=TBD |
| **Laguna Tech USA** | **ZETA** | | | A balloon-expandable valve for aortic regurgitation | No US studies | FIH, Oct 2023 (Tbilisi, Georgia) [appears to be the same ALPHA study] Six patients treated to date [five in Chile]. |
| **Shanghai Kindly (Healing), China** | **Hanchor Valve** | |  | BEX, anchoring in the sinus like J-Valve.<br><br>Indications for both AR and AS. | Submitted for approval in China | **HanchorValve,** CFDA approval, FPI Nov 21, N=128 (published)<br>**HanchorValve, AR** CFDA approval, FPI Jan 23, N=27 |

# Other AR TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Jenscare, China** | **Ken-Valve** | |  | Bovine, self-expandable | Mar 2025: Approval in China | China pivotal trial TA complete N=133, TF enrolling. |
| **KOKA Lifesciences, China** | **Pioneer** | |  | Three independently controllable locators to capture the valve leaflet | | KOKA-Valve, Feas/CFDA approval, FPI Dec 22, N=131<br>FIH N=10 reported 2023 letter JACC CV Interventions 2023, N=10 |
| **Microport, China** | **Vitaflow** | **Liberty** |  | Second gen VitaFlow TAVR: recapturability; direct access, omnidirectional navigation, and reinforced compatibility | **Pursuing AR indication in China**<br><br>2021: China AS indication<br>2024: CE mark AS indication | TRAMPERS study in AR (China), N=120, FPI Jan 2025<br><br>AURORA study N=100, 30D outcomes presented TCT2024 |

# MDT TAVR

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Medtronic** | **Evolut** | **Pro+** |  | Lower profile. 23, 26, 29, 34 mm valves | For symptomatic severe aortic stenosis patients across all risk categories (extreme, high, intermediate and low) in the US and EU<br>2020: Bicuspid indication (all-risk, CE; intermediate, US)<br>2013: CE mark Surgical ViV | **EXPAND TAVR II**, Symptomatic Moderate AS, for FDA approval, FPI Apr 22, N=650, expected primary endpoint completion Feb 2026 |
| **Medtronic** | **Evolut** | **FX** |  | Gold markers for visualization of depth and leaflet orientation<br>Redesigned catheter, more flexible | For severe AS in adult patients across all risk categories (extreme, high, intermediate, and low) in EU and for symptomatic severe AS patients across all risk categories in the US | **LOW RISK**, n=730 TAVR; n=684 surgery, five-year outcomes published<br>**SMART Trial**, RCT vs SAPIEN, N=716 one-year results published 2024 |
| **Medtronic** | **Evolut** | **FX+** |  | Larger windows for coronary access | Mar 2024: FDA approval for all-risk symptomatic severe AS.<br>Oct 2024: CE and European launch<br>Pending JP, China. | **RESTORE** study redo TAVR vs EW (FPI Feb 2025), N=225 recruiting<br>**ALERT RCT** Addressing undertreatment and heaLth Equity in aortic stenosis and mitral regurgitation using an integrated ehR plaTform) |

# BSC TAVR

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Boston Scientific** | **Acurate** | **neo2** |  | Axial stabilization arches above the leaflet level, with a large open space in between them and an upper crown, allow for easier coronary access and reduce the risk of coronary obstruction<br>Sealing skirt 60% larger | Nov 2024: Recalls in several countries<br>Oct 2024: **US ACURATE IDE trial** results put FDA approval in doubt. Primary endpoint (ACM, stroke, hosp) 16.16% vs 9.53% (Evolut, S3). A post-hoc analysis aims to identify and evaluate expanded and under-expanded ACURATE neo2 valve frames. | **ACURATE IDE**, all risk levels, enrollment complete, N=1948, TCT 2024, non-inferiority not met.<br>CA (up to N=1000) and Extended Durability low-risk only vs SAPIEN/EVOLUT (N=100) cohorts now enrolling (summer 2024) |
| **Boston Scientific** | **Acurate** | **Prime** |  | All risk indications and a full-size matrix. Three stabilization arches for axial alignment and upper and lower anchoring crowns for positioning during a top-down deployment.<br>ACURATE *Prime* XL: improved radial force, compatible with annulus Ø ≥26.5mm and ≤29mm. | Mar 2025: FIH EFS (n=20) self-guiding guide catheter described for retrograde crossing of a severely stenotic aortic valve, includes a self-centering basket with a cone-shaped nitinol frame with PTFE covering and silicone coating<br>Aug 2024: CE Mark | **Feasibility study,** N=13 results published Dec 2023<br>Nested registry (N=50) in ACURATE IDE study. |

