DX-0235 - DX-0265
(see exhibit stamps bottom right corner)
DX-0235 (Pgs. 2-14)
DX-0251 (Pgs. 15-100)
DX-0252 (Pgs. 101-109)
DX-0265 (Pgs. 110-119)

Message

**From:** John Kilcoyne [kilcoyne@jenavalve.com]
**Sent:** 5/20/2025 9:57:27 PM
**To:** Don Bobo [Don_Bobo@edwards.com]
**Subject:** Jupiter
**Attachments:** Intergration Plan EuroPCT '25 FINAL.pdf

**Importance:** High
**Flag:** Follow up

**EXTERNAL EMAIL - Use caution opening attachments and links**

Don,
As discussed, I have attached our high-level integration summary for your review.
Best,
John

**John Kilcoyne**
Chief Executive Officer

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1030
E-Mail: kilcoyne@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

1:25-cv-2569
FTC v. Edwards Lifesciences Corp. et al.,
DX-0235

# Jupiter

May 20, 2025

5:00pm – 6:00pm (CET)

JENAVALVE

# Jupiter Integration – Discussion

- **Executive Overview of Integration Strategy & Approach**
- **Where EW Resources Will Immediately Help**
- **Integration x Department**

# Jupiter Integration – Executive Overview

- **Maintain execution focus on key value drivers through retention of talent/experience/expertise and fuel rapid growth after U.S. approval in way that JVT cannot**
- Key Value Drivers:
  - PMA Approval
  - US Commercial launch
  - OUS Commercial sales
  - Production - Valve and Delivery System Inventory Build and capacity ramp
- EW retains JVT personnel through PMA approval (min. timeline)
  - Minimize disruption and create stability by announcing no immediate changes in JVT employee structure and compensation, while enabling talent and manpower assessment
  - Announce integration process and timeline for migration JVT personnel onto EW email (asap) and HR (payroll) systems
- **Significant talent infusion necessary asap as JVT very short staffed in all functional areas to support US launch**
- Appoint a JVT business/integration leader, directly reporting to EW Sr. Corporate Leader
  - Core JVT business responsibility: obtain PMA approval (RA), oversee/lead product launch (CCO), production (VP-Ops), QA.
- JVT functional leaders report immediately into function leaders (e.g. HR, Ops, Finance, R&D, Clinical, .....)
- Establish transition core team consisting of EW/JVT executives to plan and drive further integration and leveraging EW capabilities and strategy (R&D pipeline, accelerate capacity ramp, etc).

# Integration – Where EW Resources Will Help Immediately

# Jupiter Integration – Where EW Resources Will Help Immediately

**OPS (Jeff Thiel)**

- Supply Chain Integration and Supplier support
- Mfg. Engineering Valves and Delivery Systems (Leeds/Irvine)
- Mfg. Capacity Planning / Site Expansion - Migration
- Distribution logistics
- Headcount: Sewers, Solutions, Tissue, Mfg. & Validation Engs. Distribution, Facilities

**R&D (Vivian Khalil - Valves and Greg Mirigian - DS)**

- Development Support
  - Large Valves (29/31) and Delivery System (TF3) – Personal, Materials and Development Support
  - Project Management
  - IP review

# Jupiter Integration – Where EW Resources Will Help Immediately

**Commercial (Pete Spadaro)**

- Didactic, wet lab, simulator and live case training (field teams/clin affairs/marketing) – Both Ways
- Field Personnel (Sales. Clinical, Therapy) and Training Personnel to accelerate launch
- Reimbursement (commercial/clinical)
- Customer support (US and EU) / contracting / CRM / Forecasting
- MarCom Support
- Field Depots

**Clinical/Medical (Duane Pinto, MD)**

- Contracting / Negotiating – Clinical Trial Agreements (CTA)
- Case Review Board (CRB) for 3 current clinical trials
- Site Managers to onboard new ARTIST sites
- Safety Reporting
- Data Management (Trial data base analysis/QC)

# Jupiter Integration – Where EW Resources Will Help Immediately

**Reg/Quality (Jane Metcalf)**

- MDR support
- Supplier audits
- Risk management
- Validations (ie clean room expansion)
- Regulatory project mgr./ Documentation/ Quality Eng.
- Complaints handling and Lab space

**Finance/HR (Steve Sloan and Connie Correa Thompson)**

- Legal support (supplier, commercial, clinical contracts , compliance, CTAs)
- Network security
- Reporting, ERP and IT systems (QAD conversion to JDE)
- Employee Recruiting support

# Integration x Department

# Jupiter Integration x Department

**OPS (Jeff Thiel)**

- Continuity very important - retain and augment with EW production personnel (sewers, tissue, solutions, lab, validation, mfg eng.)
- Will need Leeds and Irvine mfg. teams for foreseeable future (as transition to EDW mfg. plan occurs)
- Assess talent from close to PMA approval
- **Significant talent infusion necessary as very short staffed to support current and future U.S. commercial and clinical demand**
- New and or materially expanded mfg. facility needed asap [redacted]
- Jeff Thiel, VP, Operations retiring post PMA approval

**R&D (Vivian Khalil - Valves and Greg Mirigian - DS)**

- Valves
  - Continuity important - retain and augment with EW production personnel
  - Valve R&D team possesses material technical and black art awareness of valve
  - Additional talent infusion necessary as very short staffed
- Delivery Systems
  - Continuity important
  - Delivery systems often the Achilles heal of valve systems
  - Assess talent from close to PMA approval – transition decision mid term

# Jupiter Integration x Department

## Commercial (Pete Spadaro)

- Field and Marketing Team – 100% require all – no change
- Significantly competent in clinical cases and market awareness
- **Field** – [redacted]ppl ([redacted]- EU / [redacted]– US) -- **Marketing** – [redacted]ppl ([redacted]– EU / [redacted]– US)
- **Significant talent infusion necessary as very short staffed to support a U.S. commercial launch**

## Clinical/Medical (Duane Pinto, MD)

- No change – thru PMA approval
- Assess talent from close to PMA approval
- **Significant talent infusion necessary as very short staffed to support ongoing clinical trials (N:3)**
- Earlier integration

