DX-0270 - DX-0289
(see exhibit stamps bottom right corner)

DX-0270 (Pgs. 2-69)
DX-0283 (Pgs. 70-75)
DX-0288 (Pgs. 76-161)
DX-0289 (Pgs. 162-285)

# Board of Directors Meeting

Wednesday July 16, 2025

JENAVALVE

# JenaValve Board of Directors Meeting Agenda

| Section | Topic | Presenter | Time* |
|---|---|---|---|
| 01 | ▪ Opening Of Meeting<br>▪ Approve Board Minutes: June 25, 2025<br>▪ Review 2025 Goal Status | Jan Keltjens/John Kilcoyne | 8:00am – 8:15am |
| 02 | ▪ Recap Transaction Status & Next Steps | Jan Keltjens /John Kilcoyne/Ropes | 8:15am – 9:15AM |
| 03 | ▪ US Launch and WW Revenue Plan | Pete Spadaro | 9:15 am – 10:00am |
| 04 | ▪ Break | All | 10:00am -10:15am |
| 05 | ▪ Supply Chain (THV & DS) Status, Capacity, Inventory Build & KPIs | Jeff Thiel | 10:15am – 11:00am |
| 06 | ▪ Regulatory Modular Submission Status and Strategy | Jane Metcalf | 11:00am – 11:15am |
| 07 | ▪ Finance - YTD Financials | Steve Sloan | 11:00pm – 11:30am |
| 08 | ▪ Lunch | All | 11:30pm – 11:45pm |
| 09 | ▪ Business Plan: 2025 Plus 2026-2027 Outlook and Required Funding | John Kilcoyne | 11:45am – 12:15pm |
| 10 | ▪ Funding Strategies Post Merger Agreement Termination | John Kilcoyne | 12:15pm – 1:00pm |
| 11 | ▪ Executive Session | Board | 1:00pm – 2pm |

*** Tine in EST**


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 01

# Administration

# Administration

## Review and Approve

- June 25, 2025, Board of Directors Meeting Minutes

## Review 2025 Corporate Goals


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC

# Corporate Goals 2025 (as of July 16)

| Goal | Due Date | Stretch Goals | Weighting | Tracking | Comments |
|---|---|---|---|---|---|
| **REGULATORY/ CLINICAL** | | | | | |
| Module #4 (Clinical and Fatigue) Approved/Closed | June 30 | [redacted] | 10% | | [redacted] |
| FDA Approval of Trilogy | Aug 31 | [redacted] | 15% | | [redacted] |
| ARTIST – [redacted] enrolled ( [redacted] total patients and [redacted] Trilogy enrolled – 1-1 Randomization | Dec 31 | [redacted] | 10% | | Held Up ~ 3+ mths w/ EW approval delayed CRF finalizing data collection forms |
| Successful MDR Audits at Leeds and Irvine | Dec 31 | [redacted] | 10% | | |
| **AWT and YIELD** | | [redacted] | | | |
| [redacted] | Jun 30 | [redacted] | 12% | | |
| Global Valve Yield<br>▪ [redacted] in 1H (#starts/Valves to FG)<br>▪ [redacted] in 2H (#starts/ Valves to FG) | Jun 30<br>Dec. 31 | [redacted] | 5%<br>5% | | |
| **OPERATIONS AND PRODUCT DEVELOPMENT** | | [redacted] | | | |
| [redacted] | Oct 31 | [redacted] | 10% | | [redacted] |
| Deliver to FG Inventory [redacted] Trilogy Systems (per production plan)* | Dec 31 | [redacted] | 10% | | |
| **COMMERCIAL** | | [redacted] | | | |
| Global Revenue - [redacted] | Dec. 31 | [redacted] | 10% | | Valve and Delivery System shortfalls adversely impacted cases |
| Q4 Global Revenue Run Rate of [redacted] | Dec 31 | [redacted] | 5% | | Valve and Delivery System shortfalls adversely impacted cases |

* The 2025 implementation of best practices combined with yield improvement, consistency and an increased cleanroom and support personnel (Irvine & Leeds) w[redacted]tion demand



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 02

# RECAP Transaction Status and Next Steps

# Privileged - Redact

JENAVALVE

Privileged - Redact



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Privileged - Redact

Privileged - Redact



© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 03

# US Launch and WW Revenue Plan

# US Launch Executive Summary

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# US Launch Executive Summary

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# WW 2025 Sales Forecast vs. Inventory

JENAVALVE

UNITS

| Segment | 2025 ACTUAL Jan | Feb | Mar | Apr | May | Jun | 2025 FORECAST Jul | Aug | Sep | Oct | Nov | Dec | 2025 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Commercial | [redacted] | | | | | | | | | | | | |
| OUS Commercial | | | | | | | | | | | | | |
| CAP (CLIN) | | | | | | | | | | | | | |
| ARTIST (CLIN) | | | | | | | | | | | | | |
| LVAD (CLIN) | | | | | | | | | | | | | |
| CU/EU | | | | | | | | | | | | | |
| AWT/Large THV | | | | | | | | | | | | | |
| Sustaining (DS) | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | |
| **Ending Inventory** | | | | | | | | | | | | | |

**Commercial Revenue Forecast ($000's)**

DOLLARS

| Region | 2025 ACTUAL Jan | Feb | Mar | Apr | May | Jun | 2025 FORECAST Jul | Aug | Sep | Oct | Nov | Dec | 2025 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Commercial | [redacted] | | | | | | | | | | | | |
| OUS Commercial | | | | | | | | | | | | | |
| **Total Commercial Rev.** | | | | | | | | | | | | | |

**Challenging, yet Achievable Forecast Based in what we Currently Know about Adoption Rates, Production Consistency and the Need for Operational Flexibility**

[redacted] Q4 '25 Run Rate


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# WW 2026 – 2028 Sales Forecast vs. Inventory

JENAVALVE

UNITS

| Segment | 2026 Q1 | 2026 Q2 | 2026 Q3 | 2026 Q4 | 2026 Total | 2027 Q1 | 2027 Q2 | 2027 Q3 | 2027 Q4 | 2027 Total | 2028 Q1 | 2028 Q2 | 2028 Q3 | 2028 Q4 | 2028 Total | 2026 - 2028 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Commercial | [redacted] | | | | | | | | | | | | | | | |
| OUS Commercial | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| CAP (CLIN) | | | | | | | | | | | | | | | | |
| ARTIST (CLIN) | | | | | | | | | | | | | | | | |
| LVAD (CLIN) | | | | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | | | | |
| **Ending Inventory** | | | | | | | | | | | | | | | | |

**Commercial Revenue Forecast ($000's)**

DOLLARS

| **Region** | 2026 | 2027 | 2028 | 2026 - 2028 |
|---|---|---|---|---|
| | [redacted] | | | |
| US Commercial | | | | |
| OUS Commercial | | | | |
| **Total Commercial Rev.** | | | | |

**Challenging, yet Achievable Forecast Based in what we Currently Know about Adoption Rates, Production Consistency and the Need for Operational Flexibility**


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# U.S. Launch Planning – Targeted Market Release

JENAVALVE

## Targeted Market Release

**Overview**

[redacted]

**Watchouts**

[redacted]

+

## Non Targeted Sites (opportunistic)

**Overview**

[redacted]

**Watchouts**

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC

# US Launch Overview

JENAVALVE

**AR Program Development**

[redacted]

**Pricing/Stocking Strategy**

[redacted]

**Referral Engagement**

[redacted]

**Targeted Site Selection**

[redacted]

- Field and Infrastructure Team Recruitment
- Scalable Training and Site Activation Process
- Reimbursement Guidance and Logistics
- Focus on Strong Clinical Outcomes



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# US Commercial Account Targets and Metrics By Launch Year

JENAVALVE

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Site Engagement Planning (Q3 - Q4 2025 )

JENAVALVE

[redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Site Engagement Planning (Q3 – Q4 2025)

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Planned Commercial Site Activations 2025-2026

JENAVALVE

## JenaValve ALIGN-AR Sites Targeted for Commercial Launch

| Current CAP Sites |
|---|
| [redacted] |

| Non-Align Tier 1 Commercial Sites |
|---|
| [redacted] |

| [redacted] (Clinical and/or Commercial) |
|---|
| [redacted] |


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Commercial Procedural Workflow

JENAVALVE

- Site uploads CT via image sharing platform
- 24-48H →
- Proctor Notified: CT reviewed by Field Team to adjudicate anatomic feasibility
- 24-48H →
- Proctor Confirmed: Case scheduled and devices ordered
- 2-5D →
- Necessary training and procedure completed

- New site training and proctor/preceptor needs may prolong time from CT review to implant
- Lack of need for Core Lab adjudication in commercial setting and increased utilization of JVT preceptor should mitigate extended review process and scheduling difficulties
- Total time from initial submission to implant – 4+ days (less if devices are available at site and no training or proctor/preceptor needed)


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC

# New Field Hire Certification Overview

JENAVALVE

**Weeks 1-2**
**Home Study**
- Cardiovascular Foundational Training
- Aortic Regurgitation Disease State Awareness

**Week 3**
**Classroom**
- Trilogy Hands-On Loader Training
- Trilogy Procedural Introduction

**Weeks 4-6**
**Field Training**
- THV Live Case Loading and Certification
- Case Observations

**Week 7**
**Classroom**
- Trilogy Procedural Training
- Procedural Troubleshooting

**Weeks 8-16**
**Field Training**
- Case Observations
- Case Leads
- Full Certification

- **Final certification timeline will be adjusted based on trainee aptitude and procedural availability – Target 4-5 months from hire date**
- **Classroom weeks will be scheduled based on hiring cadence, with case observations used to close staggered start dates**
- **Invest in portable technologies to facilitate training**


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Targeted Geographic Field Team Distribution and Site Expansion

JENAVALVE

Future clinical trial and commercial expansion will be assessed in conjunction with field team distribution

[redacted]

**Current Field Team Distribution:**

- Devin Baerenwald (New England, Preceptor)
- Chris Torretti (Mid-Atlantic, Preceptor)
- Juliana Hall (Midwest)
- Bruce Gitelman (Southwest)
- Robert Duncan (Mid-America South)
- Shaquana Ross (Southeast)

**Near-Future Hire Geographic Targets:**

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# US Commercial Organization Field and Support Team

JENAVALVE

[redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 5 Marketing Priorities for US Launch

JENAVALVE

**1 AR Disease State Awareness**

Increase awareness on risks of aortic regurgitation and create urgency to refer indicated patients for treatment

**2 AR Disease State Advancement**

Amplify the clinical conversations on aortic regurgitation, encouraging better diagnosis and earlier intervention for AR

*Patients and Referrers*

**3 Establish Trilogy TAVR**

Build clinical evidence and engage implanters to reinforce confidence in the Trilogy System as the only TAVR solution for AR

**4 Commercial Support**

Create and execute marketing programs and tactics to support US field sales

*Surgeons and Cardiologists*

**5 AR and Trilogy Evidence Development**

Establish ongoing cadence of data to support market expansion of TAVR for AR therapy with Trilogy

*All*

Building and establishing a market for Trilogy in the US will start with **Therapy Awareness**



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Therapy Development Initiatives -2025

JENAVALVE

[redacted]

# Training and Professional Education Planning

JENAVALVE

## Tactical Execution Plan to Drive Efficiencies for U.S. Launch

### New Field Hire Training

- Accelerated timeline to certification – [redacted] months (clinical) and [redacted] months (sales)
- Leverage technology (Mentice/LMS) to increase efficiencies
- Streamline training to achieve scalability

### Imaging Training Focus

- Educate referral MDs, Sonographers, and TAVR team about AR Best Practices
- Develop Educational program content with ACC approved MedAxiom as well as with ASE Content Teams

### Proctor Development Strategy

- Expand external physician proctor pool
- JVT Internal non-physician Preceptor Program successful – [redacted]

### *De Novo* Sites – U.S. and Europe

- [redacted] cases stacked at launch
- Require min [redacted] cases per implant day following first cases

### Mature Sites

- Patient outcomes improve with implanter experience
- Approximately [redacted] per implanting physician/site qualifies
- JVT support – [redacted]

### Center of Excellence Strategy

- Site designated to provide Intermittent training days with group attendance
- Experienced Trilogy center with High volume and supporting technology

**Develop Innovative, Scalable New Approaches to our Training of Implanting sites and JVT Teams**



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Pathways to U.S. Coverage of Trilogy

JENAVALVE

## Multiple initiatives engaged to provide seamless coverage for Trilogy at launch

[redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 04

# Break

# Break




© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 05

# Supply Chain (THV & DS) Status, Inventory Build and THV Yield & Efficiency Improvement

# Operations Executive Summary (2025 – 2028)

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 THV Volume and Hiring Ramp

JENAVALVE

**UNITS**

| | 2025 ACTUAL | | | | | | 2025 FORECAST | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mfg Segment** | **Jan** | **Feb** | **Mar** | **Apr** | **May** | **Jun** | **Jul** | **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | **2025 Totals** |
| Leeds | [redacted] | | | | | | | | | | | | |
| Irvine | | | | | | | | | | | | | |
| **THV Total** | | | | | | | | | | | | | |

**LABOR**

| | 2025 ACTUAL | | | | | | 2025 FORECAST | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2025 Hiring Ramp** | **Jan** | **Feb** | **Mar** | **Apr** | **May** | **Jun** | **Jul** | **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | **2025 Ending Totals** |
| **Leeds** (sewers) | [redacted] | | | | | | | | | | | | |
| **Irvine** (sewers) | | | | | | | | | | | | | |

**Continue Valve Recruiting Effort & Yield Improvement Throughout FY25**
**Increased Sewing Headcount by [redacted] (Leeds and Irvine) since January**



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Valve Volume Ramp (Net Valves Global)

*Volume projected based on Sewing Team Growth*

[redacted]

| 2025 | Plant | Q1 | Q2 | Q3 | Q4 | Total | Global |
|---|---|---|---|---|---|---|---|
| PLAN | Leeds | [redacted] | | | | | |
| | Irvine | | | | | | |
| Projected | Leeds | | | | | | |
| | Irvine | | | | | | |

| ACTUAL | PROJECTED |
|---|---|

**Late '24 Sewing team hiring and training delayed volume increases for Q2 2025**
**Increased Sewing Headcount by [redacted] (Leeds and Irvine) since January**


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Delivery System Volume and Hiring Ramp

JENAVALVE

UNITS

| | 2025 ACTUAL | | | | | | 2025 FORECAST | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mfg Segment | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2025 Totals |
| DS Total | [redacted] | | | | | | | | | | | | |

LABOR

| | 2025 ACTUAL | | | | | | 2025 FORECAST | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 Hiring Ramp | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2025 Ending Total |
| DS Assemblers | [redacted] | | | | | | | | | | | | |

**Delivery System to Continue on Material Stability & Shift Focus on Relocation Project [redacted]**



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# FY26 to FY28 Production Plan & Headcount

| | 2026 | | | | | 2027 | | | | | 2028 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Q3 | Q4 | Total |
| Demand | [redacted] | | | | | | | | | | | | | | |
| Total DS Prod Plan | | | | | | | | | | | | | | | |
| Total DS Assemblers | | | | | | | | | | | | | | | |
| Leeds | | | | | | | | | | | | | | | |
| Irvine | | | | | | | | | | | | | | | |
| Total THV Prod Plan | | | | | | | | | | | | | | | |
| Leeds | | | | | | | | | | | | | | | |
| Irvine | | | | | | | | | | | | | | | |
| Total Sewers | | | | | | | | | | | | | | | |

**Delivery System Cleanroom to Relocate to [redacted] to Provide Space for Tissue Processing**
**Irvine THV to Expand Production Lines and [redacted]**


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 9 Parker Qualification Strategy and Timeline (2025-2026)

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC

# Valve KPIs

# KPI Executive Summary

Yields goals for the first half were [redacted]. Leeds yields affected by their rework method and lower right the first-time yields.

- Company yields for the first half were [redacted]
  - Irvine first half yield were [redacted]
  - Leeds first half yields were [redacted]
- We have trained Leeds on the Irvine rework method which should increase rework yield and overall yield
- Sequence change of leaflet deflection and kitting for valve sewing to improve right the first-time
- Both (rework and kitting) seem to have had an early positive effect on yields

With increased sewer throughput and expected yield improvement we are confident with the second half volume increase


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Valve Yield

| THV Mfg. | KPI | Target | Results | | | |
|---|---|---|---|---|---|---|
| | | | Q1 | Q2 | Q3 | Q4 |
| Leeds | THV Yield (%) | 1H 2025 ≥ [redacted] | [redacted] | | | |
| Irvine | | 2H 2025 ≥ [redacted] | | | | |

*12-month running yield*

[redacted]


39
© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Valve Yield – Right First Time (RFT)

| THV Mfg. | KPI | Target | Results | | | |
|---|---|---|---|---|---|---|
| | | | Q1 | Q2 | Q3 | Q4 |
| Leeds | RFT Yield (%) | [redacted] | [redacted] | | | |
| Irvine | | | | | | |

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC 

# Valve Yield – Rework

| THV Mfg. | KPI | Target | Results | | | |
|---|---|---|---|---|---|---|
| | | | Q1 | Q2 | Q3 | Q4 |
| Leeds | Rework Yield (%) | [redacted] | [redacted] | | | |
| Irvine | | | | | | |

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Tissue Yield

| Tissue | KPI | Target | Results | | | |
|---|---|---|---|---|---|---|
| | | | Q1 | QTD2 | Q3 | Q4 |
| Leeds | Tissue Yield (%) | [redacted] | | | | |
| Irvine | | | | | | |

*12-month running yield*

[redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC JenaValve-2R-01393744

PX2303-042

# Current Yield and Process Improvement Efforts

## Engineering Projects supporting 2025 projects

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC

# 06

# Regulatory Modular Submission Status and Strategy

# Regulatory Status

## FDA PMA

[redacted]

## PCBC MDR

[redacted]

## Audits

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC

# Regulatory PMA Modular Submission

| Module | Content | Timing (Status) |
|---|---|---|
| **Module 1** | Biocompatibility and Animal Testing | March 3, 2023<br>(Accepted & Closed) |
| **Module 2** | Quality System and Manufacturing | May 26, 2023<br>(Accepted & Closed) |
| **Module 3** | Non-Clinical Bench Testing and Sterilization | August 11, 2023<br>(Accepted & Closed) |

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 07

# Finance

# 2025 Highlights

JENAVALVE

**Key Financial Highlights:**

- **Cash Position**: As of December 2025, our cash and cash equivalents is projected to stand at [redacted].
- **Revenue**: 2025 GAAP revenue is projected to reach [redacted], while Non-GAAP revenue (includes clinical reimbursement) is expected to be [redacted].
- **OpEx**: Non-GAAP OPEX (excl. clinical reimbursement offset) for 2025 is [redacted] favorable to budget.
  - **R&D**: Total R&D expense of [redacted] favorable to budget. Driven by delayed start to ARTIST [redacted] and project delays of [redacted] as we focused on [redacted].
  - **SG&A:** Total SG&A expense [redacted] unfavorable to budget.
    - **Sales:** [redacted] favorable driven by delayed hiring [redacted] and other expenses.
    - **G&A:** [redacted] unfavorable due to EW transaction fees.
- **Net Loss**: The net loss before tax for the year is [redacted] unfavorable to budget.


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Non-GAAP P&L

JENAVALVE

| ($ in thousands) | Q1 | Q2 | Q3 | Q4 | 2025 | 2025 |
|---|---|---|---|---|---|---|
| **Revenue** | [redacted] | | | | | |
| *Sales Units* | | | | | | |
| **Cost of revenues** | | | | | | |
| **Gross profit (loss)** | | | | | | |
| Clinical and regulatory | | | | | | |
| Product development | | | | | | |
| **Total R&D** | | | | | | |
| Sales and marketing | | | | | | |
| General and administrative | | | | | | |
| Deal expense | | | | | | |
| **Total SG&A** | | | | | | |
| **Total OPEX** | | | | | | |
| **Loss from operations** | | | | | | |
| Other expense | | | | | | |
| **Net loss before tax** | | | | | | |


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025-2028 Non-GAAP P&L

JENAVALVE

| | 2025 | | 2026 | | 2027 | | 2028 | |
|---|---|---|---|---|---|---|---|---|
| ($ in thousands) | Act/Fcst | % of Revenue | Fcst | % of Revenue | Fcst | % of Revenue | Fcst | % of Revenue |
| **Revenue** | [redacted] | | | | | | | |
| *Sales Units* | | | | | | | | |
| **Cost of revenues** | | | | | | | | |
| **Gross profit** | | | | | | | | |
| Clinical and regulatory | | | | | | | | |
| Product development | | | | | | | | |
| **Total R&D** | | | | | | | | |
| Sales and marketing | | | | | | | | |
| General and administrative | | | | | | | | |
| Deal expense | | | | | | | | |
| **Total SG&A** | | | | | | | | |
| **Total OPEX** | | | | | | | | |
| **Loss from operations** | | | | | | | | |
| Other expense | | | | | | | | |
| **Net loss before tax** | | | | | | | | |


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Actual Cash vs. Budget

JENAVALVE

Actual cash is higher than budgeted due to AP management & [redacted] in unpaid legal expenses

[redacted]

| ($ in millions) | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| **Cash beginning of period** | [redacted] | | | | | |
| Operating expenses | | | | | | |
| CapEx | | | | | | |
| Interim Funding | | | | | | |
| **Cash Inflow / (Outflow)** | | | | | | |
| **Cash end of period** | | | | | | |

| | Act | | Bud | |
|---|---|---|---|---|
| Month | Cash Inflow / (Outflow) | Cumulative Cash Inflow / (Outflow) | Cash Inflow / (Outflow) | Cumulative Cash Inflow / (Outflow) |
| Jan | [redacted] | | | |
| Feb | | | | |
| Mar | | | | |
| Apr | | | | |
| May | | | | |
| Jun | | | | |


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Monthly Cash Projection

JENAVALVE

[redacted]

- Post September, we are burning [redacted] a month above the [redacted] interim funding
- Cash management providing optionality to accelerate manufacturing, R&D programs, and/or US commercial launch
- Potential Targets for cash burn savings (if necessary)

[redacted]

PMA approval
Liquidity Covenant [redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Net Cash Used In/Provided By

JENAVALVE

| ($ in thousands) | Q1 Act | Q2 Act | Q3 Fcst | Q4 Fcst | 2025 Act/Fcst |
|---|---|---|---|---|---|
| Net cash used in operating activities | [redacted] | | | | |
| Net cash used in investing activities | | | | | |
| Net cash provided by financing activities | | | | | |
| **Net increase / (decrease) in cash** | | | | | |
| | | | | | |
| Cash beginning of period | | | | | |
| **Cash end of period** | | | | | |



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025-2028 Statement of Cash Flow

JENAVALVE

| ($ in thousands) | 2025 Act/Fcst | 2026 Fcst | 2027 Fcst | 2028 Fcst |
|---|---|---|---|---|
| OPERATING ACTIVITIES | [redacted] | | | |
| Net loss | | | | |
| Depreciation and amortization | | | | |
| Amortization of deferred debt financing and debt issuance costs | | | | |
| Amortization of right of use assets | | | | |
| Loss on disposal of property and equipment | | | | |
| Change in fair value of convertible preferred stock tranche liability | | | | |
| Stock based compensation expense | | | | |
| Accounts receivables | | | | |
| Prepaid expenses | | | | |
| Inventories | | | | |
| Deferred contract costs | | | | |
| Other assets | | | | |
| Accounts payable | | | | |
| Accrued liabilities | | | | |
| Lease liabilities | | | | |
| Contract liabilities | | | | |
| Net cash used in operating activities | | | | |
| INVESTING ACTIVITIES | | | | |
| Purchases of property, plant and equipment | | | | |
| Purchases of intangibles | | | | |
| Net cash used in investing activities | | | | |
| FINANCING ACTIVITIES | | | | |
| Proceeds from issuance of long term debt, net of financing/issuance costs | | | | |
| Net cash provided by financing activities | | | | |
| Net increase / (decrease) in cash | | | | |
| Cash beginning of period | | | | |
| **Cash end of period** | | | | |



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Quarterly Balance Sheet

JENAVALVE

| ($ in thousands) | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| **Assets** | [redacted] | | | |
| Current assets: | | | | |
| Cash and cash equivalents | | | | |
| Accounts receivable | | | | |
| Inventory | | | | |
| Prepaid expenses and other current assets | | | | |
| Income tax receivable | | | | |
| Total current assets | | | | |
| | | | | |
| Long-term assets | | | | |
| Other assets | | | | |
| **Total assets** | | | | |
| | | | | |
| **Liabilities & stockholders' deficit** | | | | |
| Current liabilities: | | | | |
| Accounts payable | | | | |
| Accrued expenses and other liabilities | | | | |
| Operating lease liabilities, current | | | | |
| Total current liabilities | | | | |
| | | | | |
| Long-term liabilities | | | | |
| Total liabilities | | | | |
| | | | | |
| Convertible preferred stock | | | | |
| Total convertible preferred stock | | | | |
| Stockholders' deficit | | | | |
| Common stock, par value | | | | |
| Additional paid-in capital | | | | |
| APIC - Subscribed capital | | | | |
| Other comprehensive income (loss) | | | | |
| Accumulated deficit | | | | |
| Total stockholders' deficit | | | | |
| **Total liabilities and stockholders' deficit** | | | | |


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025-2028 Balance Sheet

JENAVALVE

| ($ in thousands) | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|
| **Assets** | [redacted] | | | |
| Current assets: | | | | |
| Cash and cash equivalents | | | | |
| Accounts receivable | | | | |
| Inventory | | | | |
| Prepaid expenses and other current assets | | | | |
| Income tax receivable | | | | |
| Total current assets | | | | |
| Long-term assets | | | | |
| Other assets | | | | |
| **Total assets** | | | | |
| **Liabilities & stockholders' deficit** | | | | |
| Current liabilities: | | | | |
| Accounts payable | | | | |
| Accrued expenses and other liabilities | | | | |
| Operating lease liabilities, current | | | | |
| Total current liabilities | | | | |
| Long-term liabilities | | | | |
| Total liabilities | | | | |
| Convertible preferred stock | | | | |
| Total convertible preferred stock | | | | |
| Stockholders' deficit | | | | |
| Common stock, par value | | | | |
| Additional paid-in capital | | | | |
| APIC - Subscribed capital | | | | |
| Other comprehensive income (loss) | | | | |
| Accumulated deficit | | | | |
| Total stockholders' deficit | | | | |
| **Total liabilities and stockholders' deficit** | | | | |


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 08

# Lunch

# Lunch




© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 09

# Business Plan: 2025 – 2028 Outlook and Required Funding

# 2025-2028 P&L

JENAVALVE

| ($ in thousands) | 2025 | | 2026 | | 2027 | | 2028 | |
|---|---|---|---|---|---|---|---|---|
| | Act/Fcst | % of Revenue | Fcst | % of Revenue | Fcst | % of Revenue | Fcst | % of Revenue |
| **Revenue** | [redacted] | | | | | | | |
| **Cost of revenues** | | | | | | | | |
| **Gross profit (loss)** | | | | | | | | |
| Clinical and regulatory | | | | | | | | |
| Product development | | | | | | | | |
| **Total R&D** | | | | | | | | |
| Sales and marketing | | | | | | | | |
| General and administrative | | | | | | | | |
| Deal expense | | | | | | | | |
| **Total SG&A** | | | | | | | | |
| **Total OPEX** | | | | | | | | |
| **Loss from operations** | | | | | | | | |
| Other expense | | | | | | | | |
| **Net loss before tax** | | | | | | | | |



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025-2028 Cash Burn WITHOUT [redacted] Breakup Fee in Sep '25

JENAVALVE

[redacted]

- - - Liquidity Covenant $4.25M


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 10

# Funding Strategies Post Merger Agreement Termination

# Funding Strategies Steps Post Merger Agreement Termination

- Upon Termination of the Merger Agreement, we will have [redacted] cash on hand
- We will immediately need to raise an Emergency Round (Series C Extension)
- Recommmened Total Raise Size: [redacted] (cap table in appendix)
  - Provides [redacted] of burn at [redacted] /mth
    - Assuming payment of [redacted] in current legal fees Privileged - Redact
  - First Draw of [redacted] (payment of legal fees and some operating capital)
    - Note: Is a monthly draw logistically feasible?
  - Escrow with a Mth/Mth Draw - Board Approved
  - The Company would manage mthly burn at ≤ [redacted] / mth and conform to Innovatus Liquidity Covenant of [redacted]
  - Series C Extension (Emergency Round) will provide a runway for the Company to explore and close on alternative M&A
- Management would initiate Series D outreach to potential new lead investors
  - Series C Post Valuation + [redacted]
  - Target Series D Pre-Money: [redacted]
  - Target Raise [redacted] : [redacted]
  - Valuation Projection for IPO (est.)
    - [redacted] = Pre IPO
    - New investor seeks [redacted] step up in value into the IPO suggests a pre$ of [redacted]
    - Based on current revenue projections the IPO [redacted]

**Rev. Projection:**
**'27 Sales -** [redacted]
**'28 sales -** [redacted]

| 2027 | |
|---|---|
| 5 x sales | [redacted] |
| 6 x sales | [redacted] |
| 7 x sales | [redacted] |
| 12 Mth Forward Looking | |

| 2028 | |
|---|---|
| 5 x sales | [redacted] |
| 6 x sales | [redacted] |
| 7 x sales | [redacted] |
| 18-24 Mth Forward Looking | |


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025-2028 Cash Burn WITHOUT [redacted] Breakup Fee in Sep '25

JENAVALVE

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Series D Investor List – Large Net (select investors below to target)

[redacted]


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 11

# Executive Session

# CONFIDENTIAL IN ITS ENTIRETY

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Federal Trade Commission,<br>Plaintiff,<br>v.<br>Edwards Lifesciences Corporation<br>and<br>JenaValve Technology, Inc.<br>Defendants. | Case No. 1:25-cv-02569 |

# EXPERT REPORT OF DENNIS MCWILLIAMS

**OCTOBER 23, 2025**

**CONFIDENTIAL – FTC v. EDWARDS/JENAVALVE**

**Table of Contents**

Table of Contents ........ 2
I. Introduction ........ 4
A. Qualifications and Professional Experience ........ 4
B. Materials Relied Upon ........ 6
C. Compensation ........ 6
II. Assignment ........ 6
III. Summary of Opinions ........ 7
IV. Factual Background ........ 9
A. TAVR-AR and Parties Involved in the Proposed Transaction ........ 9
i. Aortic Regurgitation and Aortic Stenosis ........ 9
ii. The Transaction Parties ........ 12
B. The Medical Device Innovation Ecosystem ........ 17
i. Commercializing a medical device ........ 18
ii. Regulation of medtech device commercialization ........ 19
iii. Investments and funding necessary to commercialize a medical device ........ 21
V. Startups often lack the abilities and resources to quickly and effectively commercialize their devices by themselves. ........ 26
A. JenaValve lacks the resources to scale up production for commercialization ........ 27
i. JenaValve lacks the resources to rapidly improve referral, diagnosis, and treatment of AR ........ 27
ii. JenaValve currently lacks sufficient technical staff to educate medical professionals and support future TAVR-AR adoption. ........ 33
iii. JenaValve lacks the sophisticated manufacturing and supply chain expertise to manufacture devices at scale and maintain consistent quality. ........ 39
iv. JenaValve lacks the financial resources to commercialize a TAVR-AR product at scale. ........ 45
v. JC Medical was failing until it was acquired by Edwards. ........ 48
B. Partnership opportunities short of acquisition are not realistic. ........ 49
i. JenaValve explored other options to help commercialize Trilogy. ........ 49
ii. JC Medical explored other options and was unable to find a partner to help them commercialize J-Valve. ........ 53
iii. There are no alternative purchasers for either JenaValve or JC Medical. ... 54

VI. Acquisitions of R&D start-ups by strategics in this space can and do often result in *increased* investment and innovation. ..... 54

A. Edwards establishing proof of concept and viability of TAVR-AR treatment will likely spur more investment and innovation from other companies. ..... 54

B. Acquiring two R&D startups is rational and can increase innovation. ..... 59

i. Edwards has incentives to develop both platforms. ..... 59

ii. Edwards' business model will spur long-term innovation that JenaValve on its own would be slower to achieve. ..... 61

iii. Edwards has had prior success in combining R&D streams to increase innovation. ..... 62

VII. Multiple companies are competing in TAVR-AR ..... 63

A. Competition in medtech innovation is global ..... 63

B. Many competitors are similarly positioned to JC Medical prior to Edwards' acquisition. ..... 66

C. The proposed transaction is likely to spur additional investment in TAVR-AR ..... 68

VIII. Blocking this proposed transaction would chill investment in this space ..... 70

# I. Introduction

## A. Qualifications and Professional Experience

1. My name is Dennis McWilliams. I have over 30 years of experience in the life sciences innovation ecosystem and have dedicated my career to helping novel healthcare technologies reach patients. I have worked both as a venture capitalist with a focus on investments in early-stage medical device and biotech companies (e.g. start-ups or companies that are in a pre-revenue stage) and as an entrepreneur and CEO of biotech and medical device companies developing novel technologies. Throughout my career, I have held multiple leadership roles in the medtech, biotech, and healthtech spaces at both private and public companies. I have served as a board member or key advisor to over 14 life science startups and evaluated hundreds of different opportunities. I hold a BS in Aerospace Engineering from the University of Texas at Austin and an MS in Engineering Management from Stanford University.

2. For the past 6 years, I have worked in venture capital as an investor at Santé Ventures and I currently hold the title of Managing Director. Santé is an early-stage healthcare fund managing over $1 billion in assets, exclusively focused on creating and commercializing new innovations in the medtech, biotech, and healthtech sectors. As Managing Director, I source and screen potential opportunities, make investment decisions on individual companies, serve as an active board member building our companies, help sell these companies (or take them public), and develop thematic areas of interest to curate our investment strategy. Additionally, I am actively involved in raising money from potential limited partners to invest in our funds. As early-stage investors, we are very active in the building and growth of our company investments. Additionally, as a large majority of our returns are driven by mergers and acquisitions (M&A), we regularly work with the major

medical device, biopharma, and healthtech companies to understand their growth priorities and align on investment theses.

3. Santé has significant experience investing in the cardiovascular space, including Laminar (acquired by Johnson and Johnson), Millipede (acquired by Boston Scientific), Claret (acquired by Boston Scientific), Biostable (now part of Corcym), and current active portfolio companies such as Reprieve Cardiovascular, BaroLogics, and Tangent Cardiovascular. We have also invested in an aortic valve repair company, BioStable, using a surgical approach.

4. As part of my role at Santé, I've served on the boards of several life science startup companies, which involved future fundraising, managing budgets and operating milestones, making decisions about regulatory and clinical trials, and negotiating exits with large acquirers. Currently, I am on the board of 11 companies, listed in my CV. Additionally, I have served as a board-hired consultant for several companies, including Bivacor (building the world's first fully implantable total artificial heart), Endoquest (developing the world's first fully flexible robot for gastrointestinal procedures), and several other life science companies.

5. Prior to my work in venture capital and advisory, I was an entrepreneur focused on developing a novel medical device (Apollo Endosurgery) and biotherapeutic compounds (Chrysalis BioTherapeutics and SMG Therapeutics). I was the founder and CEO of Apollo Endosurgery (which started when I was an entrepreneur-in-residence at a venture firm), where I licensed a suite of 50 patents (from the Mayo Clinic and Johns Hopkins among others) regarding natural orifice surgery, a revolutionary surgical concept where you use flexible surgical instruments to perform certain surgical interventions without any external scars. I started as the first and only employee, eventually growing the company to 250 people and selling products in over 60 countries globally. We took the company public,

and eventually it was acquired by Boston Scientific in 2023 for over $600 million. I oversaw all elements of our R&D, clinical, regulatory, commercial, and fundraising strategy. I also had to raise money and execute on the commercial launch of a new class of surgical tools, not unlike JenaValve's journey. I led discussions with potential acquirers that pursued the company in its 17 years of existence and managed key opinion leader (KOL) relationships with physicians, as we successfully developed this new class of surgical procedures. It is estimated that over 100,000 patients globally have been treated with a procedure enabled by our devices.

6. My qualifications and experience are provided as Appendix A.

### B. Materials Relied Upon

7. The Materials Relied Upon are listed in Appendix B.

### C. Compensation

8. I am being compensated for my time in this matter at a rate of $700 per hour. I am also being reimbursed for the reasonable expenses associated with my work on this case. My compensation is not dependent upon the outcome of this case.

## II. Assignment

9. Edwards Lifesciences Corporation ("Edwards") seeks to acquire JenaValve Technology, Inc. ("JenaValve") in a proposed transaction that is the subject of this litigation. Edwards and JenaValve (together "Defendants"), asked me to assess the following issues, among others, based on my experience and evaluation of the evidence and parties' submissions in this case:

- The relevance of medical device financing, research and development, regulatory approval, and commercialization to the proposed transaction;
- Options for early-stage medical device companies like JenaValve and JC Medical to obtain additional investment, including potential M&A;
- The commercialization capabilities of early-stage medical device companies like JenaValve and JC Medical;
- Barriers to entry for early-stage medical device R&D;
- The impact of the proposed acquisition on innovation and investment for TAVR-AR, and;
- The impact on innovation and investment in TAVR-AR if the proposed acquisition were to be blocked.

## III. Summary of Opinions

10. As a startup company with limited resources and minimal commercial infrastructure, JenaValve is unlikely to be able to support a successful U.S. commercial launch of Trilogy on its own. Among other limitations, JenaValve lacks: (a) the resources needed to educate and develop relationships with physicians, hospitals, and other stakeholders about aortic regurgitation and this novel treatment option; (b) sufficient technical staff needed to train physicians and support use of the device beyond a limited number of sites; (c) the manufacturing and supply chain expertise to manufacture sufficient quantities of the device at scale with consistent quality and most importantly, (d) the financial resources to invest in continued clinical studies required to convince physicians, patients, and payers that a novel transcatheter valve replacement to treat AR is a procedure worth doing.

11. If the proposed transaction were blocked, JenaValve's potential alternative sources of financing or alternative partnering options are limited and very uncertain. Even if JenaValve were successful in securing additional financing, it is unlikely to be sufficient to fund more than an anemic commercial launch or any additional R&D and clinical research, resulting in a stagnant product and limited uptake.

12. Given Edwards' history of continuous innovation and investment in the structural heart space, Edwards is uniquely well positioned to commercialize Trilogy, and bring the devices to more patients, more quickly than any realistic alternative possibility. This is particularly true in a rapidly developing and niche space such as aortic regurgitation, where there is a growing body of evidence that these patients would benefit from a TAVR procedure.

13. Edwards' acquisition of JenaValve will immediately increase access to the technology for patients where the device is currently marketed and will also rapidly accelerate patient access for U.S. patients upon FDA approval. Edwards has a track record of innovation in the structural heart space, with TAVR in particular, and it can apply a similar approach to TAVR-AR, building on both its JC Medical J-Valve program and JenaValve's Trilogy program. Edwards knows that its acquisition of JC Medical and JenaValve is a "massive signal to the world" that Edwards, "the leader in [TAVR,] thinks AR is an enormous opportunity." Edwards expects that its competitors will not "wait[] on the sidelines" to see if TAVR-AR is real, as they did with TAVR-AS, but will rush to enter.[1] Thus, even before, Edwards can establish a market for TAVR-AR by demonstrating TAVR's viability for this patient population and a successful commercial launch of Trilogy. The proposed transaction is likely to spur additional investment and innovation by other companies, and

1 EW-FTC-11038830.

will certainly increase venture capital interest in investing in this space if the launch is successful

14. Conversely, blocking this proposed transaction would chill investment in TAVR-AR, and more broadly in the medical device industry. Venture capital investors and other companies active in the structural heart space have been hesitant to invest in TAVR-AR treatments, and a slow start to commercialization by a standalone JenaValve, who has little to no track record of success in the structural heart landscape, would only further reduce interest in the space.

15. And more fundamentally, blocking this proposed transaction would significantly disrupt the medical device ecosystem more broadly, meaning reduced investment in novel technologies in unproven treatment areas, regardless of patient need.

## IV. Factual Background

### A. TAVR-AR and Parties Involved in the Proposed Transaction

#### *i. Aortic Regurgitation and Aortic Stenosis*

**Aortic Regurgitation**

16. Aortic regurgitation ("AR") is a heart valve disease where the aortic valve does not close properly, which causes blood pumped out of the heart's left ventricle (the heart's main pumping chamber) to leak backward (see Exhibit 1). The condition develops over time and may occur suddenly, causing symptoms such as shortness of breath, tiredness and weakness, irregular heartbeat, and pain, and complications, such as fainting, heart failure,

heart rhythm problems, heart infections, and death.[2] Approximately 10.6% of the U.S. population has AR.[3]

**Exhibit 1: Aortic Regurgitation Diagram[4]**




17. AR treatment depends on the seriousness of the condition. Patients with mild AR may only need regular check-ups and to maintain a healthy lifestyle. More complicated cases may require medication or surgery.[5] The standard surgery is a surgical aortic valve replacement (SAVR), a major open-heart surgery where the damaged aortic valve is replaced with a new mechanical or biological valve.[6] Surgeons can also attempt to repair aortic valves, a technology we invested in at Santé, through a company called BioStable,

---

2 "Aortic valve regurgitation," Mayo Clinic, available at https://www.mayoclinic.org/diseases-conditions/aortic-valve-regurgitation/symptoms-causes/syc-20353129, accessed on 09/26/2025. See also "Aortic regurgitation," MedlinePlus, available at https://medlineplus.gov/ency/article/000179.htm, accessed on 09/26/2025.

3 EW-FTC-10987911 at Slide 4.

4 See FTC-Gilmartin-00000033 at Slide 9.

5 "Aortic valve regurgitation," Mayo Clinic, available at https://www.mayoclinic.org/diseases-conditions/aortic-valve-regurgitation/diagnosis-treatment/drc-20353135, accessed on 09/26/2025.

6 "Surgical Aortic Valve Replacement," Cleveland Clinic, available at https://my.clevelandclinic.org/health/treatments/25057-aortic-valve-replacement, accessed on 10/07/2025.

but this open-surgical procedure is complicated and uncommon. A less invasive and less risky potential or future alternative is known as Transcatheter Aortic Valve Replacement (TAVR) and is being evaluated in clinical trials in the United States. TAVR is a minimally invasive procedure in which a new valve is inserted through a catheter to replace the old defective valve, and is currently used predominately to treat Aortic Stenosis (AS, see below).[7] TAVR devices designed to treat aortic regurgitation are referred to as TAVR-AR. Currently, there are no TAVR-AR products approved for commercialization by the FDA in the United States.

**Aortic Stenosis**

18. Another disease that affects the aorta is Aortic stenosis (AS). AS is "the most common valvular heart disease in the world."[8] It is a heart valve disease that occurs when the aortic valve narrows, so blood cannot flow normally. Aortic Stenosis can be treated by SAVR, ballon valvuloplasty and TAVR.[9]

19. TAVR-AS is more common than TAVR-AR.[10] Currently there are three companies commercializing TAVR-AS in the U.S.: Edwards, Medtronic, and Abbott.[11] While the exact size of the TAVR-AR market is unknown (if approved the device would only be indicated for patients with a certain severity of AR), within Santé we estimated the market to be a

---

7 "What is TAVR? (TAVI)," American Heart Association, available at https://www.heart.org/en/health-topics/heart-valve-problems-and-disease/understanding-your-heart-valve-treatment-options/what-is-tavr, accessed on 10/07/2025.

8 Nathaniel, S., Saligram, S., & Innasimuthu, A. L. (2010). Aortic stenosis: An update. *World Journal of Cardiology*, *2*(6), 135, available at https://pmc.ncbi.nlm.nih.gov/articles/PMC2999052/.

9 See "Aortic valve stenosis," Penn Medicine, available at https://www.pennmedicine.org/conditions/aortic-valve-stenosis, accessed on 10/17/2025.

10 E.g., Edwards alone treated ~165,000 patients in 2023 worldwide. EW-FTC-11036890 at Slide 50.

11 EW-LIT-00180006 at Slide 8. Boston Scientific had previously introduced its own device in the U.S., but it was later removed from the market. "Boston Scientific Suspends Development of Lotus Edge TAVR Platform," SCAI, available at https://scai.org/boston-scientific-suspends-development-lotus-edge-tavr-platform, accessed on 10/20/2025.

fraction of the total TAVR-AS market and thus considered to be a “niche” market (until proven differently).

20. Part of the reason that TAVR-AS treatments were developed before TAVR-AR is the difficulty of TAVR-AR treatment. AS is often caused by calcifications, which facilitate the anchoring of the valve. By contrast, AR patients often exhibit no calcium, making the anchoring of the replacement valve more complicated and riskier for the patient, in addition to other technical challenges.[12]

### *ii. The Transaction Parties*

21. The proposed transaction involves Edwards (the buyer) and JenaValve (the seller).

**Edwards Lifesciences Corporation**

22. Edwards is a company focusing on structural heart innovation and is a global leader in TAVR-AS, but also works in transcatheter mitral and tricuspid therapies, and surgical structural heart spaces.[13] In 2024, 75% of Edwards’ net sales were from TAVR-AS.[14] Edwards reported net revenues of $5.4 billion globally in 2024, and $3.2 billion in the United States. In 2023, revenues were $5.0 and $2.9 billion, respectively.[15]

---

12 Marrone, A., & Ielasi, A. (2025). Transcatheter Aortic Valve Implantation in Patients with Pure Non-Calcified Aortic Regurgitation. *EMJ Interventional Cardiology*, *13*(1), available at https://www.emjreviews.com/wp-content/uploads/2025/06/Transcatheter-Aortic-Valve-Implantation-in-Patients-with-Pure-Non-Calcified-Aortic-Regurgitation.pdf, at p. 76.

13 Edwards Form 10-K, 2025 at p. 2, available at https://d18rn0p25nwr6d.cloudfront.net/CIK-0001099800/be552196-9ad3-409c-a4e2-7e98ca293326.pdf.

14 *Id.* at p. 3. Edwards acquired JC Medical on July 22, 2024. Before, Edwards’ only TAVR products were for treating TAVR AS (see, *Id.* at pp. 2 and 72).

15 *Id.* at p. 28.

23. In July 2024, Edwards acquired JC Medical from Genesis MedTech, a Chinese based medical device company.[16] JC Medical (also known as "Jiecheng Medical") was a start-up founded to develop a TAVR-AR device called J-Valve and was initially acquired by Genesis MedTech in 2022.[17] By July 2023, JC Medical had completed patient enrollment for clinical studies in China. In the United States, JC Medical completed the enrollment for its Early Feasibility Study in February 2024 and started its pivotal trial (after acquisition by Edwards) in October 2024.[18] Edwards was approached by JC Medical after JC Medical had lost financial support from Genesis MedTech.[19] J-Valve, now rebranded as SOJOURN by Edwards, is currently projected to receive an FDA Pre-Market Approval ("PMA") in 2029 at the earliest, although the timeline is inherently uncertain, as it is for any early-stage investigational device, including Class III medical devices.[20]

16 *Id.* at p. 72. Genesis MedTech maintains the exclusive right to develop, manufacture and commercialize JC Medical's J-Valve system in China. See "Genesis MedTech Announces the Sale of JC Medical, Inc to Edwards Lifesciences," PR Newswire, available at https://www.prnewswire.com/apac/news-releases/genesis-medtech-announces-the-sale-of-jc-medical-inc-to-edwards-lifesciences-302223217.html, accessed on 10/14/2025.

17 "Genesis MedTech Acquires JC Medical, a Structural Heart Company," Cardiac Interventions Today, available at https://citoday.com/news/genesis-medtech-acquires-jc-medical-a-structural-heart-company, accessed on 10/14/2025.

18 "Genesis MedTech Announces the Sale of JC Medical, Inc to Edwards Lifesciences," PR Newswire, available at https://www.prnewswire.com/apac/news-releases/genesis-medtech-announces-the-sale-of-jc-medical-inc-to-edwards-lifesciences-302223217.html, accessed on 10/14/2025. See also https://clinicaltrials.gov/study/NCT06455787, accessed on 10/14/2025.

19 Bobo IH at 65:12-66:3 ("[they] came to us saying, look, we don't have the money. We're going to shut this down […] Nobody is interested. Would you guys be interested?"); Dr. Turco Deposition at 265:15-266:4.

20 Wood Deposition at 59:15-61:6 ("Q Do you have an expectation of when the SOJOURN [J-Valve] will receive FDA approval? […] So it would be January 2029? A […] that would be the absolute best case. It most -- in all likelihood will be longer than that.").

Edwards' experience in TAVR-AS provides context for its interest in the TAVR-AR opportunity

24. Edwards started developing its own TAVR-AS device in 1999.[21] In 2004, it acquired Percutaneous Valve Technologies (PVT).[22] Edwards acquired PVT to utilize the knowledge that PVT gained from its first-in-human clinical experience and combine it with Edwards' valve expertise.[23] After Edwards' acquisition of PVT, "TAVR entered a new era."[24]

25. In 2007, Edwards commercialized a TAVR-AS device for the first time when it received a European regulatory approval (i.e., a so-called CE Mark) for the SAPIEN device.[25] The same year, in the U.S., Edwards started pivotal trials for the same device, and started U.S. commercialization in November 2011.[26] SAPIEN was the first commercialized TAVR-AS device in the U.S.[27] Since then, Edwards has successfully expanded the number of patients that can be treated by TAVR-AS by launching and continuously innovating with

21 *Id.* at 82:7-9 ("[Edwards] had a transcatheter valve that we were under development for aortic stenosis that I started working on back in 1999.").

22 "Edwards Lifesciences Completes Acquisition of Percutaneous Valve Technologies for $125 Million," Edwards Lifesciences, available at https://ir.edwards.com/news/news-details/2004/Edwards-Lifesciences-Completes-Acquisition-of-Percutaneous-Valve-Technologies-for-125-Million/default.aspx, accessed on 10/17/2025.

23 E.g., Wood Deposition at 82:7-83:17 discussing the Edwards decision to acquire PVT and the accelerated advancement in the device resulting from the acquisition. EW-FTC-10107902 at Slides 9 ("The Acquisition of PVT IN 2004 Gave Edwards Access to a Valve, a Patent Portfolio and a Talented Team of Engineers") and 11 showing the evolution from Cribier-Edwards valve to Edwards SAPIEN.

24 Cribier, A. (2016). The development of transcatheter aortic valve replacement (TAVR). *Global Cardiology Science & Practice*, *2016*(4), e201632, available at https://pmc.ncbi.nlm.nih.gov/articles/PMC5624190/.

25 "Edwards Lifesciences Receives CE Mark for Edwards SAPIEN Transcatheter Heart Valve," Edwards Lifesciences, available at https://ir.edwards.com/news/news-details/2007/Edwards-Lifesciences-Receives-CE-Mark-for-Edwards-SAPIEN-Transcatheter-Heart-Valve/default.aspx, accessed on 10/17/2025.

26 https://clinicaltrials.gov/study/NCT00530894, accessed on 10/17/2025; https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=p100041, accessed on 10/17/2025.

27 "Edwards Transcatheter Aortic Valve Replacement (TAVR)," Edwards Lifesciences, at p, 7, available at https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031S085C.pdf, accessed on 10/20/2025.

SAPIEN XT (2014), SAPIEN 3 (2015), SAPIEN 3 ULTRA (2018), and SAPIEN 3 ULTRA RESILIA (2022).[28] Edwards is now developing the Nexus and X4 programs.[29]

26. A key aspect of Edwards' success in TAVR-AS has been its ability to grow the market, by generating awareness and expanding indications (or medical use cases).[30] Since SAPIEN's release, the approved indications for Edwards products have been extended from symptomatic patients with an "inoperable" status for a surgical aortic valve replacement to symptomatic patients with "low risk."[31] This year, the FDA approved the device to cover patients with asymptomatic AS.[32] Competitors, including Medtronic, Boston Scientific, and Abbott followed Edwards with TAVR-AS devices of their own, but Edwards has been first to obtain FDA approval for expanded indications in each instance, and these competitors only entered the market after Edwards developed the market.[33]

27. Edwards' continuous innovation and investment in TAVR-AS awareness significantly increased the number of patients treated annually. Globally, Edwards has thousands of TAVR-AS patients treated per year, from 20,000 in 2012 to an estimated 340,000 patients

28 https://www.accessdata.fda.gov/cdrh_docs/pdf13/P130009A.pdf; https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031A.pdf; https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=P140031S074; https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=P140031S141, accessed on 10/17/2025.

29 E.g., EW-FTC-11036890 at Slide 32.

30 E.g., EW-FTC-11071801 at Slides 11 ("To Maintain Double-Digit Growth, Our Focus Must Remain on Growing the Market, Our Portfolio and Service Model") and 13 ("Competitors Are Focused on Capturing Market Share Rather Than Growing the Market; TAVR Delivers an Attractive Contribution Margin"). See also Slides 15-20 discussing strategies to expand patient population. See also EW-FTC-11036890 at Slides 10-12 discussing digital & media strategic approach to capture new patients.

31 https://www.accessdata.fda.gov/cdrh_docs/pdf10/P100041A.pdf, https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031S085A.pdf, accessed on 10/17/2025.

32 https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031S182A.pdf, accessed on 10/17/2025.

33 Dr. Elizabeth Bailey Expert Report, Exhibit 3.

per year by 2029.[34] It is known throughout the medtech venture capital space as a pioneer in structural heart, given its continued commitment to innovation and market development.

**JenaValve Technologies, Inc.**

28. JenaValve is a privately held, venture backed start-up focusing exclusively on the development of TAVR-AR devices. JenaValve's device is called Trilogy. The company was founded in Germany in 2006.[35] Currently, it is sold in Europe under a CE mark approval.[36] In the United States, JenaValve started its Early Feasibility Study in 2016 and its Pivotal trial in May 2020.[37] Trilogy may be approved as soon as Q1 2026, although the timeline (including the approval itself) remains uncertain.[38] To be clear, a 2026 approval means that this startup company took *twenty years* to take their idea, test it, fund it, and run the clinical trials to potentially gain approval in the U.S. This illustrates the challenges of investing into early-stage companies, as two decades is a very long time for any investor to wait for a return on capital.

29. JenaValve reported net losses globally of $69.1 million and $37.2 million in 2024 and 2023 respectively.[39] This huge net loss relative to revenue is also very typical of companies developing novel technology, and in fact these net losses would very likely increase as

---

34 EW-FTC-11036890 at Slide 50.

35 "Gimv invests in medical technology company JenaValve," Gimv, available at https://www.gimv.com/sites/default/files/PBJenavalve_30032010_EN.pdf, accessed on 10/22/2025.

36 "JenaValve Technology Receives CE Mark for its Trilogy™ TAVI System for the Treatment of Aortic Regurgitation and Aortic Stenosis," JenaValve, available at https://jenavalve.com/jenavalve-receives-ce-mark/, accessed on 10/14/2025. Trilogy, rebranded as TaurusTrio, is currently in clinical trials in China under an agreement with Peijia. Peijia will maintain the rights if the transaction happens. See "Peijia Medical's Licensing Partner, JenaValve Technology, Inc., is Expected to be Acquired by Edwards Lifesciences," PR Newswire, available at https://www.prnewswire.com/news-releases/peijia-medicals-licensing-partner-jenavalve-technology-inc-is-expected-to-be-acquired-by-edwards-lifesciences-302206503.html, accessed on 10/14/2025.

37 https://clinicaltrials.gov/study/NCT02732691 and https://clinicaltrials.gov/study/NCT04415047, accessed on 10/14/2025.

38 Steve Sloan Deposition at 95:16. See also John Kilcoyne Deposition at 205:21-206:2.

39 JenaValve-2R-01189233 at 243 and JenaValve-2R-00515598 at 621.

the company attempted to fund commercialization in the US following approval. And as these companies must raise investor capital to fill the gap, this increases the risks and pressures on the company.

B. The Medical Device Innovation Ecosystem

30. The medical device innovation ecosystem is important to understand my arguments. While the spark to the development of life science innovations are the scientists, inventors, and entrepreneurs themselves, given the high risk of failure and significant cost to develop a new therapy (see Section V),[40] These ideas must access capital to pay for the necessary investment. Venture capital is the typical source. Venture capital investments have about a 50% success rate (defined as companies that return more than invested capital).[41] Given this high failure rate, venture capitalists must ensure that when they succeed, a significant amount of capital is returned to the firm to justify investment.

31. Venture capitalist-backed firms generate returns for their investors in two basic ways, mergers and acquisitions (M&A) by a larger corporation, or an Initial Public Offering (IPO). In medical device innovation (different from biotech), M&A is by far the most common form of exit for venture backed firms. In Santé Ventures' 20 years of investing, over 80% of our returns back to our investors have been generated by M&A. A J.P. Morgan report from May 2025 shows that, in Q1 of 2025, there were 57 M&A deals in the medtech space,

40 "Why Start-ups Fail," Harvard Business Review, available at https://hbr.org/2021/05/why-start-ups-fail, accessed on 10/17/2025 ("Most start-ups don't succeed: More than two-thirds of them never deliver a positive return to investors.").

41 Kerr, W. R., Nanda, R., & Rhodes-Kropf, M. (2014). *Entrepreneurship as experimentation. Journal of Economic Perspectives, 28*(3), 25-48. https://doi.org/10.1257/jep.28.3.25.

while there were just 2 IPOs.[42] In 2024, there were 4 IPOs and 305 M&A deals.[43] The IPO market for medical devices has traditionally been difficult to access for early-stage firms. To contemplate an IPO in medtech, a company typically has to be generating more than $50 million in annual revenue with strong gross margins and a high growth rate.[44] Given the significant costs to receive regulatory approval,[45] and the necessary subsequent investment to build a sales organization and manufacturing capacity,[46] raising additional cash to commercialize can be very challenging for the startup companies and existing investors in these deals.

### *i. Commercializing a medical device*

32. Commercialization of a complex medical device in the United States requires approval from the FDA, which requires clinical data in support of the application. But FDA approval alone does not ensure that a device will be commercially successful or widely used as a therapy.[47] Successful commercialization—bringing the device to patients—also requires substantial resources and capabilities that go beyond securing FDA approval.

---

42 "Medtech Q1 2025: Strategic shifts and market dynamics," J.P.Morgan, at p. 2, available at https://www.jpmorgan.com/content/dam/jpmorgan/documents/cb/insights/outlook/jpm-medtech-deck-q1-2025-final-ada.pdf, accessed on 10/22/2025.

43 "2024 Medtech Industry Insights: Investment Trends, M&A Activity, and Market Dynamics," J.P.Morgan, at p. 2, available at https://www.jpmorgan.com/content/dam/jpmorgan/documents/cb/insights/outlook/jpm-medtech-deck-q4-2024-final-ada.pdf, accessed on 10/22/2025.

44 Brandon Rice Deposition at 97:5-9 ("If you ask me what it takes for the company to get public in these markets, it's, you know, businesses that are doing north of $50 millions revenue annually a year or more to get public."). See also John Kilcoyne IH at 213:2-7. See also JenaValve-2R-00078723 at Slide 63, discussing that [redacted] See also *fn.68.*

45 Section IV.B.iii.

46 *id.* and Section V.

47 E.g., Justin Castelli Deposition at 69:12-16 ("Q. And why did Boston take Lotus off the market post FDA approval? A. I think two reasons. One, it wasn't garnering the market share we thought it could. And, two, it was difficult to manufacture reliably.").

### *ii. Regulation of medtech device commercialization*

33. Commercialization of medical devices in the United States is regulated by the FDA but the pathway to market for a device varies by its level of risk. Class III devices, such as pacemakers or TAVR-AR devices, support or sustain life and/or are implanted in the body, and have the potential to cause serious illness or injury.[48] Class III devices have the highest standards for approval and require rigorous clinical trials to receive approval for commercialization.

34. Exhibit 2 below summarizes Class III medical device approval requirements. Once the prototype is deemed successful, the device developer submits the test results to the FDA to apply for an investigational device exemption (IDE). An IDE enables the device to be used in clinical studies involving humans to collect safety and effectiveness information.[49]

**Exhibit 2: Path to Medical Device Development for PMA/Class III Devices[50]**




48 See "Step 1: Device Discovery and Concept," FDA, available at https://www.fda.gov/patients/device-development-process/step-1-device-discovery-and-concept.

49 See "Investigational Device Exemption (IDE)," FDA, available at https://www.fda.gov/medical-devices/premarket-submissions-selecting-and-preparing-correct-submission/investigational-device-exemption-ide, accessed on 10/14/2025.

50 See Sertkaya, A., DeVries, R., Jessup, A., & Beleche, T. (2022). Estimated cost of developing a therapeutic complex medical device in the US. *JAMA Network Open*, *5*(9), e2231609, available at https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2796179. The cost figures in this chart include a broad range of companies with different spending requirements.

35. For the highest risk devices (such as TAVR valves), the FDA has a process called Early Feasibility Study (EFS) to allow developers to gain early human experience with their product, which may be necessary depending on degree of data of prior clinical use of the device (e.g., outside the U.S.). If results are favorable, the product sponsor implements either an additional feasibility study with more subjects to build additional data to guide a pivotal study, or goes straight into a pivotal study on a larger population.[51] Pivotal studies are meant to show statistically significant safety and efficacy.[52] These pivotal studies generally require anywhere from about 200 to 3,000 subjects with multiple year follow ups to prove the study endpoints,[53] and pull data from trials conducted globally.[54]

36. The last requirement is the FDA Pre-Market Approval (PMA) application. Class III devices cannot be commercialized unless the FDA approves their PMA application, finding that the clinical data supports the effectiveness and safety of the device.[55]

37. For first-in-class Class III devices requiring a real risk-benefit assessment, the FDA will often convene an Advisory Panel of independent clinical experts to review and vote on non-binding guidance to the FDA regarding the risk benefit of the device.[56]

---

51 See "Blueprint for Early Feasibility Study Success: A report of the Early Feasibility Study working group of the Medical Device Innovation Consortium (MDIC)," Medical Device Innovation Consortium, available at https://mdic.org/wp-content/uploads/2020/08/MDIC-EFS-Blueprint-for-EFS-Success-2016.pdf, accessed on 10/19/2025.

52 See Van Norman, G. A. (2016). Drugs, Devices, and the FDA: Part 2. *JACC: Basic to Translational Science*, *1*(4), 277–287, available at https://www.jacc.org/doi/10.1016/j.jacbts.2016.03.009 at p. 279.

53 See Umscheid, C. A., Margolis, D. J., & Grossman, C. E. (2011). Key Concepts of Clinical Trials: A Narrative Review. *Postgrad Med., 123*(5), 194-204., available at https://pmc.ncbi.nlm.nih.gov/articles/PMC3272827/.

54 For example, Edwards' Sapien 3 pivotal trial had locations in Australia, Canada, Japan, and New Zealand, in addition to the U.S. *See*, e.g., Study Details, PARTNER 3 Trial, ClinicalTrials.gov, available at https://clinicaltrials.gov/study/NCT02675114, accessed on 10/22/2025.

55 Premarket Approval (PMA)," FDA, available at https://www.fda.gov/medical-devices/premarket-submissions-selecting-and-preparing-correct-submission/premarket-approval-pma, accessed on 10/14/2025.

56 "Advisory Committees Give FDA Critical Advice and the Public a Voice", FDA, available at https://www.fda.gov/consumers/consumer-updates/advisory-committees-give-fda-critical-advice-and-public-voice, accessed on 10/19/2025.

38. Once the product receives PMA approval, the device company can commence commercialization, where the company invests in scaling up production and marketing to raise awareness. Even with approval, however, the FDA requires the device developer to continue conducting post-approval studies to assess the product's safety continuously. Additional clinical tests can also be conducted to expand the device's indications—i.e., to reach additional categories of patients.[57]

*iii. Investments and funding necessary to commercialize a medical device*

39. Developing and commercializing a medical device requires significant investments.

40. Based on my experience, the cost of developing a Class II Denovo or Class III medical device, from proof of concept to getting the PMA, i.e. before the first commercial sale of a device, can require between $60 to $120 million to reach the market. This cost is in line with findings in the literature that report an average cost of $54 million, and up to $200 million, just to reach a Pre-Market Approval.[58]

41. The net investment costs incurred during commercialization will be higher than the $60-120 million pre-approval process. First, the company must undertake post-market evaluation studies and implement an ongoing market vigilance program, which, based on my experience, can cost $5 million annually (the literature reports a similar average cost of around $6 million).[59]

42. Secondly, the company must invest in manufacturing capacity to produce their device at scale, while meeting all the quality standards required by the FDA. Given that most

---

57 See *fn*. 52 at p. 284.

58 See *fn*. 50 at p. 5.

59 See *fn*. 50 at p. 5.

startups are initially single-product companies, they must develop and invest in this infrastructure from scratch (existing manufacturers can leverage their existing manufacturing infrastructure).[60]

43. Additionally, the company needs to invest in sales and marketing, and one of the biggest costs in commercializing is the sales organization. Medical device sales representatives and field support do more than sell to hospitals—they train the physicians and staff on how to safely use a device and attend many of the cases for the first few years to support a new account.[61] The company needs to continuously invest in the development of new products to remain relevant. The investment necessary post-approval can be significant. For example, Edwards' internal documents show that that it invested approximately [redacted] in R&D investment and [redacted] in SG&A investment for TAVR in 2024.[62]

44. Startups like JC Medical and JenaValve generally are not profitable (or even revenue generating), and therefore, do not have the resources to go through the regulatory steps and/or commercialize a device by themselves, so they must look for external funding sources to support their losses. While different types of funding may arrive at different stages in the development process, Exhibit 3 depicts the *standard* financing cycle for a medical device startup developing a Class III medical device through early commercialization.

---

60 E.g., Dearen Deposition at 73:9-15 ("JenaValve is a resource-constrained company that is going to have to go raise significant capital, hire a significant number of people […]. And Edwards Lifesciences already has all of that infrastructure in place for sales, marketing, regulatory, quality, manufacturing, ops.").

61 E.g., Dr. Thourani Deposition at 111:22-113:10 ("[T]he TAVR procedure, it's pretty complex […] and you have to have a very specially trained person who does this. […] They're the clinical case support team. So they are actually physically in the cath lab with us. […] they're an integral part of the preop planning and the procedural case itself.").

62 EW-FTC-10577144 at Slides 30 and 32 (2024 Strat Plan presentation showing breakdowns of Edwards' "SG&A investment" and "R&D Spending Trends". [redacted] of Edwards' [redacted] R&D spending is TAVR. [redacted].). Documents also show, e.g., that *Edwards spent* [redacted] *in TAVR R&D between 2019 and 2024. EW-FTC-10572040 at Slide 6* [redacted]).

**Exhibit 3: Financing Rounds, General Use of Proceeds, and Source of Funding**

| Financing Round | General Use of Proceeds | Source of Funding |
|---|---|---|
| ***Pre-Seed*** | Protype design, early testing | Angel networks, grants |
| ***Seed*** | Animal testing, first-in-human (ex-U.S.) | Angel networks, grants, small VC firms |
| ***Series A*** | EFS, larger feasibility studies (U.S.) | Venture Capital, Corporate Venture Capital |
| ***Series B*** | U.S. Pivotal study and PMA Approval | Venture Capital, Corporate VC |
| ***Series C/Pre-IPO*** | Early Commercialization | Growth VC |

45. Investors make investments into these high-risk ventures because they expect to make a significant return on their investment, i.e., investors need "wins" to offset the risk of these significant investments and to allow the functioning of the medtech ecosystem. These "wins" happen through "exits." The two possible exit strategies are: the Initial Public Offering (IPO) or the Merger and Acquisition (M&A) path. After exit, VCs recover their investment and then reinvest funds in new startups.

46. According to J.P. Morgan[63] and based on my own experience,[64] the vast majority of these exits happen via the M&A path and startups are frequently bought by larger companies already active in the sector (known as "strategic" buyers, such as Abbott, Boston Scientific, Edwards, Johnson & Johnson, and Medtronic). These strategic buyers, in addition to having significantly higher budgets, have complementary product portfolios, and existing development and commercial infrastructure, which can provide significant resources and

63 See *fns*. 42 and 43.

64 At Sante Ventures, 80% of our returns to our investors are generated by M&A.

capabilities that enable a startup to progress faster to more advanced stages of development and successful commercialization.[65]

47. IPOs in medtech are very infrequent due to the many challenges that a startup in this industry faces when commercializing by itself. In addition to the costs of scaling up (due to investment in production or future clinical trials to support the efficacy of the product), early companies and new technologies face challenges such as poor initial reimbursement rates, limited sales resources, small marketing departments, and limited relationship with value analysis committees at hospitals (which slow the adoption of new technology).[66] While many people think the same IPO conditions for the "biotech" space apply to medical and other healthtech companies, this is not the case.[67] For a successful Medtech IPO, investors generally expect at least $20-30 million in LTM sales, including double-digit revenue growth (of 20-30%), strong gross margins (around 60-80%), and a strong, experienced team;[68] additionally, "bankers believe that the next cluster of IPO companies will likely face higher expectations." However, based on my experience, and supported by testimony in this matter and company and third-party documents, the requirements are even higher, with investors generally expecting revenues of above $50 million for one or more years.[69] Moreover, based on my experience, these revenues need a predominance of US revenue and require gross margins approaching 70%.

---

65 E.g., Dearen Deposition at 95:4:12 ("[Edwards is] already in every center or most probably almost every center doing these procedures, […] [It has] the salespeople and the clinical support staff […]. And given their revenue and their volume, we know [it has] the manufacturing operations, regulatory and quality capabilities to manufacture and deliver valves at high quantity and quality.").

66 See Section V.

67 For example, Deloitte reports that returns to investment in Biopharma are 3-4x or higher, while returns for MedTech range between 1-2x. See "New strategies for medtech startups," Deloitte, at p. 9, available at https://www.advamed.org/wp-content/uploads/2022/05/New-strategies-for-medtech-startups-041922.pdf, accessed on 10/22/2025.

68 "MedTech IPO and Capital Markets Perspectives," Gilmartin Group, available at https://gilmartinir.com/medtech-ipo-and-capital-markets-perspectives/, accessed on 10/14/2025.

69 See *fn*. 44.

48. If a startup can issue an IPO, to have commercial success and achieve long-term profitability, it must invest in their sales organizations to drive growth, and invest aggressively in R&D, additional clinical studies, production plants, and personnel to scale up for commercialization, which requires funding it likely does not have on hand. Moreover, to achieve long-term sustainable profitability, startups have to consider portfolio expansion, as single-product companies struggle to achieve profitability. Successful commercialization also requires an excellent relationship with physicians, clinical workers, and hospitals to convince stakeholders of the relevance of the disease and the safety and efficacy of the device.[70] Even with the necessary funding, startups that go down the IPO route will often struggle with the speed and logistics of scaling up and convincing the medical sector to implement their solution.[71] Given these challenges, IPOs are not only rare, but often fail.[72] When we went public at Apollo Endosurgery in 2016, it initially listed around $8 per share but our share price dropped into the $1.50-2 range for years, as our sales did not keep up with expectations. This in turn makes it very difficult to attract new capital, leading to a challenging spiral of cutting costs at a time when you really need to be aggressively investing to build the market.

49. By contrast, strategic buyers, in addition to bringing the significant levels of investment necessary to successfully commercialize a device, possess deep expertise and

---

70 E.g., Dr. McCabe Deposition at 95:18-96:5 ("Q. And so you had mentioned that you were concerned that JenaValve doesn't have the infrastructure to bring the valve on a kind of a commercial scale, right? A. […] They've done the best they could, I suppose, but, […] they don't have a salesforce, […] their contracting team is smallerI mean, everything is smaller scale."). JV-LIT-00302857 at Slide 10 (Mar. 13, 2025 JenaValve U.S. Commercial Launch Plan Overview with slide on "Building and establishing a market for Trilogy in the US will start with Therapy Awareness"); JenaValve-2R-00000174 at 234 and 236 (JenaValve Board of Directors Meeting detailing plans for therapy awareness outreach and development of clinical evidence beyond clinical approval ).

71 E.g., Wood Deposition at 95:7-11 ("We're going to take [JenaValve and JC-Medical] and we're going to apply our deep clinical research expertise, our engineering, our service model, our established trust. Neither of these two companies brought any of those things to the table.").

72 Rose, P., & Solomon, S. D. (2016). Where Have All the IPOs Gone: The Hard Life of the Small IPO. *Harv. Bus. L. Rev.*, *6*, 83-128 at p.83, available at https://journals.law.harvard.edu/hblr/wp-content/uploads/sites/87/2016/06/HLB102_crop.pdf.

institutional knowledge that can assist in all aspects of commercializing a new product.[73] They also have large existing sales and clinical support teams that can help generate awareness, new clinical data, and drive adoption of the device.[74] They have pre-existing manufacturing facilities. Finally, strategic buyers have strong reputations and established relationships with key stakeholders essential to promoting adoption of a novel device.[75]

## V. Startups often lack the abilities and resources to quickly and effectively commercialize their devices by themselves.

50. FDA approval is just one of the steps required to commercialize a device. For the device to have an impact it needs to reach patients. This requires i) patients and doctors to be aware of and trust the device (based on published clinical evidence),[76] ii) trained medical staff to perform the surgery effectively,[77] and iii) the manufacturing ability to produce at scale while maintaining consistent quality.[78]

51. U.S. commercialization for novel medical products presents significant challenges. Since just gaining approval is so costly and comes with such a high risk of failure, in my

---

73 A study published in Concurrences shows that the launch of novel drugs increased when small companies with limited resources are acquired by larger companies that bring funding and prior expertise. See Al-Chanati, M., et. al. (2025). An empirical study of the impact of mergers and acquisitions on pharmaceutical innovation: Insights from drug launches. *Concurrences Review*, *N° 10-2025*, available at https://www.concurrences.com/en/review/issues/no-10-2025/droit-economie/an-empirical-study-of-the-impact-of-mergers-and-acquisitions-on-pharmaceutical, at p. 2. See also "The IPO Alternative: When Strategic Sales Make More Sense," Forbes, available at https://www.forbes.com/councils/forbesbusinesscouncil/2025/10/17/the-ipo-alternative-when-strategic-sales-make-more-sense/, accessed on 10/20/2025.

74 Dr. McCabe Deposition at 104:8-13 ("I think if you were looking at all of the people involved in the clinical utilization of Edwards' TAVR valves versus all the people involved in the clinical utilization of Jena valves, it's probably -- you know, as I said, I think it's probably a thousand-plus to one."). See also Dr. Dean Kereiakes Deposition at 84:24-85:13 ("Q […] does JenaValve today have the sales force […] needed to successfully roll out the Trilogy device on a nationwide basis […]? […] A. Not to my knowledge. Q. […] does Edwards have the sales force […] to support the nationwide commercial roll-out of the Trilogy device? A. Yes.").

75 E.g., Wood Deposition at 95:1-11 ("Q. I see. So you're saying -- so is this --these two companies, are they building on the Edwards' foundation? A. The four boxes on the bottom are all Edwards. None of those are either of the acquired companies. […] A. We're going to take [….] our established trust. Neither of these two companies brought any of those things to the table.").

76 See Section V.A.i.

77 See Section V.A.ii.

78 See Section V.A.iii.

experience, there is a limited number of investors willing to take these risks, which makes medtech startups' budgets tight. This means that startups do not have excess capital to invest in programs that would accelerate commercialization, such as economic reimbursement programs, user preference studies, marketing departments, or training departments to give physicians comfort to adopt a novel technology, and certainly not at scale.

52. As discussed below, all these challenges apply here, and indicate that JenaValve would struggle to commercialize Trilogy without being acquired by Edwards, the leading company in structural heart.

### A. <u>JenaValve lacks the resources to scale up production for commercialization.</u>

#### *i. JenaValve lacks the resources to rapidly improve referral, diagnosis, and treatment of AR*

53. The first step for the adoption of a new technology in medicine is for physicians to agree that there is a problem that can be treated. If patients and doctors are unaware that a disease exists, that it could be treated, how to identify patients for the treatment, or that the treatment could improve the quality of life for patients, then they will not adopt a new technology.[79]

79 E.g., Sun IH at 50:19-22 ("[I]n the marketing world or in any launch, if you can't make people aware of this disease, then it doesn't matter if you have the best device in the world."); Dr. Pinto IH at 106:1-7 ("[T]he situation as it is right now, where people don't know about the disease, they're not […] getting the procedures that they need in a timely fashion, […] we're trying to make people aware of this problem"). See also JenaValve-2R-01393703 at 726 ("Building and establishing a market for Trilogy in the US will start with <u>Therapy Awareness</u>").

54. This is particularly true for diseases like aortic regurgitation that are underdiagnosed, under-referred, and undertreated by specialists due to a lack of awareness.[80] Unless there is a significant investment in informing the public and medical professionals about AR, commercialization of TAVR-AR devices will not succeed.

55. First, when a new device such as TAVR-AR is launched, there are questions around the feasibility and safety of the device. The perceived risk could make key players reluctant to adopt the device. In my experience, the company needs to convince not only physicians to trust the device, but also needs to convince payers (insurers, the government, and other paying organizations) that they should reimburse physicians who treat patients with the new technology. Companies also need to convince hospitals to offer the surgery. To state the scale of the challenge, there are over 500 commercial payers in the U.S. (with the bulk of membership in around 51 plans),[81] each with their own coverage policies, and none of them cover TAVR for AR.[82] In fact, CMS has a coverage determination that says, on a commercial basis, that TAVR is only indicated for patients with AS.[83] While JenaValve may be able to launch its product under the HR 1691 Breakthrough Coverage after the FDA approval, the coverage is limited to 4 years, and not a long term solution.[84] Similarly, there are more than 800 centers in the U.S. that could potentially implement a TAVR

---

80 E.g., EW-FTC-10240657 at Slide 3 ("Undertreatment of symptomatic severe AR" reported at 74% "within 1-year of diagnosis"). See also JenaValve-2R-00718448 at 449 ("74% of severe, symptomatic patients do not receive treatment within a year of diagnosis"); Dr. Pinto IH at 43:15-17; Sun IH at 17:22-18:2 ("Q. […] what are the key strategies to marketing JenaValve's Trilogy? A. […] it's making sure there's awareness of this disease, as it's an undertreated disease. It's a disease that is difficult to diagnose.").

81 JenaValve-2R-01338752 at Slide 6.

82 *Id.* at Slide 15 reports that new technology adoption can take 2-6 years across the top 50 U.S. Commercial payers.

83 See "Transcatheter Aortic Valve Replacement (TAVR)," CMS, available at https://www.cms.gov/medicare-coverage-database/view/ncacal-tracking-sheet.aspx?NCAId=293, accessed on 10/20/2025.

84 See, e.g., JV-LIT-00307284 at Slide 54. The H.R. 1691 establishes that designated medical breakthrough devices to be "temporarily covered under Medicare during a four-year transitional period". See "H.R.1691 - Ensuring Patient Access to Critical Breakthrough Products Act of 2024," Congress.gov, available at https://www.congress.gov/bill/118th-congress/house-bill/1691, accessed on 10/20/2025.

surgery,[85] only a small fraction (~5%) of which were involved in any TAVR-AR trials at all.[86] JenaValve would need to convince all these key players to adopt the new device.

56. In my experience, there are several factors necessary for convincing key stakeholders about the importance of a new device.

57. First, the main language of awareness for the industry is clinical data,[87] and generating clinical data is expensive. To convince the key players, in addition to a Pivotal Study and an FDA approval (which is basically a balance of safety and efficacy), companies often require multiple clinical trials to generate continuous evidence of efficacy and to extend indications.[88]

58. One example of the importance of clinical data is "Watchman." Watchman is a device that prevents blood clots formation in the left atrial appendage (LAA), a small pouch that extends from the heart's upper left heart chamber.[89] The device is one of the fastest growing and most profitable medical devices, with estimated sales exceeding $1.5 billion annually.[90]

85 See Sun Deposition at 210:19-22.

86 The Initial Wilson Report mentions that there are 45 TAVR-AR centers in the U.S. (33 locations for JenaValve, 21 locations for J-Valve and 9 in common, see para. 63). 45/800=5.6%.

87 E.g., Dr. Pinto IH at 181:18-182:1. ("Q. […] How do you determine which valve works the best? […] A. No. It's based on clinical trials that look at similar patients."). See also Sun Deposition at to 156:22-157:9.

88 E.g., JV-LIT-00016809 at Slide 5 (stating with respect to national coverage determination for commercial launch of Trilogy, "Even with Breakthrough Bill (MCIT 2.0) Coverage, pursuit of a NCD for TAVR AR will require data synthesis and evidence generation, especially if we're under CED").

89 "Watchman device," Penn Medicine, available at https://www.pennmedicine.org/treatments/watchman-device, accessed on 10/20/2025.

90 "2024 Performance Report," Boston Scientific, available at https://www.bostonscientific.com/content/dam/bostonscientific/corporate/corporate-responsibility/performance-report/BostonScientific2024PerformanceReport.pdf, accessed on 10/20/2025, at p. 7.

59. Despite its modern success, the road for this technology was long. Watchman was initially developed by Atritech, a startup founded in 2000.[91] Although the company had early success in raising capital,[92] there were concerns about the device's clinical results and medical opinion was divided on the viability of the device.[93] This caused challenges for the company in raising additional capital, as investors felt that the road to commercialization would be too long and that an IPO would not be feasible. As a result, the company was sold to Boston Scientific in 2011 for $375 million.[94]

60. Under Boston Scientific, Watchman was eventually approved by the FDA in 2015–15 years after Atritech was founded.[95] However, despite obtaining a PMA, there were still concerns about the device among physicians.[96] Boston Scientific had to run several additional clinical studies post-approval to generate the evidence necessary to drive widespread adoption of the technology.[97] JenaValve lacks resources and infrastructure to run multiple additional clinical studies necessary to generate trust in the treatment and drive widespread commercial adoption of Trilogy.

---

91 "Boston Scientific to Acquire Atritech," Boston Scientific, available at https://news.bostonscientific.com/atritech-acquisition-agreement, accessed on 10/20/2025.

92 E.g., "Minnesota atrial fibrillation company Atritech raises $30 million," MedCityNews, available at https://medcitynews.com/2009/03/minnesota-atrial-fibrillation-company-atritech-raises-30-million/, accessed on 10/20/2025.

93 For example, an FDA panel recommended the approval of the device, but the FDA issued a "Not Approvable letter" because of concerns with the prospective trial. See "FDA Panel Recommends Watchman Device to Prevent Stroke in Patients with Atrial Fibrillation Viewed as Alternative to Warfarin," NeurologyToday, available at https://journals.lww.com/neurotodayonline/fulltext/2009/06180/fda_panel_recommends_watchman_device_to_prevent.6.aspx, accessed on 10/20/2025.

94 "Boston Scientific to Acquire Atritech," Boston Scientific, available at https://news.bostonscientific.com/atritech-acquisition-agreement, accessed on 10/20/2025.

95 "FDA approves Boston Scientific's Watchman anti-stroke device," MassDevice, available at https://www.massdevice.com/fda-approves-boston-scientifics-watchman-anti-stroke-device/, accessed on 10/20/2025.

96 E.g., "Prominent cardiologist calls for a halt to Watchman implants," MassDevice, available at https://www.massdevice.com/prominent-cardiologist-calls-for-a-halt-to-watchman-implants/, accessed on 10/20/2025.

97 E.g., "Watchman Clinical Trials," Boston Scientific, available at https://www.watchman.com/en-us-hcp/clinical-evidence/additional-trials.html, accessed on 10/20/2025 ("With more than 10 clinical trials and 20 years of clinical and real-world experience, the WATCHMAN™ Implant is the most studied and implanted left atrial appendage closure (LAAC) device.").

61. Second, educating and informing physicians about the disease requires a large salesforce to visit and explain the disease and treatment. In July 2025, JenaValve's forecasted headcount for the U.S. by the end of 2025 was just 6 employees in Sales, 5 in Commercial Operations and 3 in Marketing.[98] In depositions, various physicians noted that JenaValve lacks the sales force to support Trilogy.[99] While JenaValve has started to increase the number of U.S. sales employees in preparation for a potential PMA, in my experience this is something that can take a significant time and requires significant investment. In line with this significant investment, JenaValve forecasts that it will need to increase its Sales and Commercial Operations teams between the end of 2025 and 2028 by 517% and 200% respectively,[100] and that it would take 2 months to train each new sales representative.[101] In my experience, it takes a minimum of 6 months for a new sales representative to get trained and to build sufficient traction in the market, and usually at least 12 months for that representative contribution to exceed their cost.

62. Third, reputation is key in generating trust with both patients and doctors.[102] JenaValve is a startup, and less known in medical circles. Since the beginning of its medical trials, JenaValve has struggled with enrollment and disease awareness.[103]

---

98 JenaValve-2R-01393703 at 725 (JenaValve July 2025 Board of Directors Meeting presentation with a slide for "US Commercial Organization Field and Support Team"); Peter Spadaro Deposition at 54:9-13 ("[W]e have such a small team, I mean, having a therapy specialist or a salesperson with 12 sites is extraordinarily outside of the range of normal med tech.").

99 Dr. Kereiakes Deposition at 75:2-18; Dr. James McCabe Deposition at 96:1-4 ("They've done the best they could, I suppose, but, you know, they're certainly -- they don't have a salesforce, for example. And their contracting team is smaller.").

100 See *fn*. 92. Presentation showing an increase from 6 to 37 employees (517%) in the Sales team, and an increase from 5 to 15 employees (200%) in the Commercial Operations team. Numbers for end of 2025 are forecasted numbers.

101 JV-LIT-00084947 at Slide 21 ("New Field Hire Training • Accelerated timeline to certification – 4-5 months (clinical) and 2 months (sales)").

102 See *fn. 75.* See also Pooja Sharma Deposition at 61:15-22 ("And so we take it back to the patient. And we want to make sure that the patient receives the absolute best in class technology. […] we've been able to very, very consistently invest in technology and evidence and partnership, which is, you know, why we're very trusted by our clinicians.").

103 E.g., Sun IH at 82:13 – 83:12 noting JenaValve's struggles with enrollment and disease awareness for the ALIGN-AR study.

63. This is not an indictment of JenaValve's management, but primarily their lack of resources. Furthermore, Santé estimated that the size of the addressable AR market for TAVR was only a fraction of the AS market, and the lack of historic treatment options has likely affected historical AR diagnosis rates.

64. In contrast to JenaValve, Edwards is a global leader in TAVR technologies, with over 20 years of experience,[104] a large existing salesforce,[105] and strong reputation with the physicians in the TAVR space.[106] Edwards not only has a more established reputation but already has been successful in generating awareness of an underdiagnosed and related disease, Aortic Stenosis (AS). Creating awareness and expanding the market are key parts of Edwards' strategy for TAVR-AS devices.[107] Critically, Edwards has the capital to invest in the follow-up clinical studies required to change evidentiary standards, and the resources to negotiate with and convince the payers (public and private) to cover TAVR for AR.

65. As evidence of its ability to increase awareness, Edwards has increased the number of TAVR-AS patients treated per year significantly from 20,000 in 2012 to 165,000 in 2023 to an estimated 340,000 patients per year by 2029.[108] Moreover, Edwards can and has

---

104 See Section IV.A.ii.

105 Dr. Pinto 30(b)(6) Deposition at 13:6-18 ("In another domain, marketing and sales, there already is a sales force [at Edwards]. There already are people that are involved in marketing. So getting those people on board quickly and efficiently would […] translate into accelerated trial enrollment."). See also Dr. Vinod Thourani Deposition at 117:16-18; Dr. James McCabe Deposition at 103:21-104:13.

106 John Kilcoyne IH at 275:8-16 (stating that Edwards has, "[a] bigger field sales force, which allows them to cover more accounts, and their marketing promise and their therapy awareness. So their competency as a TAVR messaging company allows them to improve the number of patients per account per month. From awareness, education, from better -- working with the echocardiographer to screen patients more efficiently.").

107 See *fn.* 30.

108 EW-FTC-11036890 at Slide 50.

invested in patient activation—$[redacted] in 2023, forecasted up to [redacted] in 2030.[109]

66. Edwards is well-positioned to leverage its previous strategies and experience, and its existing relationships with physicians to generate awareness of TAVR-AR.[110]

*ii. JenaValve currently lacks sufficient technical staff to educate medical professionals and support future TAVR-AR adoption.*

67. Successful commercialization requires educating medical professionals who use the device and support staff[111] (e.g., cardiologists, radiologists, specialists, surgeons, echocardiographers, technicians, electrophysiologists, anesthesiologists, and general practitioners).[112]

68. For a first-of-a-kind device to treat TAVR-AR, this training is key in reducing patient risk, and because early experiences with the device will affect the device's adoption. If a provider or physician has a negative experience with a new device, they are unlikely to use the device again.[113]

109 EW-FTC-10570376 at Slide 26.

110 Wood IH at 133:6-134:6 ("[W]e developed the TAVR market. […] which meant we trained every physician in the United States on how to do TAVR because people weren't learning it in medical school […]. So we trained hospitals. We trained valve clinic coordinators. […]. And so we get to bring all of that expertise […] to make aortic regurgitation valves better than anybody else in the world can make them and that's going to benefit patients."). See also *id.* at 225:24–226:17.

111 Dr. Thourani Deposition at 111:22-113:10 ("[T]he TAVR procedure, […] -- it comes in, like, a flower, and then you have to crimp it down. And if you don't crimp it right, then when you put it inside of the patient, they will die, because you'll have a massive complication. […]. So it's very important, and you have to have a very specially trained person who does this. […] They're the clinical case support team. So they are actually physically in the cath lab with us. […] they're an integral part of the preop planning and the procedural case itself.").

112 E.g., JenaValve-2R-00000174 at 234.

113 E.g., Bobo Deposition at 110:15-111:2 ("We've obsessed about the outcomes. […] If 10 out of 20 go badly, when No. 21 shows up, the physician is like "Well, I think we'll wait because this hasn't been worked out." So we have found the most compelling impact for patients is to get every patient to go really well. And that ends up being the biggest driver of physicians and adoption and patients who need the therapy getting it.").

69. JenaValve currently lacks sufficient staff to educate the medical professionals that will be using the device at larger commercial scale (including at the large number of centers uninvolved in the clinical trials). Today, personnel to proctor cases is extremely limited – Doctor Pinto and two members of the field team.[114] By its own projections for commercial launch, by 2028 JenaValve would need to quadruple its professional education and training force – which educates and trains physicians on the use of Trilogy, in addition to providing coverage for procedures at all commercial and clinical sites.[115] Hiring and training the clinical specialists for these tasks requires months of lead time.[116] This lack of training resources means that the company will have to restrict its commercial launch to align with its training capability. We ran into this exact problem with our surgical AR solution BioStable.

70. JenaValve also has very limited clinical field support to assist in the centers where the surgeries take place.[117] Clinical field specialists are essential to conducting TAVR procedures. They prep the valve and delivery system before every use, and are in the room with the physician during the implantation procedure to provide advice.[118]

114 Dr. Pinto 30(b)(6) Deposition at 11:5-8 ("Right now the only person training physicians is me, or directing how to train them is me. Professional education is comprised in totality of two people.").

115 See JenaValve-2R-01393703 at 725 showing a forecasted increase of 10 to 41 employees in the department between 2025 and 2028.

116 JenaValve-2R-01393703 at 723 ("New Field Hire Certification […] Target 4-5 months from hire date").

117 E.g., JV-LIT-00113828, an April 14, 2025 email exchange between P. Spadaro and J. Thiel discussing frustrations with manufacturing challenges. ("I don't think we can Implant 180 units in 3 months so early in a launch […]. 60 implants a month PLUS 30 ARTIST a month with 6 trained field [people] doesn't work […] If we open 8 -10 centers in less than 3 months, it will be miraculous with contracting etc.").

118 E.g., Dr. Kereiakes Deposition at 80:4-81:5 ("There are nuances of a novel valve with respect to how to insert it, how to deploy the valve, […] that are usually reviewed by a top clinical person with the operators, with the physicians, before you even go in the room to do the case […]. So the clinical people, I have found, […] are incredibly valuable in setting up and planning for the case, and then even during the case, with respect to judgment calls or different mitigating maneuvers, if you have a challenge in difficulty. They can help the physician […] get through the case successfully."); Dr. Vahl Deposition at 186:20-187:2 ("Physicians don't know how to put the device into a catheter so that it then can be put into the patient. So the companies […] send a clinical field specialist that preps the catheter and puts the valve into the catheter so that then the clinician can deliver that valve."); see also Dr. Thourani Deposition at 111:22-113:10.

Physicians participating in the clinical TAVR-AR implantations today have consistently testified that JenaValve does not have enough clinical field specialists to support current clinical trials, let alone scale up to a full commercial launch.[119] JenaValve's lack of clinical field specialists has led to delays in treating patients because doctors have to wait for one of a limited number of specialists to become available before conducting a procedure.[120] Only "six people or so" will be covering the cases at all the hospitals that JenaValve expects to launch.[121]

71. While JenaValve has started to hire field staff and staff for professional education, the necessary investment is significant. JenaValve forecasts that it will need to increase the workforce in professional education and training from 10 to 41 by 2028 (a 310% increase).[122] Moreover, JenaValve currently estimates that each new clinical specialist will require 4-5 months of training or more.[123] The large necessary investment could thwart or delay Trilogy's launch at scale. In contrast, Edwards has a significantly larger clinical field team in place and is better positioned to support commercialization of Trilogy

119 Dr. Thourani Deposition at 109:3-110:14 ("[Q.] you expect that if the Trilogy device is approved, that JenaValve has the resources […] to support a national commercial launch of the Trilogy valve? A. […] I can tell you that they don't. […] They do not have the resources to go to 50, 60 sites. They absolutely don't have 180 -- 850 sites to go to stuff. It is a problem."). See also Dr. Kereiakes at 81:6-12 ("[Q.] does JenaValve as a stand-alone company, have the clinical force that would be needed to achieve everything you just described? […] A. Not to my knowledge.").

120 Dr. Thourani Deposition at 109:18-111:7 ("I have to sometimes put patients off because they don't have the resources. […] […]. In comparison I have currently two Edwards reps just for my hospital."). See also Dr. Torsten Vahl Deposition at 187:12-25 ("Q. So […] not having enough clinical field specialists or proctors impact whether patients can be treated […]? […] A. Well, it basically puts time constraints on when we can treat our patients. […] sometimes generates wait times.").

121 Dr. Pinto 30(b)(6) Deposition at 11:15-24 ("That also is the same thing when it comes to the field team support who are our physicians […]. Right now we have six people or so. We've hired a few people in the past couple of weeks, but […] We have to train those people, and it takes between four and six months, sometimes longer, to train them").

122 See *fn.* 98.

123 E.g., JV-LIT-00084947 at Slide 18 ("Final certification timeline will be adjusted based on trainee aptitude and procedural availability – Target 4-5 months from hire date"). See also Dr. Pinto 30(b)(6) Deposition at 11-19:24.

at scale,[124] consistent with Edwards' established programs to reach out to physicians and past experience developing multiple TAVR-AS platforms.[125]

72. From my experience, another significant challenge in introducing a new device is convincing medical centers' "value analysis committees" (VAC) to adopt the device. There are over 800 TAVR sites in the U.S. that could potentially start performing TAVR-AR procedures after Trilogy receives its PMA.[126] JenaValve currently has considered 50 sites for their Day 1 to Day 45 sites, but expects that on release, the sites will mostly be limited to 30 CAP sites (Continued Access Protocol sites – or CAPs – are sites that are currently part of the clinical trial and can continue to do a limited number of new implants).[127] JenaValve's predicted slow uptake can be explained by the fact that it does not have a relationship with most centers, and centers do not engage formally until they see the FDA approval letter.[128] Even then, JenaValve will need to reach commercial agreements for Trilogy with each of these sites, which requires substantial time, personnel and expertise. The process of reaching out to sites can be slow, as the decisions necessary to approve

124 E.g., Dr. McCabe Deposition at 104:8-13 ("I think if you were looking at all of the people involved in the clinical utilization of Edwards' TAVR valves versus all the people involved in the clinical utilization of Jena valves, it's probably -- you know, as I said, I think it's probably a thousand-plus to one."); Dr. Kereiakes Deposition at 81:21-82:17 ("Q. […] do you believe that Edwards, […] will have the resources and capabilities needed to support a national launch […] of the Trilogy valve? [...] A. They should. I would say, yes. […]. They have high-quality engineers at Edwards, and the people are very experienced in this space."); Dr. Vinod Thourani Deposition at 115:10-22; Dr. Stanley Chetcuti at 146:2-14.

125 Wood IH at 229:19-230:6 ("[F]eedback from customers is that competitors come in and all they want to do is talk about why their product […]. We come in and we do education around the disease […] how to train a valve clinic coordinator, how to build a valve program, how to educate your referral network so they're aware of these new therapies. So we just do a lot of things that competitors don't do."). See also Dr. Dean Kereiakes Deposition at 85:8-13 ("Q [D]oes Edwards have the sales force currently supporting other similar products […] that could be deployed to support the nationwide commercial roll-out of the Trilogy device? A Yes.").

126 FTC-Gilmartin-00000335 at Slide 29 ("Growth of TAVR Centers" chart shows 800 "Total TAVR Centers" in 2023).

127 JV-LIT-00019719 at 719 (Email from Peter Spadaro to John Kilcoyne, stating "We have reached out […] to 30 CAP sites […] the probability is that most of our Day 1 to Day 45 sites would naturally be CAP sites with a few non CAP.").

128 JV-LIT-00084947 at Slide 15. ("We have reached out so far to the 30 CAP sites, but it will be difficult to state the timeline we will launch in them as some of them will not engage us from a VAC or contract until we get an FDA letter.").

a new device within each hospital take time.[129] Edwards will face fewer issues as it has existing connections and contracting relationships with all or most TAVR centers due to its previous TAVR-AS experience.[130] It should also be able to leverage their current TAVR-AS Value Analysis Approvals to gain VAC approval for TAVR-AR and accelerate adoption.

73. JenaValve documents show that it will likely activate sites significantly more slowly than Edwards will. A JenaValve presentation reports that when Edwards released TAVR-AS for the first time (i.e., in 2011), by the first year, Edwards *developed* 186 TAVR sites. By the end of the second year, it had *developed* 265 sites.[131] Instead, JenaValve forecasts from September 2025 predict it will be able to *activate* approximately 52 sites the first year, and 72 sites the next year, for a total of 124 the first two years.[132] I expect that Edwards' *activation* rate for TAVR-AR would be faster than what JenaValve could do, given Edwards' experience in TAVR-AS, and that it has the infrastructure already in place.[133]

---

129 *Id.* at Slide 15. The VAC ("Value Analysis Committee"), which makes the decision to approve a new device, meets any time between a few weeks up to 3-4 months.

130 Wood IH at 133:6-12 ("[W]e developed the TAVR market. We were the first to market, which meant we trained every physician in the United States on how to do TAVR because people weren't learning it in medical school because it was a brand new therapy."). See also Dearen Deposition at 95:4-95:7 ("[W]hat that means is [Edwards is] already in every center or most probably almost every center doing these procedures, which means they already have committee approvals at the hospitals."). Donald Bobo Deposition at 113:18-23 ("[At], Edwards, we have deep relationship with 850 accounts. The ability for us to come in, take those relationships […], it's going to be 10X faster and more capable than what JenaValve has today.").

131 FTC-Gilmartin-00000335 at Slide 34 ("Total Installed Sites" chart reports 186 sites in 4Q and 265 sites in 8Q, under label "EW: Post Commercial Launch in TAVR.").

132 JV-LIT-00307292 at 294. By 2028 (year 3), JenaValve forecasted 200 cumulative active sites, still less than what Edwards was able to develop in 2 years. "Developed" corresponds to brand *new* TAVR centers + trained surgeons. "Activate" corresponds to *existing* TAVR centers where JenaValve expects to enter. See e.g FTC-Gilmartin-00000335 at Slide 29.

133 E.g., Bobo Deposition at 221:2-7 ("Yeah. We think there's going to be a continued growth in TAVR sites given enough for them to weigh right now with CMS to revise the National Coverage Decision. So, if you have more sites to run TAVR AS, you have more sites that could scale up a TAVR AR program.").

**Exhibit 4: JenaValve's forecasted activated sites vs Edwards' actual developed sites for TAVR-AS[134]**




74. The difference in site activation can have a significant effect on the number of patients that are able to be treated by a new device. A JenaValve presentation from December 2023 compares a forecast scenario with the adoption of 65 sites per year (130 sites in the first 2 years, i.e. slightly less than what JenaValve expects to activate in its current forecast) and an accelerated scenario with an adoption of 150 sites per year (300 sites in the first 2 years, slightly less than what Edwards actually developed in TAVR-AS).[135] As

134 FTC-Gilmartin-00000335 at Slide 34 and JV-LIT-00307292 at 294.

135 JenaValve 4c-3 at Slide 18. That Edwards may have implemented conservative modeling assumptions regarding the sites' expansion is consistent with my experience that valuation models are conservative. In short, while the exact level of the output-expanding effect of Edwards' ownership of Trilogy varies with the underlying projections, based on the TAVR AS experience, and better resources and capabilities, patients and physicians would have more access to Trilogy under Edwards ownership.

shown in Exhibit 5, this forecast differential projects a total difference of 6,733 implants just within the first two years of the device's commercialization.[136]

**Exhibit 5: Forecasted New Site Activations and Forecasted Implants[137]**



US Commercial Launch Assumptions

JENAVALVE

**Trilogy Site and Operational Metrics by Year**

| | JVT | | Accelerated | |
|---|---|---|---|---|
| | CY25 | CY26 | CY25 | CY26 |
| Forecasted New Site Activations | 65 | 65 | 150 | 150 |
| Active Sites (Rolling YOY) | 65 | 130 | 150 | 300 |
| Quarterly Site Activation Rate | ~16 | ~16 | ~38 | ~38 |
| Total Implants | 1,328 | 2,738 | 2,811 | 7,988 |
| Monthly Implants Per Site | ~1.7 | ~1.8 | ~1.7 | ~2.2 |
| Average Selling Price ($000's) | $35 | $35 | $35 | $35 |

**Assumptions**

| JVT | Accelerated |
|---|---|
| • Adoption: .5 Unit Increase Every 9 Months | • Adoption: .5 Unit Increase Every 6 Months → Shifting to .5 Every 9 Mo's after 6 Qtrs. |

18 © 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

*iii. JenaValve lacks the sophisticated manufacturing and supply chain expertise to manufacture devices at scale and maintain consistent quality.*

75. Physicians who have served as investigators for JenaValve's clinical trials have testified that, in their experience, JenaValve lacks the resources and capabilities to support a

136 The exhibit shows 4,066 (1,328 + 2,738) procedures in the first two years in Scenario 1, and 10,799 (2,811 + 7,988) in Scenario 2, for a difference of 6,733 procedures (10,799 – 4,066). Note that the model also considers a larger increment in monthly implants per site in Scenario 2 for the second year (~2.2 vs ~1.8 for Scenario 1). If instead, Scenario 2 assumed 1.8 monthly implants per site in the second year, Scenario 2 would have ~6,480 (1.8 * 300 * 12) procedures in year 2, and 9,291 (2,811 + 6,480) procedures in both years, for a difference of 5,225 procedures (9,291 - 4,066).

137 JenaValve 4c-3 at Slide 18.

nationwide commercial launch of the Trilogy device,[138] i.e., it lacks the capability to scale up production.

76. In my experience, scaling up production requires manufacturing expertise to produce high-quality devices with consistent quality, a reliable supply chain that guarantees that all inputs are available on time, and sufficient production facilities to meet demand. JenaValve does not meet any of these requirements.[139]

77. Internal documents show that JenaValve is facing serious manufacturing issues. For example, a BOD presentation from July 2025 shows that Trilogy had 41% and 55% right-first-time valve yields in Q2 2025 in its two production centers.[140] A right-first-time yield of 41% means that only 41% of valves have no issues in production the first time. The valve yield is 57-71%.[141] The low yield increases costs due to the extra time and material spent

---

138 Dr. Vahl Deposition at 182:25-183:13 ("I've been told multiple times that we had to wait […] because, A, there weren't enough valves, or B, there were sometimes not enough delivery systems. [...] In Europe, the device has been commercially approved, but very few sites have actually been opened for commercial implants because the company is not able to supply […] the clinical trial in the US and […] sites in Europe."), *id.* at 206:13-16; *id.* at 188: 12-25; Dr. Vinod Thourani Deposition at 109:4-110:14 ("Q. [Does] JenaValve has the resources […] to support a national commercial launch […]? A. […] I can tell you that they don't. […]. It's a shit show. […] They don't have the resources to do this […]They do not have the resources to go to 50, 60 sites. They absolutely don't have 180 -- 850 sites to go to stuff. It is a problem."); Dr. Chetcuti Deposition at 141:17-19 ("[E]ven now […] we have difficulty scheduling cases because Jena's resources are limited"); see also Dr. McCabe Deposition at 94:18-20 ("I am concerned that Jena itself does not have the infrastructure to bring the valve to the commercial marketplace on a national level. ")

139 E.g., Dr. McCabe Deposition at 95:18-96:22 ("Q. […] you had mentioned that […] JenaValve doesn't have the infrastructure to bring the valve on a kind of a commercial scale, right? A. […] they don't have a salesforce, for example. And their contracting team is smaller […]. I think that, as it currently exists, perhaps they could do a limited market release to centers that have been in the trials to date […] though even that, they would have to up -- they would have to increase their production substantially."). JenaValve-2R-01393703 (PX2303) at 11 ("[W]e need to have the capacity to launch all sites in an "unconstrained" inventory environment […] While we have improved over the last months, the commercial team has not had months long run of product – thus the sales plan must assume that there may be some production bumps in the initial months"); Keltjens Deposition 29:5-15 ("So we currently manufacture in two locations […]. Both have limitations in terms of capacity. We know that we need to expand beyond that. And that requires everything; new facilities, building clean rooms in those facilities, procuring the equipment, hiring people, training those people, and all the support equipment that comes with that. For us, as an independent company, that's heavy lifting. It's expensive. It requires resources we don't have."); Spadaro Deposition 131:9-132:3 (" We've never done it to that scale before. […] Until I see a consistent output and having inventory that I can put into hospitals and in the field, that gives me a buffer of 20 to 30 percent of what I'm actually going to forecast, then I will breathe easy. But we have not ever proven that we could do that.").

140 JV-LIT-00084947 at Slide 37. Right-first-time valves are valves that pass the quality test the first time. Overall yield includes rework of the product. See also JV-LIT-00066132 at 140.

141 JV-LIT-00084947 at Slide 36.

in reworking the valve, or replacing a failed valve.[142] An internal presentation from JenaValve shows that globally, in 2024, 41% of valves failed in production.[143] The same BOD presentation from July 2025 shows that JenaValve has a 4-5% tissue yield.[144] Each issue imposes potential supply bottlenecks, substantial incremental costs for production, and challenges to scale up.[145] Boston Scientific internally emphasized "8% yields on tissue fixation. So, 92% […] can't be used in a valve. This could be a big issue since tissue procurement is typically a constraint as you grow the business."[146]

78. JenaValve has struggled with inconsistent quality at its two production centers in Leeds and Irvine.[147] To scale up, JenaValve will need to either open more production centers or expand its team,[148] which will introduce further challenges to maintaining consistent quality.

---

142 See Kilcoyne 30(b)(6) Deposition at 220:12-18 ("[R]ight now we really cannot determine whether the valve works or not until the very last functional test. So we have invested 20 days and significant cost into that valve, and we throw -- out of every hundred, we throw 30 to 40 away. It's massive -- it's the -- it's a lot of work.").

143 See JenaValve-2R-00390387 at 388.

144 See JV-LIT-00084947 at Slide 39. Yield levels of 4-8% were identified as "not acceptable for large scale commercialization" in Edwards Due Diligence. See EW-FTC-10307541 at Slide 5.

145 See, e.g., Dr. Pinto 30(b)(6) Deposition at 12:22-13:5 ("Similarly, you've heard several times today that we've run out of valves or run out of systems because of supply chain issues and have not been able to treat our patients. Given Edwards' deep experience in valve production and working with suppliers, many of this stuff did not have to be outsourced and just assembled at JenaValve but, rather, it could be done more effectively and efficiently.").

146 See BSC-00000075 at 075.

147 See JenaValve-2R-00000075 at 099 ("We see significantly more visual defects in Leeds than Irvine," […] "Leeds and Irvine operate like two different companies – need to harmonize").

148 JenaValve is considering building a plant in Costa Rica, but even if the construction goes according to plan (e.g. there are no financial challenges or delays) it will not be available until 2028; see JenaValve-2R-00000075 at 151.

79. JenaValve has also been affected by supply chain issues, as it depends largely on third-party suppliers to produce its device.[149] For example, JenaValve has faced delays in production due to its suppliers not delivering the sheath, a key input for production.[150]

80. As evidence of the challenges JenaValve will face scaling up production, JenaValve is already facing several delays in valve production in Europe. For example, JenaValve is still only able to deliver in a few sites in Europe — despite being around for 4 years in Europe — due to JenaValve's lack of resources.[151] JenaValve has also faced delays in the U.S. during clinical trials.[152] These delays are not uncommon in startups— for example, we struggled with many of these exact same issues when I was CEO at Apollo Endosurgery when trying to scale production .

81. Additionally, JenaValve has been facing challenges achieving FDA approval. In September 2020, JenaValve was expecting to receive a PMA approval for high-risk patients in the United States by Q4 2023.[153] This forecast has moved constantly. For example, by November 2021, JenaValve's forecasted date for PMA was Q1 2024, and by September 2024, it was August 2025, now no earlier than Q1 2026.[154] Precise timing for

149 See *fn.* 145.

150 E.g., Dr. Kereiakes Deposition at 76:3-14 ("They had a hiatus where we couldn't get a valve because, my understanding was, this valve is put in a big sheath. […] But for some reason, whoever produced that sheath had a serious problem.").

151 Dr. Pinto Deposition at 74:8-11 ("[W]e have had approval for our valve in Europe since 2021, and because we're such small company, we are only at a few sites in Europe now four years later with a small team force."). See also Spadaro Deposition at 127:21-24 ("We are in year 4 in Europe, and we still have only five accounts who are what I would consider unconstrained out of the 31 or so that we opened, four years in.").

152 E.g., Dr. Pinto Deposition at 167:22-168:1 ("Given our supply chain issues, our inability to manufacture, our problems with yield, in not being able to kind of scale our operation, there have been numerous times over the years that we've had to constrain the ability to do cases."); Sun IH at 136:8-10 ("[W]e can't [even] make valves fast enough to put into patients as part of the clinical trial"). See also Dr. Thourani Deposition at 128:12-16 ("Q. […] has JenaValve faced any difficulties producing enough valves to [support] the clinical trial sites that you've described? A. Yes."), also *id.* at 124:2-11.

153 FTC-Gilmartin-00000033 at Slide 30 (a "Corporate Presentation" in September 2020 reports "Global Clinical/Regulatory Timelines" with "Regulatory Approval" for "AR PMA (High Risk)" in Q4 2023.).

154 EW-FTC-10895705 at Slide 24; JenaValve-2R-01030528 at 540; Sloan Deposition at 95:10-16 ("We moved approval from Q4 of '25, to Q1 of 2026.).

Trilogy's PMA is unknown.[155] [redacted][156]

82. Many of the production and quality problems are related to JenaValve's lack of experience and directly relevant testing and manufacturing expertise.[157] For example, after a visit to a Trilogy production center, Edwards' team [redacted]. In the same visit, they also [redacted].[158] Similar conclusions were reached by Jason Ott, Senior Director of Operations at Boston Scientific after a site visit: "Overall, it appears they don't have adequate controls and processes and clearly can't manufacture acceptable units. They won't be able to scale just by adding more space and people. You must invest in R&D and process development to increase capacity and reduce costs. It isn't going to happen just by building more."[159]

83. Several of the lead investigators who have been involved in JenaValve's clinical trials for Trilogy have raised concerns about JenaValve's inability to produce enough valves to

155 See *fn*. 38.

156 Bobo Deposition at 185:11-15 [redacted].

157 See Sirimanne Deposition at 153:6-154:6 ("So they told us that they had some frame fractures during AWT. [...] We went to visit them and one of the ways to predict frame fatigue and fractures is to do finite element analysis. And I remember going there and they had a consultant. They didn't have their own finite element analysis. […] And we offered to help them out.").

158 See EW-FTC-10310267. ("[redacted].") and ("[redacted]").

159 See BSC-00000075 at 075.

support ongoing clinical trials and expressed skepticism that JenaValve, as a standalone company, would have the resources needed to manufacture the product at scale.[160]

84. Based on documents and testimony I reviewed, and my general experience with strategic acquirers, Edwards has the capacity to address these manufacturing challenges.[161] Edwards already has a network of experienced tissue suppliers that could be used to improve JenaValve's tissue yield.[162] Edwards already has facilities and personnel that can be combined with JenaValve facilities to scale up production more quickly.[163] Edwards also already has the experience and personnel to help JenaValve through the manufacturing challenges.[164] Several lead investigators involved in the clinical trials agree that Edwards will be able to help JenaValve scale its manufacturing as needed for commercialization more quickly and effectively.[165]

---

160 Dr. Thourani Deposition at 124:6-11 ("And so if I had a bigger workforce, I had better engineers, then I could get this. This is no knock on JenaValve. […] They just don't have the resources to be able to do it."), also at 129:21-130:10 ("Q. […] do you expect that JenaValve […] has the […] manufacturing capacity […] to support a national rollout of the Trilogy device? A. […] I do not believe that they have that capacity to do that."). See also Dr. James McCabe Deposition at 94:18-20 ('I am concerned that Jena itself does not have the infrastructure to bring the valve to the commercial marketplace on a national level."). See also Dr. Torsten Vahl Deposition at 182:20-183:13; or Dr. Stanley Chetcuti Deposition at 143:1-12.

161 Dr. Thourani Deposition at 119:13-120:7 ("[P]art of the problem is that for about eight years now we've been asking for JenaValve to do device modifications, and do you know how many of those device modifications have been done in the last eight years? Zero. […] And the only company that I know that has internal engineers to do this and has the money to be able to invest in this and has shown a track record to do this is Edwards Lifesciences.").

162 Bobo Deposition at 39:4-11 ("So part of our plan would be to come in and say "What's the tissue supply chain? How do they inspect the tissue? Who do they talk to?" We know a lot of these people. It's the same people we buy bovine tissue from […]. And it ends up being an important gate, not just to be able to scale product, but […] to get the quality you want."). See also EW-LIT-00120144 at Slide 8.

163 Dr. Pinto 30(b)(6) Deposition at 12:22-13:5 (*fn*. 145); also *id* at 13:6-18.

164 Dearen Deposition at 73:13-17 ("And Edwards Lifesciences already has all of that infrastructure in place for sales, marketing, regulatory, quality, manufacturing, ops. The products will treat significantly more patients in the hands of Edwards than it will in the hands of JenaValve.").

165 Dr. McCabe Deposition at 94:18-95:11. ("I am concerned that Jena itself does not have the infrastructure to bring the valve to the commercial marketplace on a national level. […]. Edwards has obviously done that successfully."); Dr. Thourani Deposition at 119:13-120:7 at *fn*. 161.

85. Edwards has a significantly greater capacity to scale than JenaValve. JenaValve needs almost a month to produce one valve,[166] and only produces approximately 65 valves per month.[167] Edwards documents support that it produces over 400 TAVR valves *per day*.[168]

*iv. JenaValve lacks the financial resources to commercialize a TAVR-AR product at scale.*

86. JenaValve is highly resource-constrained.[169] As its internal P&L shows, it does not generate any profits: it had net losses of $37.3 million in 2023,[170] and $69.1 million in 2024,[171] and is forecasted to have net losses of $87.0, $92.1, $84.6, and $56.4 million in 2025, 2026, 2027, and 2028, respectively.[172]

87. Currently, JenaValve's only source of funding is Edwards.[173] As part of the acquisition agreement, Edwards gave JenaValve interim monthly financing totaling [redacted] between October 2024 and September 2025. Starting October 2025, Edwards is expected

---

166 Dr. Pinto 30(b)(6) Deposition at 12:12-15 ("It takes almost a month to make each valve, sewn by hand, and we waste a lot of parsing tissue because our yields are almost 90 percent of what we use has to get thrown out.").

167 JenaValve-2R-01393703 at 714, showing total global valve sales for January through June for 2025 ((49 + 55 + 65 + 86 + 60 + 74) / 6 = 64.83).

168 EW-FTC-11036890 at Slide 50 reports 165,000 patients in 2023. Assuming each patient receives a different valve, that equates to roughly 450 patients per day (165,000/365 = 452.05).

169 Dearen Deposition at 126:6-17 ("[B]ecause the company's not adequately capitalized and doesn't have the resources, they're not able to hire the people in sales and marketing that you would want to be hiring now and training. It would be the same in buying inventory from your supply chain and hiring people in operations and quality to ramp manufacturing.").

170 See JenaValve-2R-00515598 at 621.

171 See JenaValve-2R-01189233 at 243.

172 See JenaValve-2R-01393703 at 764.

173 See, e.g., Kilcoyne 30(b)(6) Deposition at 253:4-8 ("Q. Is it fair to say that the interim funding from Edwards under this interim funding note is the only source of external income that JenaValve has currently? A. Yes.").

to provide JenaValve [redacted] until the transaction is closed or terminated,[174]

88. If the acquisition gets blocked, JenaValve will need to look for investors immediately, on an emergency basis, to cover its financial needs, and to raise substantial sums in the short and long term, to continue its money-losing operations to try to reach profitability. Although JenaValve has not settled on definitive plans, if the acquisition gets blocked, the company may intend to secure $50 million in pre-IPO emergency funding (e.g., with a Series C extension) and try to raise up to ~$125 million in interim funding (e.g., with a Series D),[175] and subsequently seek an IPO to raise potentially an additional $125-150 million by Q3 of 2026 (presupposing approval and adequate commercial sales by the time of an attempt at such a raise – neither of which have any certainty of happening, let alone transparency as to their timing).[176]

89. I am very skeptical of this plan by JenaValve. As discussed below in Section V.B.i., there are several factors that make it unlikely that JenaValve gets this amount of funding on that timeline. Even if it manages to obtain that funding, it will still have a significant funding gap to reach self-sustaining profitability.[177] But moreover, new investors will have to reconcile

---

174 Edwards is providing an interim loan to JenaValve of [redacted] from October 2024 - March 2025. Starting April 2025 the loan was increased to [redacted]. It is expected to [redacted] in October 2025. See Sloan Deposition at 45:21-46:25. The interim loan will expire once there is a decision on the acquisition is made; see Kilcoyne 30(b)(6) Deposition at 246:21-247:5. If the acquisition gets blocked, Edwards will not collect the loan unless a breach in the merger agreement is proven (see Kilcoyne IH at 203:2-14). Additionally, Edwards would pay a [redacted]. See also *id.* at 242:18-22.

175 See JV-LIT-00180832 at tab "Scenarios" – Scenario 3b, column I; JenaValve-2R-01393703 at 767 (JenaValve July 2025 Board of Directors Meeting presentation describing funding strategies steps).

176 *Id.* – Scenario 3b, columns K and L.

177 For example, JenaValve's a cash flow statement from July 2025 forecasted that JenaValve would need around $284.64m in cash for 2026-2028 to achieve their forecasted production and investment (see JenaValve-2R-01393703 at 56 showing Net Cash Used In Operations Activities of $102.99m, $98,36m, $77.37m and Net Cash Used in Investing Activities of $3.13m, $1.7m and $1.09m for 2026, 2027, 2028 respectively, for a total of $284.64m). While there are several factors that can affect JenaValve's actual future cash-burn, such as timeline of FDA approval, future manufacturing challenges, actual secured funding or IPO success, the large amount of forecasted cash it will need is informative about the challenges to reach self-sustaining profitability.

the fact that Edwards would not be an acquirer again in the future given the FTC blocking of this transaction, really only leaving Medtronic, Abbott, or possibly Boston Scientific as acquirers, and it is already generally known that none of these companies were compelled to enter AR previously. Any investor is going to have to assume that the company will have to do an IPO, which is a high-performance bar, and also is highly impacted by external market factors.

90. The challenges in getting funding (both in terms of how much JenaValve can get and when) will seriously limit its capacity to invest and scale up production by itself. Based on my experience, JenaValve will have to reduce R&D and sales and marketing spending to manage the risk of running out of cash while trying to secure emergency or interim funding, or, if it does not get enough funding from an IPO, to sustain it long enough to be able to reach a profitable level of sales.[178]

91. By contrast, Edwards has the financial strength to invest in Trilogy as much as necessary. As a reference, Edwards reported approximately [redacted] in R&D investment and [redacted] in SG&A investment for TAVR in 2024,[179] and invested around [redacted] in SAPIEN before its U.S. commercialization.[180] Edwards has already committed [redacted] to invest in JenaValve for 2026,[181] committed to investing [redacted] of

178 I understand that in the past JenaValve has restricted investments due to lack of funding. E.g., Dr. Pinto 30(b)(6) Deposition at 14:7-13 (stating "in the other domain of research and development, right now our engineers number under ten, and every time there's something that needs to be investigated, they stop their current projects, which include the large valve and include improving our delivery system or reducing sheath size or things of that sort."); JenaValve-2R-00605326 (Oct. 16, 2024 email from S. Sloan to J. Kilcoyne in which S. Sloan writes: "We can't afford to hire anyone[.] We can't afford ARTIST at this time [...] We can't afford Large Valve – not stopping the program but light spending/delayed spending. We can't afford CathX/Surmodics, have to take some moderate risk on supply[.]").

179 See *fn.* 62.

180 EW-FTC-11036890 at Slide 38.

181 Bobo Deposition at 42:6:9 (Q How much has been reserved in the budget you were just describing for post-acquisition activities with JenaValve? A In 2026, [redacted].").

dollars through 2031,[182] and can allocate additional budget to address unexpected developments.[183]

92. Based on my experience, I expect that the difference in the financial capacity will be seen in innovation, as Edwards will have the budget to provide funding to reach approval, however long it takes, and the ability to invest in the device and indication expansion, which is what happened with TAVR-AS. This opinion is shared by KOLs[184] and JenaValve employees.[185]

### *v. JC Medical was failing until it was acquired by Edwards.*

93. JC Medical is another example of the challenges that medical device startups face. JC Medical was instructed by Genesis MedTech to shut down its U.S. operations by May 31, 2024 if it did not manage to secure funding.[186] At the time Edwards acquired JC Medical, the startup had no other sources of funding. JC Medical had lost the support of Genesis MedTech and reached out to Edwards to see if it would be interested in acquiring JC Medical.[187] When JC Medical approached Edwards, there was no one else interested in

182 *Id.* at 42:10-25 ("Q. Is there an amount of money budgeted for subsequent years with respect to integration of JenaValve? A. Sure. […], we've got operating budgets and financial forecasts for '27, '28, '29 and '30.").

183 *Id.* at 71:12-72:2 ("[W]e've got enough money here to -- if supply chain needs another [redacted], and R&D too, we've got that flexibility. […]. We have an operating budget for the JC Medical product this year […]. [O]ur current forecast is we're going to spend another [redacted] more than we've budgeted. We do that all the time because it's a strategic priority for the company.").

184 See, e.g., Dr. Thourani Deposition at 125:11-17 ("[…] I can assume that with the -- the -- the division of Edwards called THV -- transcatheter heart valve therapies -- have made such radical changes […], in the last 10 years have made major design changes; that they have the capacity to do it."); also *id.* at 120:21-121:5.

185 Dearen Deposition at 84:8-13 ("If the Edwards transaction closes, then JenaValve and its products will have the resources it needs to increase manufacturing yields and output into finished goods to treat patients.")

186 Dr. Turco Deposition at 261:15-262:5 ("Q. […] The [redacted] budget was agreed with a close down of the company, JC and US, by May 31, 2024 […]? A. Yes. Q. Were you instructed by Genesis MedTech to shut down JC Medical's US operations if you were not able to complete a sale or financing of -- of JC Medical? A. Yes.").

187 See Bobo IH at 75:4-8 ("Q. Did [JC Medical] say they were going to shut down in the next 30 days if the deal didn't close? A. They were very clear to me that they didn't have money.") See also Zovighian IH at 91:6-7.

buying the company or device,[188] and Edwards decided to acquire JC Medical even though Edwards' primary target was JenaValve.[189] If Edwards had not acquired JC Medical, JC Medical would have closed and the J-Valve device would not be offered to any US patients.[190]

## B. Partnership opportunities short of acquisition are not realistic.

94. As discussed in Section IV.B.iii, startups have two main ways to continue growing beyond VC capital: an IPO or being acquired by a strategic purchaser. Based on my experience, IPOs are rare and often fail (supported by the data cited above), so the most realistic opportunity for a startup to fully realize the potential of its device is to be acquired. I believe this is also true for JenaValve (and was true for JC Medical). Based on my experience and the evidence I reviewed, I believe that, absent Edwards' acquisition of JenaValve, JenaValve will continue to struggle to fund its operations in a way that would enable it to successfully provide Trilogy to U.S. patients on the timeline, scale, quality, and cost that Edwards will.

### *i. JenaValve explored other options to help commercialize Trilogy.*

95. Documents produced in this case show that JenaValve considered other options to commercialize Trilogy, but, besides the Edwards acquisition, it was unable to find any additional acquirers.

---

188 *Id.* at 65:22-66:3 ("But they came to us saying we're going to shut this down unless somebody is interested. Nobody is interested. Would you guys be interested?").

189 See Zovighian IH at 87:8-12 ("One, our primary objective was JenaValve. The JC Medical conversation came through the process […] they were about to be shut down.").

190 See Dr. Turco IH at 143:5-13 (" All of the other strategics had -- did not want to be part of a process, and venture capital -- it was difficult to raise venture capital at that time as well. And so had we not moved forward with an acquisition at that time, it would have been likely that any chance of commercializing […] J-Valve outside of China would have been incredibly unlikely.").

96. As early as November 2020, JenaValve considered the option of doing an IPO but did not go through with the IPO due to a significant change in the FDA approval pathway from an HDE to a PMA.[191] JenaValve entertained the IPO option in subsequent years.[192] The fact that JenaValve did not follow through with an IPO and is instead on the path to being acquired by Edwards is in line with industry norms, as IPOs in this space are rarely successful, and are less attractive to startups than most acquisition opportunities.[193] Moreover it is also consistent with the value that a strategic, and in particular Edwards with its TAVR experience, can bring to the firm being acquired.[194]

97. JenaValve has not ruled out the option of an IPO if the acquisition by Edwards fails.[195] Based on my experience and JenaValve's existing performance and investors, I think it is implausible that an IPO or existing investors would provide enough funding to commercialize Trilogy at scale comparable to Edwards. Investors expect to see revenues of $50 million or more for one year or more to get an IPO, but JenaValve revenues in 2024 were $5.8 million.[196] JeneValve faces substantial challenges in reaching a level of revenues that would provide substantially attractive funding via IPO in the next 18-24 months, even assuming it secures sufficient financing to make it to that point when an IPO may be viable.

98. Even if JenaValve obtained significantly more capital than it projects in an IPO, it would not have sufficient time to replicate the infrastructure, expertise and reputation that

---

191 In that time period JenaValve got through the SEC review of its S-1. It was also the only time that JenaValve had actively worked on an S-1 for an IPO. See Kilcoyne 30(b)(6) Deposition at 267:18-268:19.

192 JenaValve-2R-00078723 at Slide 67; JenaValve-2R-00090310 at Slides 47 and 54.

193 See Section IV.B.iii.

194 *Id.*

195 JV-LIT-00119324 at 325.

196 JV-LIT-00180446 at Tab Income Statement 2024.

Edwards (or any other structural heart acquirer similarly committed to the AR market – a construct that doesn't appear to exist, based on the evidence) would be able to bring to Trilogy commercialization.[197]

99. JenaValve would also need to implement pre-IPO emergency and interim funding (e.g., with a Series C extension or Series D), but as previously mentioned this is far from a long-term solution. It may also provide only a limited amount of cash, as some of JenaValve's investors are already losing interest.[198] Moreover, as a venture capitalist in this space, I think there are several risk factors that could affect negatively affect the decision to invest in JenaValve if the acquisition is blocked. For example, its European sales have been slow, and it likely will also need to invest significantly in additional clinical studies to convince physicians to drive adoption. Moreover, there still is some risk around its FDA approval. And even if it achieves FDA approval, there is no real pathway to an immediate commercialization on any sort of scale or timeline comparable to what Edwards could do with its existing infrastructure.

100. JenaValve also engaged with multiple strategic buyers (Abbott, Boston Scientific, Edwards, Johnson & Johnson, and Medtronic) to pursue a potential acquisition as early as 2019, but besides Edwards, no one else was ultimately interested in investing in or acquiring the company.[199] This lack of interest is reflected in multiple witnesses' deposition testimony and in JenaValve's internal documents. For example, a presentation

---

197 See Section V.A.

198 One of JenaValve's investors, Andera Partners has declared it is no longer interested in investing. Sloan Deposition at 34:24-35:8; Rice Deposition at 48:17-49:18 ("Q. Did Piper Sandler reach out to any private equity firms during this process? A. Absolutely not. […] Private equity doesn't buy cash burning businesses […] it's just not the way that a private equity firm thinks about these things.").

199 Rice Deposition at 42:3-14 ("And we reached out to all five of the buyers […] Boston Scientific, […] J&J, […] Medtronic, […] Abbott, and we could not get any of them to step forward to compete […]. There was not interest. And the thematic response was very similar […] generally a lot of it had to do with whether or not the aortic regurgitation market was real."). See also Kilcoyne IH at 213:22-25; Dearen Deposition at 93:23-94:1.

for the AWT Committee on January 17, 2024 shows that JenaValve perceived that only Edwards had "high" interest in the product, while Abbott had "moderate" interest, and other strategic buyers had "low" interest.[200]

101. The lack of serious interest is also confirmed by internal documents from other strategic buyers, and their direct communications with JenaValve. In a January 12, 2024 e-mail, Sandra Lesenfants, Abbott's current Senior Vice President in Structural Heart[201] mentioned that she "agree[s] 100% […] on [passing on] Jenavalve. This is clearly not what I would prioritize from a BD point of view."[202] This decision was later confirmed directly to JenaValve by Sandra Lesenfants herself.[203] Similarly, after a visit from senior leaders of Boston Scientific to JenaValve's Irvine facility, Justin Castelli (Vice President, New Business Development), did not want to proceed with further enquiries.[204] J&J documents also show that the company decided to pass on the opportunity as it was too "niche".[205] JenaValve also had conversations [redacted] about a potential acquisition. These conversations ultimately stalled because [redacted] JenaValve had very different

200 JenaValve-2R-00593943 at Slide 16.

201 "Sandra Lesenfants," Abbott, available at https://www.abbott.com/corpnewsroom/utilities/executive-team/sandra-lesenfants.html, accessed on 10/20/2025.

202 See Abbott-ARSUB-0000001 at 001.

203 JenaValve-2R-01161866 at 866 (An email on Feb. 20, 2024 from Jose Calle Gordo to Jan Pensaert, et al. states: "I spoke this afternoon with Sandra Lesenfants […]. During the discussion she […] confirmed a formal pass on JenaValve."). See also Rice Deposition at 46:4-20 ("Q. Did you reach out to Abbott? […] A. Yes. We did. You know, Abbott, […] they struggled with the market size, and, you know, whether or not the market was real […]. we tried to re-engage them in January […] but we could not -- we could not get them to engage.").

204 BSC-00000075 at 075 ("[…] I don't think there is anything further to do. […] I was confused by 8% yields on tissue. Is that as bad as it sounds?"). See also Castelli Deposition at 95:22-96:11.

205 See NJ-FTCEDWARDS-00000001 at 1 ("CSS has performed diligence on JenaValve but determined the opportunity was too "niche" and needed to be part of a broader TAVR strategy in order to achieve category leadership").

opinions on the potential AR market size.[206] [redacted] has not completely written off its interest in JenaValve, its interest still appears to be extremely low and nothing has changed about JenaValve, the AR market, [redacted] seeming belief in its limited size, since it passed in the Spring of 2024.[207]

*ii. JC Medical explored other options and was unable to find a partner to help them commercialize J-Valve.*

102. JC Medical was also unable to find other partners besides Edwards. When Genesis MedTech decided to stop its funding for JC Medical, JC Medical contacted multiple strategic buyers, and no one besides Edwards was interested.[208] JC Medical also contacted private equity investors and venture capital firms and there was only one interested investor, conditionally on the involvement of a strategic buyer, but no strategic buyers were interested.[209] Because JC Medical had lost support from its investors and failed to be acquired by another strategic buyer or find new investors, it is extremely unlikely that if Edwards divested JC Medical, JC Medical would be able to continue its operations. An investment is unlikely as any acquirer of the JC Medical technology would

---

206 See also Rice Deposition at 43:14-44:3 ("And we spoke to Chris Salzo, who was the head of their M&A. […] And, you know, we raised JenaValve with them and they were, they were not interested and they were focused, candidly, on other […] strategic priorities."). [redacted]

207 [redacted]

208 See *fn.* 188. See also Dr. Turco Deposition at 265:16-266:12 ("Q. And you -- you mentioned […] Edwards, J&J, Medtronic, Abbott and […] Boston Scientific. Did you approach all of those […]? A. I did. Q. Other than Edwards, were any of the other strategics […] interested in buying JC Medical? A. No.").

209 See Dr. Turco Deposition at 267:11-268:13 ("Q.[…] Did you -- did you approach private equity and venture firms as well? A. I did. […] The one firm -- there's a Minneapolis-based firm, and we spoken to it today, Vensana […] Q. So Vensana -- fair to say Vensana may have been interested, but they required a -- a strategic partner to also be part of a syndicate? A. That is correct. Q. Was there any strategic that was interested […]? A. No.").

have to pick up JC Medical's R&D efforts and fund the now-paused JOURNEY clinical trial, along with the other expenses listed above, in a disease area with still uncertain and unproven commercial potential.

*iii. There are no alternative purchasers for either JenaValve or JC Medical.*

103. Based on my experience and the evidence discussed above, i.e., the demonstrated lack of interest from other strategic buyers in JenaValve and JC Medical, as well as the decreasing interest of smaller investors in the two companies, it is unlikely that JenaValve will able to find another structural heart buyer aside from Edwards at an offer level that would be more attractive to it than continuing independently.

## VI. Acquisitions of R&D start-ups by strategics in this space can and do often result in *increased* investment and innovation.

### A. Edwards establishing proof of concept and viability of TAVR-AR treatment will likely spur more investment and innovation from other companies.

104. In medtech, once a new product enters the market and establishes a path to commercial success, it attracts new investment. This "fast follower" strategy is common and successful;[210] one that Santé uses all the time. Firms can enter the market faster and with better devices because they can learn from previous entrants' experiences, including

210 In a survey by Deloitte to 100 leaders from MedTech organizations in the U.S., Europe and Asia, 54% of the respondents identify as '"fast followers." "Digital talent acquisition is only half the battle on Medtech's path to digital maturity," Deloitte, available at https://www.deloitte.com/us/en/insights/industry/health-care/medtech-digital-innovation-race-for-talent.html, accessed on 10/14/2025. See also "First Mover. Fast Follower. Smart Follower: What's Best For You?," Forbes, available at https://www.forbes.com/sites/dileeprao/2024/03/13/first-mover-fast-follower-smart-follower-whats-best-for-you/, accessed on 10/14/2025, talking more broadly than just MedTech ("First Movers, only about 11% of them dominate. The reason is that most ideas can be imitated and improved either by indirect competitors who add the "first-mover" product to their arsenal, or by fast followers"). While there are barriers such as clinical approval that may delay the entry of competitors, the concept of fast follower still applies, as followers can develop their products faster.

clinical trial results and feedback from physicians and insurers.[211] Fast followers also benefit from a reduction in perceived risk after the product is shown to work and has a demand.[212]

105. For fast followers to exist in the medtech space, it is necessary that the first mover demonstrates market value to competition and that clinical benefits outweigh risks. The repeated reason no other strategic buyers were interested in either JenaValve or JC Medical was that they had serious concerns about the size of the market[213] and the inherent risk of TAVR-AR development; proving the commercial value of the TAVR-AR market will be particularly important in attracting new competitors and overcoming the bias that this is not a compelling market.[214]

106. If JenaValve enters the market first as a standalone company and a limited commercial launch of the Trilogy device (such as JenaValve's experience in Europe), this could have a negative effect on future investment in the TAVR-AR space, as investors and acquirers would simply take a "wait and see" attitude. JenaValve has limited resources to commercialize, inexperience in growing a market, financial and other limitations to scaling up clinical trials, limitations in its personnel and contracting capacity to activate centers,

211 EW-FTC-10587080 at p. 12. MedTech Strategist, April 2023. ("An example of Shifamed's frequent "fast-follower" strategy, Supira's innovation aims to overcome the limitations of pump performance and device size seen with first-generation pVAD technologies. In his experience, physicians might be willing to sacrifice flow rate in favor of a smaller pump in cases with compromised patient anatomy or other risk factors, but with the Supira System, they will no longer have to choose.").

212 EW-FTC-10426128 at p. 21. MedTech Strategist, October 2023 ("TMVR development is a large and long undertaking, and Tioga still has much work ahead […] The company will soon enter the clinical phase, […]. However, he says, one mitigator of risk in this space is the number of TMVR devices that are further along in clinical trials. "[…] Now we are looking to offer ease of use and better device performance, as a fast follower.").

213 See Rice Deposition at 39:6-11 ("They have like, virtually every single one of the other buyers other than Edwards had historically been very dismissive of JenaValve because they did not believe that, that there was, there was much of an aortic regurgitation market."), see also *id.* at 39:16-40:6. See also Dr. Turco Deposition at 265:16-266:12 in *fn.* 208.

214 See, e.g., Castelli Deposition at 131:3-9 ("Q. Is it one -- would it be one factor that Boston would consider if -- if Edwards has actually defined the -- the total addressable for TAVR-AR? […] A. Yeah, I don't know if defined is how I would say it. But the fact that there being an actual market versus not is one variable in a calculus.").

and also faces production issues (see Section V.). An early entry by JenaValve as a standalone entity comes with the risk that it will struggle to develop the TAVR-AR market or show its clinical feasibility. This could create the impression that there is limited demand for the product, when, in fact, it could be due to JenaValve's limited immediate commercialization resources and capabilities. A slow start to commercialization could wrongly validate the concerns that other strategic buyers have about investing in TAVR-AR treatments.

107. Consistent with this, Edwards' annual report from 2008 shows a successful launch in Europe for SAPIEN that "treated approximately 2,000 patients who may have otherwise gone untreated, and exceeded [its] initial sales expectations."[215] I understand that given the success of TAVR-AS in Europe, Medtronic acquired CoreValve and Ventor, two TAVR-AS startups in 2009.[216]

108. In contrast, and consistent with the lack of interest of strategic buyers, a BOD presentation from JenaValve in November 2022 shows a modest scale-up in Europe after Trilogy's CE mark, with JenaValve forecasting just 200 valves for 2023 (i.e. more than a year and a half after Trilogy received a CE mark in Europe[217]), and reporting a total of 450 valves being implanted historically.[218] Even the latest forecast from JenaValve projects a modest launch in the US, with just 930 devices sold in the United States in 2026 and 2,720 in

---

215 See "2008 Annual Report," Edwards Lifesciences, available at https://www.annualreports.com/HostedData/AnnualReportArchive/e/NYSE_EW_2008.pdf at p.5, accessed on 10/22/2025.

216 [redacted]

217 "JenaValve Technology Receives CE Mark for its Trilogy™ TAVI System for the Treatment of Aortic Regurgitation and Aortic Stenosis," JenaValve, available at https://jenavalve.com/jenavalve-receives-ce-mark/, accessed on 10/14/2025; JenaValve-2R-01030789 at 799.

218 JenaValve-2R-01030789 at 793.

2027.[219] This contrast sharply with the 20,000 TAVR patients that Edwards had globally in 2012, one year after receiving the PMA approval for SAPIEN.[220] Given the expected modest launch from JenaValve without Edwards support, I expect that blocking the acquisition could negatively affect future investment in the TAVR-AR space.

109. In contrast, if Edwards acquires JenaValve, Edwards would be able to invest more aggressively in future clinical evidence and commercial infrastructure, and scale-up production faster than JenaValve.[221] A successful device launch would confirm the market's value and attract fast followers through new investments from other strategic purchasers as well as the venture capital community. Moreover, when entering the TAVR-AS market, Edwards implemented a strategy of expanding the indications for its treatments to grow the addressable market.[222] Edwards plans to repeat the same strategy for TAVR-AR.[223] This focus on growing the market will generate even further interest from competitors and illustrates the a powerful near term incentive for commercial expansion and innovation to address a large and currently unmet need.

110. Edwards' past creation of the TAVR-AS market provides evidence that it can have a positive impact in kickstarting TAVR-AR commercialization and innovation as well. Edwards took initial risk in the TAVR-AS space by investing in a new, unknown device.[224] Edwards also invested heavily in marketing and sales to develop multiple implantation

219 JV-LIT-00307290 at 292.

220 EW-FTC-11036890 at Slide 50.

221 *See* Section V.A.

222 See *fn*. 30.

223 See, e.g., EW-FTC-11038830 ("This will be like a time machine back to the days of Sapien."); EW-FTC-11071801 at Slide 27 comparing TAVR AR with the TAVR AS experience ("We expect this journey to be like TAVR-AS") and Slide 30 ("With an Aortic Regurgitation Platform and 20 Years of TAVR Experience We Can Lead and Build the Market").

224 See Sections IV.A.ii. and VI.B.iii.

sites quickly and to drive acceptance of the device.[225] After the device was shown to be successful, other strategic buyers (Medtronic, Boston Scientific and Abbott) started to invest in TAVR-AS.[226]

111. Edwards' internal documents show that it expects even more competition in TAVR-AR once it develops the market, as strategic buyers will be less likely to wait as long to enter the market once Trilogy is shown to be successful, to avoid repeating past mistakes in TAVR-AS.[227] This is even more likely given the large number of start-ups already implementing clinical trials for TAVR-AR devices worldwide – representing ready platforms for entry comparable to where JC Medical was when it was shopped.[228]

112. Edwards' strategic competitors have been monitoring the TAVR-AR space to see how the market develops. [redacted] with both JenaValve and JC Medical about a potential investment, but decided against it [redacted] thought the addressable market for AR was much smaller than JenaValve and JC Medical projected.[229] However, [redacted] to monitor Edwards' expansion into AR.[230] [redacted] continues to assess new TAVR-AR technologies in development, including Jenscare and Laguna Tech.[231]

225 See Sections V.A.i and V.A.ii.

226 [redacted]

227 EW-FTC-11038830, an email from Larry Wood ("Last time, they all waited on the sideline to see if THV was real, they will not make that mistake again. They will race to be number two and try to obtain leadership. It will be a competition with multiple players.").

228 *See* Section VII.B.

229 [redacted]

230 [redacted]

231 [redacted]

Boston Scientific testified that it was "focused more on TAVR AS because it's an existing market," but that it would potentially pursue AR if it becomes a "defined market."[232]

B. Acquiring two R&D startups is rational and can increase innovation.

113. Edwards can utilize differentiation between the Trilogy and J-Valve platforms to increase innovation and grow the TAVR-AR market.

*i. Edwards has incentives to develop both platforms.*

114. Edwards has no reason to discontinue either of the devices when neither device is approved or has a definite pathway to becoming so, and it is also unclear which one will provide better long-term outcomes.[233] Even if both devices could eventually obtain approval, the timing in development is significantly different, and Trilogy and J-Valve are sufficiently differentiated that acquiring both will allow Edwards to reach a broader patient population than through either platform individually. The devices have complementary from a sub-patient population perspective and variation in physician preference between base material (bovine vs. porcine). Trilogy will grant Edwards immediate commercial access to Europe and early access to the U.S., which Edwards can use to generate awareness, expand the number of sites that offer TAVR-AR and the number of procedures run at those sites, and grow the market. J-Valve has a broader valve size range and potentially lower manufacturing cost, which could allow Edwards to treat a wider range of

232 See Castelli Deposition at 17:20-18:6.

233 Dr. Vahl Deposition at 134:15-135:4 ("[I]f you look overall at how many devices get started in clinical trial and how few ultimately reach commercialization, or even sometimes after they reach commercialization, actually survive, it's not that high of a percentage. […] I think, that is very unpredictable with respect to what will provide beneficial long-term clinical outcomes.").

patients if and when J-Valve obtains approval.[234] Keeping both devices is also in line with a strategy of risk diversification, which is essential in the medical device industry because approval of devices is not guaranteed, as the Boston Scientific experience in TAVR-AS with the pivotal trial failure of a product already marketed in the U.S. bears out.[235]

115. Consistent with these incentives, internal Edwards documents support its commitment to both devices,[236] As do Edwards' actions. For example, Edwards has already started to work on moving JC Medical production from China to the U.S.[237] Moreover, Edwards has already committed [redacted] in 2026 budget to JC Medical and [redacted] to JenaValve.[238] Similarly, pending the approval of the merger, Edwards has provided JenaValve interim financing that has allowed them to keep operating until the acquisition is closed.[239]

---

234 EW-FTC-11071801 at Slide 26 ("JenaValve: First to market in US, Commercial in Europe, Broad IP portfolio; JC Medical: Potential for long-term differentiation with future platform, Broader size range for larger annulus patients, Bovine pericardium tissue, Lower manufacturing cost"). See also EW-FTC-10394868 at Slide 3 ("Our Strategy is to be First to Market in US and Lead Therapy for AR Patients Globally Through A Robust Future Portfolio"). See also EW-FTC-10091459 and EW-FTC-10577144 at Slide 103 discussing Trilogy as a source of speed to market and J-Valve as a source for potential for long-term differentiation.

235 "Boston Scientific Discontinues Acurate Neo2 and Acurate Prime TAVR Systems," Cardiac Interventions Today, available at https://citoday.com/news/boston-scientific-discontinues-acurate-neo2-and-acurate-prime-tavr-systems, accessed on 10/20/2025.

236 E.g., EW-FTC-10011378 at Slides 5, 60-78 discussing timelines for JenaValve Trilogy Gen 1, J-Valve 1.0/1.1, and 1.5. See also EW-FTC-11071801 at Slide 28 ("Bring Gen 1 (JenaValve Trilogy) to US market ASAP" and "Expand portfolio options for patients: Proceed with JC Medical J-Valve US IDE."), Slide 29, discussing strategy to incorporate both devices into planification. See also EW-FTC-10312302 detailing the future plans for J-Valve (Sojourn).

237 EW-FTC-10494934 ("With respect to JC […] US approval and commercialization is the number 1 priority. To achieve that, starting and enrolling in the US IDE trial and the transfer of manufacturing out of China are critical.").

238 Bobo Deposition at 258:18-20 ("[W]e are. For example, in 2026 [redacted] for JenaValve, another [redacted] for JC Medical. That's a meaningful investment."); see *id*, at 42:6-9, also at 72:10-18.

239 Kilcoyne 30(b)(6) Deposition at 253:11-15 ("Q. So without the interim funding from Edwards, JenaValve would not have the interim cash needed to run the company? […] A. We would not.").

*ii. Edwards' business model will spur long-term innovation that JenaValve on its own would be slower to achieve.*

116. As discussed in Sections IV.B.iii., a startup's exit strategy in medtech is almost always an acquisition.[240] As a result, startups rarely think of second-generation devices. Deposition testimony from John Kilcoyne confirms that JenaValve is not currently developing a second-generation device.[241]

117. Moreover, based on the documents I have analyzed and my experience, I believe that even if JenaValve wanted to develop a second-generation device, there is no way it has the capacity to start planning for one until several years into the commercial launch of Trilogy in the U.S. given its funding and commercialization challenges as a standalone business. JenaValve is facing significant challenges to its effective scaling of production in terms of quality and yield, and is also facing further delays in its PMA (see Section V.A.iii.). Addressing these issues is JenaValve's top priority.[242] JenaValve will face significant financial challenges as a standalone company if the transaction with Edwards were to fail. Any firm facing such challenges will not be in a position to spend on iterative R&D of its valve, which is why JenaValve has no such plans underway.

118. As discussed above, Edwards' business model focuses on investing in its devices by improving the design so that future generations of the device can reach a broader patient population. That is what Edwards did with TAVR-AS, where it launched several generations of SAPIEN,[243] and what it plans to do with TAVR-AR. Edwards is already

240 Gilbert, R. J. (2020). *Innovation matters: competition policy for the high-technology economy*. MIT press at Chapter 5, p. 105.

241 Kilcoyne 30(b)(6) Deposition at 33:9-12 ("Q. Are there other products in JenaValve's innovation product pipeline currently? A. Commercial -- that we would commercialize, no.").

242 Dr. Pinto 30(b)(6) Deposition at 14:7-13 (stating "in the other domain of research and development, right now our engineers number under ten, and every time there's something that needs to be investigated, they stop their current projects, which include the large valve and include improving our delivery system or reducing sheath size or things of that sort.").

243 See Section IV.A.ii.

planning to utilize the attributes of both devices and its own know-how to develop future devices for TAVR-AR.[244]

### iii. *Edwards has had prior success in combining R&D streams to increase innovation.*

119. It makes sense to Edwards to acquire two TAVR-AR companies because Edwards has a history of pursuing R&D programs in parallel and combining programs to accelerate innovation and maintain devices' complementary features and benefits.

120. Edwards was developing its own TAVR-AS program in the early 2000s, and although it was progressing, it acquired PVT in 2004 to leverage the knowledge PVT had gained from its first-in-human clinical experience.[245] This acquisition was successful in generating synergies between PVT and Edwards. As declared by Prof. Alain Cribier, the first doctor to perform a transcatheter aortic valve implantation in 2002,[246] "[w]hen Edwards […] acquired PVT in 2004, TAVR entered a new era. The prosthesis underwent several iterations, and an easier delivery system and new approaches were developed."[247]

---

244 E.g., EW-FTC-10011378 at Slides 79-82 planning the implementation of AR Gen 2.0; EW-FTC-10394868 at Slide 5 ("Design best Gen 2 dedicated AR System: Consider available technology within Jupiter & Dragon designs and add EW R&D expertise"); EW-FTC-11071801 at Slide 30 showing forecasts of Gen 2 sales by 2029. See also EW-FTC-11027517, an email from Larry Wood ("Decide on what the true gen 2 product looks like. […] The optimal device may be a combination of the two concepts").

245 Wood Deposition at 82:7-83:17 ("[…] We had a transcatheter valve that we were under development for aortic stenosis that I started working on back in 1999. […] At the same time, PVT completed a first-in-man in 2002. And so they were already out. And they learned a tremendous amount from that first case. […] And so what ended up happening is we did bring those things together. But we combined all of our valve know-how and experience and the PVT platform and were able to accelerate the advancement of that platform way faster than either company would have been able to do independently."). See also EW-FTC-10107902 at 11 ("The Acquisition of PVT IN 2004 Gave Edwards Access to a Valve, a Patent Portfolio and a Talented Team of Engineers"), also at 14 showing the evolution from Cribier-Edwards valve to Edwards SAPIEN.

246 See *fn.* 24.

247 *Id.*

According to Prof. Cribier, Edwards' acquisition of PVT was an “event that incredibly boosted the course of TAVR history.”[248]

121. Edwards’ history of innovation in TAVR-AS has informed its strategy for creating a market in TAVR-AR and that Edwards aims to grow its TAVR business as a whole, both by creating a new market for TAVR-AR therapies, and by continuing to innovate and invest in new TAVR-AS therapies.[249] I expect Edwards will be able to leverage its 20 plus years of TAVR experience to expand the TAVR-AR market, as this experience will generate synergies far beyond the influx of money that Edwards allocates to Trilogy.[250]

## VII. Multiple companies are competing in TAVR-AR

### A. Competition in medtech innovation is global

122. Competition in MedTech innovation is global. While a company needs a PMA to commercialize a medical device in the U.S., innovation competition is not limited to companies commercializing in the U.S.

123. First, devices commercialized in the U.S. are not only designed or developed in the U.S. The trials that help shape the products commercialized in the U.S. are often run in various countries. JenaValve was founded in Germany, and Trilogy’s first human trial was in

248 “20 Years of TAVR: An Interview With Alain Cribier, MD, FACC, FESC,” Cardiac Interventions Today, available at https://citoday.com/articles/2022-july-aug/20-years-of-tavr-an-interview-with-alain-cribier-md-facc-fesc, accessed on 10/17/2025.

249 See, *fn*. 223.

250 Dr. Thourani Deposition at 136:18:137:9 (discussing that no company in TAVR can match Edwards’ internal engineering components).

Germany.[251] J-Valve's first human trial was in China.[252] Edwards' TAVR-AS product, SAPIEN, was first commercialized in Europe.[253] As a VC, I consider investments in startups with trials happening worldwide, as it is often easier to gain first-in-human experience in countries outside the U.S.[254]

124. Second, the devices sold in the U.S. are also commercialized in other countries, and product innovation is done globally. For example, Trilogy is currently commercialized in Europe,[255] and Edwards SAPIEN is commercialized in the U.S., Europe, Japan, and China, among other countries.[256] This means that innovation and design improvements are driven by global factors, not solely by clinical trials in the U.S. As a VC, when considering market factors relevant to an investment, I consider the competitive landscape globally and consider both approved devices as well as products still in development. At Santé we have made many investments in technologies that were created and initially developed outside the U.S. This experience is consistent, for example, with testimony from

---

251 "Gimv invests in medical technology company JenaValve," Gimv, available at https://www.gimv.com/sites/default/files/PBJenavalve_30032010_EN.pdf, accessed on 10/22/2025 ("Jenavalve (www.jenavalve.de) was founded in Munich in 2006") and "First-in-Man Procedures Reported for JenaValve TAVI System," Cardiac Interventions Today, available at https://citoday.com/news/first-in-man-procedures-reported-for-jenavalve-tavi-system, accessed on 10/20/2025.

252 "JC Medical TAVI System Implanted First Time Outside China," Diagnostic and Interventional Cardiology, available at https://www.dicardiology.com/content/jc-medical-tavi-system-implanted-first-time-outside-china, accessed on 10/21/2025. See also "Genesis MedTech Acquires JC Medical, a Structural Heart Company," Cardiac Interventions Today, available at https://citoday.com/news/genesis-medtech-acquires-jc-medical-a-structural-heart-company, accessed on 10/14/2025.

253 See *fn.* 25.

254 E.g., Castelli Deposition at 36:16-17 ("We [(Boston Scientific)] look for opportunities in all of our businesses globally."). [redacted]

255 See *fn.* 217.

256 EW-LIT-00069704 at Slide 3 (showing 2025 sales of TAVR-AS by regions, including U.S., EU, Japan, and Greater China, LATAM, APAC, among others).

[redacted]

125. Third, companies in the medical device industry must continuously innovate regardless of which devices are commercialized in the U.S. If Edwards does not continue to innovate, it faces the risk that a new or existing competitor in the structural heart space, using a new technology from a company abroad, comes to the U.S. and renders Edwards' devices obsolete. Given that the process of developing a new device is lengthy, if Edwards does not innovate constantly, it risks falling behind its competitors, including the large strategics and any new entrants.[258]

126. Consistent with the competitive threat from companies abroad, Edwards, JenaValve, and previously JC-Medical, continuously keep track of startups around the world and react strategically to new developments from competitors in other countries even before they begin clinical trials in the U.S.[259]

127. Moreover, an analysis from the Kesselheim Expert Opening Report is consistent with competition from devices not commercialized in the U.S. spurring innovation. Figure 4 from Dr. Kesselheim's Expert Report, replicated as Exhibit 6 below, shows the number of annual PMA supplements granted after the initial commercialization of a device. The figure

---

257 [redacted]

258 Wood IH at 149:11-149:21 ("[…] the development cycle is so long […], if your competitor launches a product that has some new feature that you didn't anticipate […], it might take you seven years to be able to counter that move. So, I can't sit around and wait for my competitor to disclose what they're working on.") See also Rice Deposition at 118:1-9 ("[T]here's so much going on in terms of innovation across the whole structural heart space, […], it's so dynamic that our belief was that if they bought Edwards today, they would be buying, you know, old technology that's going to be usurped with, you know, much better, more interesting, you know, better valves").

259 E.g., JenaValve tracked JC Medical before JC Medical started clinical trials in the U.S. See JenaValve-2R-00603423 at Slide 5. See also EW-LIT-00112742 at Slides 6-8 discussing competitors in China and the U.S. in different stages of product development; see also EW-LIT-00141708; See also [redacted]

shows that after launching SAPIEN, Edwards continued to innovate through updates to its product *before* Medtronic introduced CoreValve. Moreover, it was also able to launch SAPIEN XT just after Medtronic introduced CoreValve, which could not have been done unless it was being developed years in advance of that Medtronic approval.

**Exhibit 6: Kesselheim's Expert Report – Exhibit 4 – Annual PMA Supplements for TAVR-AS Devices Over Time.[260]**

**Figure 4: Annual PMA Supplements for TAVR-AS Devices over Time**




*Annual device supplements. The initial Edwards Sapien devices (P100041 and P110021) are combined, and duplicates are removed. Both Sapien PMAs (P100041 and P110021) were removed from the market in 2019. The Boston Scientific Lotus product was removed from the market in 2021. Each dataset starts at the year of approval and terminates at the date of withdrawal (for the Edwards Sapien devices and Boston Scientific Lotus device) or, if still on the market, through 2025. Data are current as of September 10, 2025.*

B. <u>Many competitors are similarly positioned to JC Medical prior to Edwards' acquisition.</u>

128. Documents from the parties show that competition from innovators abroad is significant. For example, an Edwards presentation from July 2025 (see Exhibit 7) shows eight unique

260 Kesselheim Expert Report, Figure 4.

TAVR-AR devices, in addition to Trilogy and J-Valve, being developed worldwide.[261] Of these devices, one (Ken Valve) is already commercialized in China, two (Alpha and Zeta from Laguna Tech) are shown as planning EFS in the U.S. and have completed FIH studies abroad, and two (Hanchor Valve and VitaFlow) have started human trials in China, with one of them (Hanchor Valve), reported as expecting approval this year.[262]

**Exhibit 7: The TAVR-AR Competitive Landscape[263]**




129. Many of these devices are in a similar situation to J-Valve. For example, Ken Valve was approved for commercialization in China in March,[264] Hanchor Valve is expected to receive approval soon (see Exhibit 7), and Laguna Tech only needs interim funding to

---

261 Trilogy, rebranded as TaurusTrio, is currently in clinical trials in China under an agreement with Peijia. Peijia will maintain the rights if the transaction happens. See "Peijia Medical's Licensing Partner, JenaValve Technology, Inc., is Expected to be Acquired by Edwards Lifesciences," PR Newswire, available at https://www.prnewswire.com/news-releases/peijia-medicals-licensing-partner-jenavalve-technology-inc-is-expected-to-be-acquired-by-edwards-lifesciences-302206503.html, accessed on 10/14/2025.

262 EW-LIT-00011845.

263 EW-LIT-00011845.

264 "Jenscare, with innovative TTVR and approved TAVR, releases 2024 annual results," PR Newswire, available at https://www.prnewswire.com/news-releases/jenscare-with-innovative-ttvr-and-approved-tavr-releases-2024-annual-results-302410455.html, accessed on 10/17/2025.

complete an EFS in the U.S., and projects (contingent on funding) being able to file for PMA approval as early as 2029.[265] As a comparison, J-Valve, under the control of Genesis MedTech, was recently approved for commercialization in China in September 2025.[266] J-Valve also received an IDE for a U.S. EFS in August 2023.[267]

130. While some of these competitors may need years to get a PMA (perhaps five years, according to numbers reported in the Kesselheim Expert Report),[268] innovation in this industry is both dynamic and uncertain, and it would therefore be incorrect to assume that these devices will be meaningfully behind J-Valve in achieving PMA approval.[269] Even assuming J-Valve could get approval and be commercialized on its earliest timeline at this point (perhaps 2029 in a best-case scenario), others will likely be close behind, particularly if Edwards is able to establish commercial success with Trilogy and thereby spur investment in other startups.

## C. The proposed transaction is likely to spur additional investment in TAVR-AR

131. In my experience, the willingness to invest in new, untested therapies is often limited until the therapy has shown commercial potential through a successful launch. Both strategic purchasers (like Medtronic, J&J, and Boston Scientific) and venture capitalists (like Santé and many others) often monitor the first entrant to see whether a new therapy proves to

265 PX3001 at 009-010; PX3000.

266 "Genesis MedTech J-VALVE® TF Approved by NMPA, China's First Transfemoral TAVR for Aortic Regurgitation," PR Newswire, available at https://www.prnewswire.com/apac/news-releases/genesis-medtech-j-valve-tf-approved-by-nmpa-chinas-first-transfemoral-tavr-for-aortic-regurgitation-302557218.html, accessed on 10/17/2025.

267 Kesselheim Report at ¶96 ("JC Medical also developed a transfemoral version of J-Valve for which it received an IDE for an EFS in August 2023.").

268 Kesselheim Report at ¶82 ("[…] it will be about five or six years from the time J-Valve received IDE […] to its expected FDA PMA approval."); also ¶78 ("Even if one discounts the time spent solely on JenaValve's transapical device and the three years during which JenaValve was conducting its studies under an HDE, nearly six years will have passed between IDE-EFS approval to expected PMA approval."); and also at ¶64.

269 See *fn.* 258.

have significant commercial potential.[270] If so, these same companies will then rapidly invest in developing or acquiring their own versions of the product.

132. I have seen countless examples of similar dynamics playing out in the medical device and pharmaceutical sectors. First, this is what happened in the TAVR-AS market, when Medtronic entered the space only after Edwards successfully commercialized its device in Europe.[271] Watchman is another great example. After the growth of Watchman, Santé invested into a startup company called Laminar, which was developing a next generation left atrial appendage occlusion device to eventually compete with Boston Scientific's Watchman device. We did this because we knew that, based on the success of the category, the other major players in the space were actively looking for a competing product. This strategy, based on the concept of fast followers looking for newly established markets, was very successful. Laminar was acquired by Johnson & Johnson. Indeed, when my company is evaluating a potential investment in an early-stage medical device startup, we frequently consider whether other companies have demonstrated the viability of a new market through a successful commercial launch.

133. As discussed in Section V.B.i., one of the reasons many strategic buyers did not invest in JenaValve or JC Medical was the uncertainty over the size of the AR market. Once Edwards enters the market and shows its potential, this uncertainty will disappear, and this will incentivize other strategic buyers to invest in the market. This means that the competitive threat that Edwards faces is driven by the presence of the many startups

270 JenaValve tracked JC Medical even before JC Medical started clinical trials in the U.S. See JenaValve-2R-00603423 at Slide 5. See also EW-LIT-00112742 at Slides 6-8 discussing competitors in China and the U.S. in different stages of product development; EW-LIT-00141708 ("Prostyle TAVR, manufactured by Kingstro Bio – […] The product is claimed to be the first dry-tissue TAVR device approved in China"); EW-LIT-00069338 ("Peijia AR launch: Expecting to launch its AR device, TaurusTrio, in Q1'26. Following Jenscare's Ken-Valve launch in Q1'25.").

271 As explained in Section IV.A.ii, Edwards acquired PVT in 2004 and began to successfully commercialize the device in Europe in 2007. [redacted]

developing TAVR-AR devices and is enhanced by the fact that strategic buyers are likely to invest and bring these startups into the market more quickly.

## VIII. Blocking this proposed transaction would chill investment in this space

134. If the transaction is blocked and JenaValve is forced to try to launch Trilogy on its own, this would have a significantly negative impact on 1) patients suffering from aortic regurgitation, 2) investment and innovation in the AR space, and 3) investment in the medical device innovation ecosystem generally. A limited commercial launch of Trilogy would likely deter investment from other potential strategic entrants and deter investment by venture capital firms in startup companies currently developing TAVR-AR devices in the U.S. and other countries. Strategic buyers like Medtronic and J&J have indicated that they currently do not believe in the TAVR-AR market opportunity, and a limited launch by a standalone JenaValve would likely confirm their skepticism and further undermine their interest in investing in this space. Likewise, based on my experience, blocking this acquisition could chill investment into the multiple AR startups, as venture capitalists will lose interest in early investment because the return on their investments will decrease as the likelihood of future acquisitions from strategic buyers decreases. This will delay the development of life-changing TAVR-AR technologies and harm patients.

135. I have spent my entire career helping shepherd novel medical innovations to patients, which has provided deep familiarity about how this ecosystem works. Companies developing novel treatments need access to capital to innovate and bring their devices to patients. The medical device space is already incredibly risky. Blocking this transaction would increase that risk, chill investment, and ultimately prevent or delay patients from access to novel and life-saving therapies. Edwards' proposed acquisition of JenaValve

presents the likeliest possibility to ensure that these life-saving therapies make it to patients as quickly and broadly as possible.

Dated: October 23, 2025



Dennis McWilliams

## Appendix A: Dennis McWilliams CV

**Dennis L. McWilliams**
4608 Via Media, Austin, Texas 78746
dennis.mcwilliams@sante.com, mcwilliams.dennis@gmail.com (personal)

**CAREER SUMMARY**

Life science entrepreneur and innovator dedicated to globally commercializing world changing biomedical technologies. Leadership experience from early idea stages through global product launches in both private and public companies, with significant domestic and international management experience.

**SUMMARY OF EXPERIENCE**

Strong organizational leader and creative strategist with experience in medical devices, biotech, and health tech:

- New market creation, including physician society and KOL relationships, and managing complex reimbursement and regulatory environments.
- Organizational management from concept to global commercial sales, including the creation and development of direct sales organization, management of distributor organization, and establishment of business operations in multiple global countries
- Strategic financier, with experience in venture capital, private equity, debt (venture and convertible), angel, and alternative financing marketing, with track record of dilution protection for investors along the growth path.
- Strategist in the convergence of consumer and traditional medical device marketing, including DTC marketing, social medical, patient journey mapping, and compliance regulations.
- Strong organizational leader with a long bench of executive and senior cross-functional talent willing to follow.
- Management of complex device regulations and healthcare economics across the globe, including Class 2 and Class 3 PMA devices, CE marking, ANVISA, TGA, CMS, NICE, NHS.

**EDUCATION**

**University of Texas at Austin**
*Bachelor of Science with Honors, Aerospace Engineering*
Outstanding Young Texas Ex, Distinguished Engineering Alumnus, Aerospace Academy of Distinguished Alumni

**Stanford University**
*Master of Science, Engineering Management*

**EXPERIENCE**

**2024-Current** ***Santé, Managing Director***
Promoted to Managing Director in Fund V, which is Santé' largest venture fund to date. As part of this, have become actively engaged in fund operations and LP fundraising, presenting and actively working with LP organizations globally. In addition, became Head of the Healthtech Practice and Co-Head of Medtech Practice.

**2021-2024** ***Santé, Partner***
Sante is a private equity investing firm with multiple strategies across healthcare venture capital and public equities. As a partner in the healthcare venture group, manage all aspects of company investing and management, including deal sourcing, term sheet negotiation, board representation, and portfolio strategy. Invest across the sub-practice areas of medical device, biotech, and healthtech. Select investment

and board seats include RapidPulse (devices for ischemic stroke), KelaHealth (Data and AI analytics for surgery), and Glyscend Therapeutics (Type 2 diabetes).

**2019-2021** ***Santé, Venture Partner and CEO of Santé Accel***

Sante Accel is a "startup studio" within Sante that focuses on healthcare company formation, technology sourcing, and talent development. Manage a team of Venture Fellows who help launch and project manage various opportunities with the goal of these opportunities becoming traditional Series A investment in Sante Ventures.

**2018-Current** ***SparkMed Advisors LLC, Managing Director and Founder***

SparkMed is an advisory group that assists medical device and life science companies develop successful strategies for commercialization. Activities include CEO advisory, fundraising advice, strategic partnering, and commercial planning. In addition, we offer fully immersive Biodesign services through our network of experienced team members, most of whom have completed a fellowship level program in the Biodesign process. Clients include venture capital firms, startups, and multinational life science companies.

**2005 - 2018** ***Apollo Endosurgery, Inc., Founder, CEO, President***

Apollo Endosurgery was founded in 2006 to develop the field of natural-orifice endolumenal surgery, a revolutionary concept that allows surgical procedures to be conducted with no scarring, less sedation, and faster recovery time leading to better outcomes at a lower procedure cost. The company was founded on intellectual property assembled from The Mayo Clinic, Johns Hopkins University, Medical University of South Carolina, Chinese University of Hong Kong, the University of Texas Medical Branch, and Olympus Corporation (Japan). Since its inception, Apollo has grown to a publicly listed company on NASDAQ:APEN, operates in over 60 countries around the world and is a recognized leader in minimally invasive procedures for obesity, gastrointestinal cancers, and other GI disorders.

Served as CEO from inception and incubation in 2006 until 2014, when transitioned to President and Chief Commercial Officer after the hiring of a seasoned public company CEO. At this time, personal efforts were focused on commercial strategy and establishment of international operations in Europe, Brazil, Australia, and Asia. After 3 years of successfully achieving these milestones and bringing the company back to growth, worked with Board to resign position and transition out of the company.

Specific achievements:
Grew revenue from zero to over $100mm globally, and built and led a global direct (>100 sales reps) and distributor sales organization.
Developed a new market segment in endolumenal surgery- converging the gastroenterology and surgical fields.

Raised over $120mm in equity, debt, grant, and non-dilutive investment capital without any investor recapitalization.
Gained multiple global product approvals, including US 510K, US PMA, CE (Continental Europe), ANVISA (Brazil), TGA (Australia), and multiple other jurisdictions.
In 2013, while Apollo was a $5mm company, orchestrated the acquisition of the $100mm obesity division of Allergan, giving the company an instant global channel

and creating the only global pure play in less invasive devices for the treatment of obesity.

**2012 - Current** ***IHU Strasbourg, France. B.E.S.T. Innovation, Course Co-Director***
The IHU is one of seven French funded research institutes based in Strasbourg in collaboration with The L'Institut de Recherche contre les Cancers de l'Appareil Digestif, or IRCAD, is a world recognized surgical training institute and teaching hospital that trains over 5,000 surgeons per year on advanced surgical and endoscopic techniques. In 2012, a course curriculum called B.E.S.T. was created to inspire and educate surgeons, engineers, and business students on the field of surgical innovation. Courses are conducted online, and held for one week in person annually in Strasbourg, France, and Taichung, Taiwan.

**2005 - 2007** ***SMG Therapeutics, Inc. Co-Founder and Managing Director***
Biopharmaceutical spinout from the University of Minnesota repurposing a generic drug for the treatment of chronic degenerative diseases such as retinitis pigmentosa, ischemic and hemorrhagic stroke, and spinal cord injury. Company dissolved in 2007 after failure to raise capital in the biotech financing downturn, as well as management focus on Apollo.

**2004 - 2006** ***PTV Sciences LP. Entrepreneur-in-Residence***
PTV is a venture capital fund focused on early stage investment in life sciences and material sciences. PTV has over $250 million under management with investments covering orthopedic devices, therapeutics, and regenerative medicine. Reviewed deal flow, assisted portfolio companies, presented to institutional investors.

**1996 - 2004** ***Chrysalis BioTechnology, Inc. (CBI). Chief Operating Officer,Co-Founder***
Played key role in the formation and development of this University spinout company which develops synthetic proteins for tissue repair that resulted in a successful exit through a strategic acquisition. With seed financing from angel investors, worked with scientific founder to grow company from laboratory candidate through preclinical and clinical testing. In addition, secured three strategic partnerships to provide financing and development funds for key product applications in tissue repair. Exit provided a 3x return to original investors and generated multi-million returns for the University of Texas System.

**1994 - 1996** ***IC$^2$ Institute*** *(Austin, TX)*
**Technology Marketing Specialist**
Innovative "Think Tank" which researches and implements strategies for regional economic development and technology commercialization. Hired to conduct strategic evaluation of government, academic, and industry technology portfolios, target key opportunities, and develop commercialization strategies for these technologies. Projects included NASA, DOE, NOAA, major Universities, and the US Intelligence Community.

**BOARD MEMBERSHIPS**

- ***OutcomesAi*** 2025-Present, ambient workflow management for nursing
- ***Angara*** 2024-Present, novel molecules to target RNA binding proteins
- ***Surgical Safety Technologies*** 2022-Present, Intraoperative AI data platform to improve surgical quality
- ***Apreo Health,*** 2022-Present, Medical Device, implantable devices for emphysema
- ***BeeKeeperAI***, 2022-Present, Healthtech, Secure data enclaves for AI algorithm development and data sharing
- ***Kela Health,*** 2021-present, Healthtech, Surgical data informatics for patients
- ***Taurus Endoscopy,*** 2021-present, Medical Device, flexible endoscopic clip
- ***Access Optics,*** 2021-Present, Medical Device, disposable surgical lenses
- ***Rapid Pulse,*** 2020-present, Medical Device, Ischemic stroke
- ***EndoGenex,*** 2020-present, Medical Device, duodenal ablation for Type 2 Diabetes

**<u>Past Board Memberships</u>**

- ***Nirogy Therapeutics,*** *2021-2023, Biotech, Solute carriers for oncology*
- ***Glyscend Therapeutics,*** 2020-present, Biotech, Type 2 Diabetes oral polymer
- ***Apollo Endosurgery***, 2006-2015, Medical Device, Endoscopic devices for GI surgery
- ***SMG Therapeutics***, 2005-2007, Biotech, Small molecules for treatment of degenerative diseases

**CONFERENCES**

LSI USA & LSI Europe, JPM Annual Conference, SAGES, Dublin MedTech, PCR Paris, Piper Sandler NYC, B.E.S.T. Course Taiwan & Strasburg, Phoenix Medical Technology Conference

**COMMUNITY INVOLVEMENT**

- Board Member, Texas Exes (2008-2016)
- Board Member, UT Men's Athletics Council (2014-15)
- UT Cockrell Engineering Advisory Board (2017-)
- Planning Committee and Chairman, *Texas Life Science CEO Summit* (since inception)
- Board Member, *Texas Life Science Center* (2008-2010); *Austin Lifescience Entrepreneurs* (Co-Founder)
- Texas Exes Association, Stanford Alumni Association, Life Member

**HONORS**

- 2007 Outstanding Young Texas Ex Award winner
- 2016 Distinguished Alumnus to the School of Engineering at the University of Texas
- Univ. of Texas Aerospace Distinguished Alumnus
- Intercollegiate Football, 89-92, two year letterman
- Academic All-Conference, Marvin B. Wright Engineering-Athlete Scholar at University of Texas

**INTERESTS**

Fly fishing, cooking, teaching, cycling, outdoors, coaching kids sports

# Appendix B: Materials Relied Upon

**Academic Sources**

Al-Chanati, M., Cattivelli, L., Guo, E., Kovacheva, P., Krishnamurthy, A., & Salgado, M. (2025). An empirical study of the impact of mergers and acquisitions on pharmaceutical innovation: Insights from drug launches. *Concurrences Review, N° 10-2025,* https://www.concurrences.com/en/review/issues/no-10-2025/droit-economie/an-empirical-study-of-the-impact-of-mergers-and-acquisitions-on-pharmaceutical

Camp, J. J. (2002). *Venture capital due diligence: A guide to making smart investment choices.* John Wiley & Sons

Cribier, A. (2016). The development of transcatheter aortic valve replacement (TAVR). *Global Cardiology Science & Practice, 2016*(4), e201632, https://pmc.ncbi.nlm.nih.gov/articles/PMC5624190/

Gilbert, R. J. (2020). *Innovation matters: competition policy for the high-technology economy.* MIT Press

Kerr, W. R., Nanda, R., & Rhodes-Kropf, M. (2014). Entrepreneurship as Experimentation. *Journal of Economic Perspectives, 28*(3), https://doi.org/10.1257/jep.28.3.25

Marrone, A., & Ielasi, A. (2025). Transcatheter Aortic Valve Implantation in Patients with Pure Non-Calcified Aortic Regurgitation. *EMJ Interventional Cardiology, 13*(1), https://www.emjreviews.com/wp-content/uploads/2025/06/Transcatheter-Aortic-Valve-Implantation-in-Patients-with-Pure-Non-Calcified-Aortic-Regurgitation.pdf

Nathaniel, S., Saligram, S., & Innasimuthu, A. L. (2010). Aortic stenosis: An update. *World Journal of Cardiology, 2*(6), https://pmc.ncbi.nlm.nih.gov/articles/PMC2999052/

Rose, P., & Solomon, S. D. (2016). Where Have All the IPOs Gone: The Hard Life of the Small IPO. *Harv. Bus. L. Rev., 6,* https://journals.law.harvard.edu/hblr/wp-content/uploads/sites/87/2016/06/HLB102_crop.pdf

Sertkaya, A., DeVries, R., Jessup, A., & Beleche, T. (2022). Estimated Cost of Developing a Therapeutic Complex Medical Device in the US. *JAMA Network Open, 5*(9), e2231609, https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2796179

Umscheid, C. A., Margolis, D. J., & Grossman, C. E. (2011). Key Concepts of Clinical Trials: A Narrative Review. *Postgrad Med., 123*(5), https://pmc.ncbi.nlm.nih.gov/articles/PMC3272827/

Van Norman, G. A. (2016). Drugs, Devices, and the FDA: Part 2. *JACC: Basic to Translational Science, 1*(4), https://www.jacc.org/doi/10.1016/j.jacbts.2016.03.009

**Bates Numbered Documents and Exhibits**

Abbott-ARSUB-0000001

BSC-00000075

EW-FTC-10011378

EW-FTC-10091459

EW-FTC-10107902

EW-FTC-10240657

EW-FTC-10307541

EW-FTC-10310267

EW-FTC-10312302

EW-FTC-10394868

EW-FTC-10426128

EW-FTC-10494934

EW-FTC-10570376

EW-FTC-10572040

EW-FTC-10577144

EW-FTC-10587080

EW-FTC-10895705

EW-FTC-10987911

EW-FTC-11027517

EW-FTC-11036890

EW-FTC-11038830

EW-FTC-11071801

EW-LIT-00011845

EW-LIT-00069338

EW-LIT-00069704

EW-LIT-00112742

EW-LIT-00120144

EW-LIT-00141708

EW-LIT-00180006

FTC-Gilmartin-00000033

FTC-Gilmartin-00000335

JenaValve 4c-3

JenaValve-2R-00000075

JenaValve-2R-00000174

JenaValve-2R-00078723

JenaValve-2R-00090310

JenaValve-2R-00390387

JenaValve-2R-00515598

JenaValve-2R-00593943

JenaValve-2R-00603423

JenaValve-2R-00605326

JenaValve-2R-00718448

JenaValve-2R-01030528

JenaValve-2R-01030789

JenaValve-2R-01161866

JenaValve-2R-01189233

JenaValve-2R-01338752

JenaValve-2R-01393703

JV-LIT-00016809

JV-LIT-00019719

JV-LIT-00066132

JV-LIT-00084947

JV-LIT-00113828

JV-LIT-00180446

JV-LIT-00180832

JV-LIT-00302857

JV-LIT-00307284

JV-LIT-00307290

JV-LIT-00307292

NJ-FTCEDWARDS-00000001

PX2262 (JV-LIT-00119324)

PX3000

PX3001

**Depositions and Associated Materials**

Investigational Hearing of Gilbert Madrid, May 21, 2025

Investigational Hearing of Daniel Sun, July 1, 2025

Investigational Hearing of Larry Wood, July 7, 2025

Investigational Hearing of Dr. Duane Pinto, July 8, 2025

Investigational Hearing of John Kilcoyne, July 10, 2025

Investigational Hearing of Dr. Mark Turco, July 14, 2025

Investigational Hearing of Donald Bobo, July 15, 2025

Investigational Hearing of Bernard Zovighian, July 17, 2025

Deposition of Dr. James McCabe, September 19, 2025

Deposition of Dr. Duane Pinto, September 23, 2025

Deposition of Dr. Duane Pinto 30(b)(6), September 23, 2025

Deposition of Laksen Sirimanne, September 24, 2025

Deposition of Dan Dearen, September 25, 2025

Deposition of Dr. Dean Kereiakes, September 25, 2025

Deposition of Steve Sloan, September 25, 2025

Deposition of Peter Spadaro, September 25, 2025

Deposition of Larry Wood, September 26, 2025

Deposition of John Kilcoyne, September 29, 2025

Deposition of Jan Keltjens, September 30, 2025

[redacted]

Deposition of Daniel Sun, October 2, 2025

Deposition of Brandon Rice, October 3, 2025

Deposition of Dr. Vinod Thourani, October 3, 2025

Deposition of Dr. Mark Turco, October 3, 2025

Deposition of John Kilcoyne 30(b)(6), October 6, 2025

Deposition of Donald Bobo, October 9, 2025

Deposition of Justin Castelli, October 10, 2025

Deposition of Pooja Sharma, October 10, 2025

Deposition of Dr. Stanley Chetcuti, October 14, 2025

Deposition of Dr. Torsten Vahl, October 14, 2025

**Expert Reports**

Dr. Aaron Kesselheim Expert Report, October 12, 2025

Dr. Nathan E. Wilson Expert Report, October 12, 2025

Dr. Elizabeth Bailey Expert Report, October 23, 2025

**Public Sources**

Abbott, "Sandra Lesenfants," last accessed October 20, 2025, available at https://www.abbott.com/corpnewsroom/utilities/executive-team/sandra-lesenfants.html

American Heart Association, "What is TAVR? (TAVI)," last accessed October 7, 2025, available at https://www.heart.org/en/health-topics/heart-valve-problems-and-disease/understanding-your-heart-valve-treatment-options/what-is-tavr

Boston Scientific, "2024 Performance Report," last accessed October 20, 2025, available at https://www.bostonscientific.com/content/dam/bostonscientific/corporate/corporate-responsibility/performance-report/BostonScientific2024PerformanceReport.pdf

Boston Scientific, "Boston Scientific to Acquire Atritech," January 19, 2011, available at https://news.bostonscientific.com/atritech-acquisition-agreement

Boston Scientific, "Watchman Clinical Trials," last accessed October 20, 2025, available at https://www.watchman.com/en-us-hcp/clinical-evidence/additional-trials.html

Brad Perriello, "FDA approves Boston Scientific's Watchman anti-stroke device," *MassDevice,* March 16, 2025, available at https://www.massdevice.com/fda-approves-boston-scientifics-watchman-anti-stroke-device/

Cardiac Interventions Today, "20 Years of TAVR: An Interview With Alain Cribier, MD, FACC, FESC," July/August 2022, available at https://citoday.com/articles/2022-july-aug/20-years-of-tavr-an-interview-with-alain-cribier-md-facc-fesc

Cardiac Interventions Today, "Boston Scientific Discontinues Acurate Neo2 and Acurate Prime TAVR Systems," May 28, 2025, available at https://citoday.com/news/boston-scientific-discontinues-acurate-neo2-and-acurate-prime-tavr-systems

Cardiac Interventions Today, "First-in-Man Procedures Reported for JenaValve TAVI System," May 26, 2010, available at https://citoday.com/news/first-in-man-procedures-reported-for-jenavalve-tavi-system

Cardiac Interventions Today, "Genesis MedTech Acquires JC Medical, a Structural Heart Company," February 4, 2022, available at https://citoday.com/news/genesis-medtech-acquires-jc-medical-a-structural-heart-company

Charlene Laino, "FDA Panel Recommends Watchman Device to Prevent Stroke in Patients with Atrial Fibrillation Viewed as Alternative to Warfarin," *NeurologyToday,* June 18, 2009, available at, https://journals.lww.com/neurotodayonline/fulltext/2009/06180/fda_panel_recommends_watchman_device_to_prevent.6.aspx

Chris Seper, “Minnesota atrial fibrillation company Atritech raises $30 million,” *MedCityNews,* March 27, 2009, available at https://medcitynews.com/2009/03/minnesota-atrial-fibrillation-company-atritech-raises-30-million/

Cleveland Clinic, “Surgical Aortic Valve Replacement,” last accessed October 7, 2025, available at https://my.clevelandclinic.org/health/treatments/25057-aortic-valve-replacement

ClinicalTrials.gov, "JENAVALVE AS EFS TRIAL: Pericardial TAVR Aortic Stenosis Study," last update posted November 22, 2022, available at https://clinicaltrials.gov/study/NCT02732691

ClinicalTrials.gov, "PARTNER 3 Trial: Safety and Effectiveness of the SAPIEN 3 Transcatheter Heart Valve in Low Risk Patients With Aortic Stenosis (P3)," last update posted November 29, 2024, available at https://clinicaltrials.gov/study/NCT02675114

ClinicalTrials.gov, "The JenaValve ALIGN-AR Pivotal Trial (ALIGN-AR)," last update posted September 13, 2022, available at https://clinicaltrials.gov/study/NCT04415047

ClinicalTrials.gov, "THE PARTNER TRIAL: Placement of AoRTic TraNscathetER Valve Trial (PARTNER)," last update posted September 13, 2017, available at https://clinicaltrials.gov/study/NCT00530894

ClinicalTrials.gov, “J-Valve Transfemoral Pivotal Study (JOURNEY),” last update posted September 26, 2025, available at https://clinicaltrials.gov/study/NCT06455787

CMS, “Transcatheter Aortic Valve Replacement (TAVR),” last accessed October 20, 2025, available at https://www.cms.gov/medicare-coverage-database/view/ncacal-tracking-sheet.aspx?NCAId=293

Deloitte, “New strategies for medtech startups,” last accessed October 22, 2025, available at https://www.advamed.org/wp-content/uploads/2022/05/New-strategies-for-medtech-startups-041922.pdf

Diagnostic and Interventional Cardiology, "JC Medical TAVI System Implanted First Time Outside China," March 1, 2016, available at https://www.dicardiology.com/content/jc-medical-tavi-system-implanted-first-time-outside-china

Dileep Rao, “First Mover. Fast Follower. Smart Follower: What’s Best For You?,” *Forbes,* March 13, 2024, available at https://www.forbes.com/sites/dileeprao/2024/03/13/first-mover-fast-follower-smart-follower-whats-best-for-you/

Edwards Lifesciences, "Edwards Lifesciences Form 10-K, 2025", last accessed October 22, 2025, available at https://d18rn0p25nwr6d.cloudfront.net/CIK-0001099800/be552196-9ad3-409c-a4e2-7e98ca293326.pdf

Edwards Lifesciences, “2008 Annual Report,” last accessed October 22, 2025, available at https://www.annualreports.com/HostedData/AnnualReportArchive/e/NYSE_EW_2008.pdf

Edwards Lifesciences, “Edwards Lifesciences Completes Acquisition of Percutaneous Valve Technologies for $125 Million,” January 27, 2004, available at https://ir.edwards.com/news/news-details/2004/Edwards-Lifesciences-Completes-Acquisition-of-Percutaneous-Valve-Technologies-for-125-Million/default.aspx

Edwards Lifesciences, “Edwards Lifesciences Receives CE Mark for Edwards SAPIEN Transcatheter Heart Valve,” September 5, 2007, available at https://ir.edwards.com/news/news-details/2007/Edwards-Lifesciences-Receives-CE-Mark-for-Edwards-SAPIEN-Transcatheter-Heart-Valve/default.aspx

Edwards Lifesciences, “Edwards Transcatheter Aortic Valve Replacement (TAVR),” last accessed October 20, 2025, available at https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031S085C.pdf

Fink Densford, “Prominent cardiologist calls for a halt to Watchman implants,” *MassDevice,* November 10, 2016, available at https://www.massdevice.com/prominent-cardiologist-calls-for-a-halt-to-watchman-implants/

Gilmartin Group, “MedTech IPO and Capital Markets Perspectives,” August 2, 2024, available at https://gilmartinir.com/medtech-ipo-and-capital-markets-perspectives/

Gimv, “Gimv invests in medical technology company JenaValve,” March 30, 2010, available at https://www.gimv.com/sites/default/files/PBJenavalve_30032010_EN.pdf

J.P. Morgan, “2024 Medtech Industry Insights: Investment Trends, M&A Activity, and Market Dynamics,” January 2025, available at https://www.jpmorgan.com/content/dam/jpmorgan/documents/cb/insights/outlook/jpm-medtech-deck-q4-2024-final-ada.pdf

J.P. Morgan, “Medtech Q1 2025: Strategic shifts and market dynamics,” May 2025, available at https://www.jpmorgan.com/content/dam/jpmorgan/documents/cb/insights/outlook/jpm-medtech-deck-q1-2025-final-ada.pdf

Jared M. O'Leary, MD, FSCAI, “Boston Scientific Suspends Development of Lotus Edge TAVR Platform,” *Society for Cardiovascular Angiography & Interventions,* November 17, 2020, available at https://scai.org/boston-scientific-suspends-development-lotus-edge-tavr-platform

JenaValve, “JenaValve Technology Receives CE Mark for its Trilogy™ TAVI System for the Treatment of Aortic Regurgitation and Aortic Stenosis,” May 25, 2021, available at https://jenavalve.com/jenavalve-receives-ce-mark/

Mayo Clinic, “Aortic valve regurgitation,” last accessed September 26, 2025, available at https://www.mayoclinic.org/diseases-conditions/aortic-valve-regurgitation/diagnosis-treatment/drc-20353135

Mayo Clinic, “Aortic valve regurgitation,” last accessed September 26, 2025, available at https://www.mayoclinic.org/diseases-conditions/aortic-valve-regurgitation/symptoms-causes/syc-20353129

Medical Device Innovation Consortium, “Blueprint for Early Feasibility Study Success: A report of the Early Feasibility Study working group of the Medical Device Innovation Consortium (MDIC),” September 2016, available at https://mdic.org/wp-content/uploads/2020/08/MDIC-EFS-Blueprint-for-EFS-Success-2016.pdf

MedlinePlus, “Aortic regurgitation,” last accessed September 26, 2025, available at https://medlineplus.gov/ency/article/000179.htm

Penn Medicine, "Aortic valve stenosis," last accessed October 17, 2025, available at https://www.pennmedicine.org/conditions/aortic-valve-stenosis

Penn Medicine, "WATCHMAN device," last accessed October 20, 2025, available at https://www.pennmedicine.org/treatments/watchman-device

PR Newswire, "Genesis MedTech Announces the Sale of JC Medical, Inc to Edwards Lifesciences," August 19, 2024, available at https://www.prnewswire.com/apac/news-releases/genesis-medtech-announces-the-sale-of-jc-medical-inc-to-edwards-lifesciences-302223217.html

PR Newswire, "Genesis MedTech J-VALVE® TF Approved by NMPA, China's First Transfemoral TAVR for Aortic Regurgitation," September 17, 2025, available at https://www.prnewswire.com/apac/news-releases/genesis-medtech-j-valve-tf-approved-by-nmpa-chinas-first-transfemoral-tavr-for-aortic-regurgitation-302557218.html

PR Newswire, "Jenscare, with innovative TTVR and approved TAVR, releases 2024 annual results," March 25, 2025, available at https://www.prnewswire.com/news-releases/jenscare-with-innovative-ttvr-and-approved-tavr-releases-2024-annual-results-302410455.html

PR Newswire, "Peijia Medical's Licensing Partner, JenaValve Technology, Inc., is Expected to be Acquired by Edwards Lifesciences," July 25, 2024, available at https://www.prnewswire.com/news-releases/peijia-medicals-licensing-partner-jenavalve-technology-inc-is-expected-to-be-acquired-by-edwards-lifesciences-302206503.html

Sheryl Jacobson, Chloe Domergue, Natasha Elsner, and Darshan Gosalia, "Digital talent acquisition is only half the battle on medtech's path to digital maturity," *Deloitte,* April 18, 2024, available at https://www.deloitte.com/us/en/insights/industry/health-care/medtech-digital-innovation-race-for-talent.html

Tom Eisenmann, "Why Start-ups Fail," *Harvard Business Review,* May–June 2021, available at https://hbr.org/2021/05/why-start-ups-fail

U.S. Department of Health & Human Services, "Re: P100041 Edwards SAPIEN Transcatheter Heart Valve, model 9000TFX, sizes 23mm and 26mm and accessories (RetroFlex 3 Delivery System, models 9120FS23 and 9120FS26; RetroFlex Balloon Catheter, models 9120BC20 and 9120BC23; and Crimper, models 9100CR23 and 9100CR26)," November 2, 2011, available at https://www.accessdata.fda.gov/cdrh_docs/pdf10/P100041A.pdf

U.S. Department of Health & Human Services, "Re: P130009 Edwards SAPIEN XT™ Transcatheter Heart Valve, model 9300TFX, 23, 26, and 29 mm, and accessories (NovaFlex+ delivery system, models 9355FS23, 9355FS26, and 9355FS29, with crimp stopper and Qualcrimp crimping accessory (laminated model or cloth model 9300QC); Edwards Expandable Introducer Sheath Set, models 916ES23, 918ES26, and 920ES29; Edwards balloon catheter, models 9350BC20, 9350BC23, and 9350BC25; Ascendra+ delivery system with crimp stopper, models 9355AS23, 9355AS26, and 9355AS29; Ascendra+ introducer sheath set, models 9350IS23, 9350IS26, and 9350IS29; Ascendra balloon aortic valvuloplasty catheter, model 9100BAVC; and Edwards crimper, model 9350CR)," June 16, 2014, available at https://www.accessdata.fda.gov/cdrh_docs/pdf13/P130009A.pdf

U.S. Department of Health & Human Services, "Re: P140031 Edwards SAPIEN 3™ Transcatheter Heart Valve, model 9600TFX, 20, 23, 26, and 29 mm, and accessories (Edwards Commander™ delivery system, models 9600LDS20, 9600LDS23, 9600LDS26, and 9600LDS29, with crimp stopper and Qualcrimp crimping accessory; Edwards eSheath Introducer Set, models 914ES and 916ES; and Edwards crimper, model 9600CR)," June 17, 2015, available at https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031A.pdf

U.S. Food & Drug Administration, "Premarket Approval (PMA): EDWARDS SAPIEN TRANSCATHETER HEART VALVE AND ACCESSORIES," last accessed October 17, 2025, available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=p100041

U.S. Food & Drug Administration, " Premarket Approval (PMA): Edwards SAPIEN 3 Ultra RESILIA Transcatheter Heart Valve," last accessed October 22, 2025, available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=P140031S141

U.S. Food & Drug Administration, " Premarket Approval (PMA): Edwards SAPIEN 3 Ultra Transcatheter Heart Valve System," last accessed October 22, 2025, available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=P140031S074

U.S. Food & Drug Administration, "Re: P140031/S085 Trade/Device Name: Edwards SAPIEN 3 Transcatheter Heart Valve System Edwards SAPIEN 3 Ultra Transcatheter Heart Valve System," August 16, 2019, available at https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031S085A.pdf

U.S. Food & Drug Administration, "Re: P140031/S182 Trade/Device Name: Edwards SAPIEN 3, SAPIEN 3 Ultra, and SAPIEN 3 Ultra RESILIA Transcatheter Heart Valve system," April 30, 2025, available at https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031S182A.pdf

U.S. Food & Drug Administration, “Advisory Committees Give FDA Critical Advice and the Public a Voice,” content current as of June 13, 2024, available at https://www.fda.gov/consumers/consumer-updates/advisory-committees-give-fda-critical-advice-and-public-voice

U.S. Food & Drug Administration, “Investigational Device Exemption (IDE),” content current as of August 22, 2024, available at https://www.fda.gov/medical-devices/premarket-submissions-selecting-and-preparing-correct-submission/investigational-device-exemption-ide

U.S. Food & Drug Administration, “Premarket Approval (PMA),” content current as of May 16, 2019, available at https://www.fda.gov/medical-devices/premarket-submissions-selecting-and-preparing-correct-submission/premarket-approval-pma

U.S. Food & Drug Administration, “Step 1: Device Discovery and Concept,” content current as of January 4, 2018, available at https://www.fda.gov/patients/device-development-process/step-1-device-discovery-and-concept

United States Congress, “H.R.1691 - Ensuring Patient Access to Critical Breakthrough Products Act of 2024,” 118th Congress (2023-2024), available at https://www.congress.gov/bill/118th-congress/house-bill/1691

Victor Orlovski, “The IPO Alternative: When Strategic Sales Make More Sense,” *Forbes,* October 17, 2025, available at

https://www.forbes.com/councils/forbesbusinesscouncil/2025/10/17/the-ipo-alternative-when-strategic-sales-make-more-sense/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 23, 2025, I served the foregoing on the following counsel via electronic mail:

Laura R. Hall
Barrett J. Anderson
Lisa De Marchi Sleigh
Jay Tymkovich
Jacob Danziger
Corene Wint
Karthik Pasupula

Federal Trade Commission
600 Pennsylvania Avenue
Washington, DC 20580
(202) 326-3282

lhall1@ftc.gov
banderson1@ftc.gov
ldemarchisleigh@ftc.gov
jtymkovich@ftc.gov
jdanziger@ftc.gov
cwint@ftc.gov
kpasupula@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*

Respectfully submitted,

*/s/ Joshua Lipton*

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWARDS LIFESCIENCES CORPORATION and JENAVALVE TECHNOLOGY, INC.,<br><br>Defendants. | CASE NO. 1:25-cv-02569-RC<br><br>Hon. Rudolph Contreras |

**EXPERT REPORT OF ELIZABETH M. BAILEY, PH.D.**
**OCTOBER 23, 2025**



1:25-cv-2569
FTC v. Edwards Lifesciences Corp. et al.,
DX-0289

**Contents**


**1 Assignment, Qualifications, and Summary of Opinions ............................................4**

**2 The Proposed Transaction Brings Together Two R&D Products, Each with Uncertain Timing as to its Potential for Commercialization......................................6**

2.1 There Is No Commercialized, U.S. FDA-Approved TAVR-AR Device .............7

2.2 Clinical Trials Fail to Result in FDA-Approved Medical Devices.......................9

**3 Pro-Competitive Benefits of Combining JenaValve with Edwards .........................13**

3.1 Edwards' Continuous Innovation Is Central to the Value Edwards Brings ........13

3.2 JenaValve Has Repeatedly Missed Forecasts and Milestones............................21

3.3 Acquisition Provides for Broader, Faster TAVR-AR Adoption..........................32

3.4 Structural Heart Competitors Are Demonstrated Fast Followers ........................36

**4 Dr. Wilson's Theories of Harm Require Assumptions That Do Not Hold...............38**

4.1 Dr. Wilson's Speculative "2-to-1" Commercialized Market Structure ...............38

4.1.1 Dr. Wilson Cherry-Picks a "2-to-1" Market Structure ..........................39

4.1.2 Dr. Wilson's Concentration Measure Makes No Economic Sense .......41

4.2 Dr. Wilson's Price Effects Theories Are Not Supported by Economic Analyses44

4.2.1 Clinical Trial Reimbursement Rates ....................................................45

4.2.2 Commercial Prices .................................................................................51

4.3 Dr. Wilson's Anticipated Innovation Effects Are Not Reliable ..........................52

4.3.1 Economic Framework for Innovation Competition...............................53

4.3.2 Dr. Wilson's Theory that Edwards Would Delay or Stop Innovation Is Not Reliable ..........................................................................................57

4.4 Dr. Wilson's U.S. TAVR-AR Innovation Market Is Overly Narrow.................67

4.4.1 Innovation Markets and Commercial Product Markets Are Not the Same ..........................................................................................67

4.4.2 JenaValve Followed ex-U.S. Innovations Prior to U.S. Clinical Trials 69

4.4.3 U.S. Publications and Conferences Feature Worldwide Innovations....73

4.4.4 TAVR-AR Devices Are Developed for Potential Sale Worldwide.......78

4.4.5 Many Innovators Have Competitive TAVR-AR Device Innovations...79

**Appendix 1: Curriculum Vitae of Elizabeth M. Bailey ..................................................84**

**Appendix 2: Materials Relied Upon ....................................................................92**

**Appendix 3: Transcatheter Cardiovascular Therapeutic Conference (San Francisco, October 2025) ....................................................................119**

**Appendix 4: Worldwide TAVR-AR Innovation Competitors ......................................120**

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

## 1 Assignment, Qualifications, and Summary of Opinions

1. Counsel for Edwards Lifesciences Corporation ("Edwards") and Counsel for JenaValve Technology, Inc. ("JenaValve") have asked me to evaluate, as a matter of economics, the opinions in Dr. Nathan E. Wilson's Expert Report dated October 12, 2025 ("Wilson Report") related to competitive effects arising from Edwards' proposed acquisition of JenaValve.
2. My curriculum vitae is attached as **Appendix 1**. Charles River Associates is compensated for my time at $1,850 per hour. A list of the materials I relied upon is attached as **Appendix 2**. I reserve the right to update my opinions as I receive more information.
3. This matter involves the proposed combination of two research and development ("R&D") products; it is not a transaction involving commercialized products. Edwards' proposed acquisition of JenaValve would combine two R&D pipeline transcatheter aortic valve replacement ("TAVR") therapies in development to treat aortic regurgitation ("AR"). Neither product has U.S. Food and Drug Administration ("FDA") approval to proceed as a commercial device. For both companies' R&D products, there is uncertainty over the timing for which FDA approval would be received – if at all – with JenaValve receiving a deficiency letter related to its Trilogy device from the FDA at the end of September 2025 and Edwards' pivotal trial for J-Valve remaining on pause since the summer of 2025 due to device complications. Even assuming no other development challenges, the earliest JenaValve's Trilogy device may receive FDA approval is the [redacted] and the earliest Edwards' J-Valve device may receive FDA approval is 2029, more than three years from now.
4. There is no economic presumption that the combination of two R&D pipeline products is anticompetitive. Rather, an economic analysis must balance the benefits from the combination, taking into account factors such as a higher probability of bringing R&D products to

commercialization, reaching commercialization at scale more quickly, and/or providing broader reach so that more patients have access to the commercialized product, against potential anticompetitive harm. In addition, because of the inherent uncertainty, a balancing of probabilities across many potential future outcomes in a world with the transaction and a world without the transaction (e.g., no R&D products are commercialized, only one R&D product is commercialized, both R&D products are commercialized, etc.) is needed.

5. Based on my analyses as well as my experience and training as an economist, my main conclusions are summarized as follows:[1]

   - First, data driven evidence shows Edwards has consistently innovated, improving features, and expanding use to larger patient populations. Broader access to a commercialized TAVR-AR device is procompetitive and benefits patients.[2]

   - Second, when merging firms benefit from complementarities, as they do in this matter, pooling R&D assets and coordinating research activities can result in greater innovation compared to the but-for world of two standalone firms.

---

[1] I describe these conclusions as well as my other conclusions in detail throughout my report. Instances in which my report does not comment or address a point raised by Dr. Wilson does not imply that I agree with Dr. Wilson's analyses or opinions.

[2] Aortic regurgitation is a valvular disease characterized by reflux of blood from the aorta to the left ventricle of the heart. "Aortic Regurgitation," *Cleveland Clinic*, accessed October 14, 2025, https://my.clevelandclinic.org/health/diseases/24396-aortic-regurgitation. *See also* Wood (former Edwards) Deposition, 14:13-16 (Aortic regurgitation is "where blood is able to flow backwards across the valve. So instead of all the blood moving forward, you have some percentage of blood that's moving backwards"). Aortic stenosis ("AS") is a valvular disease characterized by a narrowing of the aortic valve that reduces blood flow from the heart to the aorta. "Aortic Valve Stenosis," *Mayo Clinic*, accessed October 22, 2025, https://www.mayoclinic.org/diseases-conditions/aortic-stenosis/symptoms-causes/syc-20353139. *See also* Wood (former Edwards) Deposition, 12:19-21 (Aortic stenosis is "a narrowing of the aortic valve that will restrict blood flow to the rest of the body as it exits the left ventricle").

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

- Third, Dr. Wilson's opinion is based largely on a speculative "2-to-1" market structure for the sale of TAVR-AR devices no earlier than three years from now.
- Fourth, Dr. Wilson's anticipated price effects are not supported by data driven analyses.
- Fifth, the data in this matter show that the proposed transaction is unlikely to reduce innovation competition and, moreover, unlikely to reduce innovation competition such that the proposed transaction would result in a substantial lessening of innovation competition in a relevant antitrust market.
- Sixth, Dr. Wilson's relevant geographic market for innovation limited to the United States is overly narrow.

6. The remainder of my report explains these conclusions in greater detail and provides the facts and details that led me to reach these conclusions.

## 2 The Proposed Transaction Brings Together Two R&D Products, Each with Uncertain Timing as to its Potential for Commercialization

7. In this section I explain that the proposed transaction brings together two R&D products that each have uncertainty over the timing for and likelihood of FDA approval and commercialization. Today, there is no U.S. FDA-approved commercialized TAVR-AR device. There is substantial uncertainty over timing for FDA approval, in part, because clinical trials can fail to result in FDA approval.

*2.1 There Is No Commercialized, U.S. FDA-Approved TAVR-AR Device*

8. There is no commercialized, FDA-approved TAVR-AR device available in the United States. JenaValve's Trilogy device is not FDA-approved for commercial use in the United States.[3] Edwards' J-Valve or SOJOURN device,[4] which Edwards acquired from JC Medical in July 2024, is not FDA-approved for commercial use in the United States.[5] There are no third-party TAVR-AR devices FDA-approved for commercial use in the United States.

9. FDA approval – and likewise commercialization – is neither imminent nor certain for either JenaValve's Trilogy device or Edwards' J-Valve device.

10. **Trilogy:** Although JenaValve submitted a Premarket Approval ("PMA") associated with its Trilogy ALIGN pivotal clinical trial to the FDA on June 30, 2025,[6] on September 26, 2025, during the pendency of this proposed transaction, JenaValve received a deficiency letter from the FDA, which stops the timing of the FDA's review clock and provides for future meetings

---

[3] Trilogy received a CE mark in May 2021, which allows Trilogy to be sold commercially in Europe. "JenaValve Technology Receives CE Mark for its Trilogy™ TAVI System for the Treatment of Aortic Regurgitation and Aortic Stenosis," *JenaValve Technology*, May 25, 2021, https://jenavalve.com/jenavalve-receives-ce-mark/. Trilogy has been commercially available in Europe since Q3 2021 (JenaValve-2R-00195465 at 8).

[4] After Edwards acquired JC Medical's J-Valve device, Edwards renamed J-Valve as SOJOURN. I use the term J-Valve throughout my report.

[5] In September 2025, China's National Medical Product Administration ("NMPA") approved J-Valve for sale in China for the treatment of aortic regurgitation. "Genesis MedTech J-VALVE® TF Approved by NMPA, China's First Transfemoral TAVR for Aortic Regurgitation," *Genesis MedTech*, September 17, 2025, https://www.prnewswire.com/apac/news-releases/genesis-medtech-j-valve-tf-approved-by-nmpa-chinas-first-transfemoral-tavr-for-aortic-regurgitation-302557218.html. Genesis MedTech sold JC Medical to Edwards in July 2024, including the intellectual property and commercial rights to J-Valve, but maintained the exclusive right to develop, manufacture, and commercialize the J-Valve system in Greater China. Edwards Lifesciences Corporation, Form 10-K, for the fiscal year ended December 31, 2024, p. 72, https://www.sec.gov/Archives/edgar/data/1099800/000109980025000005/ew-20241231.htm ("On July 22, 2024, the Company acquired all the outstanding shares of JC Medical, Inc. ("JC Medical") for purchase consideration of $116.3 million…"). And "Genesis MedTech Announces the Sale of JC Medical, Inc to Edwards Lifesciences," *Genesis MedTech*, August 19, 2024, https://www.prnewswire.com/apac/news-releases/genesis-medtech-announces-the-sale-of-jc-medical-inc-to-edwards-lifesciences-302223217.html.

[6] JenaValve submitted its final module (Module 5) to the FDA on June 30, 2025 (JenaValve-2R-01393703 at -748).

to discuss follow-ups to the FDA's deficiency letter.[7] Dan Dearen, an independent JenaValve board member, testified ([redacted]) that [redacted] John Kilcoyne, JenaValve's President and CEO, testified that it is "[u]nknown at this time" if JenaValve will receive FDA approval in the near term.[9] Steve Sloan, JenaValve's Vice President of Finance, testified that [redacted]"[10,11] As a result of the FDA [redacted] Mr. Sloan testified that JenaValve has done a "high-level adjustment" to the expected timeline for FDA approval, moving the earliest FDA approval date "from Q4 of '25, to [redacted]"[12]

---

7 [redacted]

8 Dearen (JenaValve) Deposition, 57:5-14.

9 Kilcoyne (JenaValve) Deposition, 205:21-206:2.

10 Sloan (JenaValve) Deposition, 93:17-94:16.

11 [redacted]

12 Sloan (JenaValve) Deposition, 95:13-16.

11. **J-Valve:** The J-Valve JOURNEY pivotal clinical trial was paused in May 2025[13] and again in July 2025[14] during the pendency of this proposed transaction due to device complications,[15] meaning no additional patients are being enrolled in the pivotal trial and no additional patients are receiving the J-Valve device.[16] As Larry Wood, Edwards' former Corporate Vice President and Group President of Transcatheter Aortic Valve Replacement and Surgical Structural Heart, testified, Edwards anticipates that if it can promptly resolve the issues it faces with the J-Valve device, then the earliest Edwards may be able to receive FDA approval for its J-Valve device is the first quarter of 2029, assuming no other issues arise.[17] The first quarter of 2029 is more than three years after the date of my report.

### *2.2 Clinical Trials Fail to Result in FDA-Approved Medical Devices*

12. In this section I explain that a medical device undertaking a clinical trial is not a guarantee that the medical device will receive FDA approval. This matters because it means Dr. Wilson's statement that Edwards' J-Valve will be the second TAVR-AR device to attain FDA approval

---

[13] EW-LIT-00025920.

[14] Bobo (Edwards) IH, 51:1-7 ("Q. Did I understand you correctly that you have had to pause the Journey trial? A. Yes. Q. When was that pause? A. It's recent. I believe in the last couple of weeks is -- if I've got the timeline right is when we learned enough to say pause.").

[15] Wood (former Edwards) Deposition, 62:6-13 ("A We actually did an initial pause because we had some difficulty with valve deployment. We thought that we could implement a technique change and work our way around that while we looked at design enhancements. We went back into clinic, and we experienced two cases where we, again, had difficulty. There were two different issues, but we had difficulty deploying the valve."). *See also* the letter from Mr. Bruce Hoffman to FTC's Jordan Andrew dated July 21, 2025 (explaining J-Valve's JOURNEY trial pause).

[16] Bobo (Edwards) IH, 51:10-12 ("Q. Have you been able to resume the trial? A. No."). Wood (former Edwards) Deposition, 59:18-21 ("Right now, the clinical trial is paused. So the last update that I received was that they expect to be back in clinic in January of next year."). There may be exceptions for compassionate use. *See,* e.g., EW-LIT-00011572.

[17] Wood (former Edwards) Deposition, 59:16-61:6 ("Q Do you have an expectation of when the SOJOURN will receive FDA approval? A I do … Q So best case, you say three years from January. So it would be January 2029? A In my opinion, that would be the absolute best case. It most -- in all likelihood will be longer than that.").

is an assumption that Dr. Wilson is making; it is not a knowable fact.[18] Likewise, Dr. Wilson's assumption that JenaValve's Trilogy device will be the first TAVR-AR device to attain FDA approval is also an assumption Dr. Wilson is making. As Columbia University Medical Center's Dr. Torsten Vahl testified, "[y]ou never know if a device has any viability this early in clinical experience. Even though it seems on paper that J-Valve is ahead of other Chinese products just because [J-Valve] completed the enrollment in 15 EFS patients doesn't actually mean they're ahead of anyone. [J-Valve] could be dead any second. We've seen this many, many times. And the same can still happen to JenaValve by the way…Until you have a lot of implants it is impossible to say for any of us which device is viable."[19]

13. Analyses of publicly available data show (**Exhibit 1**) that only 29% of therapeutic medical device clinical trial feasibility studies achieve FDA approval and only 61% of clinical trial pivotal studies for therapeutic medical devices achieve FDA approval.[20] This means there is a substantial risk of failure, where failure is measured by not obtaining FDA approval, a prerequisite for – but not a guarantee of – commercialization.

---

[18] Wilson Report at ¶ 9 ("Based on my review of the evidence, JenaValve's device is likely to commercialize by [redacted] while documents indicate that Edwards' J-Valve product could do so in late 2028 or early 2029. No other potential rival is likely to become commercially available to U.S. patients for many years…").

[19] Vahl (Columbia University Medical Center) Deposition, 154:25-155:19.

[20] FTC's Expert Dr. Kesselheim appears to agree with my analysis as his Expert Report ("Kesselheim Report") includes a comparable analysis based on the same academic publication on which I rely. *See* Kesselheim Report at ¶ 66.

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

**Exhibit 1**
**Complex Medical Device Likelihood of Success, by Stage of FDA Approval Process[21]**




14. Consistent with the analysis provided in **Exhibit 1**, as Duane Pinto, JenaValve's Chief Medical Officer, testified, "there are, you know, 10,000 ways to fail along the way."[22]

15. Several TAVR-AS devices have been withdrawn or otherwise failed to obtain FDA approval. For example, in May 2025, Boston Scientific discontinued plans to obtain FDA approval for its ACURATE neo2 and ACURATE Prime TAVR-AS devices, as well as discontinued worldwide commercial sales of ACURATE devices.[23] Similarly, while Boston Scientific's LOTUS TAVR-AS device was approved by the FDA in 2019, it was subsequently voluntarily recalled and discontinued a year later due to the "complexity of the delivery system,

[21] Aylin Sertkaya et al., "Estimated Cost of Developing a Therapeutic Complex Medical Device in the US," *JAMA Network Open* 5(9), 2022.

[22] Pinto (JenaValve) IH, 38:3-16.

[23] "The ACURATE™ Aortic Valve Platform," *Boston Scientific*, accessed October 15, 2025, https://www.bostonscientific.com/en-US/medical-specialties/structural-heart/acurate-ide-trial/acurate-neo2-for-physicians.html ("Boston Scientific is no longer seeking regulatory approval of ACURATE neo2™ or ACURATE Prime™ in the United States or other countries.") and "Boston Scientific Discontinues Acurate Neo2 and Acurate Prime TAVR Systems," *Cardiac Interventions Today*, May 28, 2025, https://citoday.com/news/boston-scientific-discontinues-acurate-neo2-and-acurate-prime-tavr-systems ("Boston Scientific announced it is discontinuing worldwide sales of the Acurate Neo2 and Acurate Prime transcatheter aortic valve replacement (TAVR) systems. Related commercial, clinical, research and development, and manufacturing activities will cease, advised the company.").

manufacturing challenges, the continued need for further technical enhancements, and current market adoption rates."[24]

16. The substantive risk of failure is also evidenced by the FDA deficiency letter that JenaValve received on September 26, 2025[25] and the ongoing pause to Edwards' JOURNEY pivotal trial for J-Valve that I discuss in Section 2.1.[26]

17. As I explain in Section 4.1.1, as a result of the risk of failure to obtain FDA approval, there are many possible future outcomes in this matter including: (1) only JenaValve's Trilogy receives FDA approval, (2) only Edwards' J-Valve receives FDA approval, (3) neither JenaValve nor Edwards receive FDA approval, and (4) both JenaValve and Edwards receive FDA approval.[27,28]

---

[24] "Boston Scientific Announces LOTUS Edge™ Aortic Valve System Voluntary Recall and Product Discontinuation," *Boston Scientific*, November 17, 2020, https://news.bostonscientific.com/2020-11-17-Boston-Scientific-Announces-LOTUS-Edge-TM-Aortic-Valve-System-Voluntary-Recall-and-Product-Discontinuation. The recall was completed on January 11, 2021. "Boston Scientific Announces LOTUS Edge™ Aortic Valve System Voluntary Recall and Product Discontinuation," *FDA*, January 11, 2021, https://www.fda.gov/safety/recalls-market-withdrawals-safety-alerts/boston-scientific-announces-lotus-edgetm-aortic-valve-system-voluntary-recall-and-product.

[25] JV-LIT-00307285 (FDA Deficiency Letter to JenaValve).

[26] Edwards' ordinary course documents also recognize the likelihood of failure when innovating medical devices (EW-FTC-10107902 at 7).

[27] At times, Dr. Wilson's language in his Expert Report (e.g., "could") suggests he agrees there is a substantial risk of delay and/or failure to obtain FDA approval. *See*, e.g., Wilson Report at ¶ 9 ("…Edwards' J-Valve product could do so in late 2028 or early 2029.").

[28] In addition, there could be intellectual property disputes related to these technologies, with outcomes that are unknown at this time (e.g., even if a device receives FDA approval, that device could be enjoined, post-approval, from commercialization as a result of intellectual property claims). *See*, e.g., Wood (former Edwards) Deposition, 180:12-181:8 (discussing possibility of JenaValve and Edwards "mutually asserting intellectual property against each other and spending our money in courts rather than spending it in R&D.").

## 3 Pro-Competitive Benefits of Combining JenaValve with Edwards

18. In this section I explain the pro-competitive benefits of combining JenaValve with Edwards. First, I describe Edwards' investment in continuous innovations for TAVR-AS and how this is central to the value Edwards brings to TAVR-AR and has continued to bring to TAVR-AS over the past fifteen years. Second, I explain how JenaValve standalone has repeatedly missed forecasts and developmental milestones. Third, I explain that the proposed transaction is likely to provide broader, faster TAVR-AR adoption. Fourth, I explain that, historically, when Edwards is the first to pioneer innovation, entry by Edwards' structural heart competitors follows.

### *3.1 Edwards' Continuous Innovation Is Central to the Value Edwards Brings*

19. In this section, I explain that the conclusions Dr. Wilson expresses in his Report ignore Edwards' investment in continuous innovations for TAVR-AS. Edwards describes TAVR-AR as an "unmet need[]"[29] for which Edwards can grow the addressable patient population that can be treated just as it did with TAVR-AS (see **Exhibit 2** and **Exhibit 3**).[30,31] This matters because Edwards' continuous innovation is central to growing the number of treatable patients in TAVR-AR, just as it has for over fifteen years for TAVR-AS. As I explain in Section 4.3.1, when merging firms benefit from complementarities, as they do in this matter, pooling R&D

---

[29] EW-FTC-10774832 at 18.

[30] *See* EW-LIT-00202416 at -440 ("We continue to innovate to bring you enhanced TAVR systems for your patients); EW-LIT-00202416 at -441 ("We expect the number of TAVR patients treated globally to double in the next five years."); EW-LIT-00202416 at -445 ("Aortic Regurgitation represents a new frontier for transcatheter heart valve care" and Edwards is "committed to developing a new therapy for [AR] patients" and expects to do so "[t]hrough investment in innovation and clinical evidence"); and EW-LIT-00202416 at -444 ("Our structural valve expertise and new technology positions us to bring early therapies to patients.").

[31] Edwards estimates a U.S. total addressable market ("TAM") of 118,000 patients with severe symptomatic AR. EW-FTC-10059389.

assets and coordinating research activities can result in greater innovation compared to the but-for world of two standalone firms. Furthermore, the economic research on healthcare innovation has found that in the context of pharmaceuticals, "acquisitions of small firms by large firms provide small firms with resources to bring pipeline drug products to market, therefore increasing the likelihood of (novel) drug launches."[32]

20. While Dr. Wilson claims Edwards will face weaker incentives to innovate and weaker incentives to provide high-quality TAVR-AR products post-transaction, Dr. Wilson's assertions are merely theoretical speculations. Dr. Wilson's assertions ignore the robust set of data-driven evidence that shows Edwards has consistently innovated, improving device features, and expanding device use to larger patient populations ahead of other innovators. Within TAVR-AS, Edwards' investments in and innovations to its SAPIEN device create value for patients. Edwards' investments in innovation are important factors in assessing competitive effects. Dr. Wilson ignores this in his characterization of Edwards' commercialized TAVR-AS products and in his speculation about TAVR-AR innovation.

21. First, Edwards has taken large financial risks, investing continuously in innovation to develop new TAVR-AS features and new generations of the device that enhance the value of Edwards' SAPIEN for patients.[33] Edwards' innovations are pro-competitive, improving quality for patients and making it easier – that is, lowering entry barriers – for competitors to commercialize new TAVR-AS devices. The investments and innovations made by Edwards

[32] Motaz Al-Chanati et al., "An empirical study of the impact of mergers and acquisitions on pharmaceutical innovation: Insights from drug launches," *Law & Economics Concurrences* No. 10-2025, 2025, p. 3.

[33] EW-FTC-11036890 at -917 ("Innovation Must be our Core to Transform the Future of Structural Heart Disease").

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

into TAVR-AS have expanded TAVR-AS competition as rivals such as Medtronic,[34] Boston Scientific, and Abbott innovate to keep up with Edwards.[35] [redacted] Timing of innovations shows that Edwards' source of competitive pressure to innovate comes from sources beyond competitors trying to keep up with Edwards' innovation. In 2008, Edwards announced its second-generation SAPIEN device before Medtronic began developing a TAVR-AS product through its 2009 acquisition of Corevalve.[38]

22. **Exhibit 2** shows that Edwards has continuously improved its SAPIEN device with new generations that improve upon prior generations and/or serve additional clinical indications to

---

[34] Medtronic acquired CoreValve in April 2009 to begin developing a TAVR-AS device. "Medtronic Acquires Corevalve, Ventor Technologies," *Manufacturing.net*, April 10, 2009, https://www.manufacturing.net/supply-chain/news/13068879/medtronic-acquires-corevalve-ventor-technologies ("Medtronic, the world's largest medical device maker, said Thursday it has closed its $700 million acquisition of replacement heart valve maker Corevalve Inc. in a move to expand its cardiovascular portfolio.").

[35] EW-LIT-00198191 at 26 ("Our investments in evidence and technology leadership have enabled TAVR growth in Symptomatic Severe AS"). *See also* EW-FTC-11036890 at -918 ("The Future Growth of the TAVR Market has Attracted More Competitors – Speed of Innovation is Critical").

[redacted]

[redacted]

[38] "Edwards Lifesciences Announces First Human Implants of Next-Generation Transcatheter Heart Valve," *Edwards Lifesciences*, March 5, 2008, https://ir.edwards.com/news/news-details/2008/Edwards-Lifesciences-Announces-First-Human-Implants-of-Next-Generation-Transcatheter-Heart-Valve/default.aspx.

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

reach more patients.[39] As Dr. Vinod Thourani of the Piedmont Heart Institute testified, "Edwards has shown that from PVT to the SAPIEN 3 valve now, absolutely, there's no other company that I think could have done that … So it's been a mind boggling [j]ourney of what Edwards was able to do with that technology."[40]

**Exhibit 2**
**Edwards' SAPIEN Development Timeline[41]**




23. There are a large number of development milestones for Edwards' SAPIEN devices between 2011 and 2025:[42]

---

[39] Edwards acquisition of PVT in combination with Edwards research stream jumpstarted Edwards' innovation in TAVR-AS. As explained by Larry Wood, "The ability to meld all that together definitely helped us go faster. We never could have gone that fast on our own and neither could they." (EW-FTC-10475377 at -389). *See also* EW-FTC-10107902 at 9-10 (explaining that "The Acquisition of PVT in 2004 Gave Edwards Access to a Valve, a Patent Portfolio and a Talented Team of Engineers" and that Edwards then "Rapidly Iterated Towards GREAT CLINICAL OUTCOMES").

[40] Thourani (Piedmont Heart Institute) Deposition, 135:5-136:1.

[41] *See* backup materials.

[42] *See* backup materials for sourcing.

- In 2011, SAPIEN became the first FDA-approved TAVR-AS device available in the United States. This first generation was approved only for patients with severe, symptomatic AS who were deemed inoperable.
- In 2012, the FDA expanded its approval for SAPIEN to patients with severe, symptomatic AS who were deemed at high surgical risk.
- In 2014, the FDA approved the next generation of SAPIEN devices, the SAPIEN XT, which had better clinical outcomes than the original SAPIEN with respect to certain "periprocedural complications" such as vascular complications and bleedings for the same patient population with severe, symptomatic AS deemed to have high surgical risk.
- In June 2015, the third generation of SAPIEN, SAPIEN 3, obtained FDA approval for symptomatic patients at high surgical risk.
- In October 2015, the SAPIEN XT device obtained FDA approval for valve-in-valve procedures, an "alternative to reoperation for patients in need of a subsequent tissue valve replacement."
- In 2016, the FDA approved both SAPIEN XT and SAPIEN 3 for patients at intermediate surgical risk.
- In 2017, the SAPIEN 3 device was FDA-approved for valve-in-valve procedures.
- In 2018, the FDA approved a follow-on generation of SAPIEN, the SAPIEN Ultra, and, in August 2019, both SAPIEN 3 and SAPIEN 3 Ultra were FDA-approved for patients at low surgical risk.

- In September 2020, the FDA approved the SAPIEN 3 Ultra for the valve-in-valve procedure. The FDA also extended the valve-in-valve indication for both SAPIEN 3 and SAPIEN 3 Ultra to patients with failing (rather than already failed) bioprosthetics.

- In July 2022, the next generation of SAPIEN 3, the SAPIEN 3 Ultra RESILIA, was FDA-approved.

- And, in May 2025, the FDA approved all SAPIEN 3 variations (SAPIEN 3, SAPIEN 3 Ultra, SAPIEN 3 Ultra RESILIA) for treatment of asymptomatic AS patients. Edwards' SAPIEN 3 is the first FDA-approved TAVR-AS device for asymptomatic patients.

24. **Exhibit 2** shows Edwards has repeatedly increased the number of patients covered by the SAPIEN device by adding features that cover more indications, such as the "valve-in-valve" treatment, or expanding the use of the device to patients with lower surgical risk.[43]

25. <u>Second</u>, Edwards has been at the forefront of innovation in the TAVR-AS space. **Exhibit 3** shows the date on which each of Edwards, Medtronic, Boston Scientific, and Abbott obtained FDA approval for TAVR-AS devices indicated for (i) inoperable, (ii) high, (iii) intermediate, and (iv) low surgical risk patients as well as for symptomatic and asymptomatic patients. **Exhibit 3** shows that Edwards has always been first (with one tie) in expanding coverage to a lower surgical risk population, followed by Medtronic, Boston Scientific, and Abbott.

[43] EW-FTC-10107902 at 4 (showing successive generations of SAPIEN addressing patients with lower surgical risk) and 11 (showing different features of the successive generations of SAPIEN). *See also* EW-FTC-11036890 at -906 (showing Edwards' clinical trials to address patients with different levels of surgical risk).

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

**Exhibit 3**
**TAVR-AS: FDA Approval Date by Indication and Company**[44]

| | Date of FDA Approval | | | |
|---|---|---|---|---|
| | **Edwards Lifesciences** | **Medtronic** | **Boston Scientific** | **Abbott Medical** |
| **Risk for surgical aortic valve replacement:** | ***SAPIEN*** | ***CoreValve Evolut*** | ***LOTUS*** | ***Portico*** |
| Inoperable | **2011-11-02** | 2014-01-17 | 2019-04-23 | 2021-09-17 |
| High | **2012-10-19** | 2014-06-12 | 2019-04-23 | 2021-09-17 |
| Intermediate | **2016-08-18** | 2017-07-10 | -- | -- |
| Low | **2019-08-16** | **2019-08-16** | -- | -- |
| **Symptoms of Aortic Stenosis:** | | | | |
| Symptomatic | **2011-11-02** | 2014-01-17 | 2019-04-23 | 2021-09-17 |
| Asymptomatic | **2025-04-30** | -- | -- | -- |

26. As **Exhibit 3** shows, in addition to being the first to have an FDA-approved TAVR-AS device, Edwards was the first to have an FDA-approved TAVR-AS device for high, then intermediate, then low surgical risk patients.[45] Furthermore, as of the date of my report, Edwards' SAPIEN is the only TAVR-AS device to have obtained FDA approval for asymptomatic patients. Edwards' persistent firsts for FDA approval across TAVR-AS indications is consistent with Edwards' high-quality innovative activity relative to competitors.

27. Third, Edwards' high-quality innovative activity relative to competitors is also consistent with the number of patients enrolled in Edwards TAVR-AS clinical trials and the overall number of clinical trials conducted. **Exhibit 4** shows the number of patients enrolled in each of Edwards', Medtronic's, Boston Scientific's, and Abbott's clinical trials for AS. **Exhibit 4** shows, for each competitor, the total number of patients enrolled in each AS clinical trial starting within the first five years after that competitor's first FDA-approved TAVR-AS device.[46] As

[44] *See* backup materials.

[45] Edwards' SAPIEN and Medtronic's EVOLUT platforms received FDA approval for low-risk surgical patients on the same day.

[46] This analysis is robust to alternative windows of years (three and seven) following FDA approval. *See* backup materials.

shown in **Exhibit 4**, nearly twice as many patients were enrolled in an Edwards' clinical trial as compared to a Medtronic clinical trial. Boston Scientific and Abbott are even further behind, at around a third or fewer of enrollees in each.

**Exhibit 4**
**Total Count of Participants in U.S. Clinical Trials for Aortic Stenosis, by Sponsor**[47]




28. Similarly, **Exhibit 5** shows that Edwards had eight clinical trials related to AS in the first five years after FDA approval of SAPIEN, while Medtronic had six after FDA approval of CoreValve/EVOLUT and Boston Scientific and Abbott had only two each.[48]

---

[47] ClinicalTrials.gov; AR AS TAVR Clinical Trial Data. Participants are counted by summing enrollment across all studies with each given sponsor. Analysis includes data from studies with at least one U.S. trial location. Aortic stenosis studies refer to results returned by ClinicalTrials.gov when searching for "aortic stenosis" in the condition/disease field.

[48] Analysis is robust to alternative windows of years (three and seven) following FDA approval. *See* backup materials.

**Exhibit 5**
**Total Count of U.S. Clinical Trials for Aortic Stenosis, by Sponsor**[49]




29. As I discuss in more detail in Section 4.3.2, Edwards' continuous innovation is consistent with the long development cycles that characterize medical device development in the cardiovascular space.

### *3.2 JenaValve Has Repeatedly Missed Forecasts and Milestones*

30. In this section, I explain that JenaValve's track record of missing forecasted commercial sales in Europe and of missing innovation milestones in the United States[50] means there is reason

[49] ClinicalTrials.gov; AR AS TAVR Clinical Trial Data. Analysis includes studies with at least one U.S. trial location. Aortic stenosis studies refer to results returned by ClinicalTrials.gov when searching for "aortic stenosis" in the condition/disease field.

[50] Dr. Wilson agrees that JenaValve has missed developmental milestones (Wilson Report at [redacted].

to believe JenaValve's standalone forecasts of Trilogy's commercial sales in the United States (i.e., should Edwards be enjoined from acquiring JenaValve) are unduly optimistic. This matters because it is contrary to Dr. Wilson's assertion that JenaValve can commercialize Trilogy "effectively."[51]

31. First, JenaValve's failure to meet its commercial sales targets for Trilogy in Europe over time is informative as to JenaValve's potential to achieve Trilogy commercial sales forecasts in the United States on a standalone basis. Despite being the first to enter with a commercial TAVR-AR device in Europe, over the four years since Trilogy has had a CE mark, JenaValve has fallen short of its sales forecasts for Trilogy across multiple years.

32. As shown in **Exhibit 6**, although JenaValve forecasted 2024 commercial Trilogy sales in Europe would be 478 units, JenaValve's actual commercial Trilogy sales in Europe for 2024, three years after receiving its CE mark in Europe, amounted to only 291 units, nearly 40% below forecast. JenaValve's forecasts for 2024 are even more overly optimistic moving farther back in time. In 2023, JenaValve forecasted that it would sell 486 units of Trilogy in 2024, a larger forecast than the actual of 291 (which is 40% below forecast). JenaValve's missed forecasts for Trilogy sales in Europe are even more pronounced when actual sales are compared with JenaValve's forecasts made in 2021. **Exhibit 6** shows JenaValve's actual commercial Trilogy sales for 2024 were nearly 60% below the forecast made in 2021 (291 actual versus 702 forecasted units). JenaValve's forecasted sales in Europe have gone down substantially over time. For example, 2024 forecasted sales went down from 702 units forecasted in 2021 to 486 units forecasted in 2023 to 478 forecasted units in 2024.

[51] Wilson Report at ¶ 11 ("…if the merger does not proceed, JenaValve can still commercialize Trilogy effectively.").

**Exhibit 6**
**Europe, Actual vs. Forecast**
**Trilogy 2024 Actual Sales vs. 2024 Sales Forecasts from 2021, 2023, and 2024**[52]




33. **Exhibit 7** shows JenaValve's actual commercial Trilogy sales for the first half of 2025 amounted to only [redacted] units, nearly [redacted] the units forecast in 2024 (225 units). Likewise **Exhibit 7** shows JenaValve's actual commercial Trilogy sales for the first half of 2025 are [redacted] the half-year 2025 sales forecasted in 2023 (193 actual versus 522 forecasted units) and [redacted] below the half-year 2025 sales forecasted by JenaValve in 2021 (193 actual versus 550 forecasted units).

[52] JenaValve-2R-00000075 at -106; JV-LIT-00328164 at -172; JenaValve-2R-00000001 at -023; JenaValve's Amended Responses and Objections to FTC's First Set of Interrogatories, September 13, 2025.

**Exhibit 7**
**Europe, Actual vs. Forecast**
**Trilogy 2025 H1 Actual Sales vs. 2025 H1 Sales Forecasts from 2021, 2023, and 2024[53]**

[redacted]

34. JenaValve's commercial experience with Trilogy in Europe suggests there is reason to believe JenaValve's standalone forecasted commercial sales of Trilogy in the United States are also unduly optimistic. If JenaValve's standalone Trilogy sales forecasts in the United States are unduly optimistic, then the benefits from Edwards' ownership of JenaValve are likely to be even greater compared to JenaValve standalone.

35. JenaValve's consistent failure to meet commercial sales targets in Europe aligns with testimony in this matter. Steve Sloan, JenaValve's Vice President of Finance, testified that JenaValve does not "have the funding to do what a full launch in the United States, nor in -- nor

[53] JenaValve-2R-00000075 at -123; JV-LIT-00328164 at -172; JenaValve-2R-00000001 at -023; JenaValve's Amended Responses and Objections to FTC's First Set of Interrogatories, September 13, 2025.

in Europe"[54] would require and that JenaValve is not on track to produce the [redacted] Trilogy valve units in its 2025 business plan because of JenaValve's "cash constraints" and "challenges in manufacturing."[55] Similarly, Peter Spadaro, JenaValve's Chief Commercial Officer, testified that JenaValve "can't make enough valves" explaining that "[JenaValve has] had a lot of challenges with production"[56] and is "not a profitable company…los[ing] money, basically, on every valve."[57] Duane Pinto, JenaValve's Chief Medical Officer, further testified that he "would love to have more money available and more expertise available, more ability to manufacture valves more efficiently and effectively so that we don't have to have the starts and stops like we have had commercially in Europe where we run out of sheaths or we run out of valves and we have to tell people to cancel their cases or not treat their patients. So I don't want those same mistakes to happen in the United States."[58] Columbia University Medical Center's Dr. Torsten Vahl testified, "if you look at [JenaValve's] so-called commercial launch in Europe, it's been halted by inability to provide support and product, so that supports the notion that [JenaValve] wouldn't be able to fulfill the clinical needs in the US either."[59]

36. JenaValve's missed commercial sales in Europe relative to forecasts are consistent with the pro-competitive benefits Larry Wood, Edwards' former Corporate Vice President and

[54] Sloan (JenaValve) IH, 163:5-6 ("We don't have the funding to do what a full launch in the United States, nor in -- nor in Europe.").

[55] Sloan (JenaValve) IH, 199:13-21 ("Q. Is JenaValve on track to produce or have the capability to produce the [redacted] units in the 2025 plan? A. No. Q. And why not? A. The cash constraints that we've talked about previously. We -- we don't have capacity to – to produce this. We've had many challenges in manufacturing. Seems like every corner we turn, we've run into another production issue.").

[56] Spadaro (JenaValve) IH, 217:13-15 ("The other thing is we can't make enough valves. We have had, you know, a lot of challenges with production.").

[57] Spadaro (JenaValve) IH, 203:8-10 ("We are not a profitable company. We are -- because we're not able to scale due to resources and bandwidth, we lose money, basically, on every valve.").

[58] Pinto (JenaValve) Deposition, 74:24-75:8.

[59] Vahl (Columbia University Medical Center) Deposition, 190:11-16.

Group President of Transcatheter Aortic Valve Replacement and Surgical Structural Heart, testified to during the FTC's July 7, 2025 investigational hearing. Mr. Wood explained in his testimony that he understands "Jena[Valve] cannot produce accurate volume to even meet their current case demand in Europe and in the US. So they have very limited inventory and, you know, one of the things we would have to do is improve manufacturing and stabilize it so that we could put out an adequate amount of product to treat patients… So there's a lot of work that will need to be done [by Edwards] to address the manufacturing and cost associated with the [Trilogy] platform."[60] Dr. Thourani of the Piedmont Heart Institute also testified to JenaValve's limited resources.[61] Edwards' internal documents explain that Edwards plans to resolve JenaValve's manufacturing problems in order to commercially launch Trilogy in the United States. As Mr. Wood explained in a May 2024 email, "[t]he first priority would be to shore up the Jena[Valve] platform and bring it to the US as quickly as possible" and to "[m]ake the Jena[Valve] valve manufacturable" in part by "[m]igrat[ing] to [Edwards] tissue and get[ting] manufacturing in-house so we have control."[62]

37. Second, JenaValve's delayed timeline to potential FDA approval of its Trilogy device in the United States is informative as to Trilogy's potential to achieve commercial sales in the

[60] Wood (former Edwards) IH, 261:19-262:10.

[61] Thourani (Piedmont Heart Institute) Deposition, 128:12-131:1 ("Q. In your experience, has JenaValve faced any difficulties producing enough valves to -- even to support the -- the – the clinical trial sites that you've described? A. Yes. … Q. Based on that experience, do you expect that JenaValve as a standalone company has the ability -- the manufacturing capacity and capabilities to support a national rollout of the Trilogy device? A. I do not … Q. Based on your experience, do you expect that Edwards has the manufacturing capacity to support a national rollout of the Trilogy device? … THE WITNESS: In my 19 years of doing Edwards valves, I have yet to have one day where I was told, "Sorry. We have no product for you." So my assumption, Michael, is is that I would not have a breakage in the device being available to me to treat human beings.").

[62] EW-FTC-11028439 at -439.

United States on a standalone basis (i.e., should Edwards be enjoined from acquiring JenaValve).

38. JenaValve has consistently missed its forecasts and timelines with respect to Trilogy's FDA approval. **Exhibit 8** provides a timeline showing JenaValve's shifting expectations for Trilogy's possible FDA approval. As shown in **Exhibit 8**, in November 2021, JenaValve predicted Trilogy would obtain FDA approval in the first quarter of 2024. However, three years later, in September 2024, JenaValve predicted Trilogy would obtain FDA approval in the second half of 2025, nearly a year and a half later than its 2021 forecast. As I described in Section 2, the FDA deficiency letter that JenaValve received from the FDA in September 2025[63] will push FDA approval for Trilogy to at least [redacted] with Mr. Sloan, JenaValve's Vice President for Finance, expressing concern that JenaValve's Trilogy may never obtain FDA approval.

[63] JV-LIT-00307285 (FDA Deficiency Letter to JenaValve).

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

**Exhibit 8**
**JenaValve Projected FDA Approval Dates for Trilogy[64]**




39. Similarly, **Exhibit 9** shows JenaValve's slipping estimates for when JenaValve would be in a position to start the FDA review process. While in November 2021 JenaValve predicted the FDA review period for Trilogy would start in the third quarter of 2023, by June 2024, the estimated start of the FDA review period was delayed to the second quarter of 2025. JenaValve submitted its PMA package, starting the FDA approval process, on June 30, 2025.[65]

[64] *See* backup materials.

[65] JenaValve submitted its final module (Module 5) to the FDA on June 30, 2025 (JenaValve-2R-01393703 at -748).

**Exhibit 9**
**JenaValve Projected FDA Review Start Dates for Trilogy**[66]




40. Third, JenaValve has repeatedly revised down its expected Trilogy commercial sales in the United States.[67] In December 2023, JenaValve forecasted it would sell 1,328 commercial Trilogy units in 2025.[68] However, by December 2024 JenaValve had revised its forecast for 2025 down to 180 commercial Trilogy units (with sales starting in Q3),[69] and revised that forecast down again in July 2025 to [redacted] commercial Trilogy units (with sales starting in Q4).[70] JenaValve's forecasts for commercial Trilogy unit sales in 2026 and 2027 were also revised down multiple times. In December 2023, JenaValve forecasted it would sell 2,738 commercial

[66] *See* backup materials.

[67] *See*, e.g., Pinto (JenaValve) Deposition, 117:6-10 ("What I will say is we've had at least three anticipated dates of commercializing the Trilogy valve in my time at JenaValve. So far none of them have come through, obviously.").

[68] JenaValve-2R-00000001 at -021.

[69] JenaValve-2R-00000075 at -096.

[70] JenaValve-2R-01393703 at -714.

units of Trilogy in 2026,[71] but by December 2024, had revised its forecast for 2026 commercial Trilogy sales down to [redacted],[72] and, by July 2025, down further to [redacted] commercial Trilogy units.[73] Similarly, for 2027 commercial Trilogy sales, in December 2024, JenaValve forecasted it would sell [redacted][74] but by July 2025 had revised its forecast down to [redacted].[75]

41. Although JenaValve increased its forecast of U.S. commercial Trilogy sales between 2026 and 2028 in September 2025 by about [redacted] compared to forecasts from two months earlier in July 2025,[76] this increase relies on JenaValve achieving each of two new assumptions it has made: (1) that JenaValve will successfully add [redacted] new sites at which Trilogy procedures are performed by 2028 and (2) all sites will successfully increase the number of Trilogy procedures performed in each year by at least [redacted] (see **Exhibit 10**).[77] Columbia University Medical Center's Dr. Torsten Vahl testified that he has "experienced shortage of devices and shortage of delivery systems because [JenaValve] is a small startup…and it's obvious that [JenaValve] may say up to [redacted] sites but where would the clinical teams come from…. I mean, they're barely able to service the 30 sites within ALIGN-AR…there's always shortages."[78] As a practical matter, just because a forecast of commercial sales is increased, that does not mean the revised commercial sales forecast is achievable, particularly when "one of the main challenges for

[71] JenaValve-2R-00000001 at -021.

[72] JenaValve-2R-00000075 at -097.

[73] JenaValve-2R-01393703 at -715.

[74] JenaValve-2R-00000075 at -097.

[75] JenaValve-2R-01393703 at -715.

[76] JV-LIT-00307290 at -293. *See* backup materials for calculation.

[77] JV-LIT-00307290 at -290 ("Therapy Adoption: Increased Therapy Adoption rate assumptions by ~25% from 2026 - 28 to be less conservative").

[78] Vahl (Columbia University Medical Center) Deposition, 152:15-154:5.

JenaValve has been to produce enough product, meaning valves and delivery systems, to satisfy the European needs…if [JenaValve does] get commercial approval in the US, the same will be true."[79]

**Exhibit 10**
**JenaValve U.S. Commercial Trilogy Unit Sales Forecast, July 2025 vs. September 2025[80]**

[redacted]

42. Fourth, JenaValve lengthened the timing of enrollment in its ALIGN clinical trial, shifting the achievement of 180 enrolled U.S. patients later than previously forecasted. In June 2021, JenaValve forecasted it would have 117 U.S. patients enrolled in ALIGN by the end of September 2021.[81] However, by September 2021, JenaValve revised its enrollment forecast

[79] Vahl (Columbia University Medical Center) Deposition, 191:18-24.

[80] JV-LIT-00307290 at -293. In the context of **Exhibit 6** and **Exhibit 7,** which show JenaValve's actual commercial sales in Europe repeatedly missed forecasts, applying those historical missed forecasts versus actual percentages to JenaValve's U.S. commercial sales forecasts over 2026-2028 predicts [redacted] (not [redacted] units) under JenaValve's July 2025 forecast and [redacted] units (not [redacted] units) under JenaValve's September 2025 forecast. *See* backup materials

[81] JenaValve-2R-01032514 at -526 and -527 (-526 shows that there are 79 U.S. patients enrolled in ALIGN and -527 shows that JenaValve expected to add another 38 patients in the U.S. by September 2021).

downward to 96 enrolled U.S. patients by the end of September 2021.[82] JenaValve reported it achieved 115 U.S. patients enrolled five months later, in February 2022,[83] with the "enrollment headwinds" attributed, in part, to patients failing to pass the clinical trial screens including from having larger sized aortic annulus diameters.[84] By February 2022, JenaValve forecasted it would reach its enrollment goal of 180 U.S. patients in May 2022,[85] which slipped further to August 2022 when JenaValve eventually achieved 180 U.S. patient enrollment in ALIGN.[86]

### *3.3 Acquisition Provides for Broader, Faster TAVR-AR Adoption*

43. Economic research on healthcare innovation is consistent with the proposed transaction likely to be output expanding. In the context of pharmaceuticals, economic research has found that small firms "may not be well equipped in late-stage R&D and commercialization"[87] such that acquisitions "can stimulate pharmaceutical innovation through large acquiring firms providing resources to small target firms that help bring pipeline drug projects to market."[88]

44. Edwards' ordinary course documents indicate that Edwards expects to leverage its experience in structural heart and TAVR-AS to make TAVR-AR available to more patients. For example, a September 2024 presentation titled "Board of Directors Strategy Sessions" indicates that Edwards expects to leverage its "20 Years of TAVR Experience" to "build" the

---

[82] JenaValve-2R-01229735 at -744 (slide showing that JenaValve had only 91 U.S. patients enrolled in ALIGN as of August 2021 and expected only 5 additional patients to enroll in September 2021).

[83] JenaValve-2R-00167330 at -343.

[84] JenaValve-2R-00251584 at -595.

[85] JenaValve-2R-00167330 at -343. *See also* JenaValve-2R-00251584 at -596.

[86] JenaValve-2R-01031079 at - 088.

[87] Motaz Al-Chanati et al., "An empirical study of the impact of mergers and acquisitions on pharmaceutical innovation: Insights from drug launches," *Law & Economics Concurrences* No. 10-2025, 2025, p.3.

[88] Motaz Al-Chanati et al., "An empirical study of the impact of mergers and acquisitions on pharmaceutical innovation: Insights from drug launches," *Law & Economics Concurrences* No. 10-2025, 2025, p.11.

TAVR-AR industry.[89] And an October 2023 Edwards presentation identifies "revenue synergies" from the acquisition of JenaValve resulting from "leveraging current Edwards commercial infrastructure."[90]

45. In addition, Edwards has more resources readily available for commercialization and the education of healthcare professionals and patients, and has an established experience with TAVR-AS (Section 3.1). For example, John Kilcoyne, JenaValve's Chief Executive Officer ("CEO"), testified that Edwards has a "bigger field sales force, which allows them to cover more accounts"[91] and that Edwards' "competency as a TAVR messaging company allows them to improve the number of patients per account per month."[92] He further testified that JenaValve does not have "anywhere near the horsepower. We're a PT boat. Edwards is an aircraft carrier."[93] Daniel Sun, Senior Director for Global Marketing at JenaValve, similarly testified that JenaValve struggled with enrollment and disease awareness for the ALIGN clinical trial.[94] Peter Spadaro, JenaValve's Chief Commercial Officer, testified that it will be challenging for JenaValve to hire and train the required personnel to launch Trilogy at scale.[95] Dan Dearen, an independent JenaValve board member, testified that "JenaValve is a resource-constrained

[89] EW-FTC-11071801 at -830.

[90] EW-FTC-10426340 at -351.

[91] Kilcoyne (JenaValve) IH, 275:8-9.

[92] Kilcoyne (JenaValve) IH, 275:11-13.

[93] Kilcoyne (JenaValve) IH, 275:19-21.

[94] Sun (JenaValve) IH, 83:6-10 ("It took us a really, really long time to enroll our study, but that's because it was a new disease that people weren't aware of, and, also, we were having manufacturing problems. We were struggling with awareness and things like that.").

[95] Spadaro (JenaValve) IH, 242:18 – 243:1 ("I'm not sure we're ever going to be able to hire the scale of people. Just the bandwidth of me hiring [redacted] sales reps by myself, you know, is probably not realistic, and, you know, will -- you really need to have a mega – you know, a company back or investment of significant dollars to scale this launch in a broad way.").

company that is going to have to go raise significant capital, hire a significant number of people, and then enter the market as a standalone startup company in the U.S. And Edwards Lifesciences already has all of that infrastructure in place for sales, marketing, regulatory, quality, manufacturing, ops. The products will treat significantly more patients in the hands of Edwards than it will in the hands of JenaValve over the next X number of years."[96] Dr. Thourani of the Piedmont Heart Institute testified that "if this [transaction] doesn't happen and JenaValve's by itself and we'll treat a miniscule amount of patients like we're doing now…and at the end of the day you're gonna take the field backwards, hurt patients by not doing it. …[T]his is no knock on JenaValve, this is the flavor of a startup company. They just don't have the resources to be able to do it."[97] A July 2024 Edwards Board of Directors presentation indicates that Edwards will be able to "accelerate patient access and commercialization" of Trilogy and identifies Edwards' "R&D capabilities," "Field clinical infrastructure and site relationships," and "GSC expertise to scale manufacturing" as factors explaining its ability to accelerate commercialization.[98]

46. Finally, in addition to expanding access to Trilogy, Edwards' ordinary course documents indicate that Edwards plans to integrate both JenaValve's and JC Medical's technologies to

[96] Dearen (JenaValve) Deposition, 73:9-18.

[97] Thourani (Piedmont Heart Institute) Deposition, 123:16-124:11. *See also* Chetcuti (University of Michigan) Deposition, 148:8-15 ("Q. Based on your experience, do you expect that if Edwards were able to acquire JenaValve that more patients would be treated more rapidly with TAVR AR than if JenaValve remained a standalone company? . . . [A] Yes. I – I believe so."). Dr. Vahl also testified that he has "never experienced" in an Edwards trial the same shortages that he experienced in a JenaValve trial. Vahl (Columbia University Medical Center) Deposition, 193:15-17.

[98] EW-FTC-11071685 at -695.

develop a second generation TAVR-AR device to continue expanding output.[99,100] This is consistent with the economic literature which indicates that a merger may increase innovation by combining complementary R&D efforts and/or generate spillovers across different R&D streams (see Section 4.3.1). A September 2024 presentation titled "Board of Directors Strategy Sessions" indicates that Edwards' strategy in aortic regurgitation includes the delivery of a best "Gen 2" AR system[101] as well as the integration of the Trilogy and J-Valve technologies will "[s]upport Gen 2.0 AR technology."[102] Similarly, a June 12, 2024 Edwards strategic planning document, which addresses "strategic priorities" under the assumption that Edwards would acquire both JenaValve and JC Medical, explains that the technologies to be used in the "Gen 2" version of the TAVR-AR device were uncertain and that Edwards plans to use the best attributes of its various streams of TAVR-AR R&D to develop the next generation device: "Design best Gen 2 dedicated AR system. Consider available technology within Jupiter [JenaValve] & Dragon [JC Medical] designs and add [Edwards] R&D expertise."[103]

---

[99] JenaValve is not currently planning for a second-generation device. Kilcoyne (JenaValve) 30(b)(6) Deposition, 33:9-12 ("Q. Are there other products in JenaValve's innovation product pipeline currently? A. Commercial -- that we would commercialize, no.")

[100] Although Dr. Wilson speculates the proposed transaction may result in Edwards slowing down or even pausing JenaValve's ARTIST clinical trial (Wilson Report at ¶¶ 33, 82), which is designed to compare treatment outcomes with Trilogy's TAVR-AR device versus surgical aortic valve replacement, Dr. Wilson's assertion is not well founded. Dr. Wilson's assertion carries little weight given JenaValve has enrolled only three patients into ARTIST since enrollment began in June 2025. As Mr. Steve Sloan, JenaValve's Vice President of Finance, testified, as of the end of September 2025, four months after enrollment in ARTIST began, there were only three patients enrolled in ARTIST (Sloan (JenaValve) Deposition, 151:9-13 ("Q. How many patients has it enrolled in the ARTIST trial? A. I think it was three patients, as of last week.").

[101] EW-FTC-11071801 at -828 ("Design for Durable Leadership: Deliver best Gen 2 dedicated AR system")

[102] EW-FTC-11071801 at -829 (slide discussing integration of JenaValve and JC Medical noting that "Integration lead and transition team" are "in place to begin execution" which will ultimately "[s]upport Gen 2.0 AR technology").

[103] EW-FTC-10394868 at -869 and -872.

47. Larry Wood likewise testified that the acquisitions of the JenaValve and JC Medical technologies would allow Edwards to "mix and match the best of both worlds" and "potentially accelerate a next generation therapy a lot more than if I was limited to just one version of the valve."[104] Similarly, Duane Pinto testified on behalf of JenaValve, "I am aware that the synergies associated with knowing about how two different valves perform for differing indications initially in different patient populations can make both products better. We talked about challenges in delivery systems. We talked about pacemaker rates. We talked about complications, and sharing those complications leads to a knowledge, shares -- leads to more rapid solutions than if people are not able to share information or if there is fear about sharing trade secrets or overlapping intellectual property concerns. So to me, being able to innovate rapidly and all the things that I've talked about is more effective together than not – in learning from two different platforms, as I mentioned earlier. It will make both better."[105]

### *3.4 Structural Heart Competitors Are Demonstrated Fast Followers*

48. Competitors in the structural heart space are demonstrated fast followers. A fast follower refers to a company that enters after the pioneering innovator enters. With respect to TAVR-AS, [redacted]

[104] Wood (former Edwards) IH, 199:18-23. *See also* Wood (former Edwards) IH, 197:13-17 ("What I do know is by having both platforms and by having the combined clinical experience, I would be able to accelerate development at a far faster rate than I would otherwise be able to do").

[105] Pinto (JenaValve) 30(b)(6) Deposition, 42:21-43:14.

[redacted]

49. As I explain in this section, these fast followers have expressed interest in expanding their TAVR portfolios and, as Mr. Wood explained in May 2024, Edwards' interest in TAVR-AR will be a signal to fast followers that "AR is an enormous opportunity."[107]

50. Competitors in the structural heart space, such as Medtronic and Boston Scientific, have historically acquired firms to enter or strengthen their R&D pipeline products. For example, after Edwards innovated to develop TAVR-AS, Medtronic acquired Corevalve in 2009 to enter the development of a TAVR-AS product (see Section 3.1). In 2010, Boston Scientific acquired Sadra Medical, which had "recently completed a series of European feasibility studies of its Lotus™ Valve System."[108] In 2017, Boston Scientific purchased Symetis to broaden its TAVR portfolio,[109] and Abbott acquired St. Jude Medical, which had the Portico TAVR system.[110] And Edwards' acquisition of PVT in 2004 jumpstarted Edwards' TAVR-AS innovation (see Section 3.1).

51. Consistent with TAVR-AR competitive pressure from potential fast followers,[111] [redacted]

---

[107] EW-FTC-11038830 at -830.

[108] "Boston Scientific to Acquire Sadra Medical," *Boston Scientific*, November 19, 2010, https://news.bostonscientific.com/sadra-medical-acquisition-agreement.

[109] Stacy Lawrence, "Boston Scientific to buy TAVR upstart Symetis for $435M days ahead of IPO," *BioWorld*, March 31, 2017, https://www.bioworld.com/blogs/2-bioworld-medtech-perspectives/post/672-boston-scientific-to-buy-tavr-upstart-symetis-for-435m-days-ahead-of-ipo.

[110] "Abbott Completes the Acquisition of St. Jude Medical," *Abbott*, January, 4, 2017, https://abbott.mediaroom.com/2017-01-04-Abbott-Completes-the-Acquisition-of-St-Jude-Medical.

[111] Testimony is also consistent with TAVR-AR innovation from outside the U.S. accelerating structural heart fast follower innovation. *See*, e.g., Wood (former Edwards) Deposition, 223:2-17 discussing Shanghai Kindly's (Healing Medical) TAVR-AR HanchorValve ("Q And the note is that it is submitted for approval in China, right? A That's what it says here, yes. Q But no indication that they've taken steps to submit for approval in the United States; is that right? A No. Nothing specific. But somebody could do the same thing that we're trying to do with J-Valve. Somebody could acquire this, acquire the U.S. rights, use valves sourced from China, start a pivotal trial in the U.S., and move forward. And they have a lot more experience with this valve. They've published on 128 patients, where that's more valves than J-Valve has in their entire experience. There would be nothing to stop somebody from starting a U.S. trial using this platform.").

[redacted]

## 4 Dr. Wilson's Theories of Harm Require Assumptions That Do Not Hold

### *4.1 Dr. Wilson's Speculative "2-to-1" Commercialized Market Structure*

52. In this section, I explain that Dr. Wilson's opinion is based on a speculative view of a post-transaction "2-to-1" market for the commercial sale of TAVR-AR devices that begins no earlier than three years from now, assumes no further roadblocks or delays to U.S. commercialization of Trilogy and J-Valve, and that other competitors are unable to enter expeditiously. In addition,

[redacted] *See also* Vahl (Columbia University Medical Center) Deposition, 138:1-6 ("Again, there are other devices that are not that dissimilar of a clinical stage as J-Valve is in China. And just like J-Valve came from China to the US, I don't see how those other devices wouldn't also come to the US.").

[redacted]

[redacted]

[redacted]

[redacted]

the speculative approach that Dr. Wilson takes in this matter is inapposite to the approach Dr. Wilson proposes in a recent published article he co-authored. Finally, in this section I explain why Dr. Wilson's HHI calculations make no economic sense.

#### 4.1.1 Dr. Wilson Cherry-Picks a "2-to-1" Market Structure

53. In this section I explain that Dr. Wilson cherry-picks a single speculative "2-to-1" market structure for commercialized TAVR-AR devices, despite there being no FDA-approved, commercialized TAVR-AR device in the United States today (see Section 2). To believe Dr. Wilson's 2029 two-firm commercialized TAVR-AR market structure comprised only of JenaValve's Trilogy and Edwards' J-Valve, one must believe at least three assumptions make sense.

54. First, Dr. Wilson assumes that both JenaValve's Trilogy and Edwards' J-Valve will successfully obtain FDA approval by 2029. This is a speculative assumption because the data that I provide in Section 2.2 and that Dr. Kesselheim provides in his Expert Report[117] show there is a substantial probability, 50.9%, that neither – or only one of – JenaValve's Trilogy and Edwards' J-Valve obtain FDA approval and therefore are not commercialized.[118] This means there is only a 49.1% chance (= 100% - 50.9%) that both Trilogy and J-Valve are FDA-approved as Dr. Wilson's assumes.

55. Second, Dr. Wilson assumes no other entry happens prior to 2029. Dr. Wilson's assumption of no entry prior to 2029 is speculative. For example, Jenscare, the manufacturer of

[117] Kesselheim Report at ¶¶ 66, 67.

[118] Based on **Exhibit 1** and the associated backup materials, the probability of both Trilogy and J-Valve obtaining FDA PMA Approval is 49.1% (= 60.9% * 80.5%). Therefore, the probability of not both obtaining FDA PMA Approval (i.e., neither or only one) is equal to 50.9% (=100% - 49.1%). *See also* Kesselheim Report at ¶ 67.

the Ken-Valve TAVR-AR device, recently posted job openings for clinical projects positions in the United States with job requirements including "experience in CE or FDA clinical project management."[119] In addition, as I explain in Section 3.1 and Section 4.2, a firm does not need to enter into commercialized TAVR-AR device sales in order to be capable of providing competitive pressure.

56. Third, Dr. Wilson assumes there will be no pro-competitive output expansion generated from Edwards' ownership of JenaValve. I describe how JenaValve has consistently missed forecasts and milestones in Section 3.2. Broadening American consumers' access to a potential future commercialized TAVR-AR device is a benefit of the proposed transaction (see Section 3.3).

57. The speculative approach that Dr. Wilson takes in this matter, cherry-picking a single market structure out of many possible outcomes (e.g., neither Trilogy nor J-Valve receive FDA approval, only Trilogy receives FDA approval, only J-Valve receives FDA approval, both Trilogy and J-Valve receive FDA approval, etc.), is inapposite to the approach Dr. Wilson describes in a recent published article he co-authored. In that article, Dr. Wilson opined that when two firms have "well-defined products that are in development and not yet in the market… product market competition may be further away, and a review has to take into account a number of possible outcomes. For example, the best outcome would be that both products are developed and brought to market by two separate firms who will then compete aggressively on pricing. On the other hand, it is also possible that, without a merger, no products will make it to market. Therefore, an assessment has to balance how the merger will affect the probabilities of

[119] "Careers," *Jenscare*, accessed October 20, 2025, https://en.jenscare.com/talent/396.html. *See also* EW-FTC-10108449 at -461 (indicating anticipated entry in the United States for Ken-Valve).

these different outcomes."[120] Despite opining that an analysis of competitive effects "has to take into account a number of possible outcomes" when neither firm has a product on the market such that product market competition is far away, Dr. Wilson inexplicably flips his opinion in this matter to focus on just one of the many possible TAVR-AR market structure scenarios, namely the scenario in which both Trilogy and J-Valve receive FDA approval (the outcome Dr. Wilson refers to as the "best outcome", namely the outcome most favorable to his theory of harm).

#### 4.1.2 Dr. Wilson's Concentration Measure Makes No Economic Sense

58. Dr. Wilson's speculative and inapposite focus on a single post-2029 scenario infects the method he adopts to tabulate shares and HHIs in his Figure 1. While Dr. Wilson's Figure 1 purports to report pre-transaction and post-transaction concentration measures, these calculations are merely an alternate way to convey Dr. Wilson's assumption that in 2029 both JenaValve's Trilogy and Edwards' J-Valve will be the only commercialized TAVR-AR products in the United States. Dr. Wilson's methodology for calculating shares assumes both JenaValve and Trilogy obtain FDA approval and are able to be commercialized (see Sections 2.1, 2.2, and 4.1.1). Dr. Wilson's gerrymandered, static construct for the shares displayed in Figure 1 of his Report means that even if the proposed transaction results in JenaValve being able to reach more patients, provide more devices for more TAVR-AR procedures, and reach more sites, Dr. Wilson would continue to calculate a post-transaction HHI equal to 10,000. In addition, while Dr. Wilson does not provide an analogous Figure 1 for a scenario in which only

[120] Andrew Sweeting et al., "Not All Pre-emptive Mergers are Alike: A Classification of Recent Cases," *CPI Antitrust Chronicle*, October 2020, pp. 6-7.

Trilogy is commercialized or only J-Valve is commercialized, the HHI in these scenarios also would equal 10,000. And the HHI is undefined if neither product is commercialized. It makes no economic sense and no common sense to rig a measure of pre- and post-concentration in a way that it becomes uninformative as to competitive effects. Indeed, taking the clinical trial site counts as Dr. Wilson provides them, JenaValve's 33 sites and Edwards' J-Valve 21 sites represent 4.1% and 2.6%, respectively, of all TAVR sites in the United States;[121] a combined 5.6% of TAVR sites is below the 2023 Merger Guidelines' 30% threshold which presumes a transaction will result in a substantial lessening of competition.[122]

59. Relatedly, there are a large number of medical institutions that host clinical trials. This matters because even if there were to be some degree of competition for clinical trial sites as Dr. Wilson asserts, data driven evidence shows medical institutions and principal investigators ("PI") that conduct clinical trials are neither scarce nor exclusive to any one innovator.[123] As shown in **Exhibit 11** and **Exhibit 12**, data from the U.S. Government website *ClinicalTrials.gov* show that, between 2020 and 2025,[124] there were nearly 238 U.S. medical institutions and nearly

[121] Wilson Report at ¶ 63 ("Edwards (JC Medical) lists 21 locations for the J-Valve TF early feasibility study and the JOURNEY pivotal trial, while JenaValve lists 33 locations in the United States for the ALIGN-AR early feasibility study, the ALIGN-AR pivotal study, the ALIGN-AR LVAD Registry trial, and the ARTIST trial."). There are approximately 800 TAVR providing sites in the U.S. Kilcoyne (JenaValve) Deposition, 73:10-11. The sum of the two percentages, 4.1% and 2.6%, do not sum to a combined 5.6% because there are nine sites in common (Wilson Report at ¶ 63); counting these nine sites twice would result in double-counting.

[122] "Merger Guidelines," U.S. Department of Justice and the Federal Trade Commission, December 18, 2023, https://www.justice.gov/d9/2023-12/2023%20Merger%20Guidelines.pdf (hereafter *2023 Merger Guidelines)* § 2.1. ("The Agencies also may examine the market share of the merged firm: a merger that creates a firm with a share over thirty percent is also presumed to substantially lessen competition…").

[123] Williams (Langone Medical Center) Deposition, 62:17-20 ("Q. So it's commonplace that there's more physicians and sites that want to sign up for a TAVR trial than there is space? A. Correct.").

[124] Counts may be an underestimate of the total number of medical institutions and PIs because the year reflects the start date of the clinical trial, not all clinical trials active during this time period (i.e., clinical trials started prior to 2020 but still active between 2020 and 2025 would not be included in these counts). As shown in **Exhibit 11** and **Exhibit 12**, these results are robust to longer time periods available on ClinicalTrials.gov (e.g., 2012-2025).

148 PIs hosting clinical trials related to TAVR devices, aortic regurgitation, and/or aortic stenosis.[125] Even if limited to just clinical trials for TAVR devices, these data show there were 217 U.S. medical institutions and 129 PIs hosting clinical trials. Of these, only 43 medical institutions (18.0% of TAVR/AR/AS and 19.8% of TAVR only) were involved in TAVR-AR clinical trials sponsored by JenaValve or JC Medical.[126]

**Exhibit 11**
**Count of Unique U.S. Medical Institutions in Clinical Trials**
**For Selected Conditions and Interventions[127]**

| | AR, AS, or TAVR | Conditions | | Interventions |
|---|---|---|---|---|
| | | Aortic Regurgitation | Aortic Stenosis | TAVR |
| 2020-2025 | 238 | 90 | 226 | 217 |
| Hosts multiple clinical trials simultaneously | 143 | 38 | 132 | 136 |
| Hosts clinical trials sponsored by JC Medical or JenaValve | 43 | 43 | 0 | 43 |
| | | | | |
| 2012-2025 | 309 | 135 | 300 | 277 |
| Hosts multiple clinical trials simultaneously | 217 | 58 | 214 | 202 |
| Hosts clinical trials sponsored by JC Medical or JenaValve | 43 | 43 | 2 | 43 |

[redacted]

126 John Kilcoyne, JenaValve's CEO, testified that "[T]here's 800 TAVR centers in the United States. We, or J-Valve, are at about 30. And I'd say of those that are overlapping, there's probably six or seven. So in the grand scheme of -- and, again, just context-wise, our ability to influence and do anything to -- to impact J-Valve or promote ourselves, we're talking about six or eight accounts…. [O]ur ability to influence and deter what [the physician community is] doing is de minimis…"). Kilcoyne (JenaValve) Deposition, 73:10-74:6.

127 ClinicalTrials.gov. Medical institutions counted in column "AR, AS, or TAVR" are medical institutions participating in clinical trials for which the data report that the "Intervention" is TAVR or the data report that the "Conditions" include either aortic regurgitation or aortic stenosis. Analysis limited to medical institutions located in the United States.

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

**Exhibit 12**
**Count of Unique U.S. Principal Investigators in Clinical Trials**
**For Selected Conditions and Interventions**[128]

| | AR, AS, or TAVR | Conditions | | Interventions |
|---|---|---|---|---|
| | | Aortic Regurgitation | Aortic Stenosis | TAVR |
| 2020-2025 | 148 | 41 | 112 | 129 |
| Hosts multiple clinical trials simultaneously | 31 | 6 | 20 | 24 |
| Hosts clinical trials sponsored by JC Medical or JenaValve | 18 | 18 | 0 | 18 |
| 2012-2025 | 187 | 49 | 148 | 154 |
| Hosts multiple clinical trials simultaneously | 45 | 7 | 34 | 37 |
| Hosts clinical trials sponsored by JC Medical or JenaValve | 18 | 18 | 3 | 18 |

60. Consistent with a lack of exclusivity to any innovator or product in development, **Exhibit 11** shows that many medical institutions (60% = 143 / 238) host multiple clinical trials for similar conditions and interventions at the same time. Likewise, **Exhibit 12** shows that many PIs (21% = 31 / 148) host multiple clinical trials for similar conditions and interventions at the same time.

*4.2 Dr. Wilson's Price Effects Theories Are Not Supported by Economic Analyses*

61. In this section I show that Dr. Wilson's speculative price effect theories related to clinical trial reimbursement rates and potential future commercialized prices is not supported by data driven analyses. First, with respect to clinical trial reimbursement rates, the data show that JenaValve's Trilogy reimbursement rate for U.S. clinical trials did not decline when U.S. clinical trials for J-Valve began. Second, with respect to potential future commercial pricing,

[128] ClinicalTrials.gov. PIs counted in column "AR, AS, or TAVR" are those participating in clinical trials for which the data report that the "Intervention" is TAVR or the data report that the "Conditions" include either aortic regurgitation or aortic stenosis. Analysis limited to PIs affiliated with a US medical institution.

Dr. Wilson's conclusions are primarily based on his speculative inference as to the assumptions imposed in valuation models.

### 4.2.1 Clinical Trial Reimbursement Rates

62. As an initial matter, clinical trials for Class III medical devices,[129] which include implantable devices such as those under development for TAVR-AR, are an input into innovation and an input into FDA approval. Clinical trials are not a commercialized output. Class III medical devices are regulated by the U.S. government including the FDA and the U.S. Centers for Medicare & Medicaid Services ("CMS") and require clinical trials[130] before deemed safe and effective for commercial sale.

63. To provide an investigational medical device for purpose of conducting a clinical trial, the manufacturer must apply to the FDA for an Investigational Device Exception ("IDE").[131,132] CMS regulations state that the sponsor of a medical device, such as JenaValve or Edwards, shall not "[c]ommercialize an investigational device by charging the subjects or investigators for a device a price larger than that necessary to recover costs of manufacture, research, development,

---

[129] Class III devices pose the highest risk to patients. "Overview of Medical Device Classification and Reclassification," *FDA*, accessed October 17, 2025, https://www.fda.gov/about-fda/cdrh-transparency/overview-medical-device-classification-and-reclassification.

[130] The process often starts with compassionate studies that may lead to EFSs, that may lead to pivotal clinical trials, which may lead to an FDA PMA.

[131] "Billing for Investigational Devices in Clinical Trials," *HCA Healthcare*, accessed October 18, 2025, https://www.hcadam.com/api/public/content/574610b89d06428f9e573f370e45c27b?v=943c531b ("Investigational device exemption (IDE): An application which, when approved by the FDA, permits an investigational device (Category A or B), which would otherwise be subject to marketing clearance, to be shipped lawfully for the purpose of conducting a clinical trial in accordance with federal regulations.")

[132] "Category B" status is required for the device cost to be eligible for Medicare coverage. "Billing for Investigational Devices in Clinical Trials," *HCA Healthcare*, accessed October 18, 2025, https://www.hcadam.com/api/public/content/574610b89d06428f9e573f370e45c27b?v=943c531b and "Medicare Coverage Related to Investigational Device Exemption (IDE) Studies," *CMS.gov*, accessed October 18, 2025, https://www.cms.gov/medicare/coverage/investigational-device-exemption-ide-studies.

and handling."[133] As part of its IDE application, the sponsor must state "the amount to be charged and an explanation of why sale does not constitute commercialization of the device."[134]

64. Dr. Wilson's theory of clinical trial reimbursement rate competition predicts JenaValve's reimbursement rate to medical institutions for Trilogy would go down after a clinical trial for Edwards' J-Valve begins at the same medical institution already hosting a clinical trial for JenaValve's Trilogy. This is not what JenaValve's clinical trial reimbursement rate data show.

65. As a starting point, it is useful to observe that Dr. Wilson's statement that Edwards' raised J-Valve's reimbursement rate[135] after acquiring J-Valve is inconsistent with his speculative theory of clinical trial reimbursement rate competition. Dr. Wilson's framework predicts reimbursement rates should go down not up as they did in this matter.

66. Moreover, **Exhibits 13 – 19** show that, of the medical institutions hosting a Trilogy clinical trial, seven are ones that subsequently began hosting a J-Valve early feasibility study ("EFS")

---

[133] Code of Federal Regulation, 812.7, https://www.ecfr.gov/current/title-21/chapter-I/subchapter-H/part-812/subpart-A/section-812.7#p-812.7(b). *See also* "The Economics of Investigational Device Exemption (IDE) Studies: What You Need to Know About Medicare Coverage," *Premier Research*, January 29, 2024, https://premier-research.com/perspectives/the-economics-of-investigational-device-exemption-ide-studies-what-you-need-to-know-about-medicare-coverage/ ("Under IDE regulations, sponsors are allowed to charge for an investigational device provided that the charge does not exceed an amount necessary to recover the costs of manufacture, research, development and handling of the device. In their IDE application, the sponsor must state the amount to be charged, justify the proposed charges in the IDE application, and explain why the charge does not constitute commercialization." [footnotes omitted]).

[134] Code of Federal Regulation, 812.20, https://www.ecfr.gov/current/title-21/chapter-I/subchapter-H/part-812/subpart-B/section-812.20#p-812.20(b)(8).

[135] Wilson Report at ¶ 83 ("Consistent with this, when JC Medical was independently developing its product, it made the J-Valve available for free for use in clinical trials, while JenaValve charged over [redacted]. After Edwards acquired JC Medical and contracted to purchase JenaValve, Edwards raised the price of a J-Valve to roughly the same as JenaValve's Trilogy.").

and/or pivotal trial.[136] As shown in **Exhibits 13 – 19** JenaValve's reimbursement rates did not go down after a J-Valve clinical trial began at the same medical facility. This matters because it is inconsistent with Dr. Wilson's assertion that competition between medical devices at the clinical trial stage results in lower medical device reimbursement rates to medical institutions that host clinical trials. The data driven analyses I provide in **Exhibits 13 – 19** are consistent with a regulated industry in which clinical trial medical device reimbursement rates are aligned to input cost recovery; these data driven results are inconsistent with Dr. Wilson's speculative price effects theory.[137]

**Exhibit 13**
**Trilogy Reimbursement Rate, 2021-2025,** [redacted]




---

[136] There are three additional medical facilities, Minneapolis Heart Institute Foundation, Baylor University Medical Center, and Washington University - Barnes-Jewish Hospital, that are hosting or qualifying to host a J-Valve clinical trial subsequent to hosting a Trilogy clinical trial for which Trilogy reimbursement rate data were not available during the time period after the J-Valve clinical trial began (i.e., these facilities do not have a before and after time period for comparison).

[137] Analysis based on JenaValve Reimbursement Data, Journey Site List, EW-FTC-10343477 at -506, EW-LIT-00054095 at -107. Econometric analyses contained in my backup materials confirm these results.

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

**Exhibit 14**
**Trilogy Reimbursement Rate, 2021-2025, [redacted]**




**Exhibit 15**
**Trilogy Reimbursement Rate, 2021-2025, Henry Ford – [redacted]**



**Exhibit 16**
**Trilogy Reimbursement Rate, 2021-2025, [redacted]**




**Exhibit 17**
**Trilogy Reimbursement Rate, 2021-2025, [redacted]**



SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

**Exhibit 18**
**Trilogy Reimbursement Rate, 2021-2025, [redacted]**




**Exhibit 19**
**Trilogy Reimbursement Rate, 2021-2025, [redacted]**



67. Dr. Wilson also ignores that the parties' clinical trials for Trilogy and J-Valve were largely conducted over different time periods[138] and their going-forward trials cover different patient populations.[139] This matters because little to no overlap between Edwards' and JenaValve's time periods for running clinical trials and little to no overlap in patient populations means little to no basis to assume price effects competition as Dr. Wilson incorrectly does.

4.2.2 Commercial Prices

68. With respect to Dr. Wilson's theory as to post-transaction potential future commercial prices assuming both Trilogy and J-Valve are commercialized, Dr. Wilson's conclusions are based on his speculative inference from assumptions imposed in valuation models. Dr. Wilson's Table 1 shows that the JenaValve price decrease begins two years after J-Valve's entry. Dr. Wilson's speculation that the Trilogy commercial sales price decrease that takes place two years after J-Valve is assumed to begin commercial sales – rather than contemporaneous with – is a tenuous attempt to assign a cause-and-effect relationship between lower commercial prices ("effect") and entry ("cause"). Dr. Wilson makes no attempt to assess whether the modeled assumptions are attributable to explanations other than the entry explanation he assigns to it.[140]

[138] For example, JenaValve's ALIGN clinical trial in the US reached full enrollment in August 2022 (JenaValve-2R-01031079 at – 088). JC Medical's JOURNEY clinical pivotal trial in the US started in October 2024. "J-Valve Transfemoral Pivotal Study (JOURNEY)," *ClinicalTrials.gov*, https://www.clinicaltrials.gov/study/NCT06455787. And J-Valve's EFS in the US started in October 2023. "Genesis MedTech Begins EFS for J-Valve Transfemoral TAVR System," *Cardiac Interventions Today*, October 23, 2023, https://citoday.com/news/genesis-medtech-begins-efs-for-j-valve-transfemoral-tavr-system.

[139] For example, Duane Pinto, JenaValve's Chief Medical Officer, testified, "Q. So you disagree with the sentiment of those at JenaValve who believe that there's competition between the ARTIST trial and the Journey trial? A. Yeah. A hundred percent. All one has to do is read the inclusion and exclusion criteria of both trials and realize they are two different populations." Pinto (JenaValve) IH, 222:2-9. Also, as I discuss in Section 4.3.2, Trilogy and J-Valve are differentiated products and cover, in part, different populations.

[140] Dr. Wilson makes similar unsupported cause-and-effect assumptions with respect to the modeled ASP assumptions used in JV-LIT-00108932 (Wilson Report at ¶ 84). Dr. Wilson's assumed entry explanation fails to explain the change in the modeled assumption between 2030 and 2031 from [redacted]

As a document on which Dr. Wilson relies shows, modeling assumptions around lower commercial prices over time are also attributed to changing patient populations over time (i.e., changing demand elasticities as FDA-approved patient populations shift from severe to lower risk, which would lead to lower prices) and an increase in volume over time (i.e., more procedures and/or more units sold can be associated with larger volume discounts).[141] Indeed, the same document that Dr. Wilson cites to assert price competition (PX2326-004) also attributes declining prices to changing patient populations over time and increasing procedure counts over time. Dr. Wilson does no work to attempt to disentangle the magnitude of the multiple potential causes of the commercial price decline assumption on which he bases his opinion.

### *4.3 Dr. Wilson's Anticipated Innovation Effects Are Not Reliable*

69. In this section, I show Dr. Wilson provides no data driven evidence that the proposed transaction is likely to diminish innovative activity or that any theoretical diminishment of innovation activity would be likely to result in a substantial lessening of competition. I explain that Dr. Wilson's opinion as to innovation competition is incomplete because he does not consider effects on incentives to innovate identified in the economic literature that run counter to his theory.

[141] *See* PX2326-004, attributing declining commercial prices to a variety of factors including changing patient populations over time and increasing procedure counts over time.

#### 4.3.1 Economic Framework for Innovation Competition

70. Economic theories of innovation competition show that it is not enough to observe that a merger changes the number of independent R&D programs.[142] This is because R&D is an input into innovation not an output. The appropriate economic question is whether the proposed transaction reduces the incentive to engage in R&D, and, if so, whether "[m]erger-specific synergies, such as the internalization of involuntary spillovers or an increase in the productivity of R&D, may offset the adverse effect of a merger on innovation."[143]

71. The economic literature related to innovation in the context of a merger shows that incentives to innovate "depend upon many factors including: the characteristics of the invention, the strength of intellectual property protection, the extent of competition before and after innovation, barriers to entry in production and R&D, and the dynamics of R&D."[144] Because there is no unifying theory of the effect of mergers on innovation, "enforcement authorities cannot confidently presume as a matter of economic theory or experience that more

---

[142] Michael L. Katz and Howard A. Shelanski, "Mergers and Innovation," *Antitrust Law Journal* 74(1):1-85, 2007, ("… the theory and data that support the systematic presumption in favor of increased competition for purposes of static pricing and output efficiency have no analog when it comes to understanding the optimal conditions for innovation." at page 47). Wesley M. Cohen and Richard C. Levin, "Empirical Studies of Innovation and Market Structure" in *Handbook of Industrial Organization,* edited by R. Schmalensee and R.D. Willig, vol. II, 1059-1107. North Holland, 1989. It cites Wesley M. Cohen et al., "Firm Size and R&D Intensity: A Re-Examination," *Journal of Industrial Economics* 35(4):543-565, 1987, and Richard C. Levin et al., "R&D appropriability, opportunity, and market structure: New evidence on some Schumpeterian hypotheses," *American Economic Review* 75(2):20-24, 1985. ("Together, these results leave little support for the view that industrial concentration is an independent, significant, and important determinant of innovative behavior and performance" at page 1078). *See also* Nicolas Petit, "Innovation Competition, Unilateral Effects, and Merger Policy," *Antitrust Law Journal* 82(3): 873–920, 2019 ("Given the uncertainty that surrounds early stage research, the exit of one of the merging parties from an innovation space does not necessarily entail a loss of innovation output" at page 895).

[143] Giulio Federico et al., "Antitrust and Innovation: Welcoming and Protecting Disruption," *Innovation Policy and the Economy* 20:125-190, 2020, at page 125.

[144] Richard Gilbert, "Looking for Mr. Schumpeter: Where Are We in the Competition-Innovation Debate?" *Innovation Policy and The Economy* 6:159–215, 2006, at page 162.

competitors are beneficial or that market power is detrimental for R&D."[145] Indeed, after "a half-century of debate and innumerable studies, the consensus is that there is no clear answer to the question"[146] of the relationship between market structure and innovation. As a result, a fact-specific investigation is required as to the effect of a merger on innovation.[147]

72. Published academic articles highlight conditions under which mergers will increase innovation.[148] Regibeau and Rockett (2019) emphasize deduplication of R&D as one mechanism through which mergers can produce innovation-enhancing efficiencies.[149] Jullien and Lefouili (2018) show that a positive relationship between mergers and innovation is more

[145] Michael L. Katz and Howard A. Shelanski, "Mergers and Innovation," *Antitrust Law Journal* 74(1):1-85, 2007, at page 26-27.

[146] Michael A. Carrier, "Two Puzzles Resolved: Of the Schumpeter–Arrow Stalemate and Pharmaceutical Innovation Markets," *Iowa Law Review* 93:393-450, 2008, at page 393.

[147] For examples of case-by-case investigations see Michael A. Carrier, "Two Puzzles Resolved: Of the Schumpeter–Arrow Stalemate and Pharmaceutical Innovation Markets," *Iowa Law Review* 93:393-450, 2008, and Giulio Federico et al., "Antitrust and Innovation: Welcoming and Protecting Disruption," *Innovation Policy and the Economy* 20:125-190, 2020.

[148] Relatedly, the economic literature has long recognized that R&D expenditure is not one-to-one with innovation since "greater R&D expenditures do not translate directly into greater innovative output and indeed the opposite can be true." Richard Gilbert, "Looking for Mr. Schumpeter: Where are we in the Competition-Innovation Debate?" *Innovation Policy and The Economy* 6: 159–215, 2006, at page 191. Other academics have pointed out that an innovation theory of harm based solely on reduced R&D spending "falls flat" because "it fails to demonstrate that the merger will have an adverse impact on welfare." Nicolas Petit, "Innovation Competition, Unilateral Effects, and Merger Policy," *Antitrust Law Journal* 82(3): 873–920, 2019, at page 896. The key intuition is that the simple question of whether R&D expenditures will be higher or lower post-merger "fails to grasp that a merged entity not only faces a choice between more or less R&D, but also more complicated questions as to where its R&D resources should be allocated," at page 897. As with the economic literature, testimony in this matter is consistent with there not being a straight line between potential R&D cost savings and the level of post-transaction innovative activity by Edwards. Larry Wood testified that Edwards would be able to "mix and match the best of both worlds" to introduce better products more quickly (Wood (former Edwards) IH, 199:18-23). He similarly testified, "[w]hat I do know is by having both platforms [J-Valve and Trilogy] and by having the combined clinical experience, I would be able to accelerate development at a far faster rate than I would otherwise be able to do." (Wood (former Edwards) IH, 197:13-17.

[149] Pierre Régibeau and Katharine E. Rockett, "Mergers and Innovation," *The Antitrust Bulletin* 64(1):31-53, 2019. ("[T]he prospect of avoiding duplication … has a positive effect on the expected amount of realized innovation. In other words … investment used for nonduplicative research increases postmerger" at page 41). *See also* Carl Davidson and Ben Ferrett, "Mergers in Multidimensional Competition," *Economica* 74:695–712, 2007. ("[A] non-trivial degree of R&D complementarity … encourages extra process R&D investment" at page 709), which demonstrates the importance of R&D complementarities in the profitability of mergers.

likely when "merging firms can benefit from large complementarities by pooling R&D assets and coordinating research activities."[150] And Motta and Tarantino (2021) demonstrate using a model of simultaneous product market competition and innovation, that even a merger to monopoly can be pro-competitive when post-merger efficiency gains in R&D are sufficiently large.[151] Because "[e]conomic theory does not offer a prediction about the effects of competition on innovation that is robust to all of these different market and technological conditions,"[152] Julien and Lefouili (2018) demonstrate "a position of neutrality as to the innovation effects of horizontal mergers … grounded on a more exhaustive analysis of the potential positive and negative effects of mergers on innovation."[153]

73. Published peer-reviewed economic papers show that accounting for the elimination of duplication and more effective resource allocation can spur R&D and innovation, not hinder or reduce it.[154] As Denicolò and Polo (2019) show, incentives to expand innovation post-transaction can be stronger when the merging "firms pursue the same or similar R&D

[150] Bruno Jullien and Yassine Lefouili, "Horizontal Mergers and Innovation," *Journal of Competition Law and Economics* 14(3):364–392, 2018, at page 366.

[151] Massimo Motta and Emanuele Tarantino, "The effect of horizontal mergers, when firms compete in prices and investments," *International Journal of Industrial Organization* 78:102774, 2021. ("It is possible that … by combining their assets two firms will be able to reduce significantly the costs of their investment: in such situations, the merger might increase investments so much as to outweigh the usual detrimental effect of the merger on prices" at page 17).

[152] Richard Gilbert, "Looking for Mr. Schumpeter: Where Are We in the Competition-Innovation Debate?" *Innovation Policy and the Economy* 6:159–215, 2006, at page 162.

[153] Bruno Jullien and Yassine Lefouili, "Horizontal Mergers and Innovation," *Journal of Competition Law and Economics* 14(3):364–392, 2018, at page 365.

[154] Denicolò and Polo (2018), for instance, demonstrate that mergers can enhance innovation by eliminating redundant R&D and enabling more effective resource allocation. Their findings reverse those of other models that assume merging firms do not realize efficiencies through the integration of R&D assets. Vincenzo Denicolò and Michele Polo, "Duplicative research, mergers and innovation," *Economics Letters* 166:56–59, 2018. ("We show that … horizontal mergers may actually spur innovation by preventing duplication of R&D efforts" at page 56).

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

projects."[155] Other academic research shows that when merging firms share innovative knowledge, "mergers enlarge the base of application of innovations and thus increase the incentive to invest in R&D."[156,157] Even in a setting where one assumes one of the many post-transaction incentives includes an incentive to innovate less, "[m]erger-specific synergies, such as the internalization of involuntary spillovers or an increase in the productivity of R&D, may offset the adverse effect of a merger on innovation."[158,159]

74. As Professor Carl Shapiro has noted, the mergers most likely to diminish innovative activity are the ones "between the only two firms pursing a specific line of research to serve a particular need…absent a showing that the merger will increase appropriability or generate

[155] Vincenzo Denicolò and Michele Polo, "The Innovation Theory of Harm: An Appraisal," *Antitrust Law Journal* 82(3):921–954, 2019. ("In fact, however, it might be optimal for the merged entity to choose asymmetric levels of R&D investment, as is shown in our companion article. If this possibility is acknowledged, it becomes apparent that the merged entity may decrease the R&D expenditure of one unit to internalize the externality, reducing the risk of duplication, and increase the expenditure of the other to take advantage of this reduced risk. In this case, a merger could well increase the overall probability of success … The risk of duplication may be particularly high when the outcomes of projects of the merging firms' R&D units are positively correlated, meaning that both tend to succeed or to fail simultaneously… And positive correlation, lastly, arises when the firms pursue the same or similar R&D projects" at page 928, 934, and 935).

[156] Vincenzo Denicolò and Michele Polo, "Mergers and Innovation Sharing," *Economics Letters* 202:109841, 2021. ("By removing many of the obstacles to the sharing of innovative knowledge among the merging firms, mergers enlarge the base of application of innovations and thus increase the incentive to invest in R&D" at page 1).

[157] Vincenzo Denicolò and Michele Polo, "Mergers and Innovation Sharing," *Economics Letters* 202:109841, 2021. ("To focus on the innovation-sharing mechanism, we rule out any other form of synergy or technological spillover. Even so, our analysis shows that even mergers that would be regarded as anti-competitive for a given state of the technology may actually become pro-competitive if antitrust authorities consider their beneficial effect on innovation" at page 1).

[158] Giulio Federico et al., "Antitrust and Innovation: Welcoming and Protecting Disruption," *Innovation Policy and the Economy* 20:125–190, 2020, at page 125.

[159] The economic literature has long recognized that R&D expenditure (and/or R&D cost savings) is not one-to-one with the level of innovation since "greater R&D expenditures do not translate directly into greater innovative output and indeed the opposite can be true." Richard Gilbert, "Looking for Mr. Schumpeter: Where are we in the Competition-Innovation Debate?" *Innovation Policy and The Economy* 6: 159–215, 2006, p. 191. The key intuition is that the simple question of whether R&D expenditures will be higher or lower post-merger "fails to grasp that a merged entity not only faces a choice between more or less R&D, but also more complicated questions as to where its R&D resources should be allocated" (Nicolas Petit, "Innovation Competition, Unilateral Effects, and Merger Policy," *Antitrust Law Journa*l 82(3): 873–920, 2019, at p. 897).

R&D synergies that will enhance the incentive or ability of the merged firm to innovate."[160,161] As I discuss in Section 4.4.5, that is not the case in this matter; rather, there are many innovators working to develop commercialized TAVR-AR devices.

### 4.3.2 Dr. Wilson's Theory that Edwards Would Delay or Stop Innovation Is Not Reliable

75. It makes no economic sense that Edwards would delay or stop the development of JenaValve's Trilogy device. First, delaying or stopping Trilogy would delay the commercialization of a TAVR-AR device, for which today, there are no commercially available, FDA-approved devices in the United States. Edwards internal documents show that Edwards intends to "[b]ring Gen 1 (JenaValve Trilogy) to US market ASAP."[162]

76. Second, Edwards does not have an incentive to delay or stop the development of its J-Valve device. As an initial matter, JenaValve does not have an innovation program to develop a second generation TAVR-AR device.[163] Innovation related to J-Valve, as well as Trilogy, provides an innovation path to a second generation TAVR-AR device. Moreover, JenaValve's Trilogy device and Edwards' J-Valve device have different features tending to address different patient

[160] Carl Shapiro, "Competition and Innovation: Did Arrow Hit the Bull's Eye?," in *The Rate and Direction of Inventive Activity Revisited*, edited by Josh Lerner and Scott Stern, 361-404, University of Chicago Press, 2012, at page 368.

[161] Dr. Wilson (incorrectly) asserts that the "replacement" principle, which he interchangeably refers to as the "contestability" principle, implies the proposed transaction necessarily reduces incentives to innovate (Wilson Report at ¶¶ 89, 93). As I discuss in Section 4.3.2, the parties' devices are differentiated, which runs counter to Dr. Wilson's conclusion. Second, because neither party's product is commercialized, innovation efforts are directed at growing a new market not "replacement" of existing sales. Third, as I discuss in Section 4.4.5, there are many TAVR-AR innovators that will remain post-transaction providing competitive pressure to continue to innovate at pace.

[162] EW-FTC-11071801 at -828 ("Speed to Market: Bring Gen 1 (JenaValve Trilogy) to US market ASAP"). In addition, Edwards notes that Trilogy may allow Edwards to be "[f]irst to market in US" (EW-FTC-11071801 at -826).

[163] JenaValve is not currently planning for a second-generation device. Kilcoyne (JenaValve) 30(b)(6) Deposition, 33:9-12 ("Q. Are there other products in JenaValve's innovation product pipeline currently? A. Commercial -- that we would commercialize, no.").

attributes.[164] There is no reason to assume based on the economics literature that two differentiated devices will necessarily overlap across patient attributes.[165] Because Edwards' J-Valve device and JenaValve's Trilogy device have differentiated design characteristics and patients have different physical attributes, they can be suited to different types of patients. JenaValve's Trilogy valve is limited in size and cannot accommodate all aortic regurgitation disease profiles while Edwards' J-Valve has a broader array of sizing that is expected to provide TAVR-AR solutions for patients that would not qualify for treatment using the JenaValve Trilogy device.[166] Testimony further supports the differentiation between Trilogy and J-Valve. As Dr. Pinto testified "… there are many factors that we weigh in as physicians to assign suitability for a valve. The J-Valve has a larger sheath than we do for the larger valve. So it depends on whether the leg arteries were of suitable size. It also depends on the anatomy that we see within the patient beyond the perimeter. …These are obviously complementary products in our toolbox as physicians that in some patients, things work and in other patients, we presume

[164] EW-FTC-10754961 at 6 (slide describing Trilogy and J-Valve and describing J-Valve as "Potential for Long-Term Differentiation" indicating that it has "5 sizes to treat larger annuli (addressing patient anatomies not treatable by Jupiter)," "Bovine pericardium," "Low profile frame for future coronary access."). *See also* Abbott- [redacted]

[165] Jean Tirole, "The Theory of Industrial Organization," *The MIT Press*, 1988, ("[T]wo goods are almost never perfect substitutes…Goods are almost always differentiated by some characteristic" at page 96.).

[166] In a July 2024 letter to the CMS seeking coverage for J-Valve, JC Medical explained that "The J-Valve® TF System is similar to the Trilogy™ TAVR device in that they are both AR-specific devices; however, the J-Valve TF System is designed to treat a broader patient population. Specifically, the J-Valve TF System offers larger valve sizes to treat patients with aortic annuluses as large as 104 mm perimeter (Trilogy™ TAVR Device max is 90mm), and larger aortic annuluses are common in patients with severe AR. Therefore, the J-Valve TF System is not duplicative of any existing device and the clinical outcomes and technical performance data to date justify continued investigation of the AR-specific, J-Valve TF System, for specialized treatment of patients with AR." (EW-FTC-10864766 at -769). *See also* EW-LIT-00198191 at 32 (describing J-Valve and JenaValve as "complementary technologies").

that they are riskier."[167] Other aspects of device differentiation include [redacted].[168]

77. Because of the differences in the size of the device, J-Valve can treat a larger share of the population with AR than Trilogy. The narrower population able to be treated by Trilogy and the broader population able to be treated by J-Valve is embedded in Edwards' financial valuation models: Edwards' valuation model for JenaValve assumes Trilogy is only able to serve 70% of the patient population with moderate to severe aortic regurgitation[169,170] while Edwards' valuation model for JC Medical assumes J-Valve is able to serve 100% of that same patient population.[171]

78. Third, data analyses show Edwards has an economic incentive to continue to pursue development of J-Valve. Even under the extreme assumption that Edwards would only market J-Valve to patients that cannot be treated by Trilogy, if Edwards were to not pursue J-Valve

[167] Pinto (JenaValve) Deposition, 65:8-66:11. *See also* Kereiakes (The Christ Hospital) Deposition, 102:22-103:5 ("the use of the 31, and 34 valve, which is not available with JenaValve, but is available with J-valve, was -- I believe, it was about 68 percent/67 percent of the patients that we enrolled in the early feasibility. So that alone would tell you that these are patients that could not be treated -- most of them could not be treated with a 27-millimeter JenaValve.").

[168] EW-FTC-10310261 at 2; [redacted]

[169] EW-FTC-10431853.

[170] JenaValve-2R-00000075 at -156 and -157 ("Currently treating 74% of the population…").

[171] EW-FTC-10431808.

innovation (as Dr. Wilson speculates[172]) Edwards would be leaving nearly $200 million in profits on the table.[173]

79. While I am not aware of any evidence in the record that Edwards would limit J-Valve to just the annulus sizes that Trilogy cannot serve, for the sake of explaining why Dr. Wilson is wrong, it is useful to know that there is precedent for innovators to introduce subsequent innovations designed to accommodate a small number of additive sizes for a targeted set of physical anatomies. For example, in June 2015, Medtronic obtained FDA approval for the 23, 26, and 29 millimeter valve sizes for its Evolut TAVR-AS device.[174] Two years later, in 2017, Medtronic obtained a separate FDA approval for the 34 millimeter Evolut valve size appropriate for larger anatomies.[175]

80. Using Edwards' financial model for the acquisition of JC Medical, **Exhibit 20** shows Edwards' expected profits in the United States and Europe associated with the patient population not able to be treated by Trilogy (i.e., patients with larger annulus diameters). Even under this conservative assumption, the J-Valve sales associated with patients that Trilogy is

[172] Wilson Report at ¶ 81 ("Consistent with this, an Edwards document revealed that part of its AR strategies is to '[d]ecide whether or not to move forward with [J-Valve] IDE.'").

[173] Profits are expressed in present value terms. *See* back-up materials.

[174] "Medtronic's CoreValve Evolut R TAVR System Approved by FDA," *Cardiac Interventions Today*, June 22, 2015, https://citoday.com/news/medtronics-corevalve-evolut-r-tavr-system-approved-by-fda ("Medtronic plc announced United States Food and Drug Administration (FDA) approval and the United States launch of the new recapturable, self-expanding CoreValve Evolut R system … The 23-mm, 26-mm, and 29-mm sizes of the CoreValve Evolut R transcatheter valve and the CoreValve EnVeo R delivery catheter system are available for use in the United States.").

[175] "Medtronic Announces FDA Approval of New Recaptureable TAVR System Available for Severe Aortic Stenosis Patients with Large Anatomies," *Medtronic*, October 26, 2016, https://news.medtronic.com/2016-10-26-Medtronic-Announces-FDA-Approval-of-New-Recaptureable-TAVR-System-Available-for-Severe-Aortic-Stenosis-Patients-with-Large-Anatomies ("The new Evolut R 34 mm valve is approved for severe aortic stenosis patients who are at high or extreme risk for surgery with an annulus size ranging from 26-30 mm.").

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

not able to treat amount to nearly $200 million in profits, of which approximately $162 million are from expected sales made for use on patients in the United States.[176]

**Exhibit 20**
**Edwards' Profit from Sales of J-Valve to Patients that Cannot Be Treated with Trilogy, United States and Europe**[177]




81. Edwards' financial model shows J-Valve would be profitable even after accounting for additional operating costs. **Exhibit 21** compares the profits from J-Valve sales to patients that cannot be treated with Trilogy to the R&D and other operating costs including the cost to run the clinical trials, sales and marketing, other general and administrative costs, and integration costs that Edwards expects to incur to develop and sell J-Valve ("OPEX costs"). **Exhibit 21**

[176] Profits are expressed in present value terms. *See* backup materials.

[177] EW-FTC-10431808; EW-FTC-10431853. Gross profits earned from 30% of total J-Valve sales as estimated by Edwards' financial valuation of JC Medical's acquisition in the United States. Gross profits are calculated in Edwards' financial valuation of JC Medical's acquisition as revenues less labor and materials cost and less incremental overhead.

shows that Edwards' profits from selling J-Valve to patients that cannot be treated with Trilogy (almost $200 million) are considerably larger than the OPEX cost ($122 million).[178]

**Exhibit 21**
**Edwards' Profit from Sales of J-Valve to Patients that Cannot Be Treated with Trilogy and Costs to Develop J-Valve, United States and Europe**[179]




82. Fourth, Edwards has an incentive to innovate at pace because the length of the medical device innovation development cycle means it would not be economically sensible to wait to react to competitor innovations. As shown in **Exhibit 22**, estimates of the medical device development cycle timeline shows, for medical devices that obtain FDA approval, the average

[178] Profits and costs are expressed in present value terms. *See* backup materials.

[179] EW-FTC-10431808; EW-FTC-10431853. Gross profits earned from 30% of total J-Valve sales as estimated by Edwards' financial valuation of JC Medical's acquisition in the United States and Europe. Gross profits are calculated in Edwards' financial valuation of JC Medical's acquisition as revenues less labor and materials cost and less incremental overhead. The analysis follows the same methodology used in Edwards' financial model of the JC Medical acquisition to calculate OPEX costs. OPEX costs are defined as R&D costs, clinical trial costs, sales and marketing, general and administrative and integration costs. The terminal value is net of OPEX costs. Results are analogous if the analysis is based on gross profits earned from 20% of total J-Valve sales in the United States and Europe. *See*, e.g.,, EW-FTC-11071801 at -830 ("Gen 2 product launch in 2028 (US) and 2029 (EU) results in incremental 20% patients with expanded size range.").

time from the start of a U.S. clinical trial feasibility study to FDA PMA approval is approximately 8.5 years.[180,181,182]

**Exhibit 22**
**Complex Medical Device Average Time to Completion, by Stage of FDA Approval Process[183]**




83. Consistent with a long development cycle for innovation providing a continued incentive to innovate at pace, Larry Wood explained that "the development cycle is so long on these products, if your competitor launches a product that has some new feature that you didn't anticipate or didn't know about and they surprise you with it, it might take you seven years to be able to counter that move. So, I can't sit around and wait for my competitor to disclose what they're working on."[184] Similarly, Larry Wood testified that the "one thing that is an absolute guarantee in the cardiovascular space is you will be obsoleted. Your only choice is whether you

[180] FTC's Expert Dr. Kesselheim appears to agree with my analysis as his Expert Report includes a comparable analysis based on the same academic publication on which I rely. *See* Kesselheim Report at ¶ 66.

[181] **Exhibit 2** shows the time period between next generation innovations may be shorter than 8.5 years.

[182] Economic literature shows competitive pressure can be great even in situations in which competitors do not know the number or identity of rivals competing against them. *See,* e.g., R. Preston McAfee and John McMillan, "Auctions with a Stochastic Number of Bidders," *Journal of Economic Theory* 43(1): 1-19, 1987.

[183] Aylin Sertkaya et al., "Estimated Cost of Developing a Therapeutic Complex Medical Device in the US," *JAMA Network Open* 5(9), 2022.

[184] Wood (former Edwards) IH, 149:11-21.

obsolete yourself or someone obsoletes you."[185] In addition to the discussion I provide in Section 3.1 on Edwards' continuous innovation with respect to its TAVR-AS SAPIEN device, documents also show that Edwards continues to innovate to remain at the forefront of innovation. For example, Edwards' 2025 THV Business Unit Update notes, with respect to TAVR, "Speed of Innovation Is Critical As Competitive Product Evolution Is Accelerating" and that "Continuing to Deliver Best in Class Innovation Is Critical."[186]

84. Fifth, consistent with my data driven analyses, Edwards' ordinary course documents do not provide plans to reduce innovation in TAVR-AR post-acquisition. Edwards' documents do not provide plans to suspend or delay the development of Trilogy or J-Valve. A September 2024 Edwards' Board of Directors Strategy Session presentation indicates that Edwards' "aortic regurgitation portfolio strategy" includes both Trilogy and J-Valve, with plans "[b]ring Gen 1 (JenaValve Trilogy) to US market ASAP," "[e]xpand portfolio options for patients: Proceed with JC Medical J-Valve US IDE," and "[d]eliver best Gen 2 dedicated AR system."[187] Similarly, in a June 2024 board presentation, prior to acquiring JC Medical and submitting the HSR filing for the proposed acquisition of JenaValve, Edwards expressed its goal as "utilize[ing] both technologies to drive innovation and long-term leadership."[188,189]

---

[185] Wood (former Edwards) 30(b)(6) Deposition, 70:17-20.

[186] EW-LIT-00105864 at -882 and -884.

[187] EW-FTC-11071801 at -828. *See also* EW-FTC-11071801 at -829 ("Close acquisition & commercialize JenaValve in US", "Advance Gen 1.5 J-Valve technology", and "Begin J-Valve High Risk JOURNEY IDE in US").

[188] EW-FTC-10754961 at 7.

[189] Edwards' 2004 acquisition of Percutaneous Valve Technologies ("PVT") "gave [Edwards] the opportunity to…combine the two teams so that [Edwards] immediately had twice as much horsepower behind TAVR…combin[ing] Edwards' 50 years of know-how in surgical heart valves and pericardial tissue and tissue treatments, with [PVT's] experience in eight or 10 cases in humans." The PVT acquisition provided Edwards the ability to "go faster…[and that Edwards] never could have gone that fast on [its] own and neither could [PVT]." EW-FTC-10475377 at -389.

85. Edwards' plan to maintain both R&D streams also is consistent with the differentiated and complementary nature of Trilogy and J-Valve innovation features that I discussed above.[190] Larry Wood testified that Edwards "can very well end up in a situation where one therapy is preferred for larger patients and a different therapy is preferred for smaller patients. But I don't believe either product, as designed right now, can feed – can treat the entire variety of patients that are presenting,"[191] explaining that "we are so early in this, I have no opportunity right now to stop anything or to deprioritize."[192] Daniel Lippis, Corporate Vice President for Transcatheter Aortic Valve Replacement at Edwards, testified, "given the opportunity [to acquire JenaValve], it would be full speed on both technologies [Trilogy and J-Valve] and go as fast as possible and learn as much as possible to try and understand and stand this therapy up."[193]

86. Donald Bobo, Edwards' Corporate VP of Strategy & Corporate Development, testified with regards to Edwards' plans for J-Valve, "No, we didn't buy [J-Valve] to shelve it. We bought this to have a more impactful solution for patients to broaden the number of patients we can treat to provide additional technology that could contribute to future generations."[194] Bernard Zovighian, Edwards' CEO, testified similarly with regards to Edwards' commitment to invest heavily in JenaValve: "We have a commitment to invest the right amount in R&D but also manufacturing because right now, JenaValve cannot make their valves. So we are committed to invest heavily in R&D, heavily in supply chain, for the many years to come. If

[190] EW-FTC-11071801 at -826 (September 2024 Edwards' Board of Directors Strategy Session presentation describing Trilogy as a product with "[l]imited size range for larger annulus patients" while recognizing that J-Valve has "[b]roader size range for larger annulus patients.")

[191] Wood (former Edwards) IH, 187:21-188:4.

[192] Wood (former Edwards) IH, 190:24-191:2.

[193] Lippis (Edwards) Deposition, 41:14-19.

[194] Bobo (Edwards) IH, 92:3-8.

you ask me, do you have an exact number for next year, I don't. If the question is are you going to be fully funding JenaValve in 2026, 2027, 2028, 2030, I say yes."[195] Bernard Zovighian later testified that, "AR is one of our top four priority in the pipeline. … And JenaValve is the top priority for AR."[196]

87. Finally, Edwards' plan to maintain both innovation streams is consistent with the economic literature that shows that firms contemplating R&D decisions and faced with uncertainty about the likelihood of success and potential payout from potential innovation pathways have an incentive to reduce the risk of their R&D investments by pursuing multiple paths to innovation in parallel.[197] Edwards' plan to maintain both R&D streams is consistent with the economic literature which finds that, faced with the uncertainty of successful innovation, firms may choose to pursue multiple R&D streams to increase their chances to innovate successfully as well as innovate successfully over a shorter period of time. As summarized by Dr. Richard Nelson, who pioneered the economic literature on R&D along parallel paths, it makes sense to undertake "parallel R[&]D projects in situations where there is considerable uncertainty with respect to which of several alternatives is best."[198] As Dr. Nelson explained: "In the parallel-

[195] Zovighian (Edwards) IH, 44:23-45:7. *See also* Zovighian (Edwards) IH, 145:20-146:1 ("With JenaValve and JC, we have the potential here to apply our expertise differentiation, bring these two platforms to patients as fast as possible in a very high quality manner. So that's basically why we are so excited about it. And why we are committed and why we made AR one of the five company priorities.").

[196] Zovighian (Edwards) Deposition, 130:2-5.

[197] Decision making in the presence of uncertainty is a foundational principle in economics. *See* Avinash K. Dixit, and Robert S. Pindyck, *Investment under Uncertainty*, Princeton University Press, 1994.

[198] Richard R. Nelson, "The Economics of Parallel R and D Efforts: A Sequential-Decision Analysis," *RAND Corporation*, 1959, at page 1. At page 2, Nelson quotes the 1940 testimony of Charles Kettering, an American inventor and engineer, in which he said, "[w]hen you come to research and development you can't answer any of the questions on the forecast. You don't know when you are going to get the thing, whether it is going to work or not, or whether it is going to have any value whatsoever." *See also* C. Kettering, Hearings Before the Temporary National Economic Committee, Part 30, Washington, D. C., U. S. Government Printing Office, 1940, page 16299 (as cited in the Nelson 1959 paper).

development strategy, the decision to start development work on a design is not delayed until sufficient scientific information is acquired to make the design a reasonably sure bet. … In parallel development, several designs are worked on at the same time, because there is not sufficient scientific knowledge for a final choice to be made with any great confidence and the pressure of time is too great to permit alternatives to be tried one after another. The parallel strategy is a way to achieve a major technical advance when time is of major importance."[199] (emphasis in original). Similarly, Professor Frederic Scherer observed, operating "simultaneously two or more approaches… insure[s] that at least one approach will hit the mark at the earliest possible moment."[200]

### 4.4 *Dr. Wilson's U.S. TAVR-AR Innovation Market Is Overly Narrow*

88. In this section I explain that Dr. Wilson fails to define a relevant market for TAVR-AR innovation and, instead, incorrectly assumes the same relevant market for potential future commercialized TAVR-AR sales applies to TAVR-AR innovation. I explain that the evidence I have seen in this matter is consistent with a relevant market for TAVR-AR innovation that is broader than TAVR-AR devices undertaking a clinical trial in the United States.

#### 4.4.1 Innovation Markets and Commercial Product Markets Are Not the Same

89. In this section I show that Dr. Wilson fails to define a relevant market for TAVR-AR innovation. As the *2023 Merger Guidelines* explain, "the Agencies may analyze different

[199] Richard R. Nelson, "The Economics of Parallel R and D Efforts: A Sequential-Decision Analysis," *RAND Corporation*, 1959 (at page 33). Parallel paths are similar to the concept of diversification in investing where spreading investments across multiple sectors is understood to reduce exposure to any single risk.

[200] F. M. Scherer, "Parallel R&D Paths Revisited," *Harvard Kennedy School* M-RCBG Faculty Working Paper No. 2011-05, 2011 (at page 2).

relevant markets when considering innovation than when considering other dimensions of competition"[201] such as commercial sales, production, or capacity. In particular, from an economic perspective as well as a practical perspective, the relevant market for innovation need not be same relevant market for a commercial product. For example, while a commercial product may require regulatory approvals (e.g., FDA approval), innovation to develop new product features and next generation products does not require those same regulatory requirements. For this reason, the geographic boundary of an innovation market can be broader than that for a commercial product market.

90. Dr. Wilson does not evaluate whether the relevant market for TAVR-AR innovation is different from the relevant market for potential future commercial TAVR-AR sales.[202] Rather, despite evidence consistent with innovation competition broader than the United States, Dr. Wilson simply assumes the United States is the appropriate relevant geographic market for TAVR-AR innovation. Dr. Wilson appears to make this (incorrect) assumption on the basis that regulations in the United States require a commercial TAVR-AR device to be approved by the FDA. However, as Columbia University Medical Center's Dr. Torsten Vahl testified with respect to TAVR-AR devices being studied outside the U.S., he does not "see any difference between those devices and the devices that are currently being studied here" in the U.S. observing that "J-Valve is one main example" of a TAVR-AR device that "was initially studied

---

[201] *2023 Merger Guidelines*, § 4.3.D.7 ("[T]he Agencies may analyze different relevant markets when considering innovation than when considering other dimensions of competition.").

[202] Despite asserting a narrow relevant market for TAVR-AR innovation limited to the United States, Dr. Wilson points to worldwide competition as a source of competitive pressure for Edwards' TAVR-AS innovation. *See* Wilson Report at ¶ 108 ("The steady accumulation of competitors in different geographic markets where Edwards operates led to its conclusion that 'Globally We See Increased Competitive Pressure with Entrants and Innovation Accelerating.'").

in China…and then the company decided to broaden their clinical implants to US sites."[203] Dr. Wilson's relevant geographic market for innovation activity limited to the United States is gerrymandered to reach his pre-determined conclusion and makes no economic sense.

91. As I show in **Appendix 3**, the October 25-28, 2025 Transcatheter Cardiovascular Therapeutic ("TCT") conference that will be held in San Francisco, California has a session devoted to "Dedicated TAVR Systems for Aortic Regurgitation" featuring side-by-side presentations by Peijia Medical (TaurusNXT), Edwards (J-Valve), INT Medical/Hanling Medical (Hanchor Valve), and Jenscare (Ken-Valve). All, except for Edwards, are Chinese companies (**Exhibit 27** and backup materials). While J-Valve will be discussed neck and neck with Hanchor Valve and Ken-Valve during this conference session, Dr. Wilson incorrectly excludes INT Medical/Hanling Medical (Hanchor Valve) and Jenscare (Ken-Valve) as participants in an innovation relevant market.[204]

92. As I discuss in Section 3.4, these companies may be acquisition targets for fast follower structural heart competitors.

4.4.2 <u>JenaValve Followed ex-U.S. Innovations Prior to U.S. Clinical Trials</u>

93. If Dr. Wilson's relevant geographic market for innovation limited to the United States were correct, then JenaValve would only become interested in J-Valve innovations once J-Valve began U.S. clinical trials. Indeed Dr. Wilson suggests JenaValve "took little notice" of JC

[203] Vahl (Columbia University Medical Center) Deposition, 179:8-180:5.

[204] The participants presenting on this conference session are at odds with Dr. Wilson's relevant product market that excludes transapical TAVR-AR devices (Wilson Report at ¶ 27, "Henceforth, when I discuss TAVR-AR products, I am referring to transfemoral ones unless specifically noted."). Jenscare's Ken-Valve, a transapical device, is presented neck and neck with three transfemoral devices during this session.

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

Medical until J-Valve received breakthrough device designation in 2023.[205] However, this is not what the evidence shows.

94. Consistent with a relevant geographic market broader than the United States, JenaValve followed J-Valve innovations in China before J-Valve began undertaking a U.S. clinical trial. As **Exhibit 23** shows, as early as October 2017, six years prior to J-Valve's breakthrough designation in 2023, JenaValve documents show JenaValve followed J-Valve's innovation efforts in China.[206]

**Exhibit 23**
**JenaValve Document Tracking J-Valve Prior to J-Valve's U.S. Clinical Trial**

JC Medical

J-Valve
Outcome of 6 AR patients (Fudan University/ Shanghai)

**TABLE 3 Detailed Valve Function Immediate After Implantation**

| Patient # | THV Size, mm | AR Grade | PVL Grade | VG Mean, mm Hg | EOA, cm² | LVEDD, mm |
|---|---|---|---|---|---|---|
| 1 | 25 | 0 | None | 7 | 1.9 | 43 |
| 2 | 25 | 0 | None | 5 | 2.3 | 47 |
| 3 | 27 | 0 | Mild | 9 | 2.1 | 47 |
| 4 | 27 | 0 | Trace | 5 | 2.5 | 43 |
| 5 | 25 | 0 | Trace | 7 | 1.9 | 52 |
| 6 | 27 | 0 | Trace | 4 | 2.8 | 48 |

PVL = paravalvular leak; THV = transcatheter heart valve; other abbreviations as in Tables 1 and 2.

**TABLE 4 Detailed Clinical Outcomes During Hospital Stay and Follow-Up**

| | During Hospital Stay | | | | During Follow-Up | | |
|---|---|---|---|---|---|---|---|
| Patient # | ICU Stay, days | Hospital Stay, days | Drainage in 1st 24 h, ml | Adverse Events | Follow-Up, days | Adverse Events | NYHA Functional Class |
| 1 | 1 | 6 | 110 | LBBB, AKI | 177 | None | II |
| 2 | 3 | 7 | 20 | LBBB | 179 | None | I |
| 3 | 1 | 5 | 40 | AF | 186 | None | II |
| 4 | 4 | 9 | 20 | LBBB | 55 | Left anterior fascicular block | II |
| 5 | 3 | 5 | 20 | None | 32 | None | II |
| 6 | 1 | 4 | 0 | I°-AVB | 31 | None | II |

AF = atrial fibrillation; AKI = acute kidney injury; I°-AVB = first-degree atrioventricular block; ICU = intensive care unit; LBBB = left bundle branch block; NYHA = New York Heart Association.

**TABLE 5 Results of Echocardiography at Follow-Up**

| Patient # | Follow-Up, days | AR Grade | PVL Grade | PAP, mm Hg | MR Grade | TR Grade | LVEF, % | LVEDD, mm | VG Mean, mm Hg |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 177 | None | None | 38 | Trivial | Mild | 68 | 45 | 7 |
| 2 | 179 | None | Trivial | 32 | Trivial | Trivial | 66 | 44 | 10 |
| 3 | 186 | Trivial | Mild | 33 | Mild | Trivial | 62 | 54 | 11 |
| 4 | 55 | None | Mild | 39 | None | Trivial | 68 | 45 | 5 |
| 5 | 32 | None | Mild | 38 | Mild | Trivial | 50 | 51 | 13 |
| 6 | 31 | None | Trace | 28 | Trivial | Trivial | 70 | 48 | 5 |

Abbreviations as in Tables 1 to 3.

© JenaValve™ Technology 2017 | confidential
PE-0099.A
This document and the information contained herein are proprietary and confidential, and may not be used, reproduced or disclosed without the prior written permission of JenaValve Technology, Inc.
Page 69 of 70
Released by MCO-17-017 as of OCT-27-2017

Highly Confidential Submission to the FTC JenaValve-2R-00726669

[205] Wilson Report at ¶ 131 and Appendix A.

[206] JenaValve-2R-00726601 at -669 (JC Medical included as one of many TAVR competitors).

95. As further evidence of a relevant geographic market for innovation that is broader than the United States and broader than devices undertaking a clinical trial in the United States, **Exhibit 24** shows the Chinese company Jie Cheng Medical – which later became known as JC Medical – attended U.S. conferences to present its J-Valve innovation efforts as early as 2015, published in U.S. cardiac research journals on its J-Valve innovation efforts as early as 2015, and saw medical professionals publish information about Jie Cheng's J-Valve innovations as early as 2016. As shown in **Exhibit 24**, consistent with a geographic market broader than the U.S., these same medical publications refer to JenaValve as a German based company not a U.S. based company.

**Exhibit 24**
**JC Medical Transition from China to United States**[207]




[207] *See* backup materials.

96. That innovation is broader than the U.S. is also demonstrated by medical device innovators acquiring firms outside of the U.S. to enhance their innovation efforts.[208] For example, Medtronic purchased Ventor Technologies, an Israeli company, to "grow [its] stake in the US heart valve market."[209] Johnson & Johnson purchased V-Wave, an Israeli company that manufactures an interatrial shunt.[210] Boston Scientific purchased Swiss company Symetis in 2017 "in an effort to broaden its transcatheter aortic valve replacement (TAVR) portfolio."[211] And Edwards purchased Vectorius, an Israeli manufacturer of a heart failure monitoring technology.[212]

97. [redacted]

---

[208] Startup firms may be motivated to innovate by the prospect of being acquired by a larger firm. *See*, e.g., Richard J. Gilbert, "Chapter 5 Merger Policy for Innovation," in *Innovation Matters: Competition Policy for the High-Technology Economy* 77-105. MIT Press 2020. ("There is, however, an important trade-off. Some firms are motivated to invest in R&D by the prospect of a buy-out. Venture capitalists invest in many hightech start-ups with the expectation that, if successful, they will be sold to established companies. . . . Some of these acquisitions may have eliminated potential rivals. But other acquisitions rewarded innovations that would not have occurred if the entrepreneurs could not sell their R&D assets or license their discoveries to established companies. Many of these acquisitions combine complementary assets, such as R&D, clinical testing, marketing, and distribution, that cannot be economically duplicated by either the acquiring or the acquired firm." at page 105.).

[209] Justine Varieur Cadet, "Medtronic to expand heart valve portfolio with $1B in acquisitions," *Cardiovascular Business*, February 24, 2009, https://cardiovascularbusiness.com/topics/clinical/interventional-cardiology/medtronic-expand-heart-valve-portfolio-1b-acquisitions.

[210] Gali Weinreb, "Johnson & Johnson buys Israeli co V-Wave for up to $1.7b," *Globes*, August 20, 2024, https://en.globes.co.il/en/article-johnson-johnson-buys-israeli-co-vwave-for-up-to-11b-1001487184.

[211] Stacy Lawrence, "Boston Scientific to buy TAVR upstart Symetis for $435M days ahead of IPO," *BioWorld*, March 31, 2017, https://www.bioworld.com/blogs/2-bioworld-medtech-perspectives/post/672-boston-scientific-to-buy-tavr-upstart-symetis-for-435m-days-ahead-of-ipo.

[212] Maayan Cohen Rozen, "Edwards Lifesciences completes $497 million acquisition of Israel's Vectorious," *CTech*, April 9, 2025, https://www.calcalistech.com/ctechnews/article/hjb980l9xg.

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

[redacted]

4.4.3 U.S. Publications and Conferences Feature Worldwide Innovations

98. The variety of innovations from companies based outside of the U.S. or conducting studies outside of the U.S. featured in U.S. academic publications confirm that a relevant geographic market for TAVR-AR innovation limited to the United States or even limited to innovations undertaking clinical trials within the United States is overly narrow. For example, a 2023 publication in the *JACC: Cardiovascular Interventions* describes the "Pioneer system (KOKA Lifesciences) [as] a self-expanding pericardial TAVR system designed specifically for the treatment of patients with pure AR. … The present first-in-human study suggests that the implantation of this novel TAVR system is feasible and safe. … Recently, early experience with the modified transfemoral JenaValve and J-Valve were reported, and currently, premarket clinical trials are being conducted."[215] KOKA Lifesciences is a Chinese company (**Exhibit 27**). Similarly, studies published in 2025 in the *Journal of Clinical Medicine* and the *Journal of Personalized Medicine* describe Cuspa Medical's Cusper TAVR-AR repair device alongside

[redacted]

[215] Lulu Liu et al., "A Novel Designed TAVR System for Pure Aortic Regurgitation: First-in-Human Experience," *JACC: Cardiovascular Interventions* 16(21): 2690-2691, 2023.

Trilogy and/or J-Valve.[216,217] Cuspa Medical is an Israeli company (**Exhibit 27**). Studies published in the *JACC: Cardiovascular Interventions* introduce the Hanchor Valve as a "balloon-expandable transcatheter heart valve with an anchor element designed for PNAR," and compare it with Trilogy and J-Valve.[218] Similarly, earlier 2021 and 2022 studies published in the *Journal of the American College of Cardiology* and in the *Frontiers in Cardiovascular Medicine* journal reference Strait Access Technologies' ("SAT") Balloon-Expandable TAVR device alongside Trilogy and/or J-Valve.[219] SAT is a South African company (**Exhibit 27**). **Exhibit 25** provides a summary of academic publications available on PubMed,[220] the U.S. National Institutes of Health's National Library of Medicine database of biomedical and life science journals and books, describing research on TAVR-AR devices from innovators around the world. This shows that U.S. medical professionals follow worldwide medical device innovations and that medical device innovators worldwide seek the attention of U.S. medical professionals.

[216] Omar Sheikh et al., "Innovations in TAVR: The Latest in Device Technology," *Journal of Clinical Medicine* 14(14): 4906–4919, 2025.

[217] Vasiliki Androutsopoulou et al., "Individualized Selection of Valve Intervention Strategies in Aortic Disease is Key for Better Outcomes," *Journal of Personalized Medicine* 15(8): 337-354, 2025.

[218] Wenzhi Pan et al., "Early Results of Multicenter Trial of a Novel Balloon-Expandable Valve With Anchor for Aortic Regurgitation," *JACC: Cardiovascular Interventions* 18(6): 752-764, 2025.

[219] Peter Zilla et al., "TAVR for Patients with Rheumatic Heart Disease: Opening the Door for the Many?," *Journal of the American College of Cardiology* 77(14): 1714-1716, 2021. Harish Appa et al., "The Technological Basis of a Balloon-Expandable TAVR System: Non-occlusive Deployment, Anchorage in the Absence of Calcification and Polymer Leaflets," *Frontiers in Cardiovascular Medicine* 9:791949, 2022.

[220] "PubMed," *National Institutes of Health*, accessed October 15, 2025, https://pubmed.ncbi.nlm.nih.gov/ ("PubMed® comprises more than 39 million citations for biomedical literature from MEDLINE, life science journals, and online books.").

## Exhibit 25
## Scientific Articles Mentioning TAVR-AR Products Other than J-Valve and Trilogy[221]

| | *Product* (Company) | | | |
|---|---|---|---|---|
| **Publication** | ***Cusper*** **(Cuspa Medical)** | ***Hanchor Valve*** **(INT Medical/Healing Medical)** | ***Pioneer Valve*** **(KOKA Lifesciences)** | ***Balloon-Expandable TAVR Stent*** **(SAT)** |
| Scherman et al., "Transcatheter valve with a hollow ballon for aortic valve insufficiency," *Multimedia Manual of Cardio-Thoracic Surgery* , 2018. | | | | ✓ |
| Scherman et al., "Preclinical evaluation of a transcatheter aortic valve replacement system for patients with rheumatic heart disease," *EuroIntervention* , Vol. 15, No. 11, 2018, pp. e975–982. | | | | ✓ |
| Zilla et al., "TAVR for Patients with Rheumatic Heart Disease: Opening the Door for Many?," *Journal of the American College of Cardiology* , Vol. 77, No. 14, 2021, pp. 1714–16. | | | | ✓ |
| Appa et al., "The Technological Basis of a Balloon-Expandable TAVR System: Non-occlusive Deployment, Anchorage in the Absence of Calcification and Polymer Leaflets," *Frontiers in Cardiovascular Medicine* , Vol. 18, No. 2, 2022, pp. e179–e180. | | | | ✓ |
| Feld et al., "Transcatheter aortic valve repair for aortic regurgitation with the Cusper device," *EuroIntervention* , Vol. 15, No. 7, 2022, pp. 1–19. | ✓ | | | |
| Liu et al., "A Novel Designed TAVR System for Pure Aortic Regurgitation: First-in-Human Experience," *JACC: Cardiovascular Interventions* , Vol. 16, No. 21, 2023, pp. 2690–91. | | | ✓ | |
| Wang, Lihan, "TCT 878 A Next-Generation Transcatheter Heart Valve Used for Aortic Regurgitation," *Journal of the American College of Cardiology* , Vol. 84, No. 18 Supplement, 2024, p. B360. | | ✓ | | |
| Pan et al., "Early Results of Multicenter Trial of a Novel Balloon-Expandable Valve With Anchor for Aortic Regurgitation," *JACC: Cardiovascular Interventions* , Vol. 18, No. 6, 2025, pp. 752–764. | | ✓ | | |
| Adam, Matti, Hendrik Wienemann, "Transcatheter Aortic Valve Replacement for Pure Aortic Regurgitation: Expanding Interventional Options," *JACC: Cardiovascular Interventions* , Vol. 18, No. 6, 2025, pp. 765–66. | | ✓ | | |
| Sheikh et al., "Innovations in TAVR: The Latest in Device Technology," *Journal of Clinical Medicine* , Vol. 14, No. 14, 2025, pp. 4906–919. | ✓ | ✓ | | |
| Androutsopoulou et al., "Individualized Selection of Valve Intervention Strategies in Aortic Disease is Key for Better Outcomes," *Journal of Personalized Medicine* , Vol. 15, No. 8, 2025, pp. 337–354. | ✓ | | | |
| Guddeti et al., "Transcatheter Aortic Valve Replacement for Treating Native Aortic Regurgitation: Ready for Prime Time?," *Structural Heart* , Pre-Print, 2025. | | ✓ | | |

99. Professional conference proceedings are also consistent with a relevant market limited to the United States as overly narrow. For example, at the Transcatheter Cardiovascular Therapeutics ("TCT") conference in October 2023, presentations included Healing Medical's

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

Hanchor Valve as well as Trilogy and J-Valve.[222] Similarly, at the Cardiovascular Research Technologies ("CRT") conference in March 2024, presentations included Cuspa Medical's Cusper and Laguna Tech's ALPHA and ZETA Valves as well as Trilogy and J-Valve.[223] Laguna Tech is a U.S.-based company conducting trials outside of the United States (**Exhibit 28**).[224] Similarly, in October 2024, Laguna Tech's ZETA Valve, Cusper, Hanchor Valve, Trilogy, and J-Valve were all presented at the TCT conference.[225] And at the New York Valves: Structural Heart Summit in June 2025, Cuspa, Trilogy, and J-Valve were TAVR-AR innovations

---

[222] Wenzhi Pan, "A Novel Transfemoral Aortic Valve Replacement System (Hanchor Valve) for Pure Native Aortic Regurgitation (PNAR)," *Transcatheter Cardiovascular Therapeutics (TCT)*, October 24, 2023, https://www.crfconnect.com/episode/a-novel-transfemoral-aortic-valve-replacement-system-hanchor-valve-for-pure-native-aortic-regurgitation-pnar-1654; Vinod H. Thourani, "ALIGN-AR Trial: Initial Outcomes of the JenaValve Trilogy Transcatheter Aortic Valve Replacement in High Risk Patients With Symptomatic Severe Native Aortic Regurgitation," *TCT*, October 24, 2023, https://www.crfconnect.com/episode/align-ar-trial-initial-outcomes-of-the-jenavalve-trilogy-transcatheter-aortic-valve-replacement-in-high-risk-patients-with-symptomatic-severe-native-aortic-regurgitation-1693; Michael J. Reardon, "China Experiences with J-Valve TAVR for Both Aortic Regurgitation and Stenosis," *TCT*, October 23, 2023, https://www.crfconnect.com/episode/china-experiences-with-j-valve-tavr-for-both-aortic-regurgitation-and-stenosis-1565.

[223] "CRT 2024 Agendas – Full Schedule," *Cardiovascular Research Technologies (CRT) 2024*, accessed October 15, 2025, https://crt2024.eventscribe.net/agenda.asp?pfp=BrowsebyDay; Ilan Merdler et al., "Review of late-breaking clinical trials from Cardiovascular Research Technologies (CRT) 2024," *Cardiovascular Revascularization Medicine* 65(S):1-13, 2024.

[224] [redacted]

[225] D. Scott Lim, "Early Experience with the LagunaTech Balloon-Expandable TAVR for Non-Calcific Regurgitation and Calcific Stenosis – Consistent Landing Height with a Short-Framed Valve ," *TCT*, October 29, 2024, https://www.tctmd.com/slide/early-experience-lagunatech-balloon-expandable-tavr-non-calcific-regurgitation-and-calcific; Yair Feld, "Transcatheter Aortic Valve Repair for Aortic Insufficiency Using the Cusper Device," *TCT*, October 29, 2024, https://www.tctmd.com/slide/transcatheter-aortic-valve-repair-aortic-insufficiency-using-cusper-device; Wenzhi Pan, "Early Results of Multi-Center Trial of a Novel Balloon-Expandable Valve with Anchor (Hanchor) for Aortic Regurgitation," *TCT*, October 29, 2024, https://www.tctmd.com/slide/early-results-multi-center-trial-novel-balloon-expandable-valve-anchor-hanchor-aortic; Torsten P. Vahl, "The ALIGN-AR Trial: Two-Year Outcomes of Transcatheter Aortic Valve Replacement With JenaValve TrilogyTM in High Surgical Risk Patients With Moderate-to-Severe or Severe Native Aortic Regurgitation," *TCT*, October 29, 2024, https://www.tctmd.com/slide/align-ar-trial-two-year-outcomes-transcatheter-aortic-valve-replacement-jenavalve-trilogytm; Santiago Garcia, "Experience With J-Valve – Technology, Case Examples, and Clinical Trials," *TCT*, October 28, 2024, https://www.tctmd.com/slide/experience-j-valve-technology-case-examples-and-clinical-trials.

discussed as part of planned session presentation materials.[226] And most recently, as I discuss in Section 4.4.1, the October 2025 TCT conference in San Francisco, California has a session devoted to "Dedicated TAVR Systems for Aortic Regurgitation" featuring side-by-side presentations by Peijia Medical (TaurusNXT), Edwards (J-Valve), INT Medical/Hanling Medical (Hanchor Valve), and Jenscare (Ken-Valve).

100. **Exhibit 26** provides a summary of professional conferences describing research on TAVR-AR devices from innovators around the world. This shows that U.S. medical professionals follow worldwide medical device innovations and that medical device innovators worldwide seek the attention of U.S. medical professionals.

**Exhibit 26**
**Scientific Conferences Mentioning TAVR-AR Products Other than J-Valve and Trilogy[227]**

| | *Product* (Company) | | | | |
|---|---|---|---|---|---|
| **Event** | ***ALPHA Valve*** **(Laguna Tech USA)** | ***Cusper*** **(Cuspa Medical)** | ***Hanchor Valve*** **(INT Medical/ Healing Medical)** | ***Ken-Valve*** **(Jenscare Scientific)** | ***ZETA Valve*** **(Laguna Tech USA)** |
| Transcatheter Cardiovascular Therapeutics (San Francisco, October 2023) | | | ✓ | | |
| Cardiovascular Research Technologies (Washington, D.C., March 2024) | ✓ | ✓ | | | ✓ |
| New York Valves: Structural Heart Summit (New York, June 2024) | | ✓ | | | |
| Transcatheter Cardiovascular Therapeutics (Washington, D.C., October 2024) | | ✓ | ✓ | | ✓ |
| New York Valves: Structural Heart Summit (New York, June 2025) | | ✓ | | | |
| Transcatheter Cardiovascular Therapeutics (San Francisco, October 2025) | | | ✓ | ✓ | |

[226] "Program Guide," *New York Valves 2025*, accessed October 15, 2025, https://www.nyvalvesconference.com/program-guide.

[227] *See* backup materials. Analysis includes TAVR-AR devices other than Trilogy and J-Valve that were presented at U.S.-based conferences.

#### 4.4.4 TAVR-AR Devices Are Developed for Potential Sale Worldwide

101. I explain in this section that the relevant geographic market for TAVR-AR innovation is broader than the United States, in part, because JenaValve's and Edwards' TAVR-AR devices under development, which embody innovative activity, are anticipated to be sold in many countries around the world, not just within the United States. Indeed, today, the same JenaValve Trilogy device that JenaValve is currently seeking FDA approval to sell in the United States is being sold in Europe under the CE mark that JenaValve obtained in 2021[228] (see Section 2.1) and in the greater China region.[229] Moreover, as part of innovation development of the Trilogy device, JenaValve's first-in-human ("FIH") trial for Trilogy use as a TAVR-AR device was performed at the University Heart Center in Hamburg, Germany not in the United States.[230,231]

[228] "JenaValve Technology Receives CE Mark for its Trilogy™ TAVI System for the Treatment of Aortic Regurgitation and Aortic Stenosis," *JenaValve Technology*, May 25, 2021, https://jenavalve.com/jenavalve-receives-ce-mark/.

[229] Trilogy is commercialized in the greater China region by Peijia Medical. "JenaValve Announces Strategic Investment and Licensing Agreement with Peijia Medical Limited," *JenaValve Technology*, January 18, 2022, https://jenavalve.com/agreement-w-peijia-medical-ltd/.

[230] Ulrich Schäfer et al., "First-in-human implantation of a novel transfemoral selfexpanding transcatheter heart valve to treat pure aortic regurgitation," *EuroIntervention* 13(11): 1296-1299, 2017.

[231] Firms in the TAVR space conduct clinical trials worldwide. For example, Edwards and Laguna Tech, both based in the United States, conduct clinical trials outside of the United States. For example, one of Edwards' clinical trials for SAPIEN involved 250 patients across Europe and Canada. "Safety and Performance Study of the Edwards SAPIEN 3 Transcatheter Heart Valve/ The SAPIEN 3 Study (SAPIEN3)," *ClinicalTrials.gov*, accessed October 21, 2025, https://clinicaltrials.gov/study/NCT01808287. Laguna Tech's first-in-human clinical trial for its ZETA valve took place in Chile. "Laguna Tech USA Announces Site Record Number of Transcatheter Heart Valves Implanted at Single Center on Same Day in First-in-Human Clinical Trial," *Laguna Tech*, January 3, 2024, https://www.globenewswire.com/news-release/2024/01/03/2803228/0/en/Laguna-Tech-USA-Announces-Site-Record-Number-of-Transcatheter-Heart-Valves-Implanted-at-Single-Center-on-Same-Day-in-First-in-Human-Clinical-Trial.html. Laguna Tech's feasibility trial for its ALPHA valve was conducted in Tbilisi, Georgia. "Laguna Tech USA Begins FIH Trial of Alpha TAVR System," *Laguna Tech*, June 21, 2023, https://lagunatechmed.com/laguna-tech-usa-begins-fih-trial-of-alpha-tavr-system/.

102. Edwards' valuation models for each of JC Medical[232] and JenaValve[233] incorporate line items that confirm the same TAVR-AR device incorporating the same innovative activity is anticipated to be sold commercially in the United States as well as in Europe. Each of these valuation models incorporate line items for potential future commercial sales and profits in the United States and line items for potential future sales and profits from countries outside the United States.

103. Innovation competition for TAVR-AR from competitors outside of the United States benefits consumers in the United States because innovations that are the result of innovation competition in geographic regions other than the United States are embedded within the TAVR-AR solutions that may become FDA-approved, commercially available devices used on patients located within the United States.

4.4.5 Many Innovators Have Competitive TAVR-AR Device Innovations

104. Just as JenaValve followed innovations from J-Valve prior to J-Valve starting a U.S. pivotal trial (see Section 4.4.2), JenaValve and Edwards follow TAVR-AR innovations worldwide irrespective of their clinical trial status in the United States. Indeed, as I show in **Appendix 3**, the October 2025 Transcatheter Cardiovascular Therapeutic conference in San Francisco, California has a session devoted to "Dedicated TAVR Systems for Aortic Regurgitation" featuring side-by-side presentations by Peijia Medical (TaurusNXT), Edwards (J-Valve), INT Medical/Hanling Medical (Hanchor Valve), and Jenscare (Ken-Valve). While J-Valve will be discussed neck and neck with Hanchor Valve and Ken-Valve during this

[232] EW-FTC-10431808.
[233] EW-FTC-10431853.

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

conference session, Dr. Wilson (incorrectly) excludes INT Medical/Hanling Medical (Hanchor Valve) and Jenscare (Ken-Valve) from his relevant market.

105. There are a large number of competitors innovating to develop a TAVR-AR device, including Laguna Tech's ALPHA and ZETA valves, Healing Medical's Hanchor Valve, Cuspa Medical's Cusper device, KOKA Lifesciences's Pioneer device, SAT's Balloon-Expandable TAVR Stent, and Jenscare's Ken-Valve.[234] As shown in **Exhibit 27,** in addition to JenaValve's Trilogy and Edwards' J-Valve, there are at least ten additional TAVR-AR devices under development. Six of these ten, have undertaken first in human trials, and one device, as shown in **Exhibit 28**, Jenscare's Ken-Valve, is commercially available in China.

**Exhibit 27**
**Worldwide TAVR-AR R&D Products**[235]

| Company | Product | Country | Tested on Humans for Treatment of AR? | Transfemoral |
|---|---|---|---|---|
| JenaValve Technology | Trilogy | United States | ✓ | ✓ |
| JC Medical | J-Valve | United States | ✓ | ✓ |
| Cuspa Medical | Cusper | Israel | | ✓ |
| INT Medical/Healing Medical | Hanchor Valve | China | ✓ | ✓ |
| Jenscare Scientific | KenFlex | China | | ✓ |
| Jenscare Scientific | Ken-Valve | China | ✓ | |
| KOKA Lifesciences | Pioneer Valve | China | ✓ | ✓ |
| Laguna Tech USA | ALPHA Valve | United States | ✓ | ✓ |
| Laguna Tech USA | ZETA Valve | United States | ✓ | ✓ |
| Strait Access Technologies | Balloon-Expandable TAVR Stent | South Africa | | ✓ |
| Venus Medtech | AR Valve | China | | ✓ |
| Vickor Medical | DOCS VALVE | China | ✓ | ✓ |

106. **Exhibit 28** shows each of these ten third-party TAVR-AR innovators have reached innovation milestones ranging from first-in-human implantations to feasibility studies to pivotal

[234] Jenscare recently posted job openings for clinical projects positions in the United States with job requirements including "experience in CE or FDA clinical project management." "Careers," *Jenscare*, accessed October 19, 2025, https://en.jenscare.com/talent/396.html. *See also* EW-FTC-10108449 at -461 (indicating "Entry Anticipated" in the U.S. for Ken-Valve).

[235] *See* backup materials. List based on the record evidence in this matter and publicly available information.

trials. Medical device innovation often begins with prototype design and pre-clinical testing to establish safety and efficacy *in vitro* and *in vivo*.[236] For Class III medical devices, such as TAVR-AR devices, innovators demonstrate safety and efficacy through first-in-human procedures and EFSs that assess basic safety, functionality, and performance in a small patient cohort.[237] If the innovator is successful in those two phases, the device advances to a pivotal trial, enrolling patients to generate clinical data on safety and effectiveness over time.

[236] "5 Stages of Medical Device Development," *PremierResearch*, March 1, 2024, https://premier-research.com/perspectives/5-stages-of-medical-device-development/ ("2. Preclinical Research. At this stage, a device undergoes prototyping not yet for human use. These prototypes are then tested in controlled laboratory settings using in vitro and in vivo methods. From these tests, preliminary data regarding the device's safety and performance are gathered.").

[237] *See* "Investigational Device Exemptions (IDEs) for Early Feasibility Medical Device Clinical Studies, Including Certain First in Human (FIH) Studies. Guidance for Industry and Food and Drug Administration Staff," *FDA*, October 1, 2013, https://www.fda.gov/media/81784/download?attachment.

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

**Exhibit 28**
**Innovation Pipeline and Milestones for Worldwide TAVR-AR R&D Products**[238]

| Product | *In Vivo* Testing | First-in-Human Implantation | Feasibility Study | Pivotal Trial | Application for Approval | Pre-Market Approval | Commercialization |
|---|---|---|---|---|---|---|---|
| Trilogy | | 2017 (Germany) | | 2023 (U.S.) | 2025 (U.S.) | 2021 (EU) | 2021 (EU) |
| J-Valve | | 2018 (Canada) 2019 (U.S.) | 2024 (U.S.) | 2024 (U.S.)* | | | |
| Cusper | 2022 (Israel) | | | | | | |
| Hanchor Valve | | | | 2023 (China) | | | |
| KenFlex** | | | | | | | |
| Ken-Valve | | 2018 (China) | 2021 (China) | 2023 (China) | 2023 (China) | 2025 (China) | 2025 (China) |
| Pioneer Valve | | 2023 (China) | 2023 (China) | | | | |
| ALPHA Valve | | 2023 (Georgia) | 2023 (Georgia) | | | | |
| ZETA Valve | | 2023 (Chile) | 2024 (Chile) | | | | |
| Balloon-Expandable TAVR Stent | 2018 (South Africa) | | | | | | |
| AR Valve | 2023 (China) | | | | | | |
| DOCS VALVE | | | | 2024 (China)* | | | |

107. The U.S Government *ClinicalTrials.gov* website, which provides information on clinical trials, is also consistent with Dr. Wilson creating an artificial geographic boundary for innovation around the United States. In particular, consistent with innovations worldwide being relevant to innovators and researchers, *ClinicalTrials.gov* identifies medical device clinical

[238] *See* backup materials. The years indicated in the table reflect the time of completion for each milestone, except for ongoing milestones, for which the known start date is recorded. If a company engages in multiple iterations of a milestone, the time of completion for the first iteration is recorded. Milestones marked by * are ongoing. ** KenFlex, Jenscare's next-generation TAVR system, is in the pre-clinical stage. J-Valve milestones pertain only to the device's transfemoral version.

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

trials taking place outside of the United States (e.g., MicroPort VitaFlow Liberty System clinical trial in China – clinical trial number NCT06818084).[239] This is also supported by the FDA's May 2024 letter to JC Medical explaining, in part, that clinical trial research may be conducted at both domestic and international investigational sites.[240]

108. As detailed in **Appendix 4**, the documents and testimony that I have seen in this matter demonstrate that sources of innovation competition for TAVR-AR include sources that are outside the United States.

I declare under penalty of perjury that the foregoing is true and correct.

_________________________ October 23, 2025

[239] "TReanscAtheter TreatMent of PurE Aortic Regurgitation with VitaFlow Liberty System (TRAMPERS)," *ClinicalTrials.gov*, accessed October 17, 2025, https://www.clinicaltrials.gov/study/NCT06818084.

[240] EW-FTC-10864775 at -776 (May 2024 FDA's letter to JC Medical confirming FDA approval to initiate the JOURNEY trial, outlining conditions and limitations for enrollment, and providing recommendations on study design, and future marketing considerations.). *See also* "Acceptance of Clinical Data to Support Medical Device Applications and Submissions Frequently Asked Questions. Guidance for Industry and Food and Drug Administration Staff," *FDA*, February 21, 2018, https://www.fda.gov/media/111346/download.

# Appendix 1:
## Curriculum Vitae of Elizabeth M. Bailey

**Elizabeth M. Bailey**
Vice President

PhD, Economics
Massachusetts Institute of Technology

BA, Economics and Mathematics,
Colgate University

Dr. Elizabeth Bailey is a vice president at Charles River Associates with over 20 years of experience in antitrust and competition matters. She is an expert on antitrust, competition policy, and intellectual property issues across a wide variety of industries.

She has advised clients on M&A proceedings before antitrust regulators in the US, Canada, and Europe. Her extensive industry expertise includes retail, packaged consumer goods, healthcare and medical devices, information and data technology, oil and gas, wholesale and retail electricity, among many others.

Dr. Bailey is recognized as a Global Elite Thought Leader by Who's Who Legal, described as "a market leader who 'can gain the trust of c-suite and board-level clients'," an economist that can 'get deals over the line,'" and an "economist who sits among the best in the market." She is "'an absolute go-to for retail mergers' thanks to her 'efficient econometric analysis and strong client-oriented approach.'"

Outside of her consulting practice, Dr. Bailey has taught advanced corporate finance to executives at The Wharton School. She has also been a lecturer in the Finance Group at the Haas School of Business at the University of California, Berkeley, and was an award-winning teacher at the W.P. Carey School of Business at Arizona State University.

Dr. Bailey is frequently invited to speak about issues relating to antitrust and has published many articles on the topic. She was the Editorial Board Economics Vice Chair of the *Antitrust Law Journal* and has edited other ABA antitrust publications, including the *Antitrust Magazine*, and *The Antitrust Source*. She has also published articles in the *American Economic Review*, *The Journal of Industrial Organization*, *Managing IP*, and *The Electricity Journal*, among others.

## Publications

### Antitrust

"Gender Diversity in Experts: A Reply to and Extension of Rafkin and Kuykendall." *Antitrust Magazine Online*, 2021.

"Top 10 Antitrust Issues in CPG Mergers." With Alexis James Gilman. *Retail Leader*, 2019.

"Assessing Antitrust Risk in Retail Mergers." With Alexis James Gilman. *Thomson Reuters Practical Law (Practical Note)*, 2019.

"Behavioral Firms: Does Antitrust Economics Need a Theoretical Update?" *CPI Antitrust Chronicle*, 2019.

"A Modern Approach to M&A." With Alexis James Gilman. *Retail Leader*, 2018.

"Throw Me a Lifeline! Regression Analysis Explained for Antitrust Practitioners." *Antitrust Source*, vol. 17, no. 6, 2018.

"Improving Merger Analysis with Randomized Control Trials." *Competition Law 360*, 2016.

"Behavioral Economics and U.S. Antitrust Policy." *Journal of Industrial Organization*, vol. 47, no. 3, 2015.

"Nancy Rose, New Deputy Assistant Attorney General for Economics." With Tracy Orcholski. *Antitrust Source*, vol. 14, no. 1, 2014.

"Non-Spock Economics in Antitrust." *Competition Law 360*, 2011.

"Anticipating Merger Guidelines from Mexico's Commission on Competition." With A. Ros. *International Antitrust Bulletin* (American Bar Association, Section of Antitrust Law, International Committee Newsletter), vol. 4, 2010.

"Comments on the Canadian Merger Enforcement Guidelines." With G. Steven Olley. Submitted to the Canadian Competition Bureau in response to public comments requested on revisions to the September 2004 Merger Enforcement Guidelines, 2010.

"Unilateral Competitive Effects of Mergers Between Firms with High Profit Margins." With G. Leonard and L. Wu. *Antitrust Magazine*, vol. 25, no. 1, 2010.

"Behavioral Economics: Implications for Antitrust Practitioners." *Antitrust Source*, vol. 9, no. 5, 2010.

"Comments on the 2010 Proposed Horizontal Merger Guidelines." With Gregory K. Leonard and Lawrence Wu. Submitted in response to the U.S. Department of Justice and Federal Trade Commission Horizontal Merger Guidelines Revision Project (Project No. P092900), 2010.

"Minimum Resale Price Maintenance: Some Empirical Evidence from Maryland." With Gregory K. Leonard. *The B.E. Journal of Economic Analysis & Policy* (Contributions), vol. 10, no. 1, 2010.

"Merger Screens: Market Share-Based Approaches Versus 'Upward Pricing Pressure'." With Gregory K. Leonard. G. Steven Olley and Lawrence Wu, *Antitrust Source*, vol. 9, no. 3, 2010.

"Are Private Equity Consortia Anticompetitive? The Economics of Club Bidding." *Antitrust Source*, vol. 6, no. 4, 2007.

"A Shopping List for Assessing the Competitive Effects of Retail Chain Mergers." With T. Daniel and R. Rubinovitz. *Antitrust Magazine*, vol. 20, no. 1, 2005.

## Energy

"Energy Efficiency Needs More Research." With Chris Knittel and Catherine Wolfram. *USA Today*, 2013.

"Economists' Comments in Response to Assigned Commissioner's November 13, 2012 Scoping Memo and Ruling Amending Scope of Proceeding." With Severin Borenstein and Catherine Wolfram, before the California Public Utility Commission, 2012.

"Cap and Trade Should Look to Broader Goals." With Frank Wolak. *Sacramento Bee*, 2012.

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

"A Whole Different Kind of Innovation." With Catherine Wolfram. *Wall Street Journal*, 2012.

"The FTC's Report on Gasoline Price Manipulation and Post-Katrina Gasoline Price Increases: Some Comments." *Antitrust Source*, vol. 6, no. 1, 2006.

"The Oil Industry Controversy: It's Not the Assumptions You Make, But What You Make of Them." *The Threshold* (American Bar Association. Section of Antitrust Law, Mergers and Acquisitions Newsletter), vol. 5, no. 2, 2005.

*Markets for Clean Air: The U.S. Acid Rain Program*. With R. Schmalensee, A.D. Ellerman, P. Joskow, and J.P. Montero. Cambridge University Press. June 2000.

"Summary Evaluation of the U.S. Sulfur Dioxide Emissions Trading Program as Implemented in 1995." With R. Schmalensee. A.D. Ellerman, P. Joskow, and J.P. Montero. In *Pollution for Sale: Emissions Trading and Joint Implementation*, edited by Steve Sorrell and Jim Skea. Edward Elgar Publishing, 1999.

"The Market for Sulfur Dioxide Emissions." With P. Joskow and R. Schmalensee. *American Economic Review*, vol. 88, no. 4, 1998.

"An Interim Evaluation of Sulfur Dioxide Emissions Trading." With R. Schmalensee. A.D. Ellerman, P. Joskow, and J.P. Montero, *Journal of Economic Perspectives*, vol. 12, no. 3, 1998.

"Electricity Markets in the Western United States." *Electricity Journal*, vol. 11, no. 6, 1998.

"Allowance Trading and State Regulatory Rulings: Evidence from the U.S. Acid Rain Program." Massachusetts Institute of Technology Center for Energy and Environmental Policy Research Working Paper 98-005, 1998.

"Inter-temporal Pricing of Sulfur Dioxide Allowances." Massachusetts Institute of Technology Center for Energy and Environmental Policy Research Working Paper 98-006, 1998.

### Intellectual property

"Apportionment Treats the Symptom, Not the Disease." With G. Leonard and M. Lopez. *Law 360*, 2011.

"Making Sense of 'Apportionment' in Patent Damages." With G. Leonard and M. Lopez. *Columbia Science and Technology Law Review*, vol. 12, 2011.

"Three Cases Reshaping Patent Licensing Practice." With Alan Cox and Gregory K. Leonard. *Managing Intellectual Property*, 2010. A condensed version was reprinted in *Commercial Dispute Resolution*, 2010.

## Selected Presentations

### Antitrust

Panelist, New York State Bar Association, "Taking Aim at Vertical Mergers - A Twin or King-Sized Problem?" 2025 (Virtual).

Panelist, ABA Antitrust Section Spring Meetings, "Has Competition in the U.S. Been Declining," 2025 (Washington DC).

Panelist, GCR Law Leaders Global, "Mergers: Trend Towards Consolidation and Serial Acquisitions: When Are Many Acquisitions Too Many?," 2025 (Miami).

Panelist, ABA Antitrust Section Women's Roundtable, "One Year into the 'New' Merger Guidelines," 2025 (New York City).

Panelist, ABA Antitrust Section Fall Forum, "Are Merger Efficiencies Over-Promised and Under-Delivered," 2024 (Washington DC).

Panelist, GCR Women in Antitrust, "Expanding Merger Control Tools for Non-Traditional Deals and Non-Traditional Theories of Harm," 2024 (Washington DC).

Plenary Session Speaker, ABA Antitrust Section Masters Course, Philadephia, Pennsylvania, 2024.

Panelist, GCR Law Leaders Global, "Mergers: Evolution or Revolution in Evidentiary Trends," 2024 (Miami).

Panelist, Association of General Counsel, "Antitrust in the Biden Administration," Washington DC, 2023.

Speaker, ABA Antitrust Section Judicial Antitrust Law and Economics Institute for Federal Judges, "Antitrust and Intellectual Property," University of Chicago Law School, Chicago, Illinois, 2023.

Panelist, GCR Law Leaders Global, "Mergers: The structural presumption: A path to predicted outcomes or to nowhere at all?" 2023 (Miami).

Panelist, Fourth Annual George Washington University Competition Law Center and Crowell & Moring Antitrust and Tech Conference, "Lessons Learned from Agency Merger Challenges and Policy Developments," 2022 (Virtual Zoom).

Plenary Session Speaker, ABA Antitrust Section Masters Course, Philadephia, Pennsylvania, 2022.

Panelist, GCR Live: Global Merger Control 2022, "Back to the Future: Does There Remain a Role for Economics in Merger Review" 2022 (Brussels, Belgium).

Panelist, "Economic Storytelling with NPR's Planet Money," 2022 ABA Antitrust Law Spring Meetings, April 2022 (Washington DC).

Panelist, Global Antitrust Institute: George Mason Law Review 25th Annual Antitrust Symposium, "Proposals to Change the Antitrust Laws," 2022 (Virtual Zoom).

Panelist, GCR Law Leaders Global, "Mergers: Risk Allocation, Review Strategy and Deal Disputes," 2022 (Virtual Zoom/Miami).

Panelist, Third Annual George Washington University Competition Law Center and Crowell & Moring Antitrust and Tech Conference, "Ignited by Tech: The Next Wave of Merger Guidelines," 2021 (Virtual Zoom).

Panelist, GCR Live Women in Antitrust, "What Role Does Competition Policy Have in Achieving Sustainable Economic Development?," Washington DC and Virtual Zoom, 2021.

Panelist, "Expert Depositions: Just the Facts Ma'am," 2021 ABA Antitrust Law Section Mock Deposition Series, 2021.

Panelist, "Fundamentals—Economics," 2021 ABA Antitrust Law Spring Meetings, 2021.

Panelist, "Dissecting the FTC v. Peabody/Arch Coal Merger Challenge," ABA Antirust Law Section (Transportation & Energy Industries Committee), 2020.

Panelist, "Vertical, Conglomerate, National Champion and Killer Acquisitions: Has Merger Review Abandoned the Chicago School?" Canadian Bar Association Competition Law Fall Conference, 2019.

Panelist, “Antitrust Lawyer and Economist Best Practices,” Women@CompetitionAmericas, 2019.

Speaker, “Mergers: Practical Considerations for In-house Counsel,” Antitrust Texas – KNect365, 2019.

Speaker, The Women’s Antitrust Forum, “Vertical Merger Enforcement Trends,” 2019, Washington DC.

Speaker, ABA Brown Bag, “Engaging an Economist on a Merger: Fundamentals of Antitrust Economics Series” (Economics Committee), 2019.

Speaker/Defendant Expert, 2019 ABA Antitrust Law Spring Meetings, “Mock No-Poach Trial” (Trial Practice Committee), 2019, Washington DC.

Panelist, GCR Live Second Annual Women in Antitrust, “Non-Horizontal Mergers,” Washington DC, 2018.

Faculty, ABA Antitrust Law Section Merger Practice Workshop in San Francisco, 2018.

Speaker, ABA Antitrust Section Judicial Antitrust Law and Economics Institute for Judges, “Antitrust and Intellectual Property,” Boalt Law School at UC Berkeley, Berkeley, California, 2018.

Plenary Session Speaker, ABA Antitrust Section Masters Course, Cambridge, Maryland, 2018.

Speaker, 2018 ABA Antitrust Law Spring Meetings, “Antitrust/Intellectual Property: The Basics,” Washington DC, 2018.

Speaker, 2017 Antitrust Judicial Law & Economics Institute for Judges, “Law and Economics of Horizontal Restraints,” Chicago, 2017.

Speaker, 2017 Antitrust Judicial Law & Economics Institute for Judges, “Market Definition, Market Power, and Competitive Effects,” Chicago, 2017.

Faculty, ABA Antitrust Law Section Merger Practice Workshop in Washington DC, 2017.

Panelist, Eighth Annual Federal Trade Commission Microeconomic Conference, Washington DC, 2015.

Speaker, “The Big Swap: Financial Derivatives Agreements and Alleged Anticompetitive Conduct in US v. KeySpan,” 10th Annual Harvard Law Seminar: Current Developments in EU and US Antitrust Law. Cambridge, Massachusetts, 2011.

Speaker, "Predatory Pricing Conduct," Antitrust Law & Economics Institute for Judges sponsored by the American Bar Association Section of Antitrust Law and the George Mason Judicial Education Program, Arlington, Virginia, 2011.

Panelist, “The Proper Role of Economic Experts" Antitrust Law & Economics Institute for Judges sponsored by the American Bar Association Section of Antitrust Law and the George Mason Judicial Education Program, Arlington, Virginia, 2011.

## Energy

Speaker, “California Greenhouse Gas Cap and Trade Program: The First Six Months,” Power Association of Northern California 2013 Annual Seminar. San Francisco, California, 2013.

Panelist, “Panel 2: Benefits of an Energy Data Center to Ratepayers and CA Energy Policy“ as part of the Energy Data Access Workshop (Rulemaking 08-12-009), California Public Utility Commission, San Francisco, California, 2013.

Speaker, “The Big Swap: Using Financial Derivatives to Create Anticompetitive Conduct,” 2011. Energy Institute at Haas Energy Camp 2012, Berkeley, California, 2012.

Speaker, "The Big Swap: Financial Derivatives and Alleged Anticompetitive Conduct." In "*U.S. v. KeySpan*, Current Developments in EU & US Antitrust Law," Tenth Annual Harvard Law School Seminar, Cambridge, MA, 2011.

### Intellectual property

Speaker, ABA Antitrust Section Judicial Antitrust Law and Economics Institute for Judges, "Antitrust and Intellectual Property," Boalt Law School at UC Berkeley, Berkeley, California, 2018.

Speaker, 2018 ABA Antitrust Law Spring Meetings, "Antitrust/Intellectual Property: The Basics", Washington DC, 2018.

Panelist, "Economic Damages Experts' Panel," Conference on Patent Damages (PatDam2) at the University of Texas School of Law. Austin, Texas, 2017.

Speaker, "Economic Lessons from the CAFC on Reasonable Royalty Damage Awards," The Knowledge Group Congress Live Webcast Series on "Recent Developments in Patent Infringement Damage Awards," 2010.

Moderator, "New Case Law of Patent Damages: Key Recent Federal Circuit Decisions," Law Seminars International, 2010.

## Professional activities

Board Member, W@CompetitionAmericas.

Editorial Board Economics Vice Chair, *Antitrust Law Journal,* a publication of the American Bar Association's Section of Antitrust Law, 2023–2024.

Economic Editor, Senior Editor, Associate Editor, *Antitrust Law Journal,* a publication of the American Bar Association's Section of Antitrust Law, 2018–2024.

Member, American Bar Association's Section In-House Counsel Task Force, 2023-2024.

Advisory Board Member, American Bar Association's Section of Antitrust Law Women.Connected Committee (formerly the Women's Initiative).

Advisory Board Member, American Bar Association's Section of Antitrust Law Diversity.Advanced Committee.

Associate Editor, *Antitrust Magazine,* a publication of the American Bar Association's Section of Antitrust Law, 2010–2013.

Member, American Bar Association's Section of Antitrust Law and Economic Task Force, 2010–2012.

Editor, *The Antitrust Source,* a publication of the American Bar Association's Section of Antitrust Law, 2006–2010.

Editorial Board, *Issues in Competition Law and Policy*, American Bar Association's Section of Antitrust Law, 2008.

Journal Referee: Cambridge University Press, *Energy Journal*, *Journal of Environmental Economics and Management*, *Journal of Public Economics*, *Journal of Resource and Environmental Economics*, *Land Economics*, *Review of Economics and Statistics*, and *Review of Industrial Organization*

## Honors

GCR *Who's Who Legal: Competition Economists Global Thought Leader 2019-2025*

GCR *Who's Who Legal: Competition Future Leader 2017, 2018*

John W. Teets, Outstanding Graduate Teaching Award, 2006/2007

Featured in *Global Competition Review*'s "Young Economists: The Rising Star of Economics," August/September 2006

Fellowship, Massachusetts Institute for Technology CEEPR, 1997–1998

MIT President's Society Fellows in Environment and Sustainability, 1996–1998

National Science Foundation Graduate Fellowship, 1994–1997

Salutatorian, Colgate University, 1994

Summa Cum Laude, Colgate University, 1994

Phi Beta Kappa, Colgate University, 1994

J. Melbourne Shortliffe Prize for excellence in economics, 1994

## Professional history

2021–Present *Vice President Antitrust & Competition Economics Practice*, Charles River Associates, Oakland, CA

1998–2021 NERA Economic Consulting, Oakland, CA

2013–2021 *Academic Affiliate*

2009–2012 *Vice President*

2006–2009 *Special Consultant*

2003–2006 *Vice President*

2000–2002 *Senior Consultant*

1998–1999 *Consultant*

2015–2020 *Lecturer*, The Wharton School of the University of Pennsylvania, Philadelphia, PA

2012–2016 *Lecturer, Adjunct Professor*, Haas School of Business, University of California, Berkeley, CA

2012–2013 *Executive Director*, Energy Institute at Haas, University of California, Berkeley, CA

2006–2009 *Teacher*, W.P. Carey School of Business, Arizona State University, Tempe, AZ

2009 *Clinical Associate Professor*, Department of Economics

2006–2009 *Clinical Assistant Professor*, Department of Economics

## Expert Reports, Depositions, and Testimony (Last 10 Years)

Testimony as Economic Expert on behalf of Hewlett Packard Enterprise Co. and Juniper Networks, Inc., in *United States of America v. Hewlett Packard Enterprise Co. and Juniper Networks, Inc.*, In the United States District Court for the Northern District of California, San Jose Division, Case No. 5:25-cv-00951-PCP. Expert Report: May 19, 2025; Deposition: June 8, 2025; Surrebuttal Expert Report: June 17, 2025.

Testimony as Economic Expert on behalf of Microsoft Corp. and Activision Blizzard, Inc., *In the Matter of Dante DeMartini, et al.* In the United States District Court for the Northern District of California, San Francisco Division, Case No. 3:22-cv-08991-JSC. Expert Report: January 12, 2024; Deposition: March 25, 2024.

Testimony as Economic Expert on behalf of Microsoft Corp. and Activision Blizzard, Inc. in *Federal Trade Commission v. Microsoft Corp. and Activision Blizzard, Inc.*, In the United States District Court for the Northern District of California, San Francisco Division, Case No. 3:23-cv-02880-JSC. Live Trial Testimony: June 27-28, 2023.

Testimony as Economic Expert on behalf of Microsoft Corp. and Activision Blizzard, Inc., *In the Matter of Microsoft Corp. and Activision Blizzard, Inc, Federal Trade Commission, Office of Administrative Law Judges* (Docket No. 9412). Expert Report: May 26, 2023; Deposition: June 23, 2023.

Testimony as Economic Expert on behalf of ASSA ABLOY AB and Spectrum Brands Holdings, Inc., in *United States of America v. ASSA ABLOY AB and Spectrum Brands Holdings, Inc.*, In the United States District Court for the District of Columbia, Case No. 1:22-cv-02791-ACR (D.C.). Expert Report: March 10, 2023; Reply Expert Report: April 14, 2023; Deposition: April 21, 2023.

Testimony as Economic Expert on behalf of Booz Allen Hamilton Corporation and EverWatch Corporation, in *United States of America v. Booz Allen Hamilton Holding Corporation, et al.*, In the United States District Court for Maryland, Case No. 1:22-cv-01603-CCB (Md.). Expert Report: August 29, 2022; Supplemental Expert Report: September 6, 2022; Deposition: September 7, 2022; Live Trial Testimony: September 16, 2022.

Testimony as Economic Expert on behalf of Arch Resources, Inc. and Peabody Energy Corporation, In the Matter of the *Federal Trade Commission v. Peabody Energy Corporation et al*, In the United States District Court for the Eastern District of Missouri, Case No. 4:20-cv-00317-SEP (E.D. Mo.). Expert Report: May 26, 2020; Rebuttal Report: June 19, 2020; Deposition: June 26, 2020; Live Trial Testimony: July 22, 2020.

Declaration of Elizabeth M. Bailey, in *State of California v. Valero Energy Corporation, Valero Energy Partners LP, and Plains All American Pipeline, L.P.*, Civil Action No. 17-cv-3786 (WHA), United States District Court for the Northern District of California, San Francisco Division, July 31, 2017.

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

# Appendix 2:
## Materials Relied Upon

### Legal Filings and Other Submissions to the Agencies

Complaint, Federal Trade Commission v. Edwards Lifesciences Corporation and JenaValve Technology, Inc, In the United States District Court for the District of Columbia, Case No. 1:25-cv-2569, August 6, 2025

JenaValve's Amended Responses and Objections to FTC's First Set of Interrogatories, September 13, 2025

Letter from Dr. Elizabeth M. Bailey to FTC's Mr. Jay Tymkovich dated June 23, 2025

Letter from Dr. Elizabeth M. Bailey to FTC's Mr. Jay Tymkovich dated July 21, 2025

Letter from Mr. Bruce Hoffman to FTC's Mr. Jordan Andrew dated July 21, 2025

Part 3 Administrative Complaint, Federal Trade Commission v. Edwards Lifesciences Corporation and JenaValve Technology, Inc, Before the Federal Trade Commission, Docket No, 9442, August 6, 2025

Presentation from Dr. Elizabeth M. Bailey to FTC Commissioner Melissa Holyoak's Advisors dated July 31, 2025

Responses of JenaValve Technology, Inc. to the Request for Additional Information and Documentary Material Issued by the Federal Trade Commission on October 10, 2024, April 25, 2025

### Expert Reports

Expert Report and Backup Materials of Aaron Kesselheim, M.D., J.D., Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 12, 2025

Expert Report and Backup Materials of Nathan E. Wilson, Ph.D., Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 12, 2025

### Depositions

Deposition Exhibits and Deposition Testimony of Andrew Walls (Edwards), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, September 30, 2025

Deposition Exhibits and Deposition Testimony of Bernard Zovighian (Edwards, including 30(b)(6)), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 3, 2025

Deposition Exhibits and Deposition Testimony of Blessie Concepcion (Edwards 30(b)(6)), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, September 30, 2025

Deposition Exhibits and Deposition Testimony of Brandon Rice (Piper Sandler), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 3, 2025

Deposition Exhibits and Deposition Testimony of Courtney Darby (JenaValve), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 1, 2025

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

Deposition Exhibits and Deposition Testimony of Dan Dearen (JenaValve Board), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, September 25, 2025

Deposition Exhibits and Deposition Testimony of Daniel Lippis (Edwards, including 30(b)(6)), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 7, 2025

Deposition Exhibits and Deposition Testimony of Daniel Sun (JenaValve), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 2, 2025

Deposition Exhibits and Deposition Testimony of Devin Baerenwald (JenaValve), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 3, 2025

Deposition Exhibits and Deposition Testimony of Donald Bobo (Edwards, including 30(b)(6)), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 9, 2025

Deposition Exhibits and Deposition Testimony of Dr. Andrew Hack (Bain Capital), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 3, 2025

Deposition Exhibits and Deposition Testimony of Dr. Dean Kereiakes (Christ Hospital), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, September 25, 2025

Deposition Exhibits and Deposition Testimony of Dr. Duane Pinto (JenaValve 30(b)(6)), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, September 23, 2025

Deposition Exhibits and Deposition Testimony of Dr. Duane Pinto (JenaValve), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, September 23, 2025

Deposition Exhibits and Deposition Testimony of Dr. Mark Turco (former JC Medical), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 3, 2025

Deposition Exhibits and Deposition Testimony of Dr. Mathew Williams (NYU Langone Medical Center), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 3, 2025

Deposition Exhibits and Deposition Testimony of Dr. Stanley Chetcuti (University of Michigan Health), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 14, 2025

Deposition Exhibits and Deposition Testimony of Dr. Torsten Vahl (Columbia University Irving Medical Center), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 14, 2025

Deposition Exhibits and Deposition Testimony of Dr. Vinod Thourani (Piedmont Heart Institute), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 3, 2025

Deposition Exhibits and Deposition Testimony of Gregory Larkin (Medtronic, 30(b)(6)), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 2, 2025

Deposition Exhibits and Deposition Testimony of Irma Darmali (Edwards), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 3, 2025

Deposition Exhibits and Deposition Testimony of Jan Keltjens (JenaValve), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, September 30, 2025

Deposition Exhibits and Deposition Testimony of Jeremy Bierman (Edwards), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 1, 2025

Deposition Exhibits and Deposition Testimony of John Kilcoyne (JenaValve, 30(b)(6)), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 6, 2025

Deposition Exhibits and Deposition Testimony of John Kilcoyne (JenaValve), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, September 29, 2025

Deposition Exhibits and Deposition Testimony of Justin Castelli (Boston Scientific, 30(b)(6)), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 10, 2025

Deposition Exhibits and Deposition Testimony of Laksen Sirimanne (Edwards, including 30(b)(6)), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, September 24, 2025

Deposition Exhibits and Deposition Testimony of Larry Wood (former Edwards, including 30(b)(6)), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, September 26, 2025

Deposition Exhibits and Deposition Testimony of Meredith Zia (Edwards), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 3, 2025

Deposition Exhibits and Deposition Testimony of Peter Spadaro (JenaValve), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, September 25, 2025

Deposition Exhibits and Deposition Testimony of Pooja Sharma (Edwards, including 30(b)(6)), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, October 10, 2025

Deposition Exhibits and Deposition Testimony of Scott Ullem (Edwards), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, September 24, 2025

Deposition Exhibits and Deposition Testimony of Steve Sloan (JenaValve), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, September 25, 2025

Deposition Testimony of Dr. James McCabe (Beth Israel Deaconess Medical Center), Federal Trade Commission v. Edwards Lifesciences Corporation, et al., In the United States District Court, District Of Columbia, Case No. 1:25-cv-02569-RC, September 19, 2025

Investigational Hearing Exhibits and Testimony of Bernard Zovighian (Edwards), In the Matter of the Proposed Acquisition of JenaValve Technology, Inc. by Edwards Lifesciences Corp., File No. 241-0114, July 17, 2025

Investigational Hearing Exhibits and Testimony of Daniel Sun (JenaValve), In the Matter of the Proposed Acquisition of JenaValve Technology, Inc. by Edwards Lifesciences Corp., File No. 241-0114, July 1, 2025

Investigational Hearing Exhibits and Testimony of Donald Bobo (Edwards), In the Matter of the Proposed Acquisition of JenaValve Technology, Inc. by Edwards Lifesciences Corp., File No. 241-0114, July 15, 2025

Investigational Hearing Exhibits and Testimony of Dr. Duane Pinto (JenaValve), In the Matter of the Proposed Acquisition of JenaValve Technology, Inc. by Edwards Lifesciences Corp., File No. 241-0114, July 8, 2025

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

Investigational Hearing Exhibits and Testimony of Dr. Mark Turco (former JC Medical), In the Matter of the Proposed Acquisition of JenaValve Technology, Inc. by Edwards Lifesciences Corp., File No. 241-0114, July 14, 2025

Investigational Hearing Exhibits and Testimony of Finn Haley (former Edwards), In the Matter of the Proposed Acquisition of JenaValve Technology, Inc. by Edwards Lifesciences Corp., File No. 241-0114, July 28, 2025

Investigational Hearing Exhibits and Testimony of Gilbert Madrid (Laguna Tech), In the Matter of the Proposed Acquisition of JenaValve Technology, Inc. by Edwards Lifesciences Corp., File No. 241-0114, May 21, 2025

Investigational Hearing Exhibits and Testimony of John Kilcoyne (JenaValve), In the Matter of the Proposed Acquisition of JenaValve Technology, Inc. by Edwards Lifesciences Corp., File No. 241-0114, July 10, 2025

Investigational Hearing Exhibits and Testimony of Larry Wood (former Edwards), In the Matter of the Proposed Acquisition of JenaValve Technology, Inc. by Edwards Lifesciences Corp., File No. 241-0114, July 7, 2025

Investigational Hearing Exhibits and Testimony of Peter Spadaro (JenaValve), In the Matter of the Proposed Acquisition of JenaValve Technology, Inc. by Edwards Lifesciences Corp., File No. 241-0114, July 3, 2025

Investigational Hearing Exhibits and Testimony of Steve Sloan (JenaValve), In the Matter of the Proposed Acquisition of JenaValve Technology, Inc. by Edwards Lifesciences Corp., File No. 241-0114, June 27, 2025

## Bates-Numbered Documents

Abbott-ARSUB-0000003
Abbott-ARSUB-0000344
BSC-00000008
EW-FTC-10059389
EW-FTC-10085530
EW-FTC-10091708
EW-FTC-10107902
EW-FTC-10108449
EW-FTC-10310261
EW-FTC-10343477
EW-FTC-10394868
EW-FTC-10426340
EW-FTC-10426470
EW-FTC-10431808
EW-FTC-10431853
EW-FTC-10475377
EW-FTC-10703477
EW-FTC-10740760
EW-FTC-10740980
EW-FTC-10743752
EW-FTC-10751432
EW-FTC-11071801
EW-FTC-10754961
EW-FTC-10774832
EW-FTC-10836946
EW-FTC-10864766
EW-FTC-10864775
EW-FTC-10895705
EW-FTC-10987911
EW-FTC-11028439
EW-FTC-11036890
EW-FTC-11038830
EW-FTC-11071685
EW-LIT-00011572
EW-LIT-00025920
EW-LIT-00054095
EW-LIT-00105864
EW-LIT-00198191
EW-LIT-00202416
JenaValve-2R-00000001
JenaValve-2R-00000075
JenaValve-2R-00000174
JenaValve-2R-00012738
JenaValve-2R-00012772
JenaValve-2R-00167330
JenaValve-2R-00195465
JenaValve-2R-00197583
JenaValve-2R-00251584
JenaValve-2R-00332641
JenaValve-2R-00593266
JenaValve-2R-00718997
JenaValve-2R-00726601
JenaValve-2R-01030498
JenaValve-2R-01030528
JenaValve-2R-01030588
JenaValve-2R-01030653
JenaValve-2R-01030717
JenaValve-2R-01030789
JenaValve-2R-01030901
JenaValve-2R-01030993
JenaValve-2R-01031079
JenaValve-2R-01032514
JenaValve-2R-01140549
JenaValve-2R-01189233
JenaValve-2R-01229735
JenaValve-2R-01393703
JV-LIT-00108932
JV-LIT-00307285
JV-LIT-00307290
JV-LIT-00328164
NJ-FTCEDWARDS-00000003
PX2326
PX0018

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

## Academic Articles and Books

Ahmed Hassan et al., "TAVI for aortic regurgitation using dedicated devices. A systematic review," *REC Interventional Cardiology* 7(1): 29–43, 2025

Amit Vora et al., "Progressing Forward in Transcatheter Aortic Valve Replacement for Pure Aortic Regurgitation," *JACC: Cardiovascular Interventions* 16(16): 1986–1989, 2023

Andreas Baumbach et al., "A heart valve dedicated for aortic regurgitation: Review of technology and early clinical experience with the transfemoral Trilogy system," *Interventional Rounds* 102(4): 766–771, 2023

Andreas Baumbach et al., "Aortic regurgitation: from mechanisms to management," *EuroIntervention* 20(17): e1062–e1075, 2023

Andrew Sweeting et al., "Not All Pre-emptive Mergers are Alike: A Classification of Recent Cases," *CPI Antitrust Chronicle*, October 2020

Arseniy Goncharov et al., "A case report: transfemoral transcatheter aortic valve replacement with a dedicated valve system for severe aortic regurgitation in a patient with a left ventricular assist device," *European Heart Journal - Case Reports* 7(6), 2023

Avinash K. Dixit, and Robert S. Pindyck, *Investment under Uncertainty*, Princeton University Press, 1994

Aylin Sertkaya et al., "Estimated Cost of Developing a Therapeutic Complex Medical Device in the US," *JAMA Network Open* 5(9), 2022

Ayman Elbadawi et al., "Transcatheter Aortic Valve Replacement for Native Aortic Regurgitation," *JACC: Cardiovascular Intervention 16(16):* 1961–1964, 2023

Bernhard Wernly et al., "Transcatheter aortic valve replacement for pure aortic valve regurgitation: '"on-label"' versus '"off-label" use of TAVR devices," *Clinical Research in Cardiology*, 108(8): 921–930, 2019

Bruno Jullien and Yassine Lefouili, "Horizontal Mergers and Innovation," *Journal of Competition Law and Economics* 14(3):364–392, 2018

C. Kettering, Hearings Before the Temporary National Economic Committee, Part 30, Washington, D.C., U. S. Government Printing Office, 1940

Carl Davidson and Ben Ferrett, "Mergers in Multidimensional Competition," *Economica* 74:695–712, 2007

Carl Shapiro, "Competition and Innovation: Did Arrow Hit the Bull's Eye?," in *The Rate and Direction of Inventive Activity Revisited*, edited by Josh Lerner and Scott Stern, 361-404, University of Chicago Press, 2012

Changlin Ju et al., "Outcomes of Permanent Pacemaker Implantation in Patients with Pure Aortic Regurgitation after TAVI," *Reviews In Cardiovascular Medicine* 26(5): 26543, 2025

Chaodi Luo et al., Trans-apical aortic valve implantation for quadricuspid aortic valve with aortic regurgitation using J-valve system: a case reports," *Journal of Cardiothoracic Surgery* 16(1):215, 2021

Chetan P. Huded et al., "Counterpoint: challenges and limitations of transcatheter aortic valve implantation for aortic regurgitation," *Heart* 107(24): 1942–1945, 2021

Da Zhu et al., "Successful Transcatheter Aortic Valve Implantation for Pure Aortic Regurgitation using a New Second Generation Self-Expanding J-ValveTM System – The First in-Man Implantation," *Heart, Lung and Circulation* 24(4): 411–414, 2015

Da Zhu et al., "Transapical transcatheter aortic valve implantation using a new second-generation TAVI system — J-Valve™ for high-risk patients with aortic valve diseases: Initial results with 90-day follow-up," *International Journal of Cardiology* 199: 155–162, 2015

Da Zhu et al., Transapical implantation of a new second-generation transcatheter heart valve in patients with pure aortic regurgitation: a preliminary report," *Interactive Cardiovascular and Thoracic Surgery* 20(6): 860–862, 2015

Daniel Tai-Leung Chan et al., "Transapical transcatheter J-valve for aortic regurgitation in dextrocardia situs inversus," *Asian Cardiovascular and Thoracic Annals* 30(7): 816–818, 2022

Emmanuel Gall et al., "Redo Transcatheter Aortic Valve Replacement for Migration of Myval Transcatheter Heart Valve in Pure Aortic Regurgitation," *JACC: Case Reports* 30(21): 104252, 2025

Enrico Poletti et al., "Performance of balloon-expandable transcatheter bioprostheses in inoperable patients with pure aortic regurgitation of a native valve: The BE-PANTHEON international project," *Cardiovascular Revascularization Medicine* 74: 28–33

Enrico Poletti et al., "Performance of Purpose-Built vs Off-Label Transcatheter Devices for Aortic Regurgitation: The PURPOSE Study," *JACC: Cardiovascular Interventions* 17(13): 1597–1606, 2024

Enrico Poletti et al., "Transcatheter Aortic Valve Replacement for Pure Native Aortic Valve Regurgitation," *JACC: Cardiovascular Interventions* 16(16): 1974–1985, 2023

Evelina Toscano et al., "Percutaneous Treatment of Severe Aortic Regurgitation After Surgical Mitral Valve Repair," *JACC: Case Reports*, 28: 102131, 2023

F. M. Scherer, "Parallel R&D Paths Revisited," *Harvard Kennedy School* M-RCBG Faculty Working Paper No. 2011-05, 2011

Fei Li et al., "Eight-Year Clinical Outcomes of Transcatheter Aortic Valve Replacement with J-Valve System," *Annals of Thoracic and Cardiovascular Surgery* 31(1): 24-00152, 2025

Fei Li et al., "Structural Valve Deterioration after Transcatheter Aortic Valve Implantation Using J-Valve: A Long-Term Follow-Up," *Annals of Thoracic and Cardiovascular Surgery* 26(3): 158–165

Feng Xia et al., "Noncoronary Sinus Pivot Implantation (NCPI) Strategy for Transcatheter Aortic Valve Replacement With Self-Expanding Valve in Pure Native Aortic Regurgitation: A Multicenter, Registry Study From the CCA Database-NTCVR," *Catheterization and Cardiovascular Interventions*, 2025

Frans J. Beerkens et al., "Transcatheter Aortic Valve Replacement Beyond Severe Aortic Stenosis: JACC State-of-the-Art Review," *JACC State-of-the-Art Review*, 85(9), 2025

Friederike Schlingloff et al., "Transcatheter aortic valve implantation of a second-generation valve for pure aortic regurgitation: procedural outcome, haemodynamic data and follow-up," *Interactive CardioVascular and Thoracic Surgery* 19(3): 388–393, 2014

Giulio Federico et al., "Antitrust and Innovation: Welcoming and Protecting Disruption," *Innovation Policy and the Economy* 20:125-190, 2020

Guoji Wang et al., "Concurrent transapical transcatheter aortic valve and mitral valve-in-ring replacement for aortic regurgitation," *Clinical Correspondences: ESC Heart Failure* 11(6): 4456–4460, 2024

Gustavo Mendez et al., "A Dedicated Transcatheter Heart Valve for Native Aortic Regurgitation in Patients With Significant Aortic Angulation," *JACC: Case Reports* 29(21): 102662, 2024

Hanad Bashir et al., "Long-Term Outcomes and Durability of a Novel Dedicated Transcatheter Heart Valve to Treat Native Aortic Regurgitation," *JACC: Case Reports* 29(21): 102670, 2024

Hanad Bashir et al., "Transcatheter Aortic Valve Replacement for Aortic Regurgitation in Patients with Left Ventricular Assist Devices: An Institutional Experience," *Journal of the Society for Cardiovascular Angiography & Interventions*, 4(7): 103662, 2025

Hans R. Figulla et al., "The History of Transcatheter Aortic Valve Implantation (TAVI)—A Personal View Over 25 Years of development," *Cardiovascular Revascularization Medicine* 21(3): 398–403, 2020

Harish Appa et al., "The Technological Basis of a Balloon-Expandable TAVR System: Non-occlusive Deployment, Anchorage in the Absence of Calcification and Polymer Leaflets," *Frontiers in Cardiovascular Medicine* 9:791949, 2022

Hendrik Wienemann et al., "Predictors of pacemaker implantation in aortic regurgitation patients treated with a dedicated transcatheter heart valve," *EuroIntervention* 21(12): e681–e691, 2025

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

Hendrik Wienemann et al., "Transcatheter aortic valve implantation of a novel system for severe pure native aortic regurgitation in a patient with an ascending aorta aneurysm," *EuroIntervention* 18(17): 1442–1443, 2023

Hesham Elzomor et al., "Valve Replacement for Pure Native Aortic Regurgitation From Alpha to Omega," *Cardiovascular Revascularization Medicine* 47:93–96, 2023

Hiroaki Yokoyama et al., "Treatment of severe aortic valve regurgitation with the Trilogy TAVI system," *EuroIntervention* 18(17), 2023

Hristian Hinkov et al., "Transcatheter management of pure native aortic valve regurgitation in patients with left ventricular assist device," *European Journal of Cardio-Thoracic Surgery* 65(3), 2024

Huan Liu et al., "Transapical transcatheter aortic valve implantation for predominant aortic regurgitation with a self-expandable valve," *Journal of Thoracic Disease* 12(3): 538–549, 2020

Huan Liu et al., "Transapical transcatheter aortic valve replacement for aortic regurgitation with a second-generation heart valve," *The Journal of Thoracic and Cardiovascular Surgery* 156(1): 106–116, 2018

Ilan Merdler et al., "Review of late-breaking clinical trials from Cardiovascular Research Technologies (CRT) 2024," *Cardiovascular Revascularization Medicine* 65(S):1-13, 2024

Israel M. Barbash and Ron Waksman, "Overview of the 2011 Food and Drug Administration Circulatory System Devices Panel of the Medical Devices Advisory Committee Meeting on the Edwards SAPIEN™ transcatheter heart valve," *Circulation* 125(3): 550–555, 2012

Jacques Scherman et al., "Preclinical evaluation of a transcatheter aortic valve replacement system for patients with rheumatic heart disease," *EuroIntervention* 15(11): e975–e982, 2019

Jayesh Bhaskaran et al., "Transcatheter Aortic Valve Replacement in Pure Native Valve Aortic Regurgitation Using a 35-mm Balloon-Expandable Myval XXL Valve and a 24-French Python BZ Smart Introducer Sheath," *Catheterization and Cardiovascular Interventions* 106(2): 863–868, 2025

Jean Tirole, "The Theory of Industrial Organization," *The MIT Press*, 1988

Jiawei Zhou et al., "Simultaneous transapical transcatheter aortic and mitral valve replacement in patients with severe valve dysfunction: initial experience," *General Thoracic and Cardiovascular Surgery* 72(11): 697–702, 2024

Joanna Bartkowiak et al., "Strain assessment in patients with aortic regurgitation undergoing transcatheter aortic valve implantation: case series," *European Heart Journal - Case Reports* 8(8): ytae261, 2024

John G. Webb and Janarthanan Sathananthan, "Transcatheter Aortic Valve Replacement for Pure Noncalcific Aortic Regurgitation Is Coming, But Not Yet Primetime," *JACC: Cardiovascular Interventions 9(22)*: 2318–2319, 2016

John G. Webb et al., "A Randomized Evaluation of the SAPIEN XT Transcatheter Heart Valve System in Patients With Aortic Stenosis Who Are Not Candidates for Surgery," *JACC: Cardiovascular Interventions* 8(14): 1797–1806, 2015

Jonathan Curio et al., "Transcaval Transcatheter Aortic Valve Replacement for Pure Aortic Regurgitation Using a Dedicated Self-Expanding Device," *JACC: Case Reports* 29(10):102320, 2024

José C González et al., "Transcatheter aortic valve replacement for older patients with isolated aortic regurgitation," *Journal of Geriatric Cardiology* 22(7): 611–614, 2025

Juan Zhang et al., "Transfemoral transcatheter aortic valve replacement with VitaFlow™ valve for pure native aortic regurgitation … randomized SEASON-AR trial," *American Heart Journal* 271: 76–83, 2024

Jubo Jiang et al., "Transcatheter Aortic Valve Replacement for Pure Native Aortic Valve Regurgitation: A Systematic Review," *Cardiology* 141(3): 132–140, 2018

Kyriakos Dimitriadis et al., "JenaValve Trilogy system: The saga of transcatheter interventions for aortic regurgitation has just begun," *Catheterization and Cardiovascular Interventions* 104(4): 869, 2024

Lai Wei et al., "A New Transcatheter Aortic Valve Replacement System for Predominant Aortic Regurgitation Implantation of the J-Valve and Early Outcome," *JACC: Interventions* 8(14): 1831–1841, 2015

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

Lauren S. Ranard et al., “First Transfemoral Implantation of a Novel Transcatheter Valve in an LVAD Patient With Aortic Insufficiency,” *JACC: Case Reports* 3(17): 1806–1810, 2021

Lei Gao et al., “Single arm meta-analysis of the J-Valve system for aortic regurgitation in Chinese populations,” *Frontiers in Cardiovascular Medicine* 12: 1436789, 2025

Lifan Yang et al., “Noncoronary Sinus Pivot Implantation for Transcatheter Aortic Valve Replacement With Self-Expanding Valve for Aortic Regurgitation,” *JACC: Asia* 5(7): 884–894, 2025

Lihan Wang, TCT-878 A Next-Generation Transcatheter Heart Valve Used for Aortic Regurgitation,” *Journal of the American College of Cardiology* 84(18): Supplement B, 2024

Liming Zhu et al., “Transapical transcatheter aortic valve replacement with a novel transcatheter aortic valve replacement system in high-risk patients with severe aortic valve diseases,” *The Journal of Thoracic and Cardiovascular Surgery* 155(2): 588–597, 2018

Lina Xia et al., “Transcatheter aortic valve implantation in a patient with isolated aortic regurgitation using JenaValve,” *Journal of International Medical Research* 53(9), 2025

Lulu Liu et al., “A Novel Designed TAVR System for Pure Aortic Regurgitation: First-in-Human Experience,” *JACC: Cardiovascular Interventions* 16(21): 2690-2691, 2023

Lulu Liu et al., “Initial experience with repositionable J-Valve for severe aortic regurgitation: a single-center experience,” *The Journal of Cardiovascular Surgery* 63(4): 521–528, 2022

Lulu Liu et al., “Learning curve for transcatheter aortic valve replacement for native aortic regurgitation: Safety and technical performance study,” *Clinical Cardiology* 43(5): 475–482, 2020

Lulu Liu et al., “One-year outcome after transcatheter aortic valve replacement for aortic regurgitation: A single-center study,” *Journal of Cardiac Surgery* 37(4): 882–892, 2022

Lulu Liu et al., “Transcatheter aortic valve implantation using J-Valve in an elderly patient with severe aortic regurgitation,” *Journal of Cardiac Surgery*, 36(7): 2565–2568, 2021

Lulu Liu et al., “Transcatheter Aortic Valve Replacement in Aortic Regurgitation,” *The Annals of Thoracic Surgery* 110(6): 1959–1965, 2020

Maarten Vanhaverbeke et al., “Transcatheter Aortic Valve Replacement With the Trilogy Valve for Leaflet Perforation of a Freestyle Graft,” *JACC: Cardiovascular Interventions* 18(12): 1601–1603, 2025

Mark Hensey et al., “First-in-human experience of a new-generation transfemoral transcatheter aortic valve for the treatment of severe aortic regurgitation: the J-Valve transfemoral system,” *EuroIntervention* 14(15): e1553–e1555, 2019

Mark Lebehn et al., “Contemporary Evaluation and Clinical Treatment Options for Aortic Regurgitation,” *Journal of Cardiovascular Development and Disease* 10(9): 364, 2023

Martin Geyer et al., “Novel Transfemoral TAVR System to Treat Aortic Regurgitation in Degenerated Surgical Aortic Valve Replacement Even in Unfavorable Anatomy,” *JACC: Cardiovascular Interventions* 15(11): e135–e136, 2022

Martin Geyer et al., “Transaxillary Access for JenaValve to Treat Pure Native Aortic Regurgitation,” *JACC: Cardiovascular Interventions* 16(24) 3039–3040, 2023

Masanori Yamamoto et al., “Performance and outcomes of the SAPIEN 3 Ultra RESILIA transcatheter heart valve in the OCEAN-TAVI registry,” *EuroIntervention* 20(9):579–590, 2024

Massimo Motta and Emanuele Tarantino, "The effect of horizontal mergers, when firms compete in prices and investments," *International Journal of Industrial Organization* 78:102774, 2021

Matti Adam and Hendrik Wienemann, "Transcatheter Aortic Valve Replacement for Pure Aortic Regurgitation," *JACC: Cardiovascular Intervention* 18(6): 765–766, 2025

Matti Adam et al., "Transcatheter Aortic Valve Replacement for Isolated Aortic Regurgitation Using a New Self-Expanding TAVR System," *JACC: Cardiovascular Intervention* 16(16): 1965–1973, 2023

Mehmoud Abdelshafy et al., "Quantitative aortography for assessment of aortic regurgitation in the era of percutaneous aortic valve replacement," *Frontiers in Cardiovascular Medicine* 10: 1161779, 2023

Michael A. Carrier, "Two Puzzles Resolved: Of the Schumpeter–Arrow Stalemate and Pharmaceutical Innovation Markets," *Iowa Law Review* 93:393-450, 2008

Michael L. Katz and Howard A. Shelanski, "Mergers and Innovation," *Antitrust Law Journal* 74(1):1-85, 2007

Min Jin et al., "Image-Based Analysis of Correlation Between Valve Stent Deformation and Valve Function in Transcatheter Aortic Valve Replacement," *Catheterization and Cardiovascular Interventions* 105(5): 1056–1066, 2025

Min Jin et al., "Transcatheter aortic valve implantation for severe aortic regurgitation using the J-Valve system: A midterm follow-up study," *Catheterization & Cardiovascular Interventions* 104(5): 1052–1059, 2024

Mingwui Tung et al., "A versatile transapical device for aortic valvular disease: One-year outcomes of a multicenter study on the J-Valve system," *Journal of Cardiology* 72(5): 377–384, 2018

Minjian Kong et al., "30-Day Outcomes after Surgical or Transapical Aortic Valve Replacement in Symptomatic Aortic Regurgitation," *Journal of Cardiovascular Development and Disease 9*(7): 224, 2022

Miriam Silaschi et al., "The JUPITER registry: One-year outcomes of transapical aortic valve implantation using a second generation transcatheter heart valve for aortic regurgitation," *Catheterization and Cardiovascular Interventions* 91(7): 1345–1351, 2018

Moritz Seiffert et al., "Initial German Experience With Transapical Implantation of a Second-Generation Transcatheter Heart Valve for the Treatment of Aortic Regurgitation," *JACC: Cardiovascular Interventions* 7(10): 1168–1174, 2014

Moritz Seiffert et al., "Transapical Implantation of a Second-Generation Transcatheter Heart Valve in Patients With Noncalcified Aortic Regurgitation," *JACC: Cardiovascular Interventions* 6(6): 590–597, 2013

Motaz Al-Chanati et al., "An empirical study of the impact of mergers and acquisitions on pharmaceutical innovation: Insights from drug launches," *Law & Economics Concurrences* No. 10-2025, 2025

Nadira Hamid et al., "Commissural Alignment After Transfemoral Transcatheter Aortic Valve Replacement With the JenaValve Trilogy System," *JACC: Interventions* 14(18): 2079–2081, 2021

Nicholas S. Amoroso et al., "Clinical journey for patients with aortic regurgitation: A retrospective observational study from a multicenter database," *Catheterization and Cardiovascular Interventions* 104(1):145–154, 2024

Nicolas Petit, "Innovation Competition, Unilateral Effects, and Merger Policy," *Antitrust Law Journa*l 82(3): 873–920, 2019

Nicolò Azzola Guicciardi et al., "Even aortic insufficiency can be treated percutaneously: right?,," *European Heart Journal Supplements* 27(Supplement 3): iii105–iii110, 2025

Omar Sheikh et al., "Innovations in TAVR: The Latest in Device Technology," *Journal of Clinical Medicine* 14(14): 4906–4919, 2025

Pengxiong Zhu et al., Transapical Transcatheter Aortic Valve Implantation with the J-Valve System in Aortic Regurgitation," *CJC Open* 7:145–152, 2025

Peter C. Block, "Transcatheter treatment of aortic regurgitation: Still enigmatic," *Catheterization and Cardiovascular Interventions* 91(7): 1352–1353, 2018

Peter Zilla et al., "TAVR for Patients with Rheumatic Heart Disease: Opening the Door for the Many?," *Journal of the American College of Cardiology* 77(14): 1714-1716, 2021

Pierluigi Costanzo et al., "Transcatheter Aortic Valve Implantation for Severe Pure Aortic Regurgitation with Dedicated Devices," *Interventional Cardiology* 17:e11, 2022

Pierre Régibeau and Katharine E. Rockett, "Mergers and Innovation," *The Antitrust Bulletin* 64(1):31-53, 2019

R. Preston McAfee and John McMillan, "Auctions with a Stochastic Number of Bidders," *Journal of Economic Theory* 43(1): 1-19, 1987

Ran Liu et al., "Transcatheter aortic valve replacement for aortic regurgitation: a systematic review and meta-analysis," *ESC Heart Failure*, 11(6): 3488–3500, 2024

Raviteja R. Guddeti et al., "First-in-human TAVR With Navitor Self-expanding Intra-annular Valve in LVAD–Associated Aortic Regurgitation," *Journal of the Society for Cardiovascular Angiography & Interventions* 4(6): 102620, 2025

Raviteja R. Guddeti et al., "Transcatheter Aortic Valve Replacement for Treating Native Aortic Regurgitation: Ready for Prime Time?,," *Structural Heart* 9(9):100725, 2025

Richard C. Levin et al., "R&D appropriability, opportunity, and market structure: New evidence on some Schumpeterian hypotheses," *American Economic Review* 75(2):20-24, 1985

Richard Gilbert, "Looking for Mr. Schumpeter: Where are we in the Competition-Innovation Debate?" *Innovation Policy and The Economy* 6: 159–215, 2006

Richard J. Gilbert, "Chapter 5 Merger Policy for Innovation," in *Innovation Matters: Competition Policy for the High-Technology Economy* 77-105. MIT Press 2020.

Richard R. Nelson, "The Economics of Parallel R and D Efforts: A Sequential-Decision Analysis," *RAND Corporation*, 1959

Roberto Spina et al., "Transcatheter Aortic Valve Replacement for Native Aortic Valve Regurgitation," *Interventional Cardiology Review* 10(1):49–54, 2015

Ron Waksman and Lior Lupu, "One Novel Self-Expanding Heart Valve: Multiple Indications," *JACC: Cardiovascular Interventions* 18(1): 69–71, 2025

Sahar Samimi et al., "Meta-Analysis of Dedicated vs Off-Label Transcatheter Devices for Native Aortic Regurgitation," *JACC: Cardiovascular Interventions* 18(1): 44–57, 2025

Sandro Sponga et al., "Transcatheter JenaValve Implantation in a Stentless Prosthesis: A Challenging Case After 4 Previous Aortic Procedures," Canadian Journal of Cardiology 33(4), 2017

Santiago Garcia et al., "J-Valve Transcatheter Treatment of Native Valve Aortic Regurgitation Associated With a Left Ventricular Assist Device," *Journal of the Society for Cardiovascular Angiography & Interventions* 2(4): 101044, 2023

Santiago Garcia et al., "Treatment of Aortic Regurgitation With a Novel Device: Results of the J-Valve Early Feasibility Study," *JACC: Cardiovascular Interventions* 17(17): 2090–2091, 2024

Santiago Garcia et al., Transcatheter Treatment of Native Aortic Valve Regurgitation," *JACC: Cardiovascular Interventions* 16(16): 1953–1960

Shahram Lotfi et al., "Transcatheter aortic valve-in-valve implantation of a CoreValve in a JenaValve prosthesis: a case report," Journal of Medical Case Reports 11: 256, 2017

Shawnbir Gogia et al., "Cardiac Computed Tomography Angiography Anatomical Characterization of Patients Screened for a Dedicated Transfemoral Transcatheter Valve System for Primary Aortic Regurgitation," *Structural Heart* 7(3): 100164, 2023

Sung-Han Yoon et al., "Transcatheter Aortic Valve Replacement in Pure Native Aortic Valve Regurgitation," *Journal of the American College of Cardiology* 70(22): 2752–2763, 2017

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

Teoman Kilic et al., "Myval Transcatheter Heart Valve: The Future of Transcatheter Valve Replacement and Significance in Current Timeline," *Journal of Clinical Medicine* 13(22): 6857, 2024

Thomas Poschner et al., "The Jenavalve Pericardial Transcatheter Aortic Valve Replacement System to Treat Aortic Valve Disease," *Future Cardiology* 18(2): 101–113, 2022

Torsten P Vahl et al., "Transcatheter aortic valve implantation in patients with high-risk symptomatic native aortic regurgitation (ALIGN-AR): a prospective, multicentre, single-arm study," *The Lancet* 403(10435): 1451–1459, 2024

Tsung-Ying Tsai et al., "Quantitative Aortography Analysis of JenaValve's Trilogy Transcatheter Aortic Valve Implantation System in Patients With Aortic Regurgitation or Stenosis," *Structural Heart* 8(5): 100346, 2024

Ulrich Schäfer et al., "First-in-human implantation of a novel transfemoral selfexpanding transcatheter heart valve to treat pure aortic regurgitation," *EuroIntervention* 13(11): 1296–1299, 2017

Vasiliki Androutsopoulou et al., "Individualized Selection of Valve Intervention Strategies in Aortic Disease is Key for Better Outcomes," *Journal of Personalized Medicine* 15(8): 337-354, 2025

Victoria Delgado et al., "Severe aortic regurgitation: the limits of TAVI," *EuroIntervention* 20(17): e1051–e1052, 2024

Vincenzo Denicolò and Michele Polo, "Duplicative research, mergers and innovation," *Economics Letters* 166:56–59, 2018

Vincenzo Denicolò and Michele Polo, "Mergers and Innovation Sharing," *Economics Letters* 202:109841, 2021

Vincenzo Denicolò and Michele Polo, "The Innovation Theory of Harm: An Appraisal," *Antitrust Law Journal* 82(3):921–954, 2019

Wei-Hsian Yin et al., "Outcomes of transcatheter aortic valve replacement for pure native aortic regurgitation with the use of newer- vs. early-generation devices," *Annals of Translational Medicine* 10(1): 24, 2022

Weimin Zhang et al., Transapical aortic valve replacement for quadricuspid aortic valve with severe aortic regurgitation which caused multiorgan failure," *Journal of Cardiac Surgery* 37(12): 5595–5598, 2022

Wenzhi Pan et al., "Early Results of Multicenter Trial of a Novel Balloon-Expandable Valve With Anchor for Aortic Regurgitation," *JACC: Cardiovascular Interventions* 18(6): 752-764, 2025

Wesley M. Cohen and Richard C. Levin, "Empirical Studies of Innovation and Market Structure" in *Handbook of Industrial Organization*, edited by R. Schmalensee and R.D. Willig, vol. II, 1059-1107. North Holland, 1989

Wesley M. Cohen et al., "Firm Size and R&D Intensity: A Re-Examination," *Journal of Industrial Economics* 35(4):543-565, 1987

Xiang Luo et al., "Transapical transcatheter aortic valve implantation using the J-Valve system: A 1-year follow-up study," *The Journal of Thoracic and Cardiovascular Surgery* 154(1): 46–55, 2017

Xiang-Quan Kong et al., "Single-center experience with self-expanding transcatheter aortic valve system for symptomatic high-risk patients with severe aortic regurgitation: One-year outcomes," *Catheterization&Cardiovascular Interventions* 104(6): 1275–1280, 2024

Xiaodong Wang et al., "Transcatheter aortic valve replacement in the management of aortic insufficiency secondary to left ventricular assist device implantation: a case report," *Journal of Thoracic Disease* 15(12): 7130–7139, 2023

Xiaopeng Liu et al., "Transapical implantation of a self-expandable aortic valve prosthesis utilizing a novel designed positioning element," *Catheterization and Cardiovascular Interventions* 89(1): E30–E37, 2017

Yang Liu et al., "Transcatheter aortic valve replacement in patients with quadricuspid aortic valve in a single center," *Frontiers in Cardiovascular Medicine* 9:1011466, 2022

Yasser Jamil, "TAVR With JenaValve for Symptomatic Aortic Regurgitation in High Surgical Risk Patients - Align-AR," *American College of Cardiology*, 2025

Yinghao Sun et al., "Valve Dragging Technique in Valve Migration After Self-Expanding Transcatheter Aortic Valve Replacement," *Journal of the American College of Cardiology Case Reports* 30(10), 2025

Yujing Zhang et al., "Case Report: Patient-specific three-dimensional printing and computational fluid dynamics in the planning of transcatheter aortic valve replacement for quadricuspid aortic valve," *Frontiers in Cardiovascular Medicine* 12:1555718, 2025

Yuntao Lu et al., "A Coronary-Friendly Device Mitigating Risk of Coronary Obstruction in Transcatheter Aortic Valve Replacement," *Clinical Interventions in Aging* 19: 1557–1570*,* 2024

Yuntao Lu et al., "Short-Term Outcomes After Transcatheter Aortic Valve Replacement in Predominant Aortic Regurgitation with Left Ventricular Dysfunction," *International Heart Journal* 63(1): 30–35, 2022

Yunxing Xue et al., "Transapical Transcatheter Valve Replacement Using J-Valve for Aortic Valve Diseases," *The Annals of Thoracic Surgery* 112(4): 1243–1249, 2021

Yuqiang Wang et al., "A multicenter prospective clinical study on transcatheter aortic valve implantation for aortic stenosis or pure aortic regurgitation: 5-year outcomes," *The Journal of Thoracic and Cardiovascular Surgery*, 2025

Zi-long Wong and Wen-zhi Pan, "AS-1147 Noncoronary Sinus Pivot Implantation Strategy for Transcatheter Aortic Valve Replacement With Self-expanding Valve in Pure Native Aortic Regurgitation: A Multicenter Registry Study From the NTCVR," *Journal of the American College of Cardiology* 85(14), 2025

## Data

JenaValve Reimbursement Data

JOURNEY Site List

Webscraped data from ClinicalTrials.gov, (aortic_regurgitation_code_base.csv, aortic_stenosis_code_base.csv, tavr_code_base.csv, and transcatheter_aortic_valve_replacement_code_base.csv)[241]

## Public Sources[242]

"1st Trilogy Implanted in Asia : JenaValve," https://jenavalve.com/1st-trilogy-implanted-in-asia/"30-day outcomes of AURORA trial," TCT 2024"5 Stages of Medical Device Development," *PremierResearch*, March 1, 2024, https://premier-research.com/perspectives/5-stages-of-medical-device-development/

"A Gene Therapy Study of RP-A501 in Male Patients With Danon Disease," https://clinicaltrials.gov/study/NCT06092034

"A Noninterventional, Single-Center Feasibility Study to Evaluate Measures of Heart Failure Risk," https://clinicaltrials.gov/study/NCT05646056

"A Nonprofit Hospital in Los Angeles | Cedars-Sinai," https://www.cedars-sinai.org/home.html

"A Novel Designed TAVR System for Pure Aortic Regurgitation," https://www.jacc.org/doi/10.1016/j.jcin.2023.08.021

"A Novel Transfemoral Aortic Valve Replacement System (Hanchor Valve) for Pure Native Aortic Regurgitation (PNAR)," Pan, TCT 2023

"A Study to Evaluate the Neuro-embolic Consequences of TAVR," https://clinicaltrials.gov/study/NCT02073864

"Aalborg University Hospital at Aalborg North Denmark Region," https://www.myhospitalnow.com/hospitals/aalborg-university-hospital

[241] Webscraped data from ClinicalTrials.gov on September 30, 2025.

[242] Unless otherwise stated the access date of the public source is included in the corresponding PDF or .csv file.

"Abbott Completes the Acquisition of St. Jude Medical," *Abbott*, January, 4, 2017, https://abbott.mediaroom.com/2017-01-04-Abbott-Completes-the-Acquisition-of-St-Jude-Medical

"About Erasmus MC - Erasmus MC," https://www.erasmusmc.nl/en/pages/about-erasmusmc#39c4216f-c4b8-4850-bf3a-110c8e7a5c36

"About us | #TeamHCL - Hospices Civils de Lyon," https://teamhcl.chu-lyon.fr/about-us?_gl=1*1ic594n*_ga*ODg5MjgxMjAxLjE3NTk1MzI2NDg.*_ga_9S7HL388HE*czE3NTk1MzI2NDckbzEkZzEkdDE3NTk1MzI3MTMkajYwJGwwJGgw

"About Us | OhioHealth," https://www.ohiohealth.com/about-us

"About Ziv Medical Center | Ziv Partners," https://www.zivpartners.org/about

"Acceptance of Clinical Data to Support Medical Device Applications and Submissions Frequently Asked Questions. Guidance for Industry and Food and Drug Administration Staff," *FDA*, February 21, 2018, https://www.fda.gov/media/111346/download

"ACURATE IDE: Safety and Effectiveness Study of ACURATE Valve for Transcatheter Aortic Valve Replacement," https://clinicaltrials.gov/study/NCT03735667

"Addressing Under-treatment and Health Equity in AS and MR Using an Integrated EHR Platform," https://clinicaltrials.gov/study/NCT06099665

"Advancing Heart, Lung, Blood, and Sleep Research & Innovation | NHLBI, NIH," https://www.nhlbi.nih.gov/

"Alaide Chieffo," https://www.eacts.org/faculty/alaide-chieffo/

"Alexandra Lansky, MD, FACC, FAHA, FESC < Yale School of Medicine," https://medicine.yale.edu/profile/alexandra-lansky/

"ALLIANCE AVIV: Safety and Effectiveness of the SAPIEN X4 Transcatheter Heart Valve in Failing Aortic Bioprosthetic Valves," https://clinicaltrials.gov/study/NCT05172973

"ALLIANCE: Safety and Effectiveness of the SAPIEN X4 Transcatheter Heart Valve," https://clinicaltrials.gov/study/NCT05172960

"Allina Health Care & Medical Services In MN & Western WI," https://www.allinahealth.org/

"An Exploratory Study to Evaluate the Prizvalve® System in Patients With Failing Bioprosthetic Valve," https://clinicaltrials.gov/study/NCT05652062

"Andrew Maitland | CTSNet," https://www.ctsnet.org/home/amaitland

"Anreise - Inselspital - Universitätsspital Bern," https://www.insel.ch/de/patienten-und-besucher/ihr-aufenthalt/anreise

"Aortic Calcification - is it a Marker for Carotid Artery Stenosis?," https://clinicaltrials.gov/study/NCT01458860#collaborators-and-investigators

"Aortic or Mitral Valve Replacement With the Biocor and Biocor Supra," https://clinicaltrials.gov/study/NCT00636987

"Aortic Regurgitation," *Cleveland Clinic*, accessed October 14, 2025, https://my.clevelandclinic.org/health/diseases/24396-aortic-regurgitation

"Aortic Valve Replacement With Trifecta(TM)," https://clinicaltrials.gov/study/NCT00475709

"Aortic Valve Stenosis," *Mayo Clinic*, accessed October 22, 2025, https://www.mayoclinic.org/diseases-conditions/aortic-stenosis/symptoms-causes/syc-20353139

"Artificial Intelligence (AI) Enabled, Cloud-based ECG Diagnostic Solution (ZBPro) Feasibility Testing," https://clinicaltrials.gov/study/NCT06013917

"ARTIST: Aortic Regurgitation Trial Investigating Surgery Versus Trilogy™," https://clinicaltrials.gov/study/NCT06608823

"Ascension Via Christi St. Teresa | Ascension," https://healthcare.ascension.org/locations/kansas/kswic/wichita-ascension-via-christi-st-teresa

"Assiut University," https://www.aun.edu.eg/main/

"Bienvenue sur le site de l'Hôpital Marie Lannelongue," https://www.hopitalmarielannelongue.fr/

"Billing for Investigational Devices in Clinical Trials," *HCA Healthcare*, accessed October 18, 2025, https://www.hcadam.com/api/public/content/574610b89d06428f9e573f370e45c27b?v=943c531b

"Boston Hospital & Medical Center | Brigham and Women's Hospital," https://www.brighamandwomens.org/

"Boston Scientific Announces LOTUS Edge™ Aortic Valve System Voluntary Recall and Product Discontinuation," *Boston Scientific*, November 17, 2020, https://news.bostonscientific.com/2020-11-17-Boston-Scientific-Announces-LOTUS-Edge-TM-Aortic-Valve-System-Voluntary-Recall-and-Product-Discontinuation

"Boston Scientific Announces LOTUS Edge™ Aortic Valve System Voluntary Recall and Product Discontinuation," *FDA*, January 11, 2021, https://www.fda.gov/safety/recalls-market-withdrawals-safety-alerts/boston-scientific-announces-lotus-edgetm-aortic-valve-system-voluntary-recall-and-product

"Boston Scientific Discontinues Acurate Neo2 and Acurate Prime TAVR Systems," *Cardiac Interventions Today*, May 28, 2025, https://citoday.com/news/boston-scientific-discontinues-acurate-neo2-and-acurate-prime-tavr-systems

"Boston Scientific to Acquire Sadra Medical," *Boston Scientific*, November 19, 2010, https://news.bostonscientific.com/sadra-medical-acquisition-agreement

"Breakthroughs, Risks and Warning Signs: An Insider's Tips for a Healthy Heart," https://www.hadassah.org/episode/breakthroughs-risks-heart-tips

"Cardiac Output Pulmonary Arterial Catheter Compared to FloWave™ 1000," https://clinicaltrials.gov/study/NCT00665301

"Careers," *Jenscare*, accessed October 19, 2025, https://en.jenscare.com/talent/396.html

"Carpentier-Edwards PERIMOUNT Magna Ease Pericardial Bioprosthesis, Model 3300TFX," https://clinicaltrials.gov/study/NCT01171625

"Case Presentation: JenaValve for Pure Aortic Regurgitation," Vahl, TVT 2019

"Cerebral Protection in Transcatheter Aortic Valve Replacement," https://clinicaltrials.gov/study/NCT02214277

"Challenging Cases," Ortega, Narvaez, Medrano, TCT 2023

"Chi siamo | Policlinico di Sant'Orsola," https://www.aosp.bo.it/it/content/chi-siamo

"Cleveland Clinic: Every Life Deserves World Class Care," https://my.clevelandclinic.org/

"Clinical Investigation Of The Mitroflow Aortic Pericardial Heart Valve," https://clinicaltrials.gov/study/NCT00630916

"Clinical outcomes of TAVI with the Myval balloon-expandable valve for non-calcified aortic regurgitation | EuroIntervention," https://eurointervention.pcronline.com/article/clinical-outcomes-of-tavi-with-the-myval-balloon-expandable-valve-for-non-calcified-aortic-regurgitation

"COMPASSION S3 - Evaluation of the SAPIEN 3 Transcatheter Heart Valve in Patients With Pulmonary Valve Dysfunction," https://clinicaltrials.gov/study/NCT02744677

"COMPASSION XT PAS - Post-approval Study of the SAPIEN XT THV in Patients With Pulmonary Valve Dysfunction," https://clinicaltrials.gov/study/NCT02987387

"Compassionate Use Experience with J-Valve for Native Aortic Regurgitation: First 30 Cases with a Dedicated Transfemoral System in North America," Garcia, TVT 2023

"Contact | LUMC," https://www.lumc.nl/en/about-lumc/contact/

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

"Contact us - Oslo universitetssykehus HF," https://www.oslo-universitetssykehus.no/en/about-oslo-university-hospital/contact-us/#postal-addresses

"Contact Us – Stanford University," https://www.stanford.edu/contact/

"Contact Us - Sunnybrook Hospital," https://sunnybrook.ca/contact/

"Contact Us - UT Southwestern, Dallas, Texas," https://www.utsouthwestern.edu/about-us/contact-us/

"Contact Us | About Us | Main Line Health," https://www.mainlinehealth.org/about/contact-us

"Contact Us | Cytokinetics," https://cytokinetics.com/contact-us/

"Contact Us | NYU Langone Health," https://med.nyu.edu/our-community/contact-us

"Contact us | University of Oxford," https://www.ox.ac.uk/contact-us

"Controlled Arterial Protection to Ultimately Remove Embolic Material," https://clinicaltrials.gov/study/NCT06103591

"CRITICAL CARE: Inside Beijing Anzhen Hospital: Where the Future of Healthcare Is Already a Reality," https://criticalcarepearls.blogspot.com/2025/07/inside-beijing-anzhen-hospital-where.html

"CRT 2023 Agendas – Full Schedule," *Cardiovascular Research Technologies (CRT) 2023*, accessed October 22, 2025, https://www.eventscribe.net/2023/CRT2023/agenda.asp?pfp=BrowsebyDay

"CRT 2024 Agendas – Full Schedule," *Cardiovascular Research Technologies (CRT) 2024*, accessed October 15, 2025, https://crt2024.eventscribe.net/agenda.asp?pfp=BrowsebyDay

"CryoValve SG Pulmonary Human Heart Valve Post Clearance Study," https://clinicaltrials.gov/study/NCT01092442

"CryoValve® SG Aortic Human Heart Valve Combination Study," https://clinicaltrials.gov/study/NCT01236469

"Cuspa 2025 Company Profile: Valuation, Funding & Investors | PitchBook," https://pitchbook.com/profiles/company/433536-31#overview

"Cuspa Medical- YouTube," accessed October 21, 2025, https://www.youtube.com/watch?v=u0AmFlaTnfI

"Dedicated TAVR Systems for AR: Technology and Program Updates," Garcia, TCT 2024

"Design and Clinical Update," Treede, TCT 2016

"Development of an Algorithm to Differentiate Heart Murmurs Using Electronic Stethoscopes," https://clinicaltrials.gov/study/NCT04400513

"Directorio de Personal de la USAL," https://directorio.usal.es/

"Early Experience with the LagunaTech Zeta Balloon-Expandable TAVR for Non-Calcific Regurgitation and Calcific Stenosis," Lim, TCT 2024

"Early Feasibility Study (EFS) of Abbott's Balloon-expandable (BE) TAVI System for the Treatment of Severe, Symptomatic Aortic Stenosis," https://clinicaltrials.gov/study/NCT07116551

"Early Feasibility Study for the Foldax Tria Aortic Heart Valve," https://clinicaltrials.gov/study/NCT03851068

"Early Results of Multicenter Trial of a Novel Balloon-Expandable Valve With Anchor for Aortic Regurgitation," https://www.jacc.org/doi/10.1016/j.jcin.2024.12.006

"Early results of transfemoral TAVR using the Hanchor Valve system in patients with severe PNAR (HAVR AR trial), Pan, TCT 2024

"EARLY TAVR: Evaluation of TAVR Compared to Surveillance for Patients With Asymptomatic Severe Aortic Stenosis," https://clinicaltrials.gov/study/NCT03042104

"Edwards Lifesciences 2025 Company Profile: Stock Performance & Earnings | PitchBook," https://pitchbook.com/profiles/company/39671-92#overview

"Edwards Lifesciences Announces First Human Implants of Next-Generation Transcatheter Heart Valve," *Edwards Lifesciences*, March 5, 2008, https://ir.edwards.com/news/news-details/2008/Edwards-Lifesciences-Announces-First-Human-Implants-of-Next-Generation-Transcatheter-Heart-Valve/default.aspx

"Edwards' SAPIEN 3 Ultra Transcatheter Heart Valve Receives FDA Approval," https://www.edwards.com/newsroom/news/2018-12-28-edwards--sapien-3-ultra-transcatheter-heart-valve--112d7c7

"Edwards SAPIEN XT Valve Receives FDA Approval For Aortic Valve-In-Valve Procedures," https://www.tctmd.com/news/fda-approves-sapien-xt-and-sapien-3-intermediate-risk-patients

"Edwards TAVR Receives FDA Approval for Patients With Asymptomatic Severe Aortic Stenosis," https://ir.edwards.com/news/news-details/2025/Edwards-TAVR-Receives-FDA-Approval-for-Patients-With-Asymptomatic-Severe-Aortic-Stenosis/

"Edwards, Fred | MDEpiNet Site," https://www.mdepinet.net/edwardsfred

"ENABLE-HCM - AI-ENabled Echocardiography With Ultrasound Beyond the Echo Lab for Better HCM Imaging and Expanded Access," https://clinicaltrials.gov/study/NCT07155434

"ENVISION IDE Trial: Safety and Effectiveness of NAVITOR in Transcatheter Aortic Valve Implantation," https://clinicaltrials.gov/study/NCT05932615

"Evaluation of ARi With OpSens SavvyWire," https://clinicaltrials.gov/study/NCT06295068

"Evaluation of Safety and Effectiveness of the EMBLOK EPS During TAVR," https://clinicaltrials.gov/study/NCT05295628

"Evolut™ EXPAND TAVR II Pivotal Trial," https://clinicaltrials.gov/study/NCT05149755

"ExCEED: CENTERA THV System in Intermediate Risk Patients Who Have Symptomatic, Severe, Calcific, Aortic Stenosis," https://clinicaltrials.gov/study/NCT03517436

"Extended ECG Monitoring in HCM Patients," https://clinicaltrials.gov/study/NCT04056715

"FDA Approves Edwards Sapien 3 Transcatheter Heart Valve," *Cardiac Interventions Today*, June 16, 2015, https://citoday.com/news/fda-approves-edwards-sapien-3-transcatheter-heart-valve

"FDA Approves Edwards Sapien 3 Transcatheter Heart Valve," https://ir.edwards.com/news/news-details/2015/Edwards-SAPIEN-XT-Valve-Receives-FDA-Approval-For-Aortic-Valve-In-Valve-Procedures/

"FDA Approves Sapien XT and Sapien 3 for Intermediate-Risk Patients," https://www.fda.gov/news-events/press-announcements/fda-expands-use-sapien-3-artificial-heart-valve-high-risk-patients

"Feinberg School of Medicine: Feinberg School of Medicine," https://www.feinberg.northwestern.edu/

"First EU Commercial Implants : JenaValve," https://jenavalve.com/jenavalve-announces-first-european-commercial-implants-with-the-trilogy/

"First United States treatment with J-Valve TAVI device," https://cardiovascularnews.com/first-us-treatment-j-valve-tavr-device/

"First-in-human experience of a new-generation transfemoral transcatheter aortic valve for the treatment of severe aortic regurgitation: the J-Valve transfemoral system | EuroIntervention," https://eurointervention.pcronline.com/article/first-in-human-experience-of-a-new-generation-transfemoral-transcatheter-aortic-valve-for-the-treatment-of-severe-aortic-regurgitation-the-j-valve-transfemoral-system

"First-in-human implantation of a novel transfemoral self-expanding transcatheter heart valve to treat pure aortic regurgitation | EuroIntervention," https://eurointervention.pcronline.com/article/first-in-human-implantation-of-a-novel-transfemoral-self-expanding-transcatheter-heart-valve-to-treat-pure-aortic-regurgitation

"Fondation IUCPQ," https://fondation-iucpq.org/

"Freedom SOLO Stentless Heart Valve Study," https://clinicaltrials.gov/study/NCT01115907

"Fudan University," https://www.fudan.edu.cn/en/

"Fuwai Hospital," https://www.fuwai.com/Hospitals/Main?type=4

"Gagnon Cardiovascular Institute," https://www.atlantichealth.org/locations/morristown-medical-center/cardiovascular-institute

"Gene Therapy for Male Patients With Danon Disease (DD) Using RP-A501; AAV9.LAMP2B," https://clinicaltrials.gov/study/NCT03882437

"Genesis MedTech Announces the Sale of JC Medical, Inc to Edwards Lifesciences," *Genesis MedTech*, August 19, 2024, https://www.prnewswire.com/apac/news-releases/genesis-medtech-announces-the-sale-of-jc-medical-inc-to-edwards-lifesciences-302223217.html

"Genesis MedTech Begins EFS for J-Valve Transfemoral TAVR System," *Cardiac Interventions Today*, October 23, 2023, https://citoday.com/news/genesis-medtech-begins-efs-for-j-valve-transfemoral-tavr-system

"Genesis MedTech J-VALVE® TF Approved by NMPA, China's First Transfemoral TAVR for Aortic Regurgitation," *Genesis MedTech*, September 17, 2025, https://www.prnewswire.com/apac/news-releases/genesis-medtech-j-valve-tf-approved-by-nmpa-chinas-first-transfemoral-tavr-for-aortic-regurgitation-302557218.html

"Growth Trial: Study of the Renata Minima Stent," https://clinicaltrials.gov/study/NCT05086016

"Guidelines & Clinical Documents – American College of Cardiology," https://www.acc.org/guidelines#/

"HAART Annuloplasty Device Valve Repair Registry," https://clinicaltrials.gov/study/NCT04035356

"Hadassah BrainLabs | Contact Us," https://brainlabs.org.il/contact-us/

"Hadassah BrainLabs | Prof. Ronen Leker M.D.," https://brainlabs.org.il/about-us/scientists/prof-ronen-leker/

"Healthcare in Maastricht - Healthcare in Maastricht - Maastricht University," https://www.maastrichtuniversity.nl/healthcare-maastricht

"Heart and Vascular | Houston Methodist," https://www.houstonmethodist.org/heart-vascular/

"Helios | Heart Center Leipzig," https://www.helios-international.com/en/hospitals/heart-center-leipzig

"HLT® Meridian® TAVR Valve System Early Feasibility Study for Aortic Regurgitation," https://clinicaltrials.gov/study/NCT05409378

"Home - American College of Cardiology," https://www.acc.org/

"Home | Emory University | Atlanta GA," https://www.emory.edu/home/index.html

"Homepage - Manchester Royal Infirmary," https://mft.nhs.uk/mri/

"Homepage | LHSC," https://www.lhsc.on.ca/

"HonorHealth Scottsdale Shea Medical Center," https://www.honorhealth.com/locations/hospitals/scottsdale-shea-medical-center

"Hôpital Pontchaillou (Rennes) | FHF," https://etablissements.fhf.fr/annuaire/establishment/structure806-establishment1026

"Hospital & Nursing Jobs in Houston, TX | Houston Methodist Careers," https://www.houstonmethodistcareers.org/our-locations.html

"Icahn School of Medicine at Mount Sinai," https://icahn.mssm.edu/

"INSPIRIS RESILIA Aortic Valve, Valve-in-Valve Surveillance Study," https://clinicaltrials.gov/study/NCT04902053

"Int Medical Contact Us," https://int-medical.com/en/col189/

"Intra-procedural ECG Changes During TAVR," https://clinicaltrials.gov/study/NCT05791344

"Investigational Device Exemptions (IDEs) for Early Feasibility Medical Device Clinical Studies, Including Certain First in Human (FIH) Studies. Guidance for Industry and Food and Drug Administration Staff," *FDA*, October 1, 2013, https://www.fda.gov/media/81784/download?attachment

"IRCCS San Raffaele," https://sanraffaele.it/en/facilities/irccs-san-raffaele/

"Jae K. Oh, M.D. - Mayo Clinic Faculty Profiles - Mayo Clinic Research," https://www.mayo.edu/research/faculty/oh-jae-k-m-d/bio-00078317

"JC Medical Announces First-in-Human Treatment With Transfemoral J-Valve TAVI Device - Medical Product Outsourcing," https://www.mpo-mag.com/breaking-news/jc-medical-announces-first-in-human-treatment-with-transfemoral-j-valve-tavi-device/

"JenaValve Announces Strategic Investment and Licensing Agreement with Peijia Medical Limited," *JenaValve Technology*, January 18, 2022, https://jenavalve.com/agreement-w-peijia-medical-ltd/

"JENAVALVE AS EFS TRIAL: Pericardial TAVR Aortic Stenosis Study," https://clinicaltrials.gov/study/NCT02732691

"JenaValve Design and Clinical Update," Treede, TCT 2016

"JenaValve Receives CE Mark for Trilogy™: JenaValve," https://jenavalve.com/jenavalve-receives-ce-mark/

"JenaValve Technology 2025 Company Profile: Valuation, Funding & Investors | PitchBook," https://pitchbook.com/profiles/company/52818-40#overview

"JenaValve Technology Receives CE Mark for its Trilogy™ TAVI System for the Treatment of Aortic Regurgitation and Aortic Stenosis," *JenaValve Technology*, May 25, 2021, https://jenavalve.com/jenavalve-receives-ce-mark/

"JenaValve Technology Review and Clinical Update," Treede, TCT 2015

"JenaValve Trilogy TAVR System for the Treatment of Aortic Regurgitation Real-World Results From a Multicenter Cohort," Tamm, TCT 2022

"Jenscare Biotechnology 2025 Company Profile: Stock Performance & Earnings | PitchBook," https://pitchbook.com/profiles/company/339779-35#overview

"Jenscare Scientific Co., Ltd. Voluntary Announcement," https://en.jenscare.com/upload/listedco/listconews/sehk/2025/0325/2025032500029.pdf

"Jenscare Scientific Co., Ltd. Voluntary Announcement," https://en.jenscare.com/upload/listedco/listconews/sehk/2025/0721/2025072100023.pdf

"Jenscare Scientific Co., Ltd. Voluntary Announcement," https://www1.hkexnews.hk/listedco/listconews/sehk/2023/1030/2023103000019.pdf

"Jenscare Scientific Co., Ltd.," https://en.jenscare.com/about

"Jewish General Hospital | Contact," https://www.jgh.ca/about-us/contact/

"J-Valve TAVI System for Non-calcified Aortic Regurgitation," Ye, TVT 2019

"J-Valve TF Early Feasibility Study," https://clinicaltrials.gov/study/NCT06034028

"J-Valve to Treat Aortic Regurgitation Via Transcatheter Therapy," https://clinicaltrials.gov/study/NCT06455787

"J-Valve Transfemoral Pivotal Study (JOURNEY)," *ClinicalTrials.gov*, https://www.clinicaltrials.gov/study/NCT06455787

"J-Valve Transfemoral Pivotal Study," https://clinicaltrials.gov/study/NCT06455787

"Kerckhoff-Klinik: Kontakt," https://www.kerckhoff-klinik.de/kontakt

"King's College London," https://www.kcl.ac.uk/index

"Koka Lifesciences 2025 Company Profile: Valuation, Funding & Investors | PitchBook," https://pitchbook.com/profiles/company/454490-65#overview

"Kontakt & Anfahrt | Herzzentrum | Uniklinik Köln," https://herzzentrum.uk-koeln.de/informationen/kontakt-anfahrt/

"Krankenhäuser - Deutsches Herzzentrum München – Landeshauptstadt München," https://stadt.muenchen.de/service/info/deutsches-herzzentrum-munchen/1067458/

"Laguna Tech USA 2025 Company Profile: Valuation, Funding & Investors | PitchBook," https://pitchbook.com/profiles/company/600364-99#overview

"Laguna Tech USA Announces Newly Designed Heart Valves with," https://www.globenewswire.com/news-release/2023/10/24/2765560/0/en/Laguna-Tech-USA-Announces-Newly-Designed-Heart-Valves-with-Advanced-Engineering-Successfully-Implanted-in-First-in-Human-Clinical-Trial.html

"Laguna Tech USA Announces Site Record Number of Transcatheter Heart Valves Implanted at Single Center on Same Day in First-in-Human Clinical Trial," Laguna Tech, January 3, 2024, https://www.globenewswire.com/news-release/2024/01/03/2803228/0/en/Laguna-Tech-USA-Announces-Site-Record-Number-of-Transcatheter-Heart-Valves-Implanted-at-Single-Center-on-Same-Day-in-First-in-Human-Clinical-Trial.html

"Laguna Tech USA Announces Site Record Number of," https://www.globenewswire.com/news-release/2024/1/3/2803228/0/en/Laguna-Tech-USA-Announces-Site-Record-Number-of-Transcatheter-Heart-Valves-Implanted-at-Single-Center-on-Same-Day-in-First-in-Human-Clinical-Trial.html

"Laguna Tech USA Announces Successful Heart Valve Procedure in First-in-Human Clinical Trial of Innovative ALPHA Aortic Valve," https://finance.yahoo.com/news/laguna-tech-usa-announces-successful-123000858.html

"Laguna Tech USA Begins FIH Trial of Alpha TAVR System," Laguna Tech, June 21, 2023, https://lagunatechmed.com/laguna-tech-usa-begins-fih-trial-of-alpha-tavr-system/

"Leading the way overseas, Unstoppable in Intelligence," https://en.cardioflowmedtech.com/en/news/118.html

"Leben in Bern - Insel Gruppe AG," https://inselgruppe.ch/de/jobs-und-karriere/leben-in-bern

"Locations | Los Robles Regional Medical Center," https://www.losrobleshospital.com/locations

"Locations | Naples Comprehensive Health (NCH)," https://nchmd.org/locations/

"Map - Yale School of Medicine," https://medicine.yale.edu/maps/

"Mayra Guerrero, M.D. - Doctors and Medical Staff - Mayo Clinic," https://www.mayoclinic.org/biographies/guerrero-mayra-m-d/bio-20433951

"Medicare Coverage Related to Investigational Device Exemption (IDE) Studies," *CMS.gov*, accessed October 18, 2025, https://www.cms.gov/medicare/coverage/investigational-device-exemption-ide-studies

"MedStar Contact Information & Directory | MedStar Health," https://www.medstarhealth.org/contact-us

"Medtronic Acquires Corevalve, Ventor Technologies," *Manufacturing.net*, April 10, 2009, https://www.manufacturing.net/supply-chain/news/13068879/medtronic-acquires-corevalve-ventor-technologies

"Medtronic Announces FDA Approval of New Recaptureable TAVR System Available for Severe Aortic Stenosis Patients with Large Anatomies," *Medtronic*, October 26, 2016, https://news.medtronic.com/2016-10-26-Medtronic-Announces-FDA-Approval-of-New-Recaptureable-TAVR-System-Available-for-Severe-Aortic-Stenosis-Patients-with-Large-Anatomies

"Medtronic CoreValve Evolut R U.S. Clinical Study (Evolut 34R Addendum)," https://clinicaltrials.gov/study/NCT02746809

"Medtronic CoreValve Evolut R U.S. Clinical Study," https://clinicaltrials.gov/study/NCT02207569

"Medtronic Evolut Transcatheter Aortic Valve Replacement in Low Risk Patients," https://clinicaltrials.gov/study/NCT02701283

"Medtronic Evolut™ EXPAND TAVR I Feasibility Study," https://clinicaltrials.gov/study/NCT04639258

"Medtronic Transcatheter Aortic Valve Replacement (TAVR) Low Risk Bicuspid Study," https://clinicaltrials.gov/study/NCT03635424

"Medtronic's CoreValve Evolut R TAVR System Approved by FDA," *Cardiac Interventions Today*, June 22, 2015, https://citoday.com/news/medtronics-corevalve-evolut-r-tavr-system-approved-by-fda

"Merger Guidelines," U.S. Department of Justice and the Federal Trade Commission, December 18, 2023, https://www.justice.gov/d9/2023-12/2023%20Merger%20Guidelines.pdf

"Meril Life Sciences 2025 Company Profile: Valuation, Funding & Investors | PitchBook," https://pitchbook.com/profiles/company/186746-05#overview

"MicroPort Scientific 2025 Company Profile: Stock Performance & Earnings | PitchBook," https://pitchbook.com/profiles/company/40463-11

"Mitroflow DL Post Approval Study- North America," https://clinicaltrials.gov/study/NCT02351726

"Montefiore Einstein," https://montefioreeinstein.org/

"Multi-center, Open-label, Single-ascending Dose Study of Safety and Tolerability of TN-201 in Adults With Symptomatic MYBPC3 Mutation-associated HCM," https://clinicaltrials.gov/study/NCT05836259

"National Heart and Lung Institute | Faculty of Medicine | Imperial College London," https://www.imperial.ac.uk/nhli/

"Nationwide Children's Hospital," https://www.nationwidechildrens.org/

"Natural History Study in Pediatric Patients With MYBPC3 Mutation-associated Cardiomyopathy," https://clinicaltrials.gov/study/NCT05112237

"New Jersey's Top-Ranked Hospital Network | Hackensack Meridian Health," https://www.hackensackmeridianhealth.org/en/

"New TAVR Technology: J-ValveTM Ausper System," Cheung, TCT 2015

"NewMed Medical 2025 Company Profile: Valuation, Funding & Investors | PitchBook," https://pitchbook.com/profiles/company/432712-36#overview

"NewYork-Presbyterian/Columbia University Irving Medical Center," https://www.nyp.org/locations/newyork-presbyterian-columbia-university-medical-center

"NY Valves 2024," *tctMD*, June 10, 2024, https://www.tctmd.com/nyvalves2024

"Oakwood Hospital & Medical Center in Dearborn, Michigan," https://www.countyoffice.org/oakwood-hospital-medical-center-dearborn-mi-60f/

"Open-Label Study of Perhexiline in Patients With Hypertrophic Cardiomyopathy and Moderate to Severe Heart Failure," https://clinicaltrials.gov/study/NCT02862600

"Optimize PRO Study," https://clinicaltrials.gov/study/NCT04091048

"OsloMet," https://www.oslomet.no/en/

"Ospedale San Raffaele," https://www.hsr.it/strutture/ospedale-san-raffaele

"Overview of Medical Device Classification and Reclassification," *FDA*, accessed October 17, 2025, https://www.fda.gov/about-fda/cdrh-transparency/overview-medical-device-classification-and-reclassification

"P100041A," https://www.accessdata.fda.gov/cdrh_docs/pdf10/P100041A.pdf

"P110021A," https://www.accessdata.fda.gov/cdrh_docs/pdf11/P110021A.pdf

"P110021b," https://www.accessdata.fda.gov/cdrh_docs/pdf11/P110021b.pdf

"P130009A," https://www.accessdata.fda.gov/cdrh_docs/pdf13/P130009A.pdf

"P130009S034A," https://www.accessdata.fda.gov/cdrh_docs/pdf13/P130009S034A.pdf

"P130009S057A," https://www.accessdata.fda.gov/cdrh_docs/pdf13/P130009S057A.pdf

"P130021A," https://www.accessdata.fda.gov/cdrh_docs/pdf13/P130021A.pdf

"P130021S002A," https://www.accessdata.fda.gov/cdrh_docs/pdf13/P130021S002A.pdf

"P130021S033A," https://www.accessdata.fda.gov/cdrh_docs/pdf13/P130021S033A.pdf

"P130021S058A," https://www.accessdata.fda.gov/cdrh_docs/pdf13/P130021S058A.pdf

"P140031A," https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031A.pdf

"P140031S010A," https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031S010A.pdf

"P140031S028A," https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031S028A.pdf

"P140031S085A," https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031S085A.pdf

"P140031S112A," https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031S112A.pdf

"P140031S182A," https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031S182A.pdf

"P180029A," https://www.accessdata.fda.gov/cdrh_docs/pdf18/P180029A.pdf

"P190023A," https://www.accessdata.fda.gov/cdrh_docs/pdf19/P190023A.pdf

"PARADIGM: Amplatzer Valvular Plug for PVL Closure," https://clinicaltrials.gov/study/NCT04489823

"PARTNER 3 Trial - Aortic Valve-in-Valve," https://clinicaltrials.gov/study/NCT03003299

"PARTNER 3 Trial: Safety and Effectiveness of the SAPIEN 3 Transcatheter Heart Valve in Low Risk Patients With Aortic Stenosis," https://clinicaltrials.gov/study/NCT02675114

"PARTNER II Trial: Placement of AoRTic TraNscathetER Valves II – High Risk and Nested Registry 7," https://clinicaltrials.gov/study/NCT03222141

"PARTNER II Trial: Placement of AoRTic TraNscathetER Valves II – Nested Registry 3/Valve-in-Valve," https://clinicaltrials.gov/study/NCT03225001

"PARTNER II Trial: Placement of AoRTic TraNscathetER Valves II – S3 Intermediate," https://clinicaltrials.gov/study/NCT03222128

"PARTNER II Trial: Placement of AoRTic TraNscathetER Valves II – XT Intermediate and High Risk," https://clinicaltrials.gov/study/NCT01314313

"PARTNER II Trial: S3iCAP," https://clinicaltrials.gov/study/NCT02687035

"Patient Care at UVA Health," https://uvahealth.com/

"Perceval S Aortic Heart Valve Study- North America," https://clinicaltrials.gov/study/NCT01810679

"Perceval Sutureless Implant Versus Standard-Aortic Valve Replacement," https://clinicaltrials.gov/study/NCT02673697

"PERIGON Pivotal Trial," https://clinicaltrials.gov/study/NCT02088554

"Piedmont Metro Atlanta Hospital Information | Piedmont Healthcare," https://www.piedmont.org/locations/piedmont-atlanta/ContentPage.aspx?nd=807

"Piotr Miskiewicz," https://www.researchgate.net/profile/Piotr-Miskiewicz-2

"Plans d'accès," https://www.ghicl.fr/plans-acces.html

"PMA P140031/S085: FDA Summary of Safety and Effectiveness Data," https://www.accessdata.fda.gov/cdrh_docs/pdf14/P140031S085B.pdf

"Point-of-Care Echocardiography in Patients with Known or Suspected Aortic Stenosis," https://clinicaltrials.gov/study/NCT06717373

"Portico Next Generation Approval Study," https://clinicaltrials.gov/study/NCT04011722

"Portico Re-sheathable Transcatheter Aortic Valve System US IDE Trial," https://clinicaltrials.gov/study/NCT02000115

"Post Market Clinical Follow-Up Study in Patients Treated With the On-X Ascending Aortic Prosthesis (AAP)," https://clinicaltrials.gov/study/NCT05082454

"Post-Market Surveillance Registry to Monitor Performance and Safety of V8 Device," https://clinicaltrials.gov/study/NCT02099942

"Predictors for new-onset conduction block in patients with pure native aortic regurgitation after transcatheter aortic valve replacement with a new-generation self-expanding valve (VitaFlow Liberty™): a retrospective cohort study | BMC Cardiovascular Disorders | Full Text," https://bmccardiovascdisord.biomedcentral.com/articles/10.1186/s12872-024-03735-z

"Premarket Approval (PMA)," https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=P140031S074

"Premarket Approval (PMA)," https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=P140031S141

"Prizvalve® Transcatheter Aortic Valve System Approved for Marketing," https://english.nmpa.gov.cn/2025-02/19/c_1073599.htm

"PROACT Xa - A Trial to Determine if Participants With an On-X Aortic Valve Can be Maintained Safely on Apixaban," https://clinicaltrials.gov/study/NCT04142658

"Progel Vascular Sealant," https://clinicaltrials.gov/study/NCT01959503

"Program Guide – New York Valves 2024," https://assets.crfconnect.com/meetings/tvt2024/page-content/Valves2024_ProgramGuide.pdf

"Program Guide," *CRF TCT Conference*, accessed October 19, 2025, tctconference.com/program-guide/print/session/127726"

"Program Guide," *New York Valves 2025*, accessed October 22, 2025, https://www.nyvalvesconference.com/program-guide

"Program Guide," *TCT*, accessed October 19, 2025, https://www.tctconference.com/program-guide

"PROGRESS: Management of Moderate Aortic Stenosis by Clinical Surveillance or TAVR," https://clinicaltrials.gov/study/NCT04889872

"ProMedica Toledo Hospital," https://www.promedica.org/locations-and-doctors/location/hospital/promedica-toledo-hospital?utm_source=bing&utm_medium=organic&utm_campaign=bingplaces

"ProspeCtive, nOn-randoMized, MulticENter Clinical Evaluation of Edwards Pericardial Bioprostheses With a New Tissue Treatment Platform (COMMENCE)," https://clinicaltrials.gov/study/NCT01757665

"Protect the Head to Head Study," https://clinicaltrials.gov/study/NCT05684146

"PROTECTED TAVR: Stroke PROTECTion With SEntinel During Transcatheter Aortic Valve Replacement," https://clinicaltrials.gov/study/NCT04149535

"PubMed," National Institutes of Health, accessed October 15, 2025, https://pubmed.ncbi.nlm.nih.gov/

"Rabin Medical Center – Israel Healthcare Foundation," https://israelhealthcarefoundation.org/rabin/

"Rapid Non-invasive Detection of Aortic Stenosis," https://clinicaltrials.gov/study/NCT04024566

"REdo tranScatheter Aortic Valve Replacement for Transcatheter aOrtic Valve failuRE," https://clinicaltrials.gov/study/NCT06777368

"REPRISE IV: LOTUS Edge Valve System in Intermediate Surgical Risk Subjects," https://clinicaltrials.gov/study/NCT03618095

"Safety & Efficacy Study of the Medtronic CoreValve® System-Treatment of Symptomatic Severe Aortic Stenosis With Significant Comorbidities in Extreme Risk Subjects Who Need Aortic Valve Replacement," https://clinicaltrials.gov/study/NCT01675440

"Safety and Effectiveness of Prizvalve Transcatheter Aortic Valve in Patients With Failing Bioprosthetic Valves," https://clinicaltrials.gov/study/NCT07122050

"Safety and Efficacy Continued Access Study of the Medtronic CoreValve® System in the Treatment of Symptomatic Severe Aortic Stenosis in Very High Risk Subjects and High Risk Subjects Who Need Aortic Valve Replacement," https://clinicaltrials.gov/study/NCT01531374

"Safety and Efficacy Study of Lotus Valve for Transcatheter Aortic Valve Replacement," https://clinicaltrials.gov/study/NCT02202434

"Safety and Efficacy Study of the Medtronic CoreValve® System in the Treatment of Severe, Symptomatic Aortic Stenosis in Intermediate Risk Subjects Who Need Aortic Valve Replacement (SURTAVI).," https://clinicaltrials.gov/study/NCT01586910

"Safety and Efficacy Study of the Medtronic CoreValve® System in the Treatment of Symptomatic Severe Aortic Stenosis in High Risk and Very High Risk Subjects Who Need Aortic Valve Replacement," https://clinicaltrials.gov/study/NCT01240902

"Safety and Performance Study of the Edwards SAPIEN 3 Transcatheter Heart Valve / The SAPIEN 3 Study (SAPIEN3)," *ClinicalTrials.gov*, accessed October 21, 2025, https://clinicaltrials.gov/study/NCT01808287

"Self-Centering Guide Catheter Feasibility Study," https://clinicaltrials.gov/study/NCT02639494

"Shanghai General Hospital-Shanghai Jiao Tong University School of Medicine," https://www.shsmu.edu.cn/english/info/1085/1229.htm

"Sheila and Eric Samson Pavilion at the Health Education Campus at Case Western Reserve University and the Cleveland Clinic | Cleveland Clinic," https://my.clevelandclinic.org/locations/directions/570-sheila-and-eric-samson-pavilion-at-the-health-education-campus-at-case-western-reserve-university-and-the-cleveland-clinic

"Siegel™ Transcatheter Aortic Valve Replacement System (TAVR) Early Feasibility Study," https://clinicaltrials.gov/study/NCT06680427

"SJM Masters HP 15mm Rotatable Mechanical Heart Valve as Aortic Valve Replacement Therapy," https://clinicaltrials.gov/study/NCT03924661

"SMall Annuli Randomized To Evolut™ or SAPIEN™ Trial," https://clinicaltrials.gov/study/NCT04722250

"Smidt Heart Institute - Los Angeles, CA | Cedars-Sinai," https://www.cedars-sinai.org/programs/heart.html

"Some Newer Kids on the Block: Venus A Valve, Jena & J Valve, Anteris and More …," Grube, TVT 2023

"Sorin Universal REgistry on Aortic Valve Replacement," https://clinicaltrials.gov/study/NCT02679404

"St Boniface Hospital," https://stbonifacehospital.ca/

"St. Paul's Hospital | Providence Health Care," https://www.providencehealthcare.org/en/locations/st-pauls-hospital

"Strait Access Technologies 2025 Company Profile: Valuation, Funding & Investors | PitchBook," https://pitchbook.com/profiles/company/465317-65#overview

"Surgical Treatment of Aortic Stenosis With a Next Generation, Rapid Deployment Surgical Aortic Valve," https://clinicaltrials.gov/study/NCT01700439

"Tal Salamon," https://www.linkedin.com/in/tal-salamon-0b6a1/?originalSubdomain=il

"Tavr System – Strait Access Technologies," https://straitaccesstechnologies.com/tavr-system/#tavr-system

"TCT 2014," *tctMD*, September 2014, https://www.tctmd.com/conference/tct-2014

"TCT 2015," *tctMD*, October 2015, https://www.tctmd.com/conference/tct-2015

"TCT 2016," *tctMD*, November 2016, https://www.tctmd.com/tct2016

"TCT 2017," *tctMD*, October 2017, https://www.tctmd.com/tct2017

"TCT 2018," *tctMD*, September 2018, https://www.tctmd.com/tct2018

"TCT 2019," *tctMD*, September 2019, https://www.tctmd.com/TCT2019

"TCT 2022," *tctMD*, September 2022, https://www.tctmd.com/tct2022

"TCT 2023," *tctMD*, October 2023, https://www.tctmd.com/TCT2023

"TCT 2024," *tctMD*, October 2024, https://www.tctmd.com/conference/TCT2024

"Teaching Hospitals | Medical University of Warsaw," https://www.wum.edu.pl/en/kliniki

"The ACURATE™ Aortic Valve Platform," *Boston Scientific*, accessed October 15, 2025, https://www.bostonscientific.com/en-US/medical-specialties/structural-heart/acurate-ide-trial/acurate-neo2-for-physicians.html

"THE ALIGN-AR EFS TRIAL: JenaValve Pericardial TAVR Aortic Regurgitation Study," https://clinicaltrials.gov/study/NCT02732704

"The Anatomically "Correct" JenaValve TAVR System - Pure AR Treatment", Treede, TCT 2017

"The Anatomically "Correct" JenaValve TAVR System - Pure AR Treatment," Treede, TVT 2017

"The Anatomically "Correct" Transfemoral JenaValve TAVR System," Treede, TCT 2019

"The Catholic University of Korea Seoul ST.MARY`S Hospital," https://www.cmcseoul.or.kr/eng.common.main.main.sp

"The Economics of Investigational Device Exemption (IDE) Studies: What You Need to Know About Medicare Coverage," *Premier Research*, January 29, 2024, https://premier-research.com/perspectives/the-economics-of-investigational-device-exemption-ide-studies-what-you-need-to-know-about-medicare-coverage/

"The First Affiliated Hospital of AFMU-Air Force Medical University," https://www.fmmu.edu.cn/en/Affiliated_Hospitals1/The_First_Affiliated_Hospital_of_AFMU.htm

"The JenaValve ALIGN-AR LVAD Registry," https://clinicaltrials.gov/study/NCT06594705

"The JenaValve ALIGN-AR Pivotal Trial," https://clinicaltrials.gov/study/NCT04415047

"The JenaValve TAVR System: Status Updates," Treede, TVT 2016

"The JenaValve Trilogy Heart Valve System in High Surgical Risk Patients with Symptomatic, Severe Aortic Regurgitation," Vahl, TCT 2024

"The JenaValve TrilogyTM Heart Valve System Hemodynamics and Device Performance: A New Era in Safety and Technical Success for TAVR in AR," Makkar, TCT 2023

"The Medtronic TAVR 2.0 US Clinical Study," https://clinicaltrials.gov/study/NCT02738853

"The PARTNER II Trial: Placement of AoRTic TraNscathetER Valves – PII B," https://clinicaltrials.gov/study/NCT02184442

"THE PARTNER TRIAL: Placement of AoRTic TraNscathetER Valve Trial," https://clinicaltrials.gov/study/NCT00530894

"The PROTEMBO Trial," https://clinicaltrials.gov/study/NCT05873816

"The REFLECT Trial: Cerebral Protection to Reduce Cerebral Embolic Lesions After Transcatheter Aortic Valve Implantation," https://clinicaltrials.gov/study/NCT02536196

"The ShortCut™ Continued Access Study Protocol," https://clinicaltrials.gov/study/NCT06211296

"The University of British Columbia," https://www.ubc.ca/

"The University of Virginia," https://www.virginia.edu/

"The Valley Hospital in Paramus, NJ | Valley Health System," https://www.valleyhealth.com/locations/valley-hospital

"Toronto General Hospital - UHN," https://www.uhn.ca/OurHospitals/TGH

"Tous les bâtiments (Plans d'accès) - CHU de Montpellier," https://www.chu-montpellier.fr/fr/information-transversale/annuaire-des-lieux/chu-de-montpellier-304

"Transapical JenaValve TAVI System," Treede, TCT 2014

"Transcatheter Aortic Valve Repair for Aortic Insufficiency Using the Cusper Device," Feld, TCT 2024

"Transcatheter aortic valve repair for aortic regurgitation with the Cusper device | EuroIntervention," https://eurointervention.pcronline.com/article/transcatheter-aortic-valve-repair-for-aortic-regurgitation-with-the-cusper-device

"Transcatheter aortic valve repair for aortic regurgitation with the Cusper device," Feld, New York Valves 2024

"Transcatheter Aortic Valve Replacement System Pivotal Trial," https://clinicaltrials.gov/study/NCT02163850

"TranScatheter Aortic Valve RepLacement System US Feasibility Trial," https://clinicaltrials.gov/study/NCT01932099

"Transcatheter self-expanding valve replacement in pure native aortic regurgitation: Results from a multicenter registry study," Zhang, TVT 2023

"Transcatheter valve with a hollow ballon for aortic valve insufficiency," https://mmcts.org/tutorial/855

"Transfemoral JenaValve Pericardial TAVR System" Treede, MD, TCT 2018

"Transfemoral JenaValve Trilogy Implantation for Severe Aortic Regurgitation in a LVAD Patient," Ranard, TVT 2021

"Transfemoral Replacement of Aortic Valve With HLT MeriDIAN Valve Early Feasibility Trial," https://clinicaltrials.gov/study/NCT02799823

"TReanscAtheter TreatMent of PurE Aortic Regurgitation with VitaFlow Liberty System (TRAMPERS)," *ClinicalTrials.gov*, accessed October 17, 2025, https://www.clinicaltrials.gov/study/NCT06818084

"Treanscatheter Treatment of Pure Aortic Regurgitation with VitaFlow Liberty System: a Prospective, Multicenter Study," https://www.clinicaltrials.gov/study/NCT06818084

"Trial of the F2 Filter and Delivery System for Embolic Protection During TAVR," https://clinicaltrials.gov/study/NCT06689839

"Trifecta™ Long Term Follow-Up (LTFU) Study," https://clinicaltrials.gov/study/NCT01593917

"TVT 2016," *tctMD*, June 2016, https://www.tctmd.com/conference/tvt-2016

"TVT 2017," *tctMD*, June 2017, https://www.tctmd.com/TVT2017

"TVT 2019," *tctMD*, June 2019, https://www.tctmd.com/TVT2019

"TVT 2021," *tctMD*, July 2021, https://www.tctmd.com/tvt2021

"TVT 2022," *tctMD*, June 2022, https://www.tctmd.com/tvt2022

"TVT 2023," *tctMD*, June 2023, https://www.tctmd.com/tvt2023

"TVT Innovation III TAVR Systems for AR Treatment," Adam, TVT 2023

"U.S. Multicenter Feasibility Trial of the F2 Filter and Delivery System for Embolic Protection During TAVR," https://clinicaltrials.gov/study/NCT06069661

"UH Cleveland Medical Center | University Hospitals | Cleveland, OH | University Hospitals," https://www.uhhospitals.org/locations/uh-cleveland-medical-center

"University of Alberta," https://www.ualberta.ca/en/index.html

"University of Pennsylvania," https://www.upenn.edu/

"Updates on the Dedicated JenaValve TAVR System and ALIGN AR Trial," Thourani, Chairman, TVT 2022

"UPMC PINNACLE FOUNDATION | UPMC Pinnacle Foundation," https://www.upmcpinnaclefoundation.org/

"UPMC: #1 Ranked Hospital in Pittsburgh," https://www.upmc.com/?utm_mrid=mrid0689&utm_adgroup=90175297106&utm_advertiserid=8542765693&utm_source=bing&utm_medium=cpc&utm_campaign=System%20-%20Branded%20-%20National&utm_term=pittsburgh%20univ%20medical&utm_content=UPMC%20Brand%20(Spelled%20Out)%20-%20Exact

"Use of DurAVR™ THV System in Subjects With Severe Aortic Stenosis: Early Feasibility Study," https://clinicaltrials.gov/study/NCT05712161

"Vår verksamhet," https://www.karolinska.se/vard/tema/tema-hjarta-karl-och-neuro/kardiologi/kardiologi/var-verksamhet-kardiologi/

SUBJECT TO PROTECTIVE ORDER // HIGHLY CONFIDENTIAL

"Venus Medtech 2025 Company Profile: Stock Performance & Earnings | PitchBook," https://pitchbook.com/profiles/company/139878-64#overview

"Venus Medtech Acquires Cardiovalve to Optimize its Innovative Products Pipeline of Mitral and Tricuspid Valve Replacement-News-VENUS MEDTECH-," https://www.venusmedtech.com/index.php/content-527

"Vickor Medical 2025 Company Profile: Valuation, Funding & Investors | PitchBook," https://pitchbook.com/profiles/company/339780-25#overview

"Vivio AS (Aortic Stenosis) Algorithm Optimization Study," https://clinicaltrials.gov/study/NCT04068402

"Vivio AS (Aortic Stenosis) Detection Study," https://clinicaltrials.gov/study/NCT04066634

"VIZ ACCESS HCM - Multi-Site Registry," https://clinicaltrials.gov/study/NCT07103057

"Viz HCM (ECG Assist) Utilization Workflow Pilot," https://clinicaltrials.gov/study/NCT06600256

"WashU Medicine," https://medicine.washu.edu/

"Wayne State University - Wayne State University," https://wayne.edu/

"Welcome to Université Laval | ULaval | Quebec City, Canada," https://www.ulaval.ca/en

"Welcome to University Health Network - UHN," https://www.uhn.ca/

"Why You Should Choose Piedmont Heart Institute | Piedmont Healthcare," https://www.piedmont.org/heart/healthcare-professionals/why-phi/why-phi

"World's First TAVR vs. SAVR Trial for Intermediate-to-High Risk Aortic Regurgitation Nears Completion!-Wuhan Weike Medical Technology Co., Ltd.," https://en.vickor.com.cn/news_xq/47.html

"Yale New Haven Hospital | Yale New Haven Health," https://www.ynhh.org/

D. Scott Lim, "Early Experience with the LagunaTech Balloon-Expandable TAVR for Non-Calcific Regurgitation and Calcific Stenosis – Consistent Landing Height with a Short-Framed Valve ," *TCT*, October 29, 2024, https://www.tctmd.com/slide/early-experience-lagunatech-balloon-expandable-tavr-non-calcific-regurgitation-and-calcific

Gali Weinreb, "Johnson & Johnson buys Israeli co V-Wave for up to $1.7b," *Globes*, August 20, 2024, https://en.globes.co.il/en/article-johnson-johnson-buys-israeli-co-vwave-for-up-to-11b-1001487184

Justine Varieur Cadet, "Medtronic to expand heart valve portfolio with $1B in acquisitions," *Cardiovascular Business*, February 24, 2009, https://cardiovascularbusiness.com/topics/clinical/interventional-cardiology/medtronic-expand-heart-valve-portfolio-1b-acquisitions

Maayan Cohen Rozen, "Edwards Lifesciences completes $497 million acquisition of Israel's Vectorious," *CTech*, April 9, 2025, https://www.calcalistech.com/ctechnews/article/hjb980l9xg

Merdler et al., "Review of late-breaking clinical trials from Cardiovascular Research, Technologies (CRT) 2024," Cardiovascular Revascularization Medicine

Michael J. Reardon, "China Experiences with J-Valve TAVR for Both Aortic Regurgitation and Stenosis," *TCT*, October 23, 2023, https://www.crfconnect.com/episode/china-experiences-with-j-valve-tavr-for-both-aortic-regurgitation-and-stenosis-1565

Philippe Généreux et al., "egnite, Inc. and JenaValve Announce Novel Research on Outcomes with Untreated Aortic Regurgitation at the 2024 American College of Cardiology Conference - egnite," *egnite*, April 6, 2024

Santiago Garcia, "Experience With J-Valve – Technology, Case Examples, and Clinical Trials," TCT, October 28, 2024, https://www.tctmd.com/slide/experience-j-valve-technology-case-examples-and-clinical-trials

Stacy Lawrence, "Boston Scientific to buy TAVR upstart Symetis for $435M days ahead of IPO," *BioWorld*, March 31, 2017, https://www.bioworld.com/blogs/2-bioworld-medtech-perspectives/post/672-boston-scientific-to-buy-tavr-upstart-symetis-for-435m-days-ahead-of-ipo

Torsten P. Vahl, "The ALIGN-AR Trial: Two-Year Outcomes of Transcatheter Aortic Valve Replacement With JenaValve TrilogyTM in High Surgical Risk Patients With Moderate-to-Severe or Severe Native Aortic

Regurgitation," TCT, October 29, 2024, https://www.tctmd.com/slide/align-ar-trial-two-year-outcomes-transcatheter-aortic-valve-replacement-jenavalve-trilogytm

Vinod H. Thourani, "ALIGN-AR Trial: Initial Outcomes of the JenaValve Trilogy Transcatheter Aortic Valve Replacement in High Risk Patients With Symptomatic Severe Native Aortic Regurgitation," *TCT*, October 24, 2023, https://www.crfconnect.com/episode/align-ar-trial-initial-outcomes-of-the-jenavalve-trilogy-transcatheter-aortic-valve-replacement-in-high-risk-patients-with-symptomatic-severe-native-aortic-regurgitation-1693

Wenzhi Pan, "A Novel Transfemoral Aortic Valve Replacement System (Hanchor Valve) for Pure Native Aortic Regurgitation (PNAR)," *Transcatheter Cardiovascular Therapeutics (TCT)*, October 24, 2023, https://www.crfconnect.com/episode/a-novel-transfemoral-aortic-valve-replacement-system-hanchor-valve-for-pure-native-aortic-regurgitation-pnar-1654

Wenzhi Pan, "Early Results of Multi-Center Trial of a Novel Balloon-Expandable Valve with Anchor (Hanchor) for Aortic Regurgitation," *TCT*, October 29, 2024, https://www.tctmd.com/slide/early-results-multi-center-trial-novel-balloon-expandable-valve-anchor-hanchor-aortic

Yair Feld, "Transcatheter Aortic Valve Repair for Aortic Insufficiency Using the Cusper Device," *TCT*, October 29, 2024, https://www.tctmd.com/slide/transcatheter-aortic-valve-repair-aortic-insufficiency-using-cusper-device

Yingqiang Guo, "TCT 105: Transcatheter Aortic Valve Implantation Using a New Second-Generation TAVI System – J-Valve for High-Risk Patients With Pure Aortic Regurgitation," *tctMD*, October 13, 2015, https://www.tctmd.com/slide/tct-105-transcatheter-aortic-valve-implantation-using-new-second-generation-tavi-system-j

## Financial Documents

Edwards Lifesciences Corporation, Form 10-K, for the fiscal year ended December 31, 2024

Jenscare Scientific Co., Ltd., 2022 Annual Report, https://en.jenscare.com/upload/2023-07/1689215913684449 00.pdf

Jenscare Scientific Co., Ltd., 2024 Annual Report, https://en.jenscare.com/upload/2025-06/174901451398382400.pdf

Venus Medtech (Hangzhou) Inc., 2023 Annual Report, https://ir.venusmedtech.com/media/2ydpdfv2/2023-annual-report.pdf

## Federal Regulation Codes

Code of Federal Regulation, 812.20, https://www.ecfr.gov/current/title-21/chapter-I/subchapter-H/part-812/subpart-B/section-812.20#p-812.20(b)(8)

Code of Federal Regulation, 812.7, https://www.ecfr.gov/current/title-21/chapter-I/subchapter-H/part-812/subpart-A/section-812.7#p-812.7(b)

# Appendix 3:

## Transcatheter Cardiovascular Therapeutic Conference (San Francisco, October 2025)

**Exhibit A3-1** is a screenshot from the Program Guide of the October 2025 Cardiovascular Research Foundation's Transcatheter Cardiovascular Therapeutic Conference in San Francisco, CA. The exhibit shows the topics to be discussed and the lecturers at the October 27, 2025 session on "Dedicated TAVR Systems for Aortic Regurgitation." The session will discuss results from trials and studies of the TaurusNXT by Peijia Medical, J-Valve by Edwards, Hanchor Valve by INT Medical/Hanling Medical, and Ken-Valve by Jenscare.

**Exhibit A3-1**
**TAVR AR Session at the October 2025 TCT Conference**[243]

**Dedicated TAVR Systems for Aortic Regurgitation**

2:46 PM The Transfemoral TaurusNXT TAVR System (Peijia Medical): Two-Year Results of the NXT-DURA Trial

**Lecturer**
Wenzhi Pan

2:53 PM Discussion

2:57 PM Transcatheter Treatment of Chronic Aortic Regurgitation Using the Novel J-Valve System: 6-Months Results from a Transfemoral Early Feasibility Study (Edwards Lifesciences)

**Lecturer**
Santiago Garcia

3:04 PM Discussion

3:08 PM The Hanchor Valve for the Treatment of Patients with Severe Aortic Regurgitation (Hanling Medical): 1-Year Results of the Multi-Center HAVE AR Trial

**Lecturer**
Wenzhi Pan

3:15 PM Discussion

3:19 PM Transcatheter Aortic Valve Replacement with Ken-Valve™ in Aortic Regurgitation (Jenscare Scientific): 1-Year Outcomes and Large Annulus Subgroup Analysis

**Lecturer**
Anson Cheung

3:26 PM Discussion

[243] "Program Guide," *CRF TCT Conference*, accessed October 19, 2025, tctconference.com/program-guide/print/session/127726.

# Appendix 4:
## Worldwide TAVR-AR Innovation Competitors

Edwards documents documenting TAVR-AR innovation competitors outside the United States:

- In an October 2023 competitive update,[244] Edwards tracked activities ranging from EFS enrollment to regulatory milestones for Trilogy, J-Valve, Ken-Valve, and Hanchor Valve.

- In a February 2024 strategy and communication update,[245] Edwards referenced MicroPort's VitaFlow Liberty TAVR-AR valve trial initiation,[246] Laguna's ALPHA valve feasibility trial, and Hanchor's approval-stage study.

- A May 2024 Edwards board presentation,[247] mapped the TAVR-AR landscape identifying multiple devices including Trilogy, J-Valve, Laguna Tech's ZETA and ALPHA valves, University College of London's Triskele, VitaFlow Liberty, and Jenscare's Ken-Valve.

- In a more recent February 2025 competitive update, Edwards lists Laguna Tech, Healing Medical, Jenscare, KOKA Lifesciences, and MicroPort as TAVR AR

[244] EW-FTC-10987911 at 11 (October 2023 Edwards' Aortic Regurgitation presentation summarizing the clinical landscape, device development, and industry trends related to TAVR for AR.).

[245] EW-FTC-10085530 at 36-37 (February 2024 Edwards' Strategy and Scientific Communication Update presentation.).

[246] While VitaFlow Liberty is not approved for treating aortic regurgitation, there is a study that tests the effectiveness of its usage to treat aortic regurgitation. "TReanscAtheter TreatMent of PurE Aortic Regurgitation with VitaFlow Liberty System (TRAMPERS)," *ClinicalTrials.gov*, https://www.clinicaltrials.gov/study/NCT06818084.

[247] EW-FTC-10426470 at 10 (May 2024 Edwards' Strategy and Corporate Development Update presentation describing the "Landscape for the Treatment of Aortic Regurgitation").

players.[248] Other Edwards presentations document the status of TAVR-AR technologies worldwide including Chinese firms such as Venus Medtech, MicroPort, Peijia, and NewMed.[249] And still other presentations survey the "near-term TAVR landscape" including devices in the United States, Europe, and Japan.[250,251]

JenaValve documents documenting TAVR-AR innovation competitors outside the United States:

- A 2023 marketing update describing "The TAVR Battlefield"[252] identifies JC Medical, MicroPort, and Cuspa.
- In the context of discussing the upcoming CRT 2024 conference, JenaValve identified multiple TAVR-AR innovators including Laguna Tech's ALPHA Valve, Healing Medical's Hanchor Valve, KOKA Pioneer Valve, and Jenscare's Ken-Valve.[253]
- Following the CRT 2024 conference, a 2024 email between JenaValve business personnel pointed to the "emergence of several competitive products in the AR space including J-Valve, Laguna Tech, and the Cusper. J-Valve and Laguna Tech both presented EFS data and we know J-Valve will be starting their pivotal study in the US soon."[254]

---

[248] EW-FTC-10703477 at 7-8 (February 2025 Competitive Update).

[249] EW-FTC-10743752 at 5 (Edwards' Project Ozark presentation providing a summary of the "TAVR Technology Pipeline Status").

[250] EW-FTC-10740760 at 3.

[251] EW-FTC-10740980 at 2.

[252] JenaValve-2R-00332641 at 32 and 37.

[253] JenaValve-2R-00012738 at -742. (Internal notes that provide JenaValve's intended talking points at the CRT conference mentioning, "Several new dedicated AR TAVR devices in development but all are in early clinical stages and will not be available for 5+years.").

[254] JenaValve-2R-00012772 at -774.

- In a September 14, 2023 internal email, JenaValve's Daniel Sun described Healing Medical (referred to as "Kindly Medical") as "another Chinese company developing a valve dedicated for AR."[255] In response, Peijia Medical, JenaValve's Chinese partner, shared their summary of "Chinese AR players."[256]
- JenaValve's "London Valves 2023: Pre-Meeting and Messaging Review" deck identifies many TAVR-AR devices including J-Valve, Laguna Tech's ALPHA Valve, Hanchor Valve, KOKA Pioneer Valve, and Ken-Valve as competitive TAVR-AR devices.[257]

Testimony identifying TAVR-AR innovation competitors outside the United States:

- Larry Wood testified that Edwards tries "to make sure we understand our competition as completely as possible. We would want to know if -- if they're talking at meetings about future valve platforms or about changes they're making to their product, all of these things that could affect the competitive dynamics or basis of competition. If people are expanding into new geographies that we didn't anticipate, if they're going to run a U.S. trial, if they're planning on staying just in Europe, what their approval timings could look like based on best and worst case scenarios, what are all the potential competitors that are out there; I mean, we try to understand everything we can as it relates to competition."[258]

[255] JenaValve-2R-00197583 at -584 and -585.

[256] JenaValve-2R-00197583.

[257] JenaValve-2R-00718997 at 16.

[258] Wood (former Edwards) IH, 44:10-45:2.

- Scott Ullem, Edwards' CFO, testified, "[y]ou asked about whether there are other aortic regurgitation devices in clinical trial in the U.S., and I said that I don't know of any. I don't know if there are, but I don't know of any. But there are a lot of technology developments underway. Whether they've reached the point of an early feasibility study or a formal IDE clinical trial, I don't know. But there is always a lot of money being invested in spaces that have growth opportunities like aortic regurgitation."[259]

- Bernard Zovighian, Edwards' CEO, testified similarly that competition from outside the United States, especially from emerging industries, can shape strategic choices and innovation efforts in the United States.[260]

- Daniel Sun, JenaValve's Senior Director of Global Marketing, explained when asked about other TAVR-AR devices in development: "So we talked about Laguna Tech. There's also a number of valves in development in China, similar to the J-Valve, which started in China. But there's the Ken-Valve. There's the Hanchor valve, H-A-N-C-H-O-R. There's KOKA, K-O-K-A, Medical Technologies. They have a valve called the Pioneer valve. There may be others."[261]

[259] Ullem (Edwards) Deposition, 102:25-103:8.

[260] Zovighian (Edwards) Deposition, 114:6-20 ("Q. Why did you want to understand MicroPort's manufacturing location? A. For the same reason. And again, you have now a new competitor in Europe, so I wanted to get some intelligence on this company that is a new competitor. There are so many Chinese competitor coming into our space. There's so many Chinese AR competitor, by the way, competing with JC, who is a Chinese company also, and JenaValve. So it is like there's so many Chinese companies, it is about tracking a little bit what they are doing and how they are doing things.").

[261] Sun (JenaValve) IH, 89:1-7. *See also* Spadaro (JenaValve) IH, 82:18-83:6 ("Q. Other than J-Valve, are you aware of any companies that are seeking FDA or have made steps to seek FDA approval in the United States? A. I'm aware of three or four companies that have indicated either they are pursuing a first in animal or first in man study. There are other devices that aren't valves, per se. One called the CUSPR device, which is an aortic repair device for AR. And I learned of another valve called the Ken-Valve, which is making, you know, some inroads in Europe, in France, that is designed for AR.").

- In his testimony, Duane Pinto, JenaValve's Chief Medical Officer, explained that JenaValve is in the process of onboarding clinical trial sites outside the United Sates, including Germany, the UK, Canada, and potentially Japan, in order to support approval of Trilogy in the United States.[262]

[262] Pinto (JenaValve) Deposition, 184:1-18 ("…we also are in the process of onboarding sites outside of the United States which would be in countries like Germany, the UK, Canada, perhaps Japan. And those two investigators would be in charge of helping us manage the sites and physicians in those locations. Q. So those sites outside of the United States would be useful for obtaining approval for Trilogy in other countries beyond the United States? … THE WITNESS: No. Actually, it's – the whole purpose of the trial is to obtain approval in the United States. Whether we can utilize the data or not for the regulatory bodies in Europe is to be determined, but that's lesser of a concern because the valve is already partially available in the European Union now.").