# PDX-001 - PDX-0012

(see exhibit stamps bottom right corner)

PDX-001 (Pgs. 2-72)
PDX-0004 (Pgs. 73-79)
PDX-0006 (Pgs. 80-81)
PDX-0008 (Pg. 82)
PDX-0009 (Pgs. 83-133)
PDX-0010 (Pgs. 134-136)
PDX-0012 (Pgs. 137-172)

# FTC Opening Statement

*Federal Trade Commission v. Edwards Lifesciences, Corp., et al.*

*Case No. 1:25-cv-02569-RC*

# The Parties' Devices

## JenaValve Trilogy TAVR Device






Locator grasping of leaflets



Valve Deployment

## J-Valve TAVR Device






U-shaped anchor rings positioned on the leaflets



Valve Deployment



PDX001-002

# The Parties and Proposed Transaction

JC Medical

JENAVALVE

J-Valve/Sojourn



Trilogy



**July 22, 2024**

**July 23, 2024**

Edwards Lifesciences

# Competition for Premarket Approval




PX2322 (JVT) at 005



PDX001-004

# Competition for Premarket Approval

[redacted]

PX1286 (EW) at 001

# Competition for Clinical Trial Sites

**Commercial Activity and Market Size:**

- Due to our supply chain challenges, we have not as you know not been implanting in any material fashion
- Therapy awareness efforts however have been underway paving the groundwork for a high awareness impact in both the EU and US for 2023 and beyond
- CRT Meeting in DC – excellent clinical advisory board meeting – largely attended by our EU KOL
  - Continued strong support for Trilogy both AS and AR
- JValve (now owned by Genesis – former BSX leadership) is/was very aggressive literally chasing our investigators around the me
have selected s
- They sh
- We are
discussions and

"JValve…is/was very aggressive literally chasing our investigators around the meeting hall."

PX2181 (JVT) at 002

# Competition to Expand Size Offerings

## To treat 105mm annulus (match J-valve) JVT needs 2 valves

J-Valve

| | Annular Perimeter | |
|---|---|---|
| Valve | Min | Max |
| 22 | 57 | 66 |
| 25 | 66 | 75 |
| 28 | 75 | 85 |
| 31 | 85 | 94 |
| 34 | 94 | 104 |

Trilogy

| | Annular Perimeter | |
|---|---|---|
| Valve | Min | Max |
| N/A | N/A | N/A |
| 23 | 66 | 76 |
| 25 | 76 | 83 |
| 27 | 83 | 90 |
| 29 | 90 | 97 |
| 31 | 97 | 105 |

To match J-valve offering , JVT needs to large valve size

PX2190 (JVT) at 009



PDX001-007

# Competition to Treat Lower-Risk Patients

**From:** Ryan Polzin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D8982AE6C46F4BBAA07042E2E219B43A-RYAN POLZIN]
**Sent:** 2/8/2024 4:43:16 PM
**To:** Daniel Sun [dsun@jenavalve.com]; Peter Spadaro [spadaro@jenavalve.com]; Duane Pinto, MD, MPH [pinto@jenavalve.com]; John Kilcoyne [kilcoyne@jenavalve.com]
**Subject:** Re: J-Valve

Thanks Daniel. If that's how it pans out, m
stay ahead of them.

Let's go baby! Bring it on!

Best Regards,
Ryan

**Ryan Polzin**
Director of Strategy and Field Operations

JENAVALVE

PX2042 (JVT) at 001

"moving fast on the next trial for Trilogy will be of huge strategy importance to stay ahead of [J-Valve]."

"Let's go baby! Bring it on!"

# Competition for Best Clinical Data



## Updates on JenaValve

- Latest clinical presentation at TVT 2023 showed preliminary outcomes for 95 patients (including both AR & AS patients – data presented in previous slide)
  - Latest **pure AR commercial experience of Jenavalve Trilogy TAVR is 58 patients** [1] from 6 German centers; with mean age of 76 years and mean EuroScore II of 6.7%
  - Valve sizes: 6.9% 23mm, 27.6% 25mm, 65.5% 27mm

**30-Day Clinical Outcomes**



Procedural Outcomes:
- Technical success (VARC-3): 100%
- 2nd valve required: 0%

30-Day Safety Outcomes:
- 30-Day Mortality: 1.7%
- Stroke: 0%
- New pacemaker: 19.6%

30-Day Efficacy Outcomes:
- Moderate/ Severe AR at 30-Days: 0%

**Key Insights**

1. Current Jenavalve trial has a high screening failure rate for AR patients due to anatomical exclusions [2]:
   - Annular perimeter >90mm: 14%
   - Annulus angle >70 degrees: 6%
   - Suggests that at least 1 larger valve size and delivery systems allowing for steep angulations is required (to capture all screened patients)
2. J-Valve TF has advantage of Jenvalve in the following aspects:
   - Larger valve sizes of 31mm & 34mm
   - PPI rates from compassionate use cases is lower than Jenavalve's (i.e., 12% vs 19.6%)
3. **Now, our clinical performance has to match**

1 TVT 2023 Presentation by Matti Adam: TVT Innova
2 Gogia, S., Vahl, T. P., *et al.* (2023). Cardiac Comput
Dedicated Transfemoral Transcatheter Valve System

4 | JC Medical Confidential and Proprietary; Do Not Copy or Di

4

"Now, our clinical performance has to match or be superior to Jenavalve's."

PX1605 (EW) at 009



PDX001-009

# Roadmap

1. Introduction
2. Legal Standard
3. Background
4. Market Definition
5. Prima Facie Case
6. Defendants Cannot Meet Their Burden
7. Competitive Effects
8. Equities

# Statutory Standard for Preliminary Injunction



592 PUBLIC LAW 93-153–NOV. 16, 1973 [87 Stat.

(d) Section 5 of the Federal Trade Commission Act (15 U.S.C. 45) is amended by adding at the end thereof the following new subsection:

"(m) Whenever in any civil proceeding involving this Act the Commission is authorized or required to appear in a court of the United States, or to be represented therein by the Attorney General of the United States, the Commission may elect to appear in its own

Act, it shall—

"(a) certify the facts to the Attorney General, whose duty it shall be to cause appropriate proceedings to be brought for the enforcement of the provisions of such section or subsection; or

"(b) after compliance with the requirements with section 5(m), itself cause such appropriate proceedings to be brought."

"Upon a proper showing that, **weighing the equities and considering the Commission's likelihood of ultimate success, such action would be in the public interest**, and after notice to the defendant, a temporary restraining order or a preliminary injunction may be ordered without bond."

Federal Trade Commission Act § 13(b), 15 U.S.C. § 53(b)

# Roadmap

1. Introduction
2. Legal Standard
3. Background
4. Market Definition
5. Prima Facie Case
6. Defendants Cannot Meet Their Burden
7. Competitive Effects
8. Equities

# Aortic Regurgitation

## Aortic Regurgitation ("ssAR")



A Regurgitant Aortic Valve Fails to Close, Allowing Blood to Leak Backwards

**NOT Amenable to Existing TAVR's Use of Radial Force to Anchor**

- No Stenosis of the Valve
- No Calcification of Leaflets/Annulus
- Compliant anatomy

PX2327 (JVT) at 005



PDX001-013

# TAVR: Transcatheter Aortic Valve Replacement






PDX001-014

# FTC Expert: Dr. Aaron Kesselheim



Penn Carey Law
University of Pennsylvania

Perelman
School of Medicine
University of Pennsylvania

Harvard
T.H. Chan
School of Public Health

Yale Law School

Brigham and Women's Hospital

National Academy of Medicine



PDX001-015

# Edwards and JenaValve: Only Two Companies in US Clinical Trials



# Roadmap

1. Introduction
2. Legal Standard
3. Background
4. **Market Definition**
5. Prima Facie Case
6. Defendants Cannot Meet Their Burden
7. Competitive Effects
8. Equities

# Geographic Market



"For Clayton Act purposes, the Supreme Court has defined the relevant geographic market as the region 'in which the seller operates, and to which the purchaser can practicably turn for supplies.'"

*FTC v. Cardinal Health, Inc., 12 F.Supp.2d 34, 49 (D.D.C. 1998)*

"[T]he area of effective competition . . . must be charted by careful selection of the market area in which the seller operates, and to which the purchaser can practicably turn for supplies."

*Tampa Elec. Co. v. Nashville Coal Co., 365 U.S. 320, 327 (1961)*

# The Geographic Market is the United States



# [redacted] 8/1/2023, 3:16 PM
https://www.prnewswire.com/news-releases/genesis-medtech-announces-fda-breakthrough-device-designation-for-the-j-valve-transfemoral-system-301889867.html

# [redacted] 8/1/2023, 3:16 PM
FYI.

RP Ryan Polzi[redacted] 8/1/2023, 3:24 PM
Let the battle begin baby! A little competition is good!

PX2480 (JVT) at 002



PDX001-019

# Defendants View United States as a Distinct Market

Message

**From:** Blessie Concep
(FYDIBOHF23SP
**Sent:** 8/1/2024 1:02:
**To:** Jaime Wheeler
Prince [Heather
**Subject:** RE: AR London Mtg 31-Jul-2024

**Updates on JenaValve – Our closest competitor in USA TAVR (AR) Market**

PX1037 (EW) at 016

Please disregard prior email and refer to the updated version below.

a. Proceed with JOURNEY AR HR Pivotal trial: review protocol to ensure there are no major issues [redacted] device manufactured in China can be used in trial (need to improve anchor [redacted] uring procedure without dislodging valve) but cannot be used to commercialize in the US – need to transfer manufacturing from China to Canada or in-house

# of sites (focus on US only), device manufactured i [redacted]
during prep and detachment during procedure withou
need to transfer manufacturing from China to Canad

PX1280 (EW) at 001

PX2461 (JVT) at 003

# Product Market Defined by Substitutability



"The outer boundaries of a product market are determined by the reasonable interchangeability of use or the cross-elasticity of demand between the product itself and substitutes for it."

*Brown Shoe Co. v. United States*, 370 U.S. 294, 325 (1962)

"[C]ourts look at 'whether two products can be used for the same purpose, and, if so, whether and to what extent purchasers are willing to substitute one for the other.'"

*United States v. H&R Block*, Inc., 833 F.Supp.2d 36, 51 (D.D.C. 2011)

# Competition Defines Antitrust Markets



"Thus, the relevant market is defined as 'the area of effective competition.'"

*Ohio v. Am. Express Co.*, 585 U.S. 529, 543 (2018)

# Defining Product Market: *Brown Shoe* Practical Indicia



- the product's peculiar characteristics and uses
- distinct customers
- distinct prices
- industry or public recognition of the market
- ordinary course documents' portrayal of market realities

*Brown Shoe*, 370 U.S. 294, 325 (1962)

# *Brown Shoe*: Peculiar Characteristics and Uses




PX1394 (EW) at 003

# *Brown Shoe*: Distinct Customers




PX1078 (EW) at 050

# *Brown Shoe*: Distinct Prices

## Project Jupiter P2 Diligence Readout

June 28, 2024

Edwards Lifesciences

Diligence Leaders: Pooja / Jeremy / Meredith / Martyn

[redacted]

### Commercial Diligence Summary

| Categories | Effort Req. | Key Issues/Findings |
|---|---|---|
| Market Opportunity | [redacted] | No issu[redacted]opportunity with planned ssAR ≥High-risk indication |
| Differentiation | [redacted] | Strengths: First to market in US; approved in Europe; anchoring mechanism for n[redacted] leaflets; stable deployment & positioning; positive clinical outcomes (mortality, stro[redacted] embolism, AR < moderate). Weaknesses: Limited upper end of valve sizing (≤28.6mm diameter / 85mm peri[redacted] |
| KOLs | | |
| Traini… Proce… | | |
| Global Launch Strategy | [redacted] | [redacted] |

[redacted] list ASP [redacted] net ASP)"

- Opportunities: Establish TAVR therapy for AR in the US with target premium pricing for dedicated AR TAVR product: [redacted] list ASP [redacted] et ASP). ALIGN-AR 2-year data planned for TCT 2024; CT analysis & [redacted] project being formulated.

PX1453 (EW) at 007, 009

## Project Dragon Diligence Readout

June 28, 2024

Edwards Lifesciences

Diligence Leaders: Pooja / Jeremy / Meredith / Martyn

[redacted]

### Commercial Diligence Summary

| Categories | | Key Issues/Findings |
|---|---|---|
| Market Opportunity | [redacted] | No issu[redacted]planned ssAR ≥High-risk indication |
| Differentiation | [redacted] | Strengths: Interest in device from compassionate-use & EFS experience; ability to treat larger annulus patients (labeled up to ≤33mm diameter / ≤104mm perimeter); ability to track horizontal aort[redacted] (aortic annulus angle >80° excluded in EFS); anchoring mechanism for non-calcified leaflets; stable deployment & positioning; positive initial clinical outcomes (mortality, stroke, valve embolism, AR < [redacted] |
| KO… Ad… | | |
| Tr… Pr… Su… | | |
| Global Launch Strategy | [redacted] | [redacted] |

[redacted] list ASP [redacted] net ASP)"

Opportunities: US market is the priority to establish with target premium pricing for dedicated AR TAVR product [redacted] st ASP [redacted] et ASP). IDE experience will inform US commercial launch strategy; Europe strategy TBD but can [redacted] pan strategy TBD

PX1453 (EW) at 003, 005



PDX001-026

# *Brown Shoe*: Industry Recognition

LIVE

**Acquisition of Both Dedicated AR Technologies Enables Edwards to Lead the Therapy and Deliver a Strong Value Proposition to Patients**

| Speed to Market | Potential for Long-Term Differentiation |
|---|---|
|  **Project Jupiter (Trilogy)** |  **Project Dragon (J-Valve)** |
| **Value Proposition:**<br>▪ 1st dedicated AR product in US market (target Q4 2025)<br>▪ Compelling clinical evidence<br>▪ Large open cells for future coronary access | **Value Proposition:**<br>▪ 5 sizes to treat larger annuli<br>▪ Bovine pericardium<br>▪ Low profile frame for future coronary access |
| **Clinical Experience:**<br>▪ ALIGN-AR pivotal IDE: N=180, 1-year follow-up, 20 US sites<br>▪ Approx[redacted]otal patients in PMA, CAP, and AS | **Clinical Experience:**<br>▪ EFS: N=15, 30-day follow-up, 5 US sites<br>▪ Compassionate use experience [redacted] 30-day follow-up, 3 US & 2 Canada sites |

Abbreviations: AR = aortic regurgitation; AS = aortic stenosis; CAP = continued access plan; EFS = early feasibility study; PMA = pre-market approval

CONFIDENTIAL

PX1530 (EW) at 014

DB Devin Baerenwal[redacted] 7/24/2024, 11:33 PM
What's the vibe in house? Sounded like a lot of fear from the audience.

