# PX1003 - PX1016
## (see exhibit stamps bottom right corner)

PX1003 (Pgs. 2-56)
PX1010 (Pgs. 57-73)
PX1011 (Pg. 74)
PX1013 (Pgs. 75-77)
PX1016 (Pgs. 78-79)

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1003

---

## Message

---

| | |
|---|---|
| **From:** | Tal Biran [Tal_Biran@edwards.com] |
| **Sent:** | 11/4/2024 2:31:35 PM |
| **To:** | Larry Wood [Larry_Wood@edwards.com]; Elaine Farrell [Elaine_Farrell@edwards.com]; Pooja Sharma [Pooja_Sharma@Edwards.com] |
| **CC:** | Scott McMinn [Scott_Mcminn@edwards.com]; Wendolyn Dao [Wendolyn_Dao@edwards.com]; Laura Egan [Laura_Egan@edwards.com]; Jeremy Bierman [Jeremy_Bierman@edwards.com]; Venu Ghatikar [Venu_Ghatikar@edwards.com] |
| **Subject:** | RE: 2025 AOP ELT Presentation - Final Draft |
| **Attachments:** | 2025 AOP TAVR Presentation Sub 2_FPA FINAL.pdf |

Good morning,

Sharing the final version of the deck which now includes the updates from EEMEACLA and JAPAC.

Thanks,

Tal

---

**From:** Tal Biran
**Sent:** Friday, November 1, 2024 4:02 PM
**To:** Larry Wood <Larry_Wood@edwards.com>; Elaine Farrell <Elaine_Farrell@edwards.com>; Pooja Sharma <Pooja_Sharma@Edwards.com>
**Cc:** Scott McMinn <Scott_Mcminn@edwards.com>; Wendolyn Dao <Wendolyn_Dao@edwards.com>; Laura Egan <Laura_Egan@edwards.com>; Jeremy Bierman <Jeremy_Bierman@edwards.com>; Venu Ghatikar <Venu_Ghatikar@edwards.com>
**Subject:** 2025 AOP ELT Presentation - Final Draft

Dear Team,

Attached, you will find the latest version of the deck. Please note that the EEMEACLA/JAPAC slides are still preliminary, and we will update the deck once we receive the final versions.

Additionally, we have modified the executive summary slide to include the following statement:



Please let me know if there are any question.

Thanks,

Tal



# TAVR
# 2025 AOP Review

November 2024



Edwards

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243821

PX1003-003

**Edwards Lifesciences**

# Agenda

|  | PRESENTER | TIME |
|---|---|---|
| **Executive Summary, US** | **Larry** | **9:15 – 9:35** |
| **EMEACLA** | **Annette** | **9:35 – 9:55** |
| **JAPAC** | **Dan** | **9:55 - 10:15** |
| **Global Expenses** | **Elaine** | **10:15 - 10:30** |
| **Key Takeaways** | **Larry** | **10:30 – 10:45** |

2

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243822

PX1003-004

**Edwards Lifesciences**

# Executive Summary

- **Total EW TAVR Revenue** ███ **; growth of** ████ **with** ██**% Contribution Margin**
  - Global EW 2025 $ growth rate at ████. Global market growth expectations at ███
    - US growth rate @ ███; OUS growth rate @ ███
  - Global EW 2024 $ growth ████ ████) vs AOP growth rate at ~████

- ████████████████████████████████████████████████████████████
  - ████████████████████████████████████

- ███████████████████████████ **and** ████████████**ty are key areas of focus**

- **Continuing to invest in aortic stenosis platform; integrating and developing aortic regurgitation portfolio**

| Opportunities | Risks |
|---|---|
| ▪ Higher market stimulation due to EARLY TAVR data release and indication | ▪ Continued market sluggishness |
| ▪ Japan market recovery | ▪ Hospital capacity and staffing shortages |
| ▪ ███████████████████████████ | ▪ Boston entry into US & JPN and price sensitivity |
| ▪ Opportunity to recapture share in EU (BSX) | |

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243823

PX1003-005

Edwards Lifesciences

## 2025 Sales Growth Summary



**Note:** Growth rates and EW $ are in BFX

CONFIDENTIAL TREATMENT REQUESTED                                            EW-FTC-10243824

PX1003-006

**Edwards Lifesciences**

# Globally, We Are Adding ███████ ████ and Treating ████████ Incremental Patients in 2025



**EW Global TAVR Patients[1]**

~9K @ ~5%

27K — 2013
77K — 2017
161K — 2023
169K — 2024

10 YEARS



'25 EW Incremental Patients ████     '25 EW Incremental ████

- US
- EU
- JPN
- GC
- APAC
- EEMEAC
- LATAM

(1) Source: 2024 Fcst 10, 2025 AOP Sub 2; excludes AR

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243825

PX1003-007

Edwards Lifesciences

# OUS Regions Require Significant Step Up in Incremental Patients YoY



EW Global TAVR Patients[1]

~9K
@ ~5%

169K

161K

77K

27K

2013    2017    2023    2024

10 YEARS

'24 EW Incremental Patients ~9K    '25 EW Incremental Patients ▮

US    ~4,400
EU    ~2,500
JPN    ~600
GC    ~600
APAC    <>
EEMEAC    ~900
LATAM    <>

OUS Regions' require ▮ step up in incremental patients vs PY

(1) Source: 2024 Fcst 10; 2025 AOP Sub 2; excludes AR
CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243826

PX1003-008

**Edwards Lifesciences**

# 2025 topline growth assumes market challenges begin to ease



**2024 to 2025 Growth ($M)**

*vs +$231M growth forecasted in 2024 (F10)*

US  ■EU  ■Japan  ■ROW

**2024**
① Impacted by capacity challenges in US
② Significant market slowdown in EU and Japan

**2025**
③ Growth drivers activated in key regions: gaining traction & ramping

 **GC**
- Increase market share at existing sites
- Expand footprint

 **Japan**
- Drive market growth
- Target in-system patient opportunity to impact share

 **EU**
- Drive leadership and protect ASP ████████
- ████████████████████████

 **US**
- EARLY TAVR Data Release: Ramp through 2025
- Patient Activation Scaling: Ramp up mid-2025
- ████████████████

**Potential impact from EARLY TAVR data release in US, EU & Japan**

Incremental sales includes AR

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243827

PX1003-009

**Edwards Lifesciences**

# Major Three Regions Continue to be significant contributors
## % of Global Sales in 2025

**Global EW TAVR Opportunity - 2025 Sales by Region[1]**





**Grow the market while fortifying our leadership position**



**Fortify market share and reverse pricing trends**



**Fortifying our leadership position by investing in increasing therapy penetration**

**Globally, we are adding ▓▓▓▓ in incremental sales and treating ▓▓▓ incremental patients in 2025**

(2) Excludes ▓ in AR Sales and ▓ clinical units

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243828

**Edwards Lifesciences**

# 1% Share Position Across All Three Key Regions Is Worth 



We must continue to invest in our unique competitive advantage: a differentiated portfolio and high-touch service model

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243829

PX1003-011

**Edwards Lifesciences**

# Prioritizing Spend to Support Investment in New Technologies



## Core Investments

- Maintaining investments to fortify leadership
- Controlling spend to absorb development of new technology
- Investment required to drive patient activation growth and high touch model

