# PX1027 - PX1048
## (see exhibit stamps bottom right corner)

PX1027 (Pgs. 2-18)
PX1040 (Pg. 19)
PX1044 (Pg. 20)
PX1048 (Pgs. 21-63)

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1027

---

**Message**

---

| | |
|---|---|
| **From**: | Pooja Sharma [Pooja_Sharma@Edwards.com] |
| **Sent**: | 6/20/2024 6:51:01 PM |
| **To**: | Larry Wood [Larry_Wood@edwards.com] |
| **Subject**: | Deck for 2:45 PM today |
| **Attachments**: | TAVRStratFollowUp_AR_062024.pdf |

See attached. I will have detail behind the financials in case a question comes up.

The key items  expect time today will be spent on:

- **Category naming**: As discussed, there are market access (NCD in particular) implications to designing a brand new category name – if we did go in this direction, right now PVAR (Percutaneous valve for Aortic Regurgitation) is the front runner, but we can brainstorm more if necessary

- **Operating Model:** I believe our message will be well received, but if I step out of my bias for a moment, we will continue to be pushed on a refined operating model of the AS side of the business to prevent distraction, especially in the context of current Q2 growth

- **Expenses:** These are <u>best guess, directional</u> numbers –with the current assumptions from Dragon and Jupiter plus our approach to stop Alterra Gen 2, Leaflow, and Israel white space, the following is the delta that will require additional investment:

  o **2024**: ($16M); **2025**: ($40M); **2026**: ($35M)

- **Of note: Diligence still in process and there remain multiple gaps in understanding**

  o June 28th: Diligence Readout – there remains significant technical risks, more of which are uncovered every day

Thanks,
P

**Pooja Sharma Rao**
Senior Vice President, Marketing and Strategy
Transcatheter Heart Valves
Edwards Lifesciences
One Edwards Way
Irvine, CA 92614

CONFIDENTIAL TREATMENT REQUESTED

# TAVR Strat Plan Portfolio: Follow-Up Discussion

**Larry L Wood**
**June 20, 2024**



Edwards

CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# Executive Summary

- AR represents a strategic adjacency within our portfolio and l**everages our existing development capabilities, global customer relationships, and our service model** to more quickly and safely bring these devices to market at commercial scale

- Through this acquisition strategy, we have the opportunity to be **first to market with an AR therapy and shape and lead the category long-term**

- **We are here to advance the discussion around the following:**
  - Category Naming and implications
  - Operating model to deliver speed, enable rapid learning, and enhance our future integration capabilities
  - Talent insights and recommendations
  - Early look at financials

- **Of note: Diligence still in process and there remain multiple gaps in understanding**
  - June 28th: Diligence Readout to further inform key focus areas

CONFIDENTIAL

CONFIDENTIAL TREATMENT REQUESTED



**Edwards Lifesciences**

## Unmet Clinical Needs for Aortic Regurgitation Patients





AR represents a strategic adjacency within our portfolio and leverages our existing development capabilities, global customer relationships, and our service model to more quickly and safely bring these devices to market at scale

1.  Thourani et al. Treatment Patterns, Disparities, and Management Strategies Impact Clinical Outcomes in Patients with Symptomatic Severe Aortic Regurgitation. Structural Heart. 2021. **CONFIDENTIAL** 3

Edwards Lifesciences

# Transcatheter Valve Replacement for Patients with AR: Category Development

## Transcatheter Aortic Valve Replacement

Transcatheter aortic valve replacement (TAVR - also known as TAVI or transcatheter aortic valve implantation) is a new technology for use in treating aortic stenosis. A bioprosthetic valve is inserted percutaneously using a catheter and implanted in the orifice of the native aortic valve.

CMS issued a Medicare National Coverage Determination on May 1, 2012 which allows coverage of TAVR under Coverage with Evidence Development (CED) with certain conditions. The complete determination is available on our website. As part of CED, we are identifying below the Medicare approved registry and Medicare approved clinical trials which have been reviewed and determined to meet the requirements of coverage.



**AR Technologies Cited Under Existing TAVR NCD**

*Devices under investigation currently included on CMS website under TAVR*

Study Title:  A Study to Assess Safety and Probable Benefit of the Transfemoral JenaValve Pericardial TAVR System in the Treatment of High Surgical Risk Patients with Symptomatic, Severe Aortic Regurgitation (AR)
Sponsor: JenaValve Technology, Inc.
Clinicaltrials.gov number: NCT04415047
Investigational Device Exemption (IDE) Number: G150035
CMS Approval Date: 02/16/2021

**Category name differentiation has pros and cons which warrant a discussion**

CONFIDENTIAL TREATMENT REQUESTED

**Edwards Lifesciences**

# Transcatheter Valve Replacement for Patients with AR: Category Development

- **Approach 1: Maintain base category name, but differentiate by disease:**

  – TAVR-AS

  – TAVR-AR

  *Market Access Considerations:*
  1. *NCD considerations*
  2. *SAVR precedent*
  3. *Payor benefits of extension of a proven therapy in a new application vs. perceived new therapy*

- **Approach 2: Establish new category name – options to consider below:**

  – PVAR: Percutaneous Valve for Aortic Regurgitation

  – PARVR: Percutaneous Aortic Regurgitation Valve Replacement

  – TRAR: Transcatheter Replacement for Aortic Regurgitation

  – ARTVR: Aortic Regurgitation Transcatheter Valve Replacement

  – TRVAR: Transcatheter Replacement for Valve with Aortic Regurgitation

5

CONFIDENTIAL TREATMENT REQUESTED

**Edwards Lifesciences**

*DRAFT*

## Acquisition of Both Dedicated AR Technologies Enables Edwards to Deliver a Strong Value Proposition to Patients

| Speed to Market | Potential for Long-Term Differentiation |
| --- | --- |



**Project Jupiter (Trilogy)**



**Project Dragon (J-Valve)**

**Value Proposition:**
- 1st dedicated AR product in US market (target Q4 2025)
- Compelling clinical evidence
- Large open cells for future coronary access

**Value Proposition:**
- 5 sizes to treat larger annuli (addressing patient anatomies not treatable by Jupiter)
- Bovine pericardium
- Low profile frame for future coronary access

**Clinical Experience:**
- ALIGN-AR pivotal IDE: N=180, 1-year follow-up, 20 US sites
- Approx. 500 total patients in PMA, CAP, and AS

