# PX1065 - PX1066
## (see exhibit stamps bottom right corner)

PX1065 (Pgs. 2-59)
PX1066 (Pg. 60-104)

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1065

## Message

**From:** James Zhou [James.Zhou@gmedtech.com]
**Sent:** 6/21/2024 9:44:43 AM
**To:** Mark Turco [mturco@jcmedicalinc.com]
**CC:** Liz Huang [LizHuang@gmedtech.com]; Sean Zhang [Sean.Zhang@gmedtech.com]
**Subject:** RE: Project Dragon | Follow Up Questions
**Attachments:** 00_Market & revenue.xlsx; 01_brennan-et-al-2022-contemporary-prevalence-of-valvular-heart-disease-diagnostic-variability-across-centers.pdf; 02_TVT_egnite 2023 presentation_AR.pdf; 03_Cavalcante - Aortic Regurgitation - October 2023.pdf

Hi Mark,

Please find attached the market and revenue model to address Irma's questions on two pages below in BP. Relevant papers have been attached to facilitate their review.

Relevant assumptions and source are well illustrated in column U.

For Alps' reference, the funnel chart is based on 2029 numbers in the model.





Let us know if you have any questions.

Thanks & Regards,
James

---

**From:** Mark Turco <mturco@jcmedicalinc.com>
**Sent:** Friday, June 21, 2024 2:15 AM
**To:** Liz Huang <LizHuang@gmedtech.com>; James Zhou <James.Zhou@gmedtech.com>
**Cc:** Sean Zhang <Sean.Zhang@gmedtech.com>
**Subject:** FW: Project Dragon | Follow Up Questions

Liz-

1-5 has been answered and returned to EW.

Please let me know when you have the info re the Market model

 **Mark A. Turco, MD**
CEO | JC Medical, Inc.
O: 650-477-2781 | C: +1 301.346.4374
A: 1580 Gilbreth Road, Burlingame, CA 94010
mturco@jcmedicalinc.com | www.j-valve.com

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. - If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

---

**From:** Irma Darmali <Irma_Darmali@edwards.com>
**Sent:** Thursday, June 20, 2024 12:38 AM
**To:** Mark Turco <mturco@jcmedicalinc.com>
**Cc:** Nick Olson <Nick_Olson@edwards.com>; Sean Zhang <Sean.Zhang@gmedtech.com>; Liz Huang <LizHuang@gmedtech.com>
**Subject:** RE: Project Dragon | Follow Up Questions

Mark / Liz / Sean,

Thank you for sending all the responses earlier today. We have a couple more follow up requests from a number of functions. With our diligence readout scheduled for next Friday, we're coming towards the end and I believe everyone's finalizing their findings.

Ops / Quality
1.      Where in the quality system procedures do we identify how to document regulatory assessment of device changes? I did not identify this aspect in SOP0401 (Document Control) – is it in a different procedure?
2.      Additional procedure requests:
a.      CAPA – SOP 1801
b.      Nonconformance – SOP1701
3.      Could you provide a list of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮? (▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮)
4.      Could you let us know if you have uploaded any process validation testing methods to the dataroom? If so, would you mind sharing the index location?
5.      Have you considered ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?

Meredith sent across the screenshot below. Would you happen to have an excel model with data sources behind the numbers? If not, the data source is likely the priority. We're looking to compare with our own internal assessments.

EW-FTC-10870927
PX1065-002



Thank you so much!
Irma

---

**From:** Mark Turco <mturco@jcmedicalinc.com>
**Sent:** Wednesday, June 19, 2024 2:44 PM
**To:** Irma Darmali <Irma_Darmali@edwards.com>
**Cc:** Nick Olson <Nick_Olson@edwards.com>; Sean Zhang <Sean.Zhang@gmedtech.com>
**Subject:** RE: Project Dragon | Follow Up Questions

**EXTERNAL EMAIL - Use caution opening attachments and links**

Irma,

Here is the response to the first bullet:

• **We note that shelf life would be updated to ████ by October 2024; can you let us know the status of this progress and do you see any risks that could delay the efforts?**

- The delivery system performance has already been completed to ████. The delivery system packaging system is the only thing left test after accelerated aging (AA). The packaging builds have been and are out for sterilization. We expect those to go into chamber for AA in early July, for results in early October 2024. This is AA and barrier integrity/peak strength testing only. Per FDA feedback we are not compounding challenging climatic and distribution conditioning on top of accelerated aging, so we believe the risk in this testing to be low allowing to achieve the extended shelf life.

**Current shelf life for both DS and valve is ████?**

- Yes, currently both the DS and Valve are at ████. However, the Valve now has completed AWT real time aging to over ████. The shelf-life extension for the valve to ████ is expected to go into the **FDA as a 5-day notice within the month**. The Delivery System referenced above will be submitted **October 2024**.

I'm having the team pull up a few sites contract and budgets from our EFS. Once I get them, I will send along. Clinical research can't be done in any region without the approved contracts and budgets, so our contracting has that info.

I will send along the site and doc info

Thanks,
Mark



**Mark A. Turco, MD**
CEO | JC Medical, Inc.
O: 650-477-2781 | C: +1 301.346.4374
A: 1580 Gilbreth Road, Burlingame, CA 94010
mturco@jcmedicalinc.com | www.j-valve.com

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. - If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

**From:** Irma Darmali <Irma_Darmali@edwards.com>
**Sent:** Wednesday, June 19, 2024 3:53 PM
**To:** Mark Turco <mturco@jcmedicalinc.com>
**Cc:** Nick Olson <Nick_Olson@edwards.com>
**Subject:** Project Dragon | Follow Up Questions

Mark,

The team sent across a few follow up or confirmatory questions below.

-    We note that the shelf life would be updated to ▮▮▮▮ by October 2024; can you let us know the status of this progress and do you see any risks that could delay the efforts?
o    Current shelf life for both DS and valve is ▮▮▮▮?
-    Could you provide color on the operators that have had experience with the platform?
o    Physician name and hospital
o    # of cases they have done to-date
o    US / Canada focus
-    What is your typical cost per case and are there clinical contracts that specify these costs?

Let us know if any questions need further granularity.

Thank you,
Irma

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply and delete the message. To the extent contractual confidentiality obligations exist, this message and all information transmitted with it are designated "Confidential".

EW-FTC-10870929
PX1065-004

**Document Produced in Native**

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870930
PX1065-005



1723
JACC March 8, 2022
Volume 79, Issue 9, suppl A



## CONTEMPORARY PREVALENCE OF VALVULAR HEART DISEASE & DIAGNOSTIC VARIABILITY ACROSS CENTERS

Poster Contributions
For exact presentation time, refer to the online ACC.22 Program Planner at https://www.abstractsonline.com/pp8/#!/10461

Session Title: Valvular Heart Disease Flatboard Poster Selections: Population Science
Abstract Category: 48. Valvular Heart Disease: Population Science

Authors: J. Matthew Brennan, Maddie Petrescu, Patrick M. McCarthy, Soundos Moualla, Hunter Nance, Glenn Barnhart, Evelio Rodriguez, James D. Thomas, Duke University School of Medicine, Durham, NC, USA, Northwestern Medicine, Chicago, IL, USA

**Background:** Valvular heart disease (VHD) is progressive and deadly, requiring timely diagnosis for optimal outcomes. Contemporary prevalence data are needed to better understand the impact of this disease.

**Methods:** 929,386 echoes on 714,368 patients from 35 community and academic cardiology programs (1/2016 - 9/2021), were used to determine the prevalence of Aortic Stenosis (AS), Aortic Regurgitation (AR), Mitral Stenosis (MS), Mitral Regurgitation (MR), and Tricuspid Regurgitation (TR). VHD severity was derived from echo reports using a verified natural language processing algorithm (100% accuracy demonstrated on a sample of 3000 reports).

**Results:** This cohort included a wide range of patients receiving an echo with a median age of 68 (SD 16.11) and 51% female. The prevalence of significant VHD (moderate or greater) increased with age (figure) and was more common among women than men (p < .0001). The VHD prevalence rates were as follows: TR (7.09%), MR (6.54%), AS (4.13%), AR (2.33%), and MS (0.54%). Mixed VHD (moderate or greater) increased with age and was observed in 4.19% of patients; MR/TR had the highest rate of mixed disease (2.61%). Severe MR was more commonly observed at centers with available transcatheter edge-to-edge repair therapies vs centers not offering these therapies (1.22% vs 0.8%, p < .0001).

**Conclusion:** Significant VHD is commonly encountered in practice, more commonly with advancing age, among women, and identified more frequently in centers offering percutaneous mitral therapies.



# Clinical journey for patients with aortic regurgitation: A retrospective observational study from a multicenter database

## Nicholas S. Amoroso, MD[1]

Rahul P. Sharma,[2] Philippe Généreux,[3] Duane S. Pinto,[4,5]
Michael Dobbles,[6] Vinod H. Thourani,[7] Linda D. Gillam[3]

[1]Medical University of South Carolina, Charleston, SC, USA
[2]Stanford University School of Medicine, Stanford, CA, USA
[3]Morristown Medical Center, Morristown, NJ, USA
[4]Beth Israel Deaconess Medical Center and Harvard Medical School, Boston, MA, USA
[5]JenaValve Technology, Inc., Irvine, CA, USA
[6]egnite, Inc., Aliso Viejo, CA, USA
[7]Marcus Valve Center, Piedmont Heart Institute, Atlanta, GA, USA



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870932

PX1065-007

# Disclosure of Relevant Financial Relationships

Within the prior 24 months, I have had relevant financial relationship(s) with the companies listed below.

| Nature of Financial Relationship | Ineligible Company |
|---|---|
| Consultant Fees/Honoraria/Speaker's Bureau | JenaValve Technology, Inc. |
| Consultant Fees/Honoraria/Speaker's Bureau | Abbott |
| Consultant Fees/Honoraria/Speaker's Bureau | Edwards Lifesciences |

**All relevant financial relationships have been mitigated.**
Faculty disclosure information can be found on the app.

Funding for this work was provided by JenaValve Technology, Inc.,
with analytical and editorial support from egnite, Inc.



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870933

PX1065-008

# Background

- Guidelines for management of AR suggest grading severity of disease using echocardiographic criteria[1,2]

- Contemporary data on evaluation rates, AVR rates, and untreated mortality for patients stratified by degree of AR severity are lacking

  - Prior literature to date has primarily focused on outcomes and/or treatment rates in moderate-to-severe and/or severe AR[2,3]



AR, aortic regurgitation; AVR, aortic valve replacement.
1. Otto CM, et al. *JACC*. 2021;77:e25-e197. 2. Nishimura RA, et al. *Circulation*. 2014;129:e521-e643. 3. Thourani VT, et al. *Structural Heart*. 2021;5:608-618.

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870934

PX1065-009

# Methods

- De-identified real-world dataset (Jan 2018-Mar 2023) of 1,002,853 patients >18 years of age from 25 US institutions participating in the egnite Database (egnite, Inc., Aliso Viejo, CA, USA) with appropriate permissions

- Outcomes: 2-year rates of evaluation by the Heart Team, rates of treatment with AVR, and mortality without AVR were assessed using Kaplan-Meier estimates (results compared via log-rank test)

  - Physicians were prespecified at the site level as members of the Heart Team



AVR, aortic valve replacement.

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870935

PX1065-010

# Results

- Of the 1,002,853 patients, 845,113 had documented AR severity and were included in the main study analyses

- Median (IQR) time from index to death or censor was 405 (112-808) days



AR, aortic regurgitation; IQR, interquartile range.

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870936

PX1065-011

# Demographics

| | No AR | Mild AR | Mild-to-moderate AR | Moderate AR | Moderate-to-severe AR | Severe AR |
|---|---|---|---|---|---|---|
| n | 505,117 | 286,036 | 27,224 | 21,142 | 3,035 | 2,559 |
| Age at index, mean (SD) | 62.5 (15.9) | 72.1 (13.0) | 75.4 (11.8) | 75.1 (12.3) | 71.2 (14.0) | 65.3 (15.7) |
| Sex, n (%) | | | | | | |
| Female | 266,553 (52.8) | 137,894 (48.2) | 13,557 (49.8) | 10,862 (51.4) | 1,381 (45.5) | 853 (33.3) |
| Male | 238,523 (47.2) | 148,128 (51.8) | 13,664 (50.2) | 10,276 (48.6) | 1,654 (54.5) | 1,706 (66.7) |
| Unknown/other | 41 (<0.1) | 14 (<0.1) | 3 (<0.1) | 4 (<0.1) | 0 | 0 |
| Reported race/ethnicity, n (%) | | | | | | |
| White | 389,793 (79.5) | 229,089 (82.2) | 21,956 (82.8) | 17,110 (83.4) | 2,381 (80.9) | 1,914 (78.1) |
| Black or African American | 44,432 (9.1) | 18,375 (6.6) | 1,473 (5.6) | 1,332 (6.5) | 248 (8.4) | 223 (9.1) |
| Asian | 12,577 (2.6) | 10,671 (3.8) | 1,178 (4.4) | 793 (3.9) | 97 (3.3) | 115 (4.7) |
| Hispanic | 3,194 (0.7) | 1,125 (0.4) | 97 (0.4) | 68 (0.3) | 16 (0.5) | 9 (0.4) |
| Multiracial/multiethnic | 2,698 (0.6) | 942 (0.3) | 89 (0.3) | 63 (0.3) | 12 (0.4) | 10 (0.4) |
| Hawaiian or Pacific Islander | 692 (0.1) | 482 (0.2) | 49 (0.2) | 30 (0.1) | 3 (0.1) | 8 (0.3) |
| Native American | 1,526 (0.3) | 636 (0.2) | 56 (0.2) | 41 (0.2) | 2 (0.1) | 5 (0.2) |
| Other | 395 (0.1) | 170 (0.1) | 22 (0.1) | 10 (<0.1) | 3 (0.1) | 1 (<0.1) |
| Unknown | 34,841 (7.1) | 17,186 (6.2) | 1,582 (6.0) | 1,072 (5.2) | 180 (6.1) | 166 (6.8) |



AR, aortic regurgitation; SD, standard deviation.

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870937

PX1065-012

# Baseline Clinical Characteristics

| | No AR | Mild AR | Mild-to-moderate AR | Moderate AR | Moderate-to-severe AR | Severe AR |
|---|---|---|---|---|---|---|
| n | 505,117 | 286,036 | 27,224 | 21,142 | 3,035 | 2,559 |
| Clinical history, n (%) | | | | | | |
| HFrEF | 57,013 (11.3) | 58,322 (20.4) | 6,370 (23.4) | 5,692 (26.9) | 979 (32.3) | 919 (35.9) |
| AF | 112,300 (22.2) | 104,765 (36.6) | 11,075 (40.7) | 8,853 (41.9) | 1,273 (41.9) | 1,037 (40.5) |
| Alzheimer's | 7,308 (1.4) | 7,841 (2.7) | 969 (3.6) | 777 (3.7) | 89 (2.9) | 36 (1.4) |
| Dementia | 2,633 (0.5) | 2,639 (0.9) | 353 (1.3) | 298 (1.4) | 44 (1.4) | 25 (1.0) |
| CAD | 190,315 (37.7) | 142,767 (49.9) | 14,495 (53.2) | 11,720 (55.4) | 1,724 (56.8) | 1,513 (59.1) |
| COPD | 80,187 (15.9) | 47,386 (16.6) | 4,953 (18.2) | 4,341 (20.5) | 686 (22.6) | 444 (17.4) |
| Diabetes | 154,979 (30.7) | 87,400 (30.6) | 7,064 (25.9) | 5,370 (25.4) | 721 (23.8) | 607 (23.7) |
| MI | 52,399 (10.4) | 37,905 (13.3) | 3,912 (14.4) | 3,261 (15.4) | 527 (17.4) | 442 (17.3) |
| Renal disease | 98,987 (19.6) | 83,207 (29.1) | 8,613 (31.6) | 7,284 (34.5) | 1,061 (35.0) | 943 (36.9) |
| Stroke | 62,100 (12.3) | 44,867 (15.7) | 4,625 (17.0) | 3,648 (17.3) | 499 (16.4) | 386 (15.1) |
| Measurements, mean (SD) | | | | | | |
| LVEF (of available) | 57.2 (10.0) | 54.7 (12.2) | 54.0 (12.4) | 53.0 (12.9) | 51.3 (13.4) | 50.8 (12.8) |
| LVESDi (of available) | 16.5 (12.7) | 17.6 (14.4) | 18.4 (11.4) | 19.2 (35.3) | 20.0 (11.8) | 20.5 (12.7) |



AF, atrial fibrillation; AR, aortic regurgitation; CAD, coronary artery disease; COPD, chronic obstructive pulmonary disease; HFrEF, heart failure with reduced ejection fraction; LVEF, left ventricular ejection fraction; LVESDi, left ventricular end-systolic dimension index; MI, myocardial infarction; SD, standard deviation.

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870938

PX1065-013

# Evaluation by the Heart Team



- Rates of evaluation by the Heart Team (95% CI) at 2 years appeared low for patients with moderate-to-severe or severe AR

  - 65.4% (63.3%-67.4%) for patients diagnosed with severe AR

  - 43.5% (41.7%-45.3%) for patients diagnosed with moderate-to-severe AR





AR, aortic regurgitation; CI, confidence interval.

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870939

PX1065-014

# Treatment With AVR

- Rates of AVR (95% CI) at 2 years also were low for patients with moderate-to-severe or severe AR

  - 46.5% (44.2%-48.8%) for patients diagnosed with severe AR

  - 19.4% (17.6%-21.1%) for patients diagnosed with moderate-to-severe AR





AR, aortic regurgitation; AVR, aortic valve replacement; CI, confidence interval.



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870940

PX1065-015

# Mortality Among Patients Not Treated With AVR

- Mortality for patients not treated with AVR increased with greater AR severity

- At 2 years, mortality (95% CI) was 20.7% (18.4%-23.0%) for patients with severe AR





AR, aortic regurgitation; AVR, aortic valve replacement; CI, confidence interval.

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870941

PX1065-016

# Stratified by LVESDi, Mortality Was Similar for Moderate and Severe AR

- Two-year mortality (95% CI) for untreated patients with an LVESDi $\leq 25$ mm/m$^2$:

  - 17.1% (16.2%-18.1%) in moderate AR
  - 22.9% (19.3%-26.3%) in severe AR

- For those with an LVESDi >25 mm/m$^2$:

  - 34.3% (29.2%-39.1%) in moderate AR
  - 37.2% (24.9%-47.5%) in severe AR





AR, aortic regurgitation; CI, confidence interval; LVESDi, left ventricular end-systolic dimension index.

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870942

PX1065-017

# Strengths and Limitations

- Strengths of the present study include:

  - The size, scope, recency, and generalizability of the dataset, which allows for further analyses of treatment patterns and effects

- Limitations of the present study include:

  - Possible variability in available data due to regional differences in access to care and/or variability between programs or interpreting physicians
  - Dataset only included patients who were selected for an echocardiogram and with a valid echocardiographic report



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870943

PX1065-018

# Conclusions

- Untreated patients with at least moderate AR may have poor clinical outcomes

    - Left ventricular dilatation (LVESDi >25 mm/m$^2$) appears associated with substantial mortality, even with AR graded as "moderate"
    - These data suggest that earlier referral and assessment by the Heart Team could be beneficial

- Despite the presence of clinically significant AR, patients are infrequently referred to the Heart Team

- Further studies are needed to determine the timing of intervention and the most optimal management of these patients



AR, aortic regurgitation; LVESDi, left ventricular end-systolic dimension index.

# THANK YOU

**Rahul P. Sharma**

**Philippe Généreux**

**Duane S. Pinto**

**Michael Dobbles**

**Vinod H. Thourani**

**Linda D. Gillam**

**JenaValve Team**

**Michelle Kwon and the egnite Team**



CONFIDENTIAL TREATMENT REQUESTED



# Aortic Regurgitation: New Observations on Severity Assessment
—
# Are the ACC/AHA/ESC Guidelines for Severe AR Too Specific?

**João L. Cavalcante MD, FACC, FASE, FSCCT, FSCMR**
Section Head, Cardiac Imaging
Director, Cardiac MRI and Structural CT Labs
Director, Cardiovascular Imaging Research Center and Core Lab
Joao.Cavalcante@allina.com / @JoaoLCavalcante

AllinaHealth ✿ MINNEAPOLIS HEART INSTITUTE



**Allina Health**
MINNEAPOLIS
HEART INSTITUTE



♡ MHIF
IMAGING
Cardiovascular Imaging
Research Center & Core Lab

CONFIDENTIAL TREATMENT REQUESTED

## Personal Disclosures:

-     Consultant (4C Medical, Abbott Structural, Anteris, Boston Scientific, Edwards Lifesciences, JC Medical, JenaValve, Medtronic, NovoNordisk, Shockwave)
-     Research Collaborations (Siemens Healthineers, Dr. Peter Kellman, NIH/NHLBI)
-     Research Grant: Abbott Structural, Abbott Northwestern Hospital Foundation Boston Scientific, Edwards Lifesciences, JenaValve

## Imaging Core Lab:

-     Institutional Contracts: Abbott, Boston Scientific, Edwards Lifesciences, Medtronic
-     Research Support: Circle CV Imaging, Medis, 3Mensio
-     Research Grants: Siemens Healthineers, Ziosoft





Allina Health ❋ MINNEAPOLIS HEART INSTITUTE

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870947

# Outline

- Understanding the Prevalence of AR
- Problems in the Correct Diagnosis and Outdated Guidelines → Undertreatment
- Results with current TAVR Devices
- Device Specific Needs
- Future Directions



**Allina Health ⚕ MINNEAPOLIS HEART INSTITUTE**

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870948

PX1065-023

# Outline

- Understanding the Prevalence of AR
- Problems in the Correct Diagnosis and Outdated Guidelines → Undertreatment
- Results with current TAVR Devices
- Device Specific Needs
- Future Directions



Allina Health ❀ MINNEAPOLIS HEART INSTITUTE

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870949

# How common is significant AR?

**OxVALVE (n=2500 ≥ 65 yrs)**

**Table 2   New diagnosis of valvular heart disease**

|  | None/trivial | Mild | Significant (moderate/severe) |
|---|---|---|---|
| Any VHD | 1231 (49.2%) | 1110 (44.4%) | 159 (6.4%) |
| **Left-sided VHD** | | | |
| Mitral regurgitation | 1948 (77.9%) | 494 (19.8%) | 58 (2.3%) #2 |
| Mitral stenosis | 2491 (99.6%) | 7 (0.3%) | 2 (0.1%) |
| Aortic regurgitation | 2118 (84.7%) | 341 (13.6%) | 41 (1.6%) #3 |
| Calcific aortic valve disease—AoScl and stenosis | 1617 (64.7%) | 866 (34.6%)[a] | 17 (0.7%) |

|  | None/Trivial/Mild | Significant (moderate/severe) |
|---|---|---|
| **Right-sided VHD** | | |
| Tricuspid regurgitation | 2433 (97.3%) | 67 (2.7%) #1 |
| Pulmonary regurgitation | 2493 (99.7%) | 7 (0.3%) |

Number of study participants (% of total cohort) with newly diagnosed VHD (there were no cases of tricuspid or pulmonary stenosis). VHD, valvular heart disease.
[a] Mild calcific aortic valve disease refers to the combined number with AoScl and mild aortic stenosis.     d'Arcy JL et al. Eur Heart J. 2016;37(47):3515-22.



Total cohort: 2500 (rectangle)

## Heart of New Ulm, MN (HONU Valve)

- Prospective, population cohort of 928 community volunteers without VHD, who received echocardiogram screening (02/2019 – 12/2021)
- Median age=74 yrs (IQR:64-79), 99% Caucasian
- Significant VHD present in 16% - predominantly regurgitant lesions

Gössl M et al. JACC Imaging 2023, ahead of print

**Allina Health ✣ MINNEAPOLIS HEART INSTITUTE**

**TABLE 1  Diagnosis of Valvular Heart Disease**

|  | None/Trivial | Mild | Significant |
|---|---|---|---|
| Any valvular heart disease | 606 (65.0) | 175 (19.0) | 147 (16.0) |
| Aortic stenosis | 892 (96.0) | 21 (2.3) | 15 (1.6) |
| Aortic regurgitation | 825 (89.0) | 61 (6.6) | 42 (4.5) |
| Mitral regurgitation | 744 (80.0) | 120 (13.0) | 64 (6.9) |
| Tricuspid regurgitation | 757 (82.0) | 104 (11.0) | 67 (7.2) |
| New diagnosis atrial fibrillation | 8 (1.3) | 2 (0.9) | 4 (4.4) |

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870950

PX1065-025

# The Evolving Epidemiology of Elderly with Degenerative Valvular Heart Disease: The Guangzhou (China) Heart Study

TABLE 1: Characteristics for the total cohort and the subgroup having DVHD.

| Variable | G1[¶] | G2 |
|---|---|---|
| Total population | 3538 | 2565 |
| Mean age | 72.0 ± 5.8 | 74.5 ± 5.6 |
| Male gender, $n$ (%) | 1348 (38.1) | 957 (37.3) |
| Female gender, $n$ (%) | 2190 (61.9) | 1608 (62.7) |
| Hypertension, $n$ (%) | 1788 (50.5) | 1502 (58.6) |
| Diabetes mellitus, $n$ (%) | 534 (15.1) | 463 (18.1) |
| Atrial fibrillation, $n$ (%) | 163 (4.6) | 138 (5.4) |
| Renal insufficiency, $n$ (%) | 1736 (49.1) | 1346 (52.5) |
| Current smoking, $n$ (%) | 822 (23.2) | 594 (23.2) |
| Serum creatinine level (mg/dL) | 2.16 ± 1.3 | 2.14 ± 1.0 |
| DVHD[†] population | 1355 (38.3) | 953 (37.2) |
| Mean age | 73.9 ± 6.2 | 76.1 ± 6.1 |
| Male gender, $n$ (%) | 549 (15.5) | 386 (15.0) |
| Female gender, $n$ (%) | 806 (22.8) | 567 (22.1) |
| DVHD classification | | |
| DAVC[‡], $n$ (%) | 1317 (37.2) | 926 (36.1) |
| DMVC[§], $n$ (%) | 289 (8.2) | 244 (9.5) |
| Mild aortic regurgitation, $n$ (%) | 1856 (52.5) | 1369 (53.3) |
| Moderate-severe aortic regurgitation, $n$ (%) | 531 (15.0) #1 | 411 (16.0) |
| Mild mitral regurgitation, $n$ (%) | 1867 (52.8) | 1352 (52.7) |
| Moderate-severe mitral regurgitation, $n$ (%) | 282 (8.0) #3 | 221 (8.6) |
| Mild tricuspid regurgitation, $n$ (%) | 1915 (54.1) | 1378 (53.7) |
| Moderate-severe tricuspid regurgitation, $n$ (%) | 470 (13.3) #2 | 366 (14.3) |
| Aortic stenosis, $n$ (%) | 39 (1.1) | 27 (1.1) |

Data are expressed as mean ± SD or as percentages. [†]Degenerative valvular heart disease; [‡]degenerative aortic valvular calcification; [§]degenerative mitral valvular calcification; [¶]Guangzhou Heart Study.

He S et al. Biomed Res Int. 2021 Apr 23;2021:9982569.



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870951

PX1065-026

# Outline

- Understanding the Prevalence of AR
- Problems in the Correct Diagnosis and Outdated Guidelines → Undertreatment
- Results with current TAVR Devices
- Device Specific Needs
- Future Directions

Allina Health ❀ MINNEAPOLIS HEART INSTITUTE

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870952



# Case Presentation

Allina Health ✦ MINNEAPOLIS HEART INSTITUTE

✓ Current presentation

- ◆ 79 y/o female retired psychologist and dance instructor
- ◆ Progressive exertional dyspnea over the last 6-12 months
- ◆ HF Hospitalization 3 months before
- ◆ NYHA III

✓ Medical history

- ◆ HTN
- ◆ Hodgkin's Lymphoma in 1986 s/p mantle radiation + splenectomy

✓ Patient workup

- ◆ BNP=2,456 pg/mL; GFR 61 ml/min/1.73m$^2$
- ◆ BP 150/65 mmHg, HR 67 bpm
- ◆ TTE (01/2021) – LVEF=55%, with normal LV size (LVEDd=4.9 cm, ESDi=2.2 cm/m2), Moderate AR (no quantification on report), no AR mechanism.

✓ Medical therapy

- ✓ ASA 81mg              Valsartan 20 mg BID
- ✓ Coreg 6.25mg BID
- ✓ Plavix 75 mg
- ✓ Lasix 20 mg PRN
- ✓ Crestor 10 mg



PCRLondonValves.com



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870953

PX1065-028

# 2D Transthoracic Echocardiogram

Allina Health ⚕ MINNEAPOLIS HEART INSTITUTE



| AR PISA | 3.02 cm² |
| AR Inst Flow Rate | 99.75 ml/s |
| AR EROA | 0.23 cm² |
| AR Volume | 36.6 ml |

PCRLondonValves.com

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870954

PX1065-029

## 2D Transthoracic Echocardiogram

Allina Health ❀ MINNEAPOLIS HEART INSTITUTE





PCRLondonValves.com



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870955

PX1065-030

# It's Not Easy to Get a Good Quantitative TTE for AR aka… When is Moderate, it doesn't mean it can't be Severe





Figure 25 Algorithm for the integration of multiple parameters of AR severity. Good-quality echocardiographic imaging and complete data acquisition are assumed. If imaging is technically difficult, consider TEE or CMR. AR severity may be indeterminate due to poor image quality, technical issues with data, internal inconsistency among echo findings, or discordance with clinical findings. *PHT*, Pressure half-time.

**Allina Health ❄ MINNEAPOLIS HEART INSTITUTE**

Zoghbi W et al. J Am Coll Cardiol Img 2019;12:1474–83

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870956



# Does Your Patient Have Moderate AR Because Parameters Weren't Measured, Unusable OR Because They Truly Have Moderate AR?



Kammerlander A et al. JACC Imaging 2019;12:1474–83

Allina Health ❄ **MINNEAPOLIS HEART INSTITUTE**

## Don't stop looking at "Moderate AR" on Echo

Taken together, data for the quantification of AR by CMR originated from a limited number of small studies. The present work is the first to investigate both HRF in the descending aorta and RegF for the quantification of AR and their prognostic impact in a large prospective cohort including a significant number of patients with severe AR. On the basis of CMR results, AR severity, as determined by TTE, was reclassified in a significant number of patients (**Figure 5**). These results are important because the exact quantification of AR by echocardiography is sophisticated and requires the investigator have extensive experience. Although the availability of

6.8% of ECHO Mild→ CMR Severe

45% of moderate to severe→ CMR Severe

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870957

# TEE – 03/2022

Allina Health ✿ **MINNEAPOLIS HEART INSTITUTE**



Vena contracta width=6 mm

◆As symptoms progressed and HF admission → TEE and CTA obtained



PCRLondonValves.com

EAPCI

CONFIDENTIAL TREATMENT REQUESTED

# TEE AR quantification

Allina Health ✦ MINNEAPOLIS HEART INSTITUTE



**AI P½t**
Vmax   317 cm/s
Slope  406 cm/s²
P½t    229 ms

**LVOT VTI**
Vmax    89.9 cm/s
Vmean   66.0 cm/s
Max PG   3 mmHg
Mean PG  2 mmHg
VTI     22.3 cm
AV VR    0.66
100mm/s  80 bpm

**AI VTI**
Vmax    303 cm/s
Vmean   235 cm/s
Max PG   37 mmHg
Mean PG  24 mmHg
VTI     104 cm
400mm/s  81bpm

**AI Radius**     0.8 cm
AI Alias Vel    33.5 cm/s
AI Flow Rate   134.7 ml/s
AI ERO         0.44 cm²
AI Volume       46 ml
AI Fraction     60 %
                80 bpm

PCRLondonValves.com

2022 PCR london valves    EAPCI

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870959

PX1065-034

# Cardiac CTA Anatomical Analysis

Allina Health ✿ MINNEAPOLIS HEART INSTITUTE





Right Femoral  8.5 x 9.2mm

PCRLondonValves.com

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870960

PX1065-035

# Functional Cardiac CTA Analysis

Allina Health ✿ MINNEAPOLIS HEART INSTITUTE



| Chamber Results | |
|---|---|
| ☑ Index ⓘ | LV |
| EF (%) | 32 |
| EDVI (ml/m²) | 132 |
| ESVI (ml/m²) | 89 |
| SVI (ml/m²) | 43 |
| CI (L/min/m²) | 3.7 |
| Less Results ⊗ | |

**Body**
| Heart Rate | 86 bpm |
|---|---|
| Body Surface Area | 1.6 m² |

**LV**
| Myocardial Mass | 165 g |
|---|---|
| Myocardial Index | 2.7 g/kg |
| Myocardial Volume | 156 ml |

Upper normal LVEDVi=92 ml/m²
Upper normal LVESVi=35 ml/m²

362.0 HU ± 76.6
35 mm²
Circ 27 mm

2022 PCR london valves

EAPCI

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870961

PX1065-036

# When to consider Surgery in Aortic Regurgitation?



Otto et al. Circulation 2021 Feb 2;143(5):e35-e71

**Allina Health ❊ MINNEAPOLIS HEART INSTITUTE**

Vahanian et al. EuroIntervention 2022;17:e1126-e1196.

©ESC/EACTS 2021

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870962

# Is There a Penalty for using the AR Guidelines Thresholds?



Mentias et al. JACC 2016;68(20):2144-2153



Yang LH et al. JACC 2019;73(14):1741-1752

**Allina Health ✤ MINNEAPOLIS HEART INSTITUTE**

CONFIDENTIAL TREATMENT REQUESTED

# Despite Clear Benefit and Class I Recommendation Only Few Patients are Referred for SAVR in AR

✓ Among patients with severe native AR, only 21.8% with LVEF 30–50% and 2.7% with LVEF <30% were referred for surgical aortic valvular replacement (SAVR)

✓ Advanced age and comorbidities were often given as reasons not to offer SAVR

✓ The annual mortality of untreated patients with severe AR can exceed 25%

✓ >2 fold increased risk of mortality in patients who failed to undergo surgery. (p <0.0001)

Allina Health ✤ MINNEAPOLIS HEART INSTITUTE



All Patients

LVEF < 35%

LVEF 35-50%

LVEF > 50%

Thourani et al. Structural Heart 2021:1–11. doi:10.1080/24748706.2021.1988779.

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870964

PX1065-039

# What do the Guidelines Say about CMR in AR?

- CMR is restricted to situations when Doppler-echocardiographic AR severity is equivocal and/or the quality of echo images is suboptimal.
  "…when needed, <u>CMR provides confidence</u> that AR is the cause of LV dilation or decrease in LVEF."

- "In asymptomatic patients, it is important to ensure that apparent changes in LV size or LVEF are not due simply to measurement or physiological variability."

  "<u>CMR provides accurate and reproducible measures</u> of regurgitant volume and regurgitant fraction in patients with AR, as well as assessment of aortic morphology, LV volume, and LV systolic function.

  Otto et al. Circulation 2021 Feb 2;143(5):e35-e71

Allina Health ✿ **MINNEAPOLIS HEART INSTITUTE**

CONFIDENTIAL TREATMENT REQUESTED                                                                          EW-FTC-10870965

PX1065-040

# CMR in Aortic Regurgitation

- Assess valve morphology
  - BAV/TAV
  - Restricted/Ca
- Aortopathy
  - Annulus
  - Sinus
  - S-T junction
  - Ascending Aorta
- AR severity
- LV remodeling



CONFIDENTIAL TREATMENT REQUESTED



PCRLondonValves.com



## LVESVi and Aortic Reg. Fraction by CMR Associate with Outcomes Better Than Echocardiography

Figure 2. Kaplan-Meier Estimates of Time to the Composite End Point (Death, Heart Failure, or Worsening Symptoms) in Asymptomatic Patients Receiving Medical Management









Table 3. Hazards Estimates for the Risk of Composite End Point (Death, Heart Failure, or Worsening Symptoms) in Asymptomatic or Minimally Symptomatic Patients Receiving Medical Management[a]

| Characteristic | HR (95% CI) | P value |
|---|---|---|
| LVESVi by CMR (per 1 mL/m²) | 1.01 (1.00-1.02) | .02 |
| LVESVi ≥45 mL/m² by CMR | 2.28 (1.30-4.00) | .004 |
| LVESDi by echocardiography (per 1 mm/m²) | 1.05 (1.00-1.09) | .05 |
| LVESDi ≥25 mm/m² by echocardiography | 1.49 (0.62-3.56) | .37 |
| LVESDi ≥20 mm/m² by echocardiography | 1.56 (0.89-2.74) | .12 |
| LVEF by CMR (per 1% unit) | 0.98 (0.96-0.996) | .02 |
| ARF ≥32% by CMR | 3.32 (1.67-6.59) | <.001 |
| ARF ≥32% by CMR adjusted for LVESVi ≥45 mL/m² | 3.18 (1.60-6.34) | <.001 |
| LVESVi ≥45 mL/m² by CMR adjusted for ARF ≥32% | 1.89 (1.01-3.56) | .04 |

Abbreviations: ARF, aortic regurgitant fraction; CMR, cardiac magnetic resonance; HR, hazard ratio; EF, ejection fraction; ESDi, end-systolic dimension index; ESVi, end-systolic volume index; LV, left ventricular.

[a] All hazards estimates were adjusted for age and EuroSCORE II.

Hashimoto et al. JAMA Cardiol. 2022 Sep 1;7(9):924-933.


2022 london valves

EAPCI
European Society of Cardiology

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870967

PX1065-042

# Poor Agreement between Echo vs. CMR AR Severity



Agreement: 48.7%; Kappa: 0.21; p<0.001

Malahjfi et al. JACC 2023 Mar 3;S0735-1097(23)04582-5.

| B. Models using continuous CMR variables | | |
|---|---|---|
| DBP (mmHg) | 0.98 (0.95, 1.00) | 0.049 |
| Euroscore II | 1.22 (1.11, 1.33) | <0.001 |
| Aortic regurgitant fraction (%) | 1.03 (1.00, 1.06) | 0.06 |
| Indexed LVESV (mL/m2) | 1.03 (1.02, 1.05) | <0.001 |



Allina Health ✿ **MINNEAPOLIS HEART INSTITUTE**

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870968

PX1065-043

# Poor Agreement between Echo vs. CMR AR Severity



FIGURE 5 Discrepancies in Grading of Aortic Regurgitation Between Echocardiography and Cardiovascular Magnetic Resonance Imaging

Quantification of aortic regurgitation: Echo versus CMR

Flow in the descending aorta may not be well assessable by TTE due to acoustic window limitation – not interpretable in 40% of patients



FIGURE 4 Bland-Altman Plot Demonstrates Good Agreement of Regurgitant Fractions Measured by 2 Independent Readers

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870969

# Outline

- Understanding the Prevalence of AR
- Problems in the Correct Diagnosis and Outdated Guidelines → Undertreatment
- **Results with current TAVR Devices**
- Device Specific Needs
- Future Directions



Allina Health ❀ **MINNEAPOLIS HEART INSTITUTE**

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870970

# Current TAVR Devices are not suitable for Aortic Regurgitation





Franzone A, et al. J Am Coll Cardiol Intv 2016;9:2308-17

Allina Health ❀ **MINNEAPOLIS HEART INSTITUTE**

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870971

PX1065-046



## Meta-analysis of 638 AR patients across 12 studies treated with TAVR

- **Device success – 84%**
- **Second valve required – 9%**
- **30-day mortality – 11%**
- **Moderate or severe AR – 14%**

Haddad A et al., Clinical Cardiology 2019;42:159-166

CONFIDENTIAL TREATMENT REQUESTED



# Outline

- Understanding the Prevalence of AR
- Problems in the Correct Diagnosis and Outdated Guidelines → Undertreatment
- Results with current TAVR Devices
- Device Specific Needs
- Future Directions



Allina Health ❦ **MINNEAPOLIS HEART INSTITUTE**

CONFIDENTIAL TREATMENT REQUESTED

# The ALIGN-AR Study

A Study to Assess Safety and Effectiveness of the JenaValve Trilogy™ Heart Valve System in the Treatment of High Surgical Risk Patients with Symptomatic, Severe Aortic Regurgitation (AR)

| | |
|---|---|
| **Study Design** | Prospective, Multi-Center, Single-Arm |
| **Indication** | Symptomatic Severe AR w/ High Surgical Risk |
| **Sample Size** | N = 180 [enrollment complete] |
| **Primary Endpoint** | All-Cause Mortality at 1 Year |
| **Additional 30-Day Evaluations** | All Stroke, Major Bleeding, AKI, Major Vascular Complications, PPMI, Total Aortic Regurgitation |
| **Regions** | United States |
| **Clinicaltrials.gov NCT** | #04415047 |

It took > 3 years to complete the study – most common reason for screen failure → <u>Non-Severe AR by Echocardiography</u>

Allina Health ❊ **MINNEAPOLIS HEART INSTITUTE**

Investigational Use Only – Not for Sale
US: CAUTION – Investigational Device. Limited by Federal (or United States) law to investigational use.

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870974

PX1065-049

# ALIGN AR
## 23 mm JenaValve™ Commissural Alignment – Release and Post-Aortogram













PCRLondonValves.com



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870975

PX1065-050







Post-TAVR LBBB → CRT-P
6 months post-TAVR follow-up just
completed → Back to NYHA class I





CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870976

PX1065-051

# J-Valve TF System by JC Medical

## J-Valve TF Bioprosthesis

Fabric
Leaflets
Anchor Ring
Interconnecting Suture
Latch (Attachment to Delivery Device (x3))
Stent Frame
Grip Feature (x6)

**5 Valve Sizes: 22, 25, 28, 31, 34mm**

## J-Valve TF Delivery Device

Safety Switches
Steering Knob
Nosecone Toggle Lock (unlocked)
Anchor Ring Release Knob
Nosecone/Valve Release Knob

**J-Valve Locating Feature**

Central Shaft
Anchor Ring Control Line (x3)
Anchor Ring of J-Valve Bioprostheis
Attachment Point
Nose Cone

**EFS launched in Q4 2023**

**J-Valve Anchor Ring conforms to the native sinuses**

Allina Health ❄ MINNEAPOLIS HEART INSTITUTE

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870977

PX1065-052

# Outline

- Understanding the Prevalence of AR
- Problems in the Correct Diagnosis and Outdated Guidelines → Undertreatment
- Results with current TAVR Devices
- Device Specific Needs
- **Future Directions**



Allina Health ✜ **MINNEAPOLIS HEART INSTITUTE**

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870978

PX1065-053

# LV dilation is a key finding in men but often absent in women with AR





Kammerlander et al. J Clin Med 2020;9(12):4100. doi: 10.3390/jcm9124100

Female sex remained significantly associated with higher risk for events, despite adjustment for age, LVEDV/BSA, and RegF on CMR (adj. HR 1.81 (95%CI 1.09–3.03), p=0.022).

Allina Health ✦ MINNEAPOLIS HEART INSTITUTE

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870979

PX1065-054

# Myocardial Fibrosis in Aortic Regurgitation







Malahfji et al. JAHA 2020 Dec;9(23):e018731.
doi: 10.1161/JAHA.120.018731.

- Myocardial scar present in 1/3 of patients (similar LVEDVi, but larger LVESVi and worse LVEF). No differences between sex.
- Both infarction and non-infarction pattern scar were associated with mortality in multivariable analysis (similar HR=2.20).

Allina Health ❧ MINNEAPOLIS HEART INSTITUTE

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870980



BSA=1.82 m²
Average LVESDi=23 mm/m²

Moderate LV dilation
(LVEDVi=112 ml/m²)

Reg. Fraction=34%

### SAX3D Stack LV Function

| | |
|---|---|
| EDV: | 204.0 ml |
| ESV: | 88.9 ml |
| SV: | 115.1 ml |
| EF: | 56.4 % |
| CO: | 6563.5 ml/min |
| CI: | 3.6 l/min/m² |
| HR: | 57.0/min |
| Myo Mass (Diast): | 116.5 g |
| Phase Diastole: | 25 |
| Phase Systole: | 11 |
| EDV/H: | 129.5 ml/m |
| EDV/BSA: | 112.4 ml/m² |
| ESV/H: | 56.4 ml/m |
| ESV/BSA: | 49.0 ml/m² |

74yo male
NYHA Class I
Is this LV Asymptomatic?



Mildly impaired GLS=-16.5%



NON-ISCHEMIC LGE + ECV

CONFIDENTIAL TREATMENT REQUESTED



# Closing Thoughts

- Significant AR is NOT uncommon, but terribly underdiagnosed (remember when TR was the forgotten valve?!)
- 2D Echo is inadequate for quantification of AR severity and of LV remodeling. Forget linear dimensions → CMR should be front and center even for those with "moderate" AR.
  - Despite patients having a long asymptomatic clinical course, the LV is feeling it!
  - Beware guidelines are outdated and too specific!
- Current TAVR devices do not deliver adequate results in patients with AR, to the same pristine quality as in native AS. Need dedicated devices.
- While the current goal is to address the immediate need in HR/inoperable patients, true success will be measured by transformation of the diagnosis, selection and treatment of AR patients.

Allina Health ❆ MINNEAPOLIS HEART INSTITUTE

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870982

PX1065-057



**Minneapolis Heart Institute Foundation**
Creating a world without heart and vascular disease

Allina Health ✿ **MINNEAPOLIS HEART INSTITUTE**

**MHI Structural/**
**Advanced Imaging Group**
- Richard Bae
- Victor Cheng
- Nadira Hamid
- Thomas Knickelbine
- John Lesser
- Michael Miedema
- Marc Newell
- Erik Schelbert
- Jonathan Urbach

**HealthCare Delivery & Innovation**
- Steve Bradley
- Craig Strauss

**MHIF**
- Kris Fortman
- Ross Garberich
- Scott Sharkey
- Lisa Tindell
- Tamara O'Black
- Charles Zaugg

**MHIF Imaging and Valve Research Center**
- Maurice Enriquez-Sarano
- Miho Fukui
- Hideki Koike
- Davide Margonato
- Atsushi Okada
- Cheng Wang
- Asa Phichaphop

**MHIF Imaging Core Lab**
- Kristin Lambrecht
- Teresa Boehm
- Stephanie Schmidt
- Ed Curran
- Miho Fukui

**Interventional/Structural Team**
- Manos Brilakis
- Nicholas Burke
- Mario Gössl
- Michael Mooney
- Yader Sandoval
- Paul Sorajja

**CT Surgery**
- Rizwan Attia
- Vinnie Bapat
- Erik Beckmann
- Carly Lodewyks
- Sarah Palmer
- Ben Sun

Joao.Cavalcante@allina.com
@JoaoLCavalcante

**Thank you!**

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10870983

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1066

---

## Message

| | |
|---|---|
| **From:** | James Zhou [James.Zhou@gmedtech.com] |
| **Sent:** | 2/26/2024 8:36:25 AM |
| **To:** | Sining Png [sining.png@gmedtech.com]; Mark Turco [mturco@jcmedicalinc.com]; Sean Zhang [Sean.Zhang@gmedtech.com]; Mark.Turco [Mark.Turco@gmedtech.com] |
| **CC:** | Sophia Shen [Sophia.Shen@gmedtech.com]; 黄骁宸 [liz.huang@jcmedicalinc.com]; Liz Huang [Liz.Huang@gmedtech.com] |
| **Subject:** | RE: Project Alpha - Revised PitchDeck and Model |
| **Attachments:** | Project Alps_20240226.pdf; Project Alps_US JCM Valuation Model_20240226.xlsx |

Hi team,

Please find attached the Management Presentation with updated revenue projections. The sole update is to accelerate the share gain from Jenavalve.



# Projected revenue of J-Valve TF in the US

- US J-Valve TF revenue is to reach USD1.1Bn in 2035 with CAGR at 69% due to increasing penetration, market share ramp up and indication expansion
- This strong commercial potential of AR treatment is evidenced in JCM revenue for J-Valve TA only in China, expected to reach USD43M in 2024

(USD M)

| | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E | 2033E | 2034E | 2035E |
|---|---|---|---|---|---|---|---|---|---|
| | 24 | 68 | 149 | 269 | 442 | 617 | 803 | 975 | 1,163 |
| *Penetration\*:* | 1.5% | 2.5% | 3.9% | 5.4% | 7.1% | 8.9% | 10.6% | 12.3% | 14.0% |
| *% Market Share:* | 15% | 25% | 35% | 45% | 55% | 60% | 65% | 68% | 70% |

FDA Approval · Indication Expansion to Intermediate Surgical Risk · Indication Expansion to Low Surgical Risk · +82%

\* Blended penetration in referred ssAR patients for all surgical profile
\* Projection is based on bull case

32 | JC Medical Confidential and Proprietary. Do Not Copy or Distribute

 JC Medical

We also need to decide if we keep the manufacturing partnership timeline.

EW-FTC-10879308
PX1066-001

# Future Manufacturing in USA for the North American and Global Markets



Let's discuss live tonight.

Thanks & Regards,
James

---

**From:** Sining Png <Sining.Png@gmedtech.com>
**Sent:** Friday, February 23, 2024 7:06 PM
**To:** Mark Turco <mturco@jcmedicalinc.com>; Sean Zhang <Sean.Zhang@gmedtech.com>; Mark.Turco <Mark.Turco@gmedtech.com>
**Cc:** Sophia Shen <Sophia.Shen@gmedtech.com>; 黄骁宸 <liz.huang@jcmedicalinc.com>; Liz Huang <Liz.Huang@gmedtech.com>; James Zhou <James.Zhou@gmedtech.com>
**Subject:** RE: Project Alpha - Revised PitchDeck and Model

Hi Mark and Sean,

Re-sending this email as 2 separate emails with 1 attachment each instead.
The previous email seems to have bounced as the attachments are too large.

Thanks and Best regards,
Si Ning

---

**From:** Sining Png
**Sent:** Friday, February 23, 2024 5:37 PM
**To:** Mark Turco <mturco@jcmedicalinc.com>; Sean Zhang <Sean.Zhang@gmedtech.com>
**Cc:** Sophia Shen <Sophia.Shen@gmedtech.com>; 'liz.huang@jcmedicalinc.com' <liz.huang@jcmedicalinc.com>; James Zhou <James.Zhou@gmedtech.com>
**Subject:** Project Alpha - Revised PitchDeck and Model

Hi Mark and Sean,

Please find the revised deck and model for your comments and review.

Please also find below some key discussion points the team would like to highlight following our group discussion today, for your info:

Key Assumptions of the Model

1.      Age consideration:
a.      Our model is based upon the prevalence of disease for patients ≥ 18 years (referencing the Egnite study).
b.      We recognize that TAVR in the current clinical practice is typically recommended for older patients (> 65 years old).
c.      This difference in age criteria, between disease prevalence and treatment recommendation, has been accounted for in the proportion of patients' surgical risk groups.
d.      Current proportion of patients' surgical risk groups is based on physician feedback where they mentioned that age is one of their consideration when assessing patient risk.

2.      CMR Adoption:
a.      Current adoption of CMR (as supplementary diagnosis for those "grey-area" cases) is estimated to be 5% in the USA.
b.      Some leading tertiary hospitals right now have > 50% CMR adoption.
c.      Physician feedback that in fact, only 30% - 40% of these moderate-to-severe (Grade 3) AR cases would require additional CMR. This is the basis for our bull case tapering at 40% adoption rate by 2035.

Additional clarifications for deck:

1.      Slide 9: Market slide
a.      USA AR Patient Pool (Figure on left):
i.This is the 2028 patient pool, to reflect the market 1 year after our approval in Q2 2027. We do not expect this broad patient pool to change very significantly across the years.
ii.Severe symptomatic AR (ssAR) patient population: Our ~362K patient population is in line with Jenavalve's projected 355K ssAR patient population (from their 2021 deck).
b.      USA Market Opportunity:
i.In our slide, our 362K patients can expect to have a $11B market opportunity (with assumed TAVI price of $30K). This refers to the whole AR market opportunity in USA.
ii.In contrast, the $4.5B market opportunity in JenaValve's deck refers only to their device's market opportunity. This is because their calculations include only their treatable population of 129K, derived from excluding a big population owing to their high screen failure rates for their device.

2.      Slide 14: Competitive landscape slide
a.      Laguna Tech has 2 valves reported to treat AR, 1 self-expandable valve (Alpha) and 1 balloon-expandable valve (ZETA).
b.      Alpha's FIM, with 2 patients (2 AR patients reported), is in Middle East (Tbilisi Heart and Vascular Clinic in Tbilisi, Georgia).
c.      ZETA's FIM, of 5 patients (AR and AS mix of patients not reported) is in South America (Instituto Nacional de Torax in Santiago, Chile).

Thanks and Best regards,
Si Ning



**Project Alps**

March, 2024

CONFIDENTIAL TREATMENT REQUESTED

# Disclaimer

This document prepared by JC Medical Inc. is being provided to the addressed recipients for informational purposes only on a strictly confidential and non-reliance basis in connection with a potential transaction (the "Transaction") of JC Medical Inc. ("Target"). This document, the information contained in this document and any other information made available in connection with the potential Transaction are strictly confidential. Save as specifically authorized in writing by Target or as per the terms of the confidentiality undertaking executed prior to the date hereof, neither this document or the information contained herein may be disclosed, copied, reproduced or distributed, in whole or in part, to any other party. Target and the Sellers reserve the right in their sole and absolute discretion, at any time, with or without notice, to change the procedures for the potential Transaction in any respect or to terminate negotiations.

The sole purpose of this document is to provide background information to assist the addressed recipients in obtaining a general understanding of Target's business. This document is not intended to form the basis of any investment decision and should not be considered as a recommendation any person in relation to the Target or the Transaction. The information has not been independently verified by the Sellers, the Target, or any of their respective directors, officers, employees, agents or affiliates as to correctness or completeness and does not therefore purport to be correct or complete. This document does not constitute an audit, a due diligence or any similar review and should not be construed as such. The information provided herein should not be relied on for any purpose and should not in any way serve as a substitute for other enquiries and procedures that would (or should) otherwise be undertaken. In furnishing this document, neither Target, the Sellers nor any other person undertake any obligation to provide the recipient with access to any additional information or to update this document or to correct any inaccuracies herein.

No representation or warranty, expressed or implied, is or will be made and no responsibility or liability is or will be accepted by the Sellers, Target or by any of their respective directors, officers, employees, advisors, agents or affiliates with respect to the accuracy, sufficiency or completeness of this document or the information forming the basis of this document or for any errors, omissions or misstatements relating thereto. In particular, without limitation, no representation or warranty, expressed or implied, is or will be made as to the achievement or reasonableness of, and no reliance should be placed on, any projection, targets, estimates or forecasts and nothing in this document should be relied on as a promise or representation as to the future. No party shall have any right of action against the Sellers, Target, or any other person (including, for the avoidance of doubt, their respective employees, equity holders, directors, officers, contractors, advisors, members, affiliates, successors and agents) in relation to the accuracy or completeness of the information contained in this document or any other written or oral information made available to it in connection with the Target or its business.

Forward looking statements (including estimates, opinions or expectations about any future event) contained herein are based on a variety of estimates and assumptions by Target, including, among others, estimates of future operating results, the value of assets and market conditions at various times, and the timing and manner of various realization events. These estimates and assumptions are inherently uncertain and are subject to numerous business, industry, market, regulatory, geo-political, competitive and financial risks that are outside of Target's control. There can be no assurance that any such estimates and assumptions will prove accurate, and actual results may differ materially. The inclusion of any forward-looking statements herein should not be regarded as an indication that Target considers such forward looking statement to be a reliable prediction of future events and no forward-looking statement should be relied upon as such. In all cases where historical performance is presented, please note that past performance is not a reliable indicator of future results and should not be relied upon as the basis for making an investment decision.

Law or other regulation may restrict the distribution of this document in certain jurisdictions. Accordingly, recipients of this document should inform themselves about and observe all applicable legal and regulatory requirements. Neither the Sellers, Target, or any other person shall have any liability to any person in relation to the distribution or possession of this document or copies thereof in or from any jurisdiction where the distribution of such a document is prohibited or requires special authorization or any regulatory consent or approval. By accepting this document, the recipient has agreed, upon request, to return promptly all material received from the Target without retaining any copies.

This document does not constitute an offer to sell, a solicitation of an offer of the sale or purchase of securities or an invitation to purchase shares or securities of the Target in any jurisdiction and may not be relied upon in connection with the purchase or sale of any security. Securities of the Target shall not be offered or sold, in any jurisdiction in which such an offer, solicitation or sale would be unlawful. This document is directed only at persons who have the knowledge and experience in financial and business matters and the capability to conduct their own due diligence investigation and evaluation in connection with the Transaction, including, without limitation, those persons, (i) falling within Article 49(2)(a) to (d) ("high net worth companies, unincorporated associations etc.") of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended) or (ii) who have professional experience in matters relating to investments (all such persons together being referred to as "relevant persons").

This document is not intended to provide, and should not be relied upon for, investment, tax, legal or accounting advice and Target undertakes any obligation with respect to the recipient hereof. Any prospective purchaser interested in buying the Target is recommended to seek its own financial, legal and tax advice.

2 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879312

PX1066-005

# Table of Contents

**Company Overview**                01

**Investment Highlights**           02

**Market and Business Overview**    03

**Revenue Projection**              04

**Appendix**                        05

3 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED

PX1066-006

# 01 COMPANY OVERVIEW



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879314

PX1066-007

# JC Medical overview
## 1 of only 2 global companies with a TAVR-AR solution at clinical stage



| Global presence |
| --- |

**Present in both USA and China**

**USA**
*R&D, Clinical, Operations*
*Manufacturing (Future)*
**Team of ~20 with global IPs generated**

**China**
*Clinical, Manufacturing,*
*Sales & Marketing*
**Team of >200**

| J-Valve™ Transapical (TA) |
| --- |

| Indications | Commercially launched in China for AS & AR indications |
| --- | --- |
| Implants | **10,000+** by 2024<br>**250-300** valves implanted per month |

| J-Valve™ Transfemoral (TF) |
| --- |

| US | EFS enrolment completed (N=15)<br>FDA breakthrough device designation |
| --- | --- |
| US + Canada | 34 compassionate uses |
| China | Clinical trial enrolment completed (N=127) |

5 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED    EW-FTC-10879315

PX1066-008

# Key milestones
## Robust global clinical and real-world data with proven commercial success



**2018 & 2019**
J-Valve TF FIMs completed in both Canada and US

**2022**
JC Medical acquired 100% by Genesis

**2025**
J-Valve TF China approval

**2027**
J-Valve TF US approval

**2017**
J-Valve TA China NMPA Approval

**2021**
J-Valve TA 5-year follow-up results published

**2024**
• Accumulated J-Valve TA implantations to reach 10,000+

**2007**
JC Medical founded

**2023**
• J-Valve TF China clinical trial enrolment completed
• J-Valve TF US EFS trial completed

Regulatory

Business



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879316

PX1066-009

# 02 INVESTMENT HIGHLIGHTS

JC Medical

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879317

PX1066-010

# Investment highlights



**Huge Market Potential with Unmet Clinical Needs**



**Best-in-Class and Highly Differentiated Technology Platform**



**Solid Clinical Evidence with KOLs Endorsement**



**FDA Breakthrough Designation and TAP Pilot Program**



**Global IP Protection**



**Experienced Team**

8 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879318

PX1066-011

# 03 MARKET AND BUSINESS OVERVIEW

9 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute

JC Medical

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879319

PX1066-012

# AR – the 3ʳᵈ most prevalent and lethal chronic disease[1]

## Severe **undertreatment** of symptomatic severe AR



**No 74.3%**  **Yes 25.7%**

*Receive SAVR within 1 year of diagnosis (N = 4,608)*[2]

## **High mortality** if left untreated or with non-dedicated devices[3]



| 24% | 12% | 25% |
| Medical Management | SAVR | TAVR (Off-label) |

(1)  Galusko V, Thornton G, Jozsa C, et al. Eur Heart J Qual Care Clin Outcomes. 2022;8(2):113-126

(2)  Thourani, V. H., Brennan, J. M., Edelman, J. J., et al. (2021). Structural Heart, 5(6), 608-618.

(3)  Siddique, S., Vora, A., & Gada, H. (2021). Transcatheter Approaches to Aortic Insufficiency. Structural Heart, 5(1), 55-64.

 JC Medical

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879320

PX1066-013

# No commercial THV for AR in USA demonstrates unmet need for a dedicated device with good clinical outcomes

**Complexities of transcatheter AR[1]**

1. No annular calcium
2. Large aortic annuli
3. Increased stroke volume
4. Dilated aortic root
5. THV embolization / malpositioning
6. Unpredictable positioning

*Only <5% AR pts suitable for TAVR are treated with off-label AS dedicated TAVR[2]*

**Off-label transcatheter AR have suboptimal outcomes and high complications[1]**

1. Low (~70%) device success
2. > 10% require a second THV[3]
3. 17% have paravalvular leak

(1)  Costanzo, P., Bamborough, P., Peterson, M., Deva, D. J., Ong, G., & Fam, N. (2022). Interventional Cardiology: Reviews, Research, Resources, 17.
(2)  Hira, R. S., Vemulapalli, S., et al. (2017). JAMA cardiology, 2(8), 846-854.; https://www.acc.org/Latest-in-Cardiology/Articles/2023/07/01/42/Cutting-Edge-Structural-Interventions-TAVR-For-Pure-Native-Aortic-Insufficiency
(3)  Fadi J. Sawaya et al. JACC Int 2017; Sunghan Yoon, Raj Makkar et al. JACC 2017.



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879321

PX1066-014

# AR is a highly untapped blue ocean market



**US AR Patient Size**

Total AR Population (≥ moderate): **6.4M**

Total AR Population (≥ moderate-to-severe): **0.74M**

Severe Symptomatic AR Population: **0.56M**

Referred ssAR Population: **~362K**

*For All Surgical Profile*

| 145K Inoperable & High Risk | 145K Intermediate Risk | 72K Low Risk |

**$22B of Global Market Potential**

$22B

$4.4B — Low Risk

$8.8B — Intermediate Risk

$8.8B — Inoperable & High Risk

$22B — All Surgical Profile

*\* Assumed ASP of USD$30K and US:OUS market=1:1*

(1)  JACC March 8, 2022, Volume 79, Issue 9, suppl A
(2)  JACC 2023, The Mortality Burden of Untreated Aortic Stenosis. Journal of the American College of Cardiology
(3)  TVT2023: Clinical journey for patients with aortic regurgitation: A retrospective observational study from a multicenter database
(4)  Physician and experts feedback



EW-FTC-10879322

PX1066-015

## Designed for pure AR
## J-Valve™ Bioprosthesis



13 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



EW-FTC-10879323

PX1066-016

## Designed for pure AR
## J-Valve™ Transfemoral Delivery Device



14 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



EW-FTC-10879324

PX1066-017

# J-Valve<sup>TM</sup> TF Animation





CONFIDENTIAL TREATMENT REQUESTED

PX1066-018

# J-Valve™ TF Deployment Steps






| 01 Unsheath Anchor Rings | 02 Expand anchor rings into sinuses | 03 Position and deploy the valve | 04 Disengage anchor rings from control lines to release the valve |

16 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED                                                EW-FTC-10879326

PX1066-019

# J-Valve™ TF is 1 of the 2 forerunners to bring a commercial transcatheter device to the USA market



| R&D | Early Feasibility Study | Pivotal | Commercialisation |
|---|---|---|---|

**J-Valve™ TF**
JCM EFS
15 Patients
Feb'24 Primary Endpoint

**The Trilogy Valve** [1]
ALIGN-AR
180 Patients
Aug'23 Primary Endpoint

**ALPHA SE TAVR** [2]
Laguna FIH
2 Patients

**ZETA BE TAVR** [3]
Laguna FIH
5 Patients *
+ No. of AS/AR patients not known

* Other companies in early stage development: Straits Access Technologies [4], Cuspa Medical [5]

(1) https://classic.clinicaltrials.gov/ct2/show/NCT04415047
(2) https://cardiovascularnews.com/laguna-tech-alpha-and-zeta-valves-first-in-man/; Laguna Tech USA Begins FIH Trial of Alpha TAVR System - Cardiac Interventions Today (citoday.com)
(3) https://citoday.com/news/laguna-tech-reports-on-zeta-tavr-systems-fih-feasibility-trial
(4) Appa, H., Park, K., Bezuidenhout, D., van Breda, B., et al. (2022). Frontiers in Cardiovascular Medicine, 9, 791949.
(5) https://cuspamedical.com/pre-clinical-trials/

 JC Medical

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879327

PX1066-020

# J-Valve™ TF unique features are the best-in-class proprietary design for AR

 



**J-Valve™ (JC Medical)**       **The Trilogy Valve (Jenavalve)[1]**

| | J-Valve™ (JC Medical) | The Trilogy Valve (Jenavalve)[1] |
|---|---|---|
| **Size Matrix** | ✓ 5 sizes (up to 34mm) | ✘ Only 3 sizes (26, 28, 30mm) |
| **Anatomy Coverage** | | ✘ *Limited to: Max. annular perimeter of 85mm Aortic annulus angle ≤ 70°* |
| **Ease of Use** | | ✘ *Cumbersome positioning and deployment* |
| **Anchor Ring Mechanism** | | ✘ *V-shaped locators "float" within sinus, possible risks of migration and puncture* |
| **No Coronary Obstruction** | | ✓ *~36mm valve height with large open cells* |

(1) Jenavalve Product Brochure (Accessed from https://jenavalve.com/wp-content/uploads/Jenavalve_Trilogy_Brochure.pdf); https://www.summit-tctap.com/2023/TCTAP2023_Factoid_TAVR.pdf; Jenavalve TVT 2023 Presentation by Dr Matt! Adam; Interviews with Physician sponsored by Company



CONFIDENTIAL TREATMENT REQUESTED
EW-FTC-10879328

PX1066-021

# J-Valve's wide size matrix gives it an added edge over JenaValve's Trilogy Valve



**J-Valve™**

1. **Low profile:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2. Total 5 sizes: Treat **perimeters** ▮▮▮▮▮▮▮▮

| Valve Size | Height (mm) | Annulus Diameter (mm) | Annulus Perimeter (mm) |
|---|---|---|---|
| 22 mm | | | |
| 25 mm | | | |
| 28 mm | | | |
| 31 mm | | | |
| 34 mm | | | |

*LOW SCREEN FAILURE*

| Valve Size | Height (mm) | Annulus Diameter (mm) | Annulus Perimeter (mm) |
|---|---|---|---|
| Trilogy-THV-S | 31.3 | 21 – 23.6 | 66 – 74 |
| Trilogy-THV-M | 33.7 | 22.6 – 25.2 | 71 – 79 |
| Trilogy-THV-L | 35.7 | 24.2 – 27 | 76 – 85 |

*40% SCREEN FAILURE [1]*
Due to anatomical reasons

(1) Jenavalve Product Brochure (Accessed from https://jenavalve.com/wp-content/uploads/Jenavalve_Trilogy_Brochure.pdf); ALIGN-AR Trial: Initial Outcomes of the JenaValve Trilogy Transcatheter Aortic Valve Replacement in High Risk Patients With Symptomatic Severe Native Aortic Regurgitation – Presentation presented by Dr Vinod Thourani at TCT 2023

19 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute


JC Medical

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879329

PX1066-022

# Future applications in valve-in-valve cases possible with the unique features of J-Valve™ TF



| Coronary Obstruction (CO)-associated Factors [1] | Applicability of J-Valve |
|---|---|
| **Anatomical Factors** | |
| 1. | |
| 2. | |
| **Transcatheter Heart Valve Design** | |
| 1. | |
| 2. | |
| 3. | |

| Size (mm) | A (mm) | B (mm) | C (mm) | D (mm) | E (±0.5mm) |
|---|---|---|---|---|---|
| 22 | | | | | |
| 25 | | | | | |
| 28 | | | | | |
| 31 | | | | | |
| 34 | | | | | |

(1)  Arévalos, V., Spione, F., Vela, P., et al. Coronary obstruction following transcatheter aortic valve replacement. Risk evaluation and preventive strategies.
(2)  Hensey, M., Sellers, S., Sathananthan, J., et al. (2020). Bioprosthetic valve leaflet displacement during valve-in-valve intervention: an ex vivo bench study. Cardiovascular Interventions, 13(6), 667-678.

20 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



# Robust clinical evidence sets the stage for upcoming market launch of J-Valve™ TF in both USA and China

49 AR implants thus far;
20 patients with <u>at least 1-yr</u> follow-up

- No residual AR ≥ moderate at 1-yr
- 100% NYHA Class I/II at 1-yr

127 AR implants thus far
29 patients with <u>at least 1-yr</u> follow-up *

*Primary endpoint in Q3 2024*

**34 Successful Compassionate Use Cases**

**Completed EFS enrolment of 15 AR patients**

**Completed clinical trial of 127 AR patients**

 **Estimated FDA Approval by 2027**

 **Estimated NMPA Approval by 2025**



CONFIDENTIAL TREATMENT REQUESTED    EW-FTC-10879331

PX1066-024

# Promising clinical results of J-Valve™ TF with 34 successful compassionate use cases across North America

**Of total 27 patients, with**
**N = 20 at 1-year follow-up[1],**

| 83% procedural success* | 97% survival at 30-days | 90% survival at 1-yr |
|---|---|---|

**Good and sustained valve efficacy @ 1-yr**
- 6% residual AR ≥ moderate
- Mean gradients < 10mmHg
- EOA > 2.0cm$^2$
- 100% NYHA Class I/ II

*\* 100% success for last consecutive 15 cases with later generation delivery device*





## Canada Special Access

1st implantation in 2018
Total 12 cases thus far



## USA Compassionate Use

1st implantation in 2019
Total 22 cases thus far
1st in-the-world implantation in LVAD patient[2]





(1)  Garcia S, et al, *Transcatheter Treatment of Native Aortic Valve Regurgitation: The North American Experience with a Novel Device, JACC: Cardiovascular Interventions (2023).*
(2)  https://www.hmpglobatlearningnetwork.com/site/cathlab/news/christ-hospital-heart-vascular-institute-successfully-implants-first-world-j

22 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879332

PX1066-025

# J-Valve™ TF is now at clinical stage and has completed EFS enrolment



✓ Bench Validation  ✓ Preclinical Validation  ✓ Compassionate Use  ✓ **EFS**  **Pivotal**  **Commercial**

**Assess safety and effectiveness of the J-Valve TF System in patients with symptomatic severe native aortic regurgitation who are judged by a multidisciplinary heart team to be high-risk for open SAVR**

| | |
|---|---|
| **Study Design** | Prospective, Multi-Center, Single-Arm |
| **Indication** | Symptomatic Severe AR w/ High Surgical Risk |
| **Sample Size** | N = 15; Enrolment completed Jan 2024 with planned enrolment up to 25 subjects * |
| **Primary Endpoint** | All-case death OR disabling stroke at 30 days |
| **Regions** | Up to 10 centers in the United States and/or Canada |

### Participating Sites (PI)

1. The Christ Hospital (Dr. Santiago Garcia)
2. HonorHealth (Dr. David Rizik)
3. Cardiovascular Institute of the South (Dr. Peter Fail)
4. MedStar Washington Hospital (Dr. Ron Waksman)
5. Swedish Health Services (Dr. Sameer Gafoor)

*\* Results to be shared at CRT 2024*



CONFIDENTIAL TREATMENT REQUESTED                                                                EW-FTC-10879333

PX1066-026

# Upcoming Pivotal Study Leadership

## Co-Principal Investigators ———— ———— Study Chair Persons ———— Study Director ——











**Tsuyoshi Kaneko, MD**
Chair, Cardiac Surgery Section
Washington University in St. Louis
St. Louis, MO

**Santiago Garcia, MD, FSCAI, FACC**
Harold C. Schott Foundation Endowed Chair for Structural and Valvular Heart Disease
Director, Structural Heart Program
The Christ Hospital and The Carl and Edyth Lindner Center for Research and Education
Cincinnati, OH

**Michael Reardon, MD**
Professor of Cardiothoracic Surgery
Allison Family Distinguished Chair of Cardiovascular Research
Houston Methodist Hospital
Houston, TX

**Dean J Kereiakes, MD, FACC, MSCAI**
Chairman, The Christ Hospital Heart & Vascular Institute
Medical Director, The Christ Hospital Research Institute
Professor of Clinical Medicine, The Ohio State University
Cincinnati, OH

**David J. Cohen, MD, MSc**
Director of Clinical and Outcomes Research, Cardiovascular Research Foundation
Director of Academic Affairs, St. Francis Hospital and Heart Center
New York, NY



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879334

PX1066-027

# J-Valve<sup>TM</sup> TF EFS Trial Steering Committee Members

| Principal Investigators | ARO Representative | Core Lab |
|---|---|---|

## Principal Investigators

### National PIs



**Michael Reardon, MD**
Houston Methodist Hospital
Houston, TX



**Dean J Kereiakes, MD**
The Christ Hospital
Cincinnati, OH

### ARO Representative



**David J. Cohen, MD**
Cardiovascular Research
Foundation
New York, NY

### Core Lab

#### Echocardiography



**Becky Hahn, MD**
Cardiovascular Research
Foundation
New York, NY

### Site PIs



**Sachin Goel, MD**
Houston Methodist Hospital
Houston, TX



**Santiago Garcia, MD**
The Christ Hospital
Cincinnati, OH



**Ron Waksman, MD**
MedStar Washington
Hospital Center
Washington, DC



**Azeem Latib, MD**
Montefiore Health System
New York, NY

#### CT / CMR



**João Cavalcante, MD**
Minneapolis Heart Institute
Minneapolis, MN

25 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute

JC Medical

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879335

PX1066-028

# More clinical evidence to be generated following the completion of J-Valve™ TF Pivotal Study in China Q3 2023



**Leading PI: Zhongshan Hospital**

| | |
|---|---|
| **Study Design** | Prospective, Multi-Center, Single-Arm |
| **Indication** | Pure AR<br>(AR concomant mild or moderate AS) |
| **Sample Size** | Cohort A (Pure AR, N = 127) |
| **Primary Endpoint** | All-cause mortality at 1 year |
| **Regions** | Total 18 centers in China |

| Baseline Characteristics | N = 127* |
|---|---|
| Age, median (SD) | 73.9 ± 6.0 |
| Male, n (%) | 82 (64.6) |
| STS Score, mean (SD), % | 6.15 ± 4.1 |
| Atrial fibrillation, n (%) | 19 (15) |
| Prior PCI, n (%) | 6 (4.7) |
| Prior CABG, n (%) | 1 (0.7) |
| Carotid artery stenosis, n (%) | 14 (11) |
| Prior stroke, n (%) | 10 (7.9) |
| COPD, n (%) | 35 (27.6) |
| Diabetes, n (%) | 12 (9.4) |
| Aortic Valve Regurgitation<br>  Pure AR<br>  AR concomant mild or moderate AS | <br>115 (90.6%)<br>12 (9.4%) |
| NYHA Class, n (%)<br>  I<br>  II<br>  III<br>  IV | <br>0 (0)<br>29 (22.8)<br>55 (43.3)<br>43 (33.9) |
| Previous prosthesis implantation, n (%) | 0 (0) |

\* 29 patients with at least 1-year follow up results



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879336

PX1066-029

# Future Manufacturing in USA for the North American and Global Markets

Backup slide – TBD later we want to include or otherwise



2024 — 2025 — 2026 — 2027 — 2028

Pivotal est. start Q2 2024

Pivotal 1-yr follow up est. Q4 2025

Pivotal est. end Q4 2026

PMA Approval est. H2 2027

Potential Valve Manufacturing Transfer & Setup in USA
*(Ongoing evaluation and discussions with potential OEMs)*

**CORCYM**
WE TAKE LIFE TO HEART

*Experienced OEM Commercial Partner with 20+ years of manufacturing, quality and FDA audit experience*

27 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute

 JC Medical

CONFIDENTIAL TREATMENT REQUESTED

PX1066-030

# Seasoned industry veterans with over 30 years of experience driving J-Valve<sup>TM</sup> TF to market

 



**Mark A. Turco, MD**
CEO
Medtronic & Covidien



**Brandon Walsh**
**Co-Founder &**
**R&D Lead**
JC Med & AorTx Inc.



**Frederick Serrahsu**
**Sr Director**
**Manufacturing**
Benvenue Med. & BSX



**Brian Grigsby**
**Sr Director**
**Quality Assurance**
Endologix & Admedes



**Sheri Halverson**
**Sr Director**
**Clinical Affairs**
CSI & Philips



**Amy E. Simone**
**Sr Director**
**Medical Affairs**
Emory Uni. Hospital &
Piedmont Heart
Institute



**Liisa Larson**
**Head**
**Operations**
CardioNow & AorTx Inc.



**Chris Sloan**
**Consultant**
**Regulatory**
FDA

28 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879338

PX1066-031

# The US Pivotal Study is expected to commence Q2 2024 with the successful completion of the EFS Study



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879339

PX1066-032

# J-Valve™ TF future product expansion within and beyond the aortic space and beyond USA

**1** **Aortic Portfolio Expansion**



Building a comprehensive TAVR Package – J-sheath in development



Indication Expansion: Bicuspid, LVAD [1], Mixed AS/AR, Aortic Valve-in-Valve



Gen II J-Valve™ in the pipeline with improved delivery system

**2** **Expansion into mitral/ tricuspid space**

Possible indication of mitral/ tricuspid valve-in-valve

**3** **Global Expansion**



J-Valve™ TF

USA

(1)  Garcia, S., Dowling, R., Chung, E., et al. (2023). Journal of the Society for Cardiovascular Angiography & Interventions.

30 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED    EW-FTC-10879340

PX1066-033

# 04 REVENUE PROJECTIONS



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879341

PX1066-034

# Projected revenue of J-Valve TF in the US

- US J-Valve TF revenue is to reach USD1.1Bn in 2035 with CAGR at 69% due to increasing penetration, market share ramp up and indication expansion
- This strong commercial potential of AR treatment is evidenced in JCM revenue for J-Valve TA only in China, expected to reach USD43M in 2024



（USD M）

| | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E | 2033E | 2034E | 2035E |
|---|---|---|---|---|---|---|---|---|---|
| | 24 | 68 | 149 | 269 | 442 | 617 | 803 | 975 | 1,163 |
| Penetration*: | 1.5% | 2.5% | 3.9% | 5.4% | 7.1% | 8.9% | 10.6% | 12.3% | 14.0% |
| % Market Share: | 15% | 25% | 35% | 45% | 55% | 60% | 65% | 68% | 70% |

FDA Approval

Indication Expansion to Intermediate Surgical Risk

Indication Expansion to Low Surgical Risk

+62%

\* Blended penetration in referred ssAR patients for all surgical profile

\*\* Projection is based on bull case



CONFIDENTIAL TREATMENT REQUESTED                EW-FTC-10879342

PX1066-035

# 05 APPENDIX



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879343

PX1066-036

# Proposed **JOURNEY** Pivotal Trial Overview
## <u>J</u>-Valve to treat a<u>o</u>rtic reg<u>ur</u>gitation via tra<u>n</u>scatheter th<u>e</u>rap<u>y</u>

| | |
|---|---|
| **Population** | Patients with symptomatic, ≥ grade 3 (grade 3: moderate-to-severe or grade 4: severe) native AR and AR-dominant mixed aortic valve disease who are judged by a multi-disciplinary heart team to be at high risk for open surgical aortic valve replacement. |
| **Scope** | 160 subjects at up to 25 sites in the United States and Canada (maximum of 5 in Canada) |
| **Primary Efficacy Endpoint** | All-cause mortality at 1-year |
| **Primary Safety Endpoint** | Composite of early-safety outcomes at 30 days:<br>• All-cause death;<br>• All stroke;<br>• VARC-3 type 2-4 bleeding;<br>• Major vascular, access-related, or cardiac structural complication;<br>• Acute kidney injury (AKI) stage 3 or 4;<br>• New permanent pacemaker due to procedure-related conduction abnormalities;<br>• Surgery or intervention related to the device. |

34 | JC Medical Confidential and Proprietary; Do Not Copy or Distribute



CONFIDENTIAL TREATMENT REQUESTED    EW-FTC-10879344

PX1066-037

# J-Valve™ TF compassionate use clinical outcomes in a snapshot

| | 30-days (N = 31) *All pts, regardless of treatment* | 30-days (N=27) *Successful J-Valve alive at discharge* * | 30-days to 1-year (N=20) |
|---|---|---|---|
| Death, n (%) | 1 (3) | 0 (0) | 2 (10) |
| Stroke, n (%) excluding in-hospital | 0 (0) | 0 (0) | 0 (0) |
| New pacemaker, n (%) | 2 (7) | 2 (7) | 1 (5) |
| NYHA FC I-II | 86% | 85% | 100% |
| AR ≥ Moderate, n (%) | 1 (4) | 1 (4) | 1 (6) |
| Mean Gradient (mmHg) | 6.7 (4, 10) | 7 (4, 10) | 8.9 ± 3.9 |
| EOA (cm²) | 2.2 ± 0.6 | 2.2 ± 0.6 | 2.2 ± 0.8 |

* 3 patients excluded: 1 in-hospital mortality, 2 conversions to surgery

Sources: Internal Databases







CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879345

PX1066-038

# J-Valve™ TF valve efficacy evident from ejection fraction reversion to normal in patients post-implant

- 15 patients with ssAR who were not surgical candidates or excluded from the ALIGN-AR trial
  - Treated at a single center (The Christ Hospital, Cincinnati, OH)
  - Mean age of 75.1 years
  - 46.7% being male
  - 93% NYHA class III/IV
  - 100% grade 3 or 4 AR

- Post-procedure:
  - No or trivial residual AR
  - 14/15 patients survived 30-days

**1-year LVEF improved to 52.6 ± 14.9**

| | Baseline | 1 month (n = 14) | 1 year (n = 5) |
|---|---|---|---|
| LVEF, mean ± SD | 41.9 ± 17.1 | 45.6 ± 14.6 * | 52.6 ± 14.9 * |
| RWT, mean ± SD | 0.39 ± 0.09 | 0.42 ± 014 | 0.35 ± 0.07 |
| LVMI, mean ± SD | 110.4 ± 23.8 | 102 ± 17.2 | 100.0 ± 26.1* |

*Bashir, H., Palmer, C., Schmidt, C., et al. (2024). A Single Center Compassionate Use Study. Journal of Cardiac Failure, 30(1), 131.*



CONFIDENTIAL TREATMENT REQUESTED                                    EW-FTC-10879346

PX1066-039

# J-Valve™ TF valve efficacy evident from LV geometry reversion to normal in patients post-implant

| LV Geometry | Relative Wall Thickness | LV Mass |
|---|---|---|
| Normal | Normal | Normal |
| Concentric Hypertrophy | Increased | Increased |
| Eccentric Hypertrophy | Normal | Increased |
| Concentric Remodeling | Increased | Normal |

- At 1 month: notable reductions in concentric hypertrophy (p=0.045) and a corresponding increase in normal LV geometry (p=0.045).

- At 1-year: **statistically significant increase in the prevalence of normal LV geometry** (p=0.043), and a **significant decrease in concentric hypertrophy** (p=0.043).



**LV GEOMETRY**

■ Concentric hypertrophy  ■ Eccentric hypertrophy  ■ Concentric remodeling  Normal

*Bashir, H., Palmer, C., Schmidt, C., et al. (2024). A Single Center Compassionate Use Study. Journal of Cardiac Failure, 30(1), 131.*



EW-FTC-10879347

PX1066-040

# Adoption of AR treatments increases along with clinical education in China

(#)



| Indication | 20-26 # CAGR |
|------------|--------------|
| AR | 59% |
| AS | 43% |

[1]JC Medical China Market Intelligence



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879348

PX1066-041

# J-Valve TA Valve Performance evidenced by robust clinical evidence with up to 5 years patient follow-up



- Currently ~250 J-Valve TA cases/ month
- ~7% ViV implants (aortic, mitral, tricuspid)

**10K+ J-Valve TA implantations by 2024**



**N = 107 (43 AR, 64 AS)**

**At 5-years follow-up,**

**85% Survival**

**97.5% NYHA Class I & II**

**98.8% ≤ Mild valvular regurgitation**

 JC Medical

CONFIDENTIAL TREATMENT REQUESTED                    EW-FTC-10879349

PX1066-042

# J-Valve TA 5-year clinical outcomes presented at TCT 2023

| Baseline Characteristics | N = 107 |
|---|---|
| Age (years) | 74.4 ± 5.2 |
| Male (%) | 54.2 |
| Logistic EuroSCORE (%) | 27.5 ± 8.3 |
| New York Heart Association (NYHA) Class III or IV (%) | 97.2 |
| Cerebrovascular disease (%) | 6.5 |
| Peripheral vascular disease (%) | 52.3 |
| Coronary artery disease (%) | 18.7 |
| Prior CABG (%) | 1.9 |
| Atrial fibrillation (%) | 19.6 |
| Diabetes Mellitus (%) | 15.0 |
| Aortic regurgitation/Aortic stenosis | 43/64 |

|  | 30-Day (%) | 5-Year (%) |
|---|---|---|
| All cause mortality | 5 | 15.37 |
| Cardiovascular mortality | 3 | 5.24 |
| Stroke | 0 | 9.47 |
| PPM | 4.0 | 7.42 |





*China Experiences with J-Valve TAVR for Both Aortic Regurgitation and Stenosis, presented by Dr Michael J. Reardon at TCT 2023.*



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879350

PX1066-043



Thank You

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10879351

PX1066-044

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED