# PX1078 - PX1137
## (see exhibit stamps bottom right corner)

PX1078 (Pgs. 2-78)
PX1085 (Pg. 79)
PX1118 (Pgs. 80-82)
PX1134 (Pgs. 83-102)
PX1137 (Pgs. 103-134)

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1078

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

**Document Produced in Native**

CONFIDENTIAL TREATMENT REQUESTED

**Document Produced in Native**

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10295788

PX1078-004

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

**Document Produced in Native**

CONFIDENTIAL TREATMENT REQUESTED

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

**Document Produced in Native**

CONFIDENTIAL TREATMENT REQUESTED

# Document Produced in Native

EW-FTC-10295793

PX1078-009

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

# Document Produced in Native

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

**Document Produced in Native**

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

**Document Produced in Native**

CONFIDENTIAL TREATMENT REQUESTED

**Document Produced in Native**

CONFIDENTIAL TREATMENT REQUESTED

**Document Produced in Native**

CONFIDENTIAL TREATMENT REQUESTED

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

# Document Produced in Native

EW-FTC-10295808

PX1078-024

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

LP1

# 2024-30 THV Strategic Plan

**Larry L Wood**
September xx, 2024

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.



**Slide 1**

---

**LP0**    Pls conform title page.  See next slide.
Linda Park, 2024-08-06T05:00:17.731

**LP1**    When will we see the completed presentation?  This is still missing the three key takeaways and one other slide.
Linda Park, 2024-08-06T05:00:50.279



**Board of Directors Strategy Sessions**

**TAVR**

**September 11, 2024**

Edwards

PX1078-028

Edwards Lifesciences

# Executive Summary

- **Our focus must remain** on both **growing the market** and **protecting position and price to deliver double-digit growth**

- **Strategies to recaptur** ▮▮▮▮▮▮▮▮▮▮▮ **critical to expand syst** ▮▮▮▮▮▮

- In order to **double the Edwards TAVR opportunity by 2030**, we must focus on the following:
  1. **Activate** ▮▮▮▮▮▮▮▮▮▮▮ to stimulate market growth
  2. **Maximize impact** of EARLY TAVR and PROGRESS trials
  3. **Lead Aortic Regurgitation** therapy leveraging AS journey learnings

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

PX1078-029

Edwards Lifesciences

# US Cardiovascular Market Experiencing Slow Down

### 1H YoY Growth

## 5.6%
**National Growth**

### 1H YoY Growth by Account Size



**Large & medium accounts contributed ~1,800 fewer units to YoY growth**

PX1078-030

Edwards Lifesciences

# Q2 Market Growth was Slower than Expected and Showed in Longer Wait Times & Increased Urgent Procedures



**68% increase in Transcatheter Structural Heart Procedural Volume[1]**



**Increased Wait Times for TAVR Procedure[2]**

**2023Q1** — First HT meeting — 39 days — CT — 10 days — TAVR — **~50 days**

**2024Q1** — First HT meeting — 40 days — CT — **14 days** — TAVR — **~55 days**

**Elective vs. Urgent / Emergent TAVRs[3]**

**+29% YoY growth**

- Elective
- Urgent / Emergent

**Large & Medium**

(1) THV Adv Analytics View; Source for LAAO, Mitral, Tricuspid: Internal Data, GlobalData (2) Claims Data (3) Vizient Clinical Data Base, Jan-April 2023 and Jan-April 2024
Abbreviations: CT = computed tomography (scan); LAAO = left atrial appendage occlusion; HT = heart team; TAVR = transcatheter aortic valve replacement; YoY = year-over-year

5

PX1078-031

Edwards Lifesciences

# We are Focused on Near and Long-Term Strategies to Expand System Capacity

| 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|------|------|------|------|------|------|------|

**Near to mid-term**                    **Mid to long-term**



**Procedural & operational efficiency programs** (e.g., Benchmark) to increase capacity and improve outcomes



**Publication & podium strategy that leverages clinical evidence** highlighting capacity challenges



**Programs that leverage site specific clinical + financial data to make a case to support future investments**

**Quality Initiatives: Target AS**



**NCD**



**Payment policy to support favorable TAVR profitability**

Placeholder: To be updated based on Seth's workstream

6

PX1078-032

Edwards Lifesciences

Check on confidence w/finance

# EW Global Opportunity: US Remains the Cornerstone; OUS Increasingly Important Contributor



**EW Global** TAVR AS Opportunity

Sales by Region[1]

Greater China 1%
ROW 8%
Japan 7%
EU 22%
US 62%

**12%**
2024-30 CAGR

Greater China 6%
ROW 12%
Japan 10%
EU 22%
US 50%

**~$4.2B**
2024

**~$8.4B**
2030

**US & JPN: Grow the market; Fortify market share** and **protect pricing**

**China: Growth opportunity** with a dual portfolio strategy and maximizing reimbursement

**EU & ROW: Fortify market share** and **reverse pricing** trends

(1) 2024-30 THV Strategic Plan Sub 3; FCST 7; AS only
Abbreviations: AS = aortic stenosis; OUS = outside United States; ROW = rest of world; TAVR = transcatheter aortic valve replacement

7

PX1078-033

Edwards Lifesciences

# To Maintain Double-Digit Growth, Our Focus Must Remain on Growing the Market and Protecting Position and Price



**Market Growth**

- US and EU at LDD
- Japan and ROW at mid to high DD

**Share**

Protect our share globally amidst intensifying competition

**Price**

Execute our premium pricing strategy in the face of pricing pressures

## THV
**double-digit growth**

**We must lead therapy growth while continuing our investment in fortifying leadership**

Abbreviations: DD = double-digit; LDD = low double-digit; ROW = rest of world; THV = transcatheter heart valve

8

PX1078-034



Edwards Lifesciences

# Globally We See Increased Competitive Pressure with Entrants and Innovation Accelerating



9

PX1078-035

**Slide 9**

---

**LP0**    I wonder if we can make the point about increased competitive pressure without representing our view on the number of competitors today in each region and listing out each of the competitors on the right hand side. I also think it is odd to include Jenavalve and Gensis in light of the recent acquisitions. Also, we've been referring to "Meril" as a copycat as opposed to a competitor.
Linda Park, 2024-08-05T06:46:15.355

**Mailer**

# Competitors Are Focused on Capturing Market Share Rather Than Growing the Market; TAVR Delivers an Attractive Contribution Margin



**TAVR of Total Sales**

| | Medtronic | Abbott | Boston Scientific |
|---|---|---|---|
| | 5% | 0.5% | 1% |
| | $32B FY 2024 | $40B 2023 | $14B 2023 |
| **GLOBAL TAVR ASP** | $20k | $16k | $14k |
| **GROSS MARGIN** | ■ | ■ | ■ |

" There was a comment about price being used on one of the earnings calls. Yes, it's a great product. It has a great profile, great clinical results. When you've been by yourselves in the market, and you now have competition, I would have expected a comment like that, but still, the **gross margins that come from our TAVR business is all accretive to the company and accretive to our MedTech business**. I like our position there. "

*-Robert Ford, ABT CEO*

Source: Company reported annual revenue. 2023 TAVR global sales internal estimates from Strat Plan 2024-2030 Submission
Abbreviations: ASP = average selling price; TAVR = transcatheter aortic valve replacement

10

PX1078-037



PX1078-038



**Edwards Lifesciences**

# Patient Activation is a Key Driver of Market Growth Over the Plan Horizon









**THV in THV**

Abbreviations: THV = transcatheter heart valve

12

PX1078-039

**Slide 12**

---

**LP0**    At the bottom "TAVR in TAVR"?
Linda Park, 2024-08-06T04:19:05.384

PX1078-040

**Edwards Lifesciences**

# We Have Validated the In-System, TAVR Center Patient Opportunity is Real and Significant

| Out-of-System | In-System |
|---|---|

| Patients who are unaware they have the disease | Patients who have had a cardiac echo and <u>have not been diagnosed or treated</u> |
|---|---|

## ~13 of 100
of all Severe AS patients received AVR in 2022[1]

 **Non-TAVR Centers**

- **Opportunity outside of non-TAVR centers** may be equal to the opportunity within TAVR centers

- **Future solutions to pull** patients to HT **from non-TAVR centers** will be needed

 **TAVR Centers**

- **~2x-4x** of **untreated SAS patients** over the annual TAVR volume[2]

- **80%+** of untreated patients have **no heart team engagement**[2]

**Both in-system and out-of-system opportunities support sustainable TAVR growth**

(1) EW Internal Estimates of US AVR Volume; Therapy penetration of ~13% calculated based off the 1.3M Severe AS patients as stated in Owens et al, 2021. (2) egnite data extraction (Q3 2023)
Abbreviations: AS = aortic stenosis; AVR = aortic valve replacement; HT = heart team; SAS = severe aortic stenosis; TAVR = transcatheter aortic valve replacement

PX1078-041

**Mailer**

# Patient Activation Programs for On-Guideline Patients with Current Indications Will Build an Ecosystem for Future Indications



**Real patients featured in new patient and referrer campaign**

**Patient Referrals Lift: ~3 ppts Increase Over Control[1]**



**~30% YoY Growth[2] Observed Across Pilot Hospitals**

(1) Campaign Sep'23 to Mar'24. Based on internal and external view of calibrated / adjusted claims data where IPG markets growth is 5.6% and Control markets growth is 2.5% resulting in ~3% increase over control (2) Edwards sales data
Abbreviations: AI = artificial intelligence; ppts = percentage points; YoY = year-over-year

14

PX1078-042

**Edwards Lifesciences**

STRATEGY 

# We Expect ███████ to Have a Significant Impact on Streamlining Referral and Care for All ████ Patients



### Key Catalytic Events

███████████

### Impact Drivers

- Clear compelling evidence to support that waiting is not benign, and referring is crucial
- ↑ of in-system patients whose symptom severity is misjudged (symptoms not severe enough or attributed to other causes)



███████ **Impact[1]**

US — EU — Japan

**Total Revenue (cumulative)**

>$700M impact over Strat Plan Horizon

$477M

$165M

$74M

2024 2025 2026 2027 2028 2029 2030



## Requires execution of strategies to increase system capacity for expanded patient population

(1) 2024-30 THV Strategic Plan
Abbreviations: SAS = severe aortic stenosis; TCT = Transcatheter Cardiovascular Therapeutics (Conference)

15

PX1078-043

LPO

Edwards Lifesciences

STRATEGY



# ███████ Represents a Significant Opportunity and Is a Catalyst in the Mid-to-long Term



### THE PROGRESS TRIAL

**Key Catalytic Events**
- ████████████
- ████████████████████

**Impact Drivers**
- Meet the endpoint (TAVR is superior vs Clinical Surveillance)
- Acceleration of ████ patients' pathway to treatment
- Unlocking ████████ patients
- Unlocking of true ██████ patients



**PROGRESS Impact**

— US — EU — Japan

Total Revenue (cumulative)

**>$900M impact over Strat Plan Horizon**

$646M

$224M

$79M

2024  2025  2026  2027  2028  2029  2030

**Requires execution of strategies to increase system capacity for expanded patient population**

(1) 2024-30 THV Strat Plan Sub 3
Abbreviations: AS = aortic stenosis; SAS = severe aortic stenosis; TCT = Transcatheter Cardiovascular Therapeutics (Conference)

16

PX1078-044

**Slide 16**

---

LP0     Capitalize in the title"  Mid-to-Long Term"
Linda Park, 2024-08-06T04:36:01.804

PX1078-045

Edwards Lifesciences

# Our Investments in Differentiated Innovation Support Double-Digit Growth and Category Leadership



**Market Growth**

Patient Activation

THE EARLY TAVR TRIAL

THE PROGRESS TRIAL

**Share Protection**

**Price Protection**

Life          Time          Management

SAPIEN 3 Ultra RESILIA          SAPIEN X4

THV in THV

17

LPO

# The Key Value Propositions for the Next Generation TAVR Devices

## Best-in-Class Durability

Personalized & Expanded Sizing | PVL & PPMI Performance

## Future THV-in-THV

Commissural Alignment | Optimized Valve Design

## Versatility

ViV | Mitral ViV & ViRing | THV-in-THV



**SAPIEN X4**

PX1078-047

**Slide 18**

**LP0**    For the second item on the right replace with "Future TAVR-in-TAVR"
Linda Park, 2024-08-06T04:52:17.303

PX1078-048

**Edwards Lifesciences**

# TAVR P&L (AS only)
*($ in millions)*

| | 2024 Strategic Plan | | | | CAGR | |
|---|---|---|---|---|---|---|
| | 2023A | 2025E | 2027E | 2030E | 3-Yr (24F-27) | 6-Yr (24F-30) |
| **Sales** | 3,881 | 4,580 | 5,747 | 8,387 | **11.3%** | **12.4%** |
| Cost of Sales | 490 | 607 | 778 | 1,159 | 12.2% | 13.2% |
| **Gross Profit** | 3,392 | 3,973 | 4,970 | 7,228 | **11.2%** | **12.2%** |
| Selling, General, & Admin | 511 | 594 | 711 | 911 | 8.6% | 8.6% |
| Research & Development | ██████ | ██████ | ██████ | ██████ | | |
| **Total Operating Expenses** | **849** | **912** | **1,092** | **1,498** | 5.7% | 8.4% |
| **Management Contribution** | 2,543 | 3,061 | 3,878 | 5,730 | **13.0%** | **13.4%** |

**Ratios**

| | | | | |
|---|---|---|---|---|
| GP % | 87% | 87% | 86% | 86% |
| SG&A as a % of sales | 13% | 13% | 12% | 11% |
| R&D as a % of sales | ████ | ████ | ████ | ████ |
| OPEX as a % of sales | 22% | 20% | 19% | 18% |
| Contribution Margin | 66% | 67% | 67% | 68% |

### *P&L Highlights*

- Top 3 P&L Highlights

- XXXXXXXXXXXXXXXXXXXXXXXXXXXXX
  XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

- XXXXXXXXXXXXXXXXXXXXXXXXXXXXX
  XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19

PX1078-049

LPO                                                                                          **Edwards Lifesciences**

# Aortic Regurgitation is a Deadly Disease That Goes Untreated

**US ssAR In-System TAM (65+ years old) of ~100k; Ratio of Severe AR to Severe AS is ~20%**



*15% of trial patients under 65; alignment w/ TAVR guidelines*

**~118,000**
*Patients w/ severe symptomatic Aortic Regurgitation (ssAR)*

*40% - 60% patients ineligible due to comorbidities and / or anatomical exclusion*

**~100,000**
*Patients with ssAR who are 65+*

*40% - 60% patients are lower risk, likely to receive surgical treatment*

**~40,000 –60,000**
*Eligible for transcatheter procedure*

**Implies a ▮▮▮▮ opportunity in the US**

**~16,000–24,000**
*Extreme & high-risk patients*

**Significant Undertreatment of <u>Diagnosed</u> ssAR[1]**

**Treatment within 1-year of diagnosis**



Untreated **74%**

Treated with SAVR **26%**

**High mortality if left untreated**

**1-year mortality rate of diagnosed ssAR patients[1]**

**24%**

*No other therapy options outside surgery to date*

**9%**   **7.8%**

Medical Management    SAVR    JenaValve Trilogy2

(1) Thourani et al. Treatment Patterns, Disparities, and Management Strategies Impact Clinical Outcomes in Patients with Symptomatic Severe Aortic Regurgitation. Structural Heart. 2021. (2) ALIGN-AR 1-year all-cause mortality (N=180)
Abbreviations: PPMI = permanent pacemaker implantation; PVL = paravalvular leak; TAVR = transcatheter aortic valve replacement; THV = transcatheter heart valve; ViRing = valve-in-surgical ring; ViV = valve-in-valve

20

PX1078-050

**Slide 20**

---

**LP0**    Do you have a source to cite for the box on the left?
Linda Park, 2024-08-06T04:52:42.760

**Mailer**

# Acquisition of Both Dedicated AR Technologies Enables Edwards to Lead the Therapy and Deliver a Strong Value Proposition to Patients

| Speed to Market | Potential for Long-Term Differentiation |
|---|---|

 **JenaValve Trilogy**

 **JC Medical J-Valve**

**Value Proposition:**
- 1st dedicated AR product in US market (target Q4 2025)
- Compelling clinical evidence
- Large open cells for future coronary access

**Value Proposition:**
- 5 sizes to treat larger annuli
- Bovine pericardium
- Low profile frame for future coronary access

**Clinical Experience:**
- ALIGN-AR pivotal IDE: N=180, 1-year follow-up, 20 US sites
- Approx. 600 total patients in PMA, CAP, and AS

**Clinical Experience:**
- EFS: N=15, 30-day follow-up, 5 US sites
- Compassionate use experience: N=■, 30-day follow-up, 3 US & 2 Canada sites

PX1078-052

## As the Pioneers And Global Leaders in TAVR, We Are Best Positioned to Bring These Technologies to Patients in a High-Quality Way

**Now the hard work begins…**   

**We expect this journey to be like TAVR-AS**



| SAPIEN | SAPIEN XT | SAPIEN 3 | SAPIEN 3 Ultra | SAPIEN 3 Ultra RESILIA | SAPIEN X4 |

| **Technology Iteration** | **Clinical Evidence Generation** | **Training for Best-in-Class Patient Outcomes** |

PX1078-053

**Mailer**

# Our Strategy is to be First to Market in US and Lead Therapy for AR Patients Globally Through A Robust Future Portfolio

## AR Strategy

> **Speed to Market:**
  - Bring Gen 1 (Trilogy) to US market ASAP
  - *Acceptance that there will be a multi-year plan to transition to Edwards Quality Management System is critical to success*

> **Rapid learning to inform Gen 2:**
  - Decide whether or not to move forward with J-Valve IDE

  > **Stabilize commercial platform:**
    - Improve manufacturing & COGS

  > **Durable Leadership:**
    - Deliver best Gen 2 dedicated AR system
    - Design effective market development strategy

### Key Risks

> **Trilogy valve durability testing does not support Q4'25 FDA approval or significant redesign required**

> **Inability to scale manufacturing**

> **Investment and resources for market development is greater than anticipated**

**Near Term** → **Mid-Term** →

Abbreviations: AR = aortic regurgitation; COGS = cost of goods sold; FDA = Food & Drug Administration; IDE = investigational device exemption

**CONFIDENTIAL**    23

PX1078-054

Edwards Lifesciences

# With an Aortic Regurgitation Platform and 20 Years of TAVR Experience We Can Lead and Build the Market



## US & EU Commercial Sales ($M)[1]

- Expanded Size Range (Gen 2)
- Initial Size Range (Gen 1)

opportunity in 2030

**Opportunity dependent on device performance & treatable patient population**

**ASSUMPTIONS**

- **Gen 2** product launch in 2028 results in **incremental 20% patients** with expanded size range
- Includes **ability to scale** manufacturing to meet volumes in early years
- Indication expansion and market development not included
- **Premium ASP** at launch; 1% YoY pricing decline

**Leverage our High-Touch Service Model, In-System Patient Activation and Surgical Portfolio to Develop the Market**

Abbreviations: ASP = average selling price; TAVR = transcatheter aortic valve replacement

24

PX1078-055

Edwards Lifesciences

# How to make room for AR

PX1078-056

Edwards Lifesciences

# Instructions for Your Summary Slide

- **No specific visual prescribed, but include a succinct three-point strategy summary including key risks**

-

PX1078-057

**Edwards Lifesciences**

# We Expect a ███ Edwards AS Opportunity by 2030



- **In order to double the Edwards TAVR opportunity by 2030, we must focus on the following:**

  - ████████████████████████████████

  - Execute all 3 Strategic regions' unique strategies

  - Near-term: indication expansion into ████████

  - New technology and our high-touch service model to protect price and share

  - Longer-term: indication expansion into █████████

- **Adjacent opportunity in the Aortic Regurgitation space for future growth [==to be updated==]**



~ ███████
**by 2030[1]**

(1) 2024-30 THV Strategic Plan Sub 3; AS only

Edwards Confidential — For Internal Use Only. Do     reproduce or distribute.

27

PX1078-058



# Edwards

Helping Patients is Our Life's Work, and *life is now*

28

PX1078-059

Edwards Lifesciences

# Strat Plan Schedule – July to September

BOD Strat Plan Presentation:

35 minutes with 10 minutes discussion
BZ request to keep content to ~10 slides



**NOTE:** Potential for 2nd BOD Preview after August SLT to be scheduled as needed

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

5

PX1078-060

**Edwards Lifesciences**

# Global TAVR Opportunity Expected

Check sub 3/fcst 7

**MKT**

### Global Market TAVR Opportunity

**Sales by Region[1]**

Greater China 4%
ROW 10%
Japan 6%
EU 27%
US 53%

2024-30 CAGR

Greater China 8%
ROW 14%
Japan 8%
US 44%
EU 26%

  **US & JPN:** Significant SAS opportunity as therapy penetration remains low

**EU:** Remains significant contributor; highly competitive market

**Greater China:** Growing reimbursement at the provincial / city level expected to drive patient growth

 **APAC:** Reimbursement expansion and therapy dev. are biggest growth drivers

 **EEMEAC:** Select countries that support innovation drive growth

 **LATAM:** High growth countries with price sensitive market pressures

(1) 2024-30 THV Strategic Plan Sub 3; AS only

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

30

PX1078-061

**Edwards Lifesciences**

# TAVR Growth with AR

**Global EW** TAVR Revenue[1] ($M) 



| | YOY Growth | | | | | |
|---|---|---|---|---|---|---|
| YOY Growth | | 12.4% | 13.4% | 14.2% | 14.9% | 13.7% |

**US EW** TAVR Revenue[1] ($M) 



| | YOY Growth | | | | | |
|---|---|---|---|---|---|---|
| YOY Growth | | 9.4% | 9.8% | 10.2% | 11.9% | 9.9% |

▧ AS Revenue    ▧ Incremental AR Revenue    **%** YOY Incremental Growth with AR

CONFIDENTIAL    31

PX1078-062

**Edwards Lifesciences**

| Global THV - AS+AR | 2025 E | 2026 E | 2027 E | 2028 E | 2029 E | 2030 E |
|---|---|---|---|---|---|---|
| **P&L ($M)** | | | | | | |
| **Sales** | **4,604** | **5,174** | **5,869** | **6,704** | **7,700** | **8,753** |
| Gross Profit | 3,975 | 4,440 | 5,005 | 5,759 | 6,588 | 7,491 |
| R&D Expense | ■ | ■ | ■ | ■ | ■ | ■ |
| SG&A Expense | 613 | 693 | 767 | 841 | 917 | 1,009 |
| Total OPEX | 980.6 | 1,098 | 1,223 | 1,384 | 1,555 | 1,748 |
| **Mgmt Contribution** | **2,994** | **3,342** | **3,782** | **4,375** | **5,033** | **5,743** |
| **Ratios** | | | | | | |
| GP% | 86.3% | 85.8% | 85.3% | 85.9% | 85.6% | 85.6% |
| **R&D as a % of sales** | ■ | ■ | ■ | ■ | ■ | ■ |
| **SG&A as a % of sales** | **13.3%** | **13.4%** | **13.1%** | **12.5%** | **11.9%** | **11.5%** |
| Contribution Margin | 65% | 65% | 64% | 65% | 65% | 66% |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sales growth** | | **12.4%** | **13.4%** | **14.2%** | **14.9%** | **13.7%** |
| R&D growth | | ■ | ■ | ■ | ■ | ■ |
| SG&A growth | | 13.1% | 10.6% | 9.6% | 9.0% | 10.0% |
| Opex Growth | | 12.0% | 11.4% | 13.2% | 12.3% | 12.4% |
| Contribution growth | | 11.6% | 13.2% | 15.7% | 15.0% | 14.1% |
| Leverage Ratio | | 0.94 | 0.98 | 1.10 | 1.01 | 1.03 |

CONFIDENTIAL    32

PX1078-063



**Edwards Lifesciences**

# The AR Opportunity is Anticipated to be ~7% of Total US TAVR Sales by 2030, Contributing >$950M Over the Strat Plan Horizon

## EW AR Opportunity[1]



>$950M
Cumulative Revenue over
Strat Plan Horizon

$330M

2030 Revenue

Procedures[2]

Launch Gen 1

Launch Gen 2
(+20% Expanded Size Range)

2024   2025   2026   2027   2028   2029   2030

## EW AS and AR Opportunity



~$4.5B

~7% of total TAVR revenue

~$2.7B

9%
'24-'30 CAGR

2024              2030

■ Aortic Stenosis  ■ Aortic Regurgitation

(1) Source: 2024-30 THV Strategic Plan Sub 3 – AR Opportunity; Revenue includes clinical units (2) Commercial procedures only

CONFIDENTIAL    33

PX1078-064

Edwards Lifesciences

# We Must Defend our Leadership Position and Price Globally

**2023 EW Market Share by Revenue ($) and ASP ($K)**



Global — ~64% — $24

US — ~74% — $30

EU — ~51% — $16

Japan — ~70% — $28

Gr. China† — ~18% — $23*

APAC — ~56% — $19

EEMEAC* — ~55% — $18

LATAM — ~46% — $18

†Share based on Units = ~10%
*Net ASP includes Hong Kong ASP >$30k (very low volume)

*EEMEA: 39% / $17.8, Canada: 73% / $18.1

**Expression of the portfolio must take into account regional market position, ASP and competitive dynamics**

Source: 2024-30 THV Strat Plan Sub 3

34

PX1078-065

## US Opportunities Focus on Accelerating Patient Activation Efforts for ███████████

### US

 Optimization of direct-to-patient marketing to increase urgency
- **Opportunity to increase referrals in targeted markets**

 **Fortify market share and protect pricing with new technology**

 Scaling Edwards ENACT Patient Activation Program
- **Opportunity to capture mindshare and increase treatment**

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

PX1078-066

**Edwards Lifesciences**

# Japan Opportunities Focus on Guidelines, New Technology and Initiating Patient Activation Efforts

## JAPAN

 Low TAVR utilization in patients < 80 years
- **Opportunity to revise guidelines**

 **Share opportunity with new technology**

 Focus on understanding the patient journey and **validating the in-system opportunity**
- Investigator initiated study in-process to **identify AS patients within echo database**

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

PX1078-067

Edwards Lifesciences

# Europe is Focused on Treatment and Reimbursement Constraints While Leveraging New Technology to Reverse Share & Price

**EU** 



 **Capacity and willingness to treat** result in waiting lists



**Share and pricing opportunity with new technology introduction**



 Strategy is focused on **government / policy to influence reimbursement** and healthcare spending

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

37

PX1078-068

Edwards Lifesciences

# New Technology Combined with a Dual Portfolio Strategy Supports a High Growth Opportunity in China

## Greater China



**Share opportunity with new technology and dual portfolio strategy**

- Enables improved site footprint and optimized pricing structure



Focus on **pursuing favorable reimbursement** and **initiating market development** pilots

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

PX1078-069

Edwards Lifesciences

# Key Priorities for AR Will Be Supported by Governance and Team Structure That Enables Speed

 **Establish AR Therapy and Create Sustainable Leadership**

 We are designing an operating model that will include a Heavy Weight team to lead AR exclusively made up of key talent within the BU

**1** Integrate and support existing commitments

**2** Commercialize the therapy in the US

**3** Utilize both technologies to drive innovation and long-term leadership

 **TAVR**

 **AS**

 **AR**





## Operating Model Needs

> Ensure resources and focus remain properly allocated to support new market & technology launch

> Speed of innovation mindset to rapidly learn and pivot

> Leverage expertise in TAVR while respecting differences of AR disease and business maturity

**Edwards Lifesciences**

# Scaling ENACT Program is Not a Silver Bullet But Can be Transformational And Capture Mindshare

Edwards
# ENACT
Patient Activation Program

## Must Haves for Success



**Motivated champions at center**



**Capacity at center**



**EW as a trusted & engaged partner**



**AI Platform**

*Real time AS patient identification*



**Service**

*Dedicated support to increase engagement*



**Rebate**

*Neutralize cost of egnite subscription*

**Commercial Program Launched in July with aspirational goal of 100 centers contracted by year-end**

Abbreviations: AI = artificial intelligence; AS = aortic stenosis; EW = Edwards Lifesciences

40

PX1078-071

**Edwards Lifesciences**

# Key Pilot Learning: Real-time Insights + Engagement Moves Heart Teams to Take Action and Identify Patients for Treatment

## Bayhealth (DE)

**SMALL, RURAL HOSPITAL** 

**~50**
TAVR cases annually*

**~240**
in-system patients identified [†1]

**22%**
H1 YoY Growth[2]

## St. Elizabeth (KY)

**MIDSIZE, SUBURBAN HOSPITAL** 

**~90**
TAVR cases annually*

**~200**
in-system patients identified [†1]

**23%**
H1 YoY Growth[2]

## Morristown (NJ)

**LARGE, URBAN HOSPITAL** 

**~380**
TAVR cases annually*

**~1,450**
in-system patients identified [†1]

**37%**
H1 YoY Growth[2]

*Edwards TAVR cases
†Includes patients diagnosed with severe or moderate-to-severe aortic stenosis on echo by a cardiologist, not palliative, not expired, not yet treated with AVR, not lost to follow-up (in-system encounters in last 300 days), not dismissed from CardioCare platform
Source: (1) Site-specific data derived from egnite's CardioCare platform, reflects active in-system patient encounters from 2021 – 2023Q2 (2) Edwards sales data

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

PX1078-072

**Edwards Lifesciences**

# Simultaneously Solving the System Capacity Issues Is Critical to Maximizing Patient Activation Efforts

ISSUE










| MIND SHARE | RESOURCES | PROFITABILITY | INFRASTRUCTURE |
|---|---|---|---|

Physician want to grow their programs, but they **lack time** to move patients along the pathway

Sites have **limited resources** to pull patients from referrers and treat additional patients outside their typical cadence

TAVR is **perceived** to have an **unfavorable profit margin**, hence limiting sites' growth mindset

Sites have patients waiting to be treated but have a **shortage of room and bed capacity**

**Capacity challenges are diverse and complex, requiring a case for TAVR investment targeted at the right stakeholders**

PX1078-073

Edwards Lifesciences

# Our Engagement Is Designed to Optimize Targeting, Messaging, and Channel Mix to Maximize Impact



**Currently running a program in 12 markets**



1. **Refined Targeting**

2. **Bold and Unified Messaging**

3. **Optimization of Channel and Frequency**

43

PX1078-074

Edwards Lifesciences

# New IPG Campaign Has Resulted in a Lift in Referrals in Targeted US Markets



**Campaign Focus[1]:** 11 Designated Market Areas

**Engagement Metric**

Referral growth rate of IPG Markets vs. Rest of Nation for current vs. prior time period

**Results**

*Referral growth*

**+2.5%[2]** **vs.** **+5.6%[3]**
Control markets      IPG markets

**~3 ppts** Increase in Patient Referrals Over Control

(1) Campaign from Sep 2023 to Mar 2024
(2) Based on internal view of calibrated / adjusted claims data. External view of Control Markets growth is +1.5%
(3) Based on external assessment. Internal view for IPG markets growth is +4.0%

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

Edwards Lifesciences

# Market Growth Opportunity with an Expansion into Aortic Regurgitation





**US ssAR In-System TAM (65+ years old) of ~100k; Ratio of Severe AR to Severe AS is ~20%**

- ~118,000 — Patients w/ severe symptomatic Aortic Regurgitation (ssAR)
- ~100,000 — Patients with ssAR who are 65+
- ~40,000 – 60,000 — Eligible for transcatheter procedure
- ~16,000 – 24,000 — Extreme & high-risk patients

*15% of trial patients under 65; alignment w/ TAVR guidelines*

*40% - 60% patients ineligible due to comorbidities and / or anatomical exclusion*

*40% - 60% patients are lower risk, likely to receive surgical treatment*

**Implies a ▮ opportunity in the US**



**EW AR Opportunity**

▮ **US opportunity in 2030**

**Opportunity dependent on device performance & treatable patient population**

**Gen 1 (JenaValve)**
- Establish TAVR for AR patients
- In-clinic experience to inform Gen 2 and indication expansion strategy

**Gen 2 (J-Valve)**
- +20% patient population with expanded size range
- Potential to expand into lower risk Severe AR patients

| 2026 | 2027 | 2028 | 2029 | 2030 |

**xxx**

Abbreviations: AR = aortic regurgitation; AS = aortic stenosis; ssAR = symptomatic severe aortic regurgitation; TAM = total available market; TAVR = transcatheter aortic valve replacement

CONFIDENTIAL

PX1078-076

**Original (US only)**



# With an Aortic Regurgitation Platform and 20 Years of TAVR Experience We Can Lead and Build the Market

## US Commercial Procedure & Site Growth[1]



| | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|
| Sites | 65 | 130 | 210 | 310 | 420 |
| Revenue ($M) | $54 | $104 | $159 | $281 | $323 |

**opportunity in 2030**

Opportunity dependent on device performance & treatable patient population

### ASSUMPTIONS

- **Gen 1** assumes ~2 cases per site per month on average
- **Gen 2** product launch in 2028 results in **incremental 20% patients** with expanded size range
- Includes **ability to scale** manufacturing to meet volumes in early years
- Indication expansion and market development not included
- **Premium ASP** at launch; 1% YoY pricing decline

**Leverage our High-Touch Service Model, In-System Patient Activation and Surgical Portfolio to Develop the Market**

(1) Internal THV Model – Aortic Regurgitation
Abbreviations: ASP = average selling price; TAVR = transcatheter aortic valve replacement

46

PX1078-077

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1085



**chatroom:**

## chat transcript

Chat description: Original chat name: +

| | |
|---|---|
| **Chat type** | IMessage/Sms |
| **Private chat** | no |
| **Transcript timezone** | (UTC) Coordinated Universal Time |
| **Transcript start** | 2024-05-22 15:08:38 |
| **Transcript end** | 2024-05-22 15:43:06 |
| **Transcript participants** 4 | |
| **Initial participants** | Larry Wood █████ ); Don Bobo ( █████ ); Don Bobo █████ ); Don Bobo █████ |

| Timestamp | Sender | Recipients | | Message text |
|---|---|---|---|---|
| 2024-05-22 15:08:38 | Larry Wood ( █████ ) | Larry Wood ( █████ ; Don Bobo █████ ); Don Bobo █████ | ; Don Bobo | Can we put a pill in the deal that if doj rejects we get a license to the IP for █ ? |
| 2024-05-22 15:43:06 | Don Bobo ( █████ ) | Larry Wood █████ ); Don Bobo ( █████ ; Don Bobo █████ | ; Don Bobo | Was unable to pre-bake a term but, if we hit a rejection point, there will be another chance |

| Nickname | Name | Surname | E-mail | Source PID | Type |
|---|---|---|---|---|---|
| | Larry Wood | | | | |
| | Don Bobo | | | | |
| | Don Bobo | | | | |
| | Don Bobo | | | | |

Message

| | |
|---|---|
| **From**: | Bernard Zovighian [Bernard_Zovighian@edwards.com] |
| **Sent**: | 3/1/2025 4:23:38 PM |
| **To**: | Mark Wilterding [Mark_Wilterding@edwards.com] |
| **CC**: | Scott Ullem [Scott_Ullem@edwards.com]; Robert Cook [Robert_Cook@edwards.com] |
| **Subject**: | RE: 2026 Preliminary Financial Modeling |

Thanks Mark. Let's connect this week. I asked Lisa also.
Bernard

**From:** Mark Wilterding <Mark_Wilterding@edwards.com>
**Sent:** Friday, February 28, 2025 7:54 PM
**To:** Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Cc:** Scott Ullem <Scott_Ullem@edwards.com>; Robert Cook <Robert_Cook@edwards.com>
**Subject:** RE: 2026 Preliminary Financial Modeling

Thanks again for the careful review and follow up questions, Bernard.

I agree with your list of things to discuss with the team and am anxious to hear how you're thinking about ▮▮▮▮▮ ▮▮▮ ▮▮▮ – that would help ease some of the headwind.

I can get to ▮▮▮ with ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮.

Yes, we should start to see some of the right sizing benefit.

I'll connect with Lisa to set up some time to discuss further on Teams.

Have a good night, Mark

**From:** Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Sent:** Friday, February 28, 2025 6:29 PM
**To:** Mark Wilterding <Mark_Wilterding@edwards.com>
**Cc:** Scott Ullem <Scott_Ullem@edwards.com>; Robert Cook <Robert_Cook@edwards.com>
**Subject:** RE: 2026 Preliminary Financial Modeling

Looks great team … really appreciate. It is very clear.
Few observations:
- Good baseline assumptions: top line growth, SG&A and R&D ratio, operating margin as modeled
- Things to discuss with team
o  TAVR growth with NCD
o  Jenavalve burn … we need a different plan with less burn
o
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

And separate question, Q1 this year we should start to feel the full impact of the right sizing correct?

Let's try to connect over TEAMS (incl Don) before sharing to a broader group.

Thanks

CONFIDENTIAL TREATMENT REQUESTED

**From:** Mark Wilterding <Mark_Wilterding@edwards.com>
**Sent:** Friday, February 28, 2025 6:15 PM
**To:** Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Cc:** Scott Ullem <Scott_Ullem@edwards.com>; Robert Cook <Robert_Cook@edwards.com>
**Subject:** 2026 Preliminary Financial Modeling

Bernard,

Please see below for our preliminary 2026 financial outlook and summary P&L, which we can use to help us prepare for Strat Plan messaging.

Scott, Rob and I worked through this analysis and are aligned on the key assumptions. Our primary goal was to deliver on the guidance we provided at our December Investor Conference – i.e., ███████████████
███████████████. Depending on where 2025 EPS lands, this will require **2026 EPS of at least** ███, including the impact of M&A.

Here is a summary of our 2026 modeling assumptions:

- **Sales**: BU performance based on FP&A estimates. Please note, we have not socialized this with BUs, regions or corporate strategy
  - Total company: ███ / TAVR ███ / TMTT ███ / Surgical ███ / IHFM ███
- **Acquisition Impact**: Per JenaValve management and corporate strategy, operating burn and lost interest income from JenaValve, ███████████ are expected to be approximately ███, or a ███ EPS headwind *(last table below)*
- **Spending:** The acquisition impact leaves room for virtually no spending growth in our base operations to achieve 2026 EPS of ███
- **Tax**: Excluding any potential legislation, our tax rate will increase from ███████████, or a ███ EPS headwind
- **FX**: For the purposes of this analysis, we assumed FX rates remain unchanged
- **Other:** Spend buffer (███) and ELT Pool (███) need to be funded, but are flat growth compared to 2025. EIP assumed back to ███ at AOP (not ███ like in 2025)

Here are several opportunities we are still exploring:

- How much can we reduce R&D spending through our focused R&D spending prioritization efforts
- What integration efficiencies can we achieve
- Blackstone off P&L option

Finally, here is a 2026 summary P&L:

| $mm | 2025 AOP | 2026 FP&A | Y/Y Change | Acquisitions* | 2026 w/ Acq. |
|---|---|---|---|---|---|
| TAVR | | | | | |
| TMTT | | | | | |
| Surgical | | | | | |
| IHFM | | | | | |
| Total Sales | | | | | |
| | | | | | |
| SG&A | | | | | |
| R&D | | | | | |
| Total Opex | | | | | |



| | |
|---|---|
| Interest Income | |
| EPS | |
| SG&A / sales | |
| R&D / sales | |
| Operating Margin | |

*\* Includes current assumptions for JenaValve, Vdyne, and Vectorious. Additional detail below.*
*\*\* JenaValve sales*

And, a 2025 / 2026 summary of key acquisition metrics:



| $mm | JenaValve | | Vectorious | | Total |
|---|---|---|---|---|---|
| Cash spent in 2025 to acquire / pay milestones | | | | | |
| 2026 Sales | | | | | |
| 2026 SG&A | | | | | |
| 2026 R&D | | | | | |
| 2026 Lost Interest Income | | | | | |
| 2026 Operating Burn + Lost Interest Income | | | | | |
| Per Share Impact | | | | | |

This is a lot to digest over email, but please review at your convenience and let us know if you have any questions – happy to connect when you have time.

Thanks – Mark, Scott and Rob

**Mark Wilterding**
Edwards Lifesciences
office: +1.949.250.6826
mobile: +1.646.515.5698
mark_wilterding@edwards.com
www.edwards.com

CONFIDENTIAL TREATMENT REQUESTED

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1134

---

**Message**

| | |
|---|---|
| **From:** | Mark Wilterding [Mark_Wilterding@edwards.com] |
| **Sent:** | 3/18/2025 12:21:42 AM |
| **To:** | Bernard Zovighian [Bernard_Zovighian@edwards.com]; Scott Ullem [Scott_Ullem@edwards.com] |
| **CC:** | Robert Cook [Robert_Cook@edwards.com] |
| **Subject:** | March MBR Intro - Financial Summary Slides |
| **Attachments:** | MBR Meeting - 03.18.25_Intro.pptx |

Good morning Bernard and Scott,

Please see attached for the financial summary slides, which I'll present to introduce the MBR.

Included in the presentation is a "flash" of the 2026 considerations, in-line with the emails we traded over the weekend.

I'll plan on sharing my screen for this section and then transition control of the rest of the presentation to Christine so the in-room presenters can advance the slides.

Talk more soon, Mark



**From:** Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Sent:** Monday, March 17, 2025 8:38 AM
**To:** Mark Wilterding <Mark_Wilterding@edwards.com>; Scott Ullem <Scott_Ullem@edwards.com>
**Cc:** Robert Cook <Robert_Cook@edwards.com>
**Subject:** RE: 2026 Preliminary Financial Modeling - Realistic & Base Cases

Thanks Mark … what's key is ▮▮▮▮▮ operating margin – we are aligned.

CONFIDENTIAL TREATMENT REQUESTED

Re R&D ratio … we need to manage it step by step and not ▮▮▮▮▮ in 1 year

Bernard

---

**From:** Mark Wilterding <Mark_Wilterding@edwards.com>
**Sent:** Sunday, March 16, 2025 10:51 PM
**To:** Bernard Zovighian <Bernard_Zovighian@edwards.com>; Scott Ullem <Scott_Ullem@edwards.com>
**Cc:** Robert Cook <Robert_Cook@edwards.com>
**Subject:** Re: 2026 Preliminary Financial Modeling - Realistic & Base Cases

One clarification when re-reading, ▮▮▮▮▮▮▮▮▮ FDA submission, not February.

Get Outlook for iOS

---

**From:** Mark Wilterding <Mark_Wilterding@edwards.com>
**Sent:** Sunday, March 16, 2025 10:39 PM
**To:** Bernard Zovighian <Bernard_Zovighian@edwards.com>; Scott Ullem <Scott_Ullem@edwards.com>
**Cc:** Robert Cook <Robert_Cook@edwards.com>
**Subject:** RE: 2026 Preliminary Financial Modeling - Realistic & Base Cases

Thanks for the thorough review and quick reply, Bernard. In response to your questions / comments:

- I agree that ▮▮ and ▮▮▮ of constant currency operating margin will be key in either scenario
- I'll circle up with Rob tomorrow and give some more thought to additional detail we can share in Munich
- o    I'm picturing a slimmed down version of these scenarios with a series of common goals (▮▮ , ▮▮ , ▮▮ .), common assumptions (▮▮▮▮▮▮ ), and several key variables (▮▮▮▮▮▮ )
- ▮▮▮▮▮▮ on track for FDA submission in ▮▮▮▮▮ , so maybe a *small* contribution in 2026 depending on timing, based on what the team has said
- Let us revisit Surgical spend assumptions – ▮▮ seems reasonable; yes to ▮▮▮▮▮▮▮▮▮▮
▮
- Both scenarios (and with/without M&A) offer a strong take on R&D spend. I think the key is to focus on $ not %. With acquisitions both scenarios assume ▮▮
- o    Even if you do prefer to focus on R&D/sales, ▮▮▮▮▮ is several points above our closest competitors when looking at 2024 spend (see below)

Talk more soon, Mark

CONFIDENTIAL TREATMENT REQUESTED

| Company | 2024 Organic Sales Growth | 2024 R&D % of Sales | 2025E Organic Sales Growth Guidance |
|---|---|---|---|
| Edwards | 9.0% | 19.4% | 9.0% |
| J&J | 4.7% (MedTech Only) | 11.6% (MedTech Only) | 2.5% (Total Company) |
| Intuitive Surgical | 17.2% | 13.7% | 14.5% |
| DexCom | 12.0% | 13.7% | 14.0% |
| Boston Scientific | 16.4% | 9.6% | 11.0% |
| Align Technology | 3.5% | 9.1% | Low-single-digits |
| Medtronic | 5.2% | 8.5% | 4.5% |
| Abbott | 9.6% | 6.8% | 8.0% |
| Idexx | 6.0% | 5.6% | 7.5% |
| Stryker | 10.2% | 5.6% | 8.5% |
| Teleflex | 3.1% | 5.3% | 1.5% |
| Cooper Companies | 8.0% | 4.0% | 7.0% |

Sources: Company 10Ks and Press Releases
Notes: 2025E sales growth reflects midpoint of guidance ranges; ISRG guides to Da Vinci procedure growth instead of sales growth

---

**From:** Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Sent:** Sunday, March 16, 2025 10:02 PM
**To:** Mark Wilterding <Mark_Wilterding@edwards.com>; Scott Ullem <Scott_Ullem@edwards.com>
**Cc:** Robert Cook <Robert_Cook@edwards.com>
**Subject:** RE: 2026 Preliminary Financial Modeling - Realistic & Base Cases

Thanks Team. Very well done.
In red my comments
Bernard

---

**From:** Mark Wilterding <Mark_Wilterding@edwards.com>
**Sent:** Sunday, March 16, 2025 9:42 PM
**To:** Bernard Zovighian <Bernard_Zovighian@edwards.com>; Scott Ullem <Scott_Ullem@edwards.com>
**Cc:** Robert Cook <Robert_Cook@edwards.com>
**Subject:** 2026 Preliminary Financial Modeling - Realistic & Base Cases

Good morning Bernard and Scott,

Hope you both made it to Munich with no issues.

Following our call last week, we wanted to provide you with two updated views of the 2026 financial outlook. The first is the "realistic" case, incorporating the feedback you provided. The second is a refreshed view of the "base" case. Both get us to ▇▇▇ in 2026. That's key together with operating margin ▇▇▇.

Please let us know if you have any questions, and we look forward to finding time to review with you live. I wasn't planning to reference either cases or specific 2026 numbers in the MBR tomorrow afternoon, with the exception of some high level thoughts on the slide below. Please let me know if you're okay with this approach. Might be good to flash it in order to align everyone ahead of strat plan/AOP. Obviously this is just modelling so we can decide to prioritize other things.

"Realistic" Model

Assumptions:
• **Sales**: Total company: ▇▇▇ / TAVR ▇▇▇ (early TAVR) / TMTT ▇▇▇ (M3 US/EU) / Surgical ▇▇▇ / IHFM ▇▇▇

EW-FTC-10915892

PX1134-003

- **Acquisition Impact**: ███████████████████. Assume JenaValve synergies reduce operating expenses and lost interest income from ████████. JenaValve and Vectorious in this case are an approximately ███ EPS headwind *(see table below)*
- **Spending:** Updated spend assumptions by group. Total company growing ████████████████████

  ████

  ○ TAVR Opex (excl. Jena): ███ growth / TMTT ███ / Surgical ████████████████████ ███ / IHFM ███ / Enabling Functions ███ (████████████████████ ██████████████
  ○ Split between R&D and SG&A dependent on outcome of R&D pipeline prioritization
- **Tax**: Excluding any potential legislation, our tax rate is forecasted to increase from ████████████ or a ████ EPS headwind
- **FX**: For the purposes of this analysis, we assumed FX rates remain unchanged, with potential for volatility
- **Other:** Spend buffer (███) and ELT Pool (███) need to be funded, but are ████████ compared to 2025. EIP assumed back to ███ at AOP (not ███ like in 2025) Looks good for now

| $mm | 2025 AOP | 2026 FP&A | Y/Y Change | Acquisitions* | 2026 w/ Acq. |
|---|---|---|---|---|---|
| TAVR | | | | | |
| TMTT | | | | | |
| Surgical | | | | | |
| IHFM | | | | | |
| Total Sales | | | | | |
| | | | | | |
| SG&A | | | | | |
| R&D | | | | | |
| Total Opex | | | | | |
| | | | | | |
| Interest Income | | | | | |
| | | | | | |
| EPS | | | | | |
| | | | | | |
| SG&A / sales | | | | | |
| R&D / sales | | | | | |
| Operating Margin | | | | | |

\* Includes current assumptions for JenaValve and Vectorious. Additional detail below.
\*\* JenaValve sales

I wonder if R&D at ████████████████ is too low ... we want to be there in 2 years not 1 year ████████████ ███. How can we adjust?

Acquisition details:

| $mm | JenaValve | Vectorious | Total |
|---|---|---|---|
| Cash spent in 2025 to acquire / pay milestones | ███ | ███ | ███ |
| | | | |
| 2026 Sales | | | |
| | | | |
| 2026 SG&A | | | |
| 2026 R&D | | | |
| 2026 Lost Interest Income | | | |

EW-FTC-10915893

PX1134-004

| | |
|---|---|
| 2026 Operating Expenses + Lost Interest Income | ███████████████████ |
| Per Share Impact | ███████████████████ |

---

## "Base" Model

Assumptions:
- **Sales**: Total company: ████████████████████
- **Acquisition Impact:** ████████████ . No JenaValve synergies assumed. JenaValve and Vectorious in this case are an approximately ███ EPS headwind *(see table below)*
- **Spending:** Total company growing ███ excluding acquisitions, and ███ including
- **Tax**: no change versus realistic model
- **FX**: no change versus realistic model
- **Other:** no change versus realistic model



| $mm | 2025 AOP | 2026 FP&A | Y/Y Change |
|---|---|---|---|
| TAVR | | | |
| TMTT | | | |
| Surgical | | | |
| IHFM | | | |
| Total Sales | | | |
| | | | |
| SG&A | | | |
| R&D | | | |
| Total Opex | | | |
| | | | |
| Interest Income | | | |
| | | | |
| EPS | | | |
| | | | |
| *SG&A / sales* | | | |
| *R&D / sales* | | | |
| *Operating Margin* | | | |

\* *Includes current assumptions for JenaValve and Vectorious. Additional detail below.*
\*\* *JenaValve sales*

Acquisition details:

| $mm | JenaValve | Vectorious | | Total |
|---|---|---|---|---|
| Cash spent in 2025 to acquire / pay milestones | | | | |
| | | | | |
| 2026 Sales | | | | |
| | | | | |
| 2026 SG&A | | | | |
| 2026 R&D | | | | |
| 2026 Lost Interest Income | | | | |

| 2026 Operating Expenses + Lost Interest Income | ████████████████ |
|---|---|
| Per Share Impact | ████████████████ |

_____

**Proposed Slide in MBR Presentation**

Edwards Lifesciences

# Update on 2026 Financial Guidance

- Priority remains operational execution within 2025, but given time required to achieve change, 2026 financial and strategic portfolio coming into focus as we aim to deliver on a multi-year success story

- Will provide preliminary 2026 spending growth guidance in coming weeks to ensure that the 7-year strategic planning process is grounded in realistic financial assumptions

- Need to deliver on commitments from December Investor Conference – i.e., operating margin expansion and EPS growth at least comparable to sales growth

- M&A opportunities will drive industry high R&D even higher; will require robust internal portfolio review to be incorporated within Strat Plan process

**From:** Mark Wilterding <Mark_Wilterding@edwards.com>
**Sent:** Friday, February 28, 2025 6:15 PM
**To:** Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Cc:** Scott Ullem <Scott_Ullem@edwards.com>; Robert Cook <Robert_Cook@edwards.com>
**Subject:** 2026 Preliminary Financial Modeling

Bernard,

Please see below for our preliminary 2026 financial outlook and summary P&L, which we can use to help us prepare for Strat Plan messaging.

Scott, Rob and I worked through this analysis and are aligned on the key assumptions. Our primary goal was to deliver on the guidance we provided at our December Investor Conference – i.e., operating margin expansion and EPS at least comparable to sales growth. Depending on where 2025 EPS lands, this will require **2026 EPS of** ████████, including the impact of M&A.

Here is a summary of our 2026 modeling assumptions:

- **Sales**: BU performance based on FP&A estimates. Please note, we have not socialized this with BUs, regions or corporate strategy
   o       Total company: ▇▇ / TAVR ▇▇ / TMTT ▇▇ / Surgical ▇▇ / IHFM ▇▇
- **Acquisition Impact**: Per JenaValve management and corporate strategy, operating burn and lost interest income from JenaValve, ▇▇ and Vectorious are expected to be approximately ▇▇, or a ▇▇ EPS headwind *(last table below)*
- **Spending:** The acquisition impact leaves room for virtually no spending growth in our base operations to achieve 2026 EPS of ▇▇
- **Tax**: Excluding any potential legislation, our tax rate will ▇▇▇▇▇▇▇▇, or a ▇▇ EPS headwind
- **FX**: For the purposes of this analysis, we assumed FX rates remain unchanged
- **Other:** Spend buffer (▇▇) and ELT Pool (▇▇) need to be funded, but are flat growth compared to 2025. EIP assumed back to ▇▇ at AOP (not ▇▇ like in 2025)

Here are several opportunities we are still exploring:

- How much can we reduce R&D spending through our focused R&D spending prioritization efforts
- What integration efficiencies can we achieve
- Blackstone off P&L option

Finally, here is a 2026 summary P&L:

| $mm | 2025 AOP | 2026 FP&A | Y/Y Change | | Acquisitions* | 2026 w/ Acq. |
|---|---|---|---|---|---|---|
| TAVR | | | | | | |
| TMTT | | | | | | |
| Surgical | | | | | | |
| IHFM | | | | | | |
| Total Sales | | | | | | |
| | | | | | | |
| SG&A | | | | | | |
| R&D | | | | | | |
| Total Opex | | | | | | |
| | | | | | | |
| Interest Income | | | | | | |
| | | | | | | |
| EPS | | | | | | |
| | | | | | | |
| SG&A / sales | | | | | | |
| R&D / sales | | | | | | |
| Operating Margin | | | | | | |

*\* Includes current assumptions for JenaValve, ▇▇ and Vectorious. Additional detail below.*
*\*\* JenaValve sales*

And, a 2025 / 2026 summary of key acquisition metrics:

| $mm | JenaValve | ▇▇ | Vectorious | | Total |
|---|---|---|---|---|---|
| Cash spent in 2025 to acquire / pay milestones | | | | | |
| | | | | | |
| 2026 Sales | | | | | |
| | | | | | |

| 2026 SG&A | |
| 2026 R&D | |
| 2026 Lost Interest Income | |
| 2026 Operating Burn + Lost Interest Income | |
| Per Share Impact | |

This is a lot to digest over email, but please review at your convenience and let us know if you have any questions – happy to connect when you have time.

Thanks – Mark, Scott and Rob

**Mark Wilterding**
Edwards Lifesciences
office: +1.949.250.6826
mobile: +1.646.515.5698
mark_wilterding@edwards.com
www.edwards.com

CONFIDENTIAL TREATMENT REQUESTED

# Document Produced in Native

CONFIDENTIAL TREATMENT REQUESTED

# Monthly Business Review (MBR)

**March 18th, 2025**

Edwards

PX1134-010

**Edwards Lifesciences**

# Monthly Business Review

## Goals of MBR

 **Focus on execution of AOP**

 **Forum to debate, strategize, and align on current key issues and tradeoffs**

## Key Upcoming Dates

 **4/10 Next Monthly Business Review**

 **4/11 April Financial Forecast**

 **4/14 Earnings Business Review**

**4/23 Q1 Earnings Call**

2

PX1134-011

# Q1 sales short of AOP; in-line with Forecast 1.5

*($ in millions at budget rates)*

## Q1 Sales



Q1 Guidance:
"Expect Q1 total company year-over-year growth rate to be **below the low end of our full-year guidance ranges** ▮▮▮▮▮▮▮"



3

PX1134-012

Edwards Lifesciences

# February and March tracking to plan despite January shortfall

*($ in millions at budget rates)*



*Q1 Guidance Comment:*
"…the last couple of weeks in December tend to really slow down for patient screening and that **usually gives us a slow start to January**."

4

PX1134-013

**Edwards Lifesciences**

# Europe, U.S. and Japan TAVR driving Q1 downside to AOP

*($ in millions at budget rates)*

| | Total Edwards[1] | | | TAVR AS | | | TMTT | | | Surgical | | | IHFM | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar Fcst | vs. AOP | Und Gr | Mar Fcst | vs. AOP | Und Gr | Mar Fcst | vs. AOP | Und Gr | Mar Fcst | vs. AOP | Und Gr | Mar Fcst | vs. AOP | Und Gr |
| US | 837 | (8) | 6.9% | 662 | (2) | 4.5% | 47 | (1) | 89.4% | 125 | (2) | 2.3% | 1 | (2) | NM |
| Europe | 350 | (11) | 8.5% | 230 | (7) | 4.4% | 62 | (3) | 41.6% | 59 | (1) | (0.9%) | | | |
| EEMEAC | 63 | 7 | 23.8% | 46 | 6 | 23.1% | 4 | (0) | 85.5% | 14 | 1 | 15.1% | | | |
| LATAM | 23 | 1 | 6.9% | 15 | 1 | 0.8% | 1 | 1 | 0.0% | 6 | (0) | 2.1% | | | |
| Japan | 88 | (4) | 1.1% | 71 | (4) | 1.2% | 2 | 0 | 287.4% | 16 | 0 | (7.8%) | | | |
| Asia Pacific | 42 | 0 | 13.8% | 26 | 0 | 14.0% | 1 | 0 | 249.5% | 15 | (0) | 10.6% | | | |
| Greater China | 32 | (0) | 9.8% | 12 | (0) | 8.7% | - | - | 0.0% | 20 | 0 | 10.4% | | | |
| **Total Sales** | **1,436** | **(15)** | **7.8%** | **1,061** | **(7)** | **5.1%** | **116** | **(3)** | **63.4%** | **256** | **(2)** | **2.5%** | **1** | **(2)** | **NM** |



> **Q1 Guidance:**
> *"Expect Q1 TAVR year-over-year growth rates to be **below the low end of our full-year guidance range** of 5% to 7%."*

[1]*Total Edwards includes egnite and AR*

5

PX1134-014

Edwards Lifesciences

# Growth step up in Q2-Q4 exaggerated with slow Q1 start

*($ in millions at budget rates)*



6

# Full-Year March Forecast tracking closely to AOP

*($ in millions at budget rates)*

TAVR AS

TAVR AR

TMTT

Base Surgical

Heart Failure

**Sales**

BU Sales Gross Profit

Spending

**Mgmt Contribution**

**Earnings Per Share**



**Edwards Lifesciences**

PX1134-016

Edwards Lifesciences

# March Forecast spending by ELT Leader
*($ in millions at budget rates)*

| | | | 2025 | | |
|---|---|---|---|---|---|
| | | | March Forecast | Variance to AOP | Growth[1] |
| **BUs** | TAVR - Aortic Stenosis OPEX | Wood/Brüls/Lippis | | | |
| | TAVR - Aortic Regurgitation OPEX | | | | |
| | TAVR[2] | | | | |
| | TMTT[2] | Chopra/Brüls/Lippis | | | |
| | Surgical[2] | Markowitz/Brüls/Lippis | | | |
| | IHFM[2] | Gomez-Thinnes | | | |
| | APTURE | Brinton | | | |
| **Total Business Unit Spend** | | | | | |
| **Enabling Functions** | Global Supply Chain/Quality - Sales Driven (Growth) | Nuzzolese | | | |
| | Global Supply Chain/Quality - Non-Sales Driven | | | | |
| | Total Global Supply Chain/Quality[3] | | | | |
| | IT | Ullem | | | |
| | Irvine Facilities & Services | | | | |
| | Finance + Risk Mgmt | | | | |
| | EMEACLA Group Support | Brüls | | | |
| | Global Human Resources | McCauley | | | |
| | JAPAC Group Support | Lippis | | | |
| | COE + Advanced Tech (ex. APTURE & Vectorious) | Brinton | | | |
| | Legal + Compliance | Pinkston | | | |
| | Public Affairs | Huoh | | | |
| | Corp Dev/Strategy + Customer Solutions[4] | Bobo | | | |
| **Total Enabling Functions[5]** | | | | | |
| | Other Unallocated (Comp Related/Transaction Fees) | | | | |
| **Total Unallocated Spending** | | | | | |
| **Total Spending** | | | | | |

[1]Growth includes indirect Critical Care spend through August 2024  [2]Includes non-sales driven COS spend  [3]Includes GSC HR spend  [4]Excludes Corporate Development transaction fees  [5]Excludes Non-Group Support GSC spend

8

# Update on 2026 Financial Guidance

- Priority remains operational execution within 2025, but given time required to achieve change, 2026 financial and strategic portfolio coming into focus as we aim to deliver on a multi-year success story

- Will provide preliminary 2026 spending growth guidance in coming weeks to ensure that the 7-year strategic planning process is grounded in realistic financial assumptions

- Need to deliver on commitments from December Investor Conference – i.e., operating margin expansion and EPS growth at least comparable to sales growth

- M&A opportunities will drive industry high R&D even higher; will require robust internal portfolio review to be incorporated within Strat Plan process

PX1134-018

**Edwards Lifesciences**

# 2026 Preliminary Financial Modeling and Considerations



| | 2025 AOP | 2026 Preliminary Model | Assumptions/Variables |
|---|---|---|---|
| **Sales Growth** | ■ | ■ | **Realistic: EW** ■ (TAVR ■ / TMTT ■ / Surgical ■ / IHFM ■<br>**Base: EW** ■ (TAVR ■ / TMTT ■ / Surgical ■ / IHFM ■ ) |
| **Spending Growth** *Including Acquisitions* | ■ | ■ | • Assumes **JenaValve** and **Vectorious;** ■<br>• Acquisitions account for:<br>  • ■ of YoY spend growth<br>  • ■ of EPS headwind<br>• R&D dollar spend ■ year-over-year including acquisitions |
| **Operating Margin** | ■ | ■ | ■ expansion annually |
| **Earnings Per Share** | ■ | ■ | EPS growth at least ■ to Sales growth |

*Note: Did not provide specific SG&A and R&D guidance for 2025*

10

**Edwards Lifesciences**

# MBR Topics by group

| TAVR | | |
|---|---|---|
| **U.S.** | **EMEACLA** | **JAPAC** |
| Market growth catalysts update (FDA, guidelines, NCD) | Steps taken to mitigate Q2 concerns ("biggest issue") | China acceleration plan |
| EARLY TAVR amplification strategy (including first 30 days post-indication) | Growth plan in Germany ████, new centers, ████) | Japan growth plan |
| SMART 2-year pulse check and next steps | France growth plan ████, new centers, ████ | APAC acceleration (e.g., ANZ and update on March public-sector launch) |
| ████████████ | ████████████████ ) | |

| SURGICAL | | |
|---|---|---|
| **U.S.** | **EMEACLA** | **JAPAC** |
| 2025 outlook versus year-to-date trends (across all three regions) | | |
| Amplifying differentiated platforms | EEMEA expansion plans | MITRIS adoption plan in China; defining upside to AOP |
| ████████ | ████████ | |

| TMTT | | |
|---|---|---|
| **U.S.** | **EMEACLA** | **JAPAC** |
| EVOQUE roll-out update (████████ ████████ ) | Roadmap on "pilot" PASCAL / EVOQUE tactics to drive incremental sales | |

| IHFM | | |
|---|---|---|
| Define 2025 plan to position IHFM to contribute ████ growth in 2026; stage gates to unlock ████ | | |

11

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1137

---

Message

| | |
|---|---|
| **From:** | Don Bobo [Don_Bobo@edwards.com] |
| **Sent:** | 8/25/2024 6:07:08 PM |
| **To:** | Bernard Zovighian [Bernard_Zovighian@edwards.com]; Scott Ullem [Scott_Ullem@edwards.com] |
| **Subject:** | Re: SLT Presentation Aug 2024_Final.pptx |
| **Attachments:** | SLT Presentation Aug 2024_Final.pptx |

Get Outlook for iOS

**From:** Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Sent:** Saturday, August 24, 2024 3:26:57 PM
**To:** Scott Ullem <Scott_Ullem@edwards.com>; Don Bobo <Don_Bobo@edwards.com>
**Subject:** RE: SLT Presentation Aug 2024_Final.pptx

Comments in yellow Scott
Especially leaving SLT with confidence

**From:** Scott Ullem <Scott_Ullem@edwards.com>
**Sent:** Saturday, August 24, 2024 9:48 AM
**To:** Don Bobo <Don_Bobo@edwards.com>; Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Subject:** SLT Presentation Aug 2024_Final.pptx

I'll work on rationalizing the stock section per Bernard's request.

Scott

CONFIDENTIAL TREATMENT REQUESTED

**Document Produced in Native**

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882

PX1137-002



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-003

**Edwards Lifesciences**

# My professional word cloud for the last 3 weeks



2

EW-FTC-10002882.pptx

PX1137-004

# Agenda



**2024 Financial Update**



**Financial Outlook**



**Implications of Critical Care Sale**



**Stock Market and Investor Perspective**

3

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-005

# Agenda



**2024 Financial Update**



**Financial Outlook**



**Implications of Critical Care Sale**



**Stock Market and Investor Perspective**

4



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-007

**Edwards Lifesciences**

# TMTT, Surgical and Critical Care exceeded first-half sales plan; TAVR growth lower than expected

*($ in millions, budget rates)*



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-008

**Edwards Lifesciences**

# Mixed first-half sales results across regions
*($ in millions, budget rates)*



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-009

Edwards Lifesciences

# Original sales plan for 2024…



8

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-010

Edwards Lifesciences

## …was higher than we now project



9

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-011

**Edwards Lifesciences**

# Second-half growth forecasted to be level with first-half

*($ in millions, budget rates, based on August Forecast)*



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-012

# Agenda



**2024 Financial Update**



**Financial Outlook**



**Implications of Critical Care Sale**



**Stock Market and Investor Perspective**

11

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-013

**Edwards Lifesciences**

# Impact of recent transactions
*(at actual rates)*



What's the voice over ?

Maybe a broader message in the Title "Impact of Recent Portfolio Moves" as I don't Know that acquisitions is the headline. EPS shortfall a combination of CC exit, TAVR slowdown, acquisitions, tax rate? … don't want SLT to feel that if we didn't do CC exit and acquisitions, we're fine

| | 2024 Original Guidance | | | | 2025 |
|---|---|---|---|---|---|
| Sales | $6.3B - $6.6B | ↓ | ↑ | ↑ | ↑ YoY Growth excluding Critical Care |
| Earnings Per Share | $2.70 - $2.80 | ↓ | ↓ | ↑ | ↓ |
| Cash | ~$2B | ↑ | ↓ | ↑ | ↑ |

12

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-014

Edwards Lifesciences

# Product sales mix shifts from TAVR towards TMTT and HF by 2030; regional sales mix relatively stable



| | 2025 Approx. % of total sales | 2030 Change from 2025 |
|---|---|---|
| TAVR | 70% | ↓ |
| TMTT | 10% | |
| Surgical | high-teens % | |
| Heart Failure | 1% | ↑ |
| US | 60% | ↑ |
| Europe | 20% | ↓ |
| EEMEAC | 5% | ↓ |
| LATAM | 2% | ↑ |
| Japan | 7% | ↑ |
| Asia Pacific | 3% | ↑ |
| Greater China | 3% | ↑ |

Regional mix needs to be adjusted
As discussed this morning ?

*Based on latest Strat Plan submission*

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-015

**Edwards Lifesciences**

# Edwards' 2025 profitability dependent on TAVR and Surgical; all business units profitable in 2030



CONFIDENTIAL TREATMENT REQUESTED                                                     EW-FTC-10002882.pptx

PX1137-016

**Edwards Lifesciences**

# Do you think the Strategic Plan sales growth rates are achievable?
*(choose one)*
**www.echo360poll.com**   **Session ID: 824SLT**

1. **Yes, in fact we should be able to grow faster**

2. **Yes, these are achievable**

3. **No, they are overly optimistic**





15

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-017

PX1137-018

EW-FTC-10002882.pptx

CONFIDENTIAL TREATMENT REQUESTED



# Current 2025 Annual Operating Plan Timeline

**Edwards Lifesciences**

# Agenda



**2024 Financial Update**



**Financial Outlook**



**Implications of Critical Care Sale**



**Stock Market and Investor Perspective**

17

**Edwards Lifesciences**

# Critical Care separation: Update   4600 or 4500?

### ⊞ Overview and considerations

- **On June 3, we announced our intent to sell the global Critical Care (CC) business to Beckton, Dickinson and Company (BD) for $4.2b to strengthen Edwards' strategy to advance structural heart innovation**
- Edwards and BD are targeting Sept 3, 2024, as global close date, pending regulatory approvals and critical activities. Six delayed markets expected to close on Dec 1, 2024
- ▪
- ▪
- ▪



**Transferring scope**

**Non-transferring scope**

18

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-020

**Edwards Lifesciences**

# Critical Care separation: Upcoming post-Close activities



████████████████████ and oversight, and governance for up to ██ months

**People transition** between September 2024 and July 2025, office moves, and records transfer

██████████████████, execution, and delayed country cutover

██████████████ and supply continuity planning in alignment with IT and contracts transition

Edwards continues to ████████████████ while systems and product ownership transitions

Edwards maintains █████████████████ until transitioned

██████████████████ for THV manufacturing for Edwards in Puerto Rico

**Strategic prioritization of spending and investments, plus ██████████████████████ to realign Edwards' cost structure**

19





20

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-022

# Agenda



**2024 Financial Update**



**Financial Outlook**



**Implications of Critical Care Sale**



**Stock Market and Investor Perspective**

21



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-024

**Edwards Lifesciences**

# Two primary factors behind the negative stock reaction

- U.S. TAVR deceleration and workflow challenges that may persist for multiple quarters

- 2025 earnings uncertainty driven by Critical Care sale and recently announced acquisitions

## Key Investor Debates

- How long will **hospital workflow challenges** persist and why has Edwards been acutely impacted?

- Can Edwards global **TAVR growth** sustainably accelerate above 5-7%?

- Will TAVR **competitive trialing** and **pricing pressure** subside?

- How significant will the **long-term TMTT market opportunity** be?

- Will **recently announced acquisitions** distract Edwards from its core business?

23

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-025

Edwards Lifesciences

# …and Wall Street perspectives on EW outlook are mixed

**Analyst Perspectives**

 Edwards Lifesciences Corporation (EW)
We See 2025 as a Bridge to Faster Sales & Earnings Growth

*"While we are **disappointed by the lower TAVR guidance** on the Q2 call, we are optimistic data at TCT in Oct will be a positive catalyst & the JenaValve & Endotronix acquisitions will help drive **double-digit revenue & EPS growth starting in 2026**."*

 **Edwards Lifesciences**
One Step Forward for TMTT, Two Steps Back for TAVR

*"We remain very bullish on the TMTT portfolio, the long-term positioning of EW vs. peers, and **continue to see this as a differentiated long-term winner**."*

 **Challenging to Trust in Expansion Ops as Core TAVR Growth Disappoints; $73 PT**

*"We **remain balanced on the risk/reward setup for EW** alongside the evolving competitive landscape in TAVR and ahead of better line-of-sight on potential expansion opportunities (i.e., asymptomatic)."*

 **Downgrade to Neutral – double digit growth no longer**

*"We **no longer see a pathway for EW to achieve sustainable double digit revenue growth** even with bullish mitral and tricuspid upside scenarios."*

24

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-026

Edwards Lifesciences

# What is the average Wall Street analyst expectation for EW?
*(choose one)*
[www.echo360poll.com](www.echo360poll.com)    **Session ID: 824SLT**

1. **$66** – Analysts believe Adam Smith's "invisible hand" has directed Edwards stock to the right level given the circumstances

2. **$60** – Analysts believe Edwards will trade more like peer MedTech companies

3. **$81** – Analysts believe Edwards will recover to levels from earlier this year

4. **$95+** Analysts believe Edwards will grow double-digits and our stock will return to premium levels





25

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-027

Edwards Lifesciences

# Wall Street analysts remain mixed on the stock

Consensus
Price Target
**$81**

Average Price Target
**$87**

**Buy**

Average Price Target
**$76**

**Hold**

**BERNSTEIN**

**Sell**

**$65**
Average Price Target

Redburn Atlantic    Goldman Sachs    RBC
BARCLAYS    MIZUHO    WELLS FARGO
OPPENHEIMER    Jefferies    citi
Morgan Stanley
William Blair    Deutsche Bank    EVERCORE

UBS    nephron    WOLFE
TRUIST    eg7    TD
STIFEL
LEERINK    BAIRD    BTIG
PIPER | SANDLER    CLEVELAND
RAYMOND JAMES    J.P.Morgan

**Notes:** 29 sell-side analysts cover EW stock; price Targets are averages; data as of 8/20/2024

26

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-028

Edwards Lifesciences

# Recent EW sales growth remains less differentiated versus peers

| | 2024E | Q2 | Q1 | FY23 | Q4 | Q3 | Q2 | Q1 | FY22 | Q4 | Q3 | Q2 | Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edwards | 8-10% | 8% | 10% | 12% | 13% | 11% | 12% | 13% | 8% | 7% | 7% | 5% | 13% |
| Boston Scientific | 10-12% | 15% | 13% | 12% | 14% | 10% | 12% | 14% | 9% | 7% | 12% | 7% | 10% |
| Abbott | 9.5-10% | 9% | 11% | 12% | 12% | 14% | 12% | 10% | 7% | 5% | 11% | 4% | 15% |
| Johnson & Johnson | 5.5-6% | 7% | 8% | 7% | 7% | 9% | 9% | 8% | 6% | 5% | 8% | 8% | 8% |
| Stryker | 9-10% | 9% | 10% | 12% | 11% | 9% | 12% | 14% | 10% | 13.2% | 9.9% | 6.1% | 9.2% |
| PEER AVERAGE | 8-10% | 10% | 10% | 11% | 11% | 11% | 11% | 12% | 7.9% | 8% | 10% | 7% | 11% |
| | -- | -2pt | -- | +1pt | +2pt | -- | +1pt | +1pt | -- | -1pt | -3pt | -2pt | +2pt |

Note: 2024E based on most recent company guidance; all sales figures organic; Abbott and JNJ results exclude COVID-19 testing sales

27

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-029



## Significant multiple compression since 2022



**"Until we see a return to the growth investors had come to expect from EW, we don't believe the stock can maintain a 6- to 9-turn PE premium over stocks like SYK and BSX."** – Lee Hambright

Sources: FactSet and JPMorgan estimates; ABT and JNJ organic sales growth excludes impact of COVID-19

28

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-030

# We remain confident in Edwards' financial future



-Somewhere a message : double digit top line is king
If not, EPS becomes critical

- Confidence for SLT WILL BE IMPORTANT ?



### Strong Organic Sales Growth

- Many untreated patients globally
- Fueled by new breakthrough therapies
- Structural Heart leadership

### Healthy Profitability

- Efficient supply chain
- Prioritized investments to support growth
- Smart expense management

### Targeted Financial Resource Allocation

- Fund capacity expansion
- Strategic acquisitions
- Share repurchase

**Long-Term Shareholder Returns**

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-031



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10002882.pptx

PX1137-032