# PX1156 - PX1191

(see exhibit stamps bottom right corner)

PX1156 (Pgs. 2-48)
PX1166 (Pgs. 49-50)
PX1191 (Pgs. 51-93)

Message

| | |
|---|---|
| **From**: | Irma Darmali [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=74881CC8B86943EF8DC0461174C1D5E9-IRMA DARMAL] |
| **Sent**: | 2/3/2025 3:59:55 AM |
| **To**: | Don Bobo [Don_Bobo@edwards.com] |
| **CC**: | Finn Haley [Finn_Haley@edwards.com] |
| **Subject**: | AR Materials |
| **Attachments**: | Project Dragon Financial Model.xlsx; Strategy and Corporate Development (PREVIEW) Board July 2024_v04.pdf; Project Jupiter Financial Model.xlsx |

Don,

Please see attached for the AR materials. This includes the Board approval presentation as well as the two financial models behind it.

Let us know of any questions.

Thanks,
Irma

# Document Produced in Native

# Strategy & Corporate Development Update

**Board of Directors**
**July 10, 2024**

694024.1

Edwards

# Agenda

- **Corporate Development Updates**
  - Upcoming Acquisition Decisions
  - Project Jupiter Approval
  - Project Dragon Approval
  - Genesis MedTech Investment Approval
  - Project Indigo Approval
  - Project Aquarius Updates

# Corporate Development Updates

Edwards

# Unique Opportunity to Strengthen the Core and Enable Heart Failure

## Structural Heart Disease

**Valvular**

### TAVR – AS
SAPIEN



State of the art treatment of Aortic Stenosis

### TAVR – AR



*JenaValve[1]*
*JC Medical[1]*

Expansion into Aortic Regurgitation

### Mitral
PASCAL, M3



*Innovalve**

Accelerates and expands TMVR reach / opportunity

### Tricuspid
EVOQUE, PASCAL



[redacted]

[redacted]

### Surgical
INSPIRIS, MITRIS, KONECT, etc.

[redacted]

[redacted]

[redacted]

**Non-Valvular**

### HF Monitoring



*Endotronix**
*Voyager**

PAP and LAP Monitoring

### HF Intervention



[redacted]

[redacted]

THV — TMTT — SURG — Monitoring — MCS

(1) Negotiations in Process
(2) [redacted]
*Call options in place
TAVR – Transcatheter Aortic Valve Replacement; AS – Aortic Stenosis; AR – Aortic Regurgitation; THV – Transcatheter Heart Valves; TMTT – Transcatheter Mitral Tricuspid Therapies; PAP – Pulmonary Artery Pressure; LAP – Left Atrial Pressure; MCS – Mechanical Circulatory Support; LV – Left Ventricular Remodeling

# Summary of Near-Term Acquisitions

| | Upfront Consideration / Payment Timing (2024) | | | Future Consideration | |
|---|---|---|---|---|---|
| **Project Evergreen** *Implantable Sensor* | [redacted] | Sept | [redacted] | [redacted] | CE Mark by March 1, 2025 |
| | | Sept | | | |
| | | Sept | | | |
| | | -- | | | |
| | | Sept | Total Evergreen Consideration | | |
| **Project Indigo** *Mitral Replacement* | | July | Base Payment *Assumes prior to option exercise* | | [redacted] |
| **Project Dragon** *Aortic Regurgitation* | $115M | July | Base Payment | | |
| **Project Jupiter** *Aortic Regurgitation* | $500M | Nov | Base Payment | | |

[redacted]

*All acquisition consideration is subject to adjustments for target indebtedness, cash position and transaction expenses*

PMA – Pre-Market Approval

Edwards Lifesciences

# Potential Acquisition Decision Timing

| | Option Trigger | Estimated Decision Date |
|---|---|---|
| **Project Evergreen**<br>Implantable Sensor | **PMA Approval Milestone Delivery**<br>(June 25, 2024) | **BOD Approved on June 27, 2024** |
| **Project Indigo**<br>Mitral Replacement | [redacted]<br>(May 19, 2024) | **July 18, 2024**<br>(60 days from trigger) |
| **Project Jupiter & Dragon**<br>Aortic Regurgitation (AR) | **N/A - Acquisitions** | **July 2024** |
| **Project Voyager**<br>Implantable Sensor | **Time-based option** | **Q3 2025** |
| [redacted] | [redacted] | [redacted] |
| **Corvia**<br>Intracardiac shunt | [redacted] | [redacted] |
| [redacted] | **Time-based option** | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

AF – Atrial Fibriliation; LAA – Left Atrial Appendage

Edwards Lifesciences

# 2024 Corporate Development Outlook

July 11

| | Project | Current Status | 2024 Transaction timeline | | | | | | | Pacing Item to Close |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Apr | May | Jun | Jul | Aug | Sep | Oct | |
| Acquisition | **Project Evergreen** *Implantable Sensor* | *Confirmatory diligence completed PMA expected in June* | | | | | | | | HSR Approval |
| Acquisition | **Project Indigo** *Mitral Replacement* | *Preparing for diligence* | | | | | | | | 50-day waiting period post option exercise |
| Acquisition | **Project Jupiter** *Aortic Regurgitation* | *Negotiating transaction* | | | | | | | | HSR Approval Foreign Antitrust Approvals (incl. Austria & Germany) |
| Acquisition | **Project Dragon** *Aortic Regurgitation* | *Diligence in progress Transaction discussion* | | | | | | | | N/A |
| Option | [redacted] | | | | | | | | | N/A |
| Option | **Project Provence** *Surgical Mitral Ring* | *Performing diligence* | | | | | | | | N/A |

Diligence Period · Diligence Readout · Option Investment · Option Exercise · Acquisition close

# Project Jupiter

Edwards

# 2024 Strategic Imperatives

- **Drive global access and adoption of Structural Heart Therapies (SHD)**
  - Activate key stakeholders to increase awareness, improve screening and accelerate treatments
- **Lead the global expansion and drive TAVR as the standard of care for Aortic Valve Failure**
  - Execute patient activation strategies that accelerate TAVR adoption and build Edwards-wide capabilities
  - Extend TAVR leadership through technology launches and evidence that expands indications
- **Transform and lead the treatment of mitral and tricuspid valve disease**
  - Drive PASCAL commercial expansion and achieve long-term Mitral leadership through portfolio strategy
  - Lead Tricuspid therapy with the launch of EVOQUE and portfolio execution
- **Strengthen and expand global leadership in Surgical Heart Valves and Critical Care**
  - Achieve global RESILIA adoption and surgical valve innovations to drive sustained surgical growth
  - Fortify Critical Care growth through global adoption of smart recovery technologies, advanced algorithms, and sensors
- **Prioritize investments that fortify culture, strengthen leadership, and accelerate innovation**
  - Drive strategic talent initiatives that reinforce our patient-focused culture, build new capabilities, and result in best-in-class leaders
  - Execute GSC and Quality strategies to deliver market-leading innovation cadence, reliable supply, and improved cost
  - Advance a leading heart failure strategy through achievement of key internal and external milestones

# Project Jupiter Overview

- **Company Details:**
  - CEO John Kilcoyne has been in the role since 2019
  - [redacted] employees
  - Facilities: Irvine, CA (headquarters & manufacturing), Leeds, UK (valve manufacturing), Munich, DE (EU commercial headquarters)

- **Trilogy Valve is a transcatheter solution for aortic regurgitation**
  - Locators attach to native leaflets even in absence of calcium
  - Porcine tissue, available in 3 sizes, treating an annulus diameter of 26mm – 30mm
  - Trilogy Valve received a CE Mark in 2021; [redacted] in sales YTD

- **Recently completed ALIGN-AR pivotal trial**
  - Symptomatic, severe AR patients; N=180
  - Met primary safety & efficacy endpoints (non-inferiority); significant AR eliminated in patients
  - [redacted]

## Trilogy System





# Strategic Rationale

- **Jupiter's aortic regurgitation trial validated a clinical need, opportunity could exceed [redacted]**
  - Clinical enrollment (pivotal and continued access) have increased confidence in the patient need for dedicated therapy
- **Jupiter's AR solution has attracted increased physician support and will be first-to-approval**
  - Physician enthusiasm indicated by current backlog of AR cases in clinical sites
  - KOLs have relationship with Edwards and opportunity to drive therapy adoption faster
- **Opportunity to expand transcatheter treatments to patients suffering from AR and accelerate patient access and commercialization**
  - R&D capabilities to [redacted]
  - Field clinical infrastructure and site relationships to support cases
  - GSC expertise to scale manufacturing, historically a challenged area of Jupiter
  - G&A activities can be supported by existing EW resources, with only incremental additions

KOL – Key Opinion Leaders

Edwards Lifesciences

# Jupiter's US Clinical Trial Validated the Patient Need




**Implies a ~[redacted] near term opportunity in the US**

# Jupiter Diligence Has Largely Confirmed Key Elements

- ✓ Significant patient population and opportunity to address unmet need
- ✓ Clinical benefit demonstrated in pivotal trial
- ✓ Regulatory execution supports likely FDA approval
- ✓ US reimbursement largely on track, more effort required for OUS
- ✓ Commercial efforts can be supported by existing infrastructure w/ incremental investment
- ? Manufacturing & Quality supports initial commercialization; further lift for scalability

Edwards Lifesciences

# Summary of Proposed Acquisition

## Up to $945M in total consideration

| | |
|---|---|
| Upfront Payment | [redacted] |
| FDA Approval Milestone [redacted] | |
| Royalty [redacted] | |

*Edwards will acquire global commercial rights with the exception of China, Hong Kong, Macau and Taiwan where Peijia will maintain an exclusive license to manufacture and commercialize*

# Jupiter Financial Opportunity and Valuation

[redacted]

# Key Risks

[redacted]

# Requesting Approval of Merger Agreement

- **Execution & performance of Merger Agreement**
  - Execution of Merger Agreement
  - Payment to the equity holders of the target of up to $945M in total transaction consideration:
    - $500M in base closing consideration, subject to adjustments for cash, debt and seller transaction expenses
    - Up to [redacted] in contingent consideration upon receipt of FDA PMA approval
    - Up to [redacted] in sales milestone
- **Interim Funding Note and Reverse Termination Note**
  - Execution and funding of the target between signing and closing of the Merger Agreement (starting after 90 days through closing) via [redacted] promissory note with a maximum principal amount of up to [redacted]
  - Execution and funding of the target of a reverse termination convertible note of up to [redacted] payable if Edwards fails to close the merger due to antitrust reasons
- **Select Additional Terms**
  - Edwards to obtain

# Project Dragon

Edwards

# 2024 Strategic Imperatives

- **Drive global access and adoption of Structural Heart Therapies (SHD)**
  - Activate key stakeholders to increase awareness, improve screening and accelerate treatments
- **Lead the global expansion and drive TAVR as the standard of care for Aortic Valve Failure**
  - Execute patient activation strategies that accelerate TAVR adoption and build Edwards-wide capabilities
  - Extend TAVR leadership through technology launches and evidence that expands indications
- **Transform and lead the treatment of mitral and tricuspid valve disease**
  - Drive PASCAL commercial expansion and achieve long-term Mitral leadership through portfolio strategy
  - Lead Tricuspid therapy with the launch of EVOQUE and portfolio execution
- **Strengthen and expand global leadership in Surgical Heart Valves and Critical Care**
  - Achieve global RESILIA adoption and surgical valve innovations to drive sustained surgical growth
  - Fortify Critical Care growth through global adoption of smart recovery technologies, advanced algorithms, and sensors
- **Prioritize investments that fortify culture, strengthen leadership, and accelerate innovation**
  - Drive strategic talent initiatives that reinforce our patient-focused culture, build new capabilities, and result in best-in-class leaders
  - Execute GSC and Quality strategies to deliver market-leading innovation cadence, reliable supply, and improved cost
  - Advance a leading heart failure strategy through achievement of key internal and external milestones

Edwards Lifesciences

# Project Dragon Overview



- **JC Medical Company Overview**
  - Acquired by Genesis MedTech (Singapore-based) in 2022
  - Dr. Mark Turco appointed as CEO of JC Medical and President of Genesis MedTech Intervention, North America
- **J-Valve system pursuing indication for severe, symptomatic aortic regurgitation**
  - Low-profile design with U-shaped anchor rings, bovine tissue, 27 – 33 Fr sheath, 5 sizes (up to 34mm valves)
  - US & Canada clinical experience: initial EFS enrollment of 15 patients; planned enrollment of up to 25 subjects; [redacted] compassionate use patients
  - Received IDE pivotal trial approval (single arm, N=~200)
  - Manufacturing transfer (from China) required to commercialize
- **J-Valve platform targets an expanded cohort of AR patients compared to existing treatments**
- **Edwards to acquire JC Medical for $115M,**
  - [redacted]
  - Genesis to maintain rights to manufacture and commercialize J-Valve in Greater China (Mainland China, Macau, Hong Kong and Taiwan)

# Strategic Rationale

- **Novel, low profile and large-sized valve design expands the addressable AR patient population**
  - A segment of population has dilated aorta, requiring the larger sized valves
  - Early clinical experience demonstrate promising clinical efficacy and safety profile
  - Low profile frame compatible for future coronary access
- **Dragon's unique anchoring mechanism allows for a simpler procedure for physicians**
  - Valve self-aligns itself to the annulus post deployment
  - Procedure / device prep requires simplification; leverage EW R&D core competencies
- **Opportunity to expand the solution set for AR patients and accelerate access and commercialization**
  - Field clinical infrastructure and site relationships to immediately support cases
  - GSC expertise to transfer manufacturing outside of China to fulfill FDA requirement and reach more patients
  - G&A activities can be supported by existing EW resources, with only incremental additions

Edwards Lifesciences

# Dragon Diligence Has Largely Confirmed Key Elements

✓ Significant patient population and opportunity to address unmet need

✓ Early clinical experience demonstrated promising outcome and ventricle remodeling

✓ Regulatory execution supports likely FDA approval

✓ Commercial efforts can be supported by existing infrastructure w/ incremental investment

? Manufacturing & Quality duplication required in an Edwards facility

# Dragon Financial Opportunity and Valuation

[redacted]

*Accretion / Dilution does not include interest income / expense impact*

# Key Risks

- Clinical trial enrolls slowly or does not achieve its endpoints
- Challenges in simplification of device prep, delaying ability to commercialize device
- Inability to successfully transfer manufacturing from China
- Opportunity develops slower than planned
- Genesis' retained ownership of Chinese Patents and manufacturing / commercialization rights in greater China

# Requesting Approval of Merger Agreement

- **Execution & performance of Merger Agreement**
  - Execution of Merger Agreement
  - Payment to the equity holder of the target, Genesis MedTech Intl. of $115M in base closing consideration, subject to adjustments for cash, debt and seller transaction expenses
  - [redacted]

# Genesis MedTech Investment

Edwards

# Genesis Medtech Overview

- **Genesis Medtech was founded in June 2019 as part of a $500M investment of Boyu Capital, GIC (Singapore sovereign fund) and Sequoia Capital**
- **Company is a collection of medical technology portfolios (inorganic growth)**
  - Primary focus to serve Greater China and Asia Pacific regions
  - Provides capabilities to its acquired portfolio companies and JVs
  - Innovation centers to support R&D, manufacturing and training in China
  - Coverage of 4,000 major & lower tier hospitals in China
- **Company is currently generating ~$275M in sales and $30M operating income**
  - Expects to be cash flow positive by year end 2024
  - $200M in current cash balance
- **Chairman and CEO Warren Wang is formerly with J&J China and Boston Scientific (APAC)**
- **Edwards pursuing a $25M equity investment in Genesis Medtech**

**Acquired Portfolios**




**Distribution Agreements / Joint Ventures**



# Requesting Approval of Equity Financing

- **Edwards to fund $25M in Equity Financing via Series B+ Prefered Stock Subscription Agreement**
  - Full payment at the close of transaction

# Project [redacted]

Edwards

# 2024 Strategic Imperatives

- **Drive global access and adoption of Structural Heart Therapies (SHD)**
  - Activate key stakeholders to increase awareness, improve screening and accelerate treatments
- **Lead the global expansion and drive TAVR as the standard of care for Aortic Valve Failure***
  - Execute patient activation strategies that accelerate TAVR adoption and build Edwards-wide capabilities
  - Extend TAVR leadership through technology launches and evidence that expands indications
- **Transform and lead the treatment of mitral and tricuspid valve disease**
  - Drive PASCAL commercial expansion and achieve long-term Mitral leadership through portfolio strategy
  - Lead Tricuspid therapy with the launch of EVOQUE and portfolio execution
- **Strengthen and expand global leadership in Surgical Heart Valves and Critical Care**
  - Achieve global RESILIA adoption and surgical valve innovations to drive sustained surgical growth
  - Fortify Critical Care growth through global adoption of smart recovery technologies, advanced algorithms, and sensors
- **Prioritize investments that fortify culture, strengthen leadership, and accelerate innovation**
  - Drive strategic talent initiatives that reinforce our patient-focused culture, build new capabilities, and result in best-in-class leaders
  - Execute GSC and Quality strategies to deliver market-leading innovation cadence, reliable supply, and improved cost
  - Advance a leading heart failure strategy through achievement of key internal and external milestones

# Company Overview

- **Transcatheter mitral replacement device designed to treat mitral regurgitation and improve ventricular function**
  - Unique anchoring mechanism: rotating arms engage chords / leaflets to anchor valve and improve ventricular function
  - Completed [redacted], [redacted]
  - Potential advantages: broader patient population & reduced screen-outs, ease of use and shorter procedure times, ventricular remodeling, <30Fr access



- **Established in 2018 with headquarters in Tel Aviv, Israel**
  - Originated at the Sheba Tel Hashomer Medical Center
  - Currently has ~30 employees; ~$27.5M raised to date
  - Edwards has a minority investment (<5%) & non-exclusive license to early IP



# TMVR Promises Better MR Reduction for a Larger Portion of MR Patients

## SAPIEN M3



**US/EU Launch**

*SAPIEN M3 provides early TMVR leadership and a compelling complement to PASCAL*

**1st transcatheter mitral replacement**

**TMVR for TEER suboptimal patients**

*Launch*

**1H 2026 (US)**

## [redacted]



[redacted]

*Complete Concept Phase*

2H 2024 [redacted]

## Indigo



*Indigo's unique anchoring method promises TEER-like safety & long-term leadership*

[redacted]

*Launch* [redacted]

[redacted]

# Strategic Rationale

[redacted]

# Completion of Phase 2 Milestone Triggers Acquisition

| Est. Q4 2023 | Est. Q2 2024 | Est. Q3 2024 |
| --- | --- | --- |
| Phase 1 | Phase 2 | Phase 3 |

**Phase 1**

**Option Premium:** [redacted]
**Convertible Note** [redacted]

**Phase 2**

**Add'l Option Premium** [redacted]

**Phase 3**

**Add'l Option Premium:** [redacted]

**Est. Q4 2023**

[redacted] pts implanted
[redacted] pts at 1-yr
[redacted] pts w/ 1-yr imaged follow up
**Acquisition strike:** [redacted]
**PMA milestone:** [redacted]

**Est. Q2 2024**

[redacted] patients implanted
patients w/ 1-year
pts w/ 1-yr imaged follow up
**Acquisition strike:** [redacted]
**PMA milestone:** [redacted]

**Est. Q3 2024**

[redacted] patients implanted
[redacted] patients w/ 1-year
[redacted] pts w/ 1-yr imaged follow up
**Acquisition strike:** [redacted]
**PMA milestone:** [redacted]

[redacted]

# Project Indigo:

## Requesting Approval [redacted]

- [redacted]
  - [redacted]

- **Execution and performance of Merger Agreement**
  - Execution of Merger Agreement
  - [redacted]
  - [redacted]

# Project [redacted]

Edwards

[redacted]

# Aquarius Strategic Considerations

[redacted]

[redacted]

[redacted]

[redacted]

ASP – Average Selling Price; R&D – Research & Development; S&M – Sales and Market; G&A – General & Administrative

Edwards Lifesciences

# Key Risks and Next Steps

[redacted]

Edwards

Helping Patients is Our Life's Work, and *life is now*

# Document Produced in Native

CONFIDENTIAL IN ITS ENTIRETY

[redacted]

Message

**From**: Irma Darmali [Irma_Darmali@edwards.com]
**Sent**: 2/3/2025 3:59:55 AM
**To**: Don Bobo [Don_Bobo@edwards.com]
**CC**: Finn Haley [Finn_Haley@edwards.com]
**Subject**: AR Materials
**Attachments**: Project Dragon Financial Model.xlsx; Strategy and Corporate Development (PREVIEW) Board July 2024_v04.pdf; Project Jupiter Financial Model.xlsx

Don,

Please see attached for the AR materials. This includes the Board approval presentation as well as the two financial models behind it.

Let us know of any questions.

Thanks,
Irma

# Document Produced in Native

# Strategy & Corporate Development Update

Board of Directors
July 10, 2024

694024.1

Edwards

# Agenda

- **Corporate Development Updates**
  - Upcoming Acquisition Decisions
  - Project Jupiter Approval
  - Project Dragon Approval
  - Genesis MedTech Investment Approval
  - Project Indigo Approval
  - Project Aquarius Updates

# Corporate Development Updates

Edwards

# Unique Opportunity to Strengthen the Core and Enable Heart Failure

**Structural Heart Disease**

**Valvular** | **Non-Valvular**

**TAVR – AS**
SAPIEN



State of the art treatment of Aortic Stenosis

**TAVR – AR**



*JenaValve[1]*
*JC Medical[1]*

Expansion into Aortic Regurgitation

**Mitral**
PASCAL, M3



*Innovalve**

Accelerates and expands TMVR reach / opportunity

**Tricuspid**
EVOQUE, PASCAL



*Stingray[2]**

[redacted]

**Surgical**

[redacted]

*Joey**

[redacted]

**HF Monitoring**



*Endotronix**
*Voyager**

PAP and LAP Monitoring

**HF** [redacted]



[redacted]

[redacted]

THV — TMTT — SURG — Monitoring — [redacted]

[redacted]

TAVR – Transcatheter Aortic Valve Replacement; AS – Aortic Stenosis; AR – Aortic Regurgitation; THV – Transcatheter Heart Valves; TMTT – Transcatheter Mitral Tricuspid Therapies; PAP – Pulmonary Artery Pressure; LAP – Left Atrial Pressure; MCS – Mechanical Circulatory Support; LV – Left Ventricular Remodeling



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# Summary of Near-Term Acquisitions

| | Upfront Consideration / Payment Timing (2024) | | | Future Consideration | |
|---|---|---|---|---|---|
| **Project Evergreen** *Implantable Sensor* | [redacted] | Sept | Base Payment | $5 | CE Mark by March 1, 2025 |
| | | Sept | ✓ Manufacturing / Quality Milestone | | |
| | | Sept | ✓ Technical Milestone | | |
| | | -- | ✗ PRO2 | | |
| | | Sept | Total Evergreen Consideration | | |
| **Project Indigo** *Mitral Replacement* | | July | Base Payment *Assumes no pivotal IDE approval prior to option exercise* | $25M | [redacted] |
| **Project Dragon** *Aortic Regurgitation* | $115M | July | Base Payment | [redacted] | [redacted] |
| **Project Jupiter** *Aortic Regurgitation* | $500M | Nov | Base Payment | $245M | PMA prior to July 2025; [redacted] |
| | | | | $200M | [redacted] |

[redacted] Total

*All acquisition consideration is subject to adjustments for target indebtedness, cash position and transaction expenses*

PMA – Pre-Market Approval

Edwards Lifesciences

# Potential Acquisition Decision Timing

| | Option Trigger | Estimated Decision Date |
|---|---|---|
| **Project Evergreen**<br>Implantable Sensor | **PMA Approval Milestone Delivery**<br>(June 25, 2024) | **BOD Approved on June 27, 2024** |
| **Project Indigo**<br>Mitral Replacement | [redacted]<br>(May 19, 2024) | **July 18, 2024**<br>(60 days from trigger) |
| **Project Jupiter & Dragon**<br>Aortic Regurgitation (AR) | **N/A - Acquisitions** | **July 2024** |
| [redacted] | [redacted] | [redacted] |
| **Project Stingray**<br>[redacted] | **Time-based option** | [redacted] |
| **Corvia**<br>Intracardiac shunt | [redacted] | [redacted] |
| **Autus**<br>[redacted] | **Time-based option** | [redacted] |
| **Kardion**<br>[redacted] | [redacted]<br>(Q1 2026) | [redacted]<br>(75 days from trigger) |
| **Project Aquarius**<br>[redacted] | **PMA Approval**<br>[redacted] | [redacted]<br>(60 days from trigger) |
| **Project Aspen**<br>[redacted] | **N/A - Acquisition** | **TBD** |

AF – Atrial Fibrillation; LAA – Left Atrial Appendage

Edwards Lifesciences

# 2024 Corporate Development Outlook

July 11

| | Project | Current Status | 2024 Transaction timeline (Apr, May, Jun, Jul, Aug, Sep, Oct) | Pacing Item to Close |
|---|---|---|---|---|
| Acquisition | **Project Evergreen** *Implantable Sensor* | *Confirmatory diligence completed PMA expected in June* | | HSR Approval |
| Acquisition | **Project Indigo** *Mitral Replacement* | *Preparing for diligence* | | [redacted] |
| Acquisition | **Project Jupiter** *Aortic Regurgitation* | *Negotiating transaction* | | HSR Approval Foreign Antitrust Approvals (incl. Austria & Germany) |
| Acquisition | **Project Dragon** *Aortic Regurgitation* | *Diligence in progress Transaction discussion* | | N/A |
| Option | [redacted] | | | |
| Option | **Project Provence** *Surgical Mitral Ring* | *Performing diligence* | | N/A |

Diligence Period · Diligence Readout · Option Investment · Option Exercise · Acquisition close

# Project Jupiter

Edwards

# 2024 Strategic Imperatives

- **Drive global access and adoption of Structural Heart Therapies (SHD)**
  - Activate key stakeholders to increase awareness, improve screening and accelerate treatments
- **Lead the global expansion and drive TAVR as the standard of care for Aortic Valve Failure**
  - Execute patient activation strategies that accelerate TAVR adoption and build Edwards-wide capabilities
  - Extend TAVR leadership through technology launches and evidence that expands indications
- **Transform and lead the treatment of mitral and tricuspid valve disease**
  - Drive PASCAL commercial expansion and achieve long-term Mitral leadership through portfolio strategy
  - Lead Tricuspid therapy with the launch of EVOQUE and portfolio execution
- **Strengthen and expand global leadership in Surgical Heart Valves and Critical Care**
  - Achieve global RESILIA adoption and surgical valve innovations to drive sustained surgical growth
  - Fortify Critical Care growth through global adoption of smart recovery technologies, advanced algorithms, and sensors
- **Prioritize investments that fortify culture, strengthen leadership, and accelerate innovation**
  - Drive strategic talent initiatives that reinforce our patient-focused culture, build new capabilities, and result in best-in-class leaders
  - Execute GSC and Quality strategies to deliver market-leading innovation cadence, reliable supply, and improved cost
  - Advance a leading heart failure strategy through achievement of key internal and external milestones



CONFIDENTIAL TREATMENT REQUESTED

# Project Jupiter Overview

- **Company Details:**
  - CEO John Kilcoyne has been in the role since 2019
  - ~190 employees
  - Facilities: Irvine, CA (headquarters & manufacturing), Leeds, UK (valve manufacturing), Munich, DE (EU commercial headquarters)
- **Trilogy Valve is a transcatheter solution for aortic regurgitation**
  - Locators attach to native leaflets even in absence of calcium
  - Porcine tissue, available in 3 sizes, treating an annulus diameter of 26mm – 30mm
  - Trilogy Valve received a CE Mark in 2021; ~$2M in sales YTD
- **Recently completed ALIGN-AR pivotal trial**
  - Symptomatic, severe AR patients; N=180
  - Met primary safety & efficacy endpoints (non-inferiority); significant AR eliminated in patients
  - FDA approval expected in 2H 2025

## Trilogy System





# Strategic Rationale

- **Jupiter's aortic regurgitation trial validated a clinical need, opportunity could exceed [redacted]**
  - Clinical enrollment (pivotal and continued access) have increased confidence in the patient need for dedicated therapy
- **Jupiter's AR solution has attracted increased physician support and will be first-to-approval**
  - Physician enthusiasm indicated by current backlog of AR cases in clinical sites
  - KOLs have relationship with Edwards and opportunity to drive therapy adoption faster
- **Opportunity to expand transcatheter treatments to patients suffering from AR and accelerate patient access and commercialization**
  - R&D capabilities to support testing requirements to achieve FDA approval
  - Field clinical infrastructure and site relationships to support cases
  - GSC expertise to scale manufacturing, historically a challenged area of Jupiter
  - G&A activities can be supported by existing EW resources, with only incremental additions

KOL – Key Opinion Leaders

# Jupiter's US Clinical Trial Validated the Patient Need

**~118,000**
*Patients w/ severe symptomatic Aortic Regurgitation (ssAR)*

*15% of trial patients under 65; alignment w/ TAVR guidelines*

**~100,000**
*Patients with ssAR who are 65+*

*40% - 60% patients ineligible due to comorbidities and / or anatomical exclusion*

**~40,000 – 60,000**
*Eligible for transcatheter procedure*

*40% - 60% patients are lower risk, likely to receive surgical treatment*

**~16,000 – 24,000**
*Extreme & high-risk patients*

**Implies a [redacted] near term opportunity in the US**

# Jupiter Diligence Has Largely Confirmed Key Elements

✓ Significant patient population and opportunity to address unmet need

✓ Clinical benefit demonstrated in pivotal trial

✓ Regulatory execution supports likely FDA approval

✓ US reimbursement largely on track, more effort required for OUS

✓ Commercial efforts can be supported by existing infrastructure w/ incremental investment

? Manufacturing & Quality supports initial commercialization; further lift for scalability

# Summary of Proposed Acquisition

Up to $945M in total consideration

| | |
|---|---|
| Upfront Payment | $500M |
| FDA Approval Milestone [redacted] | Up to [redacted] |
| Royalty [redacted] | Up to [redacted] |

[redacted]

# Jupiter Financial Opportunity and Valuation

**Key Assumptions**

- **Acquisition close expected in Q4'24**
- [redacted]

[redacted]

# Key Risks

[redacted]

# Requesting Approval of Merger Agreement

- **Execution & performance of Merger Agreement**
  - Execution of Merger Agreement
  - Payment to the equity holders of the target of up to $945M in total transaction consideration:
    - $500M in base closing consideration, subject to adjustments for cash, debt and seller transaction expenses
    - Up to [redacted] in contingent consideration upon receipt of FDA PMA approval
    - Up to [redacted] in sales milestone
- **Interim Funding Note and Reverse Termination Note**
  - Execution and funding of the target between signing and closing of the Merger Agreement (starting after 90 days through closing) [redacted]
  - Execution and funding of the target [redacted] payable if Edwards fails to close the merger due to antitrust reasons
- **Select Additional Terms**
  - Edwards to obtain representation and warranty insurance as the primary source of recovery for breaches of representation and warranties

# Project Dragon

Edwards

Edwards Lifesciences

# 2024 Strategic Imperatives

- **Drive global access and adoption of Structural Heart Therapies (SHD)**
  - Activate key stakeholders to increase awareness, improve screening and accelerate treatments
- **Lead the global expansion and drive TAVR as the standard of care for Aortic Valve Failure**
  - Execute patient activation strategies that accelerate TAVR adoption and build Edwards-wide capabilities
  - Extend TAVR leadership through technology launches and evidence that expands indications
- **Transform and lead the treatment of mitral and tricuspid valve disease**
  - Drive PASCAL commercial expansion and achieve long-term Mitral leadership through portfolio strategy
  - Lead Tricuspid therapy with the launch of EVOQUE and portfolio execution
- **Strengthen and expand global leadership in Surgical Heart Valves and Critical Care**
  - Achieve global RESILIA adoption and surgical valve innovations to drive sustained surgical growth
  - Fortify Critical Care growth through global adoption of smart recovery technologies, advanced algorithms, and sensors
- **Prioritize investments that fortify culture, strengthen leadership, and accelerate innovation**
  - Drive strategic talent initiatives that reinforce our patient-focused culture, build new capabilities, and result in best-in-class leaders
  - Execute GSC and Quality strategies to deliver market-leading innovation cadence, reliable supply, and improved cost
  - Advance a leading heart failure strategy through achievement of key internal and external milestones

Edwards Lifesciences

# Project Dragon Overview



- **JC Medical Company Overview**
  - Acquired by Genesis MedTech (Singapore-based) in 2022
  - Dr. Mark Turco appointed as CEO of JC Medical and President of Genesis MedTech Intervention, North America
- **J-Valve system pursuing indication for severe, symptomatic aortic regurgitation**
  - Low-profile design with U-shaped anchor rings, bovine tissue, 27 – 33 Fr sheath, 5 sizes (up to 34mm valves)
  - US & Canada clinical experience: initial EFS enrollment of 15 patients; planned enrollment of up to 25 subjects [redacted] compassionate use patients
  - Received IDE pivotal trial approval (single arm, N=~200)
  - Manufacturing transfer (from China) required to commercialize
- **J-Valve platform targets an expanded cohort of AR patients compared to existing treatments**
- **Edwards to acquire JC Medical for $115M,**
  - [redacted]
  - Genesis to maintain rights to manufacture and commercialize J-Valve in Greater China (Mainland China, Macau, Hong Kong and Taiwan)

EFS – Early Feasibility Study

# Strategic Rationale

- **Novel, low profile and large-sized valve design expands the addressable AR patient population**
  - A segment of population has dilated aorta, requiring the larger sized valves
  - Early clinical experience demonstrate promising clinical efficacy and safety profile
  - Low profile frame compatible for future coronary access
- **Dragon's unique anchoring mechanism allows for a simpler procedure for physicians**
  - Valve self-aligns itself to the annulus post deployment
  - Procedure / device prep requires simplification; leverage EW R&D core competencies
- **Opportunity to expand the solution set for AR patients and accelerate access and commercialization**
  - Field clinical infrastructure and site relationships to immediately support cases
  - GSC expertise to transfer manufacturing outside of China to fulfill FDA requirement and reach more patients
  - G&A activities can be supported by existing EW resources, with only incremental additions

Edwards Lifesciences

# Dragon Diligence Has Largely Confirmed Key Elements

- ✓ Significant patient population and opportunity to address unmet need
- ✓ Early clinical experience demonstrated promising outcome and ventricle remodeling
- ✓ Regulatory execution supports likely FDA approval
- ✓ Commercial efforts can be supported by existing infrastructure w/ incremental investment
- ? Manufacturing & Quality duplication required in an Edwards facility

# Dragon Financial Opportunity and Valuation

[redacted]

## Key Assumptions

- Acquisition close expected in July 2024
- [redacted]
- Operating expenses to support indication expanses, SG&A leveraging existing infrastructure

*Accretion / Dilution does not include interest income / expense impact*

# Key Risks

[redacted]

# Requesting Approval of Merger Agreement

- **Execution & performance of Merger Agreement**
  - Execution of Merger Agreement
  - Payment to the equity holder of the target, Genesis MedTech Intl. of $115M in base closing consideration, subject to adjustments for cash, debt and seller transaction expenses
  - Royalty payment of [redacted] in any calendar year following first commercial sale until the 12th anniversary of transaction close date

# Genesis MedTech Investment

Edwards

# Genesis Medtech Overview

- **Genesis Medtech was founded in June 2019 as part of a $500M investment of Boyu Capital, GIC (Singapore sovereign fund) and Sequoia Capital**
- **Company is a collection of medical technology portfolios (inorganic growth)**
  - Primary focus to serve Greater China and Asia Pacific regions
  - Provides capabilities to its acquired portfolio companies and JVs
  - Innovation centers to support R&D, manufacturing and training in China
  - Coverage of 4,000 major & lower tier hospitals in China
- **Company is currently generating ~$275M in sales and $30M operating income**
  - Expects to be cash flow positive by year end 2024
  - $200M in current cash balance
- **Chairman and CEO Warren Wang is formerly with J&J China and Boston Scientific (APAC)**
- **Edwards pursuing a $25M equity investment in Genesis Medtech**









CONFIDENTIAL TREATMENT REQUESTED

# Requesting Approval of Equity Financing

- **Edwards to fund $25M in Equity Financing via Series B+ Prefered Stock Subscription Agreement**
  - Full payment at the close of transaction

# Project Indigo

Edwards

Edwards Lifesciences

# 2024 Strategic Imperatives

- **Drive global access and adoption of Structural Heart Therapies (SHD)**
  - Activate key stakeholders to increase awareness, improve screening and accelerate treatments
- **Lead the global expansion and drive TAVR as the standard of care for Aortic Valve Failure***
  - Execute patient activation strategies that accelerate TAVR adoption and build Edwards-wide capabilities
  - Extend TAVR leadership through technology launches and evidence that expands indications
- **Transform and lead the treatment of mitral and tricuspid valve disease**
  - Drive PASCAL commercial expansion and achieve long-term Mitral leadership through portfolio strategy
  - Lead Tricuspid therapy with the launch of EVOQUE and portfolio execution
- **Strengthen and expand global leadership in Surgical Heart Valves and Critical Care**
  - Achieve global RESILIA adoption and surgical valve innovations to drive sustained surgical growth
  - Fortify Critical Care growth through global adoption of smart recovery technologies, advanced algorithms, and sensors
- **Prioritize investments that fortify culture, strengthen leadership, and accelerate innovation**
  - Drive strategic talent initiatives that reinforce our patient-focused culture, build new capabilities, and result in best-in-class leaders
  - Execute GSC and Quality strategies to deliver market-leading innovation cadence, reliable supply, and improved cost
  - Advance a leading heart failure strategy through achievement of key internal and external milestones

# Company Overview

- **Transcatheter mitral replacement device designed to treat mitral regurgitation and improve ventricular function**
  - Unique anchoring mechanism: rotating arms engage chords / leaflets to anchor valve and improve ventricular function
  - Completed implantation [redacted] with promising clinical results
  - Potential advantages: broader patient population & reduced screen-outs, ease of use and shorter procedure times, ventricular remodeling, <30Fr access



- **Established in 2018 with headquarters in Tel Aviv, Israel**
  - Originated at the Sheba Tel Hashomer Medical Center
  - Currently has ~30 employees; ~$27.5M raised to date
  - Edwards has a minority investment (<5%) & non-exclusive license to early IP



EFS – Early Feasibility Study

Edwards Lifesciences

# TMVR Promises Better MR Reduction for a Larger Portion of MR Patients

| SAPIEN M3 | SAPIEN M3 *ENHANCED* | Indigo |
|---|---|---|
|  **US/EU Launch** |  |  |
| *SAPIEN M3 provides early TMVR leadership and a compelling complement to PASCAL* | | *Indigo's unique anchoring method promises TEER-like safety & long-term leadership* |
| **1st transcatheter mitral replacement** | **Improve ease-of-use** (Encircling) | **Continue TWIST EFS with current system** |
| **TMVR for TEER suboptimal patients** | **Enhance safety** (PVL) | **Develop iterative gen system** w/in EW system to take to Pivotal |
| [redacted] | [redacted] | [redacted] |

[redacted]

TMVR – Transcatheter Mitral Valve Replacement; MR – Mitral Regurgitation; TEER – Transcatheter Edge-to-Edge Repair; PVL – Paravalvular Leak; EFS – Early Feasibility Study CONFIDENTIAL 

# Strategic Rationale

- **Opportunity to fortify TMTT's long-term Mitral portfolio leadership with Indigo's novel technology**

- **High confidence in the TMVR opportunity and the patient need**
  - EOS demonstrated early potential but clinical findings limit its potential
  - M3 is positioned for early commercial entry but will likely only serve a small segment of patients
  - Finding a platform that can broadly and safely treat MR has been elusive for the entire field

- **Indigo has a very novel valve attachment design (chordal/leaflet anchoring)**
  - Early safety/efficacy profile is encouraging; chordal/leaflet anchoring technology has performed well
  - Shorter procedure times & reduced screen-out rates are significant improvements
  - Other MR technologies depress ventricular function, Indigo's solution appears to improve function in many patients
  - In a crowded mitral field, key elements of the IP could be a significant value point

Edwards Lifesciences

[redacted]

# Key Risks

[redacted]

# Project Indigo:
## Requesting Approval for Option Exercise & Merger Agreement

- **Option Exercise**
  - Exercise of exclusive option to acquire all equity interests of the target.

- **Execution and performance of Merger Agreement**
  - Execution of Merger Agreement
  - Payment to the equity holders of the target (other than Edwards) of [redacted] in base closing consideration, subject to adjustments for cash, debt and seller transaction expenses
  - Payment of [redacted] in contingent consideration subject to receipt of PMA approval [redacted] of transaction closing date

# Project Aquarius

Edwards

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Key Risks and Next Steps

- **Key Risks**

[redacted]

- **Next Steps**
  - Diligence and negotiate final definitive agreements
  - Seek Board approval via Unanimous Written Consent

Edwards

Helping Patients is Our Life's Work, and *life is now*

# Document Produced in Native