# PX1199 - PX1253

(see exhibit stamps bottom right corner)

PX1199 (Pgs. 2-43)
PX1218 (Pgs. 44-46)
PX1229 (Pg. 47)
PX1232 (Pgs. 48-49)
PX1235 (Pgs. 50-52)
PX1239 (Pgs. 53-68)
PX1243 (Pgs. 69-72)
PX1253 Pgs. 73-156)

Message

**From:** John Kilcoyne [kilcoyne@jenavalve.com]
**Sent:** 12/22/2023 5:50:19 PM
**To:** Don Bobo [Don_Bobo@edwards.com]
**Subject:** JenaValve
**Attachments:** TAM Dec 2023_CONSOLIDATED FINAL1.pdf; JVT TAM 65+.pdf; Epidemiology of VHD in Adult.pdf; JVT Clinical Trial Distribution by Age.pdf

**Importance:** High

**EXTERNAL EMAIL - Use caution opening attachments and links**

Don,

We enjoyed the opportunity to present to you and your team on Wednesday.

I wanted to follow up on two items.

First, I have attached the presented deck (FINAL1) for your use.

Second, I wanted to follow up regarding Larry's question about the challenges of treating younger patients and I suspect his implied question being the potential impact on our TAM?

For the record, I think it was a very fair question and would like to share our analysis.

- Aortic Regurgitation (AR) presents at approximately 10 yrs. earlier than AS (58yrs. vs. 69yrs.)
  - Lung, B. & Vahanian, A. *Nat. Rev. Cardiol.* 8, 162–172 (2011); published online 25 January 2011; doi:10.1038/nrcardio.2010.202) ref. table 1 (attached)

- 85% of patients enrolled in our ALIGN-AR Trial were ≥65yrs.
  - JVT Clinical Trial by Age (attached)

Based on Larry's question and having the above 2 data points in hand, we have recalculated the TAM with the following 2 adjustments:

- Excluded patients <65yrs old and
- Modified the risk patient mix:
  - High Risk: from -[redacted] to [redacted] (as we have eliminated pts younger than 65 yrs. there will be a small increase in the high risk %)
  - Low Risk: from [redacted] to [redacted]
  - Low Risk: from [redacted] to [redacted]

With these changes, the resulting 2025 TAM impact is as follows (JVT TAM 65+/attached):

| Risk Group | Previous $ TAM | Revised $ TAM |
|---|---|---|
| High | [redacted] | [redacted] |
| Intermediate | [redacted] | [redacted] |
| Low | [redacted] | [redacted] |
| **Total** | [redacted] | [redacted] |

I think you would agree that overall, this not a meaningful delta in the TAM, nor does it alter in any way our JenaValve revenue projections.

Happy to jump on a zoom to discuss if it would be helpful.

Hope you have a very Merry Christmas.

Best,

John

**John Kilcoyne**
Chief Executive Officer

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1030
E-Mail: kilcoyne@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

# JenaValve

## Aortic Regurgitation Market Opportunity

December 2023

JENAVALVE

# Executive Summary

JENAVALVE

- **Unique Patient Population Only Treatable By Trilogy**
- **Large Untapped Opportunity in Aortic Regurgitation — [redacted] Global Market**
- **34,000+ Annual U.S. Natural Incidence of Severe Symptomatic AR**
- **~30% of Moderate AR Prevalence Mis-diagnosed Severe AR Patients**
- **Trilogy Seamlessly Leverages Established Structural Heart Ecosystem**


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Patients Deserve Better

JENAVALVE

## Aortic Regurgitation is a Deadly Disease

Unfortunately, Most Patients Don't Receive Treatment

### Not Referred

**56%**

of moderate-severe AR patients are not sent for additional evaluation within 2 years after diagnosis[1]

### Not Treated

**74%**

of severe, symptomatic patients do not receive treatment within a year of diagnosis[2]

### Not Alive

**24%**

1-year mortality rate for patients with NYHA 3-4 untreated severe, symptomatic AR[3]

1. Amoroso, Clinical journey for patients with aortic regurgitation: a retrospective observational study from a multicenter database. Presented at TVT, June 2023, Phoenix, AZ.
2. Thourani VH, Brennan JM, et al. Structural Heart 2021;5(6):608-618.
3. Contemporary Evaluation and Clinical Treatment Options for Aortic Regurgitation Mark Lebehn 1, Torsten Vahl 1,2, Polydoros Kampaktsis 1 and Rebecca T. Hahn



© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL TREATMENT REQUESTED

# How Common Is Aortic Regurgitation?

JENAVALVE

***Aortic regurgitation presents a real issue and it is severely underdiagnosed***

## OxVALVE Study (N: 2,500; Age: >65 yr)

**Table 2 New diagnosis of valvular heart disease**

| | None/trivial | Mild | Significant (moderate/severe) | |
|---|---|---|---|---|
| Any VHD | 1231 (49.2%) | 1110 (44.4%) | 159 (6.4%) | |
| Left-sided VHD | | | | |
| Mitral regurgitation | 1948 (77.9%) | 494 (19.8%) | 58 (2.3%) | #2 |
| Mitral stenosis | 2491 (99.6%) | 7 (0.3%) | 2 (0.1%) | |
| Aortic regurgitation | 2118 (84.7%) | 341 (13.6%) | 41 (1.6%) | #3 (2x AS) |
| Calcific aortic valve disease—AoScl and stenosis | 1617 (64.7%) | 866 (34.6%)[a] | 17 (0.7%) | |
| | **None/Trivial/Mild** | **Significant (moderate/severe)** | | |
| Right-sided VHD | | | | |
| Tricuspid regurgitation | 2433 (97.3%) | 67 (2.7%) | #1 | |
| Pulmonary regurgitation | 2493 (99.7%) | 7 (0.3%) | | |

Number of study participants (% of total cohort) with newly diagnosed VHD (there were no cases of tricuspid or pulmonary stenosis). VHD, valvular heart disease.
[a] Mild calcific aortic valve disease refers to the combined number with AoScl and mild aortic stenosis.

d'Arcy JL et al. Eur Heart J. 2016;37(47):3515-22

## HONU Valve Study (N: 928 ; Median Age: 74)

**TABLE 1 Diagnosis of Valvular Heart Disease**

| | None/Trivial | Mild | Significant | |
|---|---|---|---|---|
| Any valvular heart disease | 606 (65.0) | 175 (19.0) | 147 (16.0) | |
| Aortic stenosis | 892 (96.0) | 21 (2.3) | 15 (1.6) | |
| Aortic regurgitation | 825 (89.0) | 61 (6.6) | 42 (4.5) | #3 |
| Mitral regurgitation | 744 (80.0) | 120 (13.0) | 64 (6.9) | #2 |
| Tricuspid regurgitation | 757 (82.0) | 104 (11.0) | 67 (7.2) | #1 |
| New diagnosis atrial fibrillation | 8 (1.3) | 2 (0.9) | 4 (4.4) | |

Gössl M et al. JACC Imaging 2023 Aug;16(8):1118-1120 doi: 10.1016/j.jcmg.2023.02.009.

***"Significant AR is NOT uncommon, but terribly underdiagnosed…"***

**João Cavalcante, MD**
**Minneapolis Heart Institute**
**London Valves, Nov. 2023**


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# [redacted] Billion Global Market Opportunity

JENAVALVE

**① Near-Term U.S. Opportunity: ~33K Eligible Patients [1]**

[redacted] TAM | **Extreme/High Risk ssAR**

**② Medium-Term U.S. Opportunity: ~56K Eligible Patients [1]**

[redacted] TAM | **Intermediate/Low Risk ssAR**

**34K+ INCIDENCE** | **Annual U.S. Incidence of ssAR for 3 Surgical Risk Categories**
**Potential [redacted] Annual Revenue Opportunity**




Source: JenaValve management
Note: TAM based on 2025 figures. Figures based on U.S. patients above the age of 50 with severe symptomatic aortic regurgitation
(1) Assumes exclusions / co-morbidities of [redacted] of the total prevalent population of patients suffering from severe symptomatic AR in the U.S. of 118K
(2) JenaValve TAM figures calculated using an ASP of [redacted]
(3) EU Market represents management estimates


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# U.S. Incidence of Severe Symptomatic Aortic Regurgitation in 2025

JENAVALVE

***~126M Individuals in the United States, Aged 50 Years and Older***

**~8.7 million** total prevalence of aortic regurgitation (ages 50+)[1]

The total prevalence of aortic regurgitation was estimated as 6.9% of ages 50+ in the Framingham study

**840,000+** prevalence of moderate and severe aortic regurgitation (ages 50+)[1]

Prevalence of moderate and severe AR was estimated as 0.67% of ages 50+, also from the Framingham study; represents ~10% of total AR patients

*30%*[2] of msAR patients are misclassified ssAR patients

**~118,000** prevalence of moderate/severe to severe symptomatic aortic regurgitation

~59K severe symptomatic AR patients hospitalized annually per NIS and NRD data; assumes 50% hospitalization rate[3]

*14%*[4] independently validated by egnite data

**34,000+** annual ssAR incidence

Annual natural incidence of severe symptomatic aortic regurgitation (ssAR)

(1) Population figures per U.S. Census Bureau
(2) Malahjfi et al. JACC 2023 Mar 3;S0735-1097(23)04582-5.
(3) Am J Cardiol. 2007 February 15; 99(4): 549–553. doi:10.1016/j.amjcard.2006.08.065.
(4) Represents the 118K ssAR patient prevalence as a percentage of the total 840K prevalence of moderate and severe AR patients aged 50+ years old


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL TREATMENT REQUESTED

# Severe Symptomatic Aortic Regurgitation – U.S. TAM Model

JENAVALVE

A

B

C

D

[redacted]

## Key Model Drivers

### (A) Prevalence

Hospitalized ssAR represents [redacted] of the prevalent patient base

### (B) Treatment Method

2024 procedures based on historical penetration; forecasted mix informed by [redacted]

### (C) Incidence

Assumes implied 2024 incidence grows at [redacted] annually

### (D) Misclassified Patients

~30% of msAR patients are misclassified ssAR patients

Note: Note: US Addressable Market Assumes Domestic ASP of [redacted] in 2025, declining to [redacted] in 2033

(1) Assumes [redacted] of patients ineligible due to exclusions and comorbidities



© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL TREATMENT REQUESTED 

# Prevalence Patient Population Illustration

(At Beginning of the Year)

JENAVALVE

[redacted]



© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL TREATMENT REQUESTED

# Ⓐ Historical Prevalence of Severe Aortic Regurgitation

JENAVALVE




**Key Assumptions**

**58,850**
**AR Hospitalizations in 2019**
Per NIS and NRD Data

**50,369**
**Unique Patients in 2019**
Excludes patients readmitted (estimated aged 50+ years)

**50%**
**ssAR Patients Hospitalized**
~1/2 of symptomatic prevalence pool not hospitalized[1]

**Hospitalizations Forecasted In Line with Population Growth**
Forecasted by age group (based on data from U.S. Census Bureau)

Note: 2019 used as baseline year to exclude impact of COVID related procedure trends
(1) Am J Cardiol. 2007 February 15; 99(4): 549–553. doi:10.1016/j.amjcard.2006.08.065.


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL TREATMENT REQUESTED 

## B Given the Similarities, We've Based the U.S. AVD-AR Adoption Off of [redacted]

JENAVALVE

[redacted]

***With Strong Clinical Efficacy, Clear Unmet Need and Established Structural Heart Infrastructure, We Believe AVD-AR Will*** [redacted]

Note: 2030-33 case growth assumptions per management estimates

(1) Bavaria JE. TAVR Update: New Insights and Perspectives from the US National STS/ACC TVT Registry. Society of Thoracic Surgeons



© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL TREATMENT REQUESTED

# C Severe Aortic Regurgitation Incidence and Treatment

JENAVALVE

[redacted]

**Key Assumptions**

[redacted]

**2025 Prevalence**

Based on estimated hospitalizations and percent of ssAR patients hospitalized

[redacted] **Annual Incidence Growth + Gradual Improvement in Misclassified msAR to ssAR**

(see next page)

[redacted]

**Untreated Mortality Rate[1]**

Assumes [redacted] from 2024 to 2029 then declines by [redacted] per year to 2033

**AVD-AR Treatment Forecast**

Assumes treatment growth for AVD-AR [redacted]

**SAVR Treatment Forecast**

Assumes treatment growth for SAVR AR [redacted]

(1) Dujardin, Karl S., et al. "Mortality and morbidity of aortic regurgitation in clinical practice." Circulation, vol. 99, no. 14, 1999, pp. 1851–1857, https://doi.org/10.1161/01.cir.99.14.1851.



© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL TREATMENT REQUESTED

# D Annual ssAR Incidence Represents a [redacted] U.S. Opportunity by 2033

JENAVALVE

[redacted]

**Key Assumptions**

**34,383**
**2025 Natural Incidence**
Growing at an annual rate of [redacted]

**~30%**
**Misclassified**
Patients incorrectly classified with msAR instead of ssAR(2)

**2028**
First Year of msAR Patients Properly Classified as ssAR Patients
(In 4th year of commercialization)

**[redacted] Penetration in 2028**
**Growing to [redacted] in 2033**
of Misclassified Patients as msAR Identified Properly as ssAR

***~30% of moderate AR patients are misclassified and actually have severe AR – João Cavalcante, MD***

(1) Net of exclusions and comorbidities; assumes ASP o[redacted]n 2033
(2) Malahjfi et al. JACC 2023 Mar 3;S0735-1097(23)04582-5.


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Severe Symptomatic Aortic Regurgitation – U.S. TAM Summary

JENAVALVE




## Total Addressable Market Opportunity[1]

**88K+ Eligible Patients live with ssAR**

- ~26,000 patients have low surgical risk

## Near Term Market Opportunity[1]

**63k+ Intermediate, High and Extreme Surgical Risk Patients**

- ~30,000 patients have intermediate surgical risk

## Immediate Market Opportunity[1]

**High and Extreme Surgical Risk**

- ~33,000 eligible patients have high or extreme surgical risk creating a large immediate opportunity for AVD-AR

## Key Assumptions

**Exclusions and Comorbidities:** [redacted]
*Per Company Estimates*

**Extreme / High Risk Patients: 37%**
*Based on TVT Registry Splits for AS Q3 2022*

**Intermediate Risk Patients: 34%**
*Based on TVT Registry Splits for AS Q3 2022*

**Low Surgical Risk Patients: 29%**
*Based on TVT Registry Splits for AS Q3 2022*

[redacted]
**Average Selling Price**
*Per Company Estimates*

(1) Net of exclusions and comorbidities; assumes ASP of [redacted]n 2025


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL TREATMENT REQUESTED

## U.S. Opportunity for Additional Penetration Capture Beyond Extreme/High Risk Patients

JENAVALVE

[redacted]

**Key Assumptions**

[redacted]
2025 – 2033 Procedure CAGR Assumed in AVD-AR

[redacted]
US Addressable Market Stratified by Extreme / High Risk

33K → [redacted]
Assumed Extreme / High Risk
2025 2033

88K → [redacted]
Addressable Patient Population
2025 2033


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL TREATMENT REQUESTED

# U.S. Aortic Regurgitation Commercialization

© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# What Can We Expect?

JENAVALVE

**Martin Leon, MD**
Professor of Cardiology
Director, Columbia Interventional
Cardiovascular Care
Columbia University, Irving
Medical Center
(TCT 2023)


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.
CONFIDENTIAL TREATMENT REQUESTED

# US Commercial Launch Targeting

JENAVALVE

## Key Launch Targets

### High Volume Centers with [redacted] Annual Implants Per Site

| | |
|---|---|
| Total Accts Targeted for Activation | [redacted] |
| Target Site's TAVR Volume (2021) | |
| Average Annual TAVR Volume Per Site | |

[redacted]



© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL TREATMENT REQUESTED

# US Commercial Launch Assumptions

JENAVALVE

## Trilogy Site and Operational Metrics by Year

| | JVT | | Accelerated | |
|---|---|---|---|---|
| | CY25 | CY26 | CY25 | CY26 |
| Forecasted New Site Activations | [redacted] | | [redacted] | |
| Active Sites (Rolling YOY) | | | | |
| Quarterly Site Activation Rate | | | | |
| Total Implants | | | | |
| Monthly Implants Per Site | | | | |
| Average Selling Price ($000's) | | | | |

**Assumptions**

| JVT | Accelerated |
|---|---|
| • Adoption: [redacted] Unit Increase Every 9 Months | • Adoption: [redacted] Unit Increase Every 6 Months → Shifting to [redacted] Every 9 Mo's after 6 Qtrs. |


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# US Commercial Revenue Projection (CY2025-2029)

JENAVALVE

**US Commercial Forecast (JenaValve)**

| | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|
| # US Commercial Accounts | [redacted] | | | | |
| *# Cumulative Accounts* | | | | | |
| # Reps | | | | | |
| # New Accts/Rep | | | | | |
| *Cumulative Accts/Rep* | | | | | |
| US Commercial Unit Volume | | | | | |
| *US ASP ($000's)* | | | | | |
| US Commercial Revenues ($M) | | | | | |

**US Commercial Forecast (Accelerated)**

| | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|
| # US Commercial Accounts | [redacted] | | | | |
| *# Cumulative Accounts* | | | | | |
| US Commercial Unit Volume | | | | | |
| *US ASP ($000's)* | | | | | |
| US Commercial Revenues ($M) | | | | | |


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL TREATMENT REQUESTED

# 5-Year U.S. Revenue Forecast (Comparative)

JENAVALVE

[redacted]


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Illustrative Mitral Pull-Through Opportunity

JENAVALVE

## *The Trilogy System Will Drive Product Pull-Through Opportunities Across Accounts*

| | Global Transcatheter Mitral Valve Repair Market Size[1] | | Enterprise (2023E Standalone Share) | | Revenue Pull-Through ([redacted] Market Share Capture ) | |
|---|---|---|---|---|---|---|
| *($USD millions)* | 2023E | 2028E | % | $ | 2023E | 2028E |
| **Transcatheter Mitral Valve Repair** | [redacted] | | | | | |
| United States | | | | | | |
| Rest of World | | | | | | |

Implied Value of Revenue Pull-Through ([redacted] Incremental Market Capture)

[redacted] **Incremental EBITDA** ([redacted] Revenue x [redacted] Margin) × [redacted] **EV / EBITDA Multiple** (Enterprise's Current Multiple) = [redacted] **Implied Value of [redacted] Share Capture in 2023**

**Pull-Through Drivers**

- Trilogy Account Openings Drive Cross-Selling
- Leverage Differentiation Within Active Accounts
- Drive Pascal Share Capture Across All Accounts

Implied Value of Revenue Pull-Through

| '23 EBITDA Multiple | '28 EBITDA Multiple | Net Present Value[2] |
|---|---|---|
| [redacted] | | |

(1) Source: Wall Street Equity Research Estimates
(2) Net Present Value calculates the present value of the respective market capture from 2024 to 2028, grown in perpetuity (assumes [redacted] operating margins, [redacted] discount rate and a [redacted] perpetuity growth rate)


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# AR Patients Are There – How Do We Access Them?

JENAVALVE




**Engagement Overview**

- Requested egnite target [redacted] hospitals w/ current aortic AVR volume [redacted]
- Query each hospital's EHR, echo data base for patients diagnosed w/ moderate/severe or severe Aortic Regurgitation
- Identify the average number of moderate/severe or severe Aortic Regurgitation patients in each hospital


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.
CONFIDENTIAL TREATMENT REQUESTED

# Untreated Severe + M-S AR Pts. at Egnite's 4 Largest Ctrs.

JENAVALVE

[redacted]

[redacted]

- Severe AR Symptomatic
- Severe AR Unknown Symptoms
- Mod To Sev AR Symptomatic
- Mod To Sev AR Unknown Symptoms

'Active' patients are:
- Diagnosed with severe AR on echo by a reading cardiologist (egnite NLP)
- Alive, untreated for AR
- Not on palliative care
- Engaging with the health system in the last 300 days

Active Patients as of August 29, 2023


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# [redacted] Aortic Regurgitation Untreated Patient Population

October 13th, 2023

[redacted]

egnite

- **Unique Patient Population Only Treatable By Trilogy**
- **Large Untapped Opportunity in Aortic Regurgitation — [redacted] Global Market**
- **34,000+ Annual U.S. Natural Incidence of Severe Symptomatic AR**
- **~30% of Moderate AR Prevalence Mis-diagnosed Severe AR Patients**
- **Trilogy Seamlessly Leverages Established Structural Heart Ecosystem**

egnite


JENAVALVE
Trilogy Transcatheter Heart Valve
The valve that makes
TAVR for AR possible.

# Severe Symptomatic Aortic Regurgitation – U.S. TAM Model (Ages 65+)

JENAVALVE

[redacted]

## Key Model Drivers

**A Prevalence**

Hospitalized ssAR represents [redacted] of the prevalent patient base

**B Treatment Method**

2024 procedures based on historical penetration: forecasted mix informed by [redacted]

**C Incidence**

Assumes implied 2024 incidence grows at [redacted]

**D Misclassified Patients**

~30% of msAR patients are misclassified ssAR patients

Note: US Addressable Market Assumes Domestic ASP of [redacted] n 2025, declining to [redacted] n 2033

(1) Assumes [redacted] of patients ineligible due to exclusions and comorbidities



© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Epidemiology of valvular heart disease in the adult

*Bernard Iung and Alec Vahanian*

**Abstract** | Valvular heart disease remains common in industrialized countries, because the decrease in prevalence of rheumatic heart diseases has been accompanied by an increase in that of degenerative valve diseases. Aortic stenosis and mitral regurgitation are the two most common types of valvular disease in Europe. The prevalence of valvular disease increases sharply with age, owing to the predominance of degenerative etiologies. The burden of heart valve disease in the elderly has an important impact on patient management, given the high frequency of comorbidity and the increased risk associated with intervention in this age group. Endocarditis is an important etiology of valvular disease and is most commonly caused by *Staphylococci*. Rheumatic heart disease remains prevalent in developing countries.

Iung, B. & Vahanian, A. *Nat. Rev. Cardiol.* **8**, 162–172 (2011); published online 25 January 2011; doi:10.1038/nrcardio.2010.202

## Introduction

Valvular heart disease is the subject of growing attention in the field of cardiovascular medicine, particularly because of the changes that have occurred in its presentation and management over the past 60 years. Since the 1950s, the predominance of valvular disease has shifted from a rheumatic to a degenerative etiology in industrialized countries, leading to important changes in patient characteristics and in the distribution of the type of valvular lesions.[1] Conversely, in developing countries valvular disease is still mainly caused by rheumatic heart disease (RHD).[2] Progressive changes in etiology and marked geographical differences in the presentation of valvular disease underline the importance of assessing its contemporary burden, not only for descriptive purposes, but also because of the implications of these changes for patient care. The management of patients with valvular disease has also been subject to important changes during the past few decades with the development of minimally invasive interventions, such as percutaneous mitral commissurotomy or transcatheter aortic valve implantation.

Although the overall burden of valvular disease is of interest for public health, important differences exist in clinical presentation, prognosis, and management of the individual patient according to the location and type of valvular disease (stenosis or regurgitation).[3,4] These differences justify the separate assessment of each type of valvular disease and, in particular, the effects of infective endocarditis (IE). In this Review, we use this approach to address the various manifestations of valvular disease in adults. With the exception of bicuspid aortic valve, congenital valve disease is beyond the scope of this Review and is not discussed.

## Epidemiological challenges

Several difficulties exist in the epidemiological study of valvular heart disease. These conditions cannot be diagnosed reliably on the basis of clinical information alone, as symptoms occur only at an advanced stage of disease. The detection of cardiac murmur enables early diagnosis,[5] but lacks specificity, since this sign can be present without heart disease or have other causes than valvular disease. In addition, the physician must be appropriately trained in the detection of cardiac murmur. Nationwide surgical registries include large numbers of patients, but exclude those with nonsevere valvular disease and patients who are denied surgery, in particular those with an excessively high surgical risk. Thus, the unbiased determination of the prevalence of valvular disease requires the systematic performance of echocardiography in a representative population. This necessity raises obvious practical problems, which explain the paucity of echocardiography-based epidemiological studies in the field of valvular disease. Besides diagnosis, echocardiography provides important information in the assessment of the severity and prognosis of valvular disease,[3,4,6–8] which is of importance because of the continuum from mild to severe valvular disease.

No uniform definition of valvular disease exists, since the clinical relevance of these conditions depends more on the severity of valve dysfunction than on anatomical impairment. Therefore, analysis of epidemiological data in this field should take into account the severity of the valvular disease. In addition, the etiologies

Cardiology Department, Bichat Hospital, AP-HP, 46 rue Henri Huchard, 75018 Paris, France (**B. Iung, A. Vahanian**).

Correspondence to: B. Iung bernard.iung@bch.aphp.fr

**Competing interests**
B. Iung declares associations with the following companies: Boehringer-Ingelheim, Edwards Lifesciences, St Jude Medical, Servier and Valtech. A. Vahanian declares associations with the following companies: Abbott, Edwards Lifesciences, Medtronic, and Valtech. See the article online for full details of the relationships.



© 2011 Macmillan Publishers Limited. All rights reserved

CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10282849
PX1199-030

PX1199

of the various types of valvular disease differ between industrialized and developing countries, which accounts for marked differences in prevalence, distribution, and patient characteristics.

## Burden of valvular heart disease

### Industrialized countries

*Prevalence in the general population*

The only large population-based epidemiological study involving the systematic use of echocardiography was performed in the USA in a representative population of 11,911 individuals.[9] Valvular stenosis was defined as limited leaflet motion, increased transvalvular Doppler flow velocity, or both, corresponding to the criteria for moderate or severe stenosis according to the guidelines.[3,4] Valvular regurgitation was defined by the characteristics of the regurgitant jet as assessed by color Doppler echocardiography, corresponding to the criteria for moderate or severe regurgitation according to the guidelines.[3,4] In this study, the overall age-adjusted prevalence of valvular disease was estimated to be 2.5% (95% CI 2.2–2.7%).[9] The prevalence of the various types of valve diseases was as follows: aortic stenosis (AS) 0.4%, aortic regurgitation (AR) 0.5%, mitral stenosis (MS) 0.1%, and mitral regurgitation (MR) 1.7%. Prevalence did not differ markedly according to patient sex, but increased substantially with age, from <2% before the age of 65 years to 8.5% in those aged 65–75 years, and 13.2% after the age of 75 years (Figure 1).[9]

The sharp increase in the prevalence of valvular disease with age in industrialized countries is a consequence of the predominance of degenerative etiologies. In the same paper, Nkomo *et al.* estimated the prevalence of at least moderate valvular disease in the community of Olmsted County, MN, USA to be 1.8%, on the basis of clinical suspicion alone (that is, symptoms or cardiac murmur).[9] This finding contrasts with the prevalence of 2.5% determined by echocardiography and suggests that the burden of valvular disease is underestimated when assessed by clinical suspicion rather than by systematic echocardiographic screening.

**Key points**

- The prevalence of valvular heart disease is estimated at 2.5% in the US population and sharply increases after the age of 65 years owing to the predominance of degenerative etiologies
- The term 'degenerative' valvular disease relates to a heterogeneous group of conditions the main characteristic of which is an increase in prevalence with age, rendering decision-making for interventions complex
- Rheumatic heart disease remains common in developing countries, where its prevalence is underestimated by clinical examination and is estimated at 2–3% when using systematic echocardiographic screening
- Patients who have previously undergone surgery account for almost a third of those referred for the management of valvular disease
- The proportion of valvular surgeries has increased over the past decade and these procedures now account for more than 20% of all cardiac surgeries




**Figure 1** | Prevalence of moderate or severe aortic and mitral valve diseases according to age from a population-based series of 11,911 patients. Reprinted from *The Lancet*, Vol. **368**, Nkomo, V. T. *et al.*, Burden of valvular heart diseases: a population-based study, Pages 1005–1011, Copyright (2006), with permission from Elsevier.

*Distribution and etiologies*

The Euro Heart Survey was specifically designed to study the management of patients with valvular heart disease and prospectively included 5,001 patients from 92 centers in 25 European countries.[10,11] Although deriving estimates of prevalence was not possible, because this survey was not conducted in a representative population, the data collected on the etiology and severity of valvular diseases were extensive. Echocardiographic examination was mandatory for inclusion and detailed clinical and echocardiographic characteristics were available for all patients. Native valve disease was present in 3,532 patients (72%), of whom 1,197 had AS, 369 had AR, 336 had MS, 877 had MR, 41 had isolated right-sided valvular disease, and 712 had multiple valve disease (Figure 2). In addition, 28% had undergone previous valve surgery.[10] The distribution of different types of valve diseases differs between the Euro Heart Survey, in which AS was the most frequent valvular disease, and the US population-based study, in which the most frequent valvular disease was MR.[9,10] These differences could be explained by the fact that the Euro Heart Survey specifically targeted patients referred for the treatment of heart valve disease of at least moderate severity. One could predict that different distributions would be found with the systematic use of echocardiography in the general population, particularly given the high sensitivity of Doppler-echocardiography-based examination in detecting trivial or mild regurgitations.[12]

In the Euro Heart Survey, the etiologies of the various types of valvular disease were assessed according to echocardiography and, when available, surgical findings. The distribution of etiologies is detailed in Table 1. The most common etiology was degenerative disease —representing 63% of all cases of native heart valve disease, with a mean age of >50 years among patients with aortic and mitral valve diseases—followed by RHD in 22% of all patients.[11]



© 2011 Macmillan Publishers Limited. All rights reserved

CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10282850
PX1199-031
PX1199




**Figure 2** | Distribution of the various types of native valvular heart disease in 3,547 patients in the Euro Heart Survey. Abbreviation: AR, aortic regurgitation; AS, aortic stenosis; M, multiple valve disease; MR, mitral regurgitation; MS, mitral stenosis; R, right-sided heart disease. Reproduced from *Heart*, lung, B., Volume **94**, 519–524, Copyright 2008 with permission from BMJ Publishing Group Ltd.

The so-called degenerative etiologies represent a particularly heterogeneous group as regards the type of anatomical lesion as well as pathophysiology. However, the term 'degenerative' remains widely used to define the most frequent etiology of valvular disease in industrialized countries, its defining characteristic being the correlation with increasing age. Although the incidence of rheumatic fever has considerably decreased in industrialized countries in the past 60 years, RHD has not disappeared. Residual RHD still exists in elderly patients who were exposed to acute rheumatic fever during childhood when rheumatic fever was still endemic. Migration of people from developing countries also contributes to the presence of RHD in industrialized countries.

Besides degenerative and RHD, other etiologies (IE, inflammatory diseases, and congenital heart diseases) account for less than 10% of all cases of valvular disease (Table 1).[10] Other emerging rare etiologies include radiation-induced[13] and drug-induced[14] valvular heart diseases.

### Developing countries

RHD is a late consequence of acute rheumatic fever, which is initiated by pharyngeal or cutaneous infection caused by group A β-hemolytic *Streptococci*. Immune response leads to multiorgan involvement, including valvular inflammation, which can cause severe regurgitation during the acute phase.[15] However, the most common consequence of infection in adolescents or adults is delayed valvular disease, which is caused by chronic valvular inflammation and scarring. In a review of 10 prospective population-based studies from 10 countries worldwide, the incidence of the first episode of acute rheumatic fever was estimated to be 5–51 per 100,000 of the population per year.[16] The annual incidence was lower (≤10 per 100,000) in America (USA, Chile, Martinique, and Guadaloupe) and Western Europe, and higher (>10 per 100,000) in Eastern Europe, the Middle East, Asia, and Australasia. No equivalent data are available for sub-Saharan Africa, where an incidence of 13 cases per 100,000 per year was estimated on the basis of retrospective data.[2] Approximately 60% of patients with acute rheumatic fever will develop RHD.[17] Besides recurrences of streptococcal infections, which have a major role in the development of RHD, individual host susceptibility and associated infections are likely to contribute to RHD.[18] In addition, RHD is favored by overcrowding, malnutrition, and limited access to health care.[19]

RHD remains prevalent in developing countries, particularly among children and adolescents (Figure 3). The greatest amount of data on the prevalence of valvular disease in developing countries comes from Asia. Most studies concerned school-age children and estimated the prevalence of valvular disease at 1–7 per 1,000 of the population.[20,21] These estimates were based on clinical suspicion of valvular disease and often included echocardiographic confirmation. The prevalence estimate of 1.2 per 1,000 of the population in South Central Asia was the most reliable because it was based on 18 series, 16 of which had echocardiographic confirmation, pooling nearly 400,000 children.[20] Thus, the total number of cases of RHD in children aged 5–14 years in Asia is estimated at around 2 million.[20] No reliable estimate exists for the prevalence of RHD in the adult Asian population. In Africa, the prevalence of RHD in school-age children was estimated to be 2.7–14.3 per 1,000.[22] For sub-Saharan Africa, the mean prevalence was estimated at 5.7 per 1,000.[2] In 2007, Marijon *et al.* estimated the prevalence of valvular disease among children in Cambodia and Mozambique at 21.5 and 30.4 per 1,000, respectively, on the basis of systematic echocardiographic examinations in 5,847 children. By contrast, clinical-based estimates were just 2.2 and 2.3 per 1,000 children for Cambodia and Mozambique, respectively.[23]

The combination of the prevalence of RHD and restricted access to heath care explains why RHD remains an important cause of morbidity and mortality in young adults in developing countries. RHD could account for 350,000–500,000 deaths per year in Asia.[20] The efficacy of antibiotic prophylaxis has contributed to the decrease in the incidence of acute rheumatic fever, and subsequent progression to RHD, in industrialized countries. However, improved socioeconomic conditions are likely to have had the greatest impact in reducing the burden of this disease.[1]

## Types of valvular heart disease

### Aortic stenosis

AS is the most common lesion among patients referred for the treatment of valvular disease in industrialized countries.[10] The severity of AS, the patient's symptoms, and the left ventricular ejection fraction (LVEF) have a strong prognostic value.[3,4,6,24] Data on the prevalence of AS come from three population-based studies, two



© 2011 Macmillan Publishers Limited. All rights reserved

CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10282851
PX1199-032
PX1199

from the USA ($n=11{,}911$[9] and $n=5{,}201$[25]) and one from Finland ($n=577$[26]). The data from these series lead the prevalence of moderate AS to be consistently estimated at ~2% among individuals aged 70–80 years, with the prevalence increasing to 3–9% after the age of 80 years (Figure 4). In the US population-based series by Nkomo and colleagues, the prevalence of AS was strongly associated with age, with an odds ratio of 2.5 (95% CI 2.0–3.1) per decade of increasing age.[9] This result is consistent with the finding that the mean age of patients referred for the treatment of AS in the Euro Heart Survey was 69 years.[10] Old age (>75 years) is associated with increases in operative risk and frequency of comorbidity, and a decreased life expectancy, which creates difficulties in the decision-making process for valvular intervention.[27] Notably, the geographic distribution of AS is not homogeneous. Regional clustering of cases of AS and observations of familial aggregation suggest that a genetic component contributes to the pathophysiology of AS.[28]

AS is most commonly the consequence of degenerative remodeling on a normal tricuspid aortic valve or a congenitally abnormal valve, particularly a bicuspid aortic valve. Macroscopically, degenerative AS is characterized by valve thickening and stiffening associated with the presence of valve calcification on the aortic side of the valve leaflets, without commissural fusion. Degenerative valvular changes leading to AS, whether they occur on a bicuspid aortic valve or a normal tricuspid valve, are caused by an active remodeling process involving inflammation and calcification that shares a number of common features with atherosclerosis.[29] Early changes include thickening of the aortic valve without hemodynamic consequences, which corresponds to aortic sclerosis as defined by valve thickening without substantial obstruction (maximum aortic jet velocity [$V_{max}$] <2.5 m/s). Aortic sclerosis is frequent, affecting 26% of patients aged ≥65 years, and 48% of those aged ≥85 years, as reported in a large population-based study.[25] Risk factors for aortic sclerosis are the same as those for atherosclerosis: increasing age, male sex, smoking, hypertension, and an elevated LDL-cholesterol level.[25] In a series of 2,131 patients with aortic sclerosis, 16% experienced progression towards AS (2.5% to severe AS) during a mean 7-year follow-up. By contrast, AS occurred in only 1% of patients in a control group who did not have initial aortic valve thickening.[30] The same risk factors are observed for AS of bicuspid valves.[31] Aortic valvular remodeling is, therefore, an active and progressive disease that accounts for the increase in prevalence of aortic sclerosis and AS with age. However, the rate of progression of AS is highly variable from one patient to another and it cannot be predicted in an individual patient.[32,33] In addition, despite certain common features between atherosclerosis and AS, no intervention has been proven to slow the progression of AS.[34–36]

Among congenital abnormalities of the aortic valve, unicuspid valves and dome-shaped diaphragms are rare, but can cause substantial AS in children or young adults. The most frequent congenital abnormality of the aortic valve is a bicuspid aortic valve. We now know that a genetic component is likely to exist for bicuspid aortic valves.[37] Systematic echocardiographic screening in young patients estimated the prevalence of bicuspid aortic valve to be 0.6–0.8% in males and 0.2% in females.[38,39] The annual incidence of new cases of bicuspid aortic valve is estimated at 54,800 in the USA.[40] Bicuspid aortic valve accounts for a high proportion of AS in young patients, in whom other causes of AS are rare.[11] However, although bicuspid aortic valve is associated with normal valve function in the majority of young adults, it exposes these individuals to an increased risk of developing AS later in life owing to superimposed degenerative valve remodeling.[41,42] This concept is illustrated by the finding that 49% of the of 932 aortic valves explanted because of AS in a surgical pathological series were bicuspid, which contrasts with a prevalence of <1% of bicuspid aortic valves in the general population.[43] Bicuspid valves were more frequent than normal tricuspid valves up to the seventh decade of life in this surgical series (Figure 5).[43] Young adults with an initially normally functioning bicuspid aortic valve have a 24% risk of requiring an aortic valve replacement after 20 years, most commonly owing to AS, particularly in the presence of degenerative valve changes (such as thickening, decreased mobility, and calcification).[42] Echocardiographic diagnosis of a bicuspid aortic valve is difficult and should follow strict rules to avoid underdiagnosis.[44] This principle is important, not only because of the increased risk of developing aortic valve disease, but also because of the frequent association between bicuspid aortic valve and enlargement of the ascending aorta, which has its own prognostic value.[45]

By contrast to the more common etiologies of degenerative and congenital AS, RHD is a rare cause of AS in industrialized countries. This manifestation of AS is characterized by valve thickening and commissural fusion.[46]

**Table 1** | Characteristics of left-sided valve disease in the Euro Heart Survey[10,11]

| Variables | Aortic stenosis $n=1{,}197$ | Aortic regurgitation $n=369$ | Mitral stenosis $n=336$ | Mitral regurgitation $n=877$ |
|---|---|---|---|---|
| ***Demographic characteristics*** | | | | |
| Mean age (years) | 69±12 | 58±16 | 58±13 | 65±14 |
| Age >70 years (%) | 56 | 25 | 18 | 44 |
| Male (%) | 57 | 74 | 19 | 52 |
| ***Etiology*** | | | | |
| Degenerative (%) | 81.9 | 50.3 | 12.5 | 61.3 |
| Rheumatic (%) | 11.2 | 15.2 | 85.4 | 14.2 |
| Endocarditis (%) | 0.8 | 7.5 | 0.6 | 3.5 |
| Inflammatory (%) | 0.1 | 4.1 | 0 | 0.8 |
| Congenital (%) | 5.4 | 15.2 | 0.6 | 4.8 |
| Ischemic (%) | 0 | 0 | 0 | 7.3 |
| Other (%) | 0.6 | 7.7 | 0.9 | 8.1 |

## Aortic regurgitation

AR is less frequent than AS or MR. The prognosis of AR depends on the severity of regurgitation and the LVEF.[47] In a series from the Framingham cohort, AR was detected



© 2011 Macmillan Publishers Limited. All rights reserved

CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10282852
PX1199-033
PX1199




**Figure 3** | Prevalence of rheumatic heart disease in children aged 5–14 years. Reprinted from *The Lancet Infectious Diseases*, Vol. 5, Carapetis, J. R *et al.*, The global burden of group A streptococcal diseases, pages 685–694, Copyright (2005), with permission from Elsevier.

by Doppler echocardiography in 11% of 2,865 individuals (13% of men and 8% of women; Figure 6).[48] At least mild AR was present in 4% of those examined and at least moderate regurgitation was present in 0.5%.[48] Unlike in MR, trace AR was seldom found. In an echocardiographic study from the USA, a 0.5% incidence of mild AR and a 0.8% incidence of moderate AR was found among 4,352 participants aged 21–35 years.[49] In the Euro Heart Survey, AR accounted for only 10% of native valve disease and was more frequent in men than in women, with AR accounting for 15% of all native valve diseases in men and 5.5% in women.[10]

Degenerative disease is the most frequent cause of AR in industrialized countries and is characterized by the combination of enlargement of the aortic root and abnormalities in the morphology and mobility of aortic leaflets.[50,51] The spectrum of degenerative AR ranges from isolated aortic root aneurysm with normal leaflets—in which AR is the consequence of a distorted aortic root—to pure valve dysfunction with a normal aortic root, also called 'floppy valve syndrome'. Aortic root aneurysm can be present in syndromic diseases, such as Marfan syndrome—in hich aortic aneurysm is a frequent complication—Ehlers-Danlos syndrome and osteogenesis imperfecta. However, most cases of degenerative AR are isolated. The progression in AR severity is more rapid in the setting of moderate or severe AR than in mild AR.[52]

Bicuspid aortic valve predisposes an individual to the development of AR, although less frequently than AS.[42] In the Euro Heart Survey, bicuspid aortic valve was the most frequent etiology of aortic regurgitation before the age of 50 years.[11] In a surgical pathologic series of 268 valves explanted because of AR, 22% were bicuspid.[53]

RHD remains the second most frequent etiology of AR in industrialized countries and its most frequent etiology in developing countries. Rheumatic AR is characterized by valvular thickening and retraction without lesions of the ascending aorta.[46] A number of systemic diseases can cause AR through inflammatory aortitis, including ankylosing spondylitis, Takayasu disease, and Kawasaki disease, but these etiologies account for a small proportion of all cases of AR.

### Mitral stenosis

MS is the least common valvular disease in industrialized countries because, unlike other valvular diseases, it still occurs mainly as a result of RHD. The prognosis of MS depends mainly on its severity and the patient's symptoms. The progression of this condition varies between patients, but is generally slow.[54,55]

The prevalence of MS was estimated at 0.1% in the US population-based study by Nkomo and co-workers,[9] and MS accounted for 9% of single-valve diseases in the Euro Heart Survey.[10] Most series show a female predominance among patients with MS. This condition remains the most common form of valvular disease in developing countries, where it primarily affects young adults. Given its distribution according to age and sex, rheumatic MS still accounts for a substantial proportion of pregnancy-related complications in developing countries.[56] Rheumatic MS often presents as restenosis after a previous percutaneous or surgical commissurotomy.[11] The consequences of this type of MS are the same as for MS on a native valve, but the mechanism of restenosis has an impact on the choice of the type of intervention.

The other main cause of MS is degenerative calcification of the mitral annulus, which is frequently seen



© 2011 Macmillan Publishers Limited. All rights reserved

CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10282853
PX1199-034

PX1199




**Figure 4** | Prevalence of moderate aortic stenosis according to age from three population-based series. Abbreviations: AVA, aortic valve area; $V_{max}$, maximum aortic jet velocity.[9,25,26]




**Figure 5** | Aortic valve structure (number of cusps) at the time of explant for aortic stenosis in adults.[43]

in patients aged >65 years, but seldom causes clinically important MS.[10,57] Rare etiologies of this condition include congenital MS and infiltrative diseases, such as mucopolysaccharidosis, Whipple disease, and Fabry disease.

## Mitral regurgitation

A particularity of MR is that it can be the consequence of primary anatomical abnormalities of the mitral apparatus (organic MR), but also of left ventricular remodeling, which causes incomplete valve closure through tethering by the subvalvular apparatus of an anatomically normal valve (functional MR). Organic and functional MR are totally different diseases, not only as regards their pathophysiology, but also the criteria of severity, prognostic impact, and therapeutic indications.[3] Organic MR and functional MR are discussed separately below.

Doppler echocardiography found MR (irrespective of the mechanism) in 90% of 2,881 individuals in the population-based Framingham cohort (88% of men and 91% of women).[48] At least mild MR was present in 19% of patients and at least moderate MR in 1.6%. The prevalence of MR increased substantially with age (Figure 6).[48] The relationship between age and prevalence of MR was illustrated by an odds ratio of 1.3 (95% CI 1.2–1.5) for each decade of life.[48] These findings demonstrate the very high sensitivity of Doppler echocardiography for detecting trace regurgitations, which do not have a prognostic impact and are considered to be physiological.[12] An echocardiographic study of 4,352 individuals aged 21–35 years found consistent rates of mild MR (7.0%) and moderate MR (1.1%), in most cases without morphological abnormalities of the mitral valve.[49] A retrospective analysis of 1,000 randomly selected echocardiograms found a higher rate of mild MR (20%), which increased with patient age.[58] Selection bias could account for these discrepancies because the latter study was performed at a tertiary referral center. These differences in the prevalence of MR also illustrate the variability in the assessment of the severity of regurgitation and highlight the need to take into account the mechanism of MR.

### *Organic mitral regurgitation*

In industrialized countries, the most common etiology of organic MR is mitral valve prolapse—defined as leaflet billowing with a shift of leaflet coaptation across the plane of the mitral annulus. The prognosis of mitral valve prolapse depends mainly on the severity of MR and LVEF.[59] Echocardiographic criteria for the diagnosis of mitral valve prolapse should be strict to avoid overdiagnosis. In series from the 1970s and 1980s, the prevalence of mitral valve prolapse as was reported to be 5–15%. In 1999, the prevalence of mitral valve prolapse (using strict diagnostic criteria) was estimated to be 2.4% in a population-based study of 3,491 people from the Framingham cohort.[60] Mitral valve prolapse was associated with severe MR in only 3.5% of cases.[60]

Although considered to be a degenerative valvular disease, mitral valve prolapse differs from AS by macroscopic and histological features, which further illustrates the heterogeneity of degenerative etiologies of valvular diseases.[61,62] No risk factors for mitral valve prolapse have yet been identified and, unlike in AS, no relationship exists with the cardiovascular risk factors for atherosclerosis. Familial clustering of mitral valve prolapse has been observed, and the filamin A (*FLNA*) gene has been associated with this disease.[63] In most patients, mitral valve abnormalities are isolated and correspond to primary valve prolapse. Secondary valve prolapse is rare and is associated with connective tissue disorders such as Marfan syndrome, Ehlers-Danlos syndrome type IV, and osteogenesis imperfecta. Regurgitation tends to increase over time in patients with mitral valve prolapse. During a mean follow-up of 4.5 years, Avierinos *et al.* found



© 2011 Macmillan Publishers Limited. All rights reserved

CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10282854
PX1199-035
PX1199




**Figure 6** | Prevalence of mild and moderate mitral and aortic regurgitations according to age from a population-based series of 2,881 patients.[48] Patients with more-than-mild valvular stenosis were excluded. Abbreviations: AR, aortic regurgitation; MR, mitral regurgitation.

that 38% of 285 patients from Olmsted County who had been diagnosed with mitral valve prolapse experienced ≥1 grade progression of regurgitation, with important individual variations.[64]

Mitral annular calcification is another mitral lesion causing MR, although it is also considered to be a degenerative heart disease. In the Cardiovascular Health Study,[65] this condition was found in 42% of 3,929 participants aged >65 years and was related to cardiovascular risk factors. Despite its high prevalence, mitral annular calcification seldom causes clinically important MR. Other etiologies of organic MR include RHD, which was the second most common cause of organic MR in the Euro Heart Survey,[10] congenital heart disease, which is often also associated with atrioventricular septal defects, and IE.[10]

### *Functional mitral regurgitation*

Functional MR is caused by the incomplete closure of a structurally normal mitral valve, which is the consequence of valve tethering by the subvalvular apparatus owing to left ventricular remodeling, dysfunction, or both. Ischemic MR is a particular category of functional MR, in which left ventricular dysfunction is caused by coronary heart disease, most often because of previous myocardial infarction. Other cases of functional MR are caused by dilated cardiomyopathies.

The prevalence of functional MR tends to be underestimated, because patients often present with heart failure owing to left ventricular systolic dysfunction rather than with valvular disease. Low-intensity murmur and specificities of quantification using Doppler echocardiography can also account for underdiagnosis.[66] Bursi *et al.* reported that functional MR was present in 50% (moderate or severe in 12%) of 773 patients undergoing echocardiographic examination within 30 days after myocardial infarction.[66] No reliable data exist to enable the prevalence of functional MR to be assessed in patients with dilated cardiomyopathies. Although the most important prognostic factor among patients with functional MR is the severity of underlying left ventricular dysfunction, functional MR worsens the prognosis.[66,67]

### Right-sided valvular diseases

The prevalence of tricuspid regurgitation (TR), as assessed by Doppler echocardiography in a population-based study of 2,252 individuals, was estimated to be 84%.[48] However, mild and moderate regurgitation were present in only 16% and 0.8% of this population, respectively. Trace and mild TR are common and are considered to be physiological.[12] Most cases of TR are functional, that is, not caused by anatomical lesions of the tricuspid valve but secondary to right ventricular enlargement as a consequence of pulmonary hypertension. Thus, functional TR is often associated with left-sided valve disease, particularly in the mitral position. Organic tricuspid disease is rare. The most common congenital cause of organic TR is Ebstein anomaly. Acquired tricuspid stenosis or regurgitation is encountered in patients with RHD, or in rare etiologies such as carcinoid diseases or drug-induced valvular diseases, and is often associated with left-sided valvular diseases.[14,68]

Pulmonary valve disease most commonly has a congenital etiology and can be associated with other congenital lesions. Acquired pulmonary valve disease is rare and has the same etiologies as organic tricuspid disease. Isolated severe pulmonary and tricuspid diseases are rare; in the Euro Heart Survey, less than 1% of patients were referred for isolated right-sided valvular diseases.[11]

### Mixed and multiple valve diseases

When stenosis and regurgitation are combined in the same valve, one of the diseases is generally predominant and management of the patient should follow the recommendations for the predominant valvular disease.[3] Unlike isolated valvular disease, no severity criteria have been published for mixed valve disease and their prevalence cannot be reliably assessed. Stenosis or regurgitation of at least moderate severity affecting several valves were encountered in 20% of patients in the Euro Heart Survey,[11] most of whom (79%) had aortic and mitral valve disease of substantial severity, with or without right-sided valvular disease. The most common etiology was RHD, followed by degenerative disease, both etiologies together accounting for 90% of patients with multiple valvular disease.

## Acute infective endocarditis

IE combines infectious disease with valvular disease, often occurring on a previously diseased valve and, therefore, needs to be individualized as an etiological factor. Infection of a structurally normal or previously diseased valve can cause regurgitation, perivalvular abscesses, and lesions known as 'vegetations', which are comprised of platelets, fibrin, micro-organisms, and



© 2011 Macmillan Publishers Limited. All rights reserved

inflammatory cells, and are a source of emboli. Thus, acute IE causes both complex valvular lesions and severe sepsis and, therefore, the management and prognosis of these patients differ from those of patients with other valve diseases.

The most reliable estimate of the incidence of IE comes from a prospective population-based study conducted in 1999 in 16 million members (that is, 26%) of the French population.[69] The annual age-standardized and sex-standardized incidence was estimated at 31 cases per million (95% CI 28–35). This figure represents approximately 1,500 cases in France annually, illustrating the rarity of IE. Other studies have estimated the annual incidence of IE at between 15 and 60 cases per million.[70] The French survey,[69] the prospective multicenter cohort of the International Collaboration on Endocarditis (which included 2,781 adults diagnosed with endocarditis between 2002 and 2005),[71] and the Euro Heart Survey[72] revealed consistent findings about the characteristics of contemporary patients with IE (Table 2).

The epidemiology of IE in industrialized countries has changed over the past several decades, particularly with regard to the underlying valvular disease and the causative micro-organisms. A review of 15 population-based studies, including a total of 2,371 participants in the USA and Europe, showed a decrease in cases of acute IE related to previous RHD and an increase in cases associated with prosthetic valves.[70] Although this study found no substantial changes in the proportions of the causative micro-organisms over time, other reports have shown an increase in the number of cases caused by *Staphylococci*, which could be linked to the observed increase in health-care-associated endocarditis.[73] *Staphylococci* are now a more common cause of IE than oral *Streptococci* (Table 2).

Contemporary presentation of IE reflects epidemiological changes in underlying heart diseases, with an increase in patient age and incidence of prosthetic endocarditis in the past two decades. Approximately half of patients with IE undergo surgery during the acute phase of the infection, and in-hospital mortality remains high (Table 2).[69,71,72] Prevention of IE has been subject to important changes during the past decade; the importance of nonspecific hygiene is now placed above the use of prophylactic antibiotic therapy, the use of which is restricted.[74,75] Further surveys are needed to ensure that these changes will not lead to a rebound in the incidence of IE caused by oral *Streptococci*.

**Table 2** | Prospective studies of patients with infective endocarditis

| Characteristics | AEPEI Study[69] | ICE Study[71] | Euro Heart Survey[72] |
|---|---|---|---|
| *n* | 390 | 2,781 | 159 |
| Mean age (years) | 59 | 58 | 56 |
| Male (%) | 71 | 68 | 70 |
| IE affecting native valve (%) | 79 | 72 | 74 |
| IE affecting valve prosthesis (%) | 16 | 21 | 26 |
| Pacemaker and/or ICD (%) | 5 | 7 | NR |
| Current intravenous drug use (%) | 6 | 10 | 5 |
| Valvular surgery during the acute phase (%) | 49 | 48 | 52 |
| In-hospital mortality (%) | 16 | 18 | 13 |
| ***Causative micro-organism*** | | | |
| All *Streptococcaceae* (%) | 58 | 39 | 42 |
| Oral *Streptococci* (%) | 17 | 17 | 13 |
| Other *Streptococci* (%) | 33 | 12 | 15 |
| *Enterococci* (%) | 8 | 10 | 14 |
| All *Staphylococci* (%) | 29 | 42 | NR |
| *Staphylococcus aureus* (%) | 23 | 31 | 33 |
| Coagulase-negative *Staphylococci* (%) | 6 | 11 | NR |

Abbreviations: ICD, implantable cardioverter-defibrillator; IE, infective endocarditis; NR, not reported.

## Valvular interventions

Surgical registries provide a different insight from population-based studies into the epidemiology of valvular disease, since they reflect the most severe presentations of valvular disease in patients for whom surgery is not considered to carry a prohibitive risk. The largest available database of cardiac surgery comes from the Society of Thoracic Surgeons in the USA. Although implemented on a voluntary basis, the strength of this database is that it includes 2,467,637 interventions performed between 2000 and 2009.[76] During the past decade, the proportion of valvular surgeries increased from 16% to 22% of all cardiac surgical procedures, mainly owing to an increase in isolated valvular surgery from 8% to 13%, whereas valvular surgery combined with CABG surgery only increased from 8% to 9%. Aortic valvular surgery, either isolated or combined with CABG surgery, is by far the most frequent intervention, accounting for 67% of all valvular surgery procedures in 2009.[76]

An analysis of temporal trends (1997–2006) from 108,687 isolated aortic valve replacements in the Society of Thoracic Surgeons database showed substantial increases in patient age and frequency of comorbidities.[77] The percentage of patients aged ≥80 years increased from 13% to 20%. Despite the increase in the risk profile of these individuals, operative mortality decreased from 3.4% in 1997 to 2.6% in 2006.[77] Aortic valve replacement was performed for AS in 76% of patients in 1997 and in 85% in 2006.[77] A similar analysis of 58,370 surgical interventions on the mitral valve performed between 2000 and 2007 showed that the percentage of patients operated on because of MS decreased from 30% in 2000 to 14% in 2007.[78] The rate of mitral valve repair increased from 42% in 2000 to 61% in 2007, and from 51% to 69% when only patients with MR were considered. Similar rates of mitral valve repair (46%) in 2001 were observed in the Euro Heart Survey[10] and in the Society of Thoracic Surgeons database.[76]

A particularity of contemporary valvular surgery is that it is frequently combined with other procedures, most often CABG surgery, which was performed with 43% of aortic valve surgeries and 38% of mitral valve surgeries in 2009.[76] In the Euro Heart Survey,[10] CABG surgery was performed with 23% of all types of valve



© 2011 Macmillan Publishers Limited. All rights reserved

surgery (33% for AS, 15% for AR, 7% for MS, and 32% for MR). Replacement of the ascending aorta was carried out in 19% of patients operated on for AR.

Less invasive approaches than surgery under cardiopulmonary bypass are increasingly being used in the treatment of valvular disease. The first technique to be introduced was percutaneous mitral commissurotomy, which was progressively extended to patients with valve anatomy for whom this procedure was previously thought unsuitable, and is now used worldwide in a broad spectrum of patients with MS.[79–81] In the Euro Heart Survey,[10] percutaneous mitral commissurotomy represented 34% of interventions for MS. More recently, transcatheter aortic valve implantation has emerged as an alternative to aortic valve replacement for AS, and can be performed using a transfemoral approach or a transapical implantation through a small thoracotomy.[82,83] More than 20,000 prostheses have been implanted worldwide and evidence now exists that the procedure is feasible in high-risk patients with AS and results in a marked and sustained improvement in valve function.[84] Since follow-up remains limited, current indications are restricted to patients with AS in whom surgery is considered contraindicated or have a very high surgical risk.[85] Percutaneous treatment for MR is also possible, but experience is limited thus far.[86]

## Conclusions

Population-based studies show that valvular disease is common in industrialized countries, where a decrease in the prevalence of RHD has been accompanied by an increase in the prevalence of degenerative etiologies. This shift accounts for important changes in the presentation of valvular disease, which now mainly manifests as AS and MR, and predominantly affects elderly people who have an inherent increase in frequency of comorbidity. This changing pattern of valvular disease increases operative risk, so that decision-making for interventions becomes more complex. The burden of degenerative valvular disease is expected to rise, given the increase in life expectancy and the current lack of validated prevention strategies, highlighting the need to improve our understanding of the pathophysiology of degenerative valvular diseases.

The burden of valvular disease in the elderly also justifies the development and evaluation of more conservative surgical techniques and alternatives, based on interventional cardiology, to decrease the risk associated with interventions. In addition, the continuous increase in the number of patients who have previously undergone valve surgery raises the issues of long-term follow-up and need for reintervention.

Advances in our knowledge of valvular disease in industrialized countries should not detract from the fact that RHD remains highly prevalent in developing countries, where it still contributes to excess mortality, particularly among young patients. Attempts to implement current strategies of prevention and early diagnosis are, therefore, justified despite the strong link between rheumatic fever and socioeconomic deprivation.

**Review criteria**

The PubMed database was searched to select articles for inclusion in this Review, using the search terms "valve disease", "aortic stenosis", "aortic regurgitation", "mitral stenosis", "mitral regurgitation", "endocarditis", "valvular surgery", and 'rheumatic heart disease" combined with "epidemiology", "incidence", and "prevalence". Only full-text papers in the English language were considered and original papers were favored over reviews. We selected papers published between 1990 and 2010. Reference lists of identified papers were searched for further leads.


1. Soler-Soler, J. & Galve, E. Worldwide perspective of valve disease. *Heart* **83**, 721–725 (2000).
2. Carapetis, J. R., Steer, A. C., Mulholland, E. K. & Weber, M. The global burden of group A streptococcal diseases. *Lancet Infect. Dis.* **5**, 685–694 (2005).
3. Vahanian, A. *et al.* Guidelines on the management of valvular heart disease: The Task Force on the Management of Valvular Heart Disease of the European Society of Cardiology. *Eur. Heart J.* **28**, 230–268 (2007).
4. Bonow, R. O. *et al.* 2008 focused update incorporated into the ACC/AHA 2006 guidelines for the management of patients with valvular heart disease: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (Writing Committee to revise the 1998 guidelines for the management of patients with valvular heart disease). Endorsed by the Society of Cardiovascular Anesthesiologists, Society for Cardiovascular Angiography and Interventions, and Society of Thoracic Surgeons. *J. Am. Coll. Cardiol.* **52**, e1–e142 (2008).
5. Desjardins, V. A., Enriquez-Sarano, M., Tajik, A. J., Bailey, K. R. & Seward, J. B. Intensity of murmurs correlates with severity of valvular regurgitation. *Am. J. Med.* **100**, 149–156 (1996).
6. Baumgartner, H. *et al.* Echocardiographic assessment of valve stenosis: EAE/ASE recommendations for clinical practice. *Eur. J. Echocardiogr.* **10**, 1–25 (2009).
7. Lancellotti, P. *et al.* European Association of Echocardiography recommendations for the assessment of valvular regurgitation. Part 1: aortic and pulmonary regurgitation (native valve disease). *Eur. J. Echocardiogr.* **11**, 223–244 (2010).
8. Lancellotti, P. *et al.* European Association of Echocardiography recommendations for the assessment of valvular regurgitation. Part 2: mitral and tricuspid regurgitation (native valve disease). *Eur. J. Echocardiogr.* **11**, 307–332 (2010).
9. Nkomo, V. T. *et al.* Burden of valvular heart diseases: a population-based study. *Lancet* **368**, 1005–1011 (2006).
10. Iung, B. *et al.* A prospective survey of patients with valvular heart disease in Europe: The Euro Heart Survey on Valvular Heart Disease. *Eur. Heart J.* **24**, 1231–1243 (2003).
11. Iung, B. *et al.* Valvular heart disease in the community: a European experience. *Curr. Probl. Cardiol.* **32**, 609–661 (2007).
12. Zoghbi, W. A. *et al.* for the American Society of Echocardiography. Recommendations for evaluation of the severity of native valvular regurgitation with two-dimensional and Doppler echocardiography. *J. Am. Soc. Echocardiogr.* **16**, 777–802 (2003).
13. Hull, M. C., Morris, C. G., Pepine, C. J. & Mendenhall, N. P. Valvular dysfunction and carotid, subclavian, and coronary artery disease in survivors of Hodgkin lymphoma treated with radiation therapy. *JAMA* **290**, 2831–2837 (2003).
14. Droogmans, S., Kerkhove, D., Cosyns, B. & Van Camp, G. Role of echocardiography in toxic heart valvulopathy. *Eur. J. Echocardiogr.* **10**, 467–476 (2009).
15. Kamblock, J. *et al.* Acute severe mitral regurgitation during first attacks of rheumatic fever: clinical spectrum, mechanisms and prognostic factors. *J. Heart Valve Dis.* **14**, 440–446 (2005).
16. Tibazarwa, K. B., Volmink, J. A. & Mayosi, B. M. Incidence of acute rheumatic fever in the world: a systematic review of population-based studies. *Heart* **94**, 1534–1540 (2008).
17. Carapetis, J. R., Currie, B. J. & Mathews, J. D. Cumulative incidence of rheumatic fever in an endemic region: a guide to the susceptibility of the population? *Epidemiol. Infect.* **124**, 239–244 (2000).




© 2011 Macmillan Publishers Limited. All rights reserved

18. Kaplan, E. L. Pathogenesis of acute rheumatic fever and rheumatic heart disease: evasive after half a century of clinical, epidemiological, and laboratory investigation. *Heart* **91**, 3–4 (2005).
19. Rizvi, S. F. *et al.* Status of rheumatic heart disease in rural Pakistan. *Heart* **90**, 394–399 (2004).
20. Carapetis, J. R. Rheumatic heart disease in Asia. *Circulation* **118**, 2748–2753 (2008).
21. McLaren, M. J. *et al.* Epidemiology of rheumatic heart disease in black shcoolchildren of Soweto, Johannesburg. *BMJ* **3**, 474–478 (1975).
22. Essop, M. R. & Nkomo, V. T. Rheumatic and nonrheumatic valvular heart disease: epidemiology, management, and prevention in Africa. *Circulation* **112**, 3584–3591 (2005).
23. Marijon, E. *et al.* Prevalence of rheumatic heart disease detected by echocardiographic screening. *N. Engl. J. Med.* **357**, 470–476 (2007).
24. Bouma, B. J. *et al.* To operate or not on elderly patients with aortic stenosis: the decision and its consequences. *Heart* **82**, 143–148 (1999).
25. Stewart, B. F. *et al.* Clinical factors associated with calcific aortic valve disease. Cardiovascular Health Study. *J. Am. Coll. Cardiol.* **29**, 630–634 (1997).
26. Lindroos, M., Kupari, M., Heikkilä, J. & Tilvis, R. Prevalence of aortic valve abnormalities in the elderly: an echocardiographic study of a random population sample. *J. Am. Coll. Cardiol.* **21**, 1220–1225 (1993).
27. Iung, B. Management of the elderly patient with aortic stenosis. *Heart* **94**, 519–524 (2008).
28. Probst, V. *et al.* Familial aggregation of calcific aortic valve stenosis in the western part of France. *Circulation* **113**, 856–860 (2006).
29. Parolari, A. *et al.* Nonrheumatic calcific aortic stenosis: an overview from basic science to pharmacological prevention. *Eur. J. Cardiothorac. Surg.* **35**, 493–504 (2009).
30. Cosmi, J. E. *et al.* The risk of the development of aortic stenosis in patients with "benign" aortic valve thickening. *Arch. Intern. Med.* **162**, 2345–2347 (2002).
31. Chan, K. L., Ghani, M., Woodend, K. & Burwash, I. G. Case-controlled study to assess risk factors for aortic stenosis in congenitally bicuspid aortic valve. *Am. J. Cardiol.* **88**, 690–693 (2001).
32. Palta, S., Pai, A. M., Gill, K. S. & Pai, R. G. New insights into the progression of aortic stenosis: implications for secondary prevention. *Circulation* **101**, 2497–2502 (2000).
33. Lester, S. J. *et al.* Rate of change in aortic valve area during a cardiac cycle can predict the rate of hemodynamic progression of aortic stenosis. *Circulation* **101**, 1947–1952 (2000).
34. Rossebø, A. B. *et al.* for the SEAS Investigators. Intensive lipid lowering with simvastatin and ezetimibe in aortic stenosis. *N. Engl. J. Med.* **359**, 1343–1356 (2008).
35. Chan, K. L., Teo, K., Dumesnil, J. G., Ni, A. & Tam, J. for the ASTRONOMER Investigators. Effect of lipid lowering with rosuvastatin on progression of aortic stenosis: results of the aortic stenosis progression observation: measuring effects of rosuvastatin (ASTRONOMER) trial. *Circulation* **121**, 306–314 (2010).
36. Cowell, S. J. *et al.* for the SALTIRE Investigators. A randomized trial of intensive lipid-lowering therapy in calcific aortic stenosis. *N. Engl. J. Med.* **352**, 2389–2397 (2005).
37. Garg, V. *et al.* Mutations in *NOTCH1* cause aortic valve disease. *Nature* **437**, 270–274 (2005).
38. Tutar, E., Ekici, F., Atalay, S. & Nacar, N. The prevalence of bicuspid aortic valve in newborns by echocardiographic screening. *Am. Heart J.* **150**, 513–515 (2005).
39. Nistri, S., Basso, C., Marzari, C., Mormino, P. & Thiene, G. Frequency of bicuspid aortic valve in young male conscripts by echocardiogram. *Am. J. Cardiol.* **96**, 718–721 (2005).
40. Lloyd-Jones, D. *et al.* Heart disease and stroke statistics—2010 update: a report from the American Heart Association. *Circulation* **121**, e46–e215 (2010).
41. Tzemos, N. *et al.* Outcomes in adults with bicuspid aortic valves. *JAMA* **300**, 1317–1325 (2008).
42. Michelena, H. I. *et al.* Natural history of asymptomatic patients with normally functioning or minimally dysfunctional bicuspid aortic valve in the community. *Circulation* **117**, 2776–2784 (2008).
43. Roberts, W. C. & Ko, J. M. Frequency by decades of unicuspid, bicuspid, and tricuspid aortic valves in adults having isolated aortic valve replacement for aortic stenosis, with or without associated aortic regurgitation. *Circulation* **111**, 920–925 (2005).
44. Sievers, H. H. & Schmidtke, C. A classification system for the bicuspid aortic valve from 304 surgical specimens. *J. Thorac. Cardiovasc. Surg.* **133**, 1226–1233 (2007).
45. Davies, R. R. *et al.* Natural history of ascending aortic aneurysms in the setting of an unreplaced bicuspid aortic valve. *Ann. Thorac. Surg.* **83**, 1338–1344 (2007).
46. Dare, A. J., Veinot, J. P., Edwards, W. D., Tazelar, H. D & Schaff, H. V. New observations on the etiology of aortic valve disease: a surgical pathologic study of 236 cases from 1990. *Hum. Pathol.* **24**, 1330–1338 (1993).
47. Borer, J. S. *et al.* Prediction of indications for valve replacement among asymptomatic or minimally symptomatic patients with chronic aortic regurgitation and normal left ventricular performance. *Circulation* **97**, 525–534 (1998).
48. Singh, J. P. *et al.* Prevalence and clinical determinants of mitral, tricuspid, and aortic regurgitation (the Framingham Heart Study). *Am. J. Cardiol.* **83**, 897–902 (1999).
49. Reid, C. L., Anton-Culver, H., Yunis, C. & Gardin, J. M. Prevalence and clinical correlates of isolated mitral, isolated aortic regurgitation, and both in adults aged 21 to 35 years (from the CARDIA study). *Am. J. Cardiol.* **99**, 830–834 (2007).
50. Underwood, M. J., El Khoury, G., Deronck, D., Glineur, D. & Dion, R. The aortic root: structure, function, and surgical reconstruction. *Heart* **83**, 376–380 (2000).
51. le Polain de Waroux, J. B. *et al.* Functional anatomy of aortic regurgitation: accuracy, prediction of surgical repairability, and outcome implications of transesophageal echocardiography. *Circulation* **116**, I264–I269 (2007).
52. Padial, L. R. *et al.* Doppler echocardiographic assessment of progression of aortic regurgitation. *Am. J. Cardiol.* **80**, 306–314 (1997).
53. Roberts, W. C., Ko, J. M., Moore, T. R. & Jones, W. H. 3rd Causes of pure aortic regurgitation in patients having isolated aortic valve replacement at a single US tertiary hospital (1993 to 2005). *Circulation* **114**, 422–429 (2006).
54. Chandrashekhar, Y., Westaby, S. & Narula, J. Mitral stenosis. *Lancet* **374**, 1271–1283 (2009).
55. Gordon, S. P., Douglas, P. S., Come, P. C. & Manning, W. J. Two-dimensional and Doppler echocardiographic determinants of the natural history of mitral valve narrowing in patients with rheumatic mitral stenosis: implications for follow-up. *J. Am. Coll. Cardiol.* **19**, 968–973 (1992).
56. Abdel-Hady, E. S. *et al.* Maternal and perinatal outcome of pregnancies complicated by cardiac disease. *Int. J. Gynaecol. Obstet.* **90**, 21–25 (2005).
57. Pressman, G. S., Agarwal, A., Braitman, L. E. & Muddassir, S. M. Mitral annular calcium causing mitral stenosis. *Am. J. Cardiol.* **105**, 389–391 (2010).
58. Croft, L. B. *et al.* Age-related prevalence of cardiac valvular abnormalities warranting infectious endocarditis prophylaxis. *Am. J. Cardiol.* **94**, 386–389 (2004).
59. Avierinos, J. F. *et al.* Natural history of asymptomatic mitral valve prolapse in the community. *Circulation* **106**, 1355–1361 (2002).
60. Freed, L. A. *et al.* Prevalence and clinical outcome of mitral-valve prolapse. *N. Engl. J. Med.* **341**, 1–7 (1999).
61. Rabkin, E. *et al.* Activated interstitial myofibroblasts express catabolic enzymes and mediate matrix remodeling in myxomatous heart valves. *Circulation* **104**, 2525–2532 (2001).
62. Barber, J. E. *et al.* Mechanical properties of myxomatous mitral valves. *J. Thorac. Cardiovasc. Surg.* **122**, 955–962 (2001).
63. Kyndt, F. *et al.* Mutations in the gene encoding filamin A as a cause for familial cardiac valvular dystrophy. *Circulation* **115**, 40–49 (2007).
64. Avierinos, J. F., Detaint, D., Messika-Zeitoun, D., Mohty, D. & Enriquez-Sarano, M. Risk, determinants, and outcome implications of progression of mitral regurgitation after diagnosis of mitral valve prolapse in a single community. *Am. J. Cardiol.* **101**, 662–667 (2008).
65. Barasch, E. *et al.* Clinical significance of calcification of the fibrous skeleton of the heart and aortosclerosis in community dwelling elderly. The Cardiovascular Health Study (CHS). *Am. Heart J.* **151**, 39–47 (2006).
66. Bursi, F. *et al.* Heart failure and death after myocardial infarction in the community: the emerging role of mitral regurgitation. *Circulation* **111**, 295–301 (2005).
67. Grigioni, F., Enriquez-Sarano, M., Zehr, K. J., Bailey, K. R. & Tajik, A. J. Ischemic mitral regurgitation: long-term outcome and prognostic implications with quantitative Doppler assessment. *Circulation* **103**, 1759–1764 (2001).
68. Møller, J. E. *et al.* Prognosis of carcinoid heart disease: analysis of 200 cases over two decades. *Circulation* **112**, 3320–3327 (2005).
69. Hoen, B. *et al.* for the AEPEI Study Group. Changing profile of infective endocarditis: results of a 1-year survey in France. *JAMA* **288**, 75–81 (2002).
70. Tleyjeh, I. M. *et al.* A systematic review of population-based studies of infective endocarditis. *Chest* **132**, 1025–1035 (2007).
71. Murdoch, D. R. *et al.* Clinical presentation, etiology, and outcome of infective endocarditis in the 21st century: the International Collaboration on Endocarditis-Prospective Cohort Study. *Arch. Intern. Med.* **169**, 463–473 (2009).
72. Tornos, P. *et al.* Infective endocarditis in Europe: lessons from the Euro Heart Survey. *Heart* **91**, 571–575 (2005).
73. Sy, R. W. & Kritharides, L. Health care exposure and age in infective endocarditis: results of a contemporary population-based profile of 1,536 patients in Australia. *Eur. Heart J.* **31**, 1890–1897 (2010).
74. Duval, X. & Leport, C. Prophylaxis of infective endocarditis: current tendencies, continuing



© 2011 Macmillan Publishers Limited. All rights reserved

controversies. *Lancet Infect. Dis.* **8**, 225–232 (2008).
75. Habib, G. *et al.* Guidelines on the prevention, diagnosis, and treatment of infective endocarditis (new version 2009): the Task Force on the Prevention, Diagnosis, and Treatment of Infective Endocarditis of the European Society of Cardiology (ESC). Endorsed by the European Society of Clinical Microbiology and Infectious Diseases (ESCMID) and the International Society of Chemotherapy (ISC) for Infection and Cancer. *Eur. Heart J.* **30**, 2369–2413 (2009).
76. The Society of Thoracic Surgeons. Adult Cardiac Surgery Database, Executive Summary, 10 years STS report—period ending 12/31/2009 [online], http://www.sts.org/documents/pdf/ndb2010/1stHarvestExecutiveSummary%5B1%5D.pdf (2010).
77. Brown, J. M. *et al.* Isolated aortic valve replacement in North America comprising 108,687 patients in 10 years: changes in risks, valve types, and outcomes in the Society of Thoracic Surgeons National Database. *J. Thorac. Cardiovasc. Surg.* **137**, 82–90 (2009).
78. Gammie, J. S. *et al.* Trends in mitral valve surgery in the United States: results from the Society of Thoracic Surgeons Adult Cardiac Surgery Database. *Ann. Thorac. Surg.* **87**, 1431–1437 (2009).
79. Vahanian, A. & Palacios, I. F. Percutaneous approaches to valvular disease. *Circulation* **109**, 1572–1579 (2004).
80. Iung, B. *et al.* Temporal trends in percutaneous mitral commissurotomy over a 15-year period. *Eur. Heart J.* **25**, 701–707 (2004).
81. Marijon, E. *et al.* What are the differences in presentation of candidates for percutaneous mitral commissurotomy across the world and do they influence the results of the procedure? *Arch. Cardiovasc. Dis.* **101**, 611–617 (2008).
82. Rodés-Cabau, J. *et al.* Transcatheter aortic valve implantation for the treatment of severe symptomatic aortic stenosis in patients at very high or prohibitive surgical risk: acute and late outcomes of the multicenter Canadian experience. *J. Am. Coll. Cardiol.* **55**, 1080–1090 (2010).
83. Thomas, M. *et al.* Thirty-day results of the SAPIEN aortic Bioprosthesis European Outcome (SOURCE) Registry: A European registry of transcatheter aortic valve implantation using the Edwards SAPIEN valve. *Circulation* **122**, 62–69 (2010).
84. Himbert, D. *et al.* Results of transfemoral or transapical aortic valve implantation following a uniform assessment in high-risk patients with aortic stenosis. *J. Am. Coll. Cardiol.* **54**, 303–311 (2009).
85. Vahanian, A. *et al.* Transcatheter valve implantation for patients with aortic stenosis: a position statement from the European association of cardio-thoracic surgery (EACTS) and the European Society of Cardiology (ESC), in collaboration with the European Association of Percutaneous Cardiovascular Interventions (EAPCI). *EuroIntervention* **4**, 193–199 (2008).
86. Feldman, T. *et al.* for the EVEREST Investigators. Percutaneous mitral repair with the MitraClip system: safety and midterm durability in the initial EVEREST (Endovascular Valve Edge-to-Edge REpair Study) cohort. *J. Am. Coll. Cardiol.* **54**, 686–694 (2009).

**Author contributions**

B. Iung researched data for the article, contributed to the discussion of content, wrote the article, and reviewed and edited the manuscript before submission and after peer review. A. Vahanian contributed to the discussion of content, and reviewed and edited the manuscript before submission and after peer review.



© 2011 Macmillan Publishers Limited. All rights reserved

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

# Patients Treated with JenaVavle (Pivotal Trial) – Age Distribution

JENAVALVE

**JenaValve Pivotal Trial Patients by Age Range – Histogram**





© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Message

**Sent:** 8/3/2024 3:56:55 PM
**To:** Christine McCauley [Christine_McCauley@edwards.com]
**Subject:** RE: Important Info: SLT & BOD Tech Showcase

Hi Christine,
Thank you for the clarification on the two 12-minute sessions for both X4 and AR.

I will plan for exactly as requested by you and BZ and if anything changes, I will let you know. JenaValve has put up a strict firewall after they found out about JC. Let me see if I can get a product sample from them.

Larry sent out a separate email to a different group about SLT. I will also let you know if he wants someone other than me to coordinate and present on these technologies.

Have a wonderful weekend. Looking forward to meeting up with you next week.

Laksen

Laksen Sirimanne
Senior Vice President, Research & Development
Transcatheter Heart Valve Replacement
Edwards Lifesciences
One Edwards Way
Irvine, CA 92614, USA
Laksen_Sirimanne@Edwards.com
www.edwards.com
Work: +1.949.250.2852
Mobile: +1.949.244.8997

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, duplication or distribution is prohibited. If you received this message in error, please notify me by phone or return email, do not forward to any other person and permanently delete the foregoing message, all attachments and all copies immediately.

---

**From:** Christine McCauley <Christine_McCauley@edwards.com>
**Sent:** Saturday, August 3, 2024 8:01 AM
**To:** Laksen Sirimanne <Laksen_Sirimanne@Edwards.com>
**Subject:** RE: Important Info: SLT & BOD Tech Showcase

HI Laksen,

I want to confirm this is clear - There are two separate rotations (12 min each) allocated to 1) AR and 2) X4.

There should def be time to cover at least one technology in each rotation.

BZ wanted both AR technologies covered so if that will not happen I need to circle back and be sure he is ok with that. He was also very specific that [redacted].

Thanks
Christine

Christine McCauley
Corporate Vice President
Human Resources
**Edwards Lifesciences**
Phone: +1.949.250.2601

christine_mccauley@edwards.com
edwards.com/careers

LinkedIn • Facebook • Instagram • Twitter

---

**From:** Laksen Sirimanne <Laksen_Sirimanne@Edwards.com>
**Sent:** Friday, August 2, 2024 2:37 PM
**To:** Christine McCauley <Christine_McCauley@edwards.com>
**Subject:** RE: Important Info: SLT & BOD Tech Showcase

Hi Christine,
Thanks for the email and the introductions. Pooja and I will coordinate both the SLT showcase and the BOD update.

I spoke with Larry this morning and he thinks we will have time for only one product and showcase only the JC Medical valve and delivery system for AR (and not SAPIEN X4). We will also probably have Martyn introduce the AR clinical condition and market opportunity and I will show and discuss the Product features of both the valve and delivery system.

I will keep you updated.
Laksen

Laksen Sirimanne
Senior Vice President, Research & Development
Transcatheter Heart Valve Replacement
Edwards Lifesciences
One Edwards Way
Irvine, CA 92614, USA
Laksen_Sirimanne@Edwards.com
www.edwards.com
Work: +1.949.250.2852
Mobile: +1.949.244.8997

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, duplication or distribution is prohibited. If you received this message in error, please notify me by phone or return email, do not forward to any other person and permanently delete the foregoing message, all attachments and all copies immediately.

---

**From:** Christine McCauley <Christine_McCauley@edwards.com>
**Sent:** Thursday, August 1, 2024 11:58 AM
**To:** Laksen Sirimanne <Laksen_Sirimanne@Edwards.com>
**Cc:** Andy Spilsbury Walker <Andy_Spilsbury_Walker@edwards.com>; Paulette Chase <Paulette_Chase@edwards.com>; Linda Park <Linda_Park@edwards.com>

**Subject:** Important Info: SLT & BOD Tech Showcase
**Importance:** High

Hi Laksen,

We are continuing the tradition the *Technology Showcase* for the August SLT Meeting, scheduled on **Wednesday, August 28 from 3:30-4:45.** There will be five showcases this year, each scheduled to be 12 min. segments. **Sapien X4** and **AR (showcasing both new technologies on one rotation)** have been identified as two of the showcases, and Larry and Todd have requested that you oversee the team highlighting these technologies for the SLT**.**

Additionally, I wanted to preview with you that the SLT Tech Showcase will likely be a preview to the BOD Strategy Tech Showcase which will take place at the September BOD Strategy meeting on September 11, 2025. For the SLT Tech Showcase, it is ideal to provide visibility for your key team members but we will ask you to *personally engage for the BOD Showcase*, overviewing the technology and engaging with the BOD.

While I realize it's a short time to present, we ask that the team please adhere to the 12 min. time allotment to assure that each of the SLT groups have time to rotate through the other four showcases. By way of this email, I would also like to introduce you to Andy, who will be organizing the Technology Showcase for the SLT meeting and will reach out to you to coordinate the specific segments.

Thank you, in advance, for participating as this is always a favorite part of the meeting for the Senior Leadership Team.

Warm regards,
Christine

Christine McCauley
Corporate Vice President
Human Resources
**Edwards Lifesciences**
Phone: +1.949.250.2601

christine_mccauley@edwards.com
edwards.com/careers

LinkedIn • Facebook • Instagram • Twitter

Message

**Sent:** 1/28/2025 2:52:35 PM
**To:** Larry Wood [Larry_Wood@edwards.com]
**Subject:** Our BE platform in 2027

Hi Larry,
We need several conversations to get through in the next couple of weeks. A Portfolio Review is a must.

Imagine this scenario:

- Its 2027.
- [redacted].
- [redacted]
- [redacted]
- [redacted]

Additionally, imagine this scenario"

- [redacted]
- [redacted]
- [redacted]

If this comes to pass, we will be the #2 company in terms of technology.

Can we talk?

Laksen

Laksen Sirimanne
Senior Vice President, Research & Development
Transcatheter Heart Valve Replacement
Edwards Lifesciences
One Edwards Way
Irvine, CA 92614, USA
Laksen_Sirimanne@Edwards.com
www.edwards.com
Work: +1.949.250.2852
Mobile: +1.949.244.8997

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, duplication or distribution is prohibited. If you received this message in error, please notify me by phone or return email, do not forward to any other person and permanently delete the foregoing message, all attachments and all copies immediately.

[redacted]

# chatroom: chat transcript

Chat description: Original chat name: chat762047655717128729

| | |
|---|---|
| **Chat type** | iMessage |
| **Private chat** | no |
| **Transcript timezone** | (UTC) Coordinated Universal Time |
| **Transcript start** | 2024-02-01 17:34:17 |
| **Transcript end** | 2024-02-01 23:46:55 |
| **Transcript participants** | 4 |
| **Initial participants** | Sean Chow [redacted]); Laksen Sirimanne [redacted]; Russ Joseph ([redacted]); Sean Chow ([redacted] |

| Timestamp | Sender | Recipients | Message text |
|---|---|---|---|
| 2024-02-01 17:34:17 | Laksen Sirimanne ([redacted] | Sean Chow ([redacted]); Laksen Sirimanne [redacted]; Russ Joseph ([redacted]); Sean Chow [redacted] | Thanks for the brief meeting. There is apparently a rush close this deal ASAP. |
| 2024-02-01 17:37:51 | Laksen Sirimanne ([redacted] | Sean Chow [redacted]; Laksen Sirimanne [redacted]); Russ Joseph ([redacted]); Sean Chow ([redacted]) | What's being communicated is that EW is buying a "commercial ready " business. So, we need to very thoroughly and thoughtfully communicate what the issues are. Can you describe in detail? (1) what information do we have, (2) what information/documents do you need access to, (3) what have you asked and not received, (4) what are your concerns? |
| 2024-02-01 17:39:15 | Laksen Sirimanne ([redacted]) | Sean Chow ([redacted]); Laksen Sirimanne [redacted]); Russ Joseph [redacted]); Sean Chow [redacted]) | I will try and set up a meeting with Larry for early next week. |
| 2024-02-01 17:39:32 | Russ Joseph ([redacted]) | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Russ Joseph ([redacted]); Sean Chow [redacted]) | I have meetings for next hour and half then will finalize notes with sean and send today. |
| 2024-02-01 17:40:12 | Laksen Sirimanne ([redacted]) | Sean Chow [redacted]); Laksen Sirimanne [redacted]); Russ Joseph ([redacted]); Sean Chow [redacted]) | As detailed as possible. By 7:00am tomorrow your time? |
| 2024-02-01 18:02:19 | Laksen Sirimanne [redacted] | Sean Chow [redacted]); Laksen Sirimanne [redacted]; Russ Joseph ([redacted]; Sean Chow [redacted]) | Can we also figure out what the thickness of the porcine tissue compared to EW? |
| 2024-02-01 18:05:09 | Laksen Sirimanne [redacted] | Sean Chow ([redacted]); Laksen Sirimanne [redacted]); Russ Joseph ([redacted]); Sean Chow [redacted]) | There is an expectation that we could "easily" incorporate [redacted] |
| 2024-02-01 18:11:49 | Laksen Sirimanne [redacted] | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Russ Joseph ([redacted]); Sean Chow | Sean: this will be one of your projects Seriously, you need to weigh in. |

| | | | |
|---|---|---|---|
| 2024-02-01 19:54:38 | Sean Chow [redacted] | [redacted] Sean Chow [redacted]; Laksen Sirimanne ([redacted]); Russ Joseph [redacted] Sean Chow [redacted]) | I am not excited to lead Jenavalve integration is my opinion |
| 2024-02-01 19:55:41 | Sean Chow [redacted] | Sean Chow [redacted]); Laksen Sirimanne [redacted]); Russ Joseph ([redacted]); Sean Chow [redacted]) | I think I remember them saying tissue range was [redacted] for porcine pericardium. Thv currently uses [redacted] |
| 2024-02-01 23:46:55 | Laksen Sirimanne [redacted] | Sean Chow [redacted]); Laksen Sirimanne ([redacted]); Russ Joseph ([redacted]); Sean Chow ([redacted]) | This acquisition will be a major nightmare. |

| Nickname | Name | Surname | E-mail | Source PID | Type |
|---|---|---|---|---|---|
| [redacted] | Sean Chow | | | 3b91277c-7ffa-4b0a-a88e-34b03cc85b5a | User |
| | Laksen Sirimanne | | | 83b0190f-249e-4262-85ad-8647db1d441f | User |
| | Russ Joseph | | | 72efee9d-9f99-45f8-bb49-a3d8cfe8ca03 | User |
| | Sean Chow | | [redacted] | fc302e85-ba7c-4bd7-b569-a013344bb084 | User |

# [redacted] chatroom: chat transcript

Chat description: Original chat name: [redacted]

| | |
|---|---|
| **Chat type** | IMessage/Mms/Sms |
| **Private chat** | no |
| **Transcript timezone** | (UTC) Coordinated Universal Time |
| **Transcript start** | 2024-08-02 01:24:33 |
| **Transcript end** | 2024-08-02 22:48:26 |
| **Transcript participants** | 3 |
| **Initial participants** | Sean Chow ([redacted]); Laksen Sirimanne [redacted]; Sean Chow ([redacted] |

| Timestamp | Sender | Recipients | Message text |
|---|---|---|---|
| 2024-08-02 01:24:33 | Sean Chow ([redacted]) | Sean Chow [redacted]; Laksen Sirimanne [redacted]); Sean Chow [redacted] | I talked to kevin chu just now. He says he talked to greg. Greg says he wants to setup a firewall before we talk |
| 2024-08-02 01:45:54 | Laksen Sirimanne ([redacted] | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Sean Chow [redacted] | Fair enough! |
| 2024-08-02 01:46:23 | Sean Chow ([redacted] | Sean Chow [redacted]); Laksen Sirimanne ([redacted]); Sean Chow [redacted]) | Yeah. Fair enough, but sure would be nice if we didn't have to be so formal |
| 2024-08-02 01:46:56 | Sean Chow ([redacted] | Sean Chow ([redacted]); Laksen Sirimanne [redacted]; Sean Chow [redacted] | It's a disadvantage to them |
| 2024-08-02 01:51:06 | Laksen Sirimanne ([redacted] | Sean Chow [redacted]); Laksen Sirimanne [redacted]); Sean Chow [redacted] | The deal hasn't closed yet and we have a competing AR technology… |
| 2024-08-02 01:54:11 | Sean Chow [redacted] | Sean Chow [redacted]; Laksen Sirimanne [redacted]; Sean Chow [redacted] | I get it |
| 2024-08-02 01:54:24 | Sean Chow [redacted] | Sean Chow [redacted]; Laksen Sirimanne [redacted]; Sean Chow [redacted] | Fair for them to be safe |
| 2024-08-02 01:57:17 | Laksen Sirimanne [redacted] | Sean Chow [redacted]; Laksen Sirimanne [redacted]; Sean Chow [redacted] | And us Sean in the slim chance the deal falls through. |
| 2024-08-02 01:57:37 | Sean Chow ([redacted]) | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Sean Chow [redacted]) | Yeah |
| 2024-08-02 01:59:14 | Sean Chow ([redacted]) | Sean Chow ([redacted]); Laksen | We'll wait for the firewall. And then we'll talk to people even though we aren't talking about anything technical |

| | | | |
|---|---|---|---|
| | | Sirimanne ([redacted]); Sean Chow ([redacted]) | |
| 2024-08-02 02:00:57 | Laksen Sirimanne ([redacted] | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Sean Chow ([redacted]) | Liked “We’ll wait for the firewall. And then we’ll talk t…” |
| 2024-08-02 15:17:47 | Laksen Sirimanne ([redacted] | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Sean Chow ([redacted]) | Vivian canceled lunch as well. |
| 2024-08-02 16:03:26 | Sean Chow ([redacted] | Sean Chow ([redacted]; Laksen Sirimanne ([redacted]); Sean Chow ([redacted]) | Interesting. Firewall stuff |
| 2024-08-02 16:05:36 | Laksen Sirimanne [redacted] | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Sean Chow ([redacted]) | Vivian seems like a 8-5pm person. |
| 2024-08-02 16:39:29 | Sean Chow [redacted] | Sean Chow [redacted]); Laksen Sirimanne ([redacted]; Sean Chow [redacted]) | 😂 |
| 2024-08-02 16:56:22 | Laksen Sirimanne [redacted] | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Sean Chow [redacted]) | Every reply so far has been between 8 and 5. |
| 2024-08-02 17:33:03 | Sean Chow ([redacted] | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Sean Chow [redacted]) | Interesting |
| 2024-08-02 17:33:22 | Sean Chow ([redacted] | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Sean Chow [redacted] | I talked to kevin on the phone yesterday at 4 pm |
| 2024-08-02 17:35:50 | Laksen Sirimanne [redacted] | Sean Chow ([redacted]); Laksen Sirimanne [redacted]; Sean Chow [redacted] | What’s his thinking? |
| 2024-08-02 18:11:20 | Sean Chow [redacted] | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Sean Chow ([redacted]) | He just told me he can’t talk until firewall in place |
| 2024-08-02 18:11:30 | Sean Chow [redacted] | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Sean Chow ([redacted]) | But just to say he called me Sunday at 4 pm |
| 2024-08-02 18:13:44 | Laksen Sirimanne [redacted] | Sean Chow ([redacted]); Laksen Sirimanne | Okay Sean. Thanks for letting me know. |

| | | | |
|---|---|---|---|
| | | ([redacted]); Sean Chow [redacted] | |
| 2024-08-02 22:37:16 | Sean Chow [redacted] | Sean Chow [redacted]; Laksen Sirimanne [redacted]; Sean Chow [redacted]) | Should we invite Healy to your It meeting? Maybe she's temporary in nature so we don't need to? |
| 2024-08-02 22:37:41 | Sean Chow [redacted] | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Sean Chow ([redacted]) | Or maybe would be good to have her, especially with big things in the near future? |
| 2024-08-02 22:48:12 | Laksen Sirimanne [redacted] | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Sean Chow ([redacted] | Rosie added her but I think she is on vacation this week. |
| 2024-08-02 22:48:21 | Sean Chow [redacted] | Sean Chow ([redacted]; Laksen Sirimanne [redacted]); Sean Chow ([redacted]) | Liked “Rosie added her but I think she is on vacation thi…” |
| 2024-08-02 22:48:24 | Sean Chow [redacted] | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Sean Chow [redacted] | Great |
| 2024-08-02 22:48:26 | Sean Chow [redacted] | Sean Chow ([redacted]); Laksen Sirimanne ([redacted]); Sean Chow [redacted] | Thanks |

| Nickname | Name | Surname | E-mail | Source PID | Type |
|---|---|---|---|---|---|
| [redacted] | Sean Chow | | | 882241d7-cf3a-430b-b361-bba62f919ca4 | User |
| | Laksen Sirimanne | | | 72c132de-e2cd-4002-8a91-7c52800d534f | User |
| | Sean Chow | | [redacted] | 0b7af8db-217d-4f84-8bac-b9aaed388c10 | User |

Message

**From**: Sean Chow [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9860DBB930C945588751D7E3C266D5EC-SEAN CHOW]
**Sent**: 4/21/2025 3:24:00 PM
**To**: Laksen Sirimanne [Laksen_Sirimanne@Edwards.com]
**Subject**: 2024--11-13AR for Laksen meeting.pptx
**Attachments**: 2024--11-13AR for Laksen meeting.pptx

# Document Produced in Native Format

Edwards Lifesciences

# Delivery System Introduction

[redacted]

1

Edwards Lifesciences

# TAVR AR Scope Overview

| Config | Valve | Delivery System |
|---|---|---|
| **Gen 1.0**<br>**Start Clinical** | • Current clinical version as developed by JC Medical<br>• Starts the JOURNEY clinical trial<br>• Produced by Genesis in China | • Current clinical version as developed by JC Medical<br>• Starts the JOURNEY clinical trial<br>• Produced by Genesis in China |
| **Gen 1.1**<br>**Add to Clinical** | • No valve changes<br>• Extends shelf-life [redacted] | • Edwards to support JC Medical team members to implement [redacted]<br>• [redacted]<br>• Extends shelf-life to [redacted]<br>• Add the option to use [redacted] |
| **Gen 1.5**<br>**First Commercial** | • [redacted]<br>• Moves manufacturing to Irvine Pilot<br>• All Edwards design control and quality system | [redacted]<br>• All Edwards design control and quality system |
| **Gen 2.0**<br>**Next Gen** | • New Edwards AR valve; potentially adapted from J-Valve<br>• [redacted]<br>• Produced at High Volume Edwards facilities with Edwards supply chain | • [redacted]<br>• [redacted]<br>• Produced at High Volume Edwards facilities with Edwards supply chain |

Edwards Lifesciences

# Gen 1.5 Development Plan Overview



| TAVR AR Gen 1.1 & 1.5 | 2024 | | 2025 | | | | 2026 | | | | 2027 | | | | 2028 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 |

Clinical Trial - Gen 1.0 / 1.1
- Trial Prep
- Enrollment
- Gen 1.1 Into Trial

Delivery System
- Gen 1.1 DS Tech Transfer
- Gen 1.5 DS Development

Valve
- Gen 1.1 Tech Transfer
- Gen 1.5 Development
- Gen 1.5 DV

Clinical Trial - Gen 1.5

[redacted]



CONFIDENTIAL - EDWARDS/JENAVALVE

EW-LIT-00007361.pptx



PX1239-005

Edwards Lifesciences

# Gen 1.5 Program Team

JC Medical
Israel

**HWTL**
***Sean Chow***

**Advisors**
***Mark Turco***

**Marketing**
***Carla Cerqueira***
TBH

**Proj Mgmt**
***Tim Rumbaugh***
Aseem Mujtaba
Liran Gorni

**Finance**
***Wendolyn Dao***
James Kang
Kathy Jia

**Integration**
***Finn Haley***
Irma Darmali

**Strategy**
***Jeremy Bierman***
Meredith Zia
Jillian Oto

**DS R&D**
***Assaf Sharon***
Eitan Atias
Peleg Harel
Ofir Witzman
Dima Pinhasov
Ira Aloush
Jonathan Zehavi
Noam Miller
Nitzan Breitman
Aviv Geva

***Sean Chow***
Brandon Walsh
Austin Lim
Tim Holland
Sydney Mayer
Alison Rodriguez
Tri Tran
Ron Cayabyab

**DS Manuf**
***Juan Carlos Velez***
Caleb Godwin
Linae Maganini
TBH1
TBH2
Teresa Lai (CAD)

**Valve R&D / Manuf**
***Bill Srouji***
Cody Hartman
Lise Lachance
Brendan Dalbow
Taylor Winters
Justin Nubula
Aysan Rangchian
Christine Dang
Bich Pham
Trang Thai

**Tissue COE**
***Angela Delafuente***
Bhushan Deodhar

**Valve Testing**
***Adeeb Saiduddin***
Abdul Yousef
Venkat Shanmugam
Michelle Manku
Wendy Pham
TBA - Sr. Technologist

**Israel**
***Ilan Leshetz***
Anatoly Dvorsky
Gal Pereg
Sergey Rozenblum
Yana Mayatskaya
Olga Kozak
David Levin
Halit Yaakobovich

**Operations**
***Andrew Walls***
Liisa Larson
Fred Serrahsu

**Quality**
***Joel DiFonzo***
Anna Huang
Thuthao Le
Conner Pekarek
Brian Grigsby

**SDE**
***Mario Rivas***
Simon Sun
Bill Maywald
TBAs

**SQE**
***Michael Samayoa***
Eddie Munoz
Vinca Chen
Ash Kumar

**Regulatory**
***Irene Parker***
Neil Delaney
Jason Brown

**Clinical Dev't**
***Hannah Gibson***

**Clinical Affairs**
***Blessie Concepcion***
Carlie Gaunty
Anh Segovia
Shruti Tambe
Jonathan Stevens
Vicki Marshall
Yanglu Zhao
Terri Anderson
Meghan Jenks
Ingrid Gluck
Stephanie Plaza
Danh Dang
Sheri Halverson
Jennifer Dolney
Joe Guerra
Shawn Lewis
Amy Simone
Yunyi Li
Erin Piepenburg
Jay Garcia
Yanglu Zhao
Heather Prince

4

Blessing and a curse

Edwards Lifesciences

## Gen 1.5 Delivery System Team & Partners



Edwards Lifesciences

# TAVR AR Delivery System Gen 1.0 vs 1.1

| | Delivery System |
|---|---|
| **Gen 1.0**<br>**Start Clinical** | • Current clinical version as developed by JC Medical<br>• Starts the JOURNEY clinical trial<br>• Produced by Genesis in China |
| **Gen 1.1**<br>**Add to Clinical** | • Edwards to support JC Medical team members to implement [redacted]<br>• [redacted] |

[redacted]

Edwards Lifesciences

# Gen 1.5 Delivery System Changes

[redacted]

Edwards Lifesciences

# Gen 1.5 Delivery System Changes

[redacted]

Edwards Lifesciences

# Gen 1.5 Delivery System Changes

[redacted]

[redacted]

[redacted]

Edwards Lifesciences

## DRD & DV Planning Process



Edwards Lifesciences

# Example: Spec Development

[redacted]

[redacted]

Message

| | |
|---|---|
| **From:** | Laksen Sirimanne [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAAC39C1AF7346DA831D0937D760591A-LAKSEN SIRI] |
| **Sent:** | 10/18/2024 9:14:11 PM |
| **To:** | Larry Wood [Larry_Wood@edwards.com]; Finn Haley [Finn_Haley@edwards.com] |
| **Subject:** | Jena Valve |
| **Attachments:** | 20241011 Update to Finn and Laksen AWT_DFM_FEA_FT.docx |

Larry,
When you get a chance take a quick look at this. Finn and I would like 15 minutes with you to discuss Jena.
Laksen

---

**From:** Russ Joseph <Russ_Joseph@edwards.com>
**Sent:** Friday, October 11, 2024 5:55 AM
**To:** Laksen Sirimanne <Laksen_Sirimanne@Edwards.com>; Finn Haley <Finn_Haley@edwards.com>
**Subject:** Jena

I was in So Cal this week for personal reasons and got a contact from Vivian at Jena that she had an update on some of my questions. I came into the office on Wednesday afternoon and met with her. I'm almost done with my full write up but doing a little Centera research to put things in perspective.

Their AWT and DFM is on track and looking good. Their fatigue and FEA didn't follow the USO. Standard and have some gaps. That's what I am digging into with Centera comparisons. I should have the full report for you either tonight or on Saturday.

G

Laksen,

I hope you had a good visit with your dad.

I was visiting California this week, not for work [redacted] Vivian called on Monday and said she had time available to update me on AWT, DFM and FEA/Fatigue. So, I went into the office on Wednesday afternoon to meet with her and she brought Aditya with her.

AWT and DFM are going well. I'll save the detail discussion for the second part. I'll start with the FEA and Fatigue.

Jena just finished a [redacted] They plan to submit the results this month (October) to the FDA. In contrast to AWT and DFM where they pre-negotiated the details of the procedure, for FEA/Fatigue there have been no FDA discussions. So, FDA will see this for first time when the results are submitted this month. Jena did not follow the ISO standard in a number of areas, and this concerns me.

1. [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

requirement, although it is possible they have done more work than was communicated to me.]

5. I asked why they are comfortable with their study if it doesn't match ISO requirements and has little validation. They responded that they used some outside consultants who agreed and helped establish this approach.
6. [redacted]
7. The fatigue testing was done at G Rau in the Bay Area in Alan Pelton's lab. It was not full frame fatigue but done on segments of the frame called the rail area. The rail area was determined to be the highest stress area by the FEA. This is a legitimate approach except that I do not have evidence that the FEA is independently validated to accurately predict the high stress areas and the actual stresses in that area.
8. Their safety factor is about [redacted]. But it must be remembered that this is a "nominal" FEA and not a worse case as required by ISO standards. Also, the safety factor is derived from a material lifeline that I don't have any information on. [redacted]
9. In conclusion, the fatigue study is based on assumptions from an FEA simulation that is of unknown validation and has a safety factor [redacted] It's unknown how FDA will react to the study, but the data will be presented to them soon.

AWWT and DFM

1. [redacted] This study is on aged samples. Their zero-time study has been accepted previously by FDA and it was the aged study that had so many problems (fractures, tears, etc.)
2. [redacted]

[redacted]

[redacted]

5. [redacted] That's a little bit tight, but if they stay on top of the study, they can be writing the report while the valves are still cycling and just plug in the last set of data. We always say we're going to do that in our studies and it never works out that smoothly. There's a chance they'll miss that May 30th date by at least a little bit. By that time we should have ownership of JENA so we might be able to help get the report done.
6. The DFM samples will be loaded onto the machines next. They will probably take up to another three weeks to get the DFM samples all loaded and on their way.
7. I had expressed concern previously in how aggressive they were going to run the DFM. They have made changes to their pressure intervals and I am happier with the way they're going to do it now.
8. So, in summary on AWT and DFM, I think they're on the right path. The feasibility indicates that the changes they made in the holder design and by going to BDC to execute the test were the right move and give us a high expectation of passing the test. Incidentally, FDA still wants them to do a minimum number of samples at ac. biomed in Germany. They are doing that, however, the feasibility results at ac. biomed are not nearly as good as at BDC. The ac. biomed testing is not a prerequisite for approval; however, the FDA did want them to do this study. I believe they are only running six samples at ac biomed.

Disclaimer: My comments are not intended to suggest the product does not work. The clinical data that was shared with me previously looks very promising. My focus here is to point out any testing and documentation deficiencies that might delay or prevent government approvals for commercial use.

cc. Finn Haley

# Document Produced in Native

# AOP2025 NPD Scope Overviews

THV PMO

Edwards

# Purpose

- The purpose of this file is to provide Resource Managers and Finance with information about each project to support resource allocation and budgets for 2025
- Should you have questions:
  - With program-specific topics, or if you don't already have access to the current program scope document, please contact the respective Program Manager
  - Questions about Resource Management please contact Jenny Huang
  - Questions about the AOP process please contact Tim Rumbaugh
- Each program section contains:
  - Scope Statement
  - System Overview
  - Scope Comparison: 2024 vs 2025
- For project timeline, please refer to your AOP Resource Management file to find the tab that contains the timeline for each program/project

Edwards Lifesciences

# Table of Contents – NPD Scope Overview


- Existing Programs
  - [redacted]
  - [redacted]
  - [redacted]
  - [redacted]
  - PDS Enhanced
  - Expanded Indications
  - Sustaining
- New Programs
  - S-Sheath EHU Gen 1.1
  - JenaValve Trilogy Gen 1.0 Launch
  - JC Medical J-Valve Gen 1.0/1.1 IDE
  - JC Medical J-Valve Gen 1.5 IDE
  - AR Gen 2.0 Commercial


Use this Table of Contents to navigate the file to find just what you're looking for

Hold down the Ctrl button and click on any of the links to the left to go straight to it

Ctrl-click the "Home" button on the bottom of each slide to return to this slide



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# AOP2025 Program / Project List

| | AS | AR | Access | Pulmonic | Mitral |
|---|---|---|---|---|---|
| Sustaining -Commercial Product Issue Support -Exp Indications -Lifecycle Maintenance | Certitude<br>[redacted]<br>MDR ROW implementation | | eSheath<br>eSheath+ | Alterra & Pulmonic DS<br>Atrioseptostomy<br>[redacted] | [redacted] |
| NPD | [redacted] | Trilogy Gen 1.0 Launch<br>J-Valve Gen 1.0 / 1.1 Clinical<br>J-Valve Gen 1.5 Commercial<br>AR Next Gen 2.0 | [redacted]<br>eSheath Optima (Commercial)<br>[redacted]<br>S-Sheath Gen 1.1 (EHU) | S3 Pulmonic DS Gen 2 – All sizes (20 - 29mm) | [redacted] |
| Expanded Indication | Asymptomatic Severe AS (EARLY TAVR)<br>Moderate AS (PROGRESS)<br>SAPIEN 3 Tricuspid V-in-V<br>SAPIEN 3 in MAC | | | [redacted]<br>TPV-in-Alterra<br>COMPASSION TPV-in-TPV | |

Contact Julie Cuervo with any questions

Contact Sean Chow or Tim Rumbaugh with any questions

Contact Lynne Shwed or Tim Rumbaugh with any questions





CONFIDENTIAL TREATMENT REQUESTED




[redacted]



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10011378.pptx

PX1253-006

Edwards Lifesciences

[redacted]

[redacted]

Thales Penteado
Nikita Ajwani

Edwards

Home

Edwards Lifesciences

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Sizes

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Sharon Fernandez

Edwards

Home



CONFIDENTIAL TREATMENT REQUESTED

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# PDS Enhanced

Sara Willett

Edwards

Home

[redacted]

[redacted]

Edwards Lifesciences

# Scope Comparison - Pulmonic

*2024 EU approval for the 29mm system; Design and Development/ Pre-DV, DV and EQL builds of PDS Enhanced, 2025 DV/EQL testing, OQ and PQ*

| Topic | 2024 | 2025 |
|---|---|---|
| **DS Development** | • S3/S3U Pulmonic DS enhancements + smaller sizes Pre-DV, Design Freeze<br>  • Compatibility with S3, S3U, S3UR<br>• DV/EQL Manufacturing Begin | • DV/EQL Testing |
| **Animal / Cadaver Studies** | • Acute animal studies<br>• GLP Chronic animal | • Acute Animal Studies |
| **EQL** | • EQL Manufacturing Complete | • EQL Testing |
| **Mold /Supplier Development** | • DS components, accessory components<br>• New Mold for Balloon Cover Development<br>• Mold Validation completion | • OQ/PQ performed by suppliers for DS components<br>• Mold Validation for Balloon Cover |
| **Human Cases** | • N/A | • N/A |

Home 40



CONFIDENTIAL TREATMENT REQUESTED

[redacted]

Aseem Mujtaba

Edwards

Home

[redacted]

[redacted]

# Expanded Indications

June Stephens

Edwards

Home

Edwards Lifesciences

# Expanded Indications– Overview

## Scope Comparison

| Indication | Risk | Region | 2024 | 2025 |
|---|---|---|---|---|
| Transcarotid | AR | ROW | Evaluating business need | Evaluating business need |
| | | Japan | Reg Approval Granted: Feb 2024 | |
| Mitral ViV S3/S3U/S3UR | IR | USA | Reg Approval Granted: May 2024 | Evaluating business need |
| | | EU/ROW | | |
| Asymptomatic | STS<10 | USA | Submission Estimate: Nov 2024 KOD | Submission Response activities Q1-Q2 2025<br>Reg Approval Target: May 2025 |
| | | EU | Submission preparation activities start Q3 2024 | Submission Target: April/May 2025<br>Submission Response activities Q2-Q4 2025 |
| | | Japan | Submission preparation activities start Q3 2024 | Submission Target: May 2025 |
| | | Australia | | Submission preparation activities Q1-Q2 2025<br>Submission Target: Jun/Jul 2025 |
| | | Canada | | Submission preparation activities Q2-Q3 2025<br>Submission Target: Jul/Aug 2025 |
| Moderate AS | | USA | Clinicals - Enrollment Completed: Feb 2024 | Clinicals – Follow up |

Home

45

Edwards

Edwards Lifesciences

# Expanded Indications Summary

| Indication | Platform | US | Japan | Europe | Canada | Australia | Notes |
|---|---|---|---|---|---|---|---|
| Transcarotid Access | S3/S3U | Approved | Approved | Not planned | Not planned | Not planned | KOD [Japan]: Regulatory Approval [Mar]<br>Approved: Feb 13, 2024<br>Japan training planned for April/May '24 |
| Mitral Valve in Ring (HR) | S3/S3U | Approved | Not planned | Not planned | Not planned | Not planned | |
| Pulmonic | S3 | Approved | Approved | Approved | Approved | Approved | **S3 Subclavian**<br>•Low risk , Commander only<br>**S3 Pulmonic**<br>• Low Risk |
| THV in THV (HR) | S3/S3U | Approved | Approved | Approved | Approved | Approved | |
| MVIV- IR PARTNER 3 | S3/S3U/S3UR | Approved | Not planned | Not planned | Not planned | Not planned | FDA has granted approval May 2024 |
| Asymptomatic Early TAVR | S3/S3U/S3UR | Sub ~Oct '24<br>Apr +6m | Sub CSR+7m<br>Apr +12m | Sub US +5m<br>Apr +18m | Sub EU+2m<br>Apr +12m | Sub EU+3m<br>Apr +18m | KOD: Presentation at TCT [Oct]<br>KOD: EARLY TAVR US PMA Submission [Nov]<br>KOD: Publication [Dec]<br>KOD [Japan]: Pre-consultation using CSR document [Dec] |
| Moderate AS PROGRESS | S3/S3U/S3UR | Sub ~Sep '26<br>Apr +6m | Sub US+4m<br>Apr +12m | TBD | TBD | TBD | KOD: PROGRESS Trial last patient treated [Feb] |

2025 Focus

Home

Edwards Lifesciences

# Expanded Indications Summary- 2025 Focus




[redacted]

Home

# Sustaining

May Millar

Edwards

Home

Edwards Lifesciences

# THV Sustaining Objective & Scope



**Objective**

- Maintain quality and demands of global in-market THV products for patients
- Centralize THV Sustaining portfolio governance

**In Scope**

- In-market product maintenance (RA reporting, product enhancements and obsoletion)
- Commercial product issue support
- Regional expansion of products post US, EU, and Japan approval
- Line of sight to scalability initiatives (GSC)

**Out of Scope**

- Expanded indications (Early TAVR and PROGRESS)
- Market launches

**line of sight*




Do we need to add SM3 valve only for 2025?

Edwards Lifesciences

# 2025 THV Funded Sustaining Projects

- S3UR Real Time Aging Testing
- China S3UR Registration
- S3 and S3UR with Commander/eSheath/eSheath+ Real Time Aging Interaction Testing – Pending approval

52

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Edwards Lifesciences

# S-Sheath EHU Gen 1.1 – Estimated Timeline






CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10011378.pptx

PX1253-060

[redacted]

# JenaValve Trilogy Gen 1.0 Launch

Tim Rumbaugh

Edwards

Home

Edwards Lifesciences

# Primary Objectives – JenaValve Trilogy Gen 1.0 Launch

- **Support / lead** on-going and new JenaValve clinical submissions and studies (EFS, pivotal, indication / risk registries, OUS, CAP, EU PMCF) and US & EU commercial submissions
- **Support** the JenaValve team to improve manufacturing yield of current JenaValve system devices
- **Support** the JenaValve team to launch the current version of the JenaValve system.

-- NOTE --

- Effort on this program will not begin until closure of the JenaValve acquisition estimated to be end of 2024 / early 2025

Home 61

Edwards Lifesciences

# JenaValve Trilogy System

## The Trilogy Valve

The only TAVI system approved for aortic regurgitation*

The Trilogy Valve with locator technology finally gives high-risk patients with severe, symptomatic aortic regurgitation a TAVI treatment option. Trilogy's locators attach to the native leaflets for secure anchoring even in the absence of calcium, while ensuring commissural alignment.







| Trilogy-THV-S | Trilogy-THV-M | Trilogy-THV-L |
|---|---|---|
| | Annular Perimeter Range | |
| 66 - 74 mm | 71 - 79 mm | 76 - 85 mm |
| | Annular Diameter Range | |
| 21 - 23.6 mm | 22.6 - 25.2 mm | 24.2 - 27 mm |

Edwards Lifesciences

# JenaValve Trilogy System

## The Trilogy Delivery System

Engineered from the ground up for precision and reliability from access to deployment

The delivery system has been engineered specifically for precise and reliable single-action valve deployment within the patient anatomy. It utilizes a catheter deflection mechanism to center the valve above the annulus and integrated rotation and axial positioning for simple and straightforward commissural alignment.




## The Trilogy Introducer Sheath

The Trilogy Sheath is an 85cm working length pre-shaped sheath that protects valve and patient anatomy into the ascending aorta, up until valve alignment and positioning.




20F Introducer Sheath (22F profile)

63



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10011378.pptx

PX1253-065

Edwards Lifesciences

# Device Scope - JenaValve Trilogy Gen 1.0 Launch

| Type | Sizes | Device |
|---|---|---|
| **Valve** | Small<br>Medium<br>Large | • **Trilogy Valve**: Current commercial version as developed by JenaValve<br>• [redacted])<br>• **Gating item for AR high risk PMA**<br>  • JenaValve repeating AWT and DFM at BDC Denver, with Edwards supervision once the acquisition closes.<br>• **For Edwards Confidence**<br>  • [redacted]<br>• **Gating item to producing commercial quantities -** Improve tissue source and acceptance<br>  • Improve identification of leading indicators to improve low yields<br>  • Work with tissue suppliers to improve yields<br>• **Manufacturing**<br>  • [redacted]. |

Edwards Lifesciences

# Device Scope - JenaValve Trilogy Gen 1.0 Launch

| Type | Sizes | Device |
|---|---|---|
| **Delivery System** | N/A | • **Trilogy Delivery System**: Current commercial version as developed by JenaValve<br>• [redacted]<br>• Specification alignment for visual and functional<br>• WIP controls and single piece flow<br>• [redacted]<br>• Tech assessment of Cath-X<br>• Supplier validation deep dive for all assemblies<br>• [redacted] |
| **Sheath** | 20F | • **Trilogy Introducer Sheath**<br>• [redacted]<br>• [redacted] |



Talk to Sean and Nate A



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10011378.pptx

PX1253-067

Edwards Lifesciences

# Device Scope - JenaValve Trilogy Gen 1.0 Launch

| Type | Device | Owner |
| --- | --- | --- |
| **Overall System** | • Risk Mgmt updates likely required for EU MDR<br>• TMV Remediation required for critical inspections<br>• CCP (critical process controls) mapping required<br>• Systemic review of CAPA's, complaints to ensure issues adequately resolved (or whether further corrective actions required) | Quality |

# Timeline – JenaValve Trilogy Gen 1.0 Launch

- There is no estimated timeline for this program in prep for AOP2025.
- Timing will be better understood once the acquisition closes.
- The effort by Irvine in 2025 is anticipated to primarily be Phase 4 transfer to production activity and support effort to finalize documentation to prepare for PMA submission.

# JC Medical J-Valve Gen 1.0/1.1 Clinical

Tim Rumbaugh

Edwards

Home

Edwards Lifesciences

# Primary Objectives – JC Medical J-Valve Gen 1.0/1.1 Clinical

- Lead the commencement of the JOURNEY US IDE trial (using Gen 1.0)
- Make minor, specifically defined changes to the JC Medical configuration that was approved for IDE pivotal trial (to become Gen 1.1)
  - Note: These changes are expected to be made within 2024
- [redacted]
- Support LVAD registry

Home 69

Edwards Lifesciences

# JC Medical's J-Valve TF System



## J-VALVE TF SYSTEM

This system has not yet been approved by the FDA and is currently not for sale.



### J-VALVE TF BIOPROSTHESIS

The J-Valve Transcatheter Aortic Valve positions itself according to the anatomy of the native aortic annulus. It naturally slides into place, allowing doctors to rely on tactile feedback to achieve optimal positioning.

KEY DESIGN FEATURES:

- U-shaped "anchor rings" facilitate accurate self-positioning of the replacement aortic valve
- Low profile design minimizes risk of coronary blockage
- With five different valve sizes, the system ensures a perfect fit for each patient

### J-VALVE TF DELIVERY DEVICE

Doctors can perform transcatheter replacement aortic valve implantations accurately because the intuitive design of the delivery device is easy to use.

KEY DESIGN FEATURES:

- Valve loads seamlessly into the nosecone
- Locking mechanism ensures valve deployment at the correct time
- Two control knobs release the valve into place

| Valve Size | Annulus Diameter (mm) | Annulus Perimeter (mm) | Annulus Area ($mm^2$) |
|---|---|---|---|
| 22 mm | 18 - 21 | 57 – 66 | 254 - 346 |
| 25 mm | 21 - 24 | 66 - 75 | 346 - 452 |
| 28 mm | 24 - 27 | 75 - 85 | 452 - 573 |
| 31 mm | 27 - 30 | 85 - 94 | 573 - 707 |
| 34 mm | 30 - 33 | 94 - 104 | 707 - 855 |

**18F & 21F Delivery System**
(compatible with ≥18F & ≥22F Gore Dry Seal Introducer Sheath)

Device Animation Video

CONFIDENTIAL 6



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10011378.pptx

PX1253-072

Edwards Lifesciences

# Device Scope - JC Medical J-Valve Gen 1.0/1.1 Clinical

| Type | Sizes | Device |
|---|---|---|
| **Valve** | 22mm<br>25mm<br>28mm<br>31mm<br>34mm | • **J-Valve Gen 1.0:** Current clinical version as developed by JC Medical<br>• Clinical product will continue to be **produced by JC Medical in China** using existing suppliers<br>• JC Medical team members to complete shelf-life testing to extend valve (to 30 months) |
| **Delivery System** | 18F<br>21F | • **J-Valve Delivery System Gen 1.0:** Current clinical version as developed by JC Medical<br>  • Clinical product will continue to be **produced by JC Medical in China** using existing suppliers<br>• **J-Valve System Gen 1.1** to be included in the clinical trial and to include:<br>  • JC Medical team members to complete shelf-life testing to extend delivery system shelf-life (to 24 months)<br>  • Edwards to support JC Medical team members to implement rectangular attachment tip change |
| **Sheath** | 16F | • **J-Valve system Gen 1.0** uses the Gore DrySeal Sheath<br>• **J-Valve System Gen 1.1** to be included in the clinical trial and to include:<br>  • [redacted] |
| **Crimper** | N/A | • **J-Valve Crimper:** Current clinical version as developed by JC Medical<br>  • Clinical product will continue to be **produced by JC Medical in China** using existing suppliers |





CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10011378.pptx

PX1253-073

Edwards Lifesciences

## Timeline – JC Medical J-Valve Gen 1.0/1.1 Clinical

- There is no estimated timeline for this program in prep for AOP2025.
- The effort by Irvine in 2025 is anticipated to primarily be Clinical Trial support.
- JC Medical estimates
  - Targeting First Patient Enrolled in October
  - 12-14 months of enrollment

# J-Valve Gen 1.5 Commercial

Tim Rumbaugh

Edwards

Home

Edwards Lifesciences

# Primary Objectives – J-Valve Gen 1.5 Commercial

[redacted]

Home 74

Edwards Lifesciences

# Device Scope - J-Valve Gen 1.5 Commercial

| Type | Sizes | Device | Owner |
|---|---|---|---|
| **Valve** | 22mm<br>25mm<br>28mm<br>31mm<br>34mm | • **Baseline from J-Valve Gen 1.0**<br>• **Design changes**<br>  • [redacted]<br>• **Manufacturing changes**<br>  • [redacted] | Irvine |
| **Delivery System** | 18F<br>21F | • **Baseline from J-Valve Delivery System Gen 1.1** and applicable accessories<br>• **Design changes**<br>  • [redacted]<br>• **Manufacturing changes**<br>  • [redacted] | Irvine |

75

JC to repeat system interaction DV within 2024.
[redacted]e.
Confirm: Mark to be come consultant, will he be charged to the implementation cost center.



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10011378.pptx

PX1253-077

Edwards Lifesciences

# Device Scope - J-Valve Gen 1.5 Commercial

| Type | Sizes | Device | Owner |
|---|---|---|---|
| **Sheath** | 16F | [redacted] | Irvine |
| **Crimper** | N/A | • **Baseline of J-Valve Crimper**<br>• **Design changes**<br>  • To be determined based on other device changes and meeting Edwards standards<br>• **Manufacturing changes**<br>  • [redacted] | Irvine |



JC to repeat system interaction DV within 2024.
[redacted]
Confirm: Mark to be come consultant, will he be charged to the implementation cost center.

Edwards Lifesciences

# Device Scope - J-Valve Gen 1.5 Commercial

| Type | Device | Owner |
|---|---|---|
| **Overall System** | • Design Characterization studies to substantiate source of functional requirements<br>• Reassess DV data against EW statistical sampling requirements<br>• Develop PVP and CCP's<br>• Risk Mgmt updates required for EU MDR<br>• Develop / validate component suppliers in alignment with product development cycle<br>• Re-evaluate RI sampling / controls | Quality |

Edwards Lifesciences

# Timeline – JC Medical J-Valve Gen 1.5 Commercial

- There is no estimated timeline for this program in prep for AOP2025.
- Effort in Irvine for all of 2025 is expected to be Phase 2 design and development for transfer of all manufacturing to Edwards and applicable design updates for the delivery system and crimper
  - Schedule details will be developed by the program team
  - Likely to include acute animal study 4Q25
- Effort in Israel in 2025 is expected to be Phase 1 concept development for the updated attachment (if necessary) with Concept Selection in Sep 2025 and then transitioning to Phase 2 for the rest of 2025
  - Schedule details will be developed by the program team

# AR Next Gen 2.0

Tim Rumbaugh

Edwards

Home

Edwards Lifesciences

# Primary Objectives – AR Next Gen 2.0

- Advance design from JenaValve Trilogy Gen 1.0 and/or JC Medical J-Valve Gen 1.5 into an Edwards Gen 2.0 AR system

Edwards Lifesciences

# Device Scope – AR Next Gen 2.0

| Type | Sizes | Device | Owner |
|---|---|---|---|
| Valve | TBD | • **New Edwards AR valve**; potentially adapted from J-Valve or adapt from EW valve<br>• [redacted] | Israel then Irvine |
| Delivery System | TBD | • [redacted] | Irvine |
| Sheath | TBD | • [redacted] | Irvine |
| Crimper | N/A | • [redacted] | Irvine |





CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# Timeline – AR Next Gen 2.0

- There is no estimated timeline for this program in prep for AOP2025.
- Effort in Israel for all of 2025 is expected to be Phase 1 concept development for the new valve
  - Irvine will support Israel with IRV NPD and Pilot
- Effort in Irvine for all of 2025 is expected to be Phase 1 concept development for the new delivery system and crimper
  - Schedule details will be developed by the program team