# PX1258- PX1299

(see exhibit stamps bottom right corner)


PX1258 (Pgs. 2-21)
PX1262 (Pgs. 22-101)
PX1263 (Pgs. 102-103)
PX1267 (Pgs. 104-149)
PX1270 (Pgs. 150-151)
PX1271 (Pgs. 152-169)
PX1272 (Pgs. 170-171)
PX1275 (Pgs. 172-200)
PX1279 (Pgs. 201-203)
PX1280 (Pgs. 204-205)
PX1285 (Pgs. 206-208)
PX1286 (Pgs. 209-211)
PX1299 (Pgs. 212-213)

# Document Produced in Native

| TOPIC | SPEAKER | TIME |
|---|---|---|
| **Opening Video – EHM Pro Bono video (2 mins)** | *Video* | 9:00 am |
| **Welcome & Edwards News**<br>• Opening comments (3 mins)<br>• Q2 Earnings summary (3 mins)<br>• SHD update (2 mins) | Bernard Zovighian | 8 mins. |
| **Accelerating our long-term SHD strategy**<br>• Larry (6 mins) – TAVR<br>• Daveen (3 mins) – TMVR<br>• Don (3 mins) – SHD | <br>Larry Wood<br>Daveen Chopra<br>Don Bobo | <br>6 mins<br>3 mins<br>3 mins |
| ***Transition*** | Bernard Zovighian | 1 min. |
| **CC and BD separation update – +CC recognition** | Bernard Zovighian<br>Katie Szyman | 5 mins |
| ***Transition*** | Bernard Zovighian | 2 mins. |
| **Financial Update**<br>• Q2 Results<br>• Stock Performance and Analyst Quotes | Scott Ullem | 7 mins. |
| *(Transition – Bernard asks Scott a question)* | Bernard Zovighian | 2 mins. |
| **KOD and EIP update**<br>• YTD and projected performance | Bernard Zovighian | 2 mins. |
| **Q&A (Business or global topics preferred)**<br>• Jaime Wheeler joins Bernard on-stage, moderate from podium | Bernard Zovighian<br>Jaime Wheeler | 13 mins. |
| **It's the Patient**<br>• Close with TPE video | Bernard Zovighian<br>*Video* | 5 mins. |
| **Closing** | Bernard Zovighian | 1 min. |
| *(exit music)* | | |
| | Total: | 60 mins. |

TMTT: We're thinking one slide (mostly product animation) with verbal commentary on high level strategy (TMVR = [redacted] Indigo) and approach to integration.

PX1258-002

- ***>$1B / quarter which is 40k patients globally. Last 2 qtrs. Seen pressure on TAVR growth but none of that due to fundamentals of TAVR. Opportunity is strong, still a deadly disease. More interventional procedures (mitral, tricuspid, more things coming) and in clinical trials with moderate AS. Very exciting time in SHD. But all hitting same cath lab. Hospitals need to figure out how to organize & right size.***
- ***We are going into a whole new realm. AR is when valve leaks and AS when valve narrows. Next frontier in TAVR and perfect adjacency. Looked at all available technologies and faced with choice of JV which is near term and JC medical is NG therapy. Want to lead today, tomorrow and future. SAPIEN journey has taught us that being there first to build therapy is best. Massive undertaking like going back to SAPIEN & PVT acquisition.***
- ***Require significant reorg (deploy our resources and prioritize our portfolio and investments) and repriortization. Need to lead in both AS & AR. Leverage deep expertise in R&D and sales model.***
- ***Talking points: small group of diligence teams and prior to announcement it's the first time we are discussing both companies. Next few weeks the LT needs to work through the unknowns. Townhall timing ~4 weeks after announcement ideal. Thursday XLT mtg. AOP timing to figure it out. Friday 26th call with Kristen on customers. Greg call for JV. Legal review of deck.***
- ***1 slide of key items coming (EARLY TAVR, PROGRESS); solidify that AS is great despite difficult quarters then pivot to AR. Excited for time machine journey back to build therapy. Bold decision.***


In 2024,
We impacted the lives of
~80K
patients globally in the
first half of 2024

## Slide 3 Notes

Today, Edwards announced its intent to acquire **JenaValve.** We have also entered into an agreement with Genesis MedTech's subsidiary, **JC Medical,** to develop an expanded portfolio of transcatheter solutions for the treatment of AR.

Aortic regurgitation is a deadly disease that is distinct from Aortic Stenosis and requires different therapy solutions - today, surgery is the only option for these patients and we estimate that at least **75% of patients go untreated**.

**JenaValve and JC Medical are the most advanced companies in the AR space:**

- JenaValve has a commercially available AR platform in Europe and has completed its ALIGN-AR trial in the United States – positive results from this trial were presented late last year
- JC Medical offers unique technology with early clinical experience, enabling us to expand the long-term TAVR-AR portfolio

**As the pioneers and leaders of TAVR therapies, we believe we are best positioned to lead this next frontier of aortic valve disease treatment. We expect this to be the beginning of a long-term, iterative strategy that leverages our patient-centric culture and deep TAVR clinical and engineering expertise to build a market leading portfolio for patients with Aortic Regurgitation.**

We know acquisitions bring both excitement and uncertainty, and integration of each of these companies with the Edwards team will require a thoughtful plan. As such, in the coming weeks/months, the Leadership Team will be performing an in-depth assessment of both the JenaValve and JC Medical programs to determine the best approach to integration without losing the momentum already built. We will also conduct a thoughtful assessment on talent, our own portfolio priorities, and how best to deploy our resources to deliver long-term leadership in both TAVR-AS and TAVR AR. Once this assessment is complete, we will communicate decisions as quickly as possible.
In the meantime, please remain focused on your current projects and the important work you're doing for patients.

Thank you for everything you do,
Larry

# TAVR Fundamentals Remain Strong, and Our Team is Making Significant Progress in Multiple Areas

## The Fundamentals of the TAVR Opportunity Remain Unchanged

| | | |
|---|---|---|
| | Significant Undertreatment of AS Exists | Accelerating Patient Activation Strategies |
| THE EARLY TAVR TRIAL | Understand if Intervention Should Occur Before Symptoms Develop | Data Release Planned for TCT 2024 |
| THE PROGRESS TRIAL | Understand Impact of Moderate AS and Optimal Time of Intervention | Enrollment Completed Earlier This Year, 2 years Ahead of Schedule |
|  | Best-in-Class Portfolio for Patients | SAPIEN 3 Ultra RESILIA Global Launch Continues |

## Slide 4 Notes

"TAVR Demand Remains a Strong Opportunity While Our Growth Accelerators Come Online"

# We Are Now Positioned to Lead The Next Frontier of Aortic Valve Disease: Aortic Regurgitation is a Deadly Disease That Goes Untreated




More aggressive stat from egnite publication on AR?

**Surgery is the only available therapy option today**

1. Thourani et al. Treatment Patterns, Disparities, and Management Strategies Impact Clinical Outcomes in Patients with Symptomatic Severe Aortic Regurgitation. Structural Heart. 2021.

# We Are Now Positioned to Lead The Next Frontier of Aortic Valve Disease: Acquisition of Two Leading AR Technologies Helps us Lead for Patients

JENA

C Medical

s MedTech Company



Funny picture of someone holding two pies; voiceover is "we decided to have a bakeoff and decided to buy both!"

Have the pie guy come up after both technology photos are up



Commercially Available in Europe; Completed ALIGN-AR Trial in US with Positive Results

Unique Technology with Early Clinical Experience to Expand Long-Term Portfolio

# As the Pioneers And Leaders in TAVR, We Are Best Positioned to Lead This Next Frontier of Aortic Valve Disease Treatment



SAPIEN | SAPIEN XT | SAPIEN 3 | SAPIEN 3 Ultra | SAPIEN 3 Ultra RESILIA | SAPIEN X4

Low-Risk: PARTNER 3 Trial

Int-Risk: PARTNER IIA Trial; PARTNER II S3i Trial

High-Risk: PARTNER IA Trial; PARTNER II S3 Trial

Inoperable: PARTNER IB Trial; PARTNER IIB Trial

Unparalleled **engineering and R&D** expertise

Deep **clinical research expertise**

Best-in-class **High-touch service** model

**Established trust** within physician community

# Message to End on

- Now the hard work begins - we will integration strategy of two companies and we have to rationalize our internal portfolio and deploy our resources effectively
- We think this journey will be similar to TAVR-AS and will require technology iteration, clinical evidence generation, and effective training to deliver patient outcomes

Edwards

# Additional Slides for xLT

Add product info, ALIGN AR Trial (TCT pres), J-valve (NY Valves pres?), Strategy at a high level

# Large Unmet Clinical Needs for Aortic Regurgitation Patients

## Undertreatment of symptomatic severe AR[1]

### Treatment within 1-year of diagnosis




## High mortality if left untreated

### 1-year mortality rate of diagnosed ssAR patients[1]




*No other therapy options outside surgery to date*

1. Thourani et al. Treatment Patterns, Disparities, and Management Strategies Impact Clinical Outcomes in Patients with Symptomatic Severe Aortic Regurgitation. Structural Heart. 2021.
2. ALIGN-AR 1-year all-cause mortality (N=180)



PX1258-014

# Acquisition of Both Dedicated AR Technologies Enables Edwards to Lead the Therapy and Deliver a Strong Value Proposition to Patients

## Speed to Market



### JenaValve Trilogy

**Value Proposition:**
- 1st dedicated AR product in US market (target Q4 2025)
- Compelling clinical evidence
- Large open cells for future coronary access

**Clinical Experience:**
- ALIGN-AR pivotal IDE: N=180, 1-year follow-up, 20 US sites
- Approx. 600 total patients in PMA, CAP, and AS

## Potential for Long-Term Differentiation



### JC Medical J-Valve

**Value Proposition:**
- 5 sizes to treat larger annuli
- Bovine pericardium
- Low profile frame for future coronary access

**Clinical Experience:**
- EFS: N=15, 30-day follow-up, 5 US sites
- Compassionate use experience: N=[redacted], 30-day follow-up, 3 US & 2 Canada sites

Abbreviations: AR = aortic regurgitation; AS = aortic stenosis; CAP = continued access plan; EFS = early feasibility study; IDE = investigational device exemption; PMA = pre-market approval

# JenaValve Trilogy System

## The Trilogy Valve

The only TAVI system approved for aortic regurgitation*

The Trilogy Valve with locator technology finally gives high-risk patients with severe, symptomatic aortic regurgitation a TAVI treatment option. Trilogy's locators attach to the native leaflets for secure anchoring even in the absence of calcium, while ensuring commissural alignment.




## The Trilogy Delivery System

Engineered from the ground up for precision and reliability from access to deployment

The delivery system has been engineered specifically for precise and reliable single-action valve deployment within the patient anatomy. It utilizes a catheter deflection mechanism to center the valve above the annulus and integrated rotation and axial positioning for simple and straightforward commissural alignment.




## The Trilogy Introducer Sheath

The Trilogy Sheath is an 85cm working length pre-shaped sheath that protects valve and patient anatomy into the ascending aorta, up until valve alignment and positioning.




Device Animation Video



PX1258-016

# JenaValve Clinical Data

## Transcatheter aortic valve implantation in patients with high-risk symptomatic native aortic regurgitation (ALIGN-AR): a prospective, multicentre, single-arm study

Torsten P Vahl, Vinod H Thourani, Raj R Makkar, Nadira Hamid, Omar K Khalique, David Daniels, James M McCabe, Lowell Satler, Mark Russo, Wen Cheng, Isaac George, Gabriel Aldea, Brett Sheridan, Dean Kereiakes, Harsh Golwala, Firas Zahr, Stanley Chetcuti, Pradeep Yadav, Susheel K Kodali, Hendrik Treede, Stephan Baldus, Nicholas Amoroso, Lauren S Ranard, Duane S Pinto, Martin B Leon

### Summary

**Background** Surgery remains the only recommended intervention for patients with native aortic regurgitation. A transcatheter therapy to treat patients at high risk for mortality and complications with surgical aortic valve replacement represents an unmet need. Commercial transcatheter heart valves in pure aortic regurgitation are hampered by unacceptable rates of embolisation and paravalvular regurgitation. The Trilogy transcatheter heart valve (JenaValve Technology, Irvine, CA, USA) provides a treatment option for these patients. We report outcomes with transfemoral transcatheter aortic valve implantation (TAVI) in patients with pure aortic regurgitation using this dedicated transcatheter heart valve.

**Methods** The ALIGN-AR trial is a prospective, multicentre, single-arm study. We recruited symptomatic patients (aged ≥18 years) with moderate-to-severe or severe aortic regurgitation at high risk for mortality and complications after surgical aortic valve replacement at 20 US sites for treatment with the Trilogy transcatheter heart valve. The 30-day composite primary safety endpoint was compared for non-inferiority with a prespecified performance goal of 40·5%. The primary efficacy endpoint was 1-year all-cause mortality compared for non-inferiority with a performance goal of 25%. This trial is registered with ClinicalTrials.gov, NCT 04415047, and is ongoing.

**Findings** Between June 8, 2018, and Aug 29, 2022, we screened 346 patients. We excluded 166 (48%) patients and enrolled 180 (52%) patients with symptomatic aortic regurgitation deemed high risk by the heart team and independent screening committee assessments. The mean age of the study population was 75·5 years (SD 10·8), and 85 (47%) were female, 95 (53%) were male, and 131 (73%) were White. Technical success was achieved in 171 (95%) patients. At 30 days, four (2%) deaths, two (1%) disabling strokes, and two (1%) non-disabling strokes occurred. Using standard Valve Academic Research Consortium-2 definitions, the primary safety endpoint was achieved, with events occurring in 48 (27% [97·5% CI 19·2–34·0]) patients ($p_{non-inferiority}$<0·0001), with new pacemaker implantation in 36 (24%) patients. The primary efficacy endpoint was achieved, with mortality in 14 (7·8% [3·3–12·3]) patients at 1 year ($p_{non-inferiority}$<0·0001).

**Interpretation** This study shows the safety and effectiveness of treating native aortic regurgitation using a dedicated transcatheter heart valve to treat patients with symptomatic moderate-to-severe or severe aortic regurgitation who are at high risk for mortality or complications after surgical aortic valve replacement. The observed short-term clinical and haemodynamic outcomes are promising as are signs of left ventricular remodelling, but long-term follow-up is necessary.

# JC Medical's (A Genesis MedTech company) J-Valve TF System



## J-VALVE TF SYSTEM

This system has not yet been approved by the FDA and is currently not for sale.



### J-VALVE TF BIOPROSTHESIS

The J-Valve Transcatheter Aortic Valve positions itself according to the anatomy of the native aortic annulus. It naturally slides into place, allowing doctors to rely on tactile feedback to achieve optimal positioning.

KEY DESIGN FEATURES:

- U-shaped "anchor rings" facilitate accurate self-positioning of the replacement aortic valve
- Low profile design minimizes risk of coronary blockage
- With five different valve sizes, the system ensures a perfect fit for each patient

### J-VALVE TF DELIVERY DEVICE

Doctors can perform transcatheter replacement aortic valve implantations accurately because the intuitive design of the delivery device is easy to use.

KEY DESIGN FEATURES:

- Valve loads seamlessly into the nosecone
- Locking mechanism ensures valve deployment at the correct time
- Two control knobs release the valve into place

Device Animation Video



PX1258-018

# J-Valve TF Clinical Data

FOCUS ON AORTIC REGURGITATION AND TRANSCATHETER AORTIC VALVE REPLACEMENT

NEW RESEARCH PAPERS: STRUCTURAL

## Transcatheter Treatment of Native Aortic Valve Regurgitation

### The North American Experience With a Novel Device

Santiago Garcia, MD,[a] Jian Ye, MD,[b] John Webb, MD,[b] Michael Reardon, MD,[c] Neal Kleiman, MD,[c] Sachin Goel, MD,[c] Taha Hatab, MD,[c] Neil Fam, MD,[d] Mark Peterson, MD,[d] Samantha Liauw, MD,[d] Tiberio M. Frisoli, MD,[e] Hanad Bashir, MD,[a] Debra Paige, RN,[a] Darlene Rock, RN,[a] Christian Schmidt, MS,[a] James G. Jollis, MD,[a] Dean J. Kereiakes, MD[a]

ABSTRACT

BACKGROUND Transcatheter treatment of patients with native aortic valve regurgitation (AR) has been limited by anatomical factors. No transcatheter device has received U.S. regulatory approval for the treatment of patients with AR.

OBJECTIVES The aim of this study was to describe the compassionate-use experience in North America with a dedicated transcatheter device (J-Valve).

METHODS A multicenter, observational registry was assembled of compassionate-use cases of J-Valve implantation for the treatment of patients with severe symptomatic AR and elevated surgical risk in North America. The J-Valve consists of a self-expanding Nitinol frame, bovine pericardial leaflets, and a valve-locating feature. The available size matrix (5 sizes) can treat a wide range of anatomies (minimum and maximum annular perimeters 57-104 mm).

RESULTS A total of 27 patients (median age 81 years [IQR: 72-85 years], 81% at high surgical risk, 96% in NYHA functional class III or IV) with native valve AR were treated with the J-Valve during the study period (2018-2022). Procedural success (J-Valve delivered to the intended location without the need for surgical conversion or a second transcatheter heart valve) was 81% (22 of 27 cases) in the overall experience and 100% in the last 15 cases. Two cases required conversion to surgery in the early experience, leading to changes in valve design. At 30 days, there was 1 death, 1 stroke, and 3 new pacemakers (13%), and 88% of patients were in NYHA functional class I or II. No patient had residual AR of moderate or greater degree at 30 days.

CONCLUSIONS The J-Valve appears to provide a safe and effective alternative to surgery in patients with pure AR and elevated or prohibitive surgical risk. (J Am Coll Cardiol Intv 2023;16:1953-1960) © 2023 by the American College of Cardiology Foundation.

Add EFS podium

# Our Strategy is to be First to Market in US and Lead Therapy for AR Patients Globally Through A Robust Future Portfolio

## AR Strategy

**Speed to Market:**
- Bring Gen 1 JenaValve Trilogy to US market ASAP
- *Acceptance that there will be a multi-year plan to transition to Edwards Quality Management System is critical to success*

**Rapid learning to inform Gen 2:**
- Decide whether or not to move forward with J-Valve IDE

**Stabilize commercial platform:**
- Improve manufacturing & COGS

**Durable Leadership:**
- Deliver best Gen 2 dedicated AR system
- Design effective market development strategy

***Near Term*** → ***Mid-Term***

## Key Risks

- **JenaValve Trilogy durability testing does not support Q4'25 FDA approval or significant redesign required**
- **Inability to scale manufacturing**
- **Investment and resources for market development is greater than anticipated**

Abbreviations: AR = aortic regurgitation; COGS = cost of goods sold; FDA = Food & Drug Administration; IDE = investigational device exemption



PX1258-020

Message

**From**: Meredith Zia [Meredith_Zia@edwards.com]
**Sent**: 9/12/2024 11:23:41 PM
**To**: Larry Wood [Larry_Wood@edwards.com]
**CC**: Pooja Sharma [Pooja_Sharma@Edwards.com]; Jeremy Bierman [Jeremy_Bierman@edwards.com]; Jackie Faulkner [Jackie_Faulkner@Edwards.com]
**Subject**: Townhall slides for Monday
**Attachments**: THV Townhall_Sep 16 2024_V3[33].pdf

Hi Larry,

Attached and in the link below are the proposed slides for your Townhall on Monday. Let me know if you have any feedback to incorporate before our final review on Monday which ends only ~1 hour before setup time ☺

THV Townhall Sep 16 2024 V3.pptx

Best,
Meredith

# THV Business Unit Update

Larry L Wood

September 16th, 2024

Edwards

# Structural Heart Innovation Leader and Future Vision

Structural Heart Disease

| Valvular | | | | | Non-Valvular | |
|---|---|---|---|---|---|---|
| THV | | TMTT | | SURG | IHFM | Other |
| TAVR – AS<br>SAPIEN | TAVR – AR<br>Trilogy, J-Valve | Mitral<br>PASCAL, M3, Innovalve | Tricuspid<br>EVOQUE, PASCAL | Surgical<br>INSPIRIS, MITRIS, KONECT | HF Management<br>Cordella | Heart Failure & other |
|  |  |  |  |  |  |  |
| State-of-the-art treatment of Aortic Stenosis | Expansion into Aortic Regurgitation | Expansion of TMVR opportunity | Broad and differentiated Tricuspid Regurgitation portfolio | Broad and differentiated surgical portfolio | Expansion into implantable HF management | Select therapies |

Edwards
BD

## Lead Therapy Growth

Patient Activation

Aortic Regurgitation

### Indication Expansion

THE EARLY TAVR TRIAL

THE PROGRESS TRIAL

## Fortify Leadership

### TAVR – AS Technology

Life Time Management



### TAVR – AR Technology




JENAVALVE

JC Medical


In 2024,
We impacted the lives of
~80K
patients globally in the
first half of 2024

Edwards Lifesciences

# TAVR and Surgical short of plan while TMTT and Critical Care exceeded

*($ in millions, budget rates)*



# TAVR Fundamentals Intact – Significantly Undertreated Population & Excellent Patient Outcomes

**Severe AS is significantly undertreated**

**~13 of 100**

of all Severe AS patients received AVR in 2022

THE PARTNER 3 TRIAL



**99%**

alive and well at 1 year



**90%**

survival at 5 years

**Recent Data Reinforces the Excellent Patient Outcomes Achieved with the SAPIEN 3 TAVR Platform**

Edwards Lifesciences

# AS Patient Diagnosis has Remained Stable and Patient Backlog is Stable to Increasing

## AS Patient Diagnosis Has Remained Stable[1]




## Patient Backlog – Stable to Increasing[2]




**52 practicing physicians at medium/large Structural Heart centers**

(1) IQVIA Claims Data, 2017-Present (2) Qualtrics Physician Survey, July 2024, n=52



CONFIDENTIAL TREATMENT REQUESTED

# Market Share Remains Stable



Edwards



Medtronic Abbott Boston Scientific

(1) IQVIA Claims Data, 2017-Present
Abbreviations: AS = Aortic Stenosis; Dx = Diagnosis; MDT = Medtronic

# No Tailwinds to Date from SMART Trial

SMall Annuli Randomized to Evolut or SAPIEN

**SMART**

**S**cience is

**M**ade up

**A**nd

**R**idiculous

**T**rial

The NEW ENGLAND JOURNAL of MEDICINE

**Self-Expanding or Balloon-Expandable TAVR with a Small Aortic Annulus**

Letter to the Editor

1. Eric Van Belle, M.D., Ph.D.
Flavien Vincent, M.D., Ph.D.
Lille University Hospital
Lille, France
Marie Annick Clavel, Ph.D.
Laval University Quebec, QC, Canada

2. Thomas R. Fleming, Ph.D.
University of Washington
Seattle, WA

3. Julien Ternacle, M.D., Ph.D.
Thomas Modine, M.D., Ph.D.
Haut-Leveque Cardiology Hospital
Pessac, France

4. Amr E. Abbas, M.D.
William Beaumont University Hospital
Royal Oak, MI
Philippe Pibarot, D.V.M., Ph.D.
Institut Universitaire de Québec–Université Laval
Quebec, QC, Canada
Rebecca T. Hahn, M.D.
Columbia University
New York, NY

Edwards Lifesciences

# Transcatheter Structural Heart Procedures Have Increased by >2X in 5-yrs During a Time of Significant Pressure on Hospital Resourcing




(1) THV Adv Analytics View; Source for LAAO, Mitral, Tricuspid: Internal Data, GlobalData
Abbreviations: LAAO = left atrial appendage occlusion; TAVR = transcatheter aortic valve replacement; THV = transcatheter heart valve

# In 2024 Alone…Increase in Time from Diagnosis to Treatment and Wait Times for TAVR Procedures

## Increased Time from Diagnosis to Treatment[1]




## Increased Wait Times for TAVR Procedure[2]




(1) Optum Market Clarity Dataset from (claims + EMR). 2024 data through March. (2) Claims Data
Abbreviations: CT = computed tomography [imaging]; HT = heart team; TAVR = transcatheter aortic valve replacement

Edwards Lifesciences

# Aortic stenosis is a deadly disease: AVR treatment is critical

The prognosis of sSAS is **worse than that of several metastatic cancers**.[1,2]

**Five-year Survival in Patients with Inoperable sSAS or Metastatic Cancers[1,2]**




Patients face **increased risk of mortality** while waiting for AVR[3]

**1 in 10**



**sSAS patients can die**

**within 5 weeks**

**while awaiting treatment[3]**

Sources: 1. Clark et al. Circulation. 2012 Sep; 5(5):697-704. 2. Siegel at al. CA Cancer J Clin. 2019 Jan;69(1):7-34 3. Malaisrie et al. Ann Thorac Surg. 2014 Nov;98(5):1564-70.

Abbreviations: AVR = aortic valve replacement; sSAS = symptomatic severe aortic stenosis

Edwards Lifesciences

# In Addition to the Clinical Cost, There is a Substantial Financial Cost to Delays in Care

## Delays in care add unnecessary costs to the healthcare system[1]

TAVR incremental treatment costs among patients treated within two years




## Non-elective cases are significantly more costly[2]




Sources: 1. Sethi et al. Structural Heart. 2024. https://doi.org/10.1016/j.shj.2023.100183. 2. Optum Medicare Advantage Claims 2016-2022Q3. Procedure costs derived from Biome database (TAVR direct costs reflected)

Abbreviations: TAVR = transcatheter aortic valve replacement

Edwards Lifesciences

# The System Capacity Issue Is Multi-faceted: We Are Gaining More Granular Insights on the Issue and Accelerating Key Workstreams

MIND SHARE

Physician may want to grow their programs, but they **lack time** to move patients along the pathway and visibility to key metrics

RESOURCES

PROFITABILITY

INFRASTRUCTURE



CONFIDENTIAL TREATMENT REQUESTED

Remove NCD strategy?

# We Have Four Key Focus Areas of Execution in the Near-Term

ISSUES

**MIND SHARE**

Physician may want to grow their programs, but they **lack time** to move patients along the pathway and visibility to key metrics

- RESOURCES
- PROFITABILITY
- INFRASTRUCTURE

KEY INITIATIVES

**Near-Term**

- Galvanize TAVR Mindshare
- Refine Economic Stakeholder Narrative
- Drive Patient Activation Programs
- Maximize Impact of EARLY TAVR data
- NCD Strategy

Abbreviations: CMS = Centers for Medicare & Medicaid Services; NCD = National Coverage Determination; TAVR = transcatheter aortic valve replacement

Edwards Lifesciences

MIND SHARE

# Galvanizing TAVR Mindshare: The Podium Element

CRF®

NEW YORK VALVES

THE STRUCTURAL HEART SUMMIT







The analysis revealed no difference in long-term outcomes of death, disabling stroke or heart failure related hospitalization







The analysis revealed extremely low rates of reintervention and bioprosthetic valve failure out to five years



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

MIND SHARE

# Galvanizing TAVR Mindshare: The Podium Element

CRF®

NEW YORK VALVES

THE STRUCTURAL HEART SUMMIT




ESC Congress 2024 London

RHEIA



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# The RHEIA Trial – the First & Only 100% Female RCT in TAVR

RHEIA

| Study design | Device(s) used | Distribution | Locations | Key patient demographics |
|---|---|---|---|---|
| Randomized, controlled vs SAVR (1:1) **N = 443** | **SAPIEN 3** valve<br>**SAPIEN 3 Ultra** valve | 20 mm: 4.7%<br>23 mm: 63.7%<br>26 mm: 27.0%<br>29 mm: 4.7% | 12 European countries<br>**48 sites** | Mean age:<br>**TAVR: 73.1 years**<br>SAVR: **73.3 years** |

Key patient outcomes included: **all-cause mortality, stroke,** and **rehospitalization**





Edwards Lifesciences

# SAPIEN 3 TAVR demonstrated a significant, superior benefit at 1 year for death, stroke and rehospitalization




Number at risk

| | 0 | 3 | 6 | 9 | 12 |
|---|---|---|---|---|---|
| Surgery | 205 | 182 | 177 | 172 | 104 |
| SAPIEN 3 TAVR | 215 | 203 | 200 | 196 | 121 |

Edwards Lifesciences

# SAPIEN 3 TAVR observed less than 1% mortality, less than 1% disabling stroke, and significantly less rehospitalization at 1 year




| | TAVR (N = 215) | SAVR (N = 205) | *P*-value |
|---|---|---|---|
| **Death** | **0.9% (2)** | **2.0% (4)** | 0.44 |
| Cardiac death | 0.5% (1) | 0.5% (1) | 1.00 |
| Noncardiac death | 0.5% (1) | 1.5% (3) | 0.36 |
| **Stroke** | **3.3% (7)** | **3.0% (6)** | 1.00 |
| Disabling stroke | 0.9% (2) | 1.5% (3) | 0.68 |
| Nondisabling stroke | 2.4% (5) | 1.5% (3) | 0.72 |
| **Rehospitalization:** valve, procedure, or worsening congestive heart failure–related | **4.8% (10)** | **11.4% (24)** | **0.02** |

# With SAPIEN 3 TAVR, more than 90% of patients were discharged directly home

**Mean index hospital stay:**

| TAVR | SAVR |
|---|---|
| 4.0 days | 9.0 days |
| (3.0–6.0) | (8.0–12.0) |

**Discharged to home or self-care facility:**

| TAVR | SAVR |
|---|---|
| 90.2% | 49.8% |

Edwards Lifesciences

# RHEIA Confirms SAPIEN 3 TAVR Excellence in Females – Superior in the Primary Endpoint & Quicker Recovery

## Conclusions

RHEIA

- In **women all comers** with severe aortic stenosis, **TAVI** using SAPIEN 3 or SAPIEN 3 Ultra was **superior to surgery** for the **primary composite end point** of death, stroke, or rehospitalization at one year. This superiority was essentially driven by the lower rate or rehospitalizations
- **TAVI** had a **lower incidence** of new onset AF at 30 days, a quicker recovery and shorter length of index hospital stay, but **higher rates** of mild paravalvular aortic regurgitation and new permanent pacemaker implantation
- Excellent **hemodynamics** were achieved with both techniques in a population where around 75% of women had a small annulus
- Besides the patient benefit, the less invasive TAVI treatment also provides **benefits** in terms of **health care resources**: less rehospitalization, shorter index hospital stay, and more patients discharged home

ESC Congress 2024
London & Online

## RHEIA Key Messages

- Less than 1% mortality & less than 1% disabling stroke at 1 year
- Less than 5% had a need for rehospitalization through 1 year
- More than 90% of patients were discharged directly home



CONFIDENTIAL TREATMENT REQUESTED EW-FTC-11038103

PX1262-022

Edwards Lifesciences

MIND SHARE

# Galvanizing TAVR Mindshare: The Podium Element




**Podium – KEY DATA**

- EARLY TAVR
- EVOLVED
- RHEIA + P3
- Providence Data (Treatment Rates, Time to Treat, Disparity)
- TAVR-UNLOAD Trial
- Cost of Cardiac Damage
- Time to AVR – TAVR vs. SAVR

***Scientific Symposium***

***Event***

American Heart Association.

*November 16-18*

**Podium – KEY DATA**

- Low Gradient as a Determinant of Underdiagnosis and Undertreatment (*Dr. Sreek Vemulapalli – Duke)*

***Scientific Symposium***



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

MIND SHARE

# EARLY TAVR is Aiming to Streamline Symptom Assessment of Severe AS Patients

**Symptoms assessment (or misjudged) is biggest reason for delay in referral from GC to HT**

**Delays in referral are often due to referrers:**

- Waiting for symptoms to worsen
- Symptoms not attributed to SAS

**Data release at TCT 2024**




**We believe if EARLY TAVR data is compelling, it will have significant impact on streamlining referral and patient care for all SAS patients**



CONFIDENTIAL TREATMENT REQUESTED EW-FTC-11038105

PX1262-024

Edwards Lifesciences

MIND SHARE

# Influencing Hospital Investment and Prioritization of TAVR Procedures

## Number of Cath Labs By Hospital

(N=59)[1]




**Hospital investment** in cath labs has been **stagnant** in the past 3 years



Healthcare Leadership Series 2024

Transcatheter Aortic Valve Replacement (TAVR)

September 26-27, 2024

The Westin O'Hare Airport – Chicago, IL

**Program Moderators**

**Vinod H. Thourani, MD**
Chief of Cardiovascular Surgery
*Marcus Heart and Vascular Center, Piedmont Heart Institute*

**Ellie Huff, MSN, RN**
Vice President of CV Service Line Operations
*Baylor Scott & White – The Heart Hospital Enterprise*

Thursday, September 26th

| Time | Topic |
|---|---|
| 2:30 PM | **Optional Pre-Conference: Healthcare Change Management & Influence** <br> Nick Fabrizio, PhD – Cornell University |
| 4:30 PM | **Registration & Welcome Reception** |
| 6:00 PM | **Dinner and Moderated Program** |

**One Million Patients Served**

***Moderators:*** ***Ellie Huff, MSN, RN*** *– Baylor Scott & White – The Heart Hospital Enterprise*
***Vinod H. Thourani, MD*** *- Piedmont Heart Institute*

| Time | Topic |
|---|---|
| 6:15 PM | **Introductory Remarks** <br> Vinod H. Thourani, MD – Piedmont Heart Institute <br> Ellie Huff, MSN, RN – Baylor Scott & White – The Heart Hospital Enterprise |
| 6:30 PM | **Fireside Chat** <br> Moderator: Michael Mack, MD – Baylor Scott & White Health; Baylor Scott & White Research Institute <br> Larry L. Wood, Corporate Vice President & Group President <br> Transcatheter Aortic Valve Replacement & Surgical Structural Heart <br> Edwards Lifesciences <br> Vinod H. Thourani, MD – Piedmont Heart Institute <br> Ellie Huff, MSN, RN – Baylor Scott & White – The Heart Hospital Enterprise <br> Rajiv Tayal, MD – Valley Health System <br> Ami Bhatt, MD – American College of Cardiology, Chief Innovation Officer |
| 7:00 PM | **Research and Future Opportunities in Aortic Stenosis Care** <br> Seth Clancy, MPH – Edwards Lifesciences |
| 7:15 PM | **Cardiovascular Service Line Outlook 2024** <br> Chad Giese, MBA – SG2 |
| 7:30 PM | **Market Outlook & Capacity: IDN Perspective** <br> Gordon Wesley, DBA, FACHE – AdventHealth Heart, Lung & Vascular Institute |
| 7:45 PM | **2024 Clinical Performance and Quality Measures for Valvular Heart Disease: Are You Ready?** <br> Sammy Elmariah, MD, MPH – University of California, San Francisco |
| 8:00 PM | **Panel Discussion and Q&A** |

Edwards

**Healthcare Leadership Series**

(1) Data from Vizient Operational Data Base used with permission of Vizient, Inc. All rights reserved; Sg2 Analysis, 2021-2023.

# egnite Platform Identifies In-System Patients to Accelerate their Pathway to Heart Team Evaluation

Edwards + egnite



**~2X-4X** **the annual TAVR volume** of SAS patients going **untreated**

Consistently seeing

**80%+**

**of untreated patients** have **no heart team engagement**

**180 patients**
Avg EW TAVR/yr per site

**~200-1400 patients**
found by egnite in pilot centers

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-11038107

MIND SHARE

# Successful egnite Pilot Has Shaped US Commercial Program Edwards ENACT

## Pilot Insights

- >60% patients referred and evaluated by Heart Team
- All hospitals leveraged Edwards' service offering
- Significant increase in site engagement almost immediately

Edwards
# ENACT
Patient Activation Program

**AI Platform**

*Real time AS patient identification*

**Service**

*Dedicated support to increase engagement*

**ENACT Commercial Launch ongoing**

[redacted]

Edwards Lifesciences

# The System Capacity Issue Is Multi-faceted: We Are Gaining More Granular Insights on the Issue and Accelerating Key Workstreams

**MIND SHARE**

Physician may want to grow their programs, but they **lack time** to move patients along the pathway and visibility to key metrics

- **Galvanize TAVR Mindshare** — CRF NEW YORK VALVES THE STRUCTURAL HEART SUMMIT; ESC Congress 2024 London; CRF TCT; American Heart Association.
- **Refine Economic Stakeholder Narrative** — Healthcare Leadership Series
- **Drive Patient Activation Programs** — Edwards ENACT Patient Activation Program
- **Maximize Impact of EARLY TAVR data** — THE EARLY TAVR TRIAL

Edwards Lifesciences

# We Are Well Positioned to Lead The Next Frontier of Aortic Valve Disease Treatment: Aortic Regurgitation is a Deadly Disease That Goes Untreated




Typical heart

Aortic valve regurgitation

## Symptoms are often similar to AS:

- Shortness of breath
- Tiredness and weakness
- Irregular heartbeat
- Lightheadedness or fainting

**Surgery is the only available therapy option today**

© MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH. ALL RIGHTS RESERVED.

Edwards Lifesciences

# We Are Well Positioned to Lead The Next Frontier of Aortic Valve Disease Treatment: Aortic Regurgitation is a Deadly Disease That Goes Untreated




**Significant Undertreatment of Diagnosed In-System Symptomatic Severe AR[1]**

**Treatment within 1-year of diagnosis**




**Surgery is the only available therapy option today**

1. The ... Patterns and Management ... Outcomes in Patients with Symptomatic Severe Aortic Regurgitation. Structural Heart. 2021

Edwards Confidential – For Internal Use Only. Do not copy or distribute

Edwards Lifesciences

# We Are Well Positioned to Lead The Next Frontier of Aortic Valve Disease Treatment With Two Complementary Solutions for Patients

JENAVALV

JC Medical







**Commercially Available in Europe; Completed ALIGN-AR Trial in US with Positive Results**

**Unique Technology with Early Clinical Experience to Expand Long-Term Portfolio**

| | | | |
|---|---|---|---|
| Unparalleled **engineering and R&D** expertise | Deep **clinical research expertise** | Best-in-class **high-touch service** model | **Established trust** within physician community |

# As the Pioneers And Global Leaders in TAVR, We Are Well Positioned to Bring These Technologies to Patients in a High-Quality Way

**Now the hard work begins…**

Edwards

JENAVALVE

JC Medical

**We expect this journey to be like TAVR-AS**



SAPIEN | SAPIEN XT | SAPIEN 3 | SAPIEN 3 Ultra | SAPIEN 3 Ultra RESILIA | SAPIEN X4

**Technology Iteration**

**Clinical Evidence Generation**

**Training for Best-in-Class Patient Outcomes**

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

Pending update from BOD on whether AR KOD was approved to replace X4 bonus KOD

# We Have Achieved 5 Product Development and Indication Target KODs and are on Track for the Remainder



**Product Development & Indications** | **Target** | **Bonus**

- **EARLY TAVR:** US PMA submission / Presentation at TCT (T); Publication in NEJM (B)
- **PROGRESS:** last patient treated

[redacted]

**Product Development** | **Target** | **Bonus**

[redacted]

**Product Development** | **Target** | **Bonus**

- **Pulmonic:** Receive Alterra EU MDR approval

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.
CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# Medtronic's Latest Product Development…




Evolut™ TAVR and future coronary access



**Limited launch since FDA approval late March and began full launch in August**

Edwards Lifesciences

# Uncertain Benefit for Patient's Coronary Access and Clinical Outcomes with Evolut FX+

Evolut™ TAVR and future coronary access






"If it is the same difficulty, why not implant a Balloon expanding valve?"

Sources: Attizzani, G. "Ultimate Aortic Case: Technical Discovery in TAVR." Presented at CVI 20204 (Denver, CO). July 19, 2024. Mount Sinai Fuster Heart Hospital Live Case May 14, 2024

# Edwards SAPIEN TAVR: The Leading Solution for Lifetime Management that All Patients Deserve

THE PARTNER 3 TRIAL



## Life

The only THV valve with

**1%**

death or disabling stroke at 1 year

## Time

The only THV valve with

**90%**

survival at 5 years

## Management

The only THV valve with a

**THV-in-THV**

indication

# Patient Video


Questions

Edwards

Helping Patients is Our Life's Work, and *life is now*

# Document Produced in Native

# THV Business Unit Update

Larry L Wood

September 16th, 2024

Edwards




**TAVR**: accelerating growth through patient activation, indication expansion, and new technologies, as well as expanding into a new therapeutic area of Aortic Regurgitation with the intended acquisitions of JenaValve and JC Medical


In 2024,
We impacted the lives of
~80K
patients globally in the
first half of 2024

Edwards Lifesciences

## TAVR and Surgical short of plan while TMTT and Critical Care exceeded

*($ in millions, budget rates)*




Edwards Confidential — For Internal Use Only. Do not reproduce or distribute. 4



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10754922.pptx

PX1262-045

## TAVR Fundamentals Intact – Significantly Undertreated Population & Excellent Patient Outcomes

**Severe AS is significantly undertreated**

**~13 of 100**
of all Severe AS patients received AVR in 2022

THE PARTNER 3 TRIAL

**99%**
alive and well
at 1 year

**90%**
survival
at 5 years

**Recent Data Reinforces the Excellent Patient Outcomes Achieved with the SAPIEN 3 TAVR Platform**

Edwards Lifesciences

# AS Patient Diagnosis has Remained Stable and Patient Backlog is Stable to Increasing

## AS Patient Diagnosis Has Remained Stable[1]




## Patient Backlog – Stable to Increasing[2]




**52 practicing physicians at medium/large Structural Heart centers**

(1) IQVIA Claims Data, 2017-Present (2) Qualtrics Physician Survey, July 2024, n=52

6



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10754922.pptx

PX1262-047

Edwards Lifesciences

# Market Share Remains Stable



Edwards



Medtronic Abbott Boston Scientific

(1) IQVIA Claims Data, 2017-Present
Abbreviations: AS = Aortic Stenosis; Dx = Diagnosis; MDT = Medtronic

7

Edwards Lifesciences

## No Tailwinds to Date from SMART Trial

SMall Annuli Randomized to Evolut or SAPIEN

# SMART

**S**cience is
**M**ade up
**A**nd
**R**idiculous
**T**rial

The NEW ENGLAND JOURNAL of MEDICINE

**Self-Expanding or Balloon-Expandable TAVR with a Small Aortic Annulus**

Eric Van Belle, M.D., Ph.D.
Flavien Vincent, M.D., Ph.D.
Lille University Hospital
Lille, France
Marie Annick Clavel, Ph.D.
Laval University Quebec, QC, Canada

2

Thomas R. Fleming, Ph.D.
University of Washington
Seattle, WA

Julien Ternacle, M.D., Ph.D.
Thomas Modine, M.D., Ph.D.
Haut-Leveque Cardiology Hospital
Pessac, France

4

Amr E. Abbas, M.D.
William Beaumont University Hospital
Royal Oak, MI
Philippe Pibarot, D.V.M., Ph.D.
Institut Universitaire de Québec–Universite Laval
Quebec, QC, Canada
Rebecca T. Hahn, M.D.
Columbia University
New York, NY

Letter to the Editor

8



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10754922.pptx

PX1262-049

Edwards Lifesciences

# Transcatheter Structural Heart Procedures Have Increased by >2X in 5-yrs During a Time of Significant Pressure on Hospital Resourcing




(1) THV Adv Analytics View; Source for LAAO, Mitral, Tricuspid: Internal Data, GlobalData
Abbreviations: LAAO = left atrial appendage occlusion; TAVR = transcatheter aortic valve replacement; THV = transcatheter heart valve

Edwards Lifesciences

# In 2024 Alone…Increase in Time from Diagnosis to Treatment and Wait Times for TAVR Procedures

## Increased Time from Diagnosis to Treatment[1]




## Increased Wait Times for TAVR Procedure[2]




(1) Optum Market Clarity Dataset from (claims + EMR). 2024 data through March. (2) Claims Data
Abbreviations: CT = computed tomography [imaging]; HT = heart team; TAVR = transcatheter aortic valve replacement





CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10754922.pptx

PX1262-051

Edwards Lifesciences

# Aortic stenosis is a deadly disease: AVR treatment is critical

The prognosis of sSAS is **worse than that of several metastatic cancers.**[1,2]

**Five-year Survival in Patients with Inoperable sSAS or Metastatic Cancers[1,2]**




Patients face **increased risk of mortality** while waiting for AVR[3]

**1 in 10**



**sSAS patients can die**

**within 5 weeks**

**while awaiting treatment[3]**

Sources: 1. Clark et al. Circulation. 2012 Sep; 5(5):697-704. 2. Siegel at al. CA Cancer J Clin. 2019 Jan;69(1):7-34 3. Malaisrie et al. Ann Thorac Surg. 2014 Nov;98(5):1564-70.

Abbreviations: AVR = aortic valve replacement; sSAS = symptomatic severe aortic stenosis



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# In Addition to the Clinical Cost, There is a Substantial Financial Cost to Delays in Care

## Delays in care add unnecessary costs to the healthcare system[1]

TAVR incremental treatment costs among patients treated within two years




## Non-elective cases are significantly more costly[2]




Sources: 1. Sethi et al. Structural Heart. 2024. https://doi.org/10.1016/j.shj.2023.100183. 2. Optum Medicare Advantage Claims 2016-2022Q3. Procedure costs derived from Biome database (TAVR direct costs reflected)

Abbreviations: TAVR = transcatheter aortic valve replacement





CONFIDENTIAL TREATMENT REQUESTED


Edwards Lifesciences
The System Capacity Issue Is Multi-faceted: We Are Gaining More Granular Insights on the Issue and Accelerating Key Workstreams
MIND SHARE
Physician may want to grow their programs, but they **lack time** to move patients along the pathway and visibility to key metrics
RESOURCES
PROFITABILITY
INFRASTRUCTURE
13


Remove NCD strategy?
We Have Four Key Focus Areas of Execution in the Near-Term
ISSUES
MIND SHARE
Physician may want to grow their programs, but they **lack time** to move patients along the pathway and visibility to key metrics
RESOURCES
PROFITABILITY
INFRASTRUCTURE
Near-Term
KEY INITIATIVES
Galvanize TAVR Mindshare
Refine Economic Stakeholder Narrative
Drive Patient Activation Programs
Maximize Impact of EARLY TAVR data
NCD Strategy
Abbreviations: CMS = Centers for Medicare & Medicaid Services; NCD = National Coverage Determination; TAVR = transcatheter aortic valve replacement
14

Edwards Lifesciences

MIND SHARE

# Galvanizing TAVR Mindshare: The Podium Element

CRF®
NEW YORK VALVES
THE STRUCTURAL HEART SUMMIT







The analysis revealed no difference in long-term outcomes of death, disabling stroke or heart failure related hospitalization







The analysis revealed extremely low rates of reintervention and bioprosthetic valve failure out to five years

15






CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10754922.pptx

PX1262-057

Edwards Lifesciences

# The RHEIA Trial – the First & Only 100% Female RCT in TAVR

RHEIA

| Study design | Device(s) used | Distribution | Locations | Key patient demographics |
|---|---|---|---|---|
| Randomized, controlled vs SAVR (1:1) **N = 443** | **SAPIEN 3** valve **SAPIEN 3 Ultra** valve | 20 mm: 4.7% 23 mm: 63.7% 26 mm: 27.0% 29 mm: 4.7% | 12 European countries **48 sites** | Mean age: **TAVR:** 73.1 years SAVR: 73.3 years |

Key patient outcomes included: **all-cause mortality, stroke,** and **rehospitalization**








CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10754922.pptx

PX1262-058

Edwards Lifesciences

# SAPIEN 3 TAVR demonstrated a significant, superior benefit at 1 year for death, stroke and rehospitalization




| Number at risk | | | | | |
|---|---|---|---|---|---|
| Surgery | 205 | 182 | 177 | 172 | 104 |
| SAPIEN 3 TAVR | 215 | 203 | 200 | 196 | 121 |





CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10754922.pptx

PX1262-059

Edwards Lifesciences

# SAPIEN 3 TAVR observed less than 1% mortality, less than 1% disabling stroke, and significantly less rehospitalization at 1 year




| | TAVR (N = 215) | SAVR (N = 205) | P-value |
|---|---|---|---|
| **Death** | **0.9% (2)** | **2.0% (4)** | 0.44 |
| Cardiac death | 0.5% (1) | 0.5% (1) | 1.00 |
| Noncardiac death | 0.5% (1) | 1.5% (3) | 0.36 |
| **Stroke** | **3.3% (7)** | **3.0% (6)** | 1.00 |
| Disabling stroke | 0.9% (2) | 1.5% (3) | 0.68 |
| Nondisabling stroke | 2.4% (5) | 1.5% (3) | 0.72 |
| **Rehospitalization:** valve, procedure, or worsening congestive heart failure–related | **4.8% (10)** | **11.4% (24)** | **0.02** |





CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10754922.pptx

PX1262-060

Edwards Lifesciences

# With SAPIEN 3 TAVR, more than 90% of patients were discharged directly home

Mean index hospital stay:

| TAVR | SAVR |
|---|---|
| 4.0 days | 9.0 days |
| (3.0–6.0) | (8.0–12.0) |

Discharged to home or self-care facility:

| TAVR | SAVR |
|---|---|
| 90.2% | 49.8% |

20

Edwards Lifesciences

# RHEIA Confirms SAPIEN 3 TAVR Excellence in Females – Superior in the Primary Endpoint & Quicker Recovery

## Conclusions

RHEIA

- In **women all comers** with severe aortic stenosis, **TAVI** using SAPIEN 3 or SAPIEN 3 Ultra was **superior to surgery** for the **primary composite end point** of death, stroke, or rehospitalization at one year. This superiority was essentially driven by the lower rate or rehospitalizations
- **TAVI** had a **lower incidence** of new onset AF at 30 days, a quicker recovery and shorter length of index hospital stay, but **higher rates** of mild paravalvular aortic regurgitation and new permanent pacemaker implantation
- Excellent **hemodynamics** were achieved with both techniques in a population where around 75% of women had a small annulus
- Besides the patient benefit, the less invasive TAVI treatment also provides **benefits** in terms of **health care resources**: less rehospitalization, shorter index hospital stay, and more patients discharged home

ESC Congress 2024
London & Online

## RHEIA Key Messages

- Less than 1% mortality & less than 1% disabling stroke at 1 year
- Less than 5% had a need for rehospitalization through 1 year
- More than 90% of patients were discharged directly home

Edwards Confidential – Internal Use Only. Do not reproduce or distribute.





CONFIDENTIAL TREATMENT REQUESTED




AHA: Two symposiums (early tavr); Education on on-guideline; Sreek: Low gradient as a determinant of underdiagnosis and undertreatment

Edwards Lifesciences

MIND SHARE

# EARLY TAVR is Aiming to Streamline Symptom Assessment of Severe AS Patients

**Symptoms assessment (or misjudged) is biggest reason for delay in referral from GC to HT**

**Delays in referral are often due to referrers:**

- Waiting for symptoms to worsen
- Symptoms not attributed to SAS

**Data release at TCT 2024**




**We believe if EARLY TAVR data is compelling, it will have significant impact on streamlining referral and patient care for all SAS patients**

23



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10754922.pptx

PX1262-064

Edwards Lifesciences

MIND SHARE

# Influencing Hospital Investment and Prioritization of TAVR Procedures

**Number of Cath Labs By Hospital**
(N=59)[1]




**Hospital investment** in cath labs has been **stagnant** in the past 3 years




**Healthcare Leadership Series**

(1) Data from Vizient Operational Data Base used with permission of Vizient, Inc. All rights reserved; Sg2 Analysis, 2021-2023

24

## egnite Platform Identifies In-System Patients to Accelerate their Pathway to Heart Team Evaluation

Edwards + egnite



**~2X-4X** the annual TAVR volume of SAS patients going untreated

Consistently seeing

**80%+**

of untreated patients have no heart team engagement

**180 patients**
Avg EW TAVR/yr per site

**~200-1400 patients**
found by egnite in pilot centers



CONFIDENTIAL TREATMENT REQUESTED


Edwards Lifesciences
MIND SHARE
Successful egnite Pilot Has Shaped US Commercial Program Edwards ENACT
Pilot Insights
>60% patients referred and evaluated by Heart Team
All hospitals leveraged Edwards' service offering
Significant increase in site engagement almost immediately
Edwards
ENACT
Patient Activation Program
AI Platform
Real time AS patient identification
Service
Dedicated support to increase engagement
ENACT Commercial Launch ongoing
26

[redacted]

Edwards Lifesciences

# The System Capacity Issue Is Multi-faceted: We Are Gaining More Granular Insights on the Issue and Accelerating Key Workstreams

**MIND SHARE**

Physician may want to grow their programs, but they **lack time** to move patients along the pathway and visibility to key metrics

**Galvanize TAVR Mindshare**

NEW YORK VALVES

ESC Congress 2024 London

TCT

American Heart Association

**Refine Economic Stakeholder Narrative**

Healthcare Leadership Series

**Drive Patient Activation Programs**

Edwards ENACT Patient Activation Program

**Maximize Impact of EARLY TAVR data**

THE EARLY TAVR TRIAL

28

Edwards Lifesciences

## We Are Well Positioned to Lead The Next Frontier of Aortic Valve Disease Treatment: Aortic Regurgitation is a Deadly Disease That Goes Untreated




© MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH. ALL RIGHTS RESERVED.

### Symptoms are often similar to AS:

- **Shortness of breath**
- **Tiredness and weakness**
- **Irregular heartbeat**
- **Lightheadedness or fainting**

**Surgery is the only available therapy option today**

Edwards Lifesciences

# We Are Well Positioned to Lead The Next Frontier of Aortic Valve Disease Treatment: Aortic Regurgitation is a Deadly Disease That Goes Untreated




**Significant Undertreatment of Diagnosed In-System Symptomatic Severe AR[1]**

Treatment within 1-year of diagnosis




**Surgery is the only available therapy option today**

1. [illegible] Outcomes in Patients with Symptomatic Severe Aortic Regurgitation. Structural Heart. 2021.



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10754922.pptx

PX1262-071

Edwards Lifesciences

# We Are Well Positioned to Lead The Next Frontier of Aortic Valve Disease Treatment With Two Complementary Solutions for Patients

JENAVALVE





JC Medical



Commercially Available in Europe; Completed ALIGN-AR Trial in US with Positive Results

Unique Technology with Early Clinical Experience to Expand Long-Term Portfolio

- Unparalleled **engineering and R&D** expertise
- Deep **clinical research expertise**
- Best-in-class **high-touch service** model
- **Established trust** within physician community

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10754922.pptx

PX1262-072

# As the Pioneers And Global Leaders in TAVR, We Are Well Positioned to Bring These Technologies to Patients in a High-Quality Way

**Now the hard work begins…**

Edwards JENAVALVE JC Medical

**We expect this journey to be like TAVR-AS**



SAPIEN | SAPIEN XT | SAPIEN 3 | SAPIEN 3 Ultra | SAPIEN 3 Ultra RESILIA | SAPIEN X4

**Technology Iteration**

**Clinical Evidence Generation**

**Training for Best-in-Class Patient Outcomes**

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

Pending update from BOD on whether AR KOD was approved to replace X4 bonus KOD

## We Have Achieved 5 Product Development and Indication Target KODs and are on Track for the Remainder



| Product Development & Indications | Target | Bonus |
|---|---|---|
| ▪ **EARLY TAVR:** US PMA submission / Presentation at TCT (T); Publication in NEJM (B) | | |
| ▪ **PROGRESS:** last patient treated | ✓ | |

[redacted]

| Product Development | Target | Bonus |
|---|---|---|

[redacted]

| Product Development | Target | Bonus |
|---|---|---|
| ▪ **Pulmonic:** Receive Alterra EU MDR approval | ✓ | |

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

Since last Townhall in June, +2 more target KODs achieved (eSheath Optima & Alterra MDR approval)

# Medtronic's Latest Product Development…




Evolut™ TAVR and future coronary access



**Limited launch since FDA approval late March and began full launch in August**

Edwards Lifesciences

# Uncertain Benefit for Patient's Coronary Access and Clinical Outcomes with Evolut FX+

Evolut™ TAVR and future coronary access






**"If it is the same difficulty, why not implant a Balloon expanding valve?"**

Sources: Attizzani, G. "Ultimate Aortic Case: Technical Discovery in TAVR." Presented at CVI 20204 (Denver, CO). July 19, 2024. Mount Sinai Fuster Heart Hospital Live Case May 14, 2024




The rigorous scientific **evidence and versatile design of** the SAPIEN 3 platform **creates a** foundation **for lifetime management for EVERY patient**

## Patient Video


Questions

Edwards

Helping Patients is Our Life's Work, and *life is now*

Message

| | |
|---|---|
| **From:** | Bernard Zovighian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CD545A3EB324FEEB99B03426AADB61F-BERNARD ZOV] |
| **Sent:** | 10/17/2024 5:43:21 PM |
| **To:** | Larry Wood [Larry_Wood@edwards.com] |
| **CC:** | Scott Ullem [Scott_Ullem@edwards.com]; Todd Brinton [Todd_Brinton@edwards.com]; Don Bobo [Don_Bobo@edwards.com]; Arnold Pinkston [Arnold_Pinkston@edwards.com] |
| **Subject:** | RE: First Patients Enrolled in JOURNEY AR trial |

Congrats Larry … full aligned with your vision fast and in a high quality manner
Bernard

**From:** Larry Wood <Larry_Wood@edwards.com>
**Sent:** Thursday, October 17, 2024 10:35 AM
**To:** Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Cc:** Scott Ullem <Scott_Ullem@edwards.com>; Todd Brinton <Todd_Brinton@edwards.com>; Don Bobo <Don_Bobo@edwards.com>; Arnold Pinkston <Arnold_Pinkston@edwards.com>
**Subject:** FW: First Patients Enrolled in JOURNEY AR trial

Massive achievement to start the pivotal so quickly after closing the transaction. As a reminder, we have to complete [redacted] cases and submit them to FDA and then we should get the green light to enroll the rest of the trial. During that review, we will be making some updates to the trial as well as a modification tot he delivery system to improve the reliability. With the drama around Jena, it is super critical we move this trial as quickly as we safely can.

L

Larry Wood
Corp. Vice President and Group President
Transcatheter Heart Valves and Surgical Structural Heart
Edwards Lifesciences

**From:** Jaime Wheeler <Jaime_Wheeler@edwards.com>
**Sent:** Thursday, October 17, 2024 10:24 AM
**To:** THV Exec Team <THV.Exec.Team@edwards.com>
**Subject:** First Patients Enrolled in JOURNEY AR trial

Hi All,

Some great news for the week - Dr. Santiago Garcia and team successfully treated our first 2 patients in the JOURNEY AR trial today at The Christ Hospital!

Only [redacted] more cases to go.

Jaime

Jaime Wheeler, MBA, CPhT
Senior Vice President
Edwards Lifesciences
Office - 949-250-5093

Get Outlook for iOS

Message

**From**: Patrick Bohan [Patrick_Bohan@edwards.com]
**Sent**: 4/30/2025 1:02:56 PM
**To**: Elaine Farrell [Elaine_Farrell@edwards.com]; Heather Haworth [Heather_Haworth@edwards.com]; Kristen Skelton [Kristen_Skelton@edwards.com]; Laksen Sirimanne [Laksen_Sirimanne@Edwards.com]; Larry Wood [Larry_Wood@edwards.com]; Martyn Thomas [Martyn_Thomas@edwards.com]; Scott Beggins [Scott_Beggins@edwards.com]; Scott Ullem [Scott_Ullem@edwards.com]; Jaime Wheeler [Jaime_Wheeler@edwards.com]; Mark Wilterding [Mark_Wilterding@edwards.com]; Seth Clancy [Seth_Clancy@edwards.com]; Pooja Sharma [Pooja_Sharma@Edwards.com]; Laura Egan [Laura_Egan@edwards.com]
**CC**: Heather Prince [Heather_Prince@edwards.com]; Meredith Zia [Meredith_Zia@edwards.com]; Jillian Oto [Jillian_Oto@edwards.com]
**Subject**: Competitive Clinical Trials / Apr 2025
**Attachments**: Competitive trial overview Apr 2025.pdf

Dear colleagues,

Main updates are:

**Aortic**

- FPI EFS MiRus (8F)
- Trilogy (JenaValve) N=320 CAP presented ACC
- FIH EFS with BSC self-centering guide catheter (SCGC)
- Evolut LR 5YFU published
- Ken-Valve (Jenscare) approved in China for AR
- Trilogy (JenaValve) first implant in Canada
- Taurus Elite (Peijia) FIH with robot-assisted TAVR (ReachTactile)

**Other**

- Highlife TMVR FDA Breakthrough Device
- FIH robotic-assisted TMVR (Capstan)

Best wishes,

Patrick

# Competitive Update

Patrick Bohan
Director, Clinical Strategy
Apr 2025

Edwards

# Updates Apr 2025

**Aortic**

- FPI EFS MiRus (8F)
- Trilogy (JenaValve) N=320 CAP presented ACC
- FIH EFS with BSC self-centering guide catheter (SCGC)
- Evolut LR 5YFU published
- Ken-Valve (Jenscare) approved in China for AR
- Trilogy (JenaValve) first implant in Canada
- Taurus Elite (Peijia) FIH with robot-assisted TAVR (ReachTactile)

**Other**

- Highlife TMVR FDA Breakthrough Device
- FIH robotic-assisted TMVR (Capstan)

Edwards Lifesciences



# TAVR

Edwards Lifesciences

# Aortic Competitive Snapshot (Native AS)



Edwards Lifesciences

# Aortic Competitive Snapshot (ViV, AR)

| | Aortic Surgical ViV | | | | | | | | | Aortic Transcatheter ViV | | | | | | | | | AR | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ER/HR | | | IR | | | LR | | | ER/HR | | | IR | | | LR | | | | | | | | |
| | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other |
| SAPIEN 3 | Approved | Approved | Japan (Approved) | [redacted] | | | | | | Approved | Approved | Japan (Approved) | [redacted] | | | | | | | | | | | |
| SAPIEN 3 Ultra | Approved | Approved | Japan (Approved) | [redacted] | | | | | | Approved | Approved | Japan (Approved) | [redacted] | | | | | | | | | | | |
| S3 UR | Approved | Approved | Japan (Approved) | [redacted] | | | | | | Approved | Approved | Japan (Approved) | [redacted] | | | | | | | | | | | |
| SAPIEN X4 | Study Ongoing | Study Ongoing | | [redacted] | | | | | | Study Ongoing | Study Ongoing | | [redacted] | | | | | | | | | | | |
| J-Valve EW | [redacted] | | | | | | | | | | | | | | | | | | Study Ongoing | Planned | Japan (Planned) | LVAD (Planned) | | |
| J-Valve Genesis | | | | | | | | | | | | | | | | | | | | | China | | | |
| Evolut PRO+ | Approved | Approved | Japan (Approved) | | | | | | | Planned | Planned | | | | | | | | | | | | | |
| Evolut FX | Approved | Approved | | | | | | | | Planned | Planned | | | | | | | | | | | | | |
| Evolut FX+ | Approved | Approved | | | | | | | | Planned | Planned | | | | | | | | | | | | | |
| Acurate neo2 | | | | | | | | | | | | | | | | | | | | | | | | |
| Acurate Prime | | | | | | | | | | | | | | | | | | | | | | | | |
| Navitor Vision/Titan | Study Ongoing | | | Study Ongoing | | | | | | | | | | | | | | | | | | | | |

Approved  Submitted  Study Ongoing  Planned

# AR TAVR

| *Manufacturer* | *Platform* | *Iteration* | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|
| **Jenavalve** | **Trilogy** |  | Locators attach to the native leaflets for secure anchoring even in the absence of calcium, while ensuring commissural alignment. | 2025: FDA AR indication expected<br>2021: CE mark for AR, AS (first device to achieve this)<br>2020: Breakthrough device designation FDA<br>2022: Peijia obtained exclusive rights to develop and commercialize Trilogy in China under the TaurusTrio brand.<br>FDA submission planned | ARTIST RCT vs SAVR, N=1016 planned to start Jan 2025<br>ALIGN-AR LVAD, N=50 enrolling<br>JENAVALVE AS EFS, N=68 (PE complete)<br>ALIGN-AR, Pivotal, FPI Apr 18, N=180 (published primary analysis), n=320 CAP<br>TAURUS TRIO CHINA, N=115, enrollment complete |
| **JC Medical, EW subsidiary** | **J-Valve** |  | Transfemoral<br>U-shaped "anchor rings" facilitate accurate self-positioning of the replacement aortic valve.<br>J-Valve is able to treat large aortic annuli which are excluded from the ALIGN-AR (JenaValve Trilogy) | 2024: EW acquires J-Valve.<br>2023: Breakthrough device designation | J-Valve TF EFS, N=25 (PE complete), initial report N=15 published JACC CV Interventions<br>JOURNEY, Pivotal FDA, N=174 (enrolling)<br>[redacted] |
| **Genesis Medtech** | **J-Valve** |  | Transapical | 2017: China approval AS, AR | China study, N=120 status unknown<br>J-Valve Ausper China, N=107 completed |

Edwards Lifesciences

# Other AR TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Laguna Tech USA** | **ALPHA** | |  | Anchoring mechanism to treat severe and non-calcific aortic regurgitation. Self-expanding valve. | No US studies | **ALPHA,** FIH/Feas, FPI Jun 23, N=TBD<br>**ALPHA EFS/EU** EFS/CE Mark, FPI Jul 23, N=TBD |
| **Laguna Tech USA** | **ZETA** | | | A balloon-expandable valve for aortic regurgitation | No US studies | FIH, Oct 2023 (Tbilisi, Georgia) [appears to be the same ALPHA study] Six patients treated to date [five in Chile]. |
| **Shanghai Kindly (Healing), China** | **Hanchor Valve** | |  | BEX, anchoring in the sinus like J-Valve.<br><br>Indications for both AR and AS. | Submitted for approval in China | **HanchorValve,** CFDA approval, FPI Nov 21, N=128 (published)<br>**HanchorValve, AR** CFDA approval, FPI Jan 23, N=27 |

# Other AR TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Jenscare, China** | **Ken-Valve** | |  | Bovine, self-expandable | Mar 2025: Approval in China | China pivotal trial TA complete N=133, TF enrolling. |
| **KOKA Lifesciences, China** | **Pioneer** | |  | Three independently controllable locators to capture the valve leaflet | | KOKA-Valve, Feas/CFDA approval, FPI Dec 22, N=131<br>FIH N=10 reported 2023 letter JACC CV Interventions 2023, N=10 |
| **Microport, China** | **Vitaflow** | **Liberty** |  | Second gen VitaFlow TAVR: recapturability; direct access, omnidirectional navigation, and reinforced compatibility | **Pursuing AR indication in China**<br><br>2021: China AS indication<br>2024: CE mark AS indication | TRAMPERS study in AR (China), N=120, FPI Jan 2025<br><br>AURORA study N=100, 30D outcomes presented TCT2024 |

Edwards Lifesciences

# MDT TAVR

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Medtronic** | **Evolut** | **Pro+** |  | Lower profile. 23, 26, 29, 34 mm valves | For symptomatic severe aortic stenosis patients across all risk categories (extreme, high, intermediate and low) in the US and EU<br>2020: Bicuspid indication (all-risk, CE; intermediate, US)<br>2013: CE mark Surgical ViV | **EXPAND TAVR II**, Symptomatic Moderate AS, for FDA approval, FPI Apr 22, N=650, expected primary endpoint completion Feb 2026<br>**LOW RISK**, n=730 TAVR; n=684 surgery, five-year outcomes published<br>**SMART Trial**, RCT vs SAPIEN, N=716 one-year results published 2024 |
| **Medtronic** | **Evolut** | **FX** |  | Gold markers for visualization of depth and leaflet orientation<br>Redesigned catheter, more flexible | For severe AS in adult patients across all risk categories (extreme, high, intermediate, and low) in EU and for symptomatic severe AS patients across all risk categories in the US | |
| **Medtronic** | **Evolut** | **FX+** |  | Larger windows for coronary access | Mar 2024: FDA approval for all-risk symptomatic severe AS.<br>Oct 2024: CE and European launch<br>Pending JP, China. | **RESTORE** study redo TAVR vs EW (FPI Feb 2025), N=225 recruiting<br>**ALERT RCT** Addressing undertreatment and heaLth Equity in aortic stenosis and mitral regurgitation using an integrated ehR plaTform) |

Edwards Lifesciences

# BSC TAVR

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Boston Scientific** | **Acurate** | **neo2** |  | Axial stabilization arches above the leaflet level, with a large open space in between them and an upper crown, allow for easier coronary access and reduce the risk of coronary obstruction<br>Sealing skirt 60% larger | Nov 2024: Recalls in several countries<br>Oct 2024: **US ACURATE IDE trial** results put FDA approval in doubt. Primary endpoint (ACM, stroke, hosp) 16.16% vs 9.53% (Evolut, S3). A post-hoc analysis aims to identify and evaluate expanded and under-expanded ACURATE neo2 valve frames. | **ACURATE IDE**, all risk levels, enrollment complete, N=1948, TCT 2024, non-inferiority not met.<br>CA (up to N=1000) and Extended Durability low-risk only vs SAPIEN/EVOLUT (N=100) cohorts now enrolling (summer 2024) |
| **Boston Scientific** | **Acurate** | **Prime** |  | All risk indications and a full-size matrix. Three stabilization arches for axial alignment and upper and lower anchoring crowns for positioning during a top-down deployment.<br>ACURATE *Prime* XL: improved radial force, compatible with annulus Ø ≥26.5mm and ≤29mm. | Mar 2025: FIH EFS (n=20) self-guiding guide catheter described for retrograde crossing of a severely stenotic aortic valve, includes a self-centering basket with a cone-shaped nitinol frame with PTFE covering and silicone coating<br>Aug 2024: CE Mark | **Feasibility study**, N=13 results published Dec 2023<br>Nested registry (N=50) in ACURATE IDE study. |

# ABT TAVR

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Abbott** | **NEW BEX** | | | AI-powered software that aims to ensure the implant's correct placement during a procedure | New investigational system is designed to offer best-in-class heart blood flow, ease of use and precision | 2025: US EFS planned<br>Nov 2024: FIH announced |
| **Abbott** | **Portico** | |  | First intra-annular SEV | | Portico and Navitor India Clinical Trial, N=30, extreme, high risk<br>Feb 2025: primary endpoint completion |
| **Abbott** | **Navitor** | **Vision** |  | Navitor Vision features highly visible markers which help identify 3-4.5 mm depth.<br>A protective outer sealing skirt and a more flexible delivery system.<br>Navitor Titan valve (35 mm) enlarged the range of treatable annuli with this valve (up to 30 mm in diameter) third-generation intra-annular Portico | 2025: Approved India<br>2023: FDA approval severe AS at high or extreme risk<br>2021: CE Mark severe AS at high or extreme risk | ENVISION IDE, symptomatic, severe native AS at intermediate or low risk. US. N=1532, FPI Mar 2024.<br>Apr 2027: primary endpoint completion<br>VANTAGE, severe, symptomatic AS at intermediate or low risk. Also, ViV. OUS. Enrolling, N=590<br>Jun 2025, primary endpoint completion<br>IDE 2YFU presented TCT2024 |

Edwards Lifesciences

# Aortic Competitive Snapshot (Native AS)

| | Native Severe Aortic Stenosis | | | | | | | | | | | | | | | | | | Native Moderate Aortic Stenosis | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ER | | | HR | | | IR | | | LR | | | Asymptomatic | | | Bicuspid | | | | | |
| | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other |
| Allegra | | Approved | | | Approved | | | Planned | | | Planned | | | | | | | | | | |
| Allegra Plus | | Planned | | | Planned | | | Planned | | | Planned | | | | | | | | | | |
| ALPHA | | | | | | | | | | | | | | | | | | | | | |
| DurAVR | Planned | Planned | | Planned | Planned | | Planned | | | Planned | | | | | | | | | | | |
| HanchorValve | | | Study Ongoing (China) | | | Study Ongoing (China) | | | | | | | | | | | | | | | |
| Hydra | | Approved | Approved (India) | | Approved | Approved (India) | | | | | | | | | | | | | | | |
| Inovare-TA | | | Approved (Brazil) | | | Approved (Brazil) | | | | | | | | | | | | | | | |
| Inovare-TF | | | | | | Study Ongoing (Brazil) | | | Study Ongoing (Brazil) | | | | | | | | | | | | |
| KenFlex | | | | | | | | | | | | | | | | | | | | | |
| Ken-Valve | | | Planned (China) | | | Planned (China) | | | | | | | | | | | | | | | |
| KOKA-Valve | | | Planned (China) | | | Planned (China) | | | | | | | | | | | | | | | |

Approved | Submitted | Study Ongoing | Planned

'Bicusp' refers to precaution removal for bicuspid aortic valves for EW

# Aortic Competitive Snapshot (ViV, AR)

| | Aortic Surgical ViV | | | | | | | | | Aortic Transcatheter ViV | | | | | | | | | AR | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ER/HR | | | IR | | | LR | | | ER/HR | | | IR | | | LR | | | | | | | | |
| | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other |
| Allegra | | ● | | | ● | | | ● | | | | | | | | | | | | | | | | |
| Allegra Plus | | ◌ | | | ◌ | | | ◌ | | | | | | | | | | | | | | | | |
| ALPHA | | | | | | | | | | | | | | | | | | | | | | | | |
| DurAVR | | | ◌ | | | | | | | | | | | | | | | | | | | | | |
| HanchorValve | | | | | | | | | | | | | | | | | | | | | China | | | |
| Hydra | | | | | | | | | | | | | | | | | | | | | | | | |
| Inovare-TA | | | | | | | | | | | | | | | | | | | | | | | | |
| Inovare-TF | | | | | | | | | | | | | | | | | | | | | | | | |
| KenFlex | | | | | | | | | | | | | | | | | | | | | | | | |
| Ken-Valve | | | | | | | | | | | | | | | | | | | | | China | | | |
| KOKA-Valve | | | | | | | | | | | | | | | | | | | | | | | | |

Edwards Lifesciences

# Aortic Competitive Snapshot (Native AS)



Edwards Lifesciences

# Aortic Competitive Snapshot (ViV, AR)

| | Aortic Surgical ViV | | | | | | | | | Aortic Transcatheter ViV | | | | | | | | | AR | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ER/HR | | | IR | | | LR | | | ER/HR | | | IR | | | LR | | | | | | | | |
| | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other |
| MyVal | | | | | | | | | | | | | | | | | | | | | | | | |
| MyVal-Octacor | | | | | | | | | | | | | | | | | | | | | | | | |
| Siegel (MiRus) | | | | | | | | | | | | | | | | | | | | | | | | |
| TaurusElite | | | | | | | | | | | | | | | | | | | | | | | | |
| Taurus NXT | | | | | | | | | | | | | | | | | | | | | | | | |
| Venus-A Plus | | | | | | | | | | | | | | | | | | | | | | | | |
| Venus Vitae | | | | | | | | | | | | | | | | | | | | | | | | |
| Venus PowerX | | | | | | | | | | | | | | | | | | | | | | | | |
| Vienna | | | | | | | | | | | | | | | | | | | | | | | | |
| VitaFlow Liberty | | | | | | | | | | | | | | | | | | | | | | China | | | |

Approved Submitted Study Ongoing Planned

Edwards Lifesciences

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Biosensors International Singapore** | **Allegra** | |  | SEX frame with convex and concave areas<br>New IMPERIA DS 15F for resheathing, repositioning. | 2017: AS CE mark<br>2020: ViV CE mark<br>No apparent ROW regulatory strategy | FOLLOW, Increased risk, PAS, FPI Feb 19, N=200 (enrolling)<br>EMPIRE, All risk, CE Mark, N=121 presented LV2024 (n=16 ViV)<br>All Women, FPI Feb 24, N= 130 (planning)<br>EMPIRE II has a new iteration (Allegra Plus) FPI Nov 23, N= 177 (enrolling) |
| **Braile, Brazil** | **Inovare** | |  | | Building on transapical, transaortic experience (approved 2012 Brazil)<br>TF submitted in Brazil | Inovare TF, Feas, FPI Sep 20, N=60 (enrollment complete) |
| **Anteris, Australia** | **DurAVR** | |  | First-in-class biomimetic TAVR. Single-piece tissue. Long coaptation length<br>Restoration of normal laminar flow by CMR | | DurAVR, FIM, 1Y results presented Sydney Valves (Mar 2025) N=65<br>**DurAVR IDE,** FDA approval, FPI Jan 25, N=TBD (planning, all risk)<br>DurAVR EFS, N=20 (PE complete)<br>ViV CU study in Canada<br>DurAVR THV EU-EFS, N=40 (planned) |

Edwards Lifesciences

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Shanghai Kindly (Healing), China** | **Hanchor Valve** | |  | BEX, anchoring in the sinus like J-Valve.<br><br>Indications for both AR and AS. | Submitted for approval in China | **HanchorValve,** CFDA approval, FPI Nov 21, N=128 (currently)<br>**HanchorValve, AR** CFDA approval, FPI Jan 23, N=27 |
| **Vascular Innovations (SMT), India** | **Hydra** | |  | Valve recapture, 22, 26, 30 mm.<br>A novel active release mechanism has been added to the delivery system | 2024: Mexico approval<br>2020: CE Mark, China approval<br>No US studies | **Hydra Registry - Sheffield Experience**, N=50, observational, **Hydra CE study**, N=157 1Y outcomes published<br>**GENESIS II Feasibility**, primary analysis N=40 presented at EuroPCR 2024 (30D mortality, 2.5%; new PPM, 7.9%). |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Meril, India** | **MyVal** | |  | Intermediate sizes – 21.5 mm, 24.5 mm and 27.5 mm; and extra-large sizes – 30.5 mm and 32 mm<br>Directly mounted on balloon delivery system | 2018: India, ER/HR<br>2019: CE mark, ER/HR<br>China, Japan submitted | **Compare-TAVI trial** one-year results (published Apr 2025)<br><br>**LANDMARK study**, sAS RCT, N=768, **results showed non-inferiority presented TCT2024** and **published EuroIntervention** |
| **Meril, India** | **MyVal** | **Octacor** |  | Only two rows of identical octagonal cells to reduce foreshortening | TBC India, ER/HR<br>CE mark submitted, ER/HR/IR | **Octacor India**, PAS, N=123<br>**LANDMARK study**, sAS RCT, N=768 (PE complete). New analysis published Jan 2025<br>**Compare-TAVI trial** one-year results (published Apr 2025) showed non-inferiority |
| **Meril, India** | **MyVal** | **Octapro** |  | 10—12% less foreshortening, on-balloon crimping. Only BEV with retrievability through the sheath.<br>Commissural alignment with the Octalign technique. Individualized sizing, 9 sizes available, larger sizes to come in 2025. | Announced Nov 2024, coinciding with judgement of patent infringement | Presented at LV2024 |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|
| **Thubrikar, USA** | **Optimum** |  | Only short-profile, self-expanding TAV | CE mark study underway<br>Results TCT 2024 | TAVI-1, FIM, FPI May 22, N=15<br>**Optimum China,** CFDA Approval, FPI Dec 22, N=TBD |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Newmed, China** | **Prizvalve** | |  | 20, 23, 26, 29 mm. More reports of use in mitral and pulmonic positions than TAVR. | Aug 2024: China approval | Prizvalve TAVR China CFDA pivotal study, N=120, primary endpoint complete<br>Prizvalve Valve-in-Valve Exploratory Study, China, n=5, enrolling |
| **Beijing Balance, China** | **Renatus** | |  | 19--29 mm sizes (2 mm increments) | Sep 2024: China approval | |
| **Lepu, China** | **ScienCrown** | |  | 6 sizes (21, 23, 25, 27, 29, and 32 mm). A "locking-unlocking" design: when released, the valve remains fully attached to the delivery system unless actively unlocked from the catheter and can be fully retrieved. | Dec 2024: China approval.<br>Appears to be an iteration of SinoCrown device (shorter stent frame) | Pivotal China Trial presented TCT 2024, N=128<br>FIH results published 2024, N=10<br>CFDA approval study for SinoCrown. Early results publication Eurointervention 2023, N=10 |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **MiRus, USA** | **Siegel** | |  | Rhenium Frame Nickel Free. Delivered Crimped On Balloon Through 8 Fr Expandable Sheath Commissural Alignment Flags | NYV 2024: first five implants reported | US EFS, N=15, FPI Mar 2025<br>**Siegel FIH, Chile**, N=5 |
| **MitraAssist, China** | **Sikelia** | |  | Polymer valve has extremely long lifespan (25 years). Independent radial support. | 2/12 FIH TAVRs were unsuccessful: 1 device retrieval; 1 death due to RCA obstruction during VIV for migration | Pivotal trial planned in China (Oct 2024)<br>FIH n=12 early outcomes presented TCT2024. Enrollment ongoing, results expected 2025.<br>FIH case report published JACC 2023 |
| **Peijia, China** | **Taurus** | **Max** |  | Supersedes Elite. Better visualization with 3 additional markers to identify depth, commissures and valve alignment. A deflection catheter helps cross the arch and the calcified leaflets and improve valve coaxiality. | Aug 2024: China approval<br>2021: China approval of Elite and NXT iterations | **TaurusElite,** CFDA approval |

Edwards Lifesciences

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Peijia, China** | **Taurus** | **NXT** |  | Nonglutaraldehyde cross-linked dry-tissue and a premounted prosthetic aortic valve. | | Aug 2024: Completed Patient Enrollment of the Multicenter Registration Clinical Trial; Ongoing Patient Follow-up |
| **Foldax, India** | **TRIA** | **Gen 1 SE** |  | LifePolymer material enables computer designed leaflets & frames for robotic manufacturing<br>Thinner, lighter leaflets than bioprosthetic valves = less inertia, low opening/closing resistance | 2024: Polymer material in surgical mitral valve submitted to DCGI (India) with US EFS planned 2025 | Animal testing currently. Only surgical clinical studies to date |
| **Foldax, India** | **TRIA** | **Gen 1 BE** |  | Strong material highly fatigue, tear resistant<br>Biostable and biocompatible | | |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Venus Medtech, China** | **Venus** | **A-Valve** |  | No balloon dilation necessary and segmental release | 2017: China approval (first commercial TAVR in China, 80% market share) | |
| **Venus Medtech, China** | **Venus** | **A-Plus** | | Retrievable and repositionable features | 2020: China approval | |
| **Venus Medtech, China** | **Venus** | **A-Pro** | | III gen | 2022: China approval | |
| **Venus Medtech, China** | **Venus** | **A-Deluxe** | | IV gen | 2024: China approval | |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Venus Medtech, China** | **Venus** | **PowerX** |  | Latest-generation SE. Venus-Endura technology: anti-calcification wire-controlled function that allows for full retrieval of the valve after 100% release | 2023: Argentina, Chile approval | Global pivotal clinical trial PREVAILS enrolling (? No NCT). **Mar 2025: FIH N=25 published** **FIH case report published** JACC CIV 2022. |
| **Venus Medtech, China** | **Venus Vitae** | **Vitae** |  | Shortest TAVR device. Venus-Endura technology: anti-calcification Balloon-expandable | | **Venus-Vitae SMART-ALIGN Pivotal**, CFDA, CE Mark, N=150, currently just 2 enrolled (Sep 2024). **Venus Vitae,** EU EFS, FPI Jun 23, N=TBD |
| **P&F (Products & Features), Germany** | **Vienna** | |  | Allows resheathing or full recapture of the device before it is released from the Delivery System. Pre-mounted | CE mark submitted | **VIVA** FIH/Pivotal/PMCF, FPI Jul 23, N=150 (PE complete) |

# Other TAVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Microport, China** | **Vitaflow** | **Liberty** |  | First motorized retrievable TAVR device<br>Strong radial force makes the valve suitable for severely calcified or bicuspid valves and helps to prevent PVL. | 2025: India approval<br>2024: CE mark<br>Pursuing AR indication in China (AURORA study 30D outcomes presented TCT2024) | VITALE, Increased risk, CE Mark, FPI Aug 18, N=178<br>**VitaFlowLiberty PAS,** Severe AR, FPI May 22, N=132<br>VitaFlow LIBERTY Europe PAS, Severe AS, FPI Dec 24, N=100<br>PROMIS-BAV (Severe BAV Stenosis), N=420, FPI Dec 2024 |
| **Microport, China** | **Vitaflow** | **Liberty Flex** | | III generation, adding 3D spatial steerable function which allows the valve to maintain coaxial alignment during deployment and achieve commissure alignment. | Approved China Dec 2024 | |
| **Medinol, Israel** | **Xemed** | |  | 12F | | **Xemed** TAVR, FIH, FPI May 23, N=30 (enrolling) |
| **Saint Medical, China** | **Xcor** | |  | Transapical. The Xcor product forms a ring-shaped self-centered structure with 6 support arms.<br>23-, 26-, and 29-mm sizes | | **N=130 Multicenter** published Apr 2025<br>Single Center, N=32 China published Mar 2025 |

Edwards Lifesciences



# TPVR

Edwards Lifesciences

# Pulmonic Competitive Snapshot

[redacted]




Approved Submitted Study Ongoing Planned Recalled

CONFIDENTIAL – EDWARDS/JENAVALVE EW-LIT-00112768

PX1267-028

# Other TPVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Medtronic, USA** | **Melody** | |  | | Treatment of an existing dysfunctional RV-PA conduit or bioprosthetic pulmonary valve<br>2017: FDA approval for failed surgical pulmonic valves | No active trials. |
| **Medtronic, USA** | **Harmony** | |  | Treatment of severe pulmonary valve regurgitation with a native or surgically repaired right ventricular outflow tract, although not those with a prior valve or right ventricle-pulmonary artery (RV-PA) conduit | 2025: CE Mark<br>2022: Voluntary recall. 2023 relaunch<br>2021: PMDA approval<br>2021: FDA approval<br>2020: Breakthrough device | HARMONY TPVR IDE, N=58 complete, CT results posted but no publication.<br>HARMONY TPVR PAS, enrolling, anticipated primary endpoint completion Oct 2025 |
| **Med-Zenith, China** | **PT Valve** | |  | 28-44 mm, lengths 28-54 mm | No updates on current regulatory status or strategy. | Early clinical experience in China published 2022, N=22 patients and N=8 patients |

# Other TPVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **TaeWoong, South Korea** | **Pulsta** | |  | Not hourglass shape as other platforms.18-28 mm | First Polish experience published Jan 2025. | PULSTA, PR or Conduit PS, S&E FPI Mar 17, N=15<br>PULSTA, Any PR or PS, CE Mark FPI Oct 19, N=58 (enrollment complete Dec 2024) |
| **Venus Medtech, China** | **Venus** | **P-Valve** |  | 28-36 mm. Stent lengths 25, 30 mm, Both ends flared and a stable multi-point anchoring system. | CE: moderate to severe pulmonary regurgitation with or without RVOT stenosis<br>China: severe pulmonary regurgitation (≥3+) in patients after congenital heart defects (CHD) procedure with native RVOT | PROTEUS FDA, PMDA approval FPI Oct 23, N=60, enrolling (first patient in Jun 2024), primary endpoint complete Jun 2026. |
| **Balance Medical** | **Salus** | **China** |  | Eight sizes (P-18 to P-32) | | **FIH, China N=38** published Mar 2025 |



# TMVR

Edwards Lifesciences

# TMVR Competitive Snapshot



Edwards Lifesciences

# TMVR Competitive Snapshot

| | Mitral Surgical Valve in Valve | | | | | | | | | Mitral Valve in Ring | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ER/HR | | | IR | | | LR | | | ER/HR | | | MAC | | | | Mod or less MR | | | |
| | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FDA | CE | Other | FIM/Feas/EFS | FDA | CE | Other | FIM/Feas/EFS | FDA | CE | Other |
| EVOQUE (EW) | [redacted] | | | | | | | | | | | | | | | | | | | |
| SAPIEN 3/U (EW) | Approved | Approved | [redacted] | Approved | [redacted] | | | | | | | | | | | | | | | |
| SAPIEN 3UR (EW) | Approved | Approved | [redacted] | Approved | [redacted] | | | | | | | | | | | | | | | |
| SAPIEN M3 (EW) | [redacted] | | | | | | | | | | | | | | | | | | | |
| SAPIEN X4 | [redacted] | | | | | | | | | | | | | | | | | | | |
| Tendyne TA | | | | | | | | | | | | | Study Ongoing | Study Ongoing | | | | | | |
| Intrepid TA | | | | | | | | | | | | | | Study Ongoing | | | | | | |
| Intrepid TS | | | | | | | | | | | | | | Study Ongoing | | | | | | |
| AltaValve TS | | | | | | | | | | Planned | Planned | | | | Planned | | | | | |

Approved Submitted Study Ongoing Planned

# Key TMVR Players

| *Manufacturer* | *Platform* | *Iteration* | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|
| **Medtronic, USA** | **Intrepid** |  | Dual-structure design: an outer fixation ring to engage the mitral annulus and a circular inner stent frame to house the valve. Hydraulic self-expansion. | Indications are expected to be for patients who are not clippable, patients who cannot get surgery, and severe MAC<br>2021: Breakthrough Device Designation (for patients with MAC unsuitable for TEER or mitral valve surgery) | **Intrepid Global Pilot study**, N=50 transapical 96%; 14% 30-day mortality.<br>**INTREPID EFS transseptal**, N=15, 0% 30D mortality.<br>APOLLO Pivotal, US, N=1056, enrolling<br>APOLLO EU, N=400 |
| **Abbott, USA** | **Tendyne** |  | Double-frame design. Transapical. | 2020: CE mark<br>2021: FDA Breakthrough device | **Feasibility Study Tendyne in MAC (CMS B)**, n=11<br>**Tendyne Mitral Valve SUMMIT (CMS B)**, RCT with Mitraclip N=985<br>**Tendyne RESOLVE-MR study**, EU,ME N=200<br>**TENDER (Tendyne European Experience) registry**, N=195 (published: 30D ACM 9%, 1Y ACM 29%) |

Edwards Lifesciences

# Other TMVR Players

| *Manufacturer* | *Platform* | *Iteration* | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|
| **4C Medical, USA** | **AltaValve** |  | Positioned above the native mitral valve, atrial-only fixation ensures critical cardiac structures are retained within the left ventricle<br>Both primary and secondary MR<br>Allows future left atrial access<br>Only device designed to treat patients with previous valve repair | Mar 2025, 4C Medical closed up to $175 million in financing round led by Boston Scientific.<br>May 2024: Breakthrough Device Designation for ≥3+ MR w/wo MAC | AltaValve US EFS, 30 enrolled<br>"ATLAS" Pivotal, enrolling, FDA, CE mark study, N=450, FPI Oct 2024 |
| **Capstan Medical** | **Capstan** |  | For both mitral and tricuspid replacement.<br>Includes robotic placement. | Mar 2025: FIH robotic-assisted TMVR in Chile<br><br>PMA planned for 2028 | Capstan Medical TMVR Study:<br>FIH in Chile (n=2)<br>Capstan Medical TMVR Pivotal Trial, Planned Enrollment start date Jan 2026 |
| **Venus Medtech, China** | **Cardiovalve** |  | For both mitral and tricuspid replacement. | 2021: Cardiovalve company acquired by Venus | AHEAD EU, Feasibility, enrolling, FPI Apr 18, N=30<br>AHEAD USA EFS, FPI Mar 19, N=15<br>2024: case report of TMVR, TTVR in same patient |

Edwards Lifesciences

# Other TMVR Players

| *Manufacturer* | *Platform* | *Iteration* | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|
| **Abbott, USA** | **Cephea** |  | Double-disc stent structure carrying a trileaflet pericardial valve. The ventricular disc anchors the system in the sub-annular region and the atrial disc is deployed onto the base of the left atrium, fixating the valve through axial force without need for sub-valve anchors. | | Cephea EFS, 30 enrolled, US, Canada |
| **Affluent Medical, France** | **Epygon** |  | Asymmetrical valve (lower in height on the side where the left ventricle ejects). Only biomimetic mitral valve to restore the physiological blood vortex. | 2024: EW a 9.2% shareholder. EW has exclusive option to buy Kephalios, developed of Kalios (adjustable mitral annulus), the only percutaneous mitral valve annuloplasty device to treat residual and recurrent mitral insufficiency at any time after implantation. EW also has non-exclusive license of Affluent's intellectual property for the biomimetic cardiac mitral valve replacement technology, restricted to open-heart surgery. | **MINERVA FIH**, N=40<br>CE Mark study planned but not recent information available |
| **Highlife, France** | **Highlife** |  | Subannular ring. HighLife Large Annulus Valve (LAV) Increases annular range to 53 mm | Apr 2025: FDA Breakthrough device<br>2022: NMPA Innovative Medical Device Designation (China)<br>Peijia sponsors a trial in China with Highlife | **Highlife Feasibility**, N=45 (presented LV2024)<br>**Highlife Pivotal**, planned globally 2025<br>**HighLife in Moderate-severe or Severe MR in China**, N=110, enrolling |

# Other TMVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Highlife, France** | **Highlife** | **Clarity** |  | Patients with LVOT obstruction risk.<br>Sheathless delivery with NO coaxial or rotational positioning<br>The ring and valve engage the sub-valvular apparatus without barb or hooking elements<br>Ring captures native leaflets and mitigates risk of SAM/PVL | | HighFLO - HighLife TSMVR Feasibility Study of the Open Cell CLARITY Valve, N=30, Aus, EU |
| **MitrAssist, China** | **MitraFix** | |  | Only TMVR under US echo. TA and TF. 29, 24, 38 mm. | There's an Israeli company with the same name with a Mitral device. However, it does not appear to be the same technology.<br>2024: Submitted for approval in China | Report of **first 10 patients in China in 2024 JACC CIV letters** and (TA) presented **ESC 2024**<br>Also **2020 JACC CVI report published** |
| **ReValve Solutions, USA** | **Palmetto** | |  | Mimics the movement of the heart using a natural helical architecture thereby preserving left ventricular basal function. Flexibility, four-point fixation, low profile valve to favor a patent LVOT and maintain left ventricular function. Transseptal. | Future Valve in Valve option through dedicated ReValving System | FIH, enrolling |

# Other TMVR Players

| *Manufacturer* | *Platform* | *Iteration* | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|
| **Truleaf Medical, Israel** | **Rosedoc** |  | Two-stage procedure: a docking station implanted in the left atrium; mitral valve prosthesis several weeks later. | | **FIH**, enrolling |
| **Innovheart, Italy** | **Saturn** |  | Two components: an annular structure positioned behind the native mitral leaflets and a central valve- a set of connecting arms, to provide mechanical bond between the valve and the annular structure. Transapical and transseptal | | **Transapical EU EFS**, n=5 published ATS Short Reports 2024 (target N=20), **CASSINI EU (Transseptal EFS)**, EU, N=30 (currently n=5), n=3 presented LV2024 |
| **Sutra Medical** | **China** |  | The system covers the posterior portion of the MV and enables a smaller device profile for trans-septal access and delivery. 38, 42 mm. | | **Sutra Hemi-valve FIH**, enrolling, expected to complete Apr 2026 |
| **Tioga Cardiovascular, USA** | **Tioga** |  | Valve: Large atrial brim designed to reduce paravalvular leak risk. Reduced valve height. Atrial brim accommodates both small and large native mitral valve sizes<br>Anchor: encircles chordae. | 2026: pivotal trial projected | **Tioga Feasibility**, N=30, enrolling, FPI Oct 2024 (Paraguay, Rep of Georgia) |

Edwards Lifesciences



# TTVR

Edwards Lifesciences

# TTVR Competitive Snapshot




Approved Submitted Study Ongoing Planned **Recalled**

# Other TTVR Players

| *Manufacturer* | *Platform* | *Iteration* | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|
| **Venus Medtech, China** | **Cardiovalve** |  | Short profile for minimal protrusion to the ventricles. Trileaflet valve within 2 frames, atrial and ventricular | Aug 2024: EFS study withdrawn. Unclear if product development stopped or rather problem with CRO that was nominal sponsor of the study. | EFS study for TV implantation with enrollment expected shortly (NCT04100720). 2024: case report of TMVR, TTVR in same patient |
| **CroíValve, Ireland** | **DUO** |  | System that combines repair and replacement. A Coaptation Valve fills the regurgitant orifice to work in tandem with the native valve. It includes a coaptation body comprised of pericardium tissue and a prosthetic valve to support diastolic flow. An Anchor System that connects to the Coaptation Valve and includes a support catheter that adjusts and locks the position of the Coaptation Valve. This is anchored within the SVC with a stent. | | TANDEM I FIH, presented N=10 NYV 2024, FPI Oct 2024 (Atlanta, GA; Thourani, Yadav) TANDEM II US EFS, enrolling N=15 |
| **Medtronic, USA** | **Intrepid** |  | Conformable outer stent anchors without leaflet capture or need for rotational alignment. Circular inner stent houses a 27 mm tri-leaflet bovine pericardial valve. No atrial protrusion or profile. 42, 48 mm valves in clinical evaluation; XL valve in development | 2020: Breakthrough Device Designation | INTREPID TTVR EFS, N=15 enrolling, primary endpoint complete Jul 2025 (TBC) |

# Other TTVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Laplace, USA** | **Laplace TTVR** | |  | Diastolic anchoring tab. Transjugular delivery. | | |
| **Jenscare, China** | **LuX-Valve** | |  | Transvascular (right atrial access). radial force-independent orthotopic TTVR device | Nov 2023: one-year results of the confirmatory clinical trial of LuXValve reported at the PCR London Valves 2025: NMPA approval anticipated | **TRAVEL**, CFDA approval, N=126 results published |
| **Jenscare, China** | **LuX-Valve** | **Plus** |  | Transjugular access. 40, 50, 55 mm Does not depend on radial force for anchoring (ventricular septal anchor & leaflet-grasping clips) provides redundant mechanisms for anchoring and stability. Publication 2025 | US EFS and EU studies planned. NMPA approval to be submitted in 2024Q3, and to be approved in 2025H2 FDA Breakthrough Device/ TAP | **TRAVEL II TRIAL**: 1Y outcomes TCT 2024 **TRINITY**, CE Mark, N=135 anticipated 1Y outcomes 2025 **TRINITY US**, EFS planned 15 patients in 3 US sites to start Oct 2024 |

# Other TTVR Players

| *Manufacturer* | *Platform* | *Iteration* | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|
| **inQB8 (acquired by Peijia, China)** | **MonarQ** |  | Transjugular access. | 2023: FIH UPenn<br>Acquired by Peijia | InQB8 TTVR System, N=50, planned FPI Nov 2024 |
| **TRiCares, Germany** | **Topaz** |  | Two-in-one stent design. An Outer Stent anchors on the native tricuspid leaflets in an orthotopic position. An Inner Stent serves as the skeleton for the three-leaflet pericardial tissue valve | Pivotal trial underway in Europe, primary completion Dec 2025 | TRICURE FIH **EU**, 12/20 patients, enrolling<br>TRICURE EU Pivotal, enrolling, N=80<br>TRICURE EFS **US**, FPI Jan 2025, N=2/10 |
| **P&F, Germany** | **Tricvalve** |  | A system of two self-expanding biological valves for the treatment of patients with hemodynamically relevant tricuspid insufficiency and caval reflux. The prostheses are implanted percutaneously into the superior and inferior vena cava without disturbing the native tricuspid valve | 2024: FIH ViV caval valve implant<br>2021: CE Mark<br>2020: Breakthrough device | Tricav **EFS**, FPI anticipated Jul 24 (not confirmed), N= 15<br>Tricvalve NMPA, China approval, FPI Apr 2024 (not confirmed)<br>**Tricbicaval Registry** (EU PMS), N=204 presented LV2024 |

# Other TTVR Players

| *Manufacturer* | *Platform* | *Iteration* | | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|---|
| **Triflo Cardio-vascular, USA** | **Tricuspid Flow Optimizer** | |  | Polymer leaflets that work with the native anatomy. Placed in the commissural scallops and customized according to patient anatomy. | Apr 2024: (Italy) FIH six-month FU published | Apr 2024: (Italy) FIH six-month FU published |
| **Innoventric, Israel** | **Trillium** | |  | Positioned to run from the superior vena cava to the inferior vena cava. Multiple covered fenestrations to allow the inflow of blood from the venous system toward the right atrium through three windows, avoiding backflow to the venous system. Fluoroscopic procedure via transfemoral venous access. | | **TRILLIUM FIH**, N=20 EU, Israel, complete<br>**TRILLIUM EFS**, N=15, US, DE: FPI Aug 2024 (TriStar, Nashville, TN) |
| **Trisol Medical, Israel** | **Trisol** | |  | A single leaflet affixed by two commissures, functioning as a bileaflet valve to facilitate a slower closing of the leaflets to preserve the right ventricular function. Axial anchoring that reduces the risk of conductive issues | | **TRISOL US EFS**, 2/15 enrolled<br>Israel Pilot, N=5 |

# Other TTVR Players

| *Manufacturer* | *Platform* | *Iteration* | *Features* | *Notes* | *Studies* |
|---|---|---|---|---|---|
| **VDyne, USA** | **VDyne** |  | A pop-off mechanism in the event of afterload mismatch. Five implant sizes (same 30 mm inner valve). Leaflet independent imaging | 2023: Breakthrough device | VISTA, N=40, enrolling Aus, EU<br>VISTA US, N=30 |

Edwards

Helping Patients is Our Life's Work, and *life is now*

Message

**Sent:** 5/13/2025 3:58:55 PM
**To:** Pooja Sharma [Pooja_Sharma@Edwards.com]
**Subject:** RE: TAVR Strategy Session

Feel like we have two separate discussions, one around strategy and one around AOP. The problem with TAVR is not that it is not a great business with amazing leverage, the problem is it is too good of business. We have maintained pricing (especially in the US and Japan) beyond anyone's expectations a decade ago and we just rolled out a price increase. Our share has beat expectations in the US every year. Our competitors sell at a massive discount, it is frankly a miracle of our innovation and strategy we have been able to be where we are today. What business in MedTech 15 years after launch has the same basic ASP in the US, has an [redacted] GP, and a [redacted] contribution margin? When does [redacted] achieve those metrics? We are delivering almost a half a billion dollars in [redacted] sales while being outspent by our competitors and it continually feels "disappointing." Had price fell to $15K in the US, I would have a price increase strategy. Had share fell to 50%, I would have a share strategy. If R&D was [redacted] of sales, I would have a leverage opportunity. We don't have those levers in our biggest market.

Answers below:

Larry Wood
Corp. Vice President and Group President
Transcatheter Heart Valves and Surgical Structural Heart
Edwards Lifesciences

**From:** Don Bobo <Don_Bobo@edwards.com>
**Sent:** Tuesday, May 13, 2025 5:12 AM
**To:** Larry Wood <Larry_Wood@edwards.com>; Pooja Sharma <Pooja_Sharma@Edwards.com>
**Cc:** Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Subject:** TAVR Strategy Session

Hi Larry,
Good strategy conversation yesterday and nice job on the material. We had a chance to debrief on the day's discussions with Scott and Bernard and below are the TAVR questions / items.

- Portfolio timing and decision framework [redacted] – We laid this out in detail. If the [redacted] proves [redacted], we have the opportunity to slow [redacted]. Should that trial fail, [redacted] is dead, and [redacted] becomes critical for maintaining share and price. This gets answered in 2026.
- Role of Incremental innovation – Cardiology expects product enhancements and continual improvements. MDT is updating their platform every 2 years, we see the impact in Japan, without those changes they would have lost more share to Abbott. The idea we can ride out S3UR indefinitely and maintain price and shape projections is a fantasy. Our strategy is [redacted]
- Can we innovate the MD, provider or patient experience and differentiate ourselves by improving the TAVR experience overall? We have the economic messaging for providers, from an MD perspective our ease of use is best in class. For the patient, it is a <1 hour procedure without GA in most places. Same day discharge is possible but the reimbursement penalty is crushing. Would require legal changes by CMS which are unlikely (when it moves to outpatient, reimbursement is cut by as much as 70%). [redacted] But these will require investment.
- Clinical spend vs. other areas - is that less of a growth driver than in the past? – Clinical spend grows as new trials are additive rather than replacing. We just reported on EARLY TAVR 2 year but have to follow the patients another 3 years. We are on year 7 of P3, we have 3 more years to go. Progress is active, Alliance for X4 is in process and [redacted] We have tried to cut where we can (eliminating annual

echo follow-up as an example). The sustaining clinical spend if a legal cost of doing business in this space. Also, strategically, we want FDA to require long term follow-up that will be publically reported. Commence in surgical is all voluntary but we see the value it creates. To drive reimburcement and guidelines, we need more targeted studies than in the current plan.

- Business gets worse over the strat plan horizon (share, price, innovation impact, competition) .... is that the only scenario? - This is the broken record part. Are there things we could do? Yes. We sell [redacted] at a significant premium globally and it is about a [redacted]. There are a number of improvements we could make to that platform to take share and drive adoption (we spend next to zero marketing dollars on this program). So, what did we do last year? We cut all of the [redacted] funding. We have [redacted], this would be an upcharge globally, but it gets cut every year. [redacted], we killed it due to lack of funds. These all require investment and last year we cut them all and slowed down [redacted] to make room for AR.
  - What do we do about [redacted] in the near term to ensure we sustain TAVR growth rate [redacted]? We are doing everything we can within the budget to drive this. We have a massive AHA undertaking, we are advancing asymptomatic, we have progress next year. Nina and I are co-leading an HVC working group on capacity. First deliverable is a white paper that doctors can use with administration to show them the expected shortage. admitted yesterday on the HVC call the surgeon shortage issue which will help us come NCD time (hopefully). [redacted]

There are lots of things we can do, but there are some things we can't. We are launching [redacted], we have new platforms planned, we have unprecedented competition that is pricing low. Abbott will launch a balloon expandable platform we will need to defend, even the clinical trial in the US will be a disruption. But we want to beat all that back, drive growth, [redacted], and the list goes on. We will present our financial plan [redacted]

Don
Get Outlook for iOS

Message

**From**: Pooja Sharma [Pooja_Sharma@Edwards.com]
**Sent**: 5/29/2025 1:30:31 PM
**To**: Larry Wood [Larry_Wood@edwards.com]
**Subject**: Agenda for Today
**Attachments**: Strat Plan_AVPMay25_LWv4_FINAL.pptx

L, below is your agenda for today and attached is your deck so you have it on the top of your inbox. I will step in at 9 after your opening and JB and I will switch at 11:30.

| Timing | Time | Topic | Owner |
|---|---|---|---|
| 8:30-9:00 | 30 | Opening/Goal | Larry |
| 9:00-9:30 | 30 | Strategic Planning Process | Pooja |
| 9:30-10:15 | 45 | 2025 Strat Plan Overview | Larry |
| 10:15-10:30 | 15 | Financial Overview | Laura E |
| 10:30-10:45 | 15 | Break | |
| 10:45-11:30 | 45 | Stock Value Dynamics | Mark W |
| 11:30-12:30 | 60 | NCD Process Overview & Strategy | Seth |
| 12:30-2:00 | 90 | Lunch | |
| 2:00-3:00 | 60 | AR: Technology Deep-Dive & Clinical Trial Considerations | Laksen/Jaime |
| 3:00-3:30 | 30 | Wrap-up/Q&A | Larry |

P

**Pooja Sharma Rao**
Senior Vice President, Marketing and Strategy
Transcatheter Heart Valves
Edwards Lifesciences
One Edwards Way
Irvine, CA 92614

# Document Produced in Native Format

# 2025 Strategic Framing

Larry

Edwards

Edwards Lifesciences

# High Single-Digit Growth and Significant Increase in Patients Treated will Require Exceptional Execution of Growth Catalysts Over the Strat Plan

EW

## EW Global TAVR-AS Opportunity – 2025 AOP & Updated CAGR ($) Assumptions

**2025 AOP**

[redacted]

**Sales by Region**

[redacted]

2025-30 CAGR

**2030[1]**

[redacted]

**Incremental Growth with AR in 2030[2]**

Revenue: [redacted]

YoY Growth:

**Incremental Patients Treated Each Year[3]**

| | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|
| Global | [redacted] | | | | |
| US | | | | | |
| Δ Incremental Patients vs. SP'24 | ([redacted]) | | | | ([redacted] |

[redacted]

# Despite Having Powerful Catalysts in the Coming Years, Growth will be Limited by Capacity Challenges

## Market Growth

Patient Activation

THE EARLY TAVR TRIAL

THE PROGRESS TRIAL

## Capacity Challenges Limiting Growth

**Capacity constraints**
TAVR patients not prioritized

# Adding New Centers and Motivating Existing Centers to Increase Focus and Investment in TAVR are Required to Address Capacity

## Capacity Challenges

## Key Strategies to Address

1 Policy

2 Economics

## Slide 4 Notes

Policy

Edwards Lifesciences

# Expanding Capacity in the System is Critical to Unlock Market Growth Strategies while Fortifying our Leadership

**Market Growth**

[redacted] Unlocking Referrals

1

[redacted]

2

*Patient activation of existing & expanded indications*

**Share Growth**

**Price Growth**

3

*Maintain share & price through platform leadership*

**Growth Scenarios***

[redacted]

*Centers and growth rates are directional; regional topline sales submission on April 15

Asymptomatic SAS: Ind: Q2 2026, Guideline Q4 2026 (Class IIa). Moderate AS: Ind: Q2 2027, Guideline TBD

Edwards Lifesciences

# Near to Mid Term Growth Strategy Priorities Vary by Region

| [redacted] | Market Growth | | Share Growth | Price Growth |
|---|---|---|---|---|
| | [redacted] | Unlocking Referrals (Existing & New Indications) | 3 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | | | [redacted] |

# We Are Refining Our Strategy to Promote the Strong Economic Case for Early Treatment With SAPIEN Supported by Both Data Sets

**Cost Associated with Delayed Treatment**

THE EARLY TAVR TRIAL

**Cost Associated with Complications**

ACURATE™ IDE

**Edwards TAVR is a triple-win**
**Delayed treatment is a triple-loss: Clinical penalty, Resource penalty, Economic penalty**

Abbreviations: IDE = investigational device exemption; TAVR = transcatheter aortic valve replacement

Edwards Lifesciences

# EARLY TAVR evidence unlocks all Severe AS patients through several catalytic events in the near-term

Patient Population Impact

Mild Symptoms → Mild Symptoms & Asymptomatic → All Severe AS

Clinical Evidence | Asymptomatic Indication | Global Guideline & Policy Evolution

THE EARLY TAVR TRIAL

TCT 2024

Global Data Amplification

Q2 2025

[redacted]

An integrated approach to global market development

Strategic Partnerships

(1) Anticipated guideline recommendation update for asymptomatic patients

Edwards Lifesciences

# Evidence from the PROGRESS trial has the potential to unlock Moderate AS patients in a similar way as EARLY TAVR

Patient Population Impact

All Severe AS → "Mod-to-Severe AS" & Moderate AS → Moderate AS

Clinical Evidence | Moderate AS Indication | Global Guideline & Policy Evolution

[redacted]

PX1271-012

# While Medtronic Competes With a Similar Playbook, Other Competitors May Be Disruptive to Our Premium Product Strategy

COMPETITIVE STRATEGIES

## Medtronic

**Aggressive marketing** tactics aimed at **market share capture**

- Head-to-head trials (e.g., SMART)

**2- to 3-year product evolution cadence** focused on iterative improvements

Relatively **disciplined pricing strategy**

- Potential share decline may influence strategy

## Abbott

- Future **BEV entry** with software-guided technology
- **Global pricing pressure**

## Boston Scientific

- **Global pricing pressure**
- Focus on procedural accessories

## Meril

*2027*

- **Aggressive pricing strategy** (#1 share loss in EU)
- **Persisting despite IP barriers**
  - EW IP protection is waning

**Competitors with undisciplined pricing threaten to disrupt our premium product strategy**



PX1271-013

Edwards Lifesciences

Meril

# 7 Myval Studies with 4,500+ Patients Across Europe Began Enrolling in 2025

### German MYVAL S (NCT06804148)

MYVAL Transcatheter Heart Valve System – Prospective German Multicenter Registry

Enrollment: **2,000**

### START YOUNG (NCT06861361)

Surgical Bioprosthesis Aortic Valve Replacement Vs. Myval BE THV Series in Patients Aged 65 to 75 with ssAS

Enrollment: **1,180**

### PURE TAVI (NCT06898086)

Treatment of Severe Aortic Stenosis with Transfemoral TAVI with or Without Coronary Angiogram During Diagnostic Work-up

Enrollment: **620**

### MYLEAD (NCT06917066)

MYLEAD Spanish Prospective Registry

Enrollment: **500**

### Myval Global (NCT04703699)

Myval Global Study of Myval THV Series Implanted in Patients with Native ssAS

Enrollment: **200**

### MyPORTuVal Registry (NCT06818435)

Portuguese Registry with Meril Myval THV Series

Enrollment: **150**

### MYVAL-TAX-TAVR (NCT06493994)

Myval TransAXillary TAVR Multicenter Clinical Registry

Enrollment: **100**

With more studies coming…

**Meril is spending 2x the combined spend of EW and MDT at the upcoming EuroPCR 2025 conference**

# Near-term Strategic Initiatives to Address Capacity and Accelerate Treatment of SAS Patients

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES




American Heart Association.
Target: Aortic Stenosis

Investing to expand the AHA partnership to make AS a pillar like stroke

**80**
Sites in 2025

**Recognition of sites meeting the 90-day diagnosis to treatment threshold**

ASE

**SAS is recommended as an urgent finding AND should be communicated in hours**

Final Guidelines Release:
**September 2025**

The PREVUE VALVE Study

**Define the prevalence of acquired VHD (aortic, mitral, and tricuspid) in a representative cohort of the U.S. population**

**Phase 1**

**Initial pilot study to test feasibility (n=481)**

**Phase 2**

**Enroll additional participants in full study (n = 3,000)**



PX1271-015


What are your top 3 challenges?
What can we address that would impact sales in the next 3-6 months? 1-2 years?
How do you categorize your accounts and what is your approach for each category?

Edwards

[redacted]

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1272

Message

**From**: Bernard Zovighian [Bernard_Zovighian@edwards.com]
**Sent**: 5/2/2025 10:22:25 PM
**To**: Larry Wood [Larry_Wood@edwards.com]
**Subject**: Re: Approval

Thanks Larry … will send later tonight

Get Outlook for iOS

---

**From:** Larry Wood <Larry_Wood@edwards.com>
**Sent:** Friday, May 2, 2025 3:08:38 PM
**To:** Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Subject:** RE: Approval

I am very realistic on the stock, it is all about numbers of the board and really nothing else will move us, Q1 was solid, and we saw progress, if Q2 finished to forecast we will see more movement. All I focus on is how I can help move the numbers, the stock solves itself.

Always good to talk positively about FDA but not to the point people think we are too close, I like to say things like:

Bram and Changfu have led significant change at the agency. They have not lowered the scientific bar, in some cases they have raised it, but they have made the process predictable in the sense that if you meet the established requirements, they complete their reviews in a timely and efficient manner. We don't mind tough reviewers as long as the questions are science based and relevant which they excel at. We are lucky to have them at FDA both from a company standpoint and as a consumer of the healthcare system.

L

Larry Wood
Corp. Vice President and Group President
Transcatheter Heart Valves and Surgical Structural Heart
Edwards Lifesciences

---

**From:** Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Sent:** Friday, May 2, 2025 2:31 PM
**To:** Larry Wood <Larry_Wood@edwards.com>
**Subject:** RE: Approval

You should feel good about all what is happening … we have never been in a better position than right now vs the last 3-4 years … no-one sees it yet. I know it is busy, and I know it is annoying not to see the stock react positively.
As soon as you will start accelerating US growth, we will enjoy the hard work and vision.

Regarding Changfu, should I mention anything to Michele regarding his impeccable work ethic and commitment to public health?

Glad to hear about JC medical progress and the fact we have a winning platform.

My trip at the AHA CEO round table was excellent … we can debrief next week.

Bernard

**From:** Larry Wood <Larry_Wood@edwards.com>
**Sent:** Friday, May 2, 2025 1:53 PM
**To:** Bernard Zovighian <Bernard_Zovighian@edwards.com>
**Subject:** Approval

Bunch of good stuff this week. I just learned that the night before we got approval, there were a flurry of late questions with responses provided to FDA at 10:30PM our time, this means Changfu must of had late issues getting the letter signed and probably hand walked it through the system. He called me right after we got the letter and wanted to make sure we take good care of Irene (which we will). He also asked about the NCD and I updated him on discussions with CMS. He was reaching out to Steve Farmer at CMS with the approval details. He asked about the societies and shared our goals of no operator requirements and no site requirements. Walked him through the data that supports that approach and there is a lot of stuff he did not realize. Overall good conversation I traded messages with Tamara and she is aware of the approval and potential issues and was talking to Steve as well. She did not offer any further details on timing.

Within 24 hours of approval, everything was in the system and we trained the entire US Sales force this AM so they have what they need and they know the expectations. We have segmented the messaging with the therapy developments managers (TDM), the TM, and the FCSs all having different goals and targets. More data was presented at SCAI this week that further highlights stroke as an issue. More is planned for PCR and NY Valves.

We also completed the tech transfer for JC Medical which came in ahead of schedule. As integrations go, this is as good as it gets. The trial is enrolling, [redacted] Feedback from the doctors who have used Jena and JC is that JC is clearly the better platform. There are Jena loyalists (Raj, Marty, Vinod, Dave Daniels) but none of them have used JC yet. It is becoming increasingly clear we have a next generation AR platform.

Busy week, hope your travels were productive.

L

Larry Wood
Corp. Vice President and Group President
Transcatheter Heart Valves and Surgical Structural Heart
Edwards Lifesciences

# Document Produced in Native Format

# Board of Directors Strategy Sessions

# Transcatheter Aortic Valve Replacement

Larry Wood
September 12, 2019

Edwards

# Executive Summary

- **Global TAVR[1] sales expected to exceed $8B by 2025 at 12% CAGR[2]**
  - Opportunity growth over the plan period driven by indication expansion and increasing awareness
  - Big three regions contribute 85% of global TAVR sales; China emerging as fourth region with sales contribution of 5.7% by 2025
- **Differentiation expands beyond product and now includes case support**
  - Our pipeline is transitioning to a focused single-platform portfolio strategy
- **Global TAVR opportunity served largely by two multinationals**
  - Edwards and Medtronic (MDT) continue to be heavy investors in TAVR
  - Low volume multinationals and new copycat entrants likely to compete on price

(1) TAVR = Transcatheter Aortic Valve Replacement (2) CAGR = Compounded Annual Growth Rate

Edwards Lifesciences

# Key Changes Since Last Year

## What changed

- PARTNER 3 low-risk study results exceeded expectations; better than next competitor
- Updated NCD[1] facilitates new account growth
- China TAVR opportunity projected to grow faster than previously anticipated
- Challenging launches of CENTERA and SAPIEN 3 Ultra led to discontinuation of CENTERA
- [redacted]

## What hasn't changed

- Outlook for double-digit TAVR opportunity growth remains
- US TAVR opportunity growth remains strong
- EU TAVR pricing trends continue to put pressure on our position
- Japan TAVR penetration still lagging
- Medtronic continues to heavily invest in R&D
- Edwards to continue to command a premium price position and maintain global price discipline

(1) NCD = National Coverage Determination (by Center for Medicare and Medicaid)



PX1275-004

Edwards Lifesciences

# Crucial Assumptions for Edwards TAVR Growth

| Region | Opportunity growth | | Δ | Current Position | Price | | Imperatives |
|---|---|---|---|---|---|---|---|
| | 2019 | 2025 | | | 2019 | 2025 | |
| US | $1.60B | $2.80B | [redacted] | [redacted] | $30.2 | [redacted] | Must execute across the board |
| EU | $0.60B | $1.11B | $510M | [redacted] | $17.0 | [redacted] | Reversing position and pricing trends |
| Japan | $0.22B | $0.61B | [redacted] | 74% | $35.0 | $31.6 | Accelerating therapy penetration |
| ROW[2] | $0.15B | $0.65B | $503M | 38% | $21.0 | $23.4 | Important but needs investments |
| China | - | $0.24B | [redacted] | - | - | $32.2 | Establishing strong footprint for long-term success |
| Total Edwards | $2.57B | $5.12B | $2.5B | 62% | $25.5 | $23.2 | Sales double through SP |

(1) NOTE: Edwards Sales, 2019-2025 Strat Plan Sub-2 (2) ROW = Rest of the World

**Regional assumptions are key to doubling TAVR opportunity over the strategic plan**



PX1275-005

Edwards Lifesciences

# Global TAVR Opportunity Estimated to Reach ~$8B 2025

Global

## 2024 Projection Exceeds $7B Sales

**Global TAVR Opportunity (US $B)**




**2019-2025 CAGR[1]**

| Regions | Total Opportunity | Edwards |
|---|---|---|
| ROW | 21% | 28% |
| Japan | 19% | 19% |
| EU | 10% | 11% |
| US | 10% | 9% |
| 3-Yr CAGR | 13% | 13% |
| 6-Yr CAGR | 12% | 12% |

(1) From 2019-2025 Strat Plan Sub-2 (2) JPN = Japan (3) ROW = Rest of World



PX1275-006

Edwards Lifesciences

# US Opportunity is the Cornerstone of Edwards TAVR Growth

| Region | Opportunity growth | | Δ | Current Position | Price | | Imperatives |
|---|---|---|---|---|---|---|---|
| | 2018 | 2025 | | | 2019 | 2021 | |
| US | $1.60B | $2.80B | $1.15B | 68% | $30.2 | $26.5 | Must execute across the board |



## Opportunity Growth

- Low-risk approval unlocks opportunity
- Therapy awareness and account efficiency activities will maximize patient access

## Maintaining Position

- High-touch service model is key competitive advantage

## Maintaining Price

- Price pressure is likely to increase with more players
- Differentiated products portfolio with superior clinical outcomes are critical



PX1275-007

Edwards Lifesciences

# Low-risk Approval Unlocks Opportunity to Extend Focus and Grow Therapy in 65+ Age Group




*TAVR Advanced Analytics Research based on 2018 DRG Data

**Our goal is to establish TAVR as preferred choice of therapy in all patients in the long term**



PX1275-008

Edwards Lifesciences

# Our High-Touch Service Model is Critical to Maintaining Position

## High-touch Service Model

**Includes:**

- Field clinical specialist in ~99% of cases
- Assessing vascular access
- Imaging support for valve sizing
- Preparation and in-case support
- Managing inventory

Strategic Advantage

- *Medtronic matches our model but with half the sales (High SG&A %)*
- *Matching out dedicated technical support with low position is cost prohibitive*
- *Alternative is to have a non-dedicated sales forces with less expertise which challenges outcomes*

**Our high-touch service model drove optimized SAPEIN 3 outcomes**



PX1275-009

Edwards Lifesciences

# Expanding Indications and Increasing Therapy Awareness are Keys to Edwards TAVR Plan Assumptions

**Severe Aortic Stenosis Patients All Ages YoA (000s)[1]**




**US AVR Growth (000s)[4]**




(1) From Edwards Aortic Stenosis Model, circa 2018 (2) Dx Rate = Diagnosis rate from "assumptions-based" model (3) Tx Rate = Treatment Rate (4) From 2019-2025 Strategic Plan, Edwards internal estimates (^) SAVR Cann. = SAVR Cannibalization
(*) Aging population and Opportunity expansion

**Every 1% increase in AVR treatment rate is worth approximately $300M in Sales**



PX1275-010

## Slide 9 Notes

- At Prevalence of 1.46M by 2025, 1% Tx rate = ~14.5K patients.
- Given SAVR:TAVR mix = 25:75 in 2025; SAVR = ~3.4K TAVR = ~11K
- Assuming SAVR ASP = $5K; TAVR ASP = $25.7K in US
- 1% of Tx increase equates to = ~$13M + ~$283M = ~$296M (rounded to ~300M)

Edwards Lifesciences

# Therapy Awareness is a critical component of our strategy






PX1275-012

Edwards Lifesciences

# Edwards EU TAVR Opportunity Driven by Reversing Trends

| Region | Opportunity growth | | Δ | Current Position | Price | | Imperatives |
|---|---|---|---|---|---|---|---|
| | 2019 | 2025 | | | 2019 | 2025 | |
| EU | $0.60B | $1.11B | $510M | 58% | $17.0 | $16.0 | Reversing position and pricing trends |



### Improving Position
- Drive EU growth in under-penetrated countries
- Currently exploring high-touch model in select countries;

### Maintaining Price
- High pricing pressure due to declining reimbursement and low-priced entrants
- Differentiate the product portfolio backed by best-in-class clinical evidence
- Historically, conceded position to maintain premium price



PX1275-013

Edwards Lifesciences

# Japan Represents the Biggest Untapped Opportunity






PX1275-014

Edwards Lifesciences

# In Japan, Overcoming Constraints in Site Activation and Improving Treatment Rates are Key to Accelerating Growth

**Japan Procedures Per Million (PPM) in 65+ age[2]**




**Goal is to improve treatment rates that are on par with mature regions**

**Japan Characteristics**

- Japanese TAVR growth influenced by cultural constraints
- Surgeons' resistance/control at hospitals
- Centers' lack of desire to improve treatment rates
- Fewer number of centers and burdened by policy

(1) Population data from www.census.gov (2) Edwards Internal Estimates from 2019-2025 Strat Plan Sub-2



PX1275-015

Edwards Lifesciences

# Accelerating Growth in Japan Driven by Site Expansion, Improving Referral Pathway, and Increasing Awareness

[redacted]

- Activating more sites via improving site requirements will expand TAVR reach
- Maximize volume at each center

TAVI Centers

GC Enhancement
(Referral Physician)

- Establish regional referral pathway with GCs in key hospitals
- Increase therapy awareness along key referral channel

GP → GC → Heart Team

Referral Pathway

Disease Awareness

- Raise broad VHD awareness
- Patient visits to and actions at Disease Awareness website

Patients / Families



PX1275-016

Edwards Lifesciences

# In China, TAVR Opportunity Projected to Grow Faster Than Previously Anticipated

TAVR Patients Treated




**China TAVR opportunity developed faster than anticipated**

Market ASP




**Local players launched and have maintained a higher than expected ASP guiding assumptions for Edwards ASP**

*(1) Patients who can afford and have willingness-to-pay (WTP)* ** = 2018 Actual*

**China TAVR opportunity driven by volume of patients treated and higher than anticipated ASP from local players**



PX1275-017

Edwards Lifesciences

# Today, China TAVR Volume is Highly Concentrated in ~10 National Centers




- Top 10 accounts make up ~66% of patient volume
- Within 2 years, Huaxi Hospital has become largest center by volume in entire Asia-Pacific region including Japan
- Edwards will be first multi-national to launch in China

**Edwards Performance in top 10 centers will guide investment strategy and market cadence for China**



PX1275-018

Edwards Lifesciences

# Edwards Investment Cadence Will Depend on Early Experience

- China market development has been quicker than anticipated
- Edwards will be the first multi-national corporation to commercialize in China
- Launch strategy is to gain a strong foothold in existing top ten centers
- Go forward investment strategy will be based our success at these top centers
- Learnings from early-launch will inform next phase strategy

**We are cautiously optimistic and prepared to increase investments in China if trends continue**

# Significant Developments Across Our TAVR Portfolio

- **We have discontinued the CENTERA program**
  - This allows us to streamline the activities and focus R&D resources on balloon-expandable (BE) platform
  - Downside is that we lose hemodynamic advantage on small valve sizes
  - Burden of filling the gap in portfolio falls on SAPIEN 3 Ultra [redacted]
- **Our focused single-platform portfolio strategy best addresses all patient needs**
  - Best-in-class clinical outcomes and versatile SAPIEN platform
- **Development of our core platforms marching towards key milestones**
  - SAPIEN X4: US pivotal expected to begin 2020
  - ZETA: FIH expected in late 2021 or early 2022
- **We continue to pursue/evaluate additional applications leveraging current products**

**Our technology/clinical pipeline is the key pillar of our strategy to maintain global TAVR leadership**

Edwards Lifesciences

# Previously, Emerging Technologies Were Candidates for Acquisition but Now Potential Threat with Copycat Strategy

**2011-2013** Leapfrog Technologies



**Direct Flow Medical**
Non-metallic, conformable TAVR valve
Now, Off-market



**Colibri, 2013**
Pre-mounted, dry tissue valve with 14Fr delivery system

**Previous candidates for acquisition**

**2017 Onwards** Copycat Technologies



**Colibri, 2019**
Copycat of SAPIEN 3



**Meril MyVal**
Copycat of SAPIEN 3



**Taurus One**
Copycat of CoreValve



**Venus-A**
Copycat of CoreValve

**Low price entrants may threaten competitive dynamics and global ASP**

**We are developing a multifactorial playbook to compete with copycats and improve patient access**



PX1275-021

Edwards Lifesciences

# How should we respond to new low-price imitators?

1. Engage Legal team to strongly defend our IP and trademarks at earliest stage
2. Engage regions to compete aggressively and not allow an early win
3. Drive a BU-led global effort that includes regions and functions
4. We shouldn't overly resource this, it's unlikely they'll hurt us much



[redacted]

# EARLY TAVR Allows Us to Potentially Extend TAVR Therapy to All Severe AS Patients Irrespective of Symptoms




- **Treating Severe AS before symptoms may:***
  - Prevent irreversible myocardial damage
  - Reduce risk of sudden death without preceding symptoms
  - Offer an even safer procedure than after developing symptoms and advancing age
- **Enrollment completion estimated in 2020**

* Genereux P. Natural history, diagnostic approaches and therapeutic strategies for patients with asymptomatic severe AS. JACC 2016: 2263-88

^ including low-risk indication

**EARLY TAVR potentially unlocks all severe AS patient population for therapy**

Edwards Lifesciences

# Hot off the Press: Poor Long-term Survival Rates in Patients with Moderate AS Similar to Patients with Severe AS

JOURNAL OF THE AMERICAN COLLEGE OF CARDIOLOGY
VOL. ■, NO. ■, 2019
© 2019 THE AMERICAN COLLEGE OF CARDIOLOGY FOUNDATION.
PUBLISHED BY ELSEVIER. ALL RIGHTS RESERVED

## Poor Long-Term Survival in Patients With Moderate Aortic Stenosis

Geoff Strange, PhD,[a] Simon Stewart, PhD,[b] David Celermajer, MD, PhD,[c] David Prior, MBBS, PhD,[d] Gregory M. Scalia, MBBS (Hons), MMedSc,[e] Thomas Marwick, MBBS, PhD,[f] Marcus Ilton, MD,[g] Majo Joseph, MBBS,[h] Jim Codde, PhD,[i] David Playford, MBBS, PhD,[a] on behalf of the National Echocardiography Database of Australia contributing sites

ABSTRACT

- **Moderate AS is more fatal than initial understanding**
  - **67%** 5-year mortality rate with severe AS patients
  - **56%** 5-year mortality rate with moderate AS patients
- **A yearly echo may not be sufficient to catch the rapid development of moderate AS to severe AS**

***"[…] Moderate AS patients at baseline may have reached a tipping point of disease progression that inevitably led them rapidly to develop severe AS and a high risk of death."***

–Strange et al. in JACCs 2019

**Expanding indications to moderate AS patients is the next opportunity**



PX1275-025

Edwards Lifesciences

# Our Technology and Clinical Pipeline Continue to Strengthen Our Position




Product Launch
*Pulmonic*; *Balloon Exp.*; ***Self or Mech***

Major Indication

Expanded Indication

** RCT = Randomized Controlled Trial*
*** S3 Ultra Enhanced launch assumption – At least 18 months ahead of X4*

**High uncertainty around regulatory environment (RCT* Vs Observational) may impact product launch timing**



PX1275-026

Edwards Lifesciences

# Edwards Regional Growth Outlook

## United States




- 2019 – 2025 Δ = $1.15B

## China




- 2019 – 2025 Δ = $0.51B

## Japan




- 2019 – 2025 Δ = $0.39B

## European Union




- 2019 – 2025 Δ = $0.24B

*All estimates from 2019-2025 TAVR Strategic Plan Sub-2*



PX1275-027

Edwards Lifesciences

# Base Case Financial Plan

| P&L ($M) | 2019F | 2020E | 2021E | 2023E | 2025E | CAGR 3-Yr | CAGR 6-Yr |
|---|---|---|---|---|---|---|---|
| **Sales** | **2,639** | **2,918** | **3,302** | **4,174** | **5,126** | **12%** | **12%** |
| Gross Profit | 2,296 | 2,532 | 2,880 | 3,630 | 4,460 | 12% | 12% |
| R&D expense | 273 | 278 | 303 | 344 | 383 | 6% | 6% |
| SG&A expense | 304 | 347 | 383 | 440 | 502 | 11% | 9% |
| **Mgmt Contribution** | **1,719** | **1,907** | **2,194** | **2,846** | **3,576** | **13%** | **13%** |
| **Ratios** | | | | | | | |
| GP % | 87% | 87% | 87% | 87% | 87% | | |
| R&D as a % of sales | 10% | 10% | 9% | 8% | 7% | | |
| SG&A as a % of sales | 12% | 12% | 12% | 11% | 10% | | |
| Contribution Margin | 65% | 65% | 66% | 68% | 70% | | |
| **Growth rates** | | | | | | | |
| Sales growth | 17% | 11% | 13% | 13% | 10% | | |
| R&D growth | 15% | 2% | 9% | 6% | 5% | | |
| SG&A growth | 10% | 14% | 10% | 7% | 6% | | |
| Contribution growth | 21% | 11% | 15% | 15% | 11% | | |

Note: FCST7

## *Key Drivers*

### ***Near-term***

- Maximize Low Risk
- New sites (updated NCD)
- Maximizing in-system opportunity through therapy awareness and TAVR opportunity expansion activities
- Currently, TAVR volumes per forecast #8 is ~4pp higher than forecast #7

### ***Long-term***

- Establish TAVR as first-line treatment to all ssAS patients
- Extend therapy awareness programs to bring out-of-system patients to therapy
- Maximize EARLY TAVR to bring therapy to all Severe AS patients



PX1275-028

Edwards

Helping Patients is Our Life's Work, and *life is now*

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1279

Message

**From**: Tim Rumbaugh [Tim_Rumbaugh@edwards.com]
**Sent**: 9/13/2024 2:51:40 PM
**To**: Jaime Wheeler [Jaime_Wheeler@edwards.com]; Finn Haley [Finn_Haley@edwards.com]
**CC**: Blessie Concepcion [Blessie_Concepcion@edwards.com]
**Subject**: RE: JC med proposed valve/DS changes
**Attachments**: 20240913_J-Valve_Configurations.pptx

Good morning Jaime,
Please see the attached and let me know if there is any additional information needed. Note that there are no detailed timelines yet developed for any of these programs.

*Tim Rumbaugh*
Vice President, THV Program Management
Transcatheter Heart Valve
mobile: +1.949.632.1871

---

**From:** Tim Rumbaugh
**Sent:** Wednesday, September 11, 2024 12:08 PM
**To:** Jaime Wheeler <Jaime_Wheeler@edwards.com>; Finn Haley <Finn_Haley@edwards.com>
**Cc:** Blessie Concepcion <Blessie_Concepcion@edwards.com>
**Subject:** RE: JC med proposed valve/DS changes

Will do. I'll reach back out if I have any questions for clarification.

Tim

---

**From:** Jaime Wheeler <Jaime_Wheeler@edwards.com>
**Sent:** Wednesday, September 11, 2024 11:18 AM
**To:** Finn Haley <Finn_Haley@edwards.com>; Tim Rumbaugh <Tim_Rumbaugh@edwards.com>
**Cc:** Blessie Concepcion <Blessie_Concepcion@edwards.com>
**Subject:** JC med proposed valve/DS changes

Hi both,

Would one of you send me the proposed list of valve and DS changes on one slide, rank ordered by targeted priority of completion today/tomorrow. If you can also add a cut line for 1.5 changes versus what's planned for 2.0 by timeline. I'm working on data availability and clinical inventory and need to look at this in terms of additional data needs.

Thanks,
Jaime

Jaime Wheeler, MBA, CPhT
Senior Vice President
Edwards Lifesciences
Office - 949-250-5093

Get Outlook for iOS

# Document Produced in Native

# J-Valve Configuration Scope Overview

| J-Valve Configuration | Valve | DS | Clinical Intent |
|---|---|---|---|
| **Gen 1.0** | • Current JC Medical configuration<br>• Produced in China | • Current JC Medical configuration<br>• Produced in China | • JOURNEY pivotal trial |
| **Gen 1.1** | *Following changes to Gen 1.0*<br>• Shelf-life extended [redacted] | *Following changes to Gen 1.0*<br>• [redacted] | • Enter into JOURNEY pivotal trial - Late 2024/Early 2025 |
| **Gen 1.5** | *Following changes to Gen 1.1*<br>• [redacted]<br>• Manufactured by Edwards<br>• Edwards supply chain | [redacted]<br>• Manufactured by Edwards<br>• Edwards supply chain | • [redacted]<br>• Depends on assessment of changes by Regulatory and Clinical |
| **Gen 2.0** | • [redacted]<br>• All Edwards design control and quality system | • [redacted]<br>• All Edwards design control and quality system | • TBD |

Message

| | |
|---|---|
| **From:** | Blessie Concepcion [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=97FEC6AF09AB40C3BA249029F15B52B0-BLESSIE CON] |
| **Sent:** | 8/1/2024 1:02:41 AM |
| **To:** | Jaime Wheeler [Jaime_Wheeler@edwards.com]; Jessica Wimbrow [Jessica_Wimbrow@Edwards.com]; Heather Prince [Heather_Prince@edwards.com] |
| **Subject:** | RE: AR London Mtg 31-Jul-2024 |

Please disregard prior email and refer to the updated version below.
I'll schedule time for us to review and align on next steps.
Thanks!

**Key Priorities for 2024-2025**: an Integration Leader who will oversee all functional workstreams to align on goals (30-60 days) will be identified

1. Gen 1/JenaValve FDA approval and commercial launch in 2025, commercialization to scale
a. Not proceed with the ARTIST AR IR/LR RCT (not ready at this point, limited sizes with the [redacted])
2. JCM: proceed with Gen 2 over JenaValve
a. Proceed with JOURNEY AR HR Pivotal trial: review protocol to ensure there are no major issues, [redacted] device manufactured in China can be used in trial (need to improve [redacted]) but cannot be used to commercialize in the US – need to transfer manufacturing from China to Canada or in-house
b. R&D/EW tech to add [redacted]
3. Proceed with enrollment in ALIGN CAP to enable US case observations (clinical specialists, Training, R&D) to observe cases/plan for launch
4. Proceed with ALIGN OUS Registry/PMCF: 150 cases AS/AR, needed for CE Mark recertification in 2025 as part of MDR
5. Proceed with ALIGN AR HR LVAD Registry: keep investigators engaged (unmet need but need to determine market size), prefer to execute this registry in lieu of reviewing/approving individual Compassionate Use requests, also enables US case observations in preparation for launch

**JCM**: acquisition complete/we own them
1. Gen 2 device: manufacturable (better [redacted]), better valve [redacted] expanded sizing range with larger valves)
2. Need to execute JOURNEY HR pivotal trial asap: IDE approved
a. [redacted] some sites cannot start participation without CMS approval
i. Need to review site contracts with Legal/HH to ensure we're not on the hook to cover all costs, limit liability (indemnity on subject injury)
b. Protocol: are there any critical changes needed prior to starting enrollment? Otherwise changes that can be implemented after FPI include
6. Update indication language/inclusion criteria that HR determination based on Heart Team decision and remove language defining HR patients with STS score of ≥8 or if <8 is considered frail) Proceed with enrollment in ALIGN CAP to enable US case observations (clinical specialists, Training, R&D) to observe cases/plan for launch
7. Proceed with ALIGN AR OUS Registry/PMCF: needed for CE Mark recertification in 2025 as part of MDR
8. Proceed with ALIGN AR HR LVAD Registry: keep investigators engaged (unmet need but need to determine market size), prefer to execute this registry in lieu of reviewing/approving individual Compassionate Use requests, also enables US case observations in preparation for launch
i.
ii. [redacted]
iii. Add language on vital status check
c. Need internal FTEs to execute trial: proctors, CIS, monitors, CMR imaging expertise in-house ([redacted])
i. We'll determine from trial execution what % of AR patients are eligible via TTE vs CMR

d. [redacted]

i. Japan strategy: [redacted]

ii. EU strategy: submit US data for EU MDR

e. China product for clinical trial indefinitely

3. Gen 1.1? [redacted]

4. JCM China cases: [redacted], [redacted] (Health Canada requested for the China data but Genesis would not provide it)

5. Need overall Quality Integration Plan – Jeff B

LW wants J Valve to have:

1. [redacted]

[redacted]

3. Manufactured outside of China

**JenaValve**: commercially approved in EU for both AS and AR indications, [redacted] (2 facilities building valves with porcine tissue – Irvine and Leeds)

**1.** Because of the required antitrust review (which could take 6mos), the acquisition is not complete and they don't need to do what we ask them to do/we can only provide recommendations. **Need to keep them separate from JCM until deal with JenaValve is closed (we cannot cross-pollinate).**

2. Gen 1: Supra-annular, SE nitinol, it has a larger profile with limited sizes (S/M/L), not as good clinically or from a manufacturing perspective

3. We should attend/have representation at their upcoming PI Meeting on Sep 8.

4. PMA: Module 4/Clinical and Module 5/AWT/fatigue to be submitted in Q2 2025 and approval end of 2025.

5. Not move forward with the ARTIST AR IR/LR RCT vs Surg trial but we need to carefully manage the communication/relationships with KOLs involved with the trial. Site list included those not EW friendly: [redacted]

6. Proceed with enrollment in ALIGN CAP to enable US case observations (clinical specialists, Training, R&D) to observe cases/plan for launch

7. Proceed with ALIGN OUS Registry/PMCF: 150 cases AS/AR, needed for CE Mark recertification in 2025 as part of MDR, 12 EU sites (high enrollers Mainz, UK, +1 other site)

8. Proceed with ALIGN AR HR LVAD Registry: keep investigators engaged (unmet need but need to determine market size), prefer to execute this registry in lieu of reviewing/approving individual Compassionate Use requests, also enables US case observations in preparation for launch

Message

| | |
|---|---|
| **From:** | Joseph Guerra [Joseph_Guerra@edwards.com] |
| **Sent:** | 8/11/2025 1:35:34 AM |
| **To:** | Hannah Gerondale [Hannah_Gerondale@edwards.com]; Shawn Lewis [Shawn_Lewis@edwards.com]; Blessie Concepcion [Blessie_Concepcion@edwards.com] |
| **CC:** | Sheri Halverson [Sheri_Halverson@edwards.com] |
| **Subject:** | RE: Resuming enrollment |

Happy Sunday, Blessie and Team

As Shawn and I did the recent CIS Team training and meeting in Houston two weeks ago. Each CIS presented the Physician Procedural Training manual to Shawn and myself. The team worked together to understand previous cases from [redacted] implementing new mitigation techniques, along with aortic regurgitation in self-expanding and balloon expandable THV devices. We covered an in-depth knowledge of cardiac arrythmias, as well as our Sapien THV. We encouraged the CIS Team to stay consistent and proficient with loading and going through the Physician Procedural Training manual. With everything said, I recommend continuing to have teams of two people come into the office lead, load, and present the Physician Procedural Training manual effectively with a didactic checkoff, if possible, with a more proficient Aortic Regurgitation implant wet model.

[redacted]

[redacted]

Have a good evening, Team

Respectfully,

**Joe Guerra**
Manager, Clinical Education, (THV) Clinical Affairs
**Edwards Lifesciences Irvine**
Edwards.com | One Edwards Way, Irvine CA 92614
**Mobile:** (210) 254-0790
**Email:** joseph_guerra@edwards.com
Helping patients is our life's work, and *life is now*

**From:** Hannah Gerondale <Hannah_Gerondale@edwards.com>
**Sent:** Sunday, August 10, 2025 12:40 PM
**To:** Shawn Lewis <Shawn_Lewis@edwards.com>; Blessie Concepcion <Blessie_Concepcion@edwards.com>; Joseph Guerra <Joseph_Guerra@edwards.com>
**Cc:** Sheri Halverson <Sheri_Halverson@edwards.com>
**Subject:** Re: Resuming enrollment

Hi Shawn,

This is a great plan once we have cases again. I think Blessie's question was more around keeping skills up in the meantime. The team is ready at this point if we were to have cases in the near future, but if we have a few more months before we start up again (still looking at solutions and final timelines…) how do we ensure there's no back sliding and we are at the same point in their learning or even farther along when we restart.

Thanks
Hannah

Get Outlook for iOS

---

**From:** Shawn Lewis <Shawn_Lewis@edwards.com>
**Sent:** Sunday, August 10, 2025 8:23:53 AM
**To:** Blessie Concepcion <Blessie_Concepcion@edwards.com>; Joseph Guerra <Joseph_Guerra@edwards.com>
**Cc:** Hannah Gerondale <Hannah_Gerondale@edwards.com>; Sheri Halverson <Sheri_Halverson@edwards.com>
**Subject:** RE: Resuming enrollment

Hi Blessie,

Going to respond now as United Wi-Fi has been iffy lately.

You pose a great question and the best I can provide is from my experience learning and having trained Joe. In my opinion we need this one thing to happen to get someone ready to lead:

- [redacted]

Aside from the early conversion case, I had consistent learning with good case results which led me to have confidence in leading them myself. I will let Joe speak from his experience. The team is now well versed on the device (pending changes) and can talk through the training with a great understanding of it that will only improve as they attend SIV's and begin training physicians at their sites.

The only way I can see people being ready is to have a few cases of consistent and predictable results which will lead to all of us having more confidence and being able to allow them to lead. I think if we have a well-planned limited roll out, we can prioritize people to lead and this would be the order I would go in at this time: Dan, Leah, Jon, Erin.

Thank you,
Shawn

Edwards

**Shawn Lewis, BA, RT(R)**
Manager, Clinical Education, Transcatheter Heart Valves Clinical Affairs
**Edwards Lifesciences Irvine**
Edwards.com | One Edwards Way, Irvine CA 92614
**Mobile:** (214) 907-5316
**Email:shawn_lewis@edwards.com**
Helping patients is our life's work, and *life is now*

**From:** Blessie Concepcion <Blessie_Concepcion@edwards.com>
**Sent:** Friday, August 8, 2025 11:11 PM
**To:** Shawn Lewis <Shawn_Lewis@edwards.com>; Joseph Guerra <Joseph_Guerra@edwards.com>
**Cc:** Hannah Gerondale <Hannah_Gerondale@edwards.com>; Sheri Halverson <Sheri_Halverson@edwards.com>
**Subject:** Resuming enrollment

Hi Shawn and Joe,
Wanted to reach out to you both for ideas on what we can do with our CISs to get them close to becoming independent when we resume trial enrollment? I understand that they would need to have actual clinical on-site support experience to complete their training certification and become independent. [redacted] We would still want to do a slow roll-out in the beginning but as you know as we gain good experience and gain confidence with the device, technique, etc, there's going to be pressure internally and externally to support more cases so thinking ahead of what you think you'll need to get our CISs proficient with the device, training, techniques and ready.

Please think about it and send any ideas you may have on Monday during your flight here to Irvine. We have a meeting with LT, Larry and Dan, on Monday at 2:30pm for a status update on root cause, solutions, and timelines, specifically on how we can accelerate SOJOURN. This is anticipated given the news on Jena this week.
Thank you both and safe travels!
Blessie

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1286

Message

**From:** Jaime Wheeler [Jaime_Wheeler@edwards.com]
**Sent:** 8/11/2025 4:34:44 AM
**To:** Blessie Concepcion [Blessie_Concepcion@edwards.com]
**CC:** Hannah Gerondale [Hannah_Gerondale@edwards.com]
**Subject:** Re: [redacted]

[redacted]

Thank you for the options.

Jaime Wheeler, MBA, CPhT
Senior Vice President
Edwards Lifesciences
Office - 949-250-5093

Get Outlook for iOS

---

**From:** Blessie Concepcion <Blessie_Concepcion@edwards.com>
**Sent:** Sunday, August 10, 2025 9:19:32 PM
**To:** Jaime Wheeler <Jaime_Wheeler@edwards.com>
**Cc:** Hannah Gerondale <Hannah_Gerondale@edwards.com>
**Subject:** [redacted]

FYI – heads up on the options at tomorrow's LT meeting.

[redacted]

[redacted]

[redacted] – [redacted]

- [redacted]
- As Hannah mentioned last week, this option is not likely since the timelines currently overlap with Gen 1.5

[redacted]

Message

| | |
|---|---|
| **From:** | Blessie Concepcion [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=97FEC6AF09AB40C3BA249029F15B52B0-BLESSIE CON] |
| **Sent:** | 2/17/2025 8:53:25 AM |
| **To:** | Amy Simone [Amy_Simone@edwards.com] |
| **CC:** | Sheri Halverson [Sheri_Halverson@edwards.com] |
| **Subject:** | RE: LVAD site question |

Another site for potential consideration:
[redacted]

**From:** Blessie Concepcion
**Sent:** Sunday, February 16, 2025 11:07 PM
**To:** Amy Simone <Amy_Simone@edwards.com>
**Cc:** Sheri Halverson <Sheri_Halverson@edwards.com>
**Subject:** RE: LVAD site question

For Columbia, Piedmont and other centers participating in the JenaValve LVAD registry, we should also ask them how do they plan to enroll patients in both competing trials.
Thanks

Study Chair:Nir Uriel, MD,Columbia University
Principal Investigator:Vinod Thourani, MD,Piedmont Heart
Principal Investigator:Ravi Ramana, MD,advocate christ
Principal Investigator:Gabriel Sayer, MD,Columbia University

**From:** Amy Simone <Amy_Simone@edwards.com>
**Sent:** Thursday, February 6, 2025 8:30 AM
**To:** Blessie Concepcion <Blessie_Concepcion@edwards.com>
**Cc:** Sheri Halverson <Sheri_Halverson@edwards.com>
**Subject:** LVAD site question

Blessie,
Ahead of our LVAD protocol review call tomorrow, I wonder if you would consider increasing the number of LVAD sites from 10 to 15. My rationale is that each site will likely bring only a handful (2-3) patients forward for screening, and the PIs felt to reach an enrollment goal of 30 (previous target) 10 sites was reasonable. However, as we have increased the overall enrollment to 50 subjects, for the trial to finish in a timely fashion, increasing the number of sites to 15 would be an option.

These are my thoughts for sites:

| Number | Site | City | State | PI |
|---|---|---|---|---|
| 1 | University of Chicago | Chicago | IL | Val Jeevanandum |
| 2 | University of California San Franscico | San Francisco | CA | Sammy Elmariah/Richard Cheng |
| 3 | Barnes-Jewish Hospital/Washington University | Saint Louis | MO | Tsuyoshi (Yoshi) Kaneko |
| 4 | Houston Methodist | Houston | TX | Sachen Goel |
| 5 | Vanderbilt University | Nashville | TN | Kashish Goel |
| 6 | Cedars Sinai Medical Center | Los Angeles | CA | Raj Makkar |
| 7 | Columbia University Medical Center | New York City | NY | Susheel Kodali |
| 8 | Henry Ford Hospital | Detroit | MI | Pedro Villablanca |
| 9 | Piedmont Healthcare | Atlanta | GA | Vinod Thourani |

| | | | | |
|---|---|---|---|---|
| 10 | Emory University | Atlanta | GA | Vasilis Babaliaros |
| 11 | Cleveland Clinic | Cleveland | OH | Grant Reed |
| 12 | Ascension St. Thomas | Nashville | TN | Andrew Morse |
| 13 | Atrium Sanger Heart & Vascular | Charlottle | NC | Jonathan Schwartz |
| 14 | University of Washington | Seattle | WA | Jamie McCabe |
| 15 | The Christ Hospital | Cincinnati | OH | Santiago Garcia |

I took demographic distribution into account:




I look forward to your thoughts!
Amy

**Amy E. Simone, PA-C, FACC**
Senior Director, Clinical Affairs | THV
Edwards Lifesciences
**Email:** Amy_Simone@edwards.com
**Mobile:** 1+ (770) 378-3026
**Remote Office:** Atlanta, GA