# ABT TAVR

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Abbott** | **NEW BEX** | | | AI-powered software that aims to ensure the implant's correct placement during a procedure | New investigational system is designed to offer best-in-class heart blood flow, ease of use and precision | 2025: US EFS planned<br>Nov 2024: FIH announced |
| **Abbott** | **Portico** | |  | First intra-annular SEV | | Portico and Navitor India Clinical Trial, N=30, extreme, high risk<br>Feb 2025: primary endpoint completion |
| **Abbott** | **Navitor** | **Vision** |  | Navitor Vision features highly visible markers which help identify 3-4.5 mm depth.<br>A protective outer sealing skirt and a more flexible delivery system.<br>Navitor Titan valve (35 mm) enlarged the range of treatable annuli with this valve (up to 30 mm in diameter) third-generation intra-annular Portico | 2025: Approved India<br>2023: FDA approval severe AS at high or extreme risk<br>2021: CE Mark severe AS at high or extreme risk | ENVISION IDE, symptomatic, severe native AS at intermediate or low risk. US. N=1532, FPI Mar 2024.<br>Apr 2027: primary endpoint completion<br>VANTAGE, severe, symptomatic AS at intermediate or low risk. Also, ViV. OUS. Enrolling, N=590<br>Jun 2025, primary endpoint completion<br>IDE 2YFU presented TCT2024 |

# Aortic Competitive Snapshot (Native AS)

| | Native Severe Aortic Stenosis | | | | | | | | | | | | | | | | | | Native Moderate Aortic Stenosis | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ER | | | HR | | | IR | | | LR | | | Asymptomatic | | | Bicuspid | | | | | |
| | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other |
| Allegra | | Approved | | | Approved | | | Planned | | | Planned | | | | | | | | | | |
| Allegra Plus | | Planned | | | Planned | | | Planned | | | Planned | | | | | | | | | | |
| ALPHA | | | | | | | | | | | | | | | | | | | | | |
| DurAVR | Planned | Planned | | Planned | Planned | | Planned | | | Planned | | | | | | | | | | | |
| HanchorValve | | | Study Ongoing (China) | | | Study Ongoing (China) | | | | | | | | | | | | | | | |
| Hydra | | Approved | Approved (India) | | Approved | Approved (India) | | | | | | | | | | | | | | | |
| Inovare-TA | | | Approved (Brazil) | | | Approved (Brazil) | | | | | | | | | | | | | | | |
| Inovare-TF | | | | | | Study Ongoing (Brazil) | | | Study Ongoing (Brazil) | | | | | | | | | | | | |
| KenFlex | | | | | | | | | | | | | | | | | | | | | |
| Ken-Valve | | | Planned (China) | | | Planned (China) | | | | | | | | | | | | | | | |
| KOKA-Valve | | | Planned (China) | | | Planned (China) | | | | | | | | | | | | | | | |

Approved   Submitted   Study Ongoing   Planned

'Bicusp' refers to precaution removal for bicuspid aortic valves for EW

# Aortic Competitive Snapshot (ViV, AR)



# Aortic Competitive Snapshot (Native AS)

| | Native Severe Aortic Stenosis | | | | | | | | | | | | | | | | | | Native Moderate Aortic Stenosis | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ER | | | HR | | | IR | | | LR | | | Asymptomatic | | | Bicuspid | | | | | |
| | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other |
| MyVal | | Approved | India (Approved) | | Approved | China (Planned); India (Approved) | | Planned | | | Planned | | | | | | | | | | |
| MyVal-Octacor | | Study Ongoing | India (Approved) | | Study Ongoing | India (Approved) | | Study Ongoing | | | Planned | | | | | | | | | | |
| Renatus | | | China (Approved) | | | China (Approved) | | | | | | | | | | | | | | | |
| Siegel (MiRus) | Study Ongoing | | | Study Ongoing | | Study Ongoing | Study Ongoing | | | Study Ongoing | | | | | | | | | | | |
| TaurusElite | | | | | | China (Approved) | | | | | | | | | | | | | | | |
| Taurus NXT | | | China (Study Ongoing) | | | China (Study Ongoing) | | | | | | | | | | | | | | | |
| Venus-A Plus | | | China (Approved) | | | China (Approved) | | | | | | | | | | | | | | | |
| Venus Vitae | | Planned | China (Planned) | | Planned | China (Planned) | | Planned | China (Planned) | | Planned | China (Planned) | | | | | | | | | |
| Venus PowerX | | | | | | | | | | | | | | | | | | | | | |
| Vienna | | | | | Study Ongoing | | | Study Ongoing | | | | | | | | | | | | | |
| VitaFlow Liberty | | Approved | China (Approved) | | Approved | China (Approved) | | | | | | | | | | | | | | | |

Approved Submitted Study Ongoing Planned

'Bicusp' refers to precaution removal for bicuspid aortic valves for EW

Edwards Lifesciences

# Aortic Competitive Snapshot (ViV, AR)

| | Aortic Surgical ViV | | | | | | | | | Aortic Transcatheter ViV | | | | | | | | | AR | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ER/HR | | | IR | | | LR | | | ER/HR | | | IR | | | LR | | | | | | | | |
| | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other |
| MyVal | | | | | | | | | | | | | | | | | | | | | | | | |
| MyVal-Octacor | | | | | | | | | | | | | | | | | | | | | | | | |
| Siegel (MiRus) | | | | | | | | | | | | | | | | | | | | | | | | |
| TaurusElite | | | | | | | | | | | | | | | | | | | | | | | | |
| Taurus NXT | | | | | | | | | | | | | | | | | | | | | | | | |
| Venus-A Plus | | | | | | | | | | | | | | | | | | | | | | | | |
| Venus Vitae | | | | | | | | | | | | | | | | | | | | | | | | |
| Venus PowerX | | | | | | | | | | | | | | | | | | | | | | | | |
| Vienna | | | | | | | | | | | | | | | | | | | | | | | | |
| VitaFlow Liberty | | | | | | | | | | | | | | | | | | | | | China | | | |

Approved Submitted Study Ongoing Planned

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Biosensors International Singapore** | **Allegra** | |  | SEX frame with convex and concave areas<br>New IMPERIA DS 15F for resheathing, repositioning. | 2017: AS CE mark<br>2020: ViV CE mark<br>No apparent ROW regulatory strategy | **FOLLOW**, Increased risk, PAS, FPI Feb 19, N=200 (enrolling)<br>**EMPIRE**, All risk, CE Mark, N=121 presented LV2024 (n=16 ViV)<br>**All Women**, FPI Feb 24, N= 130 (planning)<br>**EMPIRE II** has a new iteration (Allegra Plus) FPI Nov 23, N= 177 (enrolling) |
| **Braile, Brazil** | **Inovare** | |  | | Building on transapical, transaortic experience (approved 2012 Brazil)<br>TF submitted in Brazil | **Inovare TF**, Feas, FPI Sep 20, N=60 (enrollment complete) |
| **Anteris, Australia** | **DurAVR** | |  | First-in-class biomimetic TAVR. Single-piece tissue. Long coaptation length<br>Restoration of normal laminar flow by CMR | | **DurAVR**, FIM, 1Y results presented Sydney Valves (Mar 2025) N=65<br>**DurAVR IDE,** FDA approval, FPI Jan 25, N=TBD (planning, all risk)<br>**DurAVR EFS,** N=20 (PE complete)<br>ViV CU study in Canada<br>**DurAVR THV EU-EFS**, N=40 (planned) |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Shanghai Kindly (Healing), China** | **Hanchor Valve** | |  | BEX, anchoring in the sinus like J-Valve.<br><br>Indications for both AR and AS. | Submitted for approval in China | **HanchorValve,** CFDA approval, FPI Nov 21, N=128 (currently)<br>**HanchorValve, AR** CFDA approval, FPI Jan 23, N=27 |
| **Vascular Innovations (SMT), India** | **Hydra** | |  | Valve recapture, 22, 26, 30 mm.<br>A novel active release mechanism has been added to the delivery system | 2024: Mexico approval<br>2020: CE Mark, China approval<br>No US studies | **Hydra Registry - Sheffield Experience**, N=50, observational,<br>**Hydra CE study**, N=157 1Y outcomes published<br>**GENESIS II Feasibility**, primary analysis N=40 presented at EuroPCR 2024 (30D mortality, 2.5%; new PPM, 7.9%). |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Meril, India** | **MyVal** | |  | Intermediate sizes – 21.5 mm, 24.5 mm and 27.5 mm; and extra-large sizes – 30.5 mm and 32 mm<br>Directly mounted on balloon delivery system | 2018: India, ER/HR<br>2019: CE mark, ER/HR<br>China, Japan submitted | **Compare-TAVI trial** one-year results (published Apr 2025)<br><br>**LANDMARK study**, sAS RCT, N=768, **results showed non-inferiority presented TCT2024** and **published EuroIntervention** |
| **Meril, India** | **MyVal** | **Octacor** |  | Only two rows of identical octagonal cells to reduce foreshortening | TBC India, ER/HR<br>CE mark submitted, ER/HR/IR | **Octacor India**, PAS, N=123<br>**LANDMARK study**, sAS RCT, N=768 (PE complete). New analysis published Jan 2025<br>**Compare-TAVI trial** one-year results (published Apr 2025) showed non-inferiority |
| **Meril, India** | **MyVal** | **Octapro** |  | 10—12% less foreshortening, on-balloon crimping. Only BEV with retrievability through the sheath.<br>Commissural alignment with the Octalign technique. Individualized sizing, 9 sizes available, larger sizes to come in 2025. | Announced Nov 2024, coinciding with judgement of patent infringement | Presented at LV2024 |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Thubrikar, USA** | **Optimum** | |  | Only short-profile, self-expanding TAV | CE mark study underway<br>Results TCT 2024 | TAVI-1, FIM, FPI May 22, N=15<br>**Optimum China**, CFDA Approval, FPI Dec 22, N=TBD |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Newmed, China** | **Prizvalve** | |  | 20, 23, 26, 29 mm. More reports of use in mitral and pulmonic positions than TAVR. | Aug 2024: China approval | **Prizvalve TAVR China CFDA pivotal study**, N=120, primary endpoint complete<br>**Prizvalve Valve-in-Valve Exploratory Study**, China, n=5, enrolling |
| **Beijing Balance, China** | **Renatus** | |  | 19--29 mm sizes (2 mm increments) | Sep 2024: China approval | |
| **Lepu, China** | **ScienCrown** | |  | 6 sizes (21, 23, 25, 27, 29, and 32 mm). A “locking-unlocking” design: when released, the valve remains fully attached to the delivery system unless actively unlocked from the catheter and can be fully retrieved. | Dec 2024: China approval.<br>Appears to be an iteration of SinoCrown device (shorter stent frame) | **Pivotal China Trial presented TCT 2024, N=128**<br>**FIH results published 2024**, N=10<br>**CFDA approval study** for SinoCrown. **Early results publication Eurointervention** 2023, N=10 |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **MiRus, USA** | **Siegel** | |  | Rhenium Frame Nickel Free. Delivered Crimped On Balloon Through 8 Fr Expandable Sheath Commissural Alignment Flags | NYV 2024: first five implants reported | US EFS, N=15, FPI Mar 2025<br>**Siegel FIH, Chile**, N=5 |
| **MitraAssist, China** | **Sikelia** | |  | Polymer valve has extremely long lifespan (25 years). Independent radial support. | 2/12 FIH TAVRs were unsuccessful: 1 device retrieval; 1 death due to RCA obstruction during VIV for migration | Pivotal trial planned in China (Oct 2024)<br>FIH n=12 early outcomes presented TCT2024. Enrollment ongoing, results expected 2025.<br>FIH case report published JACC 2023 |
| **Peijia, China** | **Taurus** | **Max** |  | Supersedes Elite. Better visualization with 3 additional markers to identify depth, commissures and valve alignment. A deflection catheter helps cross the arch and the calcified leaflets and improve valve coaxiality. | Aug 2024: China approval<br>2021: China approval of Elite and NXT iterations | **TaurusElite,** CFDA approval |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Peijia, China** | **Taurus** | **NXT** |  | Nonglutaraldehyde cross-linked dry-tissue and a premounted prosthetic aortic valve. | | Aug 2024: Completed Patient Enrollment of the Multicenter Registration Clinical Trial; Ongoing Patient Follow-up |
| **Foldax, India** | **TRIA** | **Gen 1 SE** |  | LifePolymer material enables computer designed leaflets & frames for robotic manufacturing<br>Thinner, lighter leaflets than bioprosthetic valves = less inertia, low opening/closing resistance | 2024: Polymer material in surgical mitral valve submitted to DCGI (India) with US EFS planned 2025 | Animal testing currently. Only surgical clinical studies to date |
| **Foldax, India** | **TRIA** | **Gen 1 BE** |  | Strong material highly fatigue, tear resistant<br>Biostable and biocompatible | | |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Venus Medtech, China** | **Venus** | **A-Valve** |  | No balloon dilation necessary and segmental release | 2017: China approval (first commercial TAVR in China, 80% market share) | |
| **Venus Medtech, China** | **Venus** | **A-Plus** | | Retrievable and repositionable features | 2020: China approval | |
| **Venus Medtech, China** | **Venus** | **A-Pro** | | III gen | 2022: China approval | |
| **Venus Medtech, China** | **Venus** | **A-Deluxe** | | IV gen | 2024: China approval | |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Venus Medtech, China** | **Venus** | **PowerX** |  | Latest-generation SE. Venus-Endura technology: anti-calcification wire-controlled function that allows for full retrieval of the valve after 100% release | 2023: Argentina, Chile approval | Global pivotal clinical trial PREVAILS enrolling (? No NCT). **Mar 2025: FIH N=25 published** **FIH case report published** JACC CIV 2022. |
| **Venus Medtech, China** | **Venus Vitae** | **Vitae** |  | Shortest TAVR device. Venus-Endura technology: anti-calcification Balloon-expandable | | **Venus-Vitae SMART-ALIGN Pivotal**, CFDA, CE Mark, N=150, currently just 2 enrolled (Sep 2024). **Venus Vitae,** EU EFS, FPI Jun 23, N=TBD |
| **P&F (Products & Features), Germany** | **Vienna** | |  | Allows resheathing or full recapture of the device before it is released from the Delivery System. Pre-mounted | CE mark submitted | **VIVA** FIH/Pivotal/PMCF, FPI Jul 23, N=150 (PE complete) |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Microport, China** | **Vitaflow** | **Liberty** |  | First motorized retrievable TAVR device<br>Strong radial force makes the valve suitable for severely calcified or bicuspid valves and helps to prevent PVL. | 2025: India approval<br>2024: CE mark<br>Pursuing AR indication in China (AURORA study 30D outcomes presented TCT2024) | VITALE, Increased risk, CE Mark, FPI Aug 18, N=178<br>**VitaFlowLiberty PAS**, Severe AR, FPI May 22, N=132<br>VitaFlow LIBERTY Europe PAS, Severe AS, FPI Dec 24, N=100<br>PROMIS-BAV (Severe BAV Stenosis), N=420, FPI Dec 2024 |
| **Microport, China** | **Vitaflow** | **Liberty Flex** | | III generation, adding 3D spatial steerable function which allows the valve to maintain coaxial alignment during deployment and achieve commissure alignment. | Approved China Dec 2024 | |
| **Medinol, Israel** | **Xemed** | |  | 12F | | **Xemed** TAVR, FIH, FPI May 23, N=30 (enrolling) |
| **Saint Medical, China** | **Xcor** | |  | Transapical. The Xcor product forms a ring-shaped self-centered structure with 6 support arms.<br>23-, 26-, and 29-mm sizes | | N=130 Multicenter published Apr 2025<br>Single Center, N=32 China published Mar 2025 |



# TPVR

# Pulmonic Competitive Snapshot

| | Conduits | | | Native/Patch | | | Valve In Valve: Surgical ViV | | | Valve In Valve: Transcatheter ViV | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other |
| SAPIEN 3 | Approved | Approved | [redacted] | IIS | [redacted] | [redacted] | Approved | Approved | | Study Ongoing | Approved | |
| SAPIEN 3/ Alterra | [redacted] | [redacted] | [redacted] | Approved | Approved | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| S3 UR | [redacted] | | | | | | | | | | | |
| Melody | Approved | Approved | | | | | Approved | | | | | |
| Harmony | | | | Approved | Approved | Japan | | | | | | |
| PT Valve | | | | | | China | | | | | | |
| Pulsta | | Study Ongoing | | | Study Ongoing | Korea | | Study Ongoing | | | Study Ongoing | |
| Venus-P | | | | Planned | Approved | China Japan | | | | | | |

Approved   Submitted   Study Ongoing   Planned   Recalled

# Other TPVR Players

| *Manufacturer* | *Platform* | *Iteration* | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|
| **Medtronic, USA** | **Melody** |  | | Treatment of an existing dysfunctional RV-PA conduit or bioprosthetic pulmonary valve<br>2017: FDA approval for failed surgical pulmonic valves | No active trials. |
| **Medtronic, USA** | **Harmony** |  | Treatment of severe pulmonary valve regurgitation with a native or surgically repaired right ventricular outflow tract, although not those with a prior valve or right ventricle-pulmonary artery (RV-PA) conduit | 2025: CE Mark<br>2022: Voluntary recall. 2023 relaunch<br>2021: PMDA approval<br>2021: FDA approval<br>2020: Breakthrough device | **HARMONY TPVR IDE**, N=58 complete, CT results posted but no publication.<br>**HARMONY TPVR PAS**, enrolling, anticipated primary endpoint completion Oct 2025 |
| **Med-Zenith, China** | **PT Valve** |  | 28-44 mm, lengths 28-54 mm | No updates on current regulatory status or strategy. | **Early clinical experience in China published 2022**, N=22 patients and **N=8 patients** |

# Other TPVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **TaeWoong, South Korea** | **Pulsta** | |  | Not hourglass shape as other platforms.18-28 mm | First Polish experience published Jan 2025. | **PULSTA,** PR or Conduit PS, S&E FPI Mar 17, N=15<br>**PULSTA,** Any PR or PS, CE Mark FPI Oct 19, N=58 (enrollment complete Dec 2024) |
| **Venus Medtech, China** | **Venus** | **P-Valve** |  | 28-36 mm. Stent lengths 25, 30 mm, Both ends flared and a stable multi-point anchoring system. | CE: moderate to severe pulmonary regurgitation with or without RVOT stenosis<br>China: severe pulmonary regurgitation (≥3+) in patients after congenital heart defects (CHD) procedure with native RVOT | **PROTEUS** FDA, PMDA approval FPI Oct 23, N=60, enrolling (first patient in Jun 2024), primary endpoint complete Jun 2026. |
| **Balance Medical** | **Salus** | **China** |  | Eight sizes (P-18 to P-32) | | **FIH, China N=38** published Mar 2025 |

# TMVR



# TMVR Competitive Snapshot

| | At least 3+ Mitral Regurgitation | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Unsuitable TEER/SAVR | | | | DMR | | | | FMR | | | |
| | FIM/Feas/EFS | CE | FDA | Other | FIM/Feas/EFS | CE | FDA | Other | FIM/Feas/EFS | CE | FDA | Other |
| EVOQUE (EW) | [redacted] | | | | | | | | | | | |
| SAPIEN 3/U/ (EW) | | | | | | | | | | | | |
| SAPIEN 3UR (EW) | | | | | | | | | | | | |
| SAPIEN X4 (EW) | | | | | | | | | | | | |
| SAPIEN M3 (EW) | [redacted] | Approved | [redacted] | | | | | | | | | |
| INNOVALVE (EW) | Study Ongoing | | | | | | | | | | | |
| Tendyne TA | | Approved | Study Ongoing | | | | | | | | | |
| Intrepid TA | Study Ongoing | Study Ongoing | Study Ongoing | | | | | | | | | |
| Intrepid TS | Study Ongoing | Study Ongoing | Study Ongoing | | | | | | | | | |
| AltaValve TS | Study Ongoing, Study Ongoing | Study Ongoing | Study Ongoing | | | | | | | | | |

Approved Submitted Study Ongoing Planned

# TMVR Competitive Snapshot

| | Mitral Surgical Valve in Valve | | | | | | | | | Mitral Valve in Ring | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ER/HR | | | IR | | | LR | | | ER/HR | | | MAC | | | | Mod or less MR | | | |
| | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FIM/Feas/EFS | FDA | CE | Other | FIM/Feas/EFS | FDA | CE | Other |
| EVOQUE (EW) | [redacted] | | | | | | | | | | | | | | | | | | | |
| SAPIEN 3/U (EW) | Approved | Approved | [redacted] | Approved | [redacted] | | | | | | | | | | | | | | | |
| SAPIEN 3UR (EW) | Approved | Approved | [redacted] | Approved | [redacted] | | | | | | | | | | | | | | | |
| SAPIEN M3 (EW) | [redacted] | | | | | | | | | | | | | | | | | | | |
| SAPIEN X4 | [redacted] | | | | | | | | | | | | | | | | | | | |
| Tendyne TA | | | | | | | | | | | | | Study Ongoing | Study Ongoing | | | | | | |
| Intrepid TA | | | | | | | | | | | | | | Study Ongoing | | | | | | |
| Intrepid TS | | | | | | | | | | | | | | Study Ongoing | | | | | | |
| AltaValve TS | | | | | | | | | | Planned | Planned | | | | Planned | | | | | |

Approved | Submitted | Study Ongoing | Planned

# Key TMVR Players

| Manufacturer | Platform | Iteration | Features | Notes | Studies |
|---|---|---|---|---|---|
| **Medtronic, USA** | **Intrepid** |  | Dual-structure design: an outer fixation ring to engage the mitral annulus and a circular inner stent frame to house the valve. Hydraulic self-expansion. | Indications are expected to be for patients who are not clippable, patients who cannot get surgery, and severe MAC<br>2021: Breakthrough Device Designation (for patients with MAC unsuitable for TEER or mitral valve surgery) | **Intrepid Global Pilot study**, N=50 transapical 96%; 14% 30-day mortality.<br>**INTREPID EFS transseptal**, N=15, 0% 30D mortality.<br>**APOLLO Pivotal**, US, N=1056, enrolling<br>**APOLLO EU**, N=400 |
| **Abbott, USA** | **Tendyne** |  | Double-frame design. Transapical. | 2020: CE mark<br>2021: FDA Breakthrough device | **Feasibility Study Tendyne in MAC (CMS B)**, n=11<br>**Tendyne Mitral Valve SUMMIT (CMS B)**, RCT with Mitraclip N=985<br>**Tendyne RESOLVE-MR study**, EU,ME N=200<br>**TENDER (Tendyne European Experience) registry**, N=195 (published: 30D ACM 9%, 1Y ACM 29%) |

# Other TMVR Players

| *Manufacturer* | *Platform* | *Iteration* | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|
| **4C Medical, USA** | **AltaValve** |  | Positioned above the native mitral valve, atrial-only fixation ensures critical cardiac structures are retained within the left ventricle<br>Both primary and secondary MR<br>Allows future left atrial access<br>Only device designed to treat patients with previous valve repair | Mar 2025, 4C Medical closed up to $175 million in financing round led by Boston Scientific.<br>May 2024: Breakthrough Device Designation for ≥3+ MR w/wo MAC | AltaValve US EFS, 30 enrolled<br>"ATLAS" Pivotal, enrolling, FDA, CE mark study, N=450, FPI Oct 2024 |
| **Capstan Medical** | **Capstan** |  | For both mitral and tricuspid replacement.<br>Includes robotic placement. | Mar 2025: FIH robotic-assisted TMVR in Chile<br><br>PMA planned for 2028 | Capstan Medical TMVR Study: FIH in Chile (n=2)<br>Capstan Medical TMVR Pivotal Trial, Planned Enrollment start date Jan 2026 |
| **Venus Medtech, China** | **Cardiovalve** |  | For both mitral and tricuspid replacement. | 2021: Cardiovalve company acquired by Venus | AHEAD EU, Feasibility, enrolling, FPI Apr 18, N=30<br>AHEAD USA EFS, FPI Mar 19, N=15<br>2024: case report of TMVR, TTVR in same patient |

# Other TMVR Players

| *Manufacturer* | *Platform* | *Iteration* | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|
| **Abbott, USA** | **Cephea** |  | Double-disc stent structure carrying a trileaflet pericardial valve. The ventricular disc anchors the system in the sub-annular region and the atrial disc is deployed onto the base of the left atrium, fixating the valve through axial force without need for sub-valve anchors. | | Cephea EFS, 30 enrolled, US, Canada |
| **Affluent Medical, France** | **Epygon** |  | Asymmetrical valve (lower in height on the side where the left ventricle ejects). Only biomimetic mitral valve to restore the physiological blood vortex. | 2024: EW a 9.2% shareholder. EW has exclusive option to buy Kephalios, developed of Kalios (adjustable mitral annulus), the only percutaneous mitral valve annuloplasty device to treat residual and recurrent mitral insufficiency at any time after implantation. EW also has non-exclusive license of Affluent's intellectual property for the biomimetic cardiac mitral valve replacement technology, restricted to open-heart surgery. | MINERVA FIH, N=40<br>CE Mark study planned but not recent information available |
| **Highlife, France** | **Highlife** |  | Subannular ring. HighLife Large Annulus Valve (LAV) Increases annular range to 53 mm | Apr 2025: FDA Breakthrough device<br>2022: NMPA Innovative Medical Device Designation (China)<br>Peijia sponsors a trial in China with Highlife | **Highlife Feasibility**, N=45 (presented LV2024)<br>**Highlife Pivotal**, planned globally 2025<br>HighLife in Moderate-severe or Severe MR in China, N=110, enrolling |

# Other TMVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Highlife, France** | **Highlife** | **Clarity** |  | Patients with LVOT obstruction risk.<br>Sheathless delivery with NO coaxial or rotational positioning<br>The ring and valve engage the sub-valvular apparatus without barb or hooking elements<br>Ring captures native leaflets and mitigates risk of SAM/PVL | | **HighFLO - HighLife TSMVR Feasibility Study of the Open Cell CLARITY Valve**, N=30, Aus, EU |
| **MitrAssist, China** | **MitraFix** | |  | Only TMVR under US echo. TA and TF. 29, 24, 38 mm. | There's an Israeli company with the same name with a Mitral device. However, it does not appear to be the same technology.<br>2024: Submitted for approval in China | Report of **first 10 patients in China in 2024 JACC CIV letters** and (TA) presented **ESC 2024**<br>Also **2020 JACC CVI report published** |
| **ReValve Solutions, USA** | **Palmetto** | |  | Mimics the movement of the heart using a natural helical architecture thereby preserving left ventricular basal function.<br>Flexibility, four-point fixation, low profile valve to favor a patent LVOT and maintain left ventricular function. Transseptal. | Future Valve in Valve option through dedicated ReValving System | FIH, enrolling |

Edwards Lifesciences

# Other TMVR Players

| *Manufacturer* | *Platform* | *Iteration* | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|
| **Truleaf Medical, Israel** | **Rosedoc** |  | Two-stage procedure: a docking station implanted in the left atrium; mitral valve prosthesis several weeks later. | | **FIH**, enrolling |
| **Innovheart, Italy** | **Saturn** |  | Two components: an annular structure positioned behind the native mitral leaflets and a central valve- a set of connecting arms, to provide mechanical bond between the valve and the annular structure. Transapical and transseptal | | **Transapical EU EFS**, n=5 published ATS Short Reports 2024 (target N=20), **CASSINI EU (Transseptal EFS)**, EU, N=30 (currently n=5), n=3 presented LV2024 |
| **Sutra Medical** | **China** |  | The system covers the posterior portion of the MV and enables a smaller device profile for trans-septal access and delivery. 38, 42 mm. | | **Sutra Hemi-valve FIH**, enrolling, expected to complete Apr 2026 |
| **Tioga Cardiovascular, USA** | **Tioga** |  | Valve: Large atrial brim designed to reduce paravalvular leak risk. Reduced valve height. Atrial brim accommodates both small and large native mitral valve sizes<br>Anchor: encircles chordae. | 2026: pivotal trial projected | **Tioga Feasibility**, N=30, enrolling, FPI Oct 2024 (Paraguay, Rep of Georgia) |

Edwards Lifesciences



# TTVR

# TTVR Competitive Snapshot




Approved Submitted Study Ongoing Planned **Recalled**

# Other TTVR Players

| *Manufacturer* | *Platform* | *Iteration* | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|
| **Venus Medtech, China** | **Cardiovalve** |  | Short profile for minimal protrusion to the ventricles. Trileaflet valve within 2 frames, atrial and ventricular | Aug 2024: EFS study withdrawn. Unclear if product development stopped or rather problem with CRO that was nominal sponsor of the study. | EFS study for TV implantation with enrollment expected shortly (NCT04100720). 2024: case report of TMVR, TTVR in same patient |
| **CroíValve, Ireland** | **DUO** |  | System that combines repair and replacement. A Coaptation Valve fills the regurgitant orifice to work in tandem with the native valve. It includes a coaptation body comprised of pericardium tissue and a prosthetic valve to support diastolic flow. An Anchor System that connects to the Coaptation Valve and includes a support catheter that adjusts and locks the position of the Coaptation Valve. This is anchored within the SVC with a stent. | | **TANDEM I FIH**, presented N=10 NYV 2024, FPI Oct 2024 (Atlanta, GA; Thourani, Yadav) **TANDEM II US EFS**, enrolling N=15 |
| **Medtronic, USA** | **Intrepid** |  | Conformable outer stent anchors without leaflet capture or need for rotational alignment. Circular inner stent houses a 27 mm tri-leaflet bovine pericardial valve. No atrial protrusion or profile. 42, 48 mm valves in clinical evaluation; XL valve in development | 2020: Breakthrough Device Designation | **INTREPID TTVR EFS**, N=15 enrolling, primary endpoint complete Jul 2025 (TBC) |

# Other TTVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Laplace, USA** | **Laplace TTVR** | |  | Diastolic anchoring tab. Transjugular delivery. | | |
| **Jenscare, China** | **LuX-Valve** | |  | Transvascular (right atrial access). radial force-independent orthotopic TTVR device | Nov 2023: one-year results of the confirmatory clinical trial of LuXValve reported at the PCR London Valves 2025: NMPA approval anticipated | TRAVEL, CFDA approval, N=126 results published |
| **Jenscare, China** | **LuX-Valve** | **Plus** |  | Transjugular access. 40, 50, 55 mm Does not depend on radial force for anchoring (ventricular septal anchor & leaflet-grasping clips) provides redundant mechanisms for anchoring and stability. Publication 2025 | US EFS and EU studies planned. NMPA approval to be submitted in 2024Q3, and to be approved in 2025H2 FDA Breakthrough Device/ TAP | TRAVEL II TRIAL: 1Y outcomes TCT 2024 TRINITY, CE Mark, N=135 anticipated 1Y outcomes 2025 TRINITY US, EFS planned 15 patients in 3 US sites to start Oct 2024 |

# Other TTVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **inQB8 (acquired by Peijia, China)** | **MonarQ** | |  | Transjugular access. | 2023: FIH UPenn<br>Acquired by Peijia | InQB8 TTVR System, N=50, planned FPI Nov 2024 |
| **TRiCares, Germany** | **Topaz** | |  | Two-in-one stent design. An Outer Stent anchors on the native tricuspid leaflets in an orthotopic position. An Inner Stent serves as the skeleton for the three-leaflet pericardial tissue valve | Pivotal trial underway in Europe, primary completion Dec 2025 | TRICURE FIH **EU**, 12/20 patients, enrolling<br>TRICURE EU Pivotal, enrolling, N=80<br>TRICURE EFS **US**, FPI Jan 2025, N=2/10 |
| **P&F, Germany** | **Tricvalve** | |  | A system of two self-expanding biological valves for the treatment of patients with hemodynamically relevant tricuspid insufficiency and caval reflux. The prostheses are implanted percutaneously into the superior and inferior vena cava without disturbing the native tricuspid valve | 2024: FIH ViV caval valve implant<br>2021: CE Mark<br>2020: Breakthrough device | Tricav **EFS,** FPI anticipated Jul 24 (not confirmed), N= 15<br>Tricvalve NMPA, China approval, FPI Apr 2024 (not confirmed)<br>**Tricbicaval Registry** (EU PMS), N=204 presented LV2024 |

# Other TTVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Triflo Cardio-vascular, USA** | **Tricuspid Flow Optimizer** | |  | Polymer leaflets that work with the native anatomy. Placed in the commissural scallops and customized according to patient anatomy. | Apr 2024: (Italy) FIH six-month FU published | Apr 2024: (Italy) FIH six-month FU published |
| **Innoventric, Israel** | **Trillium** | |  | Positioned to run from the superior vena cava to the inferior vena cava. Multiple covered fenestrations to allow the inflow of blood from the venous system toward the right atrium through three windows, avoiding backflow to the venous system. Fluoroscopic procedure via transfemoral venous access. | | TRILLIUM FIH, N=20 EU, Israel, complete<br>TRILLIUM EFS, N=15, US, DE: FPI Aug 2024 (TriStar, Nashville, TN) |
| **Trisol Medical, Israel** | **Trisol** | |  | A single leaflet affixed by two commissures, functioning as a bileaflet valve to facilitate a slower closing of the leaflets to preserve the right ventricular function. Axial anchoring that reduces the risk of conductive issues | | TRISOL US EFS, 2/15 enrolled<br>Israel Pilot, N=5 |

# Other TTVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **VDyne, USA** | **VDyne** | |  | A pop-off mechanism in the event of afterload mismatch. Five implant sizes (same 30 mm inner valve). Leaflet independent imaging | 2023: Breakthrough device | VISTA, N=40, enrolling Aus, EU<br>VISTA US, N=30 |

Edwards

Helping Patients is Our Life's Work, and *life is now*