# Jupiter Integration x Department

- **Reg/Quality (Jane Metcalf)**
- No change – thru PMA approval
- Assess talent from close to PMA approval
- Earlier integration
- **Significant talent infusion necessary as very short staffed to support mfg., US commercial launch as well as ongoing clinical trials**
- Jane Metcalf, VP Regulatory/Quality – Retiring post PMA approval

**Finance (Steve Sloan)**

- No change – thru PMA approval
- Assess talent from close to PMA approval
- Earlier integration

**HR (Connie Correa Thompson)**

- No change – thru PMA approval
- Trusted advisors to employees – key to smooth messaging and support
- Assess talent from close to PMA approval
- Earlier integration

JENAVALVE

Message

**From**: Don Bobo [Don_Bobo@edwards.com]
**Sent**: 6/17/2025 3:57:46 PM
**To**: Scott Ullem [Scott_Ullem@edwards.com]; Mark Wilterding [Mark_Wilterding@edwards.com]
**Subject**: Confidential strat Opening
**Attachments**: 250513 Strat Overview and Portfolio Draft v02.pptx

Get Outlook for iOS

1:25-cv-2569
FTC v. Edwards Lifesciences Corp. et al.,
DX-0251

# Document Produced in Native Format

# 2025 Strategy and Portfolio Overview

**Don Bobo**

**June 17, 2025**

Edwards

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

# Agenda

1

**Strategy Overview**

2

Portfolio

# Strategy is Compelling and Projects Sustained Leadership…




**KEY ISSUE**
Gap between Strat Plan sales and actual performance pressures our plans and investment capacity

**7-Year PLAN GROWTH DRIVERS – [redacted] CAGR**
*As Submitted Case*




## Risks

### TAVR Growth
*Deliver leading growth while increasing AS / AR penetration and mitigating competition*

### TMTT Ramp
*Lead and grow Tricuspid and Mitral segments while advancing the leading portfolio of therapies*

### Complexity
*Multiple growth engines increase execution complexity*

### New Tx Impact
*Long investment timeframes for meaningful growth contribution*

# Strategy Includes Multiple Growth Platforms Targeting [redacted] TAM[1]

## Structural Heart Disease

**Valvular** | **Non-Valvular**

**TAVR – AS**
SAPIEN



**MITRAL**
PASCAL, M3, INNOVALVE



**TRICUSPID**
EVOQUE, PASCAL
[redacted]



**SURGICAL**
INSPIRIS, MITRIS, etc.
[redacted]



**TAVR – AR**
J-VALVE



**IMPLANTABLE HF MGMT**
ENDOTRONIX



**EXT. INVEST.**
[redacted]

THV | TMTT | SURG | THV | IHFM | SHD+

**Core**

**Initiatives**

AS = Aortic Stenosis; AR = Aortic Regurgitation; IHFM = Implantable Heart Failure Management, NVSHD = Non-Valvular Structural Heart Valve Disease. Note – External investments are color coded blue

# Actual Sales Growth vs. Strategic Plan

**Strat Plan* vs. AOP vs. Actual Sales**

[redacted]

2021 2022 2023 2024 2025 2026

OpEx [redacted]

[redacted]

Sales Shortfall
(2026: '25S1 vs.'23P) - [redacted]
(2026: '25S1 vs. '24P) - [redacted]

**-2 yrs**

Incremental M&A OpEx benefit (2026 vs. 24P) [redacted]

Pioneering therapies require long-term, sustained investment

*Successive Strat Plan first year growth, i.e., 2024 Strat Plan growth shown is taken from 2023 Strat Plan; ** 2025 Forecast 4 projected growth at 11.2%

Highly Confidential - Edwards Lifesciences – For Internal Use Only. Do not reproduce or distribute

# Strat Plan Sales Comparison (2026 vs. Prior Submissions)

*($ in millions)*

## Total Edwards Sales Comparison




## Sales Variance by BU[1]




**2026 Strategic Plan Revenue Shortfall**

- '25S1 vs. '24 SP: ~$740M

[1]Variances by BU do not include enableCV, egnite, or Heart Failure

Highly Confidential - Edwards Lifesciences – For Internal Use Only. Do not reproduce or distribute

# 2025 Plan Projects a Leading Sales Growth
## (As Submitted)

| | 2025–31 | | | Key Plan Risks |
|---|---|---|---|---|
| | Sales CAGR | Sales Growth $B | Contribution to EW Sales CAGR | |

[redacted]

2025 2031



Note: * HF includes APTURE. Total revenue includes egnite revenues; Totals may not add due to rounding; Including Voyager – however, Voyager has no sales in 2031. Cumulative Investments includes only OpEX from P&L

Edwards Lifesciences

# Gross Margin Pressured by Mix, Then Recovers




Supply Chain cost improvements
Leveraged spending

*Positive Contribution*



*Negative Contribution*

TMTT growth
Surgical Price/Mix

Notes: Critical Care (including Group Support allocation) and CSS removed from 2024

Highly Confidential - Edwards Lifesciences – For Internal Use Only. Do not reproduce or distribute

# R&D Spend (As Submitted)

**R&D Spend Split ($M)**

**2025–31, R&D CAGR, %**

**R&D Spend Mix in 2025 & 2031**

[redacted]

2025 2026 2027 2028 2029 2030 2031

- TAVR AS
- TMTT
- SURG
- TAVR AR
- IHFM + Voyager
- AT*
- HF**
- Group Supp.

[redacted]

2025 2031



Note: *AT excludes APTURE, ** HF includes APTURE, excludes Voyager

Case 1:25-cv-02569-RC Document 182-5 Filed 02/11/26 Page 26 of 119



# Plan Investments vs. Sales Growth Contribution




Highly Confidential - Edwards Lifesciences – For Internal Use Only. Do not reproduce or distribute

Edwards Lifesciences

# New Products Cadence Reflect Our Innovation strategy

*As Submitted*

[redacted]

Of 2031 Edwards revenue from products launched over the Strat Plan period



# Plan Anticipates Key Environmental Trends

## NEAR-TERM TRENDS

### GEO-POLITICS
Tariffs, supply chain, financial volatility

### ONGOING REGULATORY CHANGES
US improving (CMS, FDA); EU regulatory and payment challenged

### COMPETITIVE PRESSURES
Increased competition on core TAVR-AS and TMTT

Edwards

## BROADER MACRO TRENDS

### AGING POPULATION
Aging population fueling growth of structural heart interventions

### RAPID ADVANCEMENT OF AI
Digital transformation drives innovation and efficiency

### HEALTH SYSTEM PRESSURES
Workforce & cost challenges; shifting payer mix

# Plan Projects More Intense Competition

## STRUCTURAL HEART DISEASE COMPETITORS

**Focusing** on high-growth markets

| | TAVR-AS | Mitral | Tricuspid |
|---|---|---|---|
| Medtronic[1] | ● | ● | ● |
| Abbott[2] | ● | ● | ● |
| Boston Scientific[3] | | ◌ | |

1. TAVR: Evolut FX+; TMVR &TTVR: Intrepid valve
2. TAVR: Navitor; m-TEER: MitraClip; TMVR: Tendyne, Cephea; t-TEER: TriClip
3. Exiting TAVR 2025; TMVR & TTVR: VC investments (e.g., 4C Medical for TMVR with plans to expand to TTVR)

## EMERGING PLAYERS

**Emerging MedTech** intensifying with expanded focus on EU, US

**TAVR**

- 启明医疗 VenusMedtech
- ★ MicroPort
- ★ Meril
- PEIJIA 沛嘉医疗
- NewMed
- LEPU MEDICAL
- 佰仁医疗 Balance Medical
- Jenscare 健世科技
- INT MEDICAL
- ★ Direct Flow Medical

**TMTT**

- 启明医疗 VenusMedtech
- Valgen Medtech 德晋医疗
- HighLife
- affluent medical
- Jenscare 健世科技
- PEIJIA 沛嘉医疗
- CAPSTAN MEDICAL
- TRiCares
- ReValve Solutions
- TRISOLMEDICAL
- 4C Medical
- innovheart
- VDYNE

★ CE mark approval

Note: UPC ruled Meril cannot sell Myval in Europe

## PHARMA ADVANCEMENTS

Trials suggest drugs may **slow AS progression;** improve **Heart Failure** management

**Aortic Stenosis**

SGLT2i, Lp(a) lowering, sGC activators, DDP-4i

- AstraZeneca
- Boehringer Ingelheim
- Novartis
- Amgen
- sanofi
- Johnson&Johnson
- Bristol Myers Squibb
- Mayo Clinic
- Lilly

**Heart Failure**

SGLT2i, sGC Stimulators, GLP-1, ARNi

- AstraZeneca
- Boehringer Ingelheim
- Novartis
- astellas
- Lexicon pharmaceuticals
- Johnson&Johnson
- MSD
- novo nordisk
- Lilly

# Agenda

1

Strategy Overview

2

**Portfolio**

# Our Portfolio Includes Two Very Different Types of Innovation

| TWO PHENOTYPES | CHARACTERISTICS/RISKS |
|---|---|
| PIONEER | Focus: Creating a new segment<br>Key Investments: R&D, Clinical, GHER, Commercial<br>Investment Horizon: Marathon – years to reach impact<br>Key Risks: Product performance, evidence, payment and coverage |
| DISRUPTER | Focus: Entering and disrupting an established segment<br>Key Investments: Commercial<br>Investment Horizon: Sprint – earlier impact potential<br>Key Risks: Commercial execution and product competitiveness |





## ADVANTAGE / TIMELINE

**Advantage**

**When successful, high barriers to competitive entrants, more stable growth curve**

Timeline

TMTT [redacted] investment over ten years to achieve [redacted] revenue in 2025*



Highly Confidential - Edwards Lifesciences – For Internal Use Only. Do not reproduce or distribute

*Includes acquisition costs, royalty payments, and Operating Losses. Does not include corporate overhead

# Portfolio Largely Focused on Pioneering Investments




**Core Growth CAGR** [redacted]

TAVR - AS | TMTT | SURG

**Two Types of Innovation**

[redacted]

**Initiatives CAGR** [redacted]

TAVR-AR | TM-TTVR | SURG | SHD+

# Majority of Plan Sales Growth Driven by Eight Key Programs

Top 3 programs contributes approximately two thirds of growth

[redacted]

Contribution to Edwards projected growth over the Strat Plan period[α]
**2025 - 2031**

| # | Program | | Launch Status 7 Regions 2025 | 2028 | 2031 | Contribution to Growth* | Cumulative Revenue '25 – '31 |
|---|---|---|---|---|---|---|---|
| 1 | X4[α] | | [redacted] | | | | |
| 2 | PASCAL MR & TR[δ] | DMR | | | | | |
| | | FMR | | | | | |
| | | TR | | | | | |
| 3 | EVOQUE | | | | | | |
| 4 | INSPIRIS 2.0 | | | | | | |
| 5 | AR | | | | | | |
| 6 | Cordella[β] | | | | | | |
| 7 | SAPIEN M3 | | | | | | |
| 8 | MCS[ϕ] | | | | | | |

Core Programs: rows 1–4 and 7
Initiatives: rows 5, 6 and 8

**Footnotes**: [redacted]

# Internal Pipeline: Developing Multiple Generations in Parallel

## Top Eight Programs

| | Program | | Value Proposition |
|---|---|---|---|
| TAVR | X4 |  | Enhanced control to provide personalized TAVR treatment |
| TAVR | NEXUS |  | Designed for uncompromised lifetime management of TAVR patients |
| TAVR | J-Valve (AR) |  | Designed to treat severe symptomatic native AR patients |
| TMTT | PASCAL Gen 3 MR/TR |  | Simplified TEER procedure w. leaflet capture indicators |
| TMTT | PASCAL Gen 4 MR/TR |  | Improved ease-of-use and broaden patient applicability |
| TMTT | EVOQUE Gen 2 |  | Improved clinical results and applicability |
| TMTT | EVOQUE Gen 3 |  | Optimized safety, ease of use & applicability (implant clocking, PASCAL-like DS) |
| TMTT | M3 Enhanced |  | Improved ease of use, reduces PVL, and screen fails |
| SURG | INSPIRIS 2.0 |  | Improved hemodynamics, Optimized holder & implantability |
| HF | Cordella Pt. Self Mgmt. |  | Patient Self Management capability, influences scalability and adoption rates |

| 2025 | | 2026 | | 2027 | | 2028+ | |
|---|---|---|---|---|---|---|---|
| 1H | 2H | 1H | 2H | 1H | 2H | 1H | 2H |

[redacted]

*Product Development* *First Commercial launch*

Highly Confidential - Edwards Lifesciences – For Internal Use Only. Do not reproduce or distribute

# External Pipeline: Option Decisions by YE2027

| | | | | 2025 | | 2026 | | 2027 | | 2028+ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1H | 2H | 1H | 2H | 1H | 2H | 1H | 2H |
| Implantable HF Management | *VOYAGER* |  | Implantable left atrial pressure sensor | Option period / Alliance management | | Acquisition ★ | | | | | |

[redacted]

* Timelines based on agreements under negotiations
MCS = Mechanical Circulatory Support
HF = Heart Failure
PCI = Percutaneous Coronary Intervention
HFpEF = Heart Failure with preserved Ejection Fraction

*Option period / Alliance management* ★ *Acquisition* ★ *Commercial launch*

# Pioneering Therapies Take Time and Investment to Impact




Note: EVOQUE Approval Time from CardiAQ Acquisition: ~8 years for approval in EU and ~9 years for approval in US

# Recent Timeline Benchmarks




*Projections based on Strat Plan 25

# Future Growth Drivers Expand Patient Opportunities

**EW Investments**

**US Segment Size in 2031 ($B)**

[redacted]

**Pioneer**

- JC Medical
- JUPITER AR



- APTURE
- [redacted]



- [redacted]



- [redacted]



[redacted]

**Disrupter**

- [redacted]



- IHFM
- [redacted]
- [redacted]



[redacted]

*Investments in red are Internally developed or already acquired*

Note: STINGRAY, PROVENCE (external investments) are not reflected in the above list, as these are in existing segments that are part of Core BUs. PAP is Pioneering

# External Investments Largely Play Out by Mid-Plan

***[redacted] Investments made Externally***

[redacted]

2021 2022 2023 2024 2025 2026 2027 2028 2029 2030 2031

**Internal R&D** **Corporate Development**

Corp Dev projections based on deal terms as of 5/27/25. Options in place: Voyager, [redacted], Jupiter ; In Process: [redacted] Excludes exploratory deals.

Highly Confidential - Edwards Lifesciences – For Internal Use Only. Do not reproduce or distribute

# Execution Emerges as the Most Important Near-term Driver

## NEAR-TERM PRIORITIES

**Execution (Commercial and R&D)**

### Commercial execution

- Regional growth priorities – sub-regions, key investments
- BU growth strategies and investments (e.g., patient activation)

### Agility

- Accelerate speed of innovation – R&D, AI projects, Partnerships




## LONGER-TERM PRIORITIES

**Differentiated and leading portfolio**

### Portfolio strategy

- Project spending and priorities by BU, Enterprise
- Portfolio choices – Internal and external

### Enterprise

- **T&O:** Culture, Organization, and Talent priorities
- **PA:** Government affairs, patient access, coverage and payment priorities
- **GSC:** Priorities and investments to enable our strategy

Edwards

Helping Patients is Our Life's Work, and *life is now*

# Strategy Includes Multiple Growth Platforms and Large Segments

## Structural Heart Disease

**Valvular** | **Non-Valvular**

**TAVR – AS**
SAPIEN



**MITRAL**
PASCAL, M3, INNOVALVE



**TRICUSPID**
EVOQUE, PASCAL
[redacted]



**SURGICAL**
INSPIRIS, MITRIS, etc.
[redacted]



**TAVR – AR**
J-VALVE



**IMPLANTABLE HF MGMT**
ENDOTRONIX



**EXT. INVEST.**
[redacted]

THV — TMTT — SURG — THV — IHFM — SHD+

**Core**

**Initiatives**

***Valvular and Non-Valvular Structural Heart is a [redacted] TAM[1]***

AS = Aortic Stenosis; AR = Aortic Regurgitation; IHFM = Implantable Heart Failure Management, NVSHD = Non-Valvular Structural Heart Valve Disease. Note – External investments are color coded blue

# Decisions

- TAVR-AS: X4-Nexus; P&L;
- TAVR-AR: Jennavalve spending in 2026; TAM – sales growth
- TMTT: sales; Multiple generations (pascal, Evoque, M3); [redacted] Cardioband externalize
- Surgical: P&L, Falkor – externalize, Autus?
- IHFM: priorities, gated investments
- External: prepare for decisions
  - Contribution to EW growth in 2029
  - P&L investment required by year
  - EPS impact
- Enterprise: R&D Investment Ratio – what do we do?

# Strategy Includes Multiple Growth Platforms and Large Segments

## Structural Heart Disease

**Valvular** | **Non-Valvular**

### TAVR – AS
SAPIEN





### TAVR – AR
J-VALVE





### MITRAL
PASCAL, M3





### TRICUSPID
EVOQUE, PASCAL





### SURGICAL
INSPIRIS, MITRIS, TRIFORMIS etc.





### IMPLANTABLE HF MGMT
ENDOTRONIX





### Ext. Invest.
VOYAGER

[redacted]

THV — TMTT — SURG — IHFM — SHD+

***Valvular and Non-Valvular Structural Heart is a [redacted] TAM[1]***

NVSHD includes Non-Valvular Structural Heart Disease (SHD) investments and option transactions IHFM = Implantable Heart Failure Management 1. 2030 estimated available market (TAM) Global Plan Case

Redacted version sent to Alluvia to reformat

Internal

# Future Growth Options Are Largely Pioneering

Update market sizing and remove [redacted]

**EW Investments** | **US Mkt. Size in '25 & '31 ($B)** | **CAGR ('25-'31)**

[redacted]

**Pioneer**

JC Medical
- [redacted]



APTURE
- [redacted]



- [redacted]



- [redacted]



**New Segments with an estimated collective size of [redacted] in 2031**

**Follow & Disrupt**

- [redacted]



[redacted]

IHFM
- [redacted]



[redacted]

Note: [redacted]

# 2025 Strat Plan Projects an Aggressive [redacted] CAGR

TAVR-AS and TMTT drive [redacted] of growth over the plan horizon **(As Submitted**

[redacted]

2025 2031

Corp. HF*

IHFM*

TAVR-AR

SURG

TMTT-MR

TMTT-TR

TAVR-AS

**2025–31**

| Sales CAGR | Sales Growth $B | Contribution to EW Sales CAGR |
|---|---|---|
| [redacted] | | |

**Key Plan Risks**

- Trial Failures, slower adoption
- Slower therapy adoption in US, EU reimbursement
- Slower therapy adoption
- Lower market growth in US & EU
- Delayed KONECT launch in EU
- Lack of premium reimbursement for M3 in EU
- Unfavorable PASCAL FMR Trial results
- Slower adoption of EVOQUE in EU
- Higher T-TEER competitiveness vs. TTVR
- Slower than expected increase in capacity (NCD)
- Softer adoption of Asymptomatic/Moderate
- Share loss in Japan

Note: *Corp HF includes APTURE. Total revenue includes egnite revenues; Totals may not add due to rounding; Including Voyager – however, Voyager has no sales in 2031.

Rearrange to TAVR-AS, TMTT, Surg, TAVR-AR, IHFM, AT, Corp. HF, Group Support

# R&D Spend (As Submitted)

**R&D Spend Split ($M)**

[redacted]

- TMTT
- TAVR AS
- TAVR AR
- SURG
- IHFM + Voyager
- Corp HF**
- AT*
- Group Supp.

2025 2026 2027 2028 2029 2030 2031

**2025–31, R&D CAGR, %**

[redacted]

**R&D Spend Mix in 2025 & 2031**

[redacted]

2025 2031

Note: *AT includes APTURE, **Excluding Voyager

# P&L Over the Horizon

| | 2024 Act | 2025 AOP | 2025 Fcst 04 | 2026 Strat Sub 1 | 2027 Strat Sub 1 | 2028 Strat Sub 1 | 2029 Strat Sub 1 | 2030 Strat Sub 1 | 2031 Strat Sub 1 | 2025 Fcst 04 | 2026 Strat Sub 1 | 2027 Strat Sub 1 | 2028 Strat Sub 1 | 2029 Strat Sub 1 | 2030 Strat Sub 1 | 2031 Strat Sub 1 | 1 Yr CAGR (25F-26) | 3 Yr CAGR (25F-28) | 3 Yr CAGR (28-31) | 6 Yr CAGR (25F-31) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | [redacted] | | | | | | | | | | | | | | | | | | | |
| GSC SCOS | | | | | | | | | | | | | | | | | | | | |
| Non - GSC SCOS | | | | | | | | | | | | | | | | | | | | |
| **SGP** | | | | | | | | | | | | | | | | | | | | |
| Other Cost of Sales | | | | | | | | | | | | | | | | | | | | |
| **Gross Profit** | | | | | | | | | | | | | | | | | | | | |
| S&M | | | | | | | | | | | | | | | | | | | | |
| G&A | | | | | | | | | | | | | | | | | | | | |
| Distribution | | | | | | | | | | | | | | | | | | | | |
| **SG&A** | | | | | | | | | | | | | | | | | | | | |
| Product Development & Quality | | | | | | | | | | | | | | | | | | | | |
| Clinical, Regulatory, & Medical Affairs | | | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | | |
| **R&D** | | | | | | | | | | | | | | | | | | | | |
| **Mgmt Contribution** | | | | | | | | | | | | | | | | | | | | |

# Business Units Play Different Roles in our Strategy

| | Summary | Sales($B) & CAGR |
|---|---|---|
| SURG  | • Surgical valve leadership, targeted expansion into non-valve segments, mid to high-single digit sales growth and leveraged P&L from 2026 | [redacted] |
| TAVR-AS  | • Sustained AS leadership, mid-high single digit top line growth, strategic leveraged P&L across the horizon (outsized contribution to EW, heavy competition) | |
| TMTT  | • Expanded Mitral and Tricuspid leadership, efficient investment to scale 2026, leveraged P&L from 2027+, increasing contribution to EW | |
| TAVR-AR  | • Establish therapy category, growing growth contribution, leverage TAVR organization to minimize P&L impact | |
| IHFM  | • Establish therapy category, accelerate segment growth, increasing contribution to EW's growth with gated investments | |

# 2025 Plan Projects a Leading Sales Growth

**(As Submitted)**

[redacted]

**2025** **2031**

| | 2025–31 Sales CAGR | Sales Growth $B | Contribution to EW Sales CAGR | Key Plan Risks |
|---|---|---|---|---|
| HF* | - | [redacted] | | |
| IHFM* | 75.6% | | | |
| TAVR-AR | 122.2% | | | |
| SURG | 10.9% | | | |
| TMTT-MR | 24.7% | | | |
| TMTT-TR | 37.8% | | | |
| TAVR-AS | 7.8% | | | |

Note: *[redacted]

Alluvia to reformat

# Plan Projects More Intense Competition

## STRUCTURAL HEART DISEASE COMPETITORS

**Sharpening strategic focus** on high-growth markets

| | TAVR-AS | Mitral | Tricuspid |
|---|---|---|---|
| Medtronic[1] | ● | ● | ● |
| Abbott[2] | ● | ● | ● |
| Boston Scientific[3] | | ◌ | |

1. TAVR: Evolut FX+; TMVR &TTVR: Intrepid valve
2. TAVR: Navitor; m-TEER: MitraClip; TMVR: Tendyne, Cephea; t-TEER: TriClip
3. Exiting TAVR 2025; TMVR & TTVR: VC investments (e.g., 4C Medical for TMVR with plans to expand to TTVR)

## EMERGING PLAYERS

**Emerging MedTech** evolving as global competitors with recent regulatory approvals

*TAVR*

启明医疗 VENUSMEDTECH; ★ Meril; PEIJIA 沛嘉医疗; ★ MicroPort; LEPU MEDICAL; NEWMED; Jenscare 健世科技; 佰仁医疗 Balance Medical; ★ DIRECT FLOW MEDICAL; INT MEDICAL 瑞泰医疗

*TMTT*

启明医疗 VENUSMEDTECH; VALGEN MEDTECH 德晋医疗; HighLife; innoheart; 4C Medical; Jenscare 健世科技; CAPSTAN MEDICAL; PEIJIA 沛嘉医疗; ReValve Solutions; affluent MEDICAL; TRISOLMEDICAL; TRiCares; VDYNE

★ *CE mark approval* *Note: UPC ruled Meril cannot sell Myval in Europe*

## PHARMA ADVANCEMENTS

Ongoing clinical trials suggest drugs may **slow AS progression** while offering **benefits for Heart Failure** management

***Aortic Stenosis***

*SGLT2i, Lp(a) lowering, sGC activators, DDP-4i*

AstraZeneca; NOVARTIS; Johnson&Johnson; AMGEN; Boehringer Ingelheim; sanofi; MAYO CLINIC; 동아ST; REDNVIA; Lilly

***Heart Failure***

*SGLT2i, sGC Stimulators, GLP-1, ARNi*

AstraZeneca; astellas; Johnson&Johnson; Boehringer Ingelheim; Lexicon pharmaceuticals; MSD; NOVARTIS; Lilly; novo nordisk

Edwards Confidential. Do not reproduce or distribute.

Alluvia to reformat

# Plan Anticipates Key Environmental Trends

## Near-Term Trends

### GEO-POLITICS
Tariffs, supply chain, financial volatility

### ONGOING REGULATORY CHANGES
US improving (CMS, FDA); EU approval and payment challenged

### COMPETITIVE PRESSURES
Increased competition on core TAVR-AS and TMTT

## Broader Macro Trends

### AGING POPULATION
Aging population fueling growth of structural heart interventions

### RAPID ADVANCEMENT OF AI
Digital transformation drives innovation and efficiency

### HEALTH SYSTEM PRESSURES
Workforce & cost challenges; shifting payer mix

Edwards Confidential. Do not reproduce or distribute.

# Strategy is Compelling and Projects Sustained Leadership…

## Our Strategy is Simple, Unique and Patient-focused

**Focusing** on structural heart disease

**Solving** large and complex patient needs

**Pioneering** therapeutic categories



Delivering sustainable, long-term growth and leadership

- ***Key Issue: Gap between strat plan financials and actual performance pressures multi-year planning, resource allocation and incubation of new therapies***

## 7-Year PLAN GROWTH DRIVERS – [redacted] CAGR

*As Submitted Case*

[redacted]

2025F | TAVR-AS | TAVR-AR | TMTT | SURG | IHFM | Total Corp HF + Other | 2031E

## Risks

### TAVR Growth

*Deliver leading growth while increasing AS / AR penetration and mitigating competition*

### TMTT Ramp

*Lead and grow Tricuspid and Mitral segments while advancing the leading portfolio of therapies*

### Complexity

*Multiple growth engines increase execution complexity*

### New Tx Impact

*Long investment timeframes for meaningful growth contribution*

# Execution Emerges as the Most Important Near-term Driver




**Near-Term Priorities**

- Execution (Commercial and R&D)

**Longer-Term Priorities**

- Differentiated and leading Portfolio

Alluvia to reformat

# Plan Projects More Intense Competition

## STRUCTURAL HEART DISEASE COMPETITORS

**Sharpening strategic focus** on high-growth markets

| | TAVR-AS | Mitral | Tricuspid |
|---|---|---|---|
| Medtronic[1] | ● | ● | ● |
| Abbott[2] | ● | ● | ● |
| Boston Scientific[3] | | ◌ | |

1. TAVR: Evolut FX+; TMVR &TTVR: Intrepid valve
2. TAVR: Navitor; m-TEER: MitraClip; TMVR: Tendyne, Cephea; t-TEER: TriClip
3. Exiting TAVR 2025; TMVR & TTVR: VC investments (e.g., 4C Medical for TMVR with plans to expand to TTVR)

## EMERGING PLAYERS

**Emerging MedTech** evolving as global competitors with recent regulatory approvals

*TAVR*

启明医疗 VenusMedtech, ★ Meril, Peijia, ★ MicroPort, Lepu Medical, NewMed, Jenscare, 佰仁医疗 Balance Medical, ★ Direct Flow Medical, INT Medical

*TMTT*

启明医疗 VenusMedtech, Valgen Medtech 德晋医疗, HighLife, innoheart, 4C Medical, Jenscare, Hanyu Medical, Capstan Medical, Peijia, ReValve Solutions, affluent Medical, TRISOL Medical, TRiCares, VDYNE

★ CE mark approval   Note: UPC ruled Meril cannot sell Myval in Europe

## PHARMA ADVANCEMENTS

Ongoing clinical trials suggest drugs may **slow AS progression** while offering **benefits for Heart Failure** management

*Aortic Stenosis*
SGLT2i, Lp(a) lowering, sGC activators, DDP-4i

AstraZeneca, Novartis, Johnson&Johnson, Amgen, Boehringer Ingelheim, sanofi, Mayo Clinic, 동아ST, RedNvia, Lilly

*Heart Failure*
SGLT2i, sGC Stimulators, GLP-1, ARNi

AstraZeneca, astellas, Johnson&Johnson, Boehringer Ingelheim, Lexicon pharmaceuticals, MSD, Novartis, Lilly, novo nordisk

Edwards Confidential. Do not reproduce or distribute.

# Recent Timeline Benchmarks



Fix Colors on right hand side

# Portfolio Largely Focused on Pioneering Investments




**Core Growth CAGR** [redacted]

TAVR - AS | TMTT | SURG

**Two Types of Innovation**

[redacted]

**Initiatives CAGR** [redacted]

TAVR-AR | TM-TTVR | Surg | SHD+

# Striking Right Investment Balance between the Two Phenotypes is Essential









# We Have Opportunities Across Both The Phenotypes

PIONEER

DISRUPTER

[redacted]

**CRITICAL SUCCESS FACTORS**

Compelling evidence
Favorable guidelines
Payment and regional coverage

**CRITICAL SUCCESS FACTORS**

Commercial execution
Product competitiveness

Fix Colors on right hand side

# Portfolio Largely Focused on Pioneering Investments

## Strategy Includes Multiple Growth Platforms and Large Segments

**Structural Heart Disease**

Valvular | Non-Valvular

**TAVR – AS** SAPIEN

**MITRAL** PASCAL, M3, INNOVALVE

**TRICUSPID** EVOQUE, PASCAL [redacted]

**SURGICAL** INSPIRIS, MITRIS, etc. [redacted]

**TAVR – AR** J-VALVE

**IMPLANTABLE HF MGMT** ENDOTRONIX

**EXT. INVEST.** [redacted]



THV — TMTT — SURG — THV — IHFM — SHD+

Core

Initiatives

***Valvular and Non-Valvular Structural Heart is a [redacted] TAM[1]***

AS = Aortic Stenosis; AR = Aortic Regurgitation; IHFM = Implantable Heart Failure Management, NVSHD = Non-Valvular Structural Heart Valve Disease. Note – External investments are color coded blue

4

**Core Growth CAGR** [redacted]

TAVR - AS | TMTT | SURG

**Two Types of Innovation**

[redacted]

**Initiatives CAGR** [redacted]

TAVR-AR | TM-TTVR | Surg | SHD+

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

# Document Produced in Native Format

Message

**From**: Robert Cook [Robert_Cook@edwards.com]
**Sent**: 6/18/2025 3:34:18 AM
**To**: Bernard Zovighian [Bernard_Zovighian@edwards.com]; Scott Ullem [Scott_Ullem@edwards.com]; Don Bobo [Don_Bobo@edwards.com]; Mark Wilterding [Mark_Wilterding@edwards.com]
**Subject**: RE: tomorrow
**Attachments**: Strategic Plan Wrap Up and Financials.pptx

Hi All,

Attached please find the draft deck for the Financial/Wrap Up session tomorrow. Please let me know if you have any feedback or questions.

Thank you,
Rob

---

**From:** Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Sent:** Tuesday, June 17, 2025 7:59 PM
**To:** Scott Ullem <Scott_Ullem@edwards.com>; Mark Wilterding <Mark_Wilterding@edwards.com>; Robert Cook <Robert_Cook@edwards.com>; Don Bobo <Don_Bobo@edwards.com>
**Subject:** tomorrow

Team, could you build a slide like this

- We are in a great position for 2025: Q2 to Q4 [redacted]
    - We have up to [redacted] of extra opex $
- We are in agreat position for [redacted] with [redacted] sales growth and EPS leverage
    - We have to fine tune [redacted] spend
- We need to finalize investment decisions in 2025/2026 to sustain EW growing [redacted] beyond [redacted]

Thanks

1:25-cv-2569
FTC v. Edwards Lifesciences Corp. et al.
DX-0252

# Document Produced in Native Format

# Wrap Up and Financials

June 18th, 2025

Edwards

# Executive Summary

- We are in a great position for 2025, with Q2-Q4 revenue expected to grow [redacted]
  - Given this performance, we have up to [redacted] of additional Opex for discrete spending pull-forwards

- We are well-positioned for [redacted] with [redacted] sales growth, but need to fine-tune [redacted] spending to ensure EPS leverage
  - [redacted]

[redacted] We need to finalize investment decisions in 2025/2026 to sustain EW growing [redacted] and beyond [redacted]

# Detailed Considerations

- TAVR-AS fund plan-B for [redacted] and be leveraged by [redacted]
- TAVR-AR updated top line now and spending refined by July
- Surgical leveraged in [redacted] – AOP decision; [redacted] – yes
- TMTT generational cadence; profitable in [redacted]; leveraged [redacted]-No or ?; [redacted] faster
- IHFM align spending to include pausing [redacted] post approval only; focus on key product improvements ([redacted]) and commercial traction
- AT delay [redacted] design/build; advance [redacted] feasibility trial;
- Voyager/Cordella – internal sensor team integration
- COE scope and GSC intersection
- NPD spending between GSC and BU
- Corporate Heart Failure TBD
- EMEACLA TBD
- JAPAC TBD

# 2026 Spending Considerations

| | | | 2026 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Strat Plan Sub 1 ($M) | Strat Plan Sub 1 Gr. % | Adjustment | Revised Sub 1 ($M) | Revised Sub 1 Gr. % over AOP | Comment |
| BUs | TAVR - Aortic Stenosis OPEX | Wood/Brüls/Lippis | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | TAVR - Aortic Regurgitation OPEX (JC Medical) | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | TAVR | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | TMTT | Chopra/Brüls/Lippis | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | Surgical | Markowitz/Brüls/Lippis | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | IHFM | Gomez-Thinnes | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | APTURE | Brinton | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Regional GS | EMEACLA Group Support | Brüls | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | JAPAC Group Support | Lippis | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| Enabling Functions | Global Supply Chain/Quality - Sales Driven (Growth) | Nuzzolese | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | Global Supply Chain/Quality - Non-Sales Driven | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Pipeline changes (pilot and transitional) |
| | Total Global Supply Chain/Quality | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | IT | Ullem | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Meaningful risk in IT |
| | Irvine Facilities & Services | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | Finance + Risk Mgmt | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | Global Human Resources | McCauley | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | Legal + Compliance | Peterson | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | COE + Advanced Tech (ex. APTURE & Vectorious) | Brinton | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Internal sensor integration savings [redacted] from COEs |
| | Public Affairs | Huoh | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | Corp Dev/Strategy + Customer Solutions | Bobo | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| AR Initiative | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Synergies |
| NPD between GSC and BU | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | NPD between GSC and BU |

[redacted] Total Savings

Resulting 2026 EPS

EPS growth over [redacted]

# 2025 and 2026 Financial Overview

**2025 P&L Estimate**

[redacted] Sales Growth

[redacted] R&D % of Sales

[redacted] Operating Margin

[redacted] **EPS**

*Assumes* [redacted] *into 2025*

**2026 P&L Estimate**

[redacted] Sales Growth

[redacted] R&D % of Sales

[redacted] Operating Margin

[redacted] **EPS**

*EPS Growth*

# Strategic Planning Process Next Steps

- July Strategic Plan reviews to align strategic priorities with financial objectives
  - Proposals of discrete [redacted]

- Strat Plan Sub 2 resubmission July 14th

- Board of Directors reviews on September 10th and 11th

Edwards

Helping Patients is Our Life's Work, and *life is now*

Message

**From**: Bernard Zovighian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CD545A3EB324FEEB99B03426AADB61F-BERNARD ZOV]
**Sent**: 7/7/2025 5:06:29 PM
**To**: Linda Park [Linda_Park@edwards.com]
**Subject**: RE: Draft Board Executive Session Talking Points--July 2025
**Attachments**: Executive Session Talking Points July 2025 20250604_WORKING(748248.1) BZ.pptx

Thanks Linda.
Let's use this one.
Bernard

---

**From:** Linda Park <Linda_Park@edwards.com>
**Sent:** Monday, July 7, 2025 6:18 AM
**To:** Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Cc:** Linda Park <Linda_Park@edwards.com>
**Subject:** Draft Board Executive Session Talking Points--July 2025

Good morning, Bernard.
I believe you will be inflight for most of today. In case your WiFi works, and you wanted to take a look at your draft Executive Session presentation, please see attached. We have a call today at 4 pm PT to review together.
Speak with you then,
Linda

**Linda Park**
*Senior Vice President, Associate General Counsel, Corporate Secretary, Corporate Impact*

Edwards Lifesciences
One Edwards Way
Irvine, CA 92614
(949) 250-5911 (Office)
(949) 250-6885 (Fax)
linda_park@edwards.com

1:25-cv-2569
FTC v. Edwards Lifesciences Corp. et al.
DX-0265

# Executive Session

Board of Directors
July 9, 2025

Edwards

Edwards Lifesciences

# Business Updates

- **Q2 2025 Review and 2H Outlook** (slide)
- **Product Group Updates**
  - TAVR: Asymptomatic Referral and Treatment (NCD, Guidelines), BSX
  - TMTT: EVOQUE and Pascal Scaling
  - Surgical**:** MITRIS RESILIA Launch (China), 8-year data/durability
  - IHFM: Integration Progress
- **Portfolio Update**: Update on JenaValve (slide)

- **Q2 Stakeholder Engagement**
  - *Internal*
    - Israel: EIIC, Innovalve Facility
    - U.S.: Global Employee Meeting
  - *External*
    - 25th Anniversary at New York Stock Exchange
    - Congresses: EuroPCR, NY Valves
    - Analyst Conferences: Bank of America Healthcare Conference, Goldman Sachs investor meetings
    - CMS Meeting with Dr. Oz



12/5/2019


Edwards Lifesciences
Q2 Sales and EPS Trending Above Guidance; H2 Outlook Intact
Q2 Estimate
Full-Year Outlook
Sales
Guidance
$1.45B
$1.53B
[redacted]
[redacted] growth
[redacted] ahead of midpoint
$1.41B
$1.54B
7.9%
11.1%
[redacted]
1Q25
2Q25E
3Q25E
4Q25E
EW Sales
Year-over-Year Underlying Growth
Forecasted double-digit revenue growth in Q3/Q4
EPS
Guidance
$0.59
$0.65
[redacted]
High-end of range
Guidance
$2.40
$2.50
[redacted]
Executing to AOP, accelerating strategic investments
Highly Confidential – Attorney Client Privileged Work Product Communication

# Our special company

*Recent activities*




Edwards Israel




NYSE Bell-Ringing

Edwards Lifesciences

## JenaValve Update—

**Redacted for Privilege**

Highly Confidential – Attorney Client Privileged Work Product Communication 5

Talking point for Bernard: We remain optimistic…

Edwards Lifesciences

# June Strategy Sessions Focused on the Portfolio

**Key decisions**

- **TAVR-AS:** maintain strategy with [redacted]
- **TAVR-AR:** combine AR strategy (JC Medical, JenaValve), fully funded investment
- **TMTT**: sharpened portfolio (PASCAL, EVOQUE, M3); next generations staged; portfolio decisions [redacted]
- **IHFM**: focus on key product enhancements, US commercial, and [redacted]
- **Surgical**: Portfolio tradeoffs expected during AOP, leveraged P&L
- **SHD Expansion**:
  - Updated / sharpened the planning and timing for HF option transactions
  - More conservative financial forecast for new initiatives [redacted]

**Key outcomes**

- Alignment on near-term execution priorities to enable long term strategy
- EW returns to a top-tier med-tech growth company with EPS growing faster
- 2026/2027/2028 outlook: [redacted] … strat plan focus 2029+

Highly Confidential – Attorney Client Privileged Work Product Communication 8

Edwards Lifesciences

# Strategic Options to Drive a Top-Tier Growth Profile

Organic Dominant — Acquisition Dominant

**1 CORE PORTFOLIO**

Focus on core offerings: TAVR–AS, Mitral, Tricuspid, SURG, Cordella




**2 PLUS INITIATIVES**

Focus broadened to include SHD+ opportunities, earlier stage

[redacted]

**3 EXPANDED SCOPE**

Focus expanded to broader SHD adjacencies (and beyond), later stage with revenues




Expected Core CAGR [redacted] — Additional Growth [redacted]

**Expected Edwards CAGR of [redacted] over the plan horizon (as submitted – [redacted]**

TAVR – AS = Transcatheter Aortic Valve Replacement – Aortic Stenosis; AR Aortic Regurgitation; TTVR = Transcatheter Tricuspid Valve Replacement, PAP = Pulmonary Artery Pressure, LAP = Left Atrial Pressure, MCS = Mechanical Circulatory Support, LV = Left Ventricular Remodeling, SHD+ = Structural Heart Disease and adjacencies

Highly Confidential – Attorney Client Privileged Work Product Communication 7

Edwards Lifesciences

# At This Board Meeting

**Key Agenda Highlights:**

- Focus: Emerging Opportunities
  - TAVR (AR/AS)/TMTT/Surgical
  - IHFM
  - Shunts [redacted]), Other structural heart failure
- Speaker Session: Dr. Javed Butler, *State of Cardiac Shunts for Heart Failure*

**Board Approvals:**

- Corporate Development

[redacted]

- S-3 Registration Statement
- 2026-2029 Board Calendar
- Board Evaluation Process



12/5/2019

Edwards

Helping Patients is Our Life's Work, and *life is now*