DS Daniel Sun [redacted] 7/24/2024, 11:33 PM
Dude it's like a funeral

DS Daniel Sun [redacted] 7/24/2024, 11:33 PM
So freaking weird

DB Devin Baerenwald [redacted] 7/24/2024, 11:36 PM
😂

DB Devin Baerenwald [redacted] 7/24/2024, 11:36 PM
How are you feeling?

DS Daniel Sun <
I'm worried ou

DB Devin Baeren
Yeah, I'm pret

DB Devin Baeren
Chris got forw
Medical, which I haven't seen anywhere online, but that would mean Edwards just bought the AR market.

DS Daniel Sun [redacted] 7/24/2024, 11:44 PM
It's not right

"...that would mean Edwards just bought the AR market."

PX2052 (JVT) at 002



PDX001-027

# Parties' Ordinary Course Documents Given Significant Weight



"Courts frequently rely on ordinary course documents and witness testimony illustrating that two merging parties view each other as strong competitors."

*FTC v. IQVIA Holdings Inc.*, 710 F.Supp.3d 329, 383 (S.D.N.Y. 2024)

"When determining the relevant product market, courts often pay close attention to the defendants' ordinary course of business documents."

*United States v. H&R Block, Inc.*, 833 F.Supp.2d 36, 52 (D.D.C. 2011)

# Documents Created During Regulatory and Litigation Processes



"[T]he probative value of such evidence was found to be extremely limited . . . ."

*United States v. General Dynamics Corp.*, 415 U.S. 486, 504 (1974)

"[A] firm's behavior undertaken with the aim of persuading a court or the government regarding the legality of a merger may not be predictive of how that firm will behave once the court or the government are no longer engaged."

*United States v. Aetna Inc.*, 240 F.Supp.3d 1, 80 (D.D.C. 2017)

# Sanitized Documents

PX1453 (EW) at 001

Hi Pooja and Jeremy,

"I've been given guidance to share strengths vs weaknesses instead of H2H comparison"

Meredith Zia
Portfolio Strategy
Transcatheter Heart Valves
Edwards Lifesciences

PX2465 (JVT) at 002

iyake@jenavalve.com) 8/6/2025, 5:46 PM
nesswire.com/news/home/20250806182521/en/Edwards-Lifesciences-Comments-on-FTCs-Action-to-Acquisition-of-JenaValve

"Not appropriate to discuss here or in any medium"

"FYI moving forward, let's don't write anything about JV down, as it can get subpoenaed ☺ nothing juicy in your notes"

PX1300 (EW) at 001

nathan_Ong@edwards.com>; Jonathan Lee

Subject: Re: JC Medical for THV Strat 2025

Thanks Ken!

FYI moving forward, let's don't write anything about JV down, as it can get subpoenaed ☺ nothing juicy in your notes, just a good practice

Sent: Friday, May 23, 2025 4:57 PM
To: Scott Ullem <Scott_Ullem@edwards.com>; Mark Wilterding <Mark_Wilterding@edwards.com>

"AR was handled carefully this submission due to the FTC review."

accordingly. AR was handled carefully this submission due to the FTC review. The TAVR team was abl
holistic topline based on market model assumptions for AR – meaning the revenue you see assumes
AR product in 2026. From a spend standpoint, the TAVR team only submitted expenses for JC Medica
$40M. Behind the scenes and not visible on that ELT target reconciliation schedule, our team submitt

PX1537 (EW) at 001

"You know, the only thing I can say is at some point we got into the habit that documents that contained items in the transaction, that we copied lawyers on those."

Keltjens (JVT) Dep. 134:3-9

# FTC Expert: Dr. Nathan Wilson



THE LONDON SCHOOL OF ECONOMICS AND POLITICAL SCIENCE

MICHIGAN ROSS SCHOOL OF BUSINESS

**Conclusion:** The proposed transaction is likely to substantially lessen competition

- The relevant market is the supply of TAVR-AR devices to American consumers
- The proposed transaction would dramatically increase concentration
- **The loss of competition between JenaValve and Edwards would likely harm consumers**

# Hypothetical Monopolist Test



"In the merger context, this inquiry boils down to whether 'a hypothetical profit-maximizing firm, not subject to price regulation, that was the only present and future seller of those products ... likely would impose at least a small but significant and non-transitory increase in price ('SSNIP') on ... at least one product sold by one of the merging firms.'"

*United States v. H&R Block*, 833 F.Supp.2d 36, 52 (D.D.C. 2011) (quoting the 2010 Horizontal Merger Guidelines § 4.1.1.)

# Roadmap

1. Introduction
2. Legal Standard
3. Background
4. Market Definition
5. Prima Facie Case
6. Defendants Cannot Meet Their Burden
7. Competitive Effects
8. Equities

# Section 7 of the Clayton Act (15 U.S.C. § 18)

SEC. 7. That no person engaged in commerce or in any activity affecting commerce shall acquire, directly or indirectly, the whole or any part of the stock or other share capital and no person subject to the jurisdiction of the Federal Trade Commission shall acquire the whole or any part of the assets of another person engaged also in commerce or in any activity affecting commerce, where in any line of commerce or in any activity affecting commerce in any section of the country, the effect of such acquisition may be substantially to lessen competition, or to tend to create a monopoly.

# Proposed Transaction Tends to Create a Monopoly



"Thus, plaintiff's showing of the creation of a 100 percent monopoly for the bid on the 1994-98 contract and the barrier to future entry alone suggest a *per se* violation of the Clayton Act justifying a plaintiff's preliminary relief."

*FTC v. Alliant Techsystems, Inc.*, 808 F. Supp. 9, 21 (D.D.C. 1992)

"'[T]he anticompetitive effect of the merger is further enhanced by high barriers to market entry. . . . As far as we can determine, no court has ever approved a merger to duopoly under similar circumstances."

*FTC v. H.J. Heinz Co.*, 246 F.3d 708, 717 (D.C. Cir. 2001)

# Proposed Transaction is Presumptively Illegal Based on Market Share and HHIs

" Without attempting to specify the smallest market share which would still be considered to threaten undue concentration, we are clear that 30% presents that threat. . . . [and] this increase of more than 33% in concentration must be regarded as significant."

*U.S. v. Philadelphia Nat'l Bank*, 374 U.S. 321, 364 (1963)

" Dr. Nevo further explained at the evidentiary hearing and in his reply report that he performed multiple alternative HHI calculations using several of Defendant's preferred candidate markets. . . . The results in each case satisfied the Guidelines threshold for a structural presumption. . . . In sum, the court finds that based on Dr. Nevo's testimony and other evidence, the FTC has demonstrated that the proposed merger will significantly increase concentration in the market[.]"

*FTC v. Wilh. Wilhelmsen Holding ASA*, 341 F.Supp.3d 27, 62 (D.D.C. 2018)

# From Two Devices to Only One

Sean Kim [redacted] ▶ 7/25/2024, 3:30 PM

I don't buy this shit at all. EW is going to only keep one or the other. JC acquisition is a threat to us

Daniel Sun [redacted] 30 PM

Yes

Daniel Sun [redacted] 30 PM

That's what I'm saying. They will see which one is better and kill the other

"I don't buy this shit at all. EW is going to only keep one or the other. JC acquisition is a threat to us"

PX2062 at 002



PDX001-037

# The Proposed Transaction Eliminates Substantial Competition



"[B]ecause the proposed merger would eliminate head-to-head competition between the number one and number two competitors in the market . . . , the merger is likely to lead to unilateral anticompetitive effects in that market. Evidence of probable unilateral effects strengthens the FTC's prima facie case that the merger will lessen competition . . . ."

*FTC v. Sysco Corp.*, 113 F. Supp. 3d 1, 65 (D.D.C. 2015)

# Proposed Transaction Eliminates Substantial Competition

- J-VALVE: J-Valve is moving forward with JOURNEY and will begin cases soon. They are in many ALIGN-AR sites and will benefit from the awareness programs and referral pathways we have forged. Strategically, I think we should launch ARTIST and commercialize at all JOURNEY sites and get creative in an effort to get them to prioritize Trilogy implants over J-Valve. (Stack cases, consider pricing rebates, etc.)

PX2414 (JVT) at 002



**Dr. Kereiakes**
The Christ Hospital

Q And I believe you said that previously
JC Medical J-Valve devices had been given to

Page 51

The Christ Hospital for free, right?
A Yes.

Kereiakes (Christ Hospital) Dep. 50:24-51:2

# Proposed Transaction Eliminates Substantial Competition

As to business plan 2024, I am would like to suggest following approach:

- Run the ARTIST IDE study asap. We need this to stay ahead of competitors and keep investigators engaged. The incremental cash cost (net of proceeds from selling devices to centers) should be relatively small (sub $1M, however this assumes starting a number of sites at cost of $8M and enrolling 240 patients).

PX2381 (JVT) at 001

JENAVALVE

## Why ARTIST Now?

- J-Valve to Start "Journey" ssAR High Risk IDE in 2H '24
- Prevent J-Valve overtaking JVT High Ground
- Prevents Loss of JVT credibility customers/accts
- Along w/ CAP - Slows J-Valve Enrollment
- Blocks J-Valve From JVT Site Penetration
- Enables JVT to Maintain Podium Cadence
- Provides Soft Aircover fo[redacted]
- Sets Stage Fo[redacted]
- Value Add to Strategics

PX2186 (JVT) at 023

JENAVALVE

## Why Large Valve Now?

- Competitor J-Valve Already Has a Large Valve Size In Portfolio
- Prevents Loss of Customers Who Only Want **One** AR Valve Manufacturer
- Blocks J-Valve From JVT Site Penetration

[redacted]

- Value Add to Strategics

PX2186 (JVT) at 024

# Roadmap

1. Introduction
2. Legal Standard
3. Background
4. Market Definition
5. Prima Facie Case
6. **Defendants Cannot Meet Their Burden**
7. Competitive Effects
8. Equities

# Congress Has Decided in Favor of Competition



"[A] merger the effect of which 'may be substantially to lessen competition' is not saved because, on some ultimate reckoning of social or economic debits and credits, it may be deemed beneficial. A value choice of such magnitude is beyond the ordinary limits of judicial competence, and in any event has been made for us already, by Congress..."

*United States v. Phila. Nat'l Bank*, 374 U.S. 321, 371 (1963)

"[U]ntil Congress says otherwise, the only law it has asked us to enforce is the Sherman Act, and that law is predicated on one assumption alone — 'competition is the best method of allocating resources' in the Nation's economy."

*NCAA v. Alston*, 594 U.S. 69, 96 (2021)

# Courts Apply the *Baker Hughes* Burden-Shifting Framework

**1. FTC's Initial Burden**

- Prima facie case that merger violates the Clayton Act

**2. Burden Shifts to Defendants**

- Must present evidence to rebut FTC's prima facie case

**3. FTC's Ultimate Burden**

- If sufficient rebuttal, produce additional evidence of anticompetitive effects
- Burden merges with the ultimate burden of persuasion



# Defendants Cannot Prove that Timely, Sufficient Entry is Likely



"Entry or expansion into a relevant market must be 'timely, likely, and sufficient in its magnitude, character, and scope' to counteract a merger's anticompetitive effects."

*United States v. Anthem, Inc.*, 236 F. Supp. 3d 171, 222 (D.D.C. 2017)

"The relevant time frame for consideration in this forward looking exercise is two to three years."

*FTC v. Staples*, 190 F. Supp. 3d 100, 133 (2016)

# Edwards and JenaValve: Only Two Companies in US Clinical Trials






PDX001-045

# JC Medical Market Projections – 100% of US TAVR-AR thru 2035

[redacted]

PX1065 (EW) at Excel ending -930)

# Edwards' View on Chinese Companies



**Bernard Zovighian**
CEO, Edwards

Message

**From:** Bernard Zovighian [Bernard_Zovighian@edwards.com]
**Sent:** 5/1/2024 12:18:20 PM
**To:** Larry Wood [Larry_Wood@edwards.com]; Jean-Luc Lemercier [Jean-Luc_Lemercier@edwards.com]; Dan Lippis [Dan_Lippis@edwards.com]; Scott Ullem [Scott_Ullem@edwards.com]; Arnold Pinkston [Arnold_Pinkston@edwards.com]
**Subject:** RE: Competitive Intel Update: MicroPort Receives CE Mark Approval for VitaFlow Liberty

I am wondering if this company will be part of the EU probe initiated by the EU commission since Data seems to have been generated in China and manufacturing is in China.
At next ELT, can we finalize a decision about what we should do about these type of technologies (lack of rigorous evidence, manufacturing in China or India, ....). They put the patients at risks and therefore could impact negatively the

"At next ELT, can we finalize a decision about what we should do about these type of technologies (lack of rigorous evidence, manufacturing in China or India, ....). **They put the patients at risks and therefore could impact negatively the TAVR field**."

PX1120 (EW) at 001



**Don Bobo Jr.**
CVP, Edwards

"China has been **highly criticized** for providing fraudulent data to the FDA and making up test data and not actually delivering and manufacturing what they said."

eggshells very concerned that we'd find a lot of that.

Bobo (EW) Dep. 198:7-199:1



PDX001-047

# Defendants' Speculative Efficiencies Are No Defense



"Possible economies cannot be used as a defense to illegality. Congress was aware that some mergers which lessen competition may also result in economics, but it struck the balance in favor of protecting competition."

*FTC v. Procter & Gamble*, 386 U.S. 568, 580 (1967)

# Edwards Chose Not to Attempt Verification



**John Kilcoyne**
CEO, JenaValve

Q. Could that involve competitively sensitive information?
A. It's possible.
Q. Is there a clean team in place for the proposed acquisition of JenaValve by Edwards?
A. Yes.
Q. Okay. I'd like to introduce a document

Kilcoyne (JVT) Dep. 9:19-21



**Don Bobo Jr.**
CVP, Edwards

BY MS. HALL:
Q Are you familiar with the use of a clean room process to facilitate evaluation of confidential information prior to the occurrence of an acquisition?
A Just so I'm clear -- I want to make sure I understand your question. We call it a clean team. So it's not just a room that's clean. It's actually people that you separate and say you're able to look at this in exchange for the next two to three to four years, whatever you negotiate, you're unable to ever work in this field.
So yes, I am familiar with that, and we use that from time to time where -- where the details and the specifics of the case make sense. So I am familiar with that construct.

Bobo (EW) Dep. 21:15-22:3



PDX001-049

# Evidence of Hostility is Relevant to Efficiencies Claims

MEMORANDUM OPINION

GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT JENAVALVE TECHNOLOGY, INC.

[redacted]

ECF No. 78 at 006



**John Kilcoyne**
CEO, JenaValve

PX2282 (JVT) at 002

Thanks – very helpful
Would you have time for a 30min call tomorrow
We have a real flight risk situati
have read it...
There is a strong and growing se
1. the deal will not be appr
2. thus, we will not close a
3. I have waited a year – w
4. Based upon what I read in the FTC report – I don't trust EW and don't think I would want to work there anyway

"I don't trust EW and don't think I would want to work there anyway"



PDX001-050

# Comparison: JVT and EW Projections of Device Sales

[redacted]

# FTC and JenaValve Propose Divesting JC Medical

UNITED STATES OF AMERICA
Federal Trade Commission
WASHINGTON, D.C. 20580

Bureau of Competition

August 6, 2025

D. Bruce Hoffman, Esq.

"In our view, it is not too late to pursue a divestiture of JC Medical."

for Edwards came in person to meet with Staff on December 18, 2024. Staff reiterated that a divestiture would likely resolve the investigation. As the investigation progressed through the first half of 2025, Staff continued to ask Edwards in status updates if its stance on a divestiture had changed. We raised the possibility of a JC Medical divestiture again in our Bureau of Competition Front Office meeting on July 24, 2025, as well as when you met with the Chairman on July 30, 2025.

think that might help move things along and provide some certainty to getting the deal closed." Kilcoyne Tr. 153:8-24; 186:9-14. Mr. Kilcoyne's requests continued in 2025, when in a meeting with Mr. Bobo he "strongly encouraged EW [Edwards] to engage [r]egulators for remedies." JenaValve-2R-01189381. Although Mr. Kilcoyne thought Edwards "seemed receptive," *id.*, Edwards did not engage with the Bureau on potential remedies.

In our view, it is not too late to pursue a divestiture of JC Medical. The Bureau's competition concerns are predicated on Edwards owning both JC Medical and JenaValve. We believe that an orderly and complete divestiture of JC Medical to an approved buyer would address our competition concerns and clear the path for Edwards to consummate its proposed acquisition of JenaValve.[1]

The Bureau encourages Edwards to reconsider its position on a JC Medical divestiture before the parties move further down the litigation path.

Sincerely,

Daniel Guarnera
Director, Bureau of Competition
Federal Trade Commission

PX0061 at 002

PX2370 (JVT) at 002

**From:** Patel, Ruchit <Ruchit.Patel@ropesgray.com>
**Sent:** Monday, February 3, 2025 6:39 PM
**To:** Bock, Patrick <pbock@cgsh.com>; Calsyn, Jeremy J. <jcalsyn@cgsh.com>
**Cc:** McFalls, Michael S. <Michael.McFalls@ropesgray.com>; Bosch, Wolfgang (Gleiss Lutz) <wolfgang.bosch@gleisslutz.com>
**Subject:** RE: Edwards/JenaValve

Patrick,

We don't agree with your analysis of whether Edwards is under an obligation to divest. The Merger … was negotiated and agreed at a time when Jvalve was kept secret from us. As such, the clause you refer to w… intended to apply to, nor does it apply to, Edward's deliberately concealed acquisition of Jvalve, which was s… signed… and gi… Edwar…

further… caused… possib… Gottlie… Agreem…

divesti… that yo…

ROPES & GRAY

"In these circumstances, and given that we would not be in this situation but for your concealed deal, we expect a Court of Equity to oblige Edwards to divest."



PDX001-052

# Memorandum Opinion Granting Motion to Compel

MEMORANDUM OPINION

GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT JENAVALVE TECHNOLOGY, INC.

[redacted]

ECF 078 at 005

# What Are Edwards' Incentives?

Edwards Lifesciences

## My professional word cloud for the last 3 weeks




2

PX1137 (EW) at 004

# Edwards' Actions Speak for Themselves

Chat description: Original chat name: [redacted]

PX1044 (EW)

| | |
|---|---|
| Chat type | IMessage/Sms |
| Private chat | no |
| Transcript timezone | (UTC) Coordinated Universal Time |
| Transcript start | 2024-07-25 01:15:11 |
| Transcript end | 2024-07-25 03:50:49 |
| Transcript participants | 4 |
| Initial participants | Don Bobo [redacted] Don Bobo [redacted] John Kilcone [redacted] Don Bobo [redacted] |

| Timestamp | Sender | Recipients | Message text |
|---|---|---|---|
| 2024-07-25 01:15:11 | John Kilcone [redacted] | Don Bobo [redacted] Don Bobo [redacted] John Kilcone | Don Can you share with me if JC is done or pending? Thanks John |
| 2024-07-25 03:49:04 | [redacted] | Don Bobo [redacted] Don Bobo [redacted] John Kilcone | Done |
| 2024-07-25 03:49:57 | [redacted] | Don Bobo [redacted] Don Bobo [redacted] John Kilcone | No HSR review? |
| 2024-07-25 03:50:49 | Don Bobo [redacted] | Don Bobo [redacted] Don Bobo [redacted] John Kilcone | Nope below the threshold! Intentional |

Nickname Name Surname E-mail Source PID Type



"No HSR review?"



"Nope below the threshold! Intentional"



**Don Bobo Jr.**
CVP, Edwards

Q Above Mr. Dahl's email, you wrote "Thanks Andy. Keep me posted if our view changes."
You wanted to know if PwC advised that JC Medical's name had to be disclosed in Edwards' SEC filing?
MR. LIPTON: Objection to form.
Go ahead.
THE WITNESS: Yes.

Bobo (EW) Dep. 245:2-9



PDX001-055

# Edwards Slowing Down JenaValve Post-Merger Agreement



**Bernard Zovighian**
Edwards CEO

**Sent:** 8/7/2025 4:06:01 PM

Disappointing ... knew it was risky ... we did our best ... nothing to regret
Plan the next steps

- How to make JC the first and best: dedicated ... Larry/Dan ... review the plan when ready
- How to close Jenavalve through litigation ... what should we improve ... Mark ... review
- Prepare for also losing ... Don/Dan/Mark
  - What are liable for ?
  - No know how, no funding
  - How can we further slow down
  - Strategy update: SLT, BoD, Investor Conf

PX1437 (EW)

# Edwards Is Sole Source of Financing for JenaValve

[redacted]

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

PX2473 at 002

# The Hail-Mary Argument: "The [W]eakened [C]ompetitor"



"The 'weakened competitor' argument . . . . has been described as the 'Hail-Mary pass of presumptively doomed mergers.'"

*United States v. Aetna Inc., 240 F. Supp. 3d 1, 92 (D.D.C. 2017)*

# Lessons Learned: *FTC v. Novant*




"The evidence established conclusively that . . . there is no other suitor waiting to take on this challenge."

Defendants' Proposed Findings of Fact and Conclusions of Law at 52,
*FTC v. Novant Health, Inc.*, No. 24-cv-00028 (W.D.N.C. 2024), Dkt. No. 245

APR 08 MORE ON MERGERS & ACQUISITIONS

## Duke buys CHS hospital for $284 million

Duke has assumed operations at the Mooresville, North Carolina-based hospital and its related businesses.

## Iredell Health System Officially Purchases Davis Regional Psychiatric Hospital, Davis Regional Medical Center

Tuesday, October 1, 2024



PDX001-059

[redacted]

[redacted]

PX2547 (JVT) at 002

# JenaValve's Views on Standalone Prospects

Q And so everything in this email you stand by today?

A I would stand up today in front of the company and I would basically take them through this list. And I would also explain that, if this deal with Edwards doesn't close, that despite the fact t
bright because JenaValve has the o
it is going to be a mountain of worl
take time and effort to raise the cap
people, get everyone trained, execu
manufacturing yields, shore up sup
train salespeople, get through the VAC committee at the hospitals and IDMs to build a business. It can be done.

down the road will undoubtedly end up as part of a larger organization somewhere else.

Dearen (JVT) Dep. 110:1-25

Courtney Darby [redacted] 8/1/2025, 6:53 PM

It's dawning on me that after this crap is announced, there might be contractual agreements that will kick in that apply to our relationship

rid of me that easy ! no contractual agreements in place that I have signed, other than a non compete ....Im happy to be able to see you Wednesday at the office ....

PX2257 (JVT) at 002

"I really am 50/50 on what will happen...either way, I expect fully us to launch this product and beyond...."

"And long term, this company will ultimately, after a lot of work, I believe become successful and at some point down the road will undoubtedly end up as part of a larger organization somewhere else."

# Roadmap

1. Introduction
2. Legal Standard
3. Background
4. Market Definition
5. Prima Facie Case
6. Defendants Cannot Meet Their Burden
7. **Competitive Effects**
8. Equities

# Competitive Effects



**Daniel Sun**
Sr. Director, JenaValve

Sean Kim [redacted] ▶ 7/25/2024, 3:30 PM
I don't buy this shit at all. EW is going to only keep one or the other. JC acquisition is a threat to us

Daniel Sun [redacted]

"They will see which one is better and kill the other"

That's what I'm saying. They will see which one is better and kill the other

PX2062 (JVT) at 002

PX1280 (EW) at 001

**From:** Blessie Concepcion [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=97FEC6AF09AB40C3BA249029F15B52B0-BLESSIE CON]
**Sent:** 8/1/2024 1:02:41 AM
**To:** Jaime Wheeler [Jaime_Wheeler@edwards.com]; Jessica Wimbrow [Jessica_Wimbrow@Edwards.com]; Heather Prince [Heather_Prince@edwards.com]
**Subject:** RE: AR London Mtg 31-Jul-2024

Please disregard prior email and refer to the updated version below.
I'll schedule time for us to review and align on next steps.
Thanks!

Key Pri
days) wi
1.
a.

"Not proceed with the ARTIST AR IR/LR RCT"

[redacted]

"JCM: proceed with Gen 2 over JenaValve"

2.
a. Proceed with JOURNEY AR HR Pivotal trial: review protocol to ensure there are no major issues [redacted] device manufactured in China can be used in trial (need to improve [redacted] but cannot be used to commercialize in the US – need to transfer manufacturing from China to Canada or in-house



**Blessie Concepcion**
VP, Edwards



PDX001-063

# Roadmap

1. Introduction
2. Legal Standard
3. Background
4. Market Definition
5. Prima Facie Case
6. Defendants Cannot Meet Their Burden
7. Competitive Effects
8. **Equities**

# Weighing the Equities



"[I]f the merger were ultimately found to violate the Clayton Act, it would be impossible to recreate pre-merger competition."

"In sum, weighing of the equities favors the FTC. If the merger is ultimately found to violate section 7 of the Clayton Act, it will be too late to preserve competition if no preliminary injunction has issued."

*FTC v. H.J. Heinz Co.*, 246 F.3d 708, at 726-27 (D.C. Cir. 2001)

# Weighing the Equities



"The equities will often weigh in favor of the FTC, since 'the public interest in effective enforcement of the antitrust laws' was Congress's specific 'public equity consideration' in enacting the provision."

*FTC v. Whole Foods Mkt., Inc.*, 548 F.3d 1028, 1035 (D.C. Cir. 2008)



"If upon such hearing the Commission, Board, or Secretary, as the case may be, shall be of the opinion that any of the provisions of said sections have been or are being violated, it shall make a report in writing, in which it shall state its findings as to the facts, and shall issue and cause to be served on such person an order requiring such person to cease and desist from such violations, and divest itself of the stock, or other share capital, or assets, held or rid itself of the directors chosen contrary to the provisions of sections 18 and 19 of this title, if any there be in the manner and within the time fixed by said order."

15 U.S.C. § 21(b)

# Weighing the Equities: Misuse of Confidential Information

[redacted] is on track and looking good. Their fatigue and FEA didn't follow the USO. Standard and have some gaps. That's what I am digging into with Centera comparisons. I should have the full report for you either tonight or on Saturday.

G

CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10102307 PX1243-001

CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10102308 PX1243-002

CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10102309 PX1243-003

CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10102310 PX1243-004

PX1243 (EW) at 001

# Weighing the Equities: JenaValve Accused Edwards of Fraud

**From:** Welsh, Peter L. <Peter.Welsh@ropesgray.com>
**Sent:** Saturday, February 8, 2025 6:25 AM
**To:** Lutz, Brian M. <BLutz@gibsondunn.com>
**Cc:** Nanda, Deepak <DNanda@gibsondunn.com>; jcalsyn@cgsh.com; Bock, Patrick <pbock@cgsh.com>; Davis, Colin B.

PX2371 (JVT) at 002

"In short, this narrative is pretextual and offered in a bad faith effort to deflect from Edwards' fraud in signing its deal with JenaValve while concealing from JenaValve and its advisors Edwards' near-simultaneous acquisition of J.C. Medical."

We entered MA after much negotiation as ***we believed*** that both factors were addressed



**John Kilcoyne**
JenaValve CEO

"**This is not the transaction we signed on for:** we would have negotiated different transaction terms (breakup fee, IP, divestiture) but more than likely no deal"

PX2373 (JVT) at 001



PDX001-068

# Weighing Equities: Lives Saved



"Allegations that competition is not in the best interest of the Nation or an industry are not new to the courts."

*FTC v. Alliant Techsystems, Inc.*, 808 F. Supp. 9, 23 (D.D.C. 1992)

# Edwards: "a fat kid at the pie store...going to take them both"






PX1262 (EW) at 032



**Larry Wood**
*Former* CVP, Edwards

And I see it looks like maybe an AI-generated
baby image holding two pies?

"And we decided, you know, we were just going to be a fat kid at the pie store and we were just going to take them both."

Wood (EW) Dep. 93:17-25



PDX001-070

# Thank You

# JenaValve Standalone Units Forecast

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| December 2023 | | | |
| September 2025 | | | |

**PDX0004**
Sources: PX0031, PX2461

# JenaValve Standalone Units Forecast

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| December 2023 | [redacted] | [redacted] | [redacted] |
| September 2025 | | | |

**PDX0004**
Sources: PX0031, PX2461

# JenaValve Standalone Units Forecast

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| December 2023 | [redacted] | [redacted] | [redacted] |
| September 2025 | [redacted] | [redacted] | [redacted] |

**PDX0004**
Sources: PX0031, PX2461

# JenaValve Standalone Units Forecast

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| December 2023 | [redacted] | [redacted] | [redacted] |
| September 2025 | [redacted] | [redacted] | [redacted] |

| | Current | | Max |
|---|---|---|---|
| Valve Capacity | [redacted] | | |
| DS Capacity | | | |

**PDX0004**
Sources: PX0031, PX2461

# JenaValve Standalone Units Forecast

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| December 2023 | [redacted] | [redacted] | [redacted] |
| September 2025 | [redacted] | [redacted] | [redacted] |

| | Current | | Max |
|---|---|---|---|
| Valve Capacity | [redacted] | | |
| DS Capacity | [redacted] | | |

**PDX0004**
Sources: PX0031, PX2461

# JenaValve Standalone Units Forecast

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| December 2023 | [redacted] | [redacted] | [redacted] |
| September 2025 | [redacted] | [redacted] | [redacted] |

| | Current | | Max |
|---|---|---|---|
| Valve Capacity | [redacted] | | [redacted] |
| DS Capacity | [redacted] | | |

**PDX0004**
Sources: PX0031, PX2461

# JenaValve Standalone Units Forecast

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| December 2023 | [redacted] | [redacted] | [redacted] |
| September 2025 | [redacted] | [redacted] | [redacted] |

| | Current | | Max |
|---|---|---|---|
| Valve Capacity | [redacted] | | [redacted] |
| DS Capacity | [redacted] | | [redacted] |

**PDX0004**
Sources: PX0031, PX2461

# PDX0006

| US Commercial Forecast (JenaValve) | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|
| US Commercial Revenues ($M) | [redacted] | | | | |
| **US Commercial Forecast (Accelerated)** | | | | | |
| US Commercial Revenues ($M) | | | | | |
| **US Sales ($ millions)** | | | | | |
| *% growth* | | | | | |

PX1159 (EW) Case 1 P&L

# US Commercial Launch Assumptions

**JenaValve Standalone Projections for Trilogy Sites**

## Trilogy Site and Operational Metrics by Year

| | JVT | |
|---|---|---|
| | CY25 | CY26 |
| Forecasted New Site Activations | 65 | 65 |
| Active Sites (Rolling YOY) | 65 | 130 |

PX0031 (JVT) at 018

**Edwards Projection for Trilogy Sites**

| X United States | 2025 | 2026 | 2027 |
|---|---|---|---|
| Sites | 45 | 65 | 130 |
| *% growth* | *50.0%* | *44.4%* | *100.0%* |

PX1159 (EW) Case 1 P&L

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Plaintiff's Demonstrative PDX0008

# JC Medical Outreach to Potential Acquirers in 2024



# TESTIMONY OF DR. NATHAN WILSON

*Federal Trade Commission v. Edwards Lifesciences Corporation and JenaValve Technology, Inc.*

**November 24, 2025**

# Nathan Wilson, Ph.D.



**Nathan Wilson, Ph.D.**
*Founding Partner*

ECONIC PARTNERS

## Graduate Education

**Ph.D., Business Administration:** Dept. of Business Economics and Public Policy, Ross School of Business, University of Michigan

**M.S., Global History:** Dept. of Economic History, London School of Economics

## Selected Experience

**Founding Partner,** Econic Partners

**Executive Vice President,** Compass Lexecon

**Deputy Assistant Director,** Federal Trade Commission, Bureau of Economics

**Senior Editor,** Antitrust Law Journal

## Selected Academic Work

Physician Market Concentration and Patient Welfare: An Examination of Medicare Beneficiaries' Health Outcomes, *Review of Economics and Statistics*

The Impact of Competition on Investment: Evidence from California Hospitals, *J. of Industrial Economics*

Market Structure as a Determinant of Patient Care Quality, *American J. of Health Economics*

Uncertain Regulatory Timing and Market Dynamics, *International J. of Industrial Economics*

# Summary of opinions

## The proposed transaction is likely to substantially lessen competition, which will harm American patients

This opinion is based on the following findings:

1. The relevant market is the **supply of TAVR-AR devices** to American consumers
2. The proposed transaction would **dramatically increase concentration** in the relevant market
3. The loss of competition between JenaValve and Edwards would likely **harm consumers**
4. Neither merger-specific efficiencies nor entry are likely to offset the **anticompetitive effects** of the transaction

# Framework for economic analysis

1. I considered what **economic theory** indicates may make a merger likely to harm consumers

2. I examined the extent to which these indicia of potentially anticompetitive transactions are consistent with **available evidence**. In this case, I have reviewed:

   - **Quantitative** evidence (e.g., units implanted, prices, projections)

   - **Qualitative** evidence (e.g., stakeholders' views, strategic documents)

3. I concluded, based on the match between the **totality of the evidence** and economic theory, that the transaction is likely to harm competition and consumers

# Summary of Opinions

**The Transaction Would Create a Monopoly and Is Likely to Harm Consumers**

- The Relevant Market is the Supply of TAVR-AR to American Consumers
- The Transaction Would Dramatically Increase Concentration
- Economic Theory Predicts Mergers to Monopoly Harm Consumers
- Case-Specific Economic Analysis Confirms the Likelihood of Harm
  - Closeness of Competition
  - Reduced Incentives to Innovate
- Neither Efficiencies Nor Entry Would Offset Anticompetitive Effects

# Summary of Opinions

**The Transaction Would Create a Monopoly and Is Likely to Harm Consumers**

- **The Relevant Market is the Supply of TAVR-AR to American Consumers**
- **The Transaction Would Dramatically Increase Concentration**
- **Economic Theory Predicts Mergers to Monopoly Harm Consumers**
- **Case-Specific Economic Analysis Confirms the Likelihood of Harm**
  - **Closeness of Competition**
  - **Reduced Incentives to Innovate**
- **Neither Efficiencies Nor Entry Would Offset Anticompetitive Effects**

# Purpose of market definition

I. WHY DEFINE MARKETS?

In antitrust analysis, a market is a collection of products and geographic locations, delineated as part of an inquiry aimed at making inferences about market power and anticompetitive effect.[3] A market defined for this purpose is often termed a "relevant market" or an "antitrust market" in order to distinguish these markets from what business executives and consultants might define for other purposes.[4]

*Jonathan B. Baker, "Market Definition: An Analytical Overview," Antitrust Law Journal, 74(1), 2007: 130*

# Principles of market definition: The “HMT”




## 4.3.A. The Hypothetical Monopolist Test

This Section describes the Hypothetical Monopolist Test, which is a method by which the Agencies often define relevant antitrust markets. As outlined above, a relevant antitrust market is an area of effective competition. The Hypothetical Monopolist/Monopsonist Test (“HMT”) evaluates whether a group of products is sufficiently broad to constitute a relevant antitrust market. To do so, the HMT asks whether eliminating the competition among the group of products by combining them under the control of a hypothetical monopolist likely would lead to a worsening of terms for customers. The Agencies generally focus their assessment on the constraints from competition, rather than on constraints from regulation, entry, or other market changes. The Agencies are concerned with the impact on economic incentives and assume the hypothetical monopolist would seek to maximize profits.

When evaluating a merger of sellers, the HMT asks whether a hypothetical profit-maximizing firm, not prevented by regulation from worsening terms, that was the only present and future seller of a group of products (“hypothetical monopolist”) likely would undertake at least a small but significant and non-transitory increase in price (“SSNIP”) or other worsening of terms (“SSNIPT”) for at least one product in the group.[82] For the purpose of analyzing this issue, the terms of sale of products outside the candidate market are held constant. Analogously, when considering a merger of buyers, the Agencies ask the equivalent question for a hypothetical monopsonist. This Section often focuses on merging sellers to simplify exposition.

*2023 Merger Guidelines, pp. 41-42*

# Market definition is about identifying close substitutes – not all possible substitutes



# Market definition is about identifying close substitutes – not all possible substitutes



# Principles of market definition

### 4.1.3 Qualitative Assessment

Before we progress to consider quantitative approaches to market definition, it is worth emphasizing that much of the time market definition relies at least in part on qualitative assessment. Indeed, qualitative evaluation is universally the starting point of any market definition exercise. Clearly, for example, it is probably not necessary to do any formal market analysis to get to the conclusion that the price of ice cream will not be sensitive to the price for hammers.




*Peter Davis and Eliana Garces, Quantitative Techniques for Competition and Antitrust Analysis, Princeton University Press, 2010, p. 166*

# The relevant product market includes only TAVR-AR products

- Would a hypothetical monopolist of all TAVR-AR devices be able to profitably demand a price increase on at least one product?
- Yes, because there are not plausible alternative choices to TAVR-AR for patients and their physicians.




*PX0033-006 (JenaValve, Corporate Presentation, August 2023)*

# The relevant product market includes only TAVR-AR products




*PX0033-006 (JenaValve, Corporate Presentation, August 2023)*

# The relevant product market includes only TAVR-AR products




*PX0033-006 (JenaValve, Corporate Presentation, August 2023)*

# The relevant product market includes only TAVR-AR products

Q Dr. Kereiakes, if the price of TAVR-AR valves went up five to ten percent, would you switch to using TAVR-AS off-label?

A Not willingly.

*PX7020 (Kereiakes (The Christ Hospital, Cincinnati) Dep. 61:6-9)*

**Off-Label TAVR**



**~20% Valve embolization or need for second valve**

*PX0033-006 (JenaValve, Corporate Presentation, August 2023)*

# The United States is the relevant geographic market

- The FDA must approve all TAVR-AR devices implanted in the United States
- The relevant firms are those that can provide their products to **U.S. patients**

Q. You believe that these technologies with lack of rigorous evidence and manufacturing in China or India put patients at risk?
A. In a big way.
Patient now dying. It's not easy to make the valve.

Edwards

A. I would say could kill patients.
And by killing patients, yes, you know, people are going to be lost about which technology to use, and so it is important to remind everyone about choose carefully your technology.
We are not talking about the next iPhone here or the next watch. It's very different. It is a valve in a heart.

*PX7035 (Zovighian (Edwards) Dep. 119:8-120:16)*

# Summary of Opinions

**The Transaction Would Create a Monopoly and Is Likely to Harm Consumers**

- The Relevant Market is the Supply of TAVR-AR to American Consumers
- **The Transaction Would Dramatically Increase Concentration**
- Economic Theory Predicts Mergers to Monopoly Harm Consumers
- Case-Specific Economic Analysis Confirms the Likelihood of Harm
  - Closeness of Competition
  - Reduced Incentives to Innovate
- Neither Efficiencies Nor Entry Would Offset Anticompetitive Effects

# The parties are the only TAVR-AR companies seeking FDA approval

JENAVALVE

Q Mr. Kilcoyne, other than Trilogy made by JenaValve and J-Valve made by Edwards, you are not aware of any other TAVR-AR device currently in clinical trials in the United States?
A No.

*Kilcoyne (JenaValve) (Hearing Day 1, PM) 18:7-11*

Edwards

Q. Yes. At this time, Edwards anticipated acquiring both JenaValve and JC Medical, right?
A. Yes.
Q. Edwards would be the only company in the TAVR AR space with -- then, right?
ATTORNEY COATE: I object to form.
THE WITNESS: It's what we were assuming, yes.

*PX7026 (Bierman (Edwards) Dep. 94:15-22)*

Medtronic

Q. Are you aware of any other companies that -- that is -- are in the FDA approval process for a TAVR-AR device?
A. No.

*Larkin (Medtronic) (Hearing Day 2, AM) 145:16-18*

# Other potential AR treatments cannot prevent the combined firm from taking actions that harm consumers

- No evidence that these companies put equivalent **competitive pressure** on the parties

SANTÉ

THE WITNESS: Well, on JenaValve today, the only competitive pressure for JenaValve would be Edwards and JC Medical.

*PX7048 (McWilliams (Defendants' Expert) Dep. 241:11-13)*

JENAVALVE

Q. To your knowledge, has JenaValve created site messaging and engagement related to any other TAVR AR product in development other than J-Valve?

A. To my knowledge, no other product is in a clinical trial in the geographies that we are engaged in. So it would not make sense, because it's irrelevant. The other companies are irrelevant because they're not in our universe.

Q. So you've only -- so JenaValve has only created messaging and engagement for sites related to J-Valve because that is the only relevant TAVR AR product at this time?

A. That breaks the lock, yes. Yes. I think -- yes.

*PX7007 (Kilcoyne (JenaValve) IH 78:12-25)*

# A variety of data show that the merger would dramatically increase concentration in a concentrated market




*Wilson Report, Figure 1. Figure includes U.S. clinical trial sites and units only*

# Documents and testimony indicate that the transaction would create a monopoly for a meaningful period of time

## JC Medical Projections for the TAVR-AR Market in 2024 (Post PMA)

| | | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **JC Medical (J-Valve)** | Revenue ($ millions) | - | - | $24.3 | $68.3 | $148.6 | $269.4 | $441.7 | $617.0 | $802.8 | $975.3 | $1,162.7 |
| | Cases | - | - | 811 | 2,275 | 5,004 | 9,161 | 15,175 | 21,409 | 28,428 | 35,240 | 43,311 |
| | Market Share (%) | 0.0% | 0.0% | 15.0% | 25.0% | 35.0% | 45.0% | 55.0% | 60.0% | 65.0% | 67.5% | 70.0% |
| | ASP ($ thousands) | | | 30.0 | 30.0 | 29.7 | 29.4 | 29.1 | 28.8 | 28.2 | 27.7 | 26.8 |
| | Price Drop (%) | | | | | -1.0% | -1.0% | -1.0% | -1.0% | -2.0% | -2.0% | -3.0% |
| **JenaValve (Trilogy)** | [redacted] | | | | | | | | | | | |
| | Total Market Share | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

*Wilson Report, Table 1. Replicated from PX1066 at sheet "Market Size"*

**Trilogy and J-Valve projected to account for 100% of total TAVR-AR market share through 2035**

# Third-party evidence indicates that the transaction would create a monopoly

[redacted]

[redacted]

# Party documents indicate that the transaction would create a monopoly

JENAVALVE

**Devin Baerenwald** [redacted] 7/24/2024, 11:42 PM

Chris got forwarded an email from an old Edwards colleague that said Edwards also closed the deal to acquire JC Medical, which I haven't seen anywhere online, but that would mean Edwards just bought the AR market.

**Daniel Sun** [redacted] 7/24/2024, 11:44 PM

It's not right

*PX2188-002 (Text exchange between D. Sun and D. Baerenwald, JenaValve, July 24, 2024)*

JENAVALVE

- **Who are the competitors?**
  - The only real competition is J-valve, and they are now part of Edwards.. Note, the procedures are significantly different.
  - They have ability to treat annulus size of 57mm-104mm but would not be able to treat low-mod risk for 10 yrs due to need for completion of clinical studies.

*PX2191-003 (Email from A. Miyake, JenaValve, to V. Khalil, et al., JenaValve, August 9, 2024)*

# Summary of Opinions

**The Transaction Would Create a Monopoly and Is Likely to Harm Consumers**

- The Relevant Market is the Supply of TAVR-AR to American Consumers
- The Transaction Would Dramatically Increase Concentration
- **Economic Theory Predicts Mergers to Monopoly Harm Consumers**
- Case-Specific Economic Analysis Confirms the Likelihood of Harm
  - Closeness of Competition
  - Reduced Incentives to Innovate
- Neither Efficiencies Nor Entry Would Offset Anticompetitive Effects

# Summary of Opinions

**The Transaction Would Create a Monopoly and Is Likely to Harm Consumers**

- The Relevant Market is the Supply of TAVR-AR to American Consumers
- The Transaction Would Dramatically Increase Concentration
- Economic Theory Predicts Mergers to Monopoly Harm Consumers
- **Case-Specific Economic Analysis Confirms the Likelihood of Harm**
  - **Closeness of Competition**
  - Reduced Incentives to Innovate
- Neither Efficiencies Nor Entry Would Offset Anticompetitive Effects

# The economic significance of less competition

- Mergers that cause large increases in concentration tend to **harm consumers**

**Jean Tirole, The Theory of Industrial Organization,**
*The MIT Press*, 1988, p. 65

In contrast with the behavior of a competitive firm whose product demand is infinitely elastic by definition (and which takes the price as given), a firm exercising monopoly power over a given market can raise its price above marginal cost without losing all its clients. Such behavior leads to a price that is too high and to a "dead-weight" welfare loss for society (unless the firm is able to "price-discriminate" perfectly . . .

**2023 Merger Guidelines, § 2.1**

**Guideline 1: Mergers Raise a Presumption of Illegality When They Significantly Increase Concentration in a Highly Concentrated Market**

Market concentration and the change in concentration due to the merger are often useful indicators of a merger's risk of substantially lessening competition. In highly concentrated market, a merger that eliminates a significant competitor creates significant risk that the merger may substantially lessen competition or tend to create a monopoly. As a result, a significant increase in concentration in a highly concentrated market can indicate that a merger may substantially lessen competition, depriving the public of the benefits of competition.

# The economic significance of head-to-head competition: price and innovation effects

**Jean Tirole, The Theory of Industrial Organization,**
*The MIT Press*, 1988, p. 392

Also, aside from any strategic considerations, the monopolist gains less from innovating than does a competitive firm, because the monopolist "replaces himself" when he innovates whereas the competitive firm becomes a monopoly. This result follows from the different initial situations: a monopolist tends to "rest on his laurels." This property, which we owe to Arrow, is called the *replacement effect*.

**Joseph Farrell and Carl Shapiro, Antitrust Evaluation of Horizontal Mergers: An Economic Alternative to Market Definition,** *The BE J. of Theoretical Econ.*, 10(1), 2010, p. 20

We have emphasized that, by internalizing the cannibalization of sales of the former rival's product, a merger introduces an opportunity cost. Taking this idea one step further, the price effects of a merger can be thought of as the pass-through of that new cost, net of efficiencies.

**2023 Merger Guidelines, § 2.2**

**Guideline 2: Mergers Can Violate the Law When They Eliminate Substantial Competition Between Firms.**

A merger eliminates competition between the merging firms by bringing them under joint control. If evidence demonstrates substantial competition between the merging parties prior to the merger, that ordinarily suggests that the merger may substantially lessen competition.

. . .

Competition often involves firms trying to win business . . . . [which] can include competition to research and develop products or services, and the elimination of such competition may result in harm even if such products or services are not yet commercially available.

# The elimination of head-to-head competition harms consumers



# Case-specific analysis of closeness of competition

- Trilogy and J-Valve are close substitutes without reasonable alternatives
- Edwards and JenaValve react to one another
- Edwards and JenaValve compete for clinical trial sites
- Evidence of price competition

# Testimony confirms that the parties' products are close substitutes for patients

Medtronic

Q. Paragraph 15 says, "Trilogy and J-Valve are similar products."
Do you see that?
A. Yes.
Q. And then the third sentence of that same paragraph says, "While the two valves might have slight differences in design."
What are the slight differences in design you're referring to here?
A. What I'm referring to is the structure of the valve, the stent of the valve is not shaped quite the same. The way they engage the leaflets in trying to anchor the valve is not quite the same.
But they're both -- further in the sentence, but they're both designed to treat the same patient population, effectively.

*PX7028 (Larkin (Medtronic) Dep. 63:2-18)*

Medtronic

"If Edwards acquires JenaValve, it will own the only two TAVR-AR devices in development for near-term use in the United States, JenaValve's Trilogy and JC Medical's J-Valve."
Do you see that statement?
A. Yes, I do.
Q. Is that a correct statement from Medtronic's perspective?
MS. FRANCE: Object to the form.
THE WITNESS: Yes.

*PX7028 (Larkin (Medtronic) Dep. 161:14-162:1)*

Despite these differences, do J-Valve and Trilogy treat a similar patient cohort?
A. Yes. I mean, they -- well, I guess, you know, right now, neither has FDA indication to treat anybody, so -- but I take from your question that you mean, is the intention to treat the same patients? And I would say that -- or the same disease state. And the answer to that is, yes, they are intended to treat aortic regurgitation, which is similar. Yeah.

*PX7011 (McCabe (Beth Israel Deaconess Medical Center) Dep. 82:12-21)*

# JC Medical and JenaValve actively react to one another

JC Medical

[O]ur case mix can't be just patients who have been excluded from Jena valve . . . . [O]ur hope is we span all sizes, not just large annulus.

*PX1363-001 (Email from M. Turco, JC Medical, to D. Kereiakes, The Christ Hospital, et al., October 11, 2023)*

JC Medical

You are obviously familiar with Jena data coming out of TCT. We have the opportunity to close the gap and be a very fast follower with a likely better valve . . . .

*PX1038-001 (Email from M. Turco, JC Medical to M. Tocchi, Meditrial, October 29, 2023)*

JENAVALVE

- J-Valve is gaining momentum and poses a competitive threat

**ARTIST Trial DELAY**

- Current Trilogy sites go to J-Valve, possibly impacting future commercial opportunity (EW vs MDT in the AS market)
- Abdication of first mover and "leader" status

**Initiate ARTIST Trial to Solidify Aortic Regurgitation Leadership Position**

*PX2322-005, 009, -011 (JenaValve US Commercial Delay Strategic Planning, February 2024)*

# The parties compete for clinical trial sites

## Competitive AR Update

**JC Medical-J Valve**

- Physician sources advice that JC Medical is targeting JVT clinical sites and positioning EFS in ten sites and then expanding to 30 for High -Risk IDE
- Currently have Trial underway in China with 2-3 cases completed. Peijia colleagues to interview implanter and provide feedback
- Nothing on Clinical trials.gov at this point

**JVT Plan**

[redacted]

- Limits JC Medical access to Top Tier Centers and JVT initiated AR Awareness

*PX2462-017 (JenaValve, Market Development and Assessment, March 7, 2023)*

**Commercial Activity and Market Size:**

. . .

- Jvalve . . . is/was very aggressive literally chasing our investigators around the meeting hall. Need to take them seriously as they presented reasonably good data, are well capitalized and have selected several strong Pis – J Webb, D. Kereiakes and M. Reardon

*PX2181-002 (Email from J. Kilcoyne, JenaValve, to members of Board of Directors, JenaValve, March 5, 2023)*

# The acquisition would likely increase prices for TAVR-AR products

JENAVALVE

I would imagine that **[J-Valve FDA approval]** would continue to be less optimal to Trilogy's outcomes. So yeah, I mean the -- based on my past experience, that would result in a lower price for J-Valve and thus affect the law of averages in the way in which I've already stated.

*PX7025 (Darby (JenaValve) Dep. 132:2-133:20)*

Edwards

Q. What will the pricing strategy be for the AR platform?

A. . . . . We are first to market and we have one shot at setting the commercial price. . . . [W]e are going to have a period of time where it is only us playing in this space and we aren't going to have to deal with low-cost alternatives.

*PX1500-002 (Email from J. Bierman, Edwards, to P. Sharma, Edwards, July 20, 2024)*

JENAVALVE

I think we should launch ARTIST and commercialize at all JOURNEY sites and get creative in an effort to get them to prioritize Trilogy implants over J-Valve. (Stack cases, consider pricing rebates, etc.)

*PX2414-002 (Email from D. Sun, JenaValve, to P. Spadaro, JenaValve, et al., March 11, 2025)*

# The acquisition would likely reduce access for TAVR-AR products

JENAVALVE

It's incredible for Edwards, but they're going to be sure to figure out whose technology is better and kill the other.

*PX2189-002 (Text from D. Baerenwald, JenaValve, to D. Sun JenaValve, July 25, 2024)*

Edwards

**Rapid learning to inform Gen 2:**

- Decide whether or not to move forward with J-Valve IDE

*PX1078-054 (Edwards, Board of Directors Strategy Sessions, TAVR, September 11, 2024)*

JENAVALVE

This is a major problem. We cannot meet our company goals with these delays. . . . Just wish we were independent so that we could make normal progress as we have and get our trial underway.

*PX2227-001, 002 (Email from D. Pinto, JenaValve, to S. Sloan and J. Kilcoyne, JenaValve, March 18, 2025)*

Um, if devices cost too much hospitals don't put them on the shelf. . . . They don't give the doctors access to the technology if the hospital's going to lose money.

*PX7020 (Kereiakes (The Christ Hospital, Cincinnati) Dep. 36:10-23)*

# The pro-consumer effects of competition on prices are demonstrated in the TAVR-AS market

**The Pricing Strategy is Intended to Maintain a Premium Price for the SAPIEN Platform**

*Edwards Controls*

- Target ASP will be $31,000
  - No standard discounting
  - When approached, Edwards will engage in negotiations up to a [redacted] discount
  - After Medtronic CoreValve entry, we will increase price flexibility up to [redacted]ff list in a structured and defensible way

*PX1276-007 (Edwards, Transcatheter Heart Valves, 2011)*

-When we were anticipating Corevalve approval into the market in 2014 our strategy was to pre-emptively and offer rebates which were effectively a price discount. We did this when Corevalve was coming in at the same price as us. That set the precedent and this will be perceived as a 180 degree strategy shift. We will have to explain to our customers and sales team why we think a price increase with more competitors entering the market at a lower cost makes sense when we thought the opposite previously in a similar situation.

- Lastly, we have taken an effective price increase that we can analyze at Providence. My team has fought tooth and nail but we are struggling and over the course of time and Portico entering at an even lower price, $8k less, there has clearly been a negative effect on our business . I had Jenny pull three of our top Prov accounts that have Portico in them (Portico hasn't been launched at all accounts) and it has had a real effect on our volumes and market share. You can see her analysis below. I think we need to consider the potential effect this could have on a wider scope.

*PX1492-001 (Email from M. Seethoff, Edwards, to K. Skelton and J. Bierman, Edwards, April 11, 2022)*

# Summary of Opinions

**The Transaction Would Create a Monopoly and Is Likely to Harm Consumers**

- The Relevant Market is the Supply of TAVR-AR to American Consumers
- The Transaction Would Dramatically Increase Concentration
- Economic Theory Predicts Mergers to Monopoly Harm Consumers
- **Case-Specific Economic Analysis Confirms the Likelihood of Harm**
  - Closeness of Competition
  - **Reduced Incentives to Innovate**
- Neither Efficiencies Nor Entry Would Offset Anticompetitive Effects

# Contestability: Edwards and JenaValve are vying for future sales

JENAVALVE

- *Edwards and JenaValve are vying for future sales*
  - The rivalry between the Parties' TAVR-AR products has motivated innovative activities

Thanks Daniel. If that's how it pans out, moving fast on the next trial for Trilogy will be of huge strategic importance to stay ahead of them.

Let's go baby! Bring it on!

Best Regards,
Ryan

*PX2042-001 (Email from R. Polzin, JenaValve, to D. Sun, JenaValve, et al. February 8, 2024) (in response to news about J-Valve)*

# Contestability: The parties respond to each other's innovative efforts

JENAVALVE

## Large Valve Project Summary Business Case

- **Competitive Momentum from J-Valve**
  - J-Valve Range Incl 2 Larger Sizes vs. Trilogy Covering 85 - 104mm
  - J-Valve @ CRT: 67% of J-Valves Pts Received 31 and 34mm Valves (n=15)
  - Many of those pts were excluded from our trial
  - These additional sizes allow them to enroll patients that don't meet our sizing criteria
- **Provides Cover for Commercial Delay**
  - Focusing on Portfolio Extensions Allows us to Control the Perception of Delay and Maintain a Leadership Position. Coupled with the Artist Trial.

**It is Imperative that we Accelerate the XL Valve to be included in ARTIST To Maintain Our Leadership Position**

*PX2178-027 (JenaValve, Board of Directors Meeting, March 20, 2024)*

JENAVALVE

## Why Large Valve Now?

- Competitor J-Valve Already Has a Large Valve Size In Portfolio
- Prevents Loss of Customers Who Only Want **One** AR Valve Manufacturer
- Blocks J-Valve From JVT Site Penetration
- Provides Soft Aircover for AWT Delay
- Accelerates Path to $1B Revenue
- Value Add to Strategics

*PX2277-009 (JenaValve, 2024-2025 Budget, March 15, 2024)*



PDX0009-038

# Innovation-enhancing factors not present

## No Appropriability

Edwards

Q: Why are we buying AR innovation instead of building it?
A: After careful evaluation of both technologies and the intellectual property behind them, the team concluded that it would be very difficult to build a best-in-class AR technology without violating their patents. The acquisition of both companies, including their IP, clears the way for us to build off of what they've developed to date leveraging our deep engineering experience in the TAVR space.

*PX1390-006 (Email from J. Bierman, Edwards, to P. Sharma, Edwards, July 20, 2024)*

## No Complementarities

JENAVALVE

DS Daniel Sun <+18587613309> 7/25/2024, 12:49 AM
Just confirmed

DS Daniel Sun <+18587613309> 7/25/2024, 12:49 AM
With a bunch of ew folks

DS Daniel Sun <+18587613309> 7/25/2024, 12:49 AM
Crazy

DS Daniel Sun <+18587613309> 7/25/2024, 12:49 AM
Not great for us

DB Devin Baerenwald <+18158710488> 7/25/2024, 12:50 AM
It's incredible for Edwards, but they're going to be sure to figure out whose technology is better and then kill the other.

*PX2189-002 (Text exchange between D. Baerenwald, JenaValve, and D. Sun, JenaValve, July 25, 2024)*

# Case-specific evidence predicts that the transaction would reduce innovation in the TAVR-AR market




*PX2323-012 (JenaValve, 2024 Actual / Forecast vs. Budget) (boxes and arrows added)*

# Case-specific evidence predicts that the transaction would reduce innovation in the TAVR-AR market

Edwards

Update on JV Anti-Trust Investigation & JC Clinical and R&D Progress

If JV Acquisition Success - what is our commercial strategy?

If JV Acquisition Fails - how do we accelerate JC commercialization?

*PX1016-001 (Email from J. Bierman, Edwards, to P. Sharma, Edwards, November 4, 2024)*

# The pro-consumer effects of competition on innovation are demonstrated in the TAVR-AS market




*PX1021-008 (Edwards, 2024-30 THV Portfolio, June 25, 2024)*

Q And I think you testified that sort of, you know, to maintain its leadership, Edwards has had to engage in constant innovation; is that right?

A That's correct.

*PX7019 (Wood (Edwards) Dep. 121:10-13)*




*PX1618-052 (Edwards, 2011 Strategic Plan – Transcatheter Heart Valves)*

# Competition spurs innovation in TAVR-AS

**Jean Tirole, The Theory of Industrial Organization**,
The MIT Press, 1988, p.392

Also, aside from any strategic considerations, the monopolist gains less from innovating than does a competitive firm, because the monopolist "replaces himself" when he innovates whereas the competitive firm becomes a monopoly. This result follows from the different initial situations: a monopolist tends to "rest on his laurels." This property, which we owe to Arrow, is called the *replacement effect*.

[redacted]

# Summary of Opinions

**The Transaction Would Create a Monopoly and Is Likely to Harm Consumers**

- The Relevant Market is the Supply of TAVR-AR to American Consumers
- The Transaction Would Dramatically Increase Concentration
- Economic Theory Predicts Mergers to Monopoly Harm Consumers
- Case-Specific Economic Analysis Confirms the Likelihood of Harm
  - Closeness of Competition
  - Reduced Incentives to Innovate
- Neither Efficiencies Nor Entry Would Offset Anticompetitive Effects

# Claimed efficiencies must be merger specific and verifiable

## 2023 Merger Guidelines, § 3.3

***Merger Specificity.*** The merger will produce substantial competitive benefits that could not be achieved without the merger under review.[70] Alternative ways of achieving the claimed benefits are considered in making this determination. Alternative arrangements could include organic growth of one of the merging firms, contracts between them, mergers with others, or a partial merger involving only those assets that give rise to the procompetitive efficiencies.

***Verifiability.*** These benefits are verifiable, and have been verified, using reliable methodology and evidence not dependent on the subjective predictions of the merging parties or their agents. Procompetitive efficiencies are often speculative and difficult to verify and quantify, and efficiencies projected by the merging firms often are not realized. If reliable methodology for verifying efficiencies does not exist or is otherwise not presented by the merging parties, the Agencies are unable to credit those efficiencies.

# Edwards has no cognizable plans for efficiencies

Edwards

Q. As part of that ask, did you identify potential synergies from the potential acquisition of JenaValve?
A. No, sir. Not in terms -- not if synergies is defined as use of their devices or technologies,

*PX7024 (Walls (Edwards) Dep. 36:21-25)*

Edwards

Q Can you just answer my question whether there are synergies in the 2026 model as of today associated with the JenaValve transaction?
A I don't believe we have material synergies built in 2026 operating plan.

*Bobo (Edwards) (Hearing Day 2, PM) 121:1-5*

Edwards

Q. The last bullet under assumptions/variables says, "R&D dollars spend [redacted] year-over-year including acquisitions."
What does this mean?
A. It means right now, we are the highest R&D spend in the entire world. And we cannot go higher than that or I'm going to be killed by investors.
Like it's great to be the number one investor, the number one spender. But I cannot go higher than that.
I don't want to reduce it. I don't want -- but I don't want to increase that or the shareholders will kill me.

*PX7009 (Zovighian (Edwards) IH 67:7-19)*

# Edwards has no cognizable plans for efficiencies

Edwards

And are there any strategies in place on how Edwards will combine these two technologies?
ATTORNEY COATE: I object to form.
THE WITNESS: I don't think it would be appropriate to do it, because we don't have access to the information that we would need in order to put any sort of strategy together.
BY ATTORNEY ALFORD
Q. So that is a yes to my question, there are no strategies in place on how Edwards will combine; isn't that right?
ATTORNEY COATE: I object to form, mischaracterizes.
THE WITNESS: There are no strategies on how to combine those two platforms.

*PX7026 (Bierman (Edwards) Dep. 75:8-23)*

Edwards

Q. Have resources been allocated for Edwards to combine these two technologies?
A. Not that I'm aware of.

*PX7026 (Bierman (Edwards) Dep. 73:13-15)*

[redacted]

Edwards

*Zovighian (Edwards) (Hearing Day 2, PM 62:23-63:1*

# Entry is unlikely to counteract the harms caused by the merger

## Potential rivals have not sought or obtained regulatory clearance to pursue clinical trials needed for FDA approval

**C. It is Likely at Least Several Years before Other TAVR-AR Devices Being Developed Outside the United States Receive FDA Approval**

92. I understand that Edwards and JenaValve have identified around eight companies in various stages of developing TAVR-AR devices and conducting research and development outside of the United States: Laguna Tech's ALPHA and ZETA; INT Medical's (via its subsidiary Healing Medical) Hanchor Valve; Jenscare's Ken-Valve; KOKA Lifesciences's Pioneer; Microport's VitaFlow Liberty; Cuspa Medical's Cuspa; Strait Access Technologies' (SAT) SAT AR Valve System; and Wuhan Vickor's DOCS Valve.[208] With the exception of Laguna Tech, based in the United States, and SAT, based in South Africa, the other six companies are based in China.[209]

93. Upon reviewing the information available about each of these TAVR-AR devices, it does not appear that, as of today, any of these devices have taken obvious steps to seek FDA approval in the United States, such as obtaining an IDE to conduct any clinical studies or trials in the United States or applying for IRB approval for testing in a U.S. site.[210]

*Kesselheim Report, § V.C (October 12, 2025)*

A Well, there were only two valves in that space, at least in clinical trial testing in the U.S. at this time. So that assures almost assuredly that there will only be one or two valves in that space any time in the next, I would say, five to seven years, at least because of the time duration it takes to enroll a trial, to do an EFS followed by a pivotal trial and to analyze the data at a time point that is meaningful to the U.S. FDA, which has been a year at this point.
So do the math, I would expect that it would be five to seven years before there's another, quote, valve on the playing field.

*PX7020 (Kereiakes (The Christ Hospital, Cincinnati) Dep. 30:12-25)*

# Other potential AR treatments are years behind the parties

- Other companies have TAVR-AR devices in various stages of development, but none of these companies are engaged in clinical trials **in the United States.**

Q Why were you surprised?
A My recollection is the first announcement was that Edwards had, quote, acquired JenaValve temporally.
The next announcement that I was aware of is that Edwards had acquired JC Medical and that came from the CEO of JC Medical at the time, Mark Turco.
Q And you said it had surprised you. Why was it surprising?
A Well, there were only two valves in that space, at least in clinical trial testing in the U.S. at this time. So that assures almost assuredly that there will only be one or two valves in that space any time in the next, I would say, five to seven years, at least because of the time duration it takes to enroll a trial, to do an EFS followed by a pivotal trial and to analyze the data at a time point that is meaningful to the U.S. FDA, which has been a year at this point.
So do the math, I would expect that it would be five to seven years before there's another, quote, valve on the playing field.

*PX7020 (Kereiakes (The Christ Hospital, Cincinnati) Dep. 30:2-31:25)*

# Summary of Opinions

**The Transaction Would Create a Monopoly and Is Likely to Harm Consumers**

- The Relevant Market is the Supply of TAVR-AR to American Consumers
- The Transaction Would Dramatically Increase Concentration
- Economic Theory Predicts Mergers to Monopoly Harm Consumers
- Case-Specific Economic Analysis Confirms the Likelihood of Harm
  - Closeness of Competition
  - Reduced Incentives to Innovate
- Neither Efficiencies Nor Entry Would Offset Anticompetitive Effects

# Conclusion

## The proposed transaction is likely to substantially lessen competition, which will harm American patients

This opinion is based on the following findings:

1. The relevant market is the **supply of TAVR-AR devices** to American consumers
2. The proposed transaction would **dramatically increase concentration** in the relevant market
3. The loss of competition between JenaValve and Edwards would likely **harm consumers**
4. Neither merger-specific efficiencies nor entry are likely to offset the **anticompetitive effects** of the transaction

# TAVR-AR United States Unit Forecasts

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| JVT Trilogy Model (Dec. 2023) | [redacted] | [redacted] | [redacted] |
| JVT Trilogy Model (Sep. 2025) | [redacted] | [redacted] | [redacted] |
| EW J-Valve Model | | | |
| EW Trilogy Model | | | |

**PDX0010-1**
Sources: PX0031, PX2461

# TAVR-AR United States Unit Forecasts

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| JVT Trilogy Model (Dec. 2023) | [redacted] | [redacted] | [redacted] |
| JVT Trilogy Model (Sep. 2025) | [redacted] | [redacted] | [redacted] |
| EW J-Valve Model | [redacted] | [redacted] | [redacted] |
| EW Trilogy Model | | | |

**PDX0010-2**
Sources: PX0031, PX2461

# TAVR-AR United States Unit Forecasts

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| JVT Trilogy Model (Dec. 2023) | [redacted] | [redacted] | [redacted] |
| JVT Trilogy Model (Sep. 2025) | [redacted] | [redacted] | [redacted] |
| EW J-Valve Model | [redacted] | [redacted] | [redacted] |
| EW Trilogy Model | [redacted] | [redacted] | [redacted] |

**PDX0010-3**
Sources: PX0031, PX2461

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Plaintiff's Demonstrative PDX0012

# Dr. Elizabeth Bailey Cross Examination

*Federal Trade Commission v. Edwards Lifesciences Corp., et al.*

*Case No. 1:25-cv-2569-RC*

# There's Just Two

## Merger Will Create a Monopoly in TAVR-AR

- Only two companies with devices in U.S. clinical trials
- Only two companies with devices available for U.S. patients

Edwards JENAVALVE

# Average Time to FDA Approval is 8.5 Years

**Exhibit 22**
**Complex Medical Device Average Time to Completion, by Stage of FDA Approval Process[183]**




Assuming FDA approval is attained, average time to FDA approval = 8.5 years

Bailey Report Exhibit 22

# Low Probability of Approval Prior to Pivotal Study Stage

**Exhibit 1**

**Complex Medical Device Likelihood of Success, by Stage of FDA Approval Process[21]**




Bailey Report Exhibit 1



PDX0012-004

# TAVR-AR U.S. Clinical Trial & FDA Approval Timeline






PDX0012-005

# Edwards and JenaValve Refer to "Prices" for Investigational Devices

[redacted]

DX0178 (EW) at 001

PX2232 (JVT) at 003

> While we acknowledge your request to maintain the price at [redacted] for the JENA-VAD study, the new price of [redacted] represents the necessary adjustment to support critical milestones, including regulatory approvals, clinical trials, and ongoing technology improvements. This pricing ensures that we can sustain the development and delivery of our dedicated therapy for Aortic Regurgitation, meeting both clinical and patient care needs.

# Edwards and JenaValve Compete on Price Today

Q Was the price offered by JenaValve for
trilogy one consideration for The Christ
Hospital in deciding whethe
a trial or not?
A Yes. We were offere
accepted to participate in t
which is a JenaValve trial.
Q At the time did you h
benefit to participating in
trial, where the valve woul
A Yes.
Q Why is that?
A That cost of care wou
contribution margin would be
often says no margin no miss
losing money hand over fist, if they start
taking away resources from us to treat
patients.

PX7020 (Kereiakes (KOL) Dep.) 50:24-51:11

Q. And I believe you said that previously JC Medical J-Valve devices had been given to The Christ Hospital for free, right?

A. Yes.

Q. At that time do you recall if the JenaValve Trilogy devices were free?

A. At the time of these letters, I obv[redacted] knew that JenaValve was charging [redacted] as I wrote.



PDX0012-007

# Edwards and JenaValve Compete on Price Today

PX7020 (Kereiakes (KOL) Dep.) 51:24-52:8

Q Was the price offered by JenaValve for
trilogy one consideration
Hospital in deciding whet
a trial or not?
A Yes. We were offe
accepted to participate i
which is a JenaValve tria
Q At the time did yo
benefit to participating
trial, where the valve wo
A Yes.
Q Why is that?
A That cost of care w
contribution margin would
often says no margin no mi
losing money hand over fis
taking away resources from
patients.

Q. At the time did you believe there was a benefit to participating in a trial in a [JC Medical] trial, where the valve would be free?

A. Yes.

Q. Why is that?

A. The cost of care would be less, contribution margin would be higher, hospital often says no margin no mission, and if you are losing money hand over fist, if they start taking away resources from us to treat patients.

# Edwards and JenaValve Compete on Price Today

company -- any other company decides to charge
for valves or provide valves for free as part
of these types of clinical trials?
A I -- no. I don't.
Q To the extent that Christ Hospital has
approved participating in a cli
when you as a physician are cho
valve is maybe the most appropr
patient, are you factoring in t
valve or is it based on clinica
considerations?
MS. SHIMSHONI: Objectio
calls for speculation.
THE WITNESS: If the pat
appropriate for either valve, m
enrollment criteria are similar
that the valve A is safe, relat
effective as valve B, we -- and
tracks it, we would use the valve that costs
less to get the job done.
BY MR. PERRY:
Q Do you know whether JC Medical, had it
not been acquired by Edwards, would have had
the financial resources to continue -- to
continue to provide J-Valve devices for free

If the patient is appropriate for either valve, meaning the enrollment criteria are similar, and we believe that the valve A is safe, relatively safe, and effective as valve B, we -- and administration tracks it, we would use the valve that costs less to get the job done.

PX7020 (Kereiakes (KOL) Dep.) 98:5-20

# Edwards and JenaValve View Themselves as Close Competitors

- **Who are the competitors?**
  - The only real competition is J-valve, and they are now part of Edwards... Note, the procedures are significantly different.
  - They have ability to treat annulus size of 57mm-104mm but would not be able to treat low-mod risk for 10 yrs due to need for completion of clinical studies.

- **VOC Data** - Per Pete, Daniel has market data and statements that he uses in his messaging and will provide to Vivian to use as pa
- **Developm**
  - **De**
  - larger valve. Physi
  - we are seeing from
  - At the larger size, we want to develop one sheath to cover the larger valves, if possible.
  - Aditya to look at a potential 3rd size larger valve
  - Our team prefers to go with the base TF2-XT for feasibility because it would be faster to get to the point of testing out designs. However, this will require inventory (taken from commercial supply) to support.
  - Doing both size 29 and 31 simultaneously makes more sense from efficiency standpoint. TF3 can be done later to fit all valves. Greg to consider what the timing would look like to have TF3 for these larger size valves first.

**The only real competition is J-valve, and they are now part of Edwards**

PX2191 (JVT) at 003

# Edwards and JenaValve View Themselves as Close Competitors

JENAVALVE

**Competition**

- J-Valve is gaining momentum and poses a competitive threat with a newly completed EFS, an upcoming pivotal trial, and a credible roster of investigators.
- J-Valve is targeting ALIGN-AR clinical sites and will enroll within 1 year.
- Other AR-dedicated devices are on the horizon, but further behind.

PX2322 (JVT) at 005

# Edwards and JenaValve View Themselves as Close Competitors

## Updates on JenaValve – Our closest competitor in USA TAVR (AR) Market

Genesis MedTech

- Over 130 patients (AR & AS) have been commercially implanted in the EU (Germany, Austria, Netherlands, Italy, UK) – CE approved in 2021
- High price of Jenavalve in Europe; more than 2x the cost of CoreValve/ Sapien 3: 45K Euros (USD$50K)
- Summary of worldwide first commercial experience of Jenavalve Trilogy TAVR in Europe:
  - Total of 58 consecutive patients from 6 German centers
    - Mean age: 76 years
    - EuroScore: 6.7%

**Procedural Data**

N = 58[1]

Valve Size

**Clinical Outcomes**

PVR at 30 days

Procedural Outcomes:

- Technical success (VARC-3):

**Key Insights**

1. Current Jenavalve trial has a high screening failure rate for AR patients due to anatomical exclusions:
   - Annular perimeter >90mm: 14%
   - Annulus angle >70 degrees: 6%
   - Suggests that at least 1 larger valve size and delivery systems allowing for steep angulations is required (to capture all screened patients)

PX1037 (EW) at 016

# Others View JC Medical and JenaValve as Key Competitors

[redacted]

A. They offer differen [redacted]

# Defendants' Expert Believes Parties are Only Competitive Constraint on Each Other Today

Page 241

would be the challenge.
Theoretically, if one of these companies
did develop a renewed i
maybe they would have a
risk perception of that
Q. (BY MR. HOOGEN
significant competitive
the most competitive pr
A. On JenaValve t
MR. PERRY
THE WITNE
only competitive pressu
and JC Medical.
Q. (BY MR. HOOGEN
in this matter, are you
information that Cuspa
TAVR-AR market?
A. So I don't spe
to Cuspa Medical or Han
Chinese-based companies
Laguna Tech would love
market but is currently trying to identify financing to
run their EFS.
Q. So my question is particular to -- excuse me.
My question is particular to Cuspa Medical. In forming

Q. Which company is the most significant competitive threat or if you prefer, puts the most competitive pressure on JenaValve today?

**A. On JenaValve today? Well, on JenaValve today, the only competitive pressure for JenaValve would be Edwards and JC Medical.**

McWilliams Dep. 241:6-13



PDX0012-014

# JC Medical Forecast J-Valve and Trilogy Would Account for 100% of the TAVR-AR Market for the Next Decade

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Market size:** | | | | 10.96% | | | | | | | |
| **US TAVR-AS market size (USD'mm):** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *yoy* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| ASP (USD'K): | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 |
| | | | | 2.52% | | | | | | | |
| **US TAVR-AR market size (USD'mm):** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *yoy* | *95.7%* | *80.7%* | *68.4%* | *68.4%* | *55.5%* | *41.0%* | *34.2%* | *28.0%* | *20.1%* | *17.0%* | *15.0%* |
| ***AS/AR** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | | | 0.05 | | | | | | | |
| **TAVR-AR players & JCM Revenue:** | | | | | | | | | | | |
| **J-Valve:** | | | | | | | | | | | |
| **JCM Revenue (USD'mm):** | - | - | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | - | - | [redacted] | 2 [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *% market share* | *0.0%* | *0.0%* | *15.0%* | *25.0%* | *35.0%* | *45.0%* | *55.0%* | *60.0%* | *65.0%* | *67.5%* | *70.0%* |
| ASP (USD'K): | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *price drop* | | | | | *-1.0%* | *-1.0%* | *-1.0%* | *-1.0%* | *-2.0%* | *-2.0%* | *-3.0%* |
| **Jenavalve:** | | | | | | | | | | | |
| **Jenavalve Revenue (USD'mm):** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *% market share* | *100.0%* | *100.0%* | *85.0%* | *75.0%* | *65.0%* | *55.0%* | *45.0%* | *40.0%* | *35.0%* | *32.5%* | *30.0%* |
| ASP | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *price drop* | | | | | *-1.0%* | *-1.0%* | *-1.0%* | *-1.0%* | *-2.0%* | *-2.0%* | *-3.0%* |

PX1066 (EW) (Market Size Tab)

# JenaValve Speeding Up Trilogy to Stay Ahead

Message

**From:** Ryan Polzin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D8982AE6C46F4BBAA07042E2E219B43A-RYAN POLZIN]
**Sent:** 2/8/2024 4:43:16 PM
**To:** Daniel Sun [dsun@jenavalve.com]; Peter Spadaro [spadaro@jenavalve.com]; Duane Pinto, MD, MPH [pinto@jenavalve.com]; John Kilcoyne [kilcoyne@jenavalve.com]
**Subject:** Re: J-Valve

Thanks Daniel. If that's how it pans out, moving fast on the next trial for Trilogy will be of huge strategic importance to stay ahead of them.

Let's go baby! Bring it on!

Best Regards,
Ryan

**Ryan Polzin**
Director of Strategy and Field Operations

PX2042 (JVT) at 001

# JenaValve Aims to Block JC Medical from Accessing Trial Sites

JENAVALVE

## Why Large Valve Now?

- Competitor J-Valve Already Has a Large Valve Size In Portfolio
- Prevents Loss of Customers Who Only Want **One** AR Valve Manufacturer
- Blocks J-Valve From JVT Site Penetration
- [redacted]
- Value Add to Strategics

PX2178 (JVT) at 026

# Edwards Aims to Accelerate J-Valve if Acquisition Fails

| Topic | Strategic Focus/Questions | Lead |
|---|---|---|
| Financial Update | | Elaine/Laura E |
| KODs | Update on 2024 KODs<br><br>Review latest on 2025 KODs | JB |
| Patient Activation | What did we learn in 2024?<br>ENACT update<br>Biome update<br>Other<br><br>What a<br>Wha<br>Europ<br>Wha<br>Wha<br>Wha<br>solutio | Kristen/Seth/JB |
| X4 | [redacted] | |
| AR | Update on JV Anti-Trust Investigation & JC Clinical and R&D Progress<br><br>If JV Acquisition Success - what is our commercial strategy?<br><br>If JV Acquisition Fails - how do we accelerate JC commercialization? | Finn/Jaime/Laksen<br><br>All |
| EARLY TAVR | How are the commercial teams leveraging the data to date and what is the early feedback?<br><br>How does our strategy/tactics evolve with FDA/other approval? | Pooja/Kristen/JeremyC/Greg |

**If JV Acquisition Fails – how do we accelerate JC commercialization?**

PX1016 (EW) at 001

# Products in FDA Trials Can Provide Competitive Pressure on Commercial Products

management."[119] In addition, as I explain in Section 3.1 and Section 4.2, a firm does not need to enter into commercialized TAVR-AR device sales in order to be capable of providing competitive pressure.

Bailey Report ¶ 55

# J-Valve Will Continue to Provide Competitive Pressure on a Commercialized Trilogy

Great meeting in DC! I wanted to capture some high level thoughts coming out of CRT, along with some action items. Please add or comment so that we can ensure alignment. Please see below:

- J-VALVE: J-Val
sites and will benefit fron
launch ARTIST and com
implants over J-Valve. (S
- SURGEONS: W
carefully. Lots of recomm
- IMAGING FOR
imaging education and ou
- ARTIST: PIs still
our efforts to engage then

Fully aligned with these c
planning is warranted sur

CONFIDENTIAL – FTC v. ED

J-Valve is moving forward with JOURNEY and will begin cases soon … Strategically, I think we should launch ARTIST and commercialize at all JOURNEY sites and get creative in an effort to get them to prioritize Trilogy implants over J-Valve. (Stack cases, consider pricing rebates, etc.)

PX2283 (JVT) at 001

# Relevant Market

## Dr. Wilson's Market

The relevant market in which to consider the effects of the transaction is the development and provision of TAVR-AR devices to American consumers

Wilson Reply Report ¶ 4

## Dr. Bailey's Markets

Dr. Wilson's **U.S. TAVR-AR Innovation Market** Is Overly Narrow

In this section, I explain that Dr. Wilson's opinion is based on a speculative view of a post-transaction "2-to-1" **market for the commercial sale of TAVR-AR devices** that begins no earlier than three years from now

Bailey Report ¶ 52, §4.4

# Merger Guidelines Support Dr. Wilson's Proposed Market

Mer

U.S. Department

When considering harm to competition in innovation, market definition may follow the same approaches that are used to analyze other dimensions of competition. In the case where a merger may substantially lessen competition by decreasing incentives to innovation, the Agencies may define relevant antitrust markets around the products that would result from that innovation if successful, even if those products do not yet exist.

*4.3.D.7. Market Definition When There is Harm to Innovation*

When considering harm to competition in innovation, market definition may follow the same approaches that are used to analyze other dimensions of competition. In the case where a merger may substantially lessen competition by decreasing incentives to innovate, the Agencies may define relevant

In some cases, the Agencies may analyze different relevant markets when considering innovation than when considering other dimensions of competition

# Cited Examples of Competitors in Leading Medical Journals

The Multimedia Manual of
CARDIO-THORACIC
SURGERY

"Transcatheter valve with a hollow ballon for aortic valve insufficiency," Multimedia Manual of Cardio-Thoracic Surgery, 2018

CORE SKILLS | CARDIAC | CONGENITAL | THORACIC | AORTIC DISEASE ABOUT | AUTHOR GUIDELINE

Home | Cardiac (Techno-College)

TUTORIAL

Transcatheter valve with a hollow balloon for aortic valve insufficiency




Published: February 26, 2018 | DOI: 10.1510/mmcts.2018.012 | Innovative Surgical Videos

Surgical Technique & Videos Hide -

**1 - Introduction** (0:00)

In this tutorial we present our novel, non-occlusive, self-locating TAVI delivery system with a hollow balloon for use in patients with aortic valve insufficiency.

Our patient is a juvenile sheep.

Our tutorial was first presented at the EACTS 2017 conference in Vienna and won runner-up for the Techno College Innovation award.

# Cited Examples of Competitors in Leading Medical Journals

INTERVENTIONS FOR VALVULAR DISEASE AND HEART FAILURE
PRECLINICAL RESEARCH

EuroIntervention 2019;15:e975-e982 published online August 2019 ■ published online e-edition December 2019

## Preclinical evaluation of a transcatheter aortic valve replacement system for patients with rheumatic heart disease



**Jacques Scherman**[1*], MD; Chima Ofoegbu[1], MD; Adriaan Myburgh[2], MD; Justiaan Swanevelder[2], MD; Braden van Breda[3], MSc; Harish Appa[3], PhD; Paul Human[1,4], PhD; David Williams[3,5], PhD; Deon Bezuidenhout[3,4], PhD; Peter Zilla[1,3,4], MD, PhD

*1. Christiaan Barnard Division of Cardiothoracic Surgery, University of Cape Town, Cape Town, South Africa; 2. Department of Anaesthesia and Perioperative Medicine, University of Cape Town, Cape Town, South Africa; 3. S.A.T., University of Cape Town, Cape Town, South Africa; 4. Cardiovascular Research Unit, University of Cape Town, Cape Town, South Africa; 5. Wake Forrest School of Medicine, Winston Salem, NC, USA*

**KEYWORDS**

- aortic regurgitation
- preclinical research
- TAVI

**Abstract**

**Aims:** Cardiac surgery in middle-income countries differs significantly from that in high-income countries regarding prevailing heart valve pathologies and access to cardiac surgery. Typically, rheumatic aortic regurgitation in the absence of calcification by far outweighs stenosis. As such, entirely different transcatheter aortic valve implantation (TAVI) concepts are required for these regions. The aim of the study was to evaluate the five-month performance of the SAT (Strait Access Technologies, Cape Town, South Africa) pericardial TAVI system in the orthotopic aortic position of juvenile sheep.

**Methods and results:** A self-homing, non-occlusive balloon-expandable TAVI system comprising a hollow balloon, stabilising locator trunks, a scalloped CoCr stent with elevating anchorage arms and decellularised, sandwich-crosslinked pericardium was compared with control surgical valves (Edwards PERIMOUNT) in sheep. The implantation period was five months. The tactile placement of the TAVI valves was accomplished without the need for rapid pacing. At termination, no structural degeneration was observed in either group. The TAVIs were well healed with the stent struts largely embedded in tissue. Correlating with sheep growth (weight gain of 40.4±13.0%) during the implantation period, mean transvalvular gradients increased from 3.08±1.95 mmHg to 8.50±5.38 mmHg (p=0.044) after five months.

**Conclusions:** A single-stage, balloon-expandable, easy to place TAVI system with antigen-depleted and antigen-masked bioprosthetic leaflets promises to address the distinct needs of low- and middle-income countries with regard to TAVI better than conventional systems.

**Corresponding author: Christiaan Barnard Division of Cardiothoracic Surgery, University of Cape Town, Cape Town, 7925, South Africa. E-mail: jacques.scherman@uct.ac.za*

DOI: 10.4244/EIJ-D-18-01052

## Conclusions

The present study showed the promising five-month performance of the SAT pericardial TAVI valve in sheep, validating the key characteristics underlying a transcatheter system that was specifically designed to address current and future requirements in middle- and potentially even low-income countries. By providing a self-homing and stabilising balloon-expandable TAVI system that obviates fast pacing, several prevailing paradigms were disproved:

Scherman et al., Preclinical Evaluation of a Transcatheter Aortic Valve Replacement System for Patients with Rheumatic Heart Disease, 981 EuroIntervention (2018)

# Cited Examples of Competitors in Leading Medical Journals

INTERVENTIONS FOR VALVULAR DISEASE AND HEART FAILURE
PRECLINICAL RESEARCH

EuroIntervention 2019;15:e975-e982 published online *jaa* August 2019 ■ published online e-edition December 2019

DOI: 10.4244/EIJ-D-18-01052

## Preclinical evaluation of a transcatheter aortic valve replacement system for patients with rheumatic heart disease



**Jacques Scherman**[1*], MD; Chima Ofoegbu[1], MD; Adriaan Myburgh[2], MD; Justiaan Swanevelder[2], MD; Braden van Breda[3], MSc; Harish Appa[3], PhD; Paul Human[1,4], PhD; David Williams[3,5], PhD; Deon Bezuidenhout[3,4], PhD; Peter Zilla[1,3,4], MD, PhD

*1. Christiaan Barnard Division of Cardiothoracic Surgery, University of Cape Town, Cape Town, South Africa; 2. Department of Anaesthesia and Perioperative Medicine, University of Cape Town, Cape Town, South Africa; 3. S.A.T., University of Cape Town, Cape Town, South Africa; 4. Cardiovascular Research Unit, University of Cape Town, Cape Town, South Africa; 5. Wake Forrest School of Medicine, Winston Salem, NC, USA*

KEYWORDS

- aortic regurgitation
- preclinical research
- TAVI

**Abstract**

**Aims:** Cardiac surgery in middle-income countries differs significantly from that in high-income countries regarding prevailing heart valve pathologies and access to cardiac surgery. Typically, rheumatic aortic regurgitation in the absence of calcification by far outweighs stenosis. As such, entirely different transcatheter aortic valve implantation (TAVI) concepts are required for these regions. The aim of the study was to evaluate the five-month performance of the SAT (Strait Access Technologies, Cape Town, South Africa) pericardial TAVI system in the orthotopic aortic position of juvenile sheep.

**Methods and results:** A self-homing, non-occlusive balloon-expandable TAVI system comprising a hollow balloon, stabilising locator trunks, a scalloped CoCr stent with elevating anchorage arms and decellularised, sandwich-crosslinked pericardium was compared with control surgical valves (Edwards PERIMOUNT) in sheep. The implantation period was five months. The tactile placement of the TAVI valves was accomplished without the need for rapid pacing. At termination, no structural degeneration was observed in either group. The TAVIs were well healed with the stent struts largely embedded in tissue. Correlating with sheep growth (weight gain of 40.4±13.0%) during the implantation period, mean transvalvular gradients increased from 3.08±1.95 mmHg to 8.50±5.38 mmHg (p=0.044) after five months.

**Conclusions:** A single-stage, balloon-expandable, easy to place TAVI system with antigen-depleted and antigen-masked bioprosthetic leaflets promises to address the distinct needs of low- and middle-income countries with regard to TAVI better than conventional systems.

**Corresponding author: Christiaan Barnard Division of Cardiothoracic Surgery, University of Cape Town, Cape Town, 7925, South Africa. E-mail: jacques.scherman@uct.ac.za*

## Discussion

Apart from cost-effectiveness, TAVIs need to address very different requirements in middle- and high-income countries. The specific requirements in MICs include independence from sophisticated imaging equipment, the ability to locate and anchor the valve in the absence of calcification, the acknowledgement of resource limitations that necessitate single-stage procedures and are near prohibitive for potential downstream interventions such as permanent pacemakers (PPMs), the appreciation of the predominance of rheumatic aortic regurgitation with its associated fundamentally different haemodynamics, and the need for long-lasting leaflet materials for use in younger patients.

Scherman et al., Preclinical Evaluation of a Transcatheter Aortic Valve Replacement System for Patients with Rheumatic Heart Disease, 980 EuroIntervention (2018)

# Dr. Bailey's J-Valve Incremental Profits Calculation




Bailey Report Exhibit 21



PDX0012-026

# Edwards Will Only Keep One Device




PX1394 (EW) at 003

# Edwards Will Only Keep One Device

Message

**From:** Blessie Concepcion [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=97FEC6AF09AB40C3BA249029F15B52B0-BLESSIE CON]
**Sent:** 8/1/2024 1:02:41 AM
**To:** Jaime Wheeler [Jaime_Wheeler@edwards.com]; Jessica Wimbrow [Jessica_Wimbrow@Edwards.com]; Heather Prince [Heather_Prince@edwards.com]
**Subject:** RE: AR London Mtg 31-Jul-2024

Please disregard prior email and refer to the updated version below.
I'll schedule time for us to review and align on next steps.
Thanks!

**Key Priorities for 2024-2025**: an Integration Leader who will oversee all functional workstreams to align on goals (30-60 days) will be identified
1. Gen 1/JenaValve FDA approval and commercial launch in 2025, commercialization to scale
a. Not proceed with the ARTIST AR IR/LR RCT (not ready at this point, limited sizes with the 34mm planned to be added in 2026)
2. JCM: proceed with Gen 2 over JenaValve
a. Proceed with JOURNEY AR HR Pivotal trial: review protocol to ensure there are no major issues. [redacted] device manufactured in China can be used in trial (need to improve [redacted] but cannot be used to commercialize in the US – need to transfer manufacturing from China to Canada or in-house
b. R&D/EW tech to add bovine Thermafix tissue

PX1280 (EW) at 001



PDX0012-028

# Edwards Unlikely to Develop Two 2nd Generation Devices

July 23, 2019

## Edwards Lifesciences Reports Second Quarter Results

**Transcatheter Aortic Valve Replacement (TAVR)**

For the quarter, the company r… ast year, or 18 percent on an underlying basis. Edwards gre… ed stable, and the company estimates its global competiti…

"We now estimate that in the t… ients with low surgical risk. Over time, we expect the SAPIE… e pending approval for patients at low surgical risk an… e the difficult decision to discontinue the CENTERA prog… rforming well for patients, the time and resources required to… e are significant. Going forward, we believe we best ad… loon expandable technologies and indication expansion trials."

"While the Centera valve has demonstrated excellent clinical outcomes and is performing well for patients, the time and resources required to optimize deliverability as well as expanding the indications to match Sapien 3 are significant," Mussallem told investors.

https://www.edwards.com/newsroom/news/2019-07-23-edwards-lifesciences-reports-second-quarter-result-8c28a70

# Edwards Not Uniquely Positioned to Develop Trilogy

[redacted]

# JenaValve Projected Only 1Q Delay in Approval After Deficiency Letter




[redacted]

PX7018 (Sloan (JenaValve) Dep. 95:10-16)

# Patients are Still Being Implanted with Trilogy Today

Q. JenaValve is implanting Trilogy in these low- and intermediate-risk surgical patients today under the ARTIST trial?
A. That's correct
Q. Dr. Pinto, it
Trilogy in these i
there was any doub
A. Correct.
Q. It wouldn't be
these intermediate
doubt about Trilog
A. We don't know
have a handful of
years, 50 at four years, and 20 at five years. So that's not enough to really make claims in that regard, but the early signs are that we are durable. So that was enough to

Q. JenaValve is implanting Trilogy in these low- and intermediate-risk surgical patients today under the ARTIST trial?
A. That's correct.
Q. Dr. Pinto, it wouldn't be medically ethical to implant Trilogy in these intermediate- and low-risk patients if there was any doubt about Trilogy's safety; correct?
A. Correct.

Pinto (JVT) Day 4 AM, 6:10-17

# Laguna Tech

[redacted]

# Dr. Bailey Ignores Evidence of Competition in Clinical Trials




Also as a follow up from TCT, Sheri sent out a meeting invite to you and the Trial Leadership for Monday/Dec 9 at 6pm EST for an update on JOURNEY enrollment [redacted] This would position us in parity with the JenaValve trials.

PX1250 (EW) at 001

# Missed Forecasts are Common in the Medical Device Space

MD+DI Qmed
SIGN UP TODAY Sign in
Sectors | Product Development | Manufacturing | Regulatory & Quality | Digital Health | Business | Qmed+ Directory

CARDIOVASCULAR

## Medtronic Learns From Edwards Lifesciences' Errors in TAVR Launch

Medtronic is launching its CoreValve transcatheter aortic valve replacement device roughly two years behind Edwards' Sapien device. What will it do differently?

February 19, 2014 · 3 Min Read

Editors' Choice

MANUFACTURING
MEDevice Silicon Valley

First-quarter 2013 sales came in at $83 million, which was $7 million less than what Wall Street analysts were expecting. In fact, Edwards has had to adjust expectations in successive quarters throughout last year. That's one major reason why Edwards' landed in MD+DI's 2013 Losers list.

https://www.mddionline.com/cardiovascular/medtronic-learns-from-edwards-lifesciences-errors-in-tavr-launch

MD+DI Qmed
SIGN UP TODAY Sign in
Sectors | Product Development | Manufacturing | Regulatory & Quality | Digital Health | Business | Qmed+ Directory

IMPLANTS

## Edwards Eyes Delay for its Sapien 3 Ultra TAVR

Edwards Eyes Delay for its Sapien 3 Ultra TAVR



PETESMITHIES/PIXABAY

2025 Keynotes to Feature Visionary Medtech Leaders
NOV 17, 2025

BUSINESS
In a System Under Pressure, IoT is Delivering the Visibility Healthcare Demands
NOV 14, 2025

M&A
Siemens Healthineers Reaches the Next Stage of Growth with New Move

https://www.mddionline.com/implants/edwards-eyes-delay-for-its-sapien-3-ultra-tavr



PDX0012-035

# Bailey Demonstrative Slide 37

## Wide Variation in HHIs Is a Hallmark of Unreliability

| | Pre-HHI | Post-HHI | Delta-HHI |
|---|---|---|---|
| JAN 2022 – SEP 2024 | 10,000 | 10,000 | 0 |
| JUN 2025 | 10,000 | 10,000 | 0 |
| JUL 2025 | 7,923 | 10,000 | 2,077 |
| AUG 2025 | 10,000 | 10,000 | 0 |

Wilson Backup to Fig. 1

© 2025 DOAR

DDX002-037



PDX0012-036

# Bailey Demonstrative Slide 43

## Competitors Appear in Leading Medical Journals

| | Cusper | Hanchor Valve | Pioneer Valve | SAT AR Balloon-Expandable |
|---|---|---|---|---|
| "Transcatheter Aortic Valve Replacement for Treating Native Aortic Regurgitation: Ready for Prime Time?," Structural Heart, Pre-Print, 2025 | | ✓ | | |
| "Individualized Selection of Valve Intervention Strategies in Aortic Disease is Key for Better Outcomes," Journal of Personalized Medicine, 2025 | ✓ | | | |
| "Innovations in TAVR: The Latest in Device Technology," Journal of Clinical Medicine, 2025 | ✓ | ✓ | | |
| "Transcatheter Aortic Valve Replacement for Pure Aortic Regurgitation: Expanding Interventional Options," JACC: Cardiovascular Interventions, 2025 | | ✓ | | |
| "Early Results of Multicenter Trial of a Novel Ballon-Expandable Valve With Anchor for Aortic Regurgitation," JACC: Cardiovascular Interventions, 2025 | | ✓ | | |
| "TCT 878 A Next-Generation Transcatheter Heart Valve Used for Aortic Regurgitation," the Journal of the American College of Cardiology, 2024 | | ✓ | | |
| "A Novel Designed TAVR System for Pure Aortic Regurgitation: First-in-Human Experience," JACC: Cardiovascular Interventions, 2023 | | | ✓ | |
| "Transcatheter aortic valve repair for aortic regurgitation with the Cusper device," EuroIntervention, 2022 | ✓ | | | |
| "The Technological Basis of a Balloon-Expandable TAVR System: Non-occlusive Deployment, Anchorage in the Absence of Calcification and Polymer Leaflets," Frontiers in Cardiovascular Medicine, 2022 | | | | ✓ |
| "TAVR for Patients with Rheumatic Heart Disease: Opening the Door for Many?," the Journal of the American College of Cardiology, 2021 | | | | ✓ |
| "Preclinical evaluation of a transcatheter aortic valve replacement system for patients with rheumatic heart disease," EuroIntervention, 2018 | | | | ✓ |
| "Transcatheter valve with a hollow ballon for aortic valve insufficiency," Multimedia Manual of Cardio-Thoracic Surgery, 2018 | | | | ✓ |

Bailey Rpt. at Ex. 25

© 2025 DOAR DDX002-043



PDX0012-037