## Strategic Decisions

- Restructuring in Sep 24
- Shifting AS resources to AR
- NPD Program Reprioritization
- ██████████████████

**If OPEX growth matched sales growth at ████ we'd be adding ████**

PX1003-012

**Edwards Lifesciences**

# We Continue to Deliver a Robust P&L with ■■■% Management Contribution

| ($ in millions) | 2024* | | | | |
|---|---|---|---|---|---|
| | Oct Forecast AS | Oct Forecast JCM | Oct Forecast AS + JCM | TAVR Growth | vs AOP |
| Sales | $4,112 | $0 | $4,112 | 5.9% | ($214) |
| Cost of Sales | 544 | 0 | 544 | 11.1% | 29 |
| Gross Profit | $3,568 | $0 | $3,568 | 5.2% | ($185) |
| SG&A | 544 | 0 | 544 | 6.6% | 18 |
| R&D | ■■■ | | | | |
| Total Operating Expenses | 877 | 6 | 883 | 4.0% | 40 |
| Management Contribution | $2,690 | ($6) | $2,684 | 5.6% | ($145) |
| Leverage | 1.0 | | 0.9 | | |

(*) Excludes M3

| % of Sales | |
|---|---|
| Gross Profit | 86.8% |
| SG&A | 13.2% |
| R&D | ■■■ |
| Total Operating Expenses | 21.3% |
| Management Contribution | 65.4% |

  **Revenue**  + **Growth vs. F10**   B   **AGP**  C  **Management Contribution**  D   **Leverage** 

## Limited flexibility within operating budget to fund additional growth initiatives

* Leverage: Management Contribution Growth %/ Sales Growth %

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243831

PX1003-013

Edwards Lifesciences

# 8-Quarter Sales Trend by Region – Total TAVR (AS+AR)
*($ in millions at budget rates)*

| | 2024 Oct Forecast | | | | |
|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | FY |
| US | $634 | $655 | $648 | $637 | $2,573 |
| Europe | 219 | 227 | 216 | 230 | 892 |
| EEMEAC | 37 | 38 | 41 | 39 | 154 |
| Latin America | 15 | 13 | 15 | 15 | 58 |
| Japan | 70 | 74 | 69 | 74 | 287 |
| Asia Pacific | 23 | 27 | 27 | 26 | 103 |
| Greater China | 11 | 13 | 12 | 10 | 45 |
| **Global** | **$1,009** | **$1,046** | **$1,027** | **$1,030** | **$4,112** |
| **Growth** | | | | | |
| US | 7.3% | 4.7% | 6.8% | 4.2% | 5.7% |
| Europe | 2.9% | 7.1% | 7.9% | 5.9% | 5.9% |
| EEMEAC | 2.5% | 21.8% | 24.9% | 7.7% | 13.7% |
| Latin America | (1.9%) | (21.9%) | (7.7%) | 2.3% | (7.6%) |
| Japan | 14.0% | 10.8% | 1.9% | 6.2% | 8.1% |
| Asia Pacific | (5.0%) | (4.2%) | 3.6% | 2.1% | (0.9%) |
| Greater China | 91.2% | 27.7% | 24.7% | (24.3%) | 19.2% |
| **Global** | **6.6%** | **5.7%** | **7.1%** | **4.4%** | **5.9%** |
| **ADS Growth** | | | | | |
| US | 7.3% | 4.7% | 5.1% | 4.2% | 5.3% |
| Europe | 6.2% | 5.4% | 6.3% | 4.2% | 5.5% |
| Japan | 18.0% | 10.8% | 1.9% | 4.5% | 8.5% |
| **Global** | **7.7%** | **5.3%** | **5.5%** | **3.7%** | **4.9%** |

12

PX1003-014

**Edwards Lifesciences**

# 2025 AOP Sales Ranges (AS only)
*($ in millions at budget rates)*



| Full Year | Sales $ | Underlying Growth |
|---|---|---|
| 2023 | 3,881 | 10.6% |
| 2024 Oct Forecast | 4,112 | 5.9% |
| 2025 Lower Range | | |
| 2025 Strat Plan | | |
| 2025 AOP | | |
| 2025 Upper Range | | |

**Full Year 2025 Range:**

### Key Forecast Assumptions

- 
- TAVR Market continues to expand supported by Patient Activation and EARLY TAVR data release
- Slight share recovery in Japan

### Opportunities (High Range):

- Higher market stimulation due to EARLY TAVR data release and indication
- Japan market recovery
- Opportunity to recapture share in EU (BSX)

### Risks (Low Range):

- Continued market sluggishness
- Hospital capacity and staffing shortages
- Boston entry into US & JPN and price sensitivity

**Edwards Lifesciences**

# Sales Growth by Driver (AS only)
*($ in millions at budget rates)*



**Commentary**

- **Market:** High single digit Market Growth continues to be driven by big three regions
- **Share:** Global Share expected to be relatively stable
- **ASP:** Global ASP unfavorable (████)

*Market growth includes regional mix impact

CONFIDENTIAL TREATMENT REQUESTED

PX1003-016

**Edwards Lifesciences**

# Sales Growth Contribution by Region
*($ in millions at budget rates)*



*Includes $3M for AR

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243835

PX1003-017

**Edwards Lifesciences**

# Regional Sales Total HC 1,103



Legend: ■2022 ■2023 ■2024F ■2025P

US: 369, 408, 454
Europe: 179, 233, 239
EEMEAC: 25, 34, 36
LATAM: 37, 47, 48
Japan: 115, 118, 125
APAC: 64, 63, 71
GC: 46, 52, 63
Global: 835, 955, 1,036

| | *Incremental Sales $ | | | **Incremental HC | | | HC Growth % | | | Sales $ per Sales HC | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2023 | 2024 | 2025 | 2023 | 2024 | 2025 | 2023 | 2024 | 2025 | 2023 | 2024 | 2025 |
| US | $233 | $139 | | 39 | 46 | | 11% | 11% | | $6.0 | $5.7 | |
| Europe | $61 | $50 | | 54 | 6 | | 30% | 3% | | $3.6 | $3.7 | |
| EEMEAC | $17 | $19 | | 9 | 2 | | 36% | 6% | | $4.0 | $4.3 | |
| LATAM | $9 | ($5) | | 10 | 1 | | 27% | 2% | | $1.3 | $1.2 | |
| Japan | $16 | $21 | | 3 | 7 | | 3% | 6% | | $2.2 | $2.3 | |
| APAC | $22 | ($1) | | (1) | 8 | | (2%) | 13% | | $1.6 | $1.4 | |
| GC | $15 | $7 | | 6 | 11 | | 13% | 21% | | $0.7 | $0.7 | |
| | $373 | $231 | | 120 | 81 | | 14% | 8% | | $4.1 | $4.0 | |

(*) Includes AR; (**) U.S FF only. U.S HC excludes CVP, Finance, HR

16

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243836

PX1003-018

**US**



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243837

PX1003-019

# US Executive Dashboard



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243838

PX1003-020

**Edwards Lifesciences**



# US Executive Summary



**US TAVR**                                              **US AVR**

| ~☐% | ~☐% | ☐ | ~☐ | ☐ |
|---|---|---|---|---|
| | | *Stable YoY* | *Slight dec.YoY* | *AS AVR* |
| **2025 Mkt $ Growth** | **2025 EW $ Growth** | **2025 EW $ Share** | **2025 EW ASP** | **TAVR %** |

- **THV Top focus:** Multiple activities in the following two categories:
  - ☐
  - ☐



- **Risks to Plan:**
  - Capacity constraints continue in near term
  - ☐
  - BSX Accurate Neo2 entrance into the market
  - Competitive pricing pressures

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243839

PX1003-021



EW will treat ▮▮▮▮ additional patients in 2025

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024F10 | 2025AOP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EW Share ($) | 61.6% | 69.1% | 68.6% | 68.6% | 69.0% | 73.3% | 73.1% | 73.2% | 74.9% | 74.2% | ▮ |
| Sites Added | 68 | 89 | 71 | 47 | 81 | 62 | 62 | 31 | 25 | 37 | |

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243840

PX1003-022



# 2025 Units/Day Estimated Trend



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243841

PX1003-023

**Edwards Lifesciences**

# Agenda

|  | PRESENTER | TIME |
|---|---|---|
| **Executive Summary, US** | **Larry** | **9:15 – 9:35** |
| **EMEACLA** | **Annette** | **9:35 – 9:55** |
| **JAPAC** | **Dan** | **9:55 - 10:15** |
| **Global Expenses** | **Elaine** | **10:15 - 10:30** |
| **Key Takeaways** | **Larry** | **10:30 – 10:45** |

22

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243842

PX1003-024

# EMEACLA



Edwards

23

CONFIDENTIAL TREATMENT REQUESTED

PX1003-025

**Edwards Lifesciences**

# EMEACLA THV AOP



**Financials**    *Revenue $M*

■ 2024 F    ■ 2025 P

**Executive Summary**

**EMEACLA** ▮▮▮▮, ▮▮▮▮▮▮

- **Europe** ▮▮▮▮, ▮▮▮▮▮▮
  – Double unit growth and maintain ▮▮▮ revenue share despite increasingly competitive environment and financial pressure in HC systems
  – 2025 Focus: Maintain leadership with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, drive market growth leveraging studies and capacity enhancing initiatives

- **EEMEAC** ▮▮▮▮, ▮▮▮▮▮▮
  – 2025 Focus: Improve treatment rate in selected Canada provinces and invest in High-Touch model in key markets

- **LATAM** ▮▮▮, ▮▮▮▮▮▮
  – (▮▮▮ gap to initial Strat Plan, in-line with BoD Strat Plan, due to updated market landscape (Market and MS% in 2024)
  – 2025 Focus: Stabilize and Recover

24

PX1003-026

Edwards Lifesciences

# Europe will ▮▮▮▮ Edwards unit growth in 2025



## 1

**We will maintain** ▮▮▮ **revenue share** despite high competitive pressure and single-digit market growth

## 2

We will ▮▮▮▮ ▮▮▮▮▮▮▮▮ to fortify the Edwards innovation leadership

## 3

We will continue to **drive market growth** by leveraging ▮▮▮▮▮▮▮ ▮▮▮ and ▮▮▮▮ ▮▮▮▮▮▮▮

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243845

PX1003-027



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243846

PX1003-028

**Edwards Lifesciences**

# Success and learnings from 2024



## What is working well

- **Stabilized share** in 2024, maintaining ▮ value and ▮ unit share

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Continuing to **increase case coverage to reach** ▮

- **Waiting list initiative UK** driving market growth and high share



## What needs more work

- ▮▮▮▮▮▮▮▮

- **Price / value equation not sufficiently resonating** with customers, especially in cost constrained Germany and Italy

- **Slowdown of market growth due to capacity constraints** in France and Italy

- **Overall** momentum, execution and customer engagement in **Germany**



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243847

PX1003-029

**Edwards Lifesciences**



# Competitors are launching new products, at no premium as enhancements to existing platforms



**Medtronic**  31% market share

**Evolut FX**: CE mark in Oct 2023, continuing roll-out in EU

**Evolut FX+**: FDA approval in Mar 2024 and CE Mark in Oct 2024
- Easier coronary access due to large windows in its frame
- Additional opportunity to reiterate SMART trial results with hospitals

**Navitor Vision**: first implants in EU, includes three radiopaque markers to enhance visualization of the valve deployment

Continued focus on hemodynamics and coronary reaccess



**Abbott**    7% market share

**Continuous stream of new launches to convert share**

8% market share    **Boston Scientific**



**ACURATE Neo2**:
- Negative IDE study presented at TCT
- Launch of EU trial focusing on underexpension of the valve

**ACURATE Prime**:
CE mark in Aug 2024
- Addition of a larger valve size (29 mm)
- Redesigned deployment mechanism to enable accurate valve positioning



**Meril**: continued roll-out of Myval Octacor across Europe
**MicroPort**: VitaFlow Liberty CE mark in May 2024 and starting the "VitaFlow Liberty Europe" clinical study to document its clinical safety and performance (Dec 2024)
**Anteris**: starting (Oct 2024) the DurAVR THV EU-EFS to evaluate its safety and feasibility
**Venus Medtech**: initial implantations of its Venus-Vitae dry-tissue TAVR system as part of the company's Venus-Vitae SMART-ALIGN global multicenter pivotal trial



4% market share    **Others**

28



EW-FTC-10243848

PX1003-030

**Edwards Lifesciences**

# We will maintain █% revenue share and a █% price premium despite increasing competitive pressure



**ASP and Price Premium**



**Action Plan**



- **Demonstrate category leadership:**
  - Innovation: █████████████
  - Evidence: RHEIA, EARLY TAVR, NEJM
  - Partnership: Education, Benchmark 3.0, capacity enhancing initiatives

- **Capture value of innovation and provide access to more patients:**
  - Strategic portfolio positioning (Germany & Italy)
  - ████████████████████)
  - Cath lab profitability projects (Germany, Italy)
  - New business models based on outcomes (CONSIP 2)

CONFIDENTIAL TREATMENT REQUESTED                                    EW-FTC-10243849

PX1003-031

Edwards Lifesciences



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243850

PX1003-032

**Edwards Lifesciences**

# We will continue to drive market growth by ▮▮▮▮





> ### Action Plan

- **Referrer Engagement:** leverage disease and therapy evidence to drive timely referrals and TAVI as therapy choice

- ▮▮▮▮▮▮
  - Maximize Benchmark program with reengagement
  - Valve Nurse Leadership to develop new CVCs
  - ▮▮▮▮▮▮
  - Waiting list initiatives in UK

- **Scientific Leadership:** ▮▮▮▮▮▮▮▮▮▮

- **Patient Activation:** testing regional initiatives to unlock in-system patients

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243851

PX1003-033

**Edwards Lifesciences**

# We will continue to drive market growth by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮





**Market Growth** (Units)

| Year | Units | Growth |
|---|---|---|
| 2021 Actuals | 86,721 | |
| 2022 Actuals | 97,445 | 12% |
| 2023 Actuals | 110,065 | 13% |
| 2024 FCST 10 | 118,989 | 8% |

### Tailwinds

- Countries with **low therapy adoption and aging population**
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- 2025 **Guidelines** update
- **Patient voice** in the decision making process

### Headwinds

- **Nursing shortage** and healthcare **capacity constraints**
- Other therapies **sharing same resources** like cathlab time
- Therapy and **hospital fundings**
- Time to **indication and funding** for **asymptomatic** patients

32

CONFIDENTIAL TREATMENT REQUESTED

PX1003-034

**Edwards Lifesciences**

# Growth Drivers by Region



### Europe

- ▪ ⬛ Mkt similar to current year trend
- ▪ Volume growth of ⬛, twice 2024 growth
- ▪ ASP⬛ at ⬛, driven by GE, IT and FR. Stable 3Y CAGR ASP ⬛
- ▪ Stable MS at ⬛,



### EEMEAC

- ▪ Double-digit market growth in Top 5 geographies, including Canada ⬛
- ▪ Stable share in key innovation countries
- ▪ ⬛



### Latam

- ▪ ⬛ Mkt growth with slow recovery in Brazil
- ▪ Maintain pricing strategy at expense of limited short-term share losses
- ▪ ⬛
- ▪ Low risk dossier submitted in Brazil

*Sales in $Millions

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243853

**Edwards Lifesciences**

# Agenda

|  | PRESENTER | TIME |
|---|---|---|
| **Executive Summary, US** | **Larry** | **9:15 – 9:35** |
| **EMEACLA** | **Annette** | **9:35 – 9:55** |
| **JAPAC** | **Dan** | **9:55 - 10:15** |
| **Global Expenses** | **Elaine** | **10:15 - 10:30** |
| **Key Takeaways** | **Larry** | **10:30 – 10:45** |

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243854

PX1003-036

# JAPAC



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243855

PX1003-037

**Edwards Lifesciences**

# JAPAC TAVR AOP



**Financials**          *Revenue $M*

287

45

103

Japan        Greater China        Asia Pacific

■ 2024 F  ■ 2025 P  — Strat Plan

**Executive Summary**

JAPAC 

▪ **Japan** ▅▅▅▅▅▅▅▅
– (▅▅) unfavorable to Strat Sales, (▅▅) unfavorable to Strat growth
– Out-pace market growth (▅▅) with share improvement (▅▅)

▪ **Greater China** ▅▅▅▅▅▅▅
– (▅▅) unfavorable to Strat, in-line with Strat growth
– Top 100 account expansion (from 50 to 63)

▪ **Asia Pacific,** ▅▅▅▅▅▅▅
– (▅▅) unfavorable to Strat, (▅▅) unfavorable to Strat growth
– Focus on driving commercial excellence & ▅▅▅▅▅▅▅

CONFIDENTIAL TREATMENT REQUESTED
EW-FTC-10243856

PX1003-038

**Edwards Lifesciences**

# Japan TAVR Revenue Trend



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243857

PX1003-039

**Edwards Lifesciences**

# Growth Drivers by Region



### Japan

- 287 (2024 F)
- ▪ ████████████
- ▪ Field team led in-system patient activation and IIS for on-label echo analysis
- ▪ Commercial Excellence and Med Affairs strategy



### Gr. China

- 45 (2024 F)
- ▪ ████████████
- ▪ Provincial and local expansion of reimbursement
- ▪ Expanding hospital listings from 60 to 83 while balancing cost containment



### APAC

- +$17M
- 103 (2024 F)
- ▪ Market growth of ███ share flat within sub-region
- ▪ ████████████
- ▪ Korea market environment expected to improve slowly, but not recover, through 2025

**Edwards Lifesciences**

# Agenda

|  | PRESENTER | TIME |
|---|---|---|
| **Executive Summary, US** | **Larry** | **9:15 – 9:35** |
| **EMEACLA** | **Annette** | **9:35 – 9:55** |
| **JAPAC** | **Dan** | **9:55 - 10:15** |
| **Global Expenses** | **Elaine** | **10:15 - 10:30** |
| **Key Takeaways** | **Larry** | **10:30 – 10:45** |

39

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243859

PX1003-041

**Edwards Lifesciences**

# Global Marketing Expense is ▮M or ▮% of ▮M Incremental Sales
## ▮% of Sales; ▮% YoY Increase
*($ in millions)*



| | 2023 Actuals | 2024 AOP Final | 2024 Oct Forecast | 2025 AOP |
|---|---|---|---|---|
| Total | $178 | $199 | $195 | |
| % of Sales | 5% | 5% | 5% | |

**Investing in Fortifying our Leadership & Transforming the Patient Pathway**

Incremental Sales includes $3M of AR

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243860

PX1003-042

**Edwards Lifesciences**

# Global NPD/Clinical Expense grows $11M or 4% of $306 Incremental Sales
## 8% of Sales; 3% Growth
*($ in millions)*



| | 2023 Actuals | 2024 AOP Final | 2024 Oct Forecast | |
|---|---|---|---|---|
| **Total** | **$303** | **$326** | **$339** | |
| **% of Sales** | **8%** | **8%** | **8%** | |



**Commentary**

❑ **Product Development: NPD –** ▇ **or** ▇
- Technical transfer of AR technology and next gen development
- ▇
- ▇
- ▇

❑ **Clinical Affairs – Active Trials (** ▇ **) or (** ▇ **); Follow Up (** ▇ **) or (** ▇ **)**
- ▇
- ▇
- ▇
- ▇
- Support enrollment and follow up activities for ▇ trials/registries

❑ **Medical Affairs (IIS) / Regulatory Affairs**
- Continue to enroll in Complete TAVR study
- Complete ▇
- Regulatory submissions

## Reprioritized Spending to Absorb New Technologies

Incremental Sales includes $3M of AR

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243861

PX1003-043

**Edwards Lifesciences**

# Clinical Trials and Highlights

| | | | 2023 | 2024 | | | 2025 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total TAVR | % Complete | Completion Date | FY | Q3 YTD | Q4 | FY | Q1 | Q2 | Q3 | Q4 | FY |
| Progress (Moderate AS) | 100% | Jan, 2024 | 496 | 84 | 0 | 84 | | | | | |
| Progress CAP | 5% | Upon Commercial approval | 0 | 74 | 72 | 146 | | | | | |
| Alliance (X4) | 100% | Q2 2024 (main cohort) | 277 | 458 | 13 | 471 | | | | | |
| Alliance (2.0) | 0% | ▮▮▮ | 0 | 0 | 0 | 0 | | | | | |
| ENCIRCLE * | 100% | Dec, 2023 (main cohort, MAC, Failed TEER) | 188 | 24 | 0 | 24 | | | | | |
| ENCIRCLE CAP | 0% | Upon Commercial approval | 2 | 110 | 30 | 140 | | | | | |
| JOURNEY Trial | 0% | Q4 2026 | 0 | 0 | 10 | 10 | | | | | |
| **TOTAL** | | | **963** | **750** | **125** | **875** | | | | | |

Evaluable Cohort**

**Highlights**


**Moderate AS Progress**

- Study size up to 750 patients; up to 80 sites
- Main cohort enrollment completed in Q1
- CAP enrollment continues


**X4 Alliance**

- Study size up to 915 patients; up to 65 sites
- Main cohort enrollment complete

**THE ENCIRCLE TRIAL**

- SAPIEN M3 trial main cohort enrollment complete
- CE Mark submission complete in December 2023
- Continuing to enroll in CAP


**JOURNEY**

- Study size up to 194 patients; up to 30 sites
- First patient enrolled in October 2024
- Enrollment thru Q4 2026

PX1003-044

**Edwards Lifesciences**

# Global Headcount Trend

| (FTE) | 2022 12/31 | 2023 12/31 | 2024 9/30 | 2024 Q4 TBH | 2024 12/31** | 2024 YoY Adds | 2024 Growth | 2025 12/31 | 2025 YoY Adds | 2025 Growth |
|---|---|---|---|---|---|---|---|---|---|---|
| S&M | 520 | 573 | 614 | 23 | 637 | 64 | 11.2% | | | |
| G&A | 44 | 45 | 49 | 2 | 51 | 6 | 13.3% | | | |
| R&D | 801 | 888 | 920 | (4) | 916 | 28 | 3.2% | | | |
| **US** | **1,365** | **1,506** | **1,583** | **21** | **1,604** | **98** | **6.5%** | | | |
| S&M | 325 | 427 | 419 | 14 | 433 | 6 | 1.4% | | | |
| **EMEACLA** | **325** | **427** | **419** | **14** | **433** | **6** | **1.4%** | | | |
| S&M | 279 | 288 | 308 | 22 | 330 | 42 | 14.6% | | | |
| R&D | 8 | 10 | 10 | (1) | 9 | (1) | (10.0%) | | | |
| **JAPAC** | **287** | **298** | **318** | **21** | **339** | **41** | **13.8%** | | | |
| **Global Employees** | **1,977** | **2,231** | **2,320** | **56** | **2,376** | **145** | **6.5%** | | | |
| Temp* | 6 | 7 | 4 | 1 | 5 | (1) | (28.6%) | | | |
| **Global Headcount** | **1,983** | **2,238** | **2,324** | **57** | **2,381** | **144** | **6.4%** | | | |

*Excludes SOW and consultants   ** Includes M3 resources (50 HC)

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243863

PX1003-045

# Agenda

|  | PRESENTER | TIME |
|---|---|---|
| **Executive Summary, US** | **Larry** | **9:15 – 9:35** |
| **EMEACLA** | **Annette** | **9:35 – 9:55** |
| **JAPAC** | **Dan** | **9:55 - 10:15** |
| **Global Expenses** | **Elaine** | **10:15 - 10:30** |
| **Key Takeaways** | **Larry** | **10:30 – 10:45** |

44

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243864

PX1003-046

**Edwards Lifesciences**

# Key Takeaways

**1**
- ████████████████████████████,
- building momentum leveraging EARLY TAVR, and
- ████████████ are key areas of focus

**2**
- OUS investment to stimulate growth and fortify leadership

**3**
- Developing AR portfolio for category leadership

45

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243865

PX1003-047



CONFIDENTIAL TREATMENT REQUESTED

# Appendix



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243867

PX1003-049

**Edwards Lifesciences**

# 8-Quarter P&L – Total TAVR (AS+AR)
*($ in millions at budget rates)*

| | 2024 Oct Forecast** | | | | | 2025 AOP | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | FY | Q1 | Q2 | Q3 | Q4 | FY | Growth |
| **Sales** | $1,009 | $1,046 | $1,027 | $1,030 | $4,112 | | | | | | |
| Cost of Sales | 133 | 136 | 136 | 139 | 544 | | | | | | |
| **Gross Profit** | $876 | $910 | $891 | $891 | $3,568 | | | | | | |
| SG&A | 124 | 133 | 134 | 154 | 544 | | | | | | |
| R&D | | | | | | | | | | | |
| **Total Operating Expenses** | 216 | 227 | 228 | 212 | 883 | | | | | | |
| **Management Contribution** | $660 | $683 | $663 | $644 | $2,684 | | | | | | |
| *Leverage** | | | | | 0.9 | | | | | | |
| **Growth** | | | | | | | | | | | |
| ADS Growth | 7.7% | 5.3% | 5.5% | 3.7% | 4.9% | | | | | | |
| Sales Growth | 6.6% | 5.7% | 7.1% | 4.4% | 5.9% | | | | | | |
| **% of Sales** | | | | | | | | | | | |
| Gross Profit | 86.8% | 87.0% | 86.8% | 86.5% | 86.8% | | | | | | |
| SG&A | 12.3% | 12.7% | 13.1% | 14.9% | 13.2% | | | | | | |
| R&D | | | | | | | | | | | |
| Total Operating Expenses | 21.4% | 21.7% | 22.2% | 20.6% | 21.5% | | | | | | |
| Management Contribution | 65.4% | 65.3% | 64.6% | 62.5% | 65.3% | | | | | | |

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243868

PX1003-050

Edwards Lifesciences

# P&L by Region – Global YoY growth ██%
*($ in millions)*

| | Global | | US | | Europe | | EEMEAC | | Latin America | | Japan | | Asia Pacific | | Greater China | | US | Global | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth | JCM | AS + JCM | AS + JCM Growth |
| Sales | | | | | | | | | | | | | | | | | | | |
| Cost of Sales | | | | | | | | | | | | | | | | | | | |
| Gross Profit | | | | | | | | | | | | | | | | | | | |
| SG&A | | | | | | | | | | | | | | | | | | | |
| R&D | | | | | | | | | | | | | | | | | | | |
| Total Operating Expenses | | | | | | | | | | | | | | | | | | | |
| Management Contribution | | | | | | | | | | | | | | | | | | | |
| Leverage* | | | | | | | | | | | | | | | | | | | |
| % of Sales | | | | | | | | | | | | | | | | | | | |
| Gross Profit | | | | | | | | | | | | | | | | | | | |
| SG&A | | | | | | | | | | | | | | | | | | | |
| R&D | | | | | | | | | | | | | | | | | | | |
| Total Operating Expenses | | | | | | | | | | | | | | | | | | | |
| Management Contribution | | | | | | | | | | | | | | | | | | | |

## Commentary

- **US:** █% of Global Sales; Invest in patient activation, expanding capacity, and fortify market leadership

- **EU:** █% of Global Sales; ████████████████████

- **JPN:** █% of Global Sales; Focusing on In-System patient activation to drive market growth/share

- **EEMEAC, LATAM, APAC:** Market Development, Expanding Capacity, and Fortifying Leadership

- **GC:** Continue site expansion and capitalizing on local reimbursement

* Leverage: Management Contribution Growth %/ Sales Growth %

49

EW-FTC-10243869

PX1003-051

**Edwards Lifesciences**

# OPEX Salary & Fringe Walk
*($ in millions at budget rates)*



*Includes AR

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243870

PX1003-052

**Edwards Lifesciences**

# Product Development
*($ in millions at budget rates)*

| Program | 2025 AOP | vs 2024 Forecast |
|---|---|---|
| **New Product Development** | | |
| Sapien X4 | | |
| Nexus | | |
| M3 | | |
| Alterra/PDS | | |
| Access/Sheaths | | |
| ISR R&D | | |
| AR - JC Medical | | |
| **Sustaining Product Development** | | |
| Quality | | |
| MFG R&D Draper | | |
| MFG R&D Irvine | | |
| R&D Support / PMO | | |
| AR MFG R&D Irvine | | |
| **Total** | | |

**Commentary**

- **New Product Development** ███
  - Next generation AR technology design freeze
  - X4 Enhance Valve technical readiness
  - ███████████████████████

- **Sustaining and R&D Support** ████
  - ████████████████████
  - Technical transfer of new AR technology
  - ████████████████████████

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243871

PX1003-053

**Edwards Lifesciences**

# Clinical Trials
*($ in millions at budget rates)*

| Clinical Trials | 2025 AOP | vs 2024 Forecast |
|---|---|---|
| **New Clinical Trials** | | |
| ALLIANCE (X4) | | |
| ALLIANCE 2.0 | | |
| PROGRESS (Moderate AS) | | |
| PROGRESS CAP | | |
| SAPIEN M3 (Pivotal ENCIRCLE) | | |
| COMPASSION S3 PAS | | |
| ALTERRA PAS | | |
| Investigator Initiated Studies | | |
| JOURNEY Pivotal Study | | |
| **Sustaining Clinical Trials** | | |
| Early TAVR | | |
| PARTNER 3 + CAP (Low Risk) | | |
| Healthcare Disparity | | |
| UNLOAD | | |
| P2, S3U US+EU, Alterra, COMPASSION S3 | | |
| J-Valve EFS | | |
| **Clinical, Medical, and Regulatory Affairs** | | |
| **Total** | | |

**Commentary**

- **Enrolling Trials (███)**
  - Progress in JOURNEY Pivotal Enrollment
  - Continue PROGRESS CAP trial enrollment
  - Continue ENCIRCLE CAP enrollment
  - Initiate ALLIANCE 2.0 trial

- **Long term Follow-up (███)**
  - Support enrollment and follow up activities for ███ trials/registries

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243872

PX1003-054



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10243873

PX1003-055

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1010

# Document Produced in Native

# TAVR Strat Plan Portfolio: Follow-Up Discussion

**Larry L Wood**
**June 20, 2024**



**Edwards Lifesciences**

# Executive Summary

- AR represents a strategic adjacency within our portfolio and l**everages our existing development capabilities, global customer relationships, and our service model** to more quickly and safely bring these devices to market at commercial scale

- Through this acquisition strategy, we have the opportunity to be **first to market with an AR therapy and shape and lead the category long-term**

- **We are here to advance the discussion around the following:**
  - Category Naming and implications
  - Operating model to deliver speed, enable rapid learning, and enhance our future integration capabilities
  - Talent insights and recommendations
  - Early look at financials

- **Of note: Diligence still in process and there remain multiple gaps in understanding**
  - June 28th: Diligence Readout to further inform key focus areas

CONFIDENTIAL

PX1010-003

**Edwards Lifesciences**



## Unmet Clinical Needs for Aortic Regurgitation Patients



US ssAR In-System TAM (65+ years old) of ~100k;
Ratio of Severe AR to Severe AS is ~20%

15% of trial patients under 65; alignment w/ TAVR guidelines

~118,000
Patients w/ severe symptomatic Aortic Regurgitation (ssAR)

40% - 60% patients ineligible due to comorbidities and / or anatomical exclusion

~100,000
Patients with ssAR who are 65+

40% - 60% patients are lower risk, likely to receive surgical treatment

~40,000 – 60,000
Eligible for transcatheter procedure

Implies a ▮▮▮ opportunity in the US

~16,000–24,000
Extreme & high-risk patients



Undertreatment of symptomatic severe AR[1]

Treatment within 1-year of diagnosis

☐ Treated with SAVR   ☐ Untreated

74%

26%

30%   ■ 80+ years
34%   ■ 65-79 years
39%   ■ <65 years

Diagnosed ssAR
Untreated

AR represents a strategic adjacency within our portfolio and leverages our existing development capabilities, global customer relationships, and our service model to more quickly and safely bring these devices to market at scale

1.  Thourani et al. Treatment Patterns, Disparities, and Management Strategies Impact Clinical Outcomes in Patients with Symptomatic Severe Aortic Regurgitation. Structural Heart. 2021.   **CONFIDENTIAL**   3

PX1010-004

Edwards Lifesciences

## Transcatheter Valve Replacement for Patients with AR: Category Development

### Transcatheter Aortic Valve Replacement

Transcatheter aortic valve replacement (TAVR - also known as TAVI or transcatheter aortic valve implantation) is a new technology for use in treating aortic stenosis. A bioprosthetic valve is inserted percutaneously using a catheter and implanted in the orifice of the native aortic valve.

CMS issued a Medicare National Coverage Determination on May 1, 2012 which allows coverage of TAVR under Coverage with Evidence Development (CED) with certain conditions. The complete determination is available on our website. As part of CED, we are identifying below the Medicare approved registry and Medicare approved clinical trials which have been reviewed and determined to meet the requirements of coverage.

Study Title: A Study to Assess Safety and Probable Benefit of the Transfemoral JenaValve Pericardial TAVR System in the Treatment of High Surgical Risk Patients with Symptomatic, Severe Aortic Regurgitation (AR)
Sponsor: JenaValve Technology, Inc.
Clinicaltrials.gov number: NCT04415047
Investigational Device Exemption (IDE) Number: G150035
CMS Approval Date: 02/16/2021



**AR Technologies Cited Under Existing TAVR NCD**

*Devices under investigation currently included on CMS website under TAVR*

**Category name differentiation has pros and cons which warrant a discussion**

**Edwards Lifesciences**

# Transcatheter Valve Replacement for Patients with AR: Category Development

- **Approach 1: Maintain base category name, but differentiate by disease:**

  – TAVR-AS

  – TAVR-AR

  *Market Access Considerations:*
  1. *NCD considerations*
  2. *SAVR precedent*
  3. *Payor benefits of extension of a proven therapy in a new application vs. perceived new therapy*

- **Approach 2: Establish new category name – options to consider below:**

  – PVAR: Percutaneous Valve for Aortic Regurgitation

  – PARVR: Percutaneous Aortic Regurgitation Valve Replacement

  – TRAR: Transcatheter Replacement for Aortic Regurgitation

  – ARTVR: Aortic Regurgitation Transcatheter Valve Replacement

  – TRVAR: Transcatheter Replacement for Valve with Aortic Regurgitation

5

PX1010-006

**Edwards Lifesciences**

## Acquisition of Both Dedicated AR Technologies Enables Edwards to Deliver a Strong Value Proposition to Patients

| Speed to Market | Potential for Long-Term Differentiation |
| --- | --- |

 **Project Jupiter (Trilogy)**

 **Project Dragon (J-Valve)**

**Value Proposition:**
- 1st dedicated AR product in US market (target Q4 2025)
- Compelling clinical evidence
- Large open cells for future coronary access

**Value Proposition:**
- 5 sizes to treat larger annuli (addressing patient anatomies not treatable by Jupiter)
- Bovine pericardium
- Low profile frame for future coronary access

**Clinical Experience:**
- ALIGN-AR pivotal IDE: N=180, 1-year follow-up, 20 US sites
- Approx. 500 total patients in PMA, CAP, and AS

**Clinical Experience:**
- EFS: N=15, 30-day follow-up, 5 US sites
- Compassionate use experience: N=█, 30-day follow-up, 3 US & 2 Canada sites

PX1010-007

**Edwards Lifesciences**

# Establishing Therapy Leadership Requires Speed to Market and a Strategy for Durable Leadership



**Establish AR Therapy and Create Sustainable Leadership**

Integrate and support existing commitments

Commercialize the therapy in the US

Utilize both technologies to drive innovation and long-term leadership

## Key Project Guiding Princines

**Speed to Market:**
- Bring Gen 1 Jupiter to US market ASAP
- *Acceptance that there will be a multi-year plan to transition to Edwards Quality Management System is critical to success*

**Rapid learning to inform Gen 2:**
- Decide whether or not to move forward with Dragon IDE

**Stabilize commercial platform:**
- Improve manufacturing & COGS

**Durable Leadership:**
- Deliver best Gen 2 dedicated AR system
- Design effective market development strategy

**Near Term** | **Mid-Term**

CONFIDENTIAL

7

PX1010-008

**Edwards Lifesciences**

## Key Priorities for AR Will Be Supported by Governance and Team Structure That Enables Speed



**Establish AR Therapy and Create Sustainable Leadership**

Integrate and support existing commitments

Commercialize the therapy in the US

Utilize both technologies to drive innovation and long-term leadership

**We are designing an operating model that will include a Heavy Weight team to lead AR exclusively made up of key talent within the BU**

- **Operations** *(Andrew Walls)*
- **R&D** *(Sean Chow)*
- **Clinical Affairs** *(Blessie Concepcion)*
- **Medical Affairs** *(Paolo Tartara)*
- **PMO** *(Aseem Mujtaba)*
- **Marketing** *(TBD)*
- *EU Commercial* *(TBD)*
- **Corporate & BU HR** *(Gina Codd & Donna Burton)*
- **Strategy** *(Meredith Zia)*
- **Regulatory** *(TBD)*



**We are also refining governance for key TAVR initiatives within our "Lead Therapy Growth" and "Fortify Leadership" strategies to ensure resources and focus remain properly allocated**

PX1010-009

**Edwards Lifesciences**

## Talent Integration Strategy



Between signing & close (Q3 2024), HR will partner with BU to evaluate talent and determine the integration plan

CONFIDENTIAL    9

PX1010-010

**Edwards Lifesciences**

## Project Jupiter Headcount by Function: Early Assumptions



**Executive Management**

**Research and Development (Valve)**

**Operations – Supply Chain**

**Quality and Regulatory**

**Operations**

**Clinical Affairs**

**Quality (US and UK)**

**Operations – United States (Delivery Systems)**

**Human Resources and Admin Services**

**Regulatory**

**Operations – United States (THV)**

**Finance**

**Product Development and R&D (DS)**

**Operations – United Kingdom (THV)**

**Sales/Marketing**

CONFIDENTIAL     10

PX1010-011

**Edwards Lifesciences**

## Preliminary Assessment of P&L with AR Integration (2024-2026)

### Dragon
**P&L ($M)**

| | 2024 Prof. for 12 months | 2H 2024 | 2025 | 2026 |
|---|---|---|---|---|
| Sales | - | 2 | 4 | - |
| Gross Profit | - | - | - | - |
| R&D Expense | | | | |
| SG&A Expense | 2 | - | - | - |
| Mgmt Contribution | (14) | (5) | (12) | (7) |

**Current Assumptions**
- Dragon IDE kick-off in 2H 2024
- ▮ R&D, ▮ FCS, ▮ consultants for ▮ yrs, ▮ FCS to support IDE
- 
- Additional DV testing cost not included

### Jupiter
**P&L ($M)**

| | 2024 Prof. for 12 months | Q4 2024 | 2025 | 2026 |
|---|---|---|---|---|
| Sales | 7 | 3 | 13 | 66 |
| Gross Profit | (4) | (1) | (3) | (11) |
| R&D Expense | | | | |
| SG&A Expense | 24 | 7 | 12 | 12 |
| Mgmt Contribution | (62) | (18) | (45) | (31) |

**Current Assumptions**
- Jupiter CAP in US and Commercial in EU from Q4 2024
- Utilizes Jupiter sales volume as is; clinical GP included in clinical expense
- 

| | 2024 Prof. for 12 months | 2H 2024 | 2025 | 2026 |
|---|---|---|---|---|
| Dragon & Jupiter total expenses | 72 | 22 | 54 | 50 |
| THV potential savings | | (6) | (14) | (15) |
| Delta | | (16) | (40) | (35) |

**Current Assumptions**
- Alterra Gen 2[1], LeaFlow[2] & Israel white space[3] projects are stopped
- Leverage Edwards expertise in R&D, operations, & sales/marketing - TBD



1. Pulmonary valve replacement device. 2. Leaflet modification device. 3. Early-stage exploration

11

PX1010-012

**Edwards Lifesciences**

## Key Next Steps

- **June 28th: Diligence Readout to inform key areas** (Jupiter is priority)
  - Device prep & design optimization needed prior to commercialization
  - Operations capacity & transfer plan
- **Post Public Announcement**
  - AR Physician engagement (clinical trial commitments, KOLs, key commercial physicians); see next slide
  - Internal communication
- **Between Jupiter Signing & Close**
  - Jupiter Talent assessment to determine who is critical to success
  - Integration planning

12

PX1010-013

Edwards Lifesciences

## AR Physicians to Engage with Post-Public Announcement



**Usage of both Jupiter & Dragon:**

- ▢▢▢▢▢▢▢▢
  - Jupiter: ▢ cases
  - Dragon: Compassionate-use & EFS; planned pivotal site
- ▢▢▢▢▢▢▢▢ )
  - Jupiter: ▢ cases
  - Dragon: Compassionate-use
- ▢▢▢▢▢▢▢▢
  - Jupiter: ▢ cases
  - Dragon: Compassionate-use & EFS; planned pivotal site

**Site overlap between Jupiter & Dragon[1]:**

**Jupiter—US top implanters[2]:**

1. Dragon JOURNEY pivotal planned site (top 25 unless noted)
2. ALIGN-AR & CAP to date (as of June 18, 2024)

PX1010-014



Helping Patients is Our Life's Work, and *life is now*

PX1010-015

**Edwards Lifesciences**

# Key Priorities for AR Will Be Supported by Governance and Team Structure That Enables Speed

**3** **Establish AR Therapy and Create Sustainable Leadership**

- Integrate and support existing commitments
- Commercialize the therapy in the US
- Utilize both technologies to drive innovation and long-term leadership

Leadership Steering Committee will guide strategy, investment allocation, and enable *speed of execution*



We are also refining governance for key TAVR initiatives within our "Lead Therapy Growth" and "Fortify Leadership" strategies to ensure resources and focus remain properly allocated

PX1010-016

**Edwards Lifesciences**

## Key Priorities for AR Will Be Supported by Governance and Team Structure That Enables Speed

**3** Establish AR Therapy and Create Sustainable Leadership

Integrate and support existing commitments

**2** Commercialize the therapy in the US

**3** Utilize both technologies to drive innovation and long-term leadership



PX1010-017

CONFIDENTIAL IN ITS ENTIRETY

PX-1011

Message
_____

**From:**      Pooja Sharma [Pooja_Sharma@Edwards.com]
**Sent:**      6/11/2024 2:41:45 AM
**To**:        Meredith Zia [Meredith_Zia@edwards.com]
**Subject**:   Fwd: TAVR Strat Plan Portfolio (Part 2)


**Pooja Sharma Rao**
Senior Vice President, Marketing and Strategy
Transcatheter Heart Valves
Edwards Lifesciences
One Edwards Way
Irvine, CA 92614

_____

**From:** Don Bobo <Don_Bobo@edwards.com>
**Sent:** Monday, June 3, 2024 12:50:52 PM
**To:** Larry Wood <Larry_Wood@edwards.com>; Bernard Zovighian <Bernard_Zovighian@edwards.com>; Scott Ullem
<Scott_Ullem@edwards.com>; Pooja Sharma <Pooja_Sharma@Edwards.com>; Elaine Farrell
<Elaine_Farrell@edwards.com>
**Subject:** Re: TAVR Strat Plan Portfolio (Part 2)

Thanks Larry,
We plan to provide both companies financials to Elaine this week as soon as CorpDev team has the latest
headcount and spending planned.

Don

Get Outlook for iOS

_____

**From:** Larry Wood <Larry_Wood@edwards.com>
**Sent:** Friday, May 31, 2024 2:37:55 PM
**To:** Don Bobo <Don_Bobo@edwards.com>; Bernard Zovighian <Bernard_Zovighian@edwards.com>; Scott Ullem
<Scott_Ullem@edwards.com>; Pooja Sharma <Pooja_Sharma@Edwards.com>; Elaine Farrell
<Elaine_Farrell@edwards.com>
**Subject:** RE: TAVR Strat Plan Portfolio (Part 2)

Here are preliminary answers.  We will not be precise until we can open the tent to more people and get specific about
action items.

AR – There is still a lot of work to be done regarding how the two platforms fit together.  One of the key issues is ▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

1.      The first priority would be to shore up the Jena platform and bring it to the US as quickly as possible.  This will
be a heavy operations and R&D lift.  The prep currently requires ▮▮▮▮▮▮ and is more complex than ▮▮▮.  We
believe the data is adequate for FDA approval so any modifications will need to ensure we do not invalidate the clinical
data.  While this will enable some commercial sales, we will be supply limited.

2.      Make the Jena valve manufacturable and reduce the prep and improve the margins.  ▮▮▮▮▮▮▮▮ and ▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

3.      Decide on what the true gen 2 product looks like. The JC valve has a head start because it has an expanded size mix but much less clinical experience and the delivery system is crude. The optimal device may be a combination of the two concepts, but this is the product that we would need a clinical trial targeted to ▇▇▇▇▇ patients (▇▇ patients.

We will not be able to absorb the everything into the current TAVR P&L, we will have to bring over R&D, clinical, and perhaps some operations people to transition both platforms. However, we will repurpose a significant number of current people. Because we are limited to a small group, it is directional at this point, but we can probably free up ▇▇▇ people (▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ There should also be some shared resources with increased bandwidth due to the M3 transfer.

Pulmonic – We will need a small team to continue ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

Don, Elaine does not have any of the financials on either company. Can someone bring her into the loop so we can start being quantitative?

Larry

Larry Wood
Corp. Vice President and Group President
Transcatheter Heart Valves and Surgical Structural Heart
Edwards Lifesciences

---

**From:** Greta Crook <Greta_Crook@edwards.com> **On Behalf Of** Don Bobo
**Sent:** Friday, May 31, 2024 1:41 PM
**To:** Larry Wood <Larry_Wood@edwards.com>; Bernard Zovighian <Bernard_Zovighian@edwards.com>; Scott Ullem <Scott_Ullem@edwards.com>; Pooja Sharma <Pooja_Sharma@Edwards.com>; Elaine Farrell <Elaine_Farrell@edwards.com>
**Cc:** Don Bobo <Don_Bobo@edwards.com>
**Subject:** TAVR Strat Plan Portfolio (Part 2)

Larry and team:

Thank you for the engagement throughout this year's Strat Plan process. We especially appreciate your work on the portfolio review process, which we know is a new ask this year.

After our meeting this week, we'd like you to return for a second portfolio discussion with Bernard, Scott, and me. For this discussion, we'd like you to focus on three topics: *(Nick will schedule a preliminary meeting to share what we've learned on their spending, headcount, timelines, etc.)*

•       **Aortic regurgitation:** Assuming acquisition of both technologies, how would we run each platform, what would be the strategic priorities, and how would you make room for AR in the TAVR P&L.
•       **Pulmonic:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ - we'd
like to understand what the impact of this strategy is on resources (people, spend).
•       **X4:** Review of the spending and decision points in the program. Is there a chance to free up resources for AR.

Invitations should be coming from Greta shortly.  Please let me know if you have any questions.

Thanks,
Don

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10749752

PX1013-003

---

Message

---

**From:**      Jeremy Bierman [Jeremy_Bierman@edwards.com]
**Sent:**       11/4/2024 1:05:50 AM
**To:**          Pooja Sharma [Pooja_Sharma@Edwards.com]
**Subject:**   [DRAFT] December Strategic Offsite Agenda

Hey Pooja,

Below are some initial thoughts on the agenda for the December strategic offsite. What is your reaction?

Thanks,
JB

| Topic | Strategic Focus/Questions | Lead |
|---|---|---|
| Financial Update | | Elaine/Laura E |
| KODs | Update on 2024 KODs<br><br>Review latest on 2025 KODs | JB |
| Patient Activation | What did we learn in 2024?<br>    ENACT update<br>    Biome update<br>    Other<br><br>What are our priorities for 2025?<br>    What is a practical/meaningful effort in Japan &<br>Europe?<br>    ████████████████████<br><br>    What focus should there be on a patient workflow<br>solution? | Kristen/Seth/JB<br><br><br><br>JeremyC/Greg/Kristen/<br>Seth/JB |
| X4 | ████████████████████<br><br>████████████████████ | Pooja/Laksen/Jaime<br><br>Pooja/Jaime |
| AR | Update on JV Anti-Trust Investigation & JC Clinical and<br>R&D Progress<br><br>If JV Acquisition Success - what is our commercial<br>strategy?<br><br>If JV Acquisition Fails - how do we accelerate JC<br>commercialization? | Finn/Jaime/Laksen<br><br><br>All |
| EARLY TAVR | How are the commercial teams leveraging the data to<br>date and what is the early feedback?<br><br>How does our strategy/tactics evolve with FDA/other<br>approval? | Pooja/Kristen/JeremyC/Greg |

| NCD | Update on latest timing & milestones | Seth |
|---|---|---|
| S3UR/Optima | ███████████████████████ ████████████████ | Pooja |
| Capacity | | |
| TAM Model Update | | |

**Jeremy Bierman**
Vice President, Global Strategy
Transcatheter Heart Valves
Edwards Lifesciences
One Edwards Way
Irvine, CA 92614
Cell: 949-322-9055
Jeremy_Bierman@edwards.com

CONFIDENTIAL TREATMENT REQUESTED