**Clinical Experience:**
- EFS: N=15, 30-day follow-up, 5 US sites
- Compassionate use experience: N=27, 30-day follow-up, 3 US & 2 Canada sites

CONFIDENTIAL    6

Edwards Lifesciences

## Establishing Therapy Leadership Requires Speed to Market and a  Strategy for Durable Leadership

**Establish AR Therapy and Create Sustainable Leadership**



**Key Project Guiding Principes**

**(1)** Integrate and support existing commitments

**(2)** Commercialize the therapy in the US

**(3)** Utilize both technologies to drive innovation and long-term leadership

**> Speed to Market:**
- Bring Gen 1 Jupiter to US market ASAP
- *Acceptance that there will be a multi-year plan to transition to Edwards Quality Management System is critical to success*

**> Rapid learning to inform Gen 2:**
- Decide whether or not to move forward with Dragon IDE

**> Stabilize commercial platform:**
- Improve manufacturing & COGS

**> Durable Leadership:**
- Deliver best Gen 2 dedicated AR system
- Design effective market development strategy

**Near Term** **Mid-Term**

CONFIDENTIAL    7

CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# Key Priorities for AR Will Be Supported by Governance and Team Structure That Enables Speed

 Establish AR Therapy and Create Sustainable Leadership

**1** Integrate and support existing commitments

**2** Commercialize the therapy in the US

**3** Utilize both technologies to drive innovation and long-term leadership

We are designing an operating model that will include a Heavy Weight team to lead AR exclusively made up of key talent within the BU

- **Operations** (*Andrew Walls*)
- **R&D** (*Sean Chow*)
- **Clinical Affairs** (*Blessie Concepcion*)
- **Medical Affairs** (*Paolo Tartara*)
- **PMO** (*Aseem Mujtaba*)
- **Marketing** (*TBD*)
- *EU Commercial* (*TBD*)
- **Corporate & BU HR** (*Gina Codd & Donna Burton*)
- **Strategy** (*Meredith Zia*)
- **Regulatory** (*TBD*)



We are also refining governance for key TAVR initiatives within our "Lead Therapy Growth" and "Fortify Leadership" strategies to ensure resources and focus remain properly allocated

CONFIDENTIAL TREATMENT REQUESTED





**Edwards Lifesciences**

# Project Jupiter Headcount by Function: Early Assumptions

**Executive Management**

**Research and Development (Valve)**

**Operations – Supply Chain**

**Quality and Regulatory**

**Operations**

**Clinical Affairs**

**Quality (US and UK)**

**Operations – United States (Delivery Systems)**

**Human Resources and Admin Services**

**Regulatory**

**Operations – United States (THV)**

**Finance**

**Product Development and R&D (DS)**

**Operations – United Kingdom (THV)**

**Sales/Marketing**

CONFIDENTIAL     10

EW-FTC-10240666

PX1027-011

**Edwards Lifesciences**

# <u>Preliminary Assessment</u> of P&L with AR Integration (2024-2026)

**Dragon**
P&L ($M)

| | 2024 Prof. for 12 months | 2H 2024 | 2025 | 2026 |
|---|---|---|---|---|
| Sales | - | 2 | 4 | - |
| Gross Profit | - | - | - | - |
| R&D Expense | 12 | 5 | 12 | 7 |
| SG&A Expense | 2 | - | - | - |
| **Mgmt Contribution** | (14) | (5) | (12) | (7) |

**Current Assumptions**
- Dragon IDE kick-off in 2H 2024
- 3 R&D, 2 FCS, 2 consultants for 2.5 yrs, +3 FCS to support IDE
- Additional operations cost likely required (i.e. Manufacturing transfer to EW pilot @ ~$10M)
- Additional DV testing cost not included

**Jupiter**
P&L ($M)



| | 2024 Prof. for 12 months | Q4 2024 | 2025 | 2026 |
|---|---|---|---|---|
| Sales | | | | |
| Gross Profit | | | | |
| R&D Expense | | | | |
| SG&A Expense | | | | |
| **Mgmt Contribution** | | | | |

**Current Assumptions**
- Jupiter CAP in US and Commercial in EU from Q4 2024
- Utilizes Jupiter sales volume as is; clinical GP included in clinical expense
- Additional cost may be needed (i.e. increase capacity, build clean room, etc. @ ~$20M-$25M)

| | 2024 Prof. for 12 months | 2H 2024 | 2025 | 2026 |
|---|---|---|---|---|
| Dragon & Jupiter total expenses | | | | |
| THV potential savings | | | | |
| Delta | | | | |

**Current Assumptions**
- Alterra Gen 2[1], LeaFlow[2] & Israel white space[3] projects are stopped
- Leverage Edwards expertise in R&D, operations, & sales/marketing - TBD

1. Pulmonary valve replacement device. 2. Leaflet modification device. 3. Early-stage exploration

11

EW-FTC-10240667

PX1027-012

Edwards Lifesciences

# Key Next Steps

- **June 28th: Diligence Readout to inform key areas** (Jupiter is priority)
  - Device prep & design optimization needed prior to commercialization
  - Operations capacity & transfer plan
- **Post Public Announcement**
  - AR Physician engagement (clinical trial commitments, KOLs, key commercial physicians); see next slide
  - Internal communication
- **Between Jupiter Signing & Close**
  - Jupiter Talent assessment to determine who is critical to success
  - Integration planning

12

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10240668

PX1027-013

Edwards Lifesciences

# AR Physicians to Engage with Post-Public Announcement

**Usage of both Jupiter & Dragon:**
- **Santiago Garcia** / Dean Kereiakes (Christ Hospital)
  - Jupiter: █ cases
  - Dragon: Compassionate-use & EFS; planned pivotal site
- **Tiberio Frisoli** (Henry Ford)
  - Jupiter: █ cases
  - Dragon: Compassionate-use
- **Sachin Goel** (Houston Methodist)
  - Jupiter: █ cases
  - Dragon: Compassionate-use & EFS; planned pivotal site

**Site overlap between Jupiter & Dragon[1]:**

**Jupiter—US top implanters[2]:**



1. Dragon JOURNEY pivotal planned site (top 25 unless noted)
2. ALIGN-AR & CAP to date (as of June 18, 2024)

CONFIDENTIAL

15

EW-FTC-10240669

PX1027-014



Helping Patients is Our Life's Work, and *life is now*

14

CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

## Key Priorities for AR Will Be Supported by Governance and Team Structure That Enables Speed



**3** Establish AR Therapy and Create Sustainable Leadership

**1** Integrate and support existing commitments

**2** Commercialize the therapy in the US

**3** Utilize both technologies to drive innovation and long-term leadership

**Leadership Steering Committee will guide strategy, investment allocation, and enable *speed of execution***

We are also refining governance for key TAVR initiatives within our "Lead Therapy Growth" and "Fortify Leadership" strategies to ensure resources and focus remain properly allocated

CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# Key Priorities for AR Will Be Supported by Governance and Team Structure That Enables Speed



**3** Establish AR Therapy and Create Sustainable Leadership

**1** Integrate and support existing commitments

**2** Commercialize the therapy in the US

**3** Utilize both technologies to drive innovation and long-term leadership

CONFIDENTIAL TREATMENT REQUESTED



Message

**From**: Sean Zhang [Sean.Zhang@gmedtech.com]
**Sent**: 4/26/2024 6:34:00 AM
**To**: Mark Turco [mturco@jcmedicalinc.com]
**Subject**: Deal Structure Proposal

Mark,

I discussed the deal structure with Warren and Xiaobo today, and here is the deal we can get back to EW with:

1. Exclusivity Fee: [redacted]
2. Upfront: $110M
3. Royalty: 10 yrs after commercial launch instead of after closing, cap at $200M still. [redacted] and the [redacted] hurdle also remains unchanged to help with their calculations of present value
4. Equity: $50-60M, non-voting common shares (not preferred shares)

Key message to EW is that on item 1 to 3, we are doing our best to help them minimize the HSR risk and make it a simple deal. Especially given all the other options like manufacturing transfer and milestones can't be excluded from $119.5M. But they need to come in on the equity to help us out. Given Genesis equity is worth something, the amount should be higher than the gap of upfront we are expected to receive. Warren's expectation is between $50-60M. Do you think you can run this proposal through with Don on Friday before we put into the formal term-sheet markup?

We can discuss your morning time before or after the Wilson call.

Regards,
Sean

**Sean Zhang**
VP, Business Development & Corporate Strategy
sean.zhang@gmedtech.com
M. +86 166 2173 1785
22F, Building F1,
No.199 Longwen Rd, Shanghai

Genesis MedTech

**chatroom:**

## chat transcript

Chat description: Original chat name: ▮

| | |
|---|---|
| **Chat type** | IMessage/Sms |
| **Private chat** | no |
| **Transcript timezone** | (UTC) Coordinated Universal Time |
| **Transcript start** | 2024-07-25 01:15:11 |
| **Transcript end** | 2024-07-25 03:50:49 |

**Transcript participants** 4

**Initial participants** Don Bobo▮ ; Don Bobo▮ ; John Kilcone (▮ ); Don Bobo▮

| Timestamp | Sender | Recipients | | Message text |
|---|---|---|---|---|
| 2024-07-25 01:15:11 | John Kilcone ▮ ) | Don Bobo▮ ▮ Don Bobo▮ Don Bobo▮ ; John Kilcone | Don Can you share with me if JC is done or pending? Thanks John |
| 2024-07-25 03:49:04 | Don Bobo ▮ | Don Bobo▮ ; Don Bobo▮ Don Bobo▮ ; John Kilcone | Done |
| 2024-07-25 03:49:57 | John Kilcone ▮ | Don Bobo▮ ▮ Don Bobo▮ ; Don Bobo ( ▮ ; John Kilcone | No HSR review? |
| 2024-07-25 03:50:49 | Don Bobo ▮ | Don Bobo ( ▮ ); Don Bobo ( ▮ ; Don Bobo▮ ; John Kilcone | Nope below the threshold! Intentional |

| Nickname | Name | Surname | E-mail | Source PID | Type |
|---|---|---|---|---|---|
| | Don Bobo | | | | |
| | Don Bobo | | | | |
| | John Kilcone | | | | |
| | Don Bobo | | | | |

CONFIDENTIAL TREATMENT REQUESTED

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1048

---

Message

| | |
|---|---|
| **From:** | Mark Turco [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=19E77EC0AB5A40EA9B80A97D05E8D6F8-CEED4CA2-35] |
| **Sent:** | 2/26/2024 4:23:44 PM |
| **To:** | 'nina.goodheart@medtronic.com' [nina.goodheart@medtronic.com] |
| **Subject:** | J-Valve |
| **Attachments:** | JC Medical and J-Valve for Medtronic.pdf |

Hi Nina,

Hope you had a great weekend. Appreciate the time on Friday. Here is a deck you can obtain some info.

Please let me know what might work best for CRT and happy to walk through the technology, data etc. If we can get an NDA as well that would be appreciated.

Best,
Mark



**Mark A. Turco, MD, FACC**
CEO | JC Medical, Inc.
O: 650-477-2781 | C: +1 301.346.4374
A: 1580 Gilbreth Road, Burlingame, CA 94010
mturco@jcmedicalinc.com | www.j-valve.com

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. - If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

CONFIDENTIAL TREATMENT REQUESTED



Project Alps

Feb, 2024

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165341

PX1048-002

# Disclaimer

This document prepared by JC Medical Inc. is being provided to the addressed recipients for informational purposes only on a strictly confidential and non-reliance basis in connection with a potential transaction (the "Transaction") of JC Medical Inc. ("Target"). This document, the information contained in this document and any other information made available in connection with the potential Transaction are strictly confidential. Save as specifically authorized in writing by Target or as per the terms of the confidentiality undertaking executed prior to the date hereof, neither this document or the information contained herein may be disclosed, copied, reproduced or distributed, in whole or in part, to any other party. Target and the Sellers reserve the right in their sole and absolute discretion, at any time, with or without notice, to change the procedures for the potential Transaction in any respect or to terminate negotiations.

The sole purpose of this document is to provide background information to assist the addressed recipients in obtaining a general understanding of Target's business. This document is not intended to form the basis of any investment decision and should not be considered as a recommendation any person in relation to the Target or the Transaction. The information has not been independently verified by the Sellers, the Target, or any of their respective directors, officers, employees, agents or affiliates as to correctness or completeness and does not therefore purport to be correct or complete. This document does not constitute an audit, a due diligence or any similar review and should not be construed as such. The information provided herein should not be relied on for any purpose and should not in any way serve as a substitute for other enquiries and procedures that would (or should) otherwise be undertaken. In furnishing this document, neither Target, the Sellers nor any other person undertake any obligation to provide the recipient with access to any additional information or to update this document or to correct any inaccuracies herein.

No representation or warranty, expressed or implied, is or will be made and no responsibility or liability is or will be accepted by the Sellers, Target or by any of their respective directors, officers, employees, advisors, agents or affiliates with respect to the accuracy, sufficiency or completeness of this document or the information forming the basis of this document or for any errors, omissions or misstatements relating thereto. In particular, without limitation, no representation or warranty, expressed or implied, is or will be made as to the achievement or reasonableness of, and no reliance should be placed on, any projection, targets, estimates or forecasts and nothing in this document should be relied on as a promise or representation as to the future. No party shall have any right of action against the Sellers, Target, or any other person (including, for the avoidance of doubt, their respective employees, equity holders, directors, officers, contractors, advisors, members, affiliates, successors and agents) in relation to the accuracy or completeness of the information contained in this document or any other written or oral information made available to it in connection with the Target or its business.

Forward looking statements (including estimates, opinions or expectations about any future event) contained herein are based on a variety of estimates and assumptions by Target, including, among others, estimates of future operating results, the value of assets and market conditions at various times, and the timing and manner of various realization events. These estimates and assumptions are inherently uncertain and are subject to numerous business, industry, market, regulatory, geo-political, competitive and financial risks that are outside of Target's control. There can be no assurance that any such estimates and assumptions will prove accurate, and actual results may differ materially. The inclusion of any forward-looking statements herein should not be regarded as an indication that Target considers such forward looking statement to be a reliable prediction of future events and no forward-looking statement should be relied upon as such. In all cases where historical performance is presented, please note that past performance is not a reliable indicator of future results and should not be relied upon as the basis for making an investment decision.

Law or other regulation may restrict the distribution of this document in certain jurisdictions. Accordingly, recipients of this document should inform themselves about and observe all applicable legal and regulatory requirements. Neither the Sellers, Target, or any other person shall have any liability to any person in relation to the distribution or possession of this document or copies thereof in or from any jurisdiction where the distribution of such a document is prohibited or requires special authorization or any regulatory consent or approval. By accepting this document, the recipient has agreed, upon request, to return promptly all material received from the Target without retaining any copies.

This document does not constitute an offer to sell, a solicitation of an offer of the sale or purchase of securities or an invitation to purchase shares or securities of the Target in any jurisdiction and may not be relied upon in connection with the purchase or sale of any security. Securities of the Target shall not be offered or sold, in any jurisdiction in which such an offer, solicitation or sale would be unlawful. This document is directed only at persons who have the knowledge and experience in financial and business matters and the capability to conduct their own due diligence investigation and evaluation in connection with the Transaction, including, without limitation, those persons, (i) falling within Article 49(2)(a) to (d) ("high net worth companies, unincorporated associations etc.") of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended) or (ii) who have professional experience in matters relating to investments (all such persons together being referred to as "relevant persons").

This document is not intended to provide, and should not be relied upon for, investment, tax, legal or accounting advice and Target undertakes any obligation with respect to the recipient hereof. Any prospective purchaser interested in buying the Target is recommended to seek its own financial, legal and tax advice.



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165342

PX1048-003

# Table of Contents

Company Overview — 01

Investment Highlights — 02

Market and Business Overview — 03

Revenue Projection — 04

Appendix — 05

3 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



PX1048-004

# 01 COMPANY OVERVIEW

4 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED

# JC Medical Company Overview
## *Global company with a dedicated TAVR-AR solution*

| Global presence |
|---|

**Present in both USA and China**



**USA**
*R&D, Clinical, Operations Manufacturing (Future)*
**Team of ~20 with global IPs generated**

**China**
*Clinical, Manufacturing, Sales & Marketing*
**Team of >200**

| J-Valve™ Transapical (TA) : China Only |
|---|



| Indications | Commercially launched in China for AS & AR indications |
|---|---|
| Implants | **10,000+** by 2024 **250-300** valves implanted per month |

| J-Valve™ Transfemoral (TF) |
|---|

| US | EFS enrolment completed (N=15) FDA breakthrough device designation |
|---|---|
| US + Canada | 34 compassionate uses |
| China | Clinical trial enrolment completed (N=127) |

5 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



PX1048-006

# Key milestones
## *Robust global clinical and real-world data with proven commercial success*



**2018 & 2019**
J-Valve TF FIMs completed in both Canada and US

**2022**
JC Medical acquired 100% by Genesis

**2025**
J-Valve TF China approval

**2027**
J-Valve TF US approval

**2017**
J-Valve TA China NMPA Approval

**2021**
J-Valve TA 5-year follow-up results published

**2024**
• Accumulated J-Valve TA implantations to reach 10,000+

**2007**
JC Medical founded

**2023**
• J-Valve TF China clinical trial enrolment completed
• J-Valve TF US EFS trial completed

■ Regulatory
□ Business



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165346

PX1048-007

# 02 INVESTMENT HIGHLIGHTS

JC Medical

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165347

PX1048-008

# Investment highlights



**Large Market Potential
with Unmet Clinical Needs**



**Best-in-Class and Highly
Differentiated Technology Platform**



**Solid Clinical Evidence
with KOLs Endorsement**



**FDA Breakthrough Designation
and TAP Pilot Program Participant**



**Large IP Portfolio with
Global Protection**



**Experienced Team**



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165348

PX1048-009

# 03 MARKET AND BUSINESS OVERVIEW

JC Medical

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165349

PX1048-010

# Aortic Regurgitation – The 3rd most prevalent and lethal chronic valvular disease[1]

## Severe **undertreatment** of symptomatic severe AR



*Receive SAVR within 1 year of diagnosis*
*(N = 4,608)* [2]

## **High mortality** if left untreated or with non-dedicated devices[3]



(1)  Galusko V, Thornton G, Jozsa C, et al. Eur Heart J Qual Care Clin Outcomes. 2022;8(2):113-126

(2)  Thourani, V. H., Brennan, J. M., Edelman, J. J., et al. (2021). Structural Heart, 5(6), 608-618.

(3)  Siddique, S., Vora, A., & Gada, H. (2021). Transcatheter Approaches to Aortic Insufficiency. Structural Heart, 5(1), 55-64.



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165350

PX1048-011

# The Need for a Dedicated AR

**Complexities of transcatheter AR[1]**

1. No annular calcium
2. Large aortic annuli
3. Increased stroke volume
4. Dilated aortic root
5. THV embolization / malpositioning
6. Unpredictable positioning

*Only <5% AR pts suitable for TAVR are treated with off-label AS dedicated TAVR[2]*

**Off-label transcatheter AR have suboptimal outcomes and high complications[1]**

1. Low (~70%) device success
2. > 10% require a second THV[3]
3. 17% have paravalvular leak

(1)  Costanzo, P., Bamborough, P., Peterson, M., Deva, D. J., Ong, G., & Fam, N. (2022). Interventional Cardiology: Reviews, Research, Resources, 17.
(2)  Hira, R. S., Vemulapalli, S., et al. (2017). JAMA cardiology, 2(8), 846-854.; https://www.acc.org/Latest-in-Cardiology/Articles/2023/07/01/42/Cutting-Edge-Structural-Interventions-TAVR-For-Pure-Native-Aortic-Insufficiency
(3)  Fadi J. Sawaya et al. JACC Int 2017; Sunghan Yoon, Raj Makkar et al. JACC 2017.

JC Medical

CONFIDENTIAL TREATMENT REQUESTED                                   EW-FTC-10165351

PX1048-012

# AR: An Untapped Blue Ocean Market



## US AR Patient Size

| | |
|---|---|
| Total AR Population (≥ moderate) | 6.4M |
| Total AR Population (≥ moderate-to-severe, Grade 3) | 0.74M |
| Severe Symptomatic AR Population (Grade 4) | 0.56M |
| Referred ssAR Population | ~362K |

*For All Surgical Risk Profiles*

| 145K Inoperable & High Risk | 145K Intermediate Risk | 72K Low Risk |
|---|---|---|

**Assuming ASP of USD$30K**

↓

### $4.4B of USA Market Potential



### $8.8B of Near Term Global Market Potential

**$4.4B of USA Market Potential**  **+**  **$4.4B of OUS Market Potential**

*Assuming US:OUS market = 1:1*

### Mid-to-Long Term Upside

- ❑ **Indication Expansion:**
  - ✓ Intermediate surgical risk
  - ✓ Low surgical risk
- ❑ **Asymptomatic severe AR patients**
- ❑ **Moderate-to-severe AR patients**
- ❑ **Out-of-System severe AR patients** *(not referred or under diagnosed)*

(1) JACC March 8, 2022, Volume 79, Issue 9, suppl A
(2) JACC 2023, The Mortality Burden of Untreated Aortic Stenosis. Journal of the American College of Cardiology
(3) TVT2023: Clinical journey for patients with aortic regurgitation: A retrospective observational study from a multicenter database
(4) Physician and experts feedback

12 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute

 JC Medical

CONFIDENTIAL TREATMENT REQUESTED     EW-FTC-10165352

PX1048-013

# The Patient Journey of AR Patients in USA



Near term target patients    Mid term target patients    Long term target patients

**Presentation**    **Diagnosis**    **Treatment**

**Low referral rate for AR**
1. Patient refuse treatment
2. Lack of Physician awareness of AR
3. AR heart murmurs are hard to detect
4. Lack of sites that offer treatment

1  GPs

Symptomatic AR Patients

*Patients not referred*

Referred patients

2  **Cardiac Surgeons**

2  **Cardiologist**
- Echocardiogram *(gold standard)*
- Stress test
- Left heart catheterization
- Echo

**Under diagnosis for AR**
1. Complexity of assessment for AR
2. Low adoption for cMR in the assessment for AR
3. Current guidelines cannot keep up

~0.56M ssAR patients

65% referred to Heart Team

3  **Heart Team Discussion**
- Age
- Co-morbidities
- Anatomic features

36K (Inoperable)

109K (High risk)

**145K (Inoperable & High risk)**
*Currently only ~4K Off-label TAVR performed annually*

145K (Intermediate risk)

72K (Low risk)

*Currently only ~17K SAVR-AR performed annually*

*AR Patients*

*Asymptomatic AR Patients*

~195K ssAR patients not referred for intervention

~362K **Diagnosed ssAR patients referred for intervention**

*Medical Futile Group, some of them may be treated by TAVR-AR*

**Current Low Treatment Rate of < 15%**
1. Awareness (both physician & patients)
2. No dedicated TAVR-AR, risks of off-label transcatheter therapy
3. Inability to treat patients at an earlier time period and difficulty with diagnosis

JC Medical

CONFIDENTIAL TREATMENT REQUESTED    EW-FTC-10165353

PX1048-014

# **J-Valve**: A closer look





CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165354

PX1048-015




# **J-Valve** delivery system



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165355

PX1048-016

# J-Valve™ Bioprosthesis
## *Designed for pure AR*



16 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute

JC Medical

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165356

PX1048-017

# Designed for pure AR
## J-Valve™ Transfemoral Delivery Device





CONFIDENTIAL TREATMENT REQUESTED

# J-Valve™ TF Deployment Steps



**01**

Unsheath Anchor Rings



**02**

Expand anchor rings into sinuses



**03**

Position and deploy the valve



**04**

Disengage anchor rings from control lines to release the valve

18 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



PX1048-019

# J-Valve™ TF is 1 of the 2 forerunners to bring a commercial transcatheter device to the USA market



| R&D | Early Feasibility Study | Pivotal | Commercialisation |
|-----|-------------------------|---------|-------------------|

**JC Medical** — A Genesis MedTech Company

**J-Valve™ TF**
JCM EFS
15 Patients
Feb'24 Primary Endpoint

**JENAVALVE**

**The Trilogy Valve** [1]
ALIGN-AR
180 Patients
Aug'23 Primary Endpoint

**LAGUNA TECH** USA

**ALPHA SE TAVR** [2]
Laguna FIH
2 Patients

**LAGUNA TECH** USA

**ZETA BE TAVR** [3]
Laguna FIH
5 Patients *
+ No. of AS/AR patients not known

\* Other companies in early stage development: Straits Access Technologies [4], Cuspa Medical [5]

(1) https://classic.clinicaltrials.gov/ct2/show/NCT04415047
(2) https://cardiovascularnews.com/laguna-tech-alpha-and-zeta-valves-first-in-man/; Laguna Tech USA Begins FIH Trial of Alpha TAVR System - Cardiac Interventions Today (citoday.com)
(3) https://citoday.com/news/laguna-tech-reports-on-zeta-tavr-systems-fih-feasibility-trial
(4) Appa, H., Park, K., Bezuidenhout, D., van Breda, B., et al. (2022). Frontiers in Cardiovascular Medicine, 9, 791949.
(5) https://cuspamedical.com/pre-clinical-trials/



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165359

PX1048-020

# J-Valve™ TF unique features are the best-in-class proprietary design for AR

 

J-Valve™ (JC Medical)



The Trilogy Valve (Jenavalve)[1]

| | J-Valve™ (JC Medical) | The Trilogy Valve (Jenavalve)[1] |
|---|---|---|
| **Size Matrix** | ✓ 5 sizes (up to 34mm) | ✖ Only 3 sizes (26, 28, 30mm) |
| **Anatomy Coverage** | | ✖ Limited to:<br>Max. annular perimeter of 85mm<br>Aortic annulus angle ≤ 70° |
| **Ease of Use** | | ✖ Cumbersome positioning and deployment |
| **Anchor Ring Mechanism** | | ✖ V-shaped locators "float" within sinus, possible risks of migration and puncture |
| **No Coronary Obstruction** | | ✓ ~36mm valve height with large open cells |

(1)   Jenavalve Product Brochure (Accessed from https://jenavalve.com/wp-content/uploads/Jenavalve_Trilogy_Brochure.pdf); https://www.summit-tctap.com/2023/TCTAP2023_Factoid_TAVR.pdf; Jenavalve TVT 2023 Presentation by Dr Matti Adam; Interviews with Physician sponsored by Company

20 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



# J-Valve's Wide Size Matrix

## Jena Valve Trilogy THV



J-Valve™

1. **Low profile:** ████████████████
2. Total 5 sizes: Treat **perimeters** ███ - ████



| Valve Size | Height (mm) | Annulus Diameter (mm) | Annulus Perimeter (mm) |
|---|---|---|---|
| 22 mm | | | |
| 25 mm | | | |
| 28 mm | | | |
| 31 mm | | | |
| 34 mm | | | |

*LOW SCREEN FAILURE*

| Valve Size | Height (mm) | Annulus Diameter (mm) | Annulus Perimeter (mm) |
|---|---|---|---|
| Trilogy-THV-S | 31.3 | 21 – 23.6 | 66 – 74 |
| Trilogy-THV-M | 33.7 | 22.6 – 25.2 | 71 – 79 |
| Trilogy-THV-L | 35.7 | 24.2 – 27 | 76 – 85 |

*40% SCREEN FAILURE [1]*
Due to anatomical reasons

(1) *Jenavalve Product Brochure (Accessed from https://jenavalve.com/wp-content/uploads/Jenavalve_Trilogy_Brochure.pdf); ALIGN-AR Trial: Initial Outcomes of the JenaValve Trilogy Transcatheter Aortic Valve Replacement in High Risk Patients With Symptomatic Severe Native Aortic Regurgitation – Presentation presented by Dr Vinod Thourani at TCT 2023*



CONFIDENTIAL TREATMENT REQUESTED

# Future Applications J-Valve™ TF : Valve-in-Valve



| Size (mm) | A (mm) | B (mm) | C (mm) | D (mm) | E (±0.5mm) |
|---|---|---|---|---|---|
| 22 | | | | | |
| 25 | | | | | |
| 28 | | | | | |
| 31 | | | | | |
| 34 | | | | | |

(1)  Arévalos, V., Spione, F., Vela, P., et al. Coronary obstruction following transcatheter aortic valve replacement. Risk evaluation and preventive strategies.
(2)  Hensey, M., Sellers, S., Sathananthan, J., et al. (2020). Bioprosthetic valve leaflet displacement during valve-in-valve intervention: an ex vivo bench study. Cardiovascular Interventions, 13(6), 667-678.

22 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



PX1048-023

# Robust clinical evidence sets the stage for upcoming market launch of J-Valve$^{TM}$ TF in both USA and China

### 49 AR implants thus far; 20 patients with <u>at least 1-yr</u> follow-up

- No residual AR ≥ moderate at 1-yr
  - 100% NYHA Class I/II at 1-yr

**34 Successful Compassionate Use Cases**

**Completed EFS enrolment of 15 AR patients***

*\* Late-breaking results to be presented at CRT 2024*



**Estimated FDA Approval by 2027**

### 127 AR implants thus far 29 patients with <u>at least 1-yr</u> follow-up *

*\* Primary endpoint in Q3 2024*

**Completed clinical trial of 127 AR patients**

**Estimated NMPA Approval by 2025**

23 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165363

PX1048-024

# Promising clinical results of J-Valve™ TF
## *34 successful compassionate use cases across Five North America centers*

Data available for 27 patients,
N = 20 at 1-year follow-up[1],



| 83% procedural success* | 97% survival at 30-days | 90% survival at 1-yr |
|---|---|---|

Good and sustained valve efficacy @ 1-yr
- 6% residual AR ≥ moderate
- Mean gradients < 10mmHg
- EOA > 2.0cm$^2$
- 100% NYHA Class I/ II

*\* 100% success for last consecutive 15 cases with later generation delivery device*

### Canada Special Access
1st implantation in 2018
Total 12 cases thus far



### USA Compassionate Use
1st implantation in 2019
Total 22 cases thus far
1st in-the-world implantation in LVAD patient[2]







(1) Garcia S, et al, *Transcatheter Treatment of Native Aortic Valve Regurgitation: The North American Experience with a Novel Device*, JACC: Cardiovascular Interventions (2023).
(2) https://www.hmpgloballearningnetwork.com/site/cathlab/news/christ-hospital-heart-vascular-institute-successfully-implants-first-world-j

24 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165364

PX1048-025

FOCUS ON AORTIC REGURGITATION AND TRANSCATHETER AORTIC VALVE REPLACEMENT

NEW RESEARCH PAPER: STRUCTURAL

# Transcatheter Treatment of Native Aortic Valve Regurgitation

## The North American Experience With a Novel Device

Santiago Garcia, MD,[a] Jian Ye, MD,[b] John Webb, MD,[b] Michael Reardon, MD,[c] Neal Kleiman, MD,[c] Sachin Goel, MD,[c] Taha Hatab, MD,[c] Neil Fam, MD,[d] Mark Peterson, MD,[d] Samantha Liauw, MD,[d] Tiberio M. Frisoli, MD,[e] Hanad Bashir, MD,[a] Debra Paige, RN,[a] Darlene Rock, RN,[a] Christian Schmidt, MS,[a] James G. Jollis, MD,[a] Dean J. Kereiakes, MD[a]

J A C C : CARDIOVASCULAR INTERVENTIONS VOL. 16, NO. 16, 2023

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165365

PX1048-026

# J-Valve™ TF
## With completion of EFS marching towards Pivotal May 2024



✓ Bench Validation    ✓ Preclinical Validation    ✓ Compassionate Use    ✓ **EFS**    **Pivotal**    **Commercial**

> **EFS: Assess safety and effectiveness of the J-Valve TF System in patients with symptomatic severe native aortic regurgitation who are judged by a multidisciplinary heart team to be high-risk for open SAVR**

| | |
|---|---|
| **Study Design** | Prospective, Multi-Center, Single-Arm |
| **Indication** | Symptomatic Severe AR w/ High Surgical Risk |
| **Sample Size** | N = 15; Enrolment completed Jan 2024 with planned enrolment up to 25 subjects * |
| **Primary Endpoint** | All-case death OR disabling stroke at 30 days |
| **Regions** | Up to 10 centers in the United States and/or Canada |

### Participating Sites (PI)

1. The Christ Hospital (Dr. Santiago Garcia)
2. HonorHealth (Dr. David Rizik)
3. Cardiovascular Institute of the South (Dr. Peter Fail)
4. MedStar Washington Hospital (Dr. Ron Waksman)
5. Swedish Health Services (Dr. Sameer Gafoor)

## * Results to be shared at CRT LBCT March 10, 2024



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165366

PX1048-027

# J-Valve™ TF EFS Trial Steering Committee Members

### Principal Investigators

#### National PIs



**Michael Reardon, MD**
Houston Methodist Hospital
Houston, TX



**Dean J Kereiakes, MD**
The Christ Hospital
Cincinnati, OH

### ARO Representative



**David J. Cohen, MD**
Cardiovascular Research
Foundation
New York, NY

### Core Lab

#### Echocardiography



**Becky Hahn, MD**
Cardiovascular Research
Foundation
New York, NY

#### Site PIs



**Sachin Goel, MD**
Houston Methodist Hospital
Houston, TX



**Santiago Garcia, MD**
The Christ Hospital
Cincinnati, OH



**Ron Waksman, MD**
MedStar Washington
Hospital Center
Washington, DC



**Azeem Latib, MD**
Montefiore Health System
New York, NY

#### CT / CMR



**João Cavalcante, MD**
Minneapolis Heart Institute
Minneapolis, MN

JC Medical

CONFIDENTIAL TREATMENT REQUESTED

PX1048-028

# JOURNEY Pivotal Trial Overview
## *J-Valve to treat aortic regurgitation via transcatheter therapy*

| | |
|---|---|
| **Population** | Patients with symptomatic, ≥ grade 3 (grade 3: moderate-to-severe or grade 4: severe) native AR and AR-dominant mixed aortic valve disease who are judged by a multi-disciplinary heart team to be at high risk for open surgical aortic valve replacement. |
| **Scope** | 160 subjects at up to 25 sites in the United States and Canada (maximum of 5 in Canada) |
| **Primary Efficacy Endpoint** | All-cause mortality at 1-year |

**Primary Safety Endpoint**

Composite of early-safety outcomes at 30 days:
- All-cause death;
- All stroke;
- VARC-3 type 2-4 bleeding;
- Major vascular, access-related, or cardiac structural complication;
- Acute kidney injury (AKI) stage 3 or 4;
- New permanent pacemaker due to procedure-related conduction abnormalities;
- Surgery or intervention related to the device.

**\*Active TAP interactions and nearing agreement with FDA for Pivotal IDE submission late April 2024**

28 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED

PX1048-029

# Upcoming Pivotal Study Leadership

**———— Co-Principal Investigators ————**     **———— Study Chair Persons ————**     **——— Study Director ———**







**Tsuyoshi Kaneko, MD**
Chair, Cardiac Surgery Section
Washington University in St. Louis
St. Louis, MO

**Santiago Garcia, MD, FSCAI, FACC**
Harold C. Schott Foundation
Endowed Chair for Structural
and Valvular Heart Disease
Director, Structural Heart
Program
The Christ Hospital and The
Carl and Edyth Lindner Center
for Research and Education
Cincinnati, OH

**Michael Reardon, MD**
Professor of Cardiothoracic
Surgery
Allison Family Distinguished Chair
of Cardiovascular Research
Houston Methodist Hospital
Houston, TX

**Dean J Kereiakes, MD, FACC, MSCAI**
Chairman, The Christ Hospital
Heart & Vascular Institute
Medical Director, The Christ
Hospital Research Institute
Professor of Clinical Medicine,
The Ohio State University
Cincinnati, OH

**David J. Cohen, MD, MSc**
Director of Clinical and Outcomes
Research, Cardiovascular
Research Foundation
Director of Academic Affairs, St.
Francis Hospital and Heart Center
New York, NY

29 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED     EW-FTC-10165369

PX1048-030

# The US Pivotal Study is expected to commence Q2 2024



JC Medical

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165370

PX1048-031

# More clinical evidence to be generated following the completion of J-Valve™ TF Pivotal Study in China Q3 2023



**Leading PI: Zhongshan Hospital**

| Study Design | Prospective, Multi-Center, Single-Arm |
|---|---|
| Indication | Pure AR (AR concomant mild or moderate AS) |
| Sample Size | Cohort A (Pure AR, N = 127) |
| Primary Endpoint | All-cause mortality at 1 year |
| Regions | Total 18 centers in China |

| Baseline Characteristics | N = 127* |
|---|---|
| Age, median (SD) | 73.9 ± 6.0 |
| Male, n (%) | 82 (64.6) |
| STS Score, mean (SD), % | 6.15 ± 4.1 |
| Atrial fibrillation, n (%) | 19 (15) |
| Prior PCI, n (%) | 6 (4.7) |
| Prior CABG, n (%) | 1 (0.7) |
| Carotid artery stenosis, n (%) | 14 (11) |
| Prior stroke, n (%) | 10 (7.9) |
| COPD, n (%) | 35 (27.6) |
| Diabetes, n (%) | 12 (9.4) |
| Aortic Valve Regurgitation<br>  Pure AR<br>  AR concomant mild or moderate AS | 115 (90.6%)<br>12 (9.4%) |
| NYHA Class, n (%)<br>  I<br>  II<br>  III<br>  IV | <br>0 (0)<br>29 (22.8)<br>55 (43.3)<br>43 (33.9) |
| Previous prosthesis implantation, n (%) | 0 (0) |

*\* 29 patients with at least 1-year follow up results*



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165371

PX1048-032

# Manufacturing Transfer planned to serve North American and Global Markets



**Potential Valve Manufacturing Transfer & Setup in USA**
*(Ongoing evaluation and discussions with potential OEMs)*

*Experienced OEM Commercial Partner with 20+ years of manufacturing, quality and FDA audit experience*

32 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



PX1048-033

# Seasoned Industry Veterans driving J-Valve™ TF to market
## *- Over 30 years of experience on average individually*

 



**Mark A. Turco, MD**
**CEO, JC Medical**
Medtronic & Covidien



**Brandon Walsh**
**Co-Founder &**
**R&D Lead**
JC Med & AorTx Inc.



**Frederick Serrahsu**
**Sr Director**
**Manufacturing**
Benvenue Med. & BSX



**Brian Grigsby**
**Sr Director**
**Quality Assurance**
Endologix & Admedes



**Sheri Halverson**
**Sr Director**
**Clinical Affairs**
CSI & Philips



**Amy E. Simone**
**Sr Director**
**Medical Affairs**
Emory Uni. Hospital &
Piedmont Heart
Institute



**Liisa Larson**
**Head**
**Operations**
CardioNow & AorTx Inc.



**Chris Sloan**
**Consultant**
**Regulatory**
Previous
experience with
FDA



CONFIDENTIAL TREATMENT REQUESTED                                    EW-FTC-10165373

PX1048-034

# J-Valve™ TF Future Product Expansion

## 1 Aortic Portfolio Expansion


Building a comprehensive TAVR Package – J-sheath in development


Indication Expansion: AR patients with different risk levels, Bicuspid, LVAD [1], Mixed AS/AR, Aortic Valve-in-Valve


Gen II J-Valve™ System in the pipeline with improved delivery device and next generation implant

## 2 Global Expansion (ex-China)



(1)  Garcia, S., Dowling, R., Chung, E., et al. (2023). Journal of the Society for Cardiovascular Angiography & Interventions.



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165374

PX1048-035

# 04 REVENUE PROJECTIONS



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165375

PX1048-036

# Sizable revenue with outstanding growth for J-Valve TF

✓ US J-Valve TF revenue is to reach **USD1.2Bn** in 2035 with CAGR at 62% due to increasing penetration, market share ramp up and indication expansion.

**2027-2035 Projected Revenue of J-valve TF in the US**



| | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E | 2033E | 2034E | 2035E |
|---|---|---|---|---|---|---|---|---|---|
| Revenue | $24M | $68M | $$149M | $269M | $442M | $617M | $803M | $975M | $1,163M |
| **Penetration*:** | 1.5% | 2.5% | 3.9% | 5.4% | 7.1% | 8.9% | 10.6% | 12.3% | 14.0% |
| **% Market Share:** | 15% | 25% | 35% | 45% | 55% | 60% | 65% | 68% | 70% |

+62%

**Key Growth Drivers**

✓ Expansion to different surgical risk level patients
✓ Improving awareness of AR among physicians and patients
✓ Higher diagnosis rate
✓ Earlier treatment in disease phase

\* Blended penetration in referred ssAR patients for all surgical profile
\*\* Projection is based on bull case

■ US Revenue

36 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute

JC Medical

EW-FTC-10165376

PX1048-037

# 05 APPENDIX

37 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED                                         EW-FTC-10165377

PX1048-038

# J-Valve™ TF Compassionate Use Clinical Outcomes: Snapshot

|  | 30-days (N = 31) *All pts, regardless of treatment* | 30-days (N=27) *Successful J-Valve alive at discharge* * | 30-days to 1-year (N=20) |
|---|---|---|---|
| **Death, n (%)** | 1 (3) | 0 (0) | 2 (10) |
| **Stroke, n (%)** excluding in-hospital | 0 (0) | 0 (0) | 0 (0) |
| **New pacemaker, n (%)** | 2 (7) | 2 (7) | 1 (5) |
| **NYHA FC I-II** | 86% | 85% | 100% |
| **AR ≥ Moderate, n (%)** | 1 (4) | 1 (4) | 1 (6) |
| **Mean Gradient (mmHg)** | 6.7 (4, 10) | 7 (4, 10) | 8.9 ± 3.9 |
| **EOA (cm²)** | 2.2 ± 0.6 | 2.2 ± 0.6 | 2.2 ± 0.8 |

*\* 3 patients excluded: 1 in-hospital mortality, 2 conversions to surgery*

Sources: *Internal Databases*





38 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute

# J-Valve™ TF valve efficacy evident from improved ejection fraction in patients post-implant

- 15 patients with ssAR who were not surgical candidates or excluded from the ALIGN-AR trial
  - Treated at a single center (The Christ Hospital, Cincinnati, OH)
  - Mean age of 75.1 years
  - 46.7% being male
  - 93% NYHA class III/IV
  - 100% grade 3 or 4 AR

- Post-procedure:
  - No or trivial residual AR
  - 14/15 patients survived 30-days

**1-year LVEF improved to 52.6 ± 14.9**

| | Baseline | 1 month (n = 14) | 1 year (n = 5) |
|---|---|---|---|
| LVEF, mean ± SD | 41.9 ± 17.1 | 45.6 ± 14.6 * | 52.6 ± 14.9 * |
| RWT, mean ± SD | 0.39 ± 0.09 | 0.42 ± 014 | 0.35 ± 0.07 |
| LVMI, mean ± SD | 110.4 ± 23.8 | 102 ± 17.2 | 100.0 ± 26.1* |

*Bashir, H., Palmer, C., Schmidt, C., et al. (2024). A Single Center Compassionate Use Study. Journal of Cardiac Failure, 30(1), 131.*



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165379

PX1048-040

# J-Valve™ TF : Valve efficacy evident with improved LV Geometry in patient's post-implant

- At 1 month: notable reductions in concentric hypertrophy (p=0.045) and a corresponding increase in normal LV geometry (p=0.045).

- At 1-year: **statistically significant increase in the prevalence of normal LV geometry** (p=0.043), and a **significant decrease in concentric hypertrophy** (p=0.043).



*Bashir, H., Palmer, C., Schmidt, C., et al. (2024). A Single Center Compassionate Use Study. Journal of Cardiac Failure, 30(1), 131.*



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165380

PX1048-041

# Market Adoption of AR: The China Experience

✓ **AR treatment volume is growing at a CAGR of 59%, faster than AS at 43% in China**



TAVR Procedure Volume in China with Indication Split

[1]JC Medical China Market Intelligence

41 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute

JC Medical

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165381

PX1048-042



Thank You

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10165382

PX1048-043