# PX1300- PX1390

(see exhibit stamps bottom right corner)

PX1300 (Pgs. 2-3)
PX1302 (Pgs. 4-44)
PX1302 (Pgs. 45-99)
PX1311 (Pgs. 100-105)
PX1355 (Pgs. 106-108)
PX1280 (Pgs. 109-123)
PX1390 (Pgs. 124-133)

Message

**From:** Ken Spaar [Ken_Spaar@edwards.com]
**Sent:** 1/13/2025 4:43:13 PM
**To:** Andrew Walls [Andrew_Walls@Edwards.com]
**Subject:** Re: JC Medical for THV Strat 2025

understood!

---

**From:** Andrew Walls <Andrew_Walls@Edwards.com>
**Sent:** Friday, January 10, 2025 11:39 PM
**To:** Ken Spaar <Ken_Spaar@edwards.com>; Jonathan Ong <Jonathan_Ong@edwards.com>; Jonathan Lee <Jonathan_Lee@edwards.com>
**Subject:** Re: JC Medical for THV Strat 2025

Thanks Ken!

FYI moving forward, let's don't write anything about JV down, as it can get subpoenaed 😄 nothing juicy in your notes, just a good practice

Sincerely,
Andrew

---

**From:** Ken Spaar <Ken_Spaar@edwards.com>
**Sent:** Friday, January 10, 2025 12:07:00 PM
**To:** Andrew Walls <Andrew_Walls@Edwards.com>; Jonathan Ong <Jonathan_Ong@edwards.com>; Jonathan Lee <Jonathan_Lee@edwards.com>
**Subject:** Re: JC Medical for THV Strat 2025

Hello,

Thank you for joining today's call, below are my notes:

1.1 clinical distribution moving/moved to EW - built by China
1.5 - EW will make Gen 1.5 ([redacted]) mid-2026
- [redacted] units of 1.5 at the end of clinical in mid/late 2026

1.5 PMA approval assumption 2028 - assume [redacted] units per year
- [redacted]
- assume [redacted] units of one AR platform in 2027 or 2028 on ([redacted] month)

There will be a Gen 2 JC Medical - timing unknown (Willy Du Gen 2 engineer lead)

If Jenavalve acquisition is approved - Jena will come before JCM Gen 2
If not approved, JCM Gen 2 will come before Jena

Jena already has EU commercial so should be prioritized
Targeting Dec 2025 US PMA submission
- 2H 2026 to early 2027 US launch

THV won't want a JCM Gen 2 launching in 2028 if we have Jena 2027
EW Gen 2 AR will combine best of Jena and JCM tech

If Jena is acquired maybe [redacted]
If commercial in US comes out of [redacted]
Assume accessory hours for AR is similar to AS (crimper, funnel etc)

- [redacted]

Heavy on Gen 1.1 inventory in case China can't give us valves after CNA commercialization (won't send valves to US)
Also heavy in case Gen 1.5 gets delayed

Actions: Andrew will reach out to see if any other assumptions exist at this time

Thank you,

Ken

---

**From:** Ken Spaar
**Sent:** Tuesday, January 7, 2025 2:28 PM
**To:** Andrew Walls <Andrew_Walls@Edwards.com>; Jonathan Ong <Jonathan_Ong@edwards.com>; Jonathan Lee <Jonathan_Lee@edwards.com>
**Cc:** VC Andrew Walls <VC_Andrew_Walls@edwards.com>
**Subject:** JC Medical for THV Strat 2025
**When:** Friday, January 10, 2025 10:30 AM-11:00 AM.
**Where:** Microsoft Teams Meeting

Hello Andrew,

We are beginning our annual Strat process for 2025-2031.
I wanted to spend some time with your to talk about the long term plans for JC medical and how it rolls up into THV.

Thank you,

Ken

---

**Microsoft Teams** Need help?

**Join the meeting now**

Meeting ID: 248 034 255 061

Passcode: rn2YV62o

---

**Dial in by phone**

+1 213-493-5920,,933740342# United States, Los Angeles

(877) 568-5175,,933740342# United States (Toll-free)

Find a local number

Phone conference ID: 933 740 342#

For organizers: Meeting options | Reset dial-in PIN

---

# Document Produced in Native

# GSCQ Acquisitions and Integration Alignment

October 4, 2024

Edwards



CONFIDENTIAL TREATMENT REQUESTED

# Meeting Agenda

- JC Medical update (Andrew)
  - Burlingame and clinical inventory strategy
  - IPS and tech transfer planning session
  - Status of team formation
- Endotronix (Nate)
  - Visit re-cap and Irvine visit in November
- Jenavalve update (Rob)
- Innovalve update (Nathan)
- 2025 Draft GSC Integration KODs
- Open Items
  - Financial alignment and approach to inventory (Roy)
  - GSC Town Hall and communications plans
  - Discuss any open items for follow-up

# JC Medical (JCM) Integration

Andrew Walls

Edwards




**CMO Manufacturing & First 10 clinical cases**
December 2024

**Distribute Clinical Inventory out of Irvine –**
November 30th 2024
Who from EW Irvine runs CMO Manufacturing & Clinical Trial 2025 – 2026

6

Edwards Lifesciences

# JC Medical Update

CURRENT STATE
1. JCM's products are manufactured by Genesis Medtech, CMO in China
2. It is contracted to supply units to Edwards for the Pivotal Clinical trial.
3. No design changes will be implemented in China.

INTEGRATION SCOPE
1. Clinical Trial Management
    - Integrate distribution into Edwards Irvine [redacted]
    - Quality plan to leverage JCM systems
2. Tech Transfers for Valves and Delivery Systems / Accessories for **R&D use**
    - Purchasing all components from the CMO via an updated Supplier Agreement

OUT OF SCOPE
1. GEN 1.5
    - Process changes or improvements not related to safety or compliance
    - Supplier Management, [redacted]
    - Tissue Processing, Sterilization & Validation
    - Clinical and Commercial product

5

*

Edwards Lifesciences

# Progress and next steps

## Clinical Trial Management out of Burlingame

- Action items from clinical audit addressed
- SOP & forms implemented
- Costing and tax aligned with finance
- First units shipped October 14th

**Next steps:**
- Set up Burlingame to ship to [redacted] for [redacted]
- Demand increased by [redacted]% to [redacted] [redacted].

## Clinical Trial Management out of EW IRV

- EW will be JCM's Distributor for Clinical Product, this allows us to leverage EW systems and shipping network
- YE move communicated to JCM staff. Supportive.
- Kicked off EW team for the distribution setup.

**Next steps:**
- EW distribution setup within JDE and EPAC

## Tech Transfer by Q2 '25

- OPEX/CAPEX required was added to NPD Budgets
- Transfer team structure defined and Project Charters drafted

**Next steps:**
- Assign resources
- IPS in Nov for the Valve & DS transfers
- Supplier Agreement with Genesis to purchase components

Edwards Lifesciences

# 2025 Draft KODs related to GSC Integrations

- JC Medical: Ensure inventory and logistics in place to support clinical trial and complete tech transfer to Irvine Pilot by xx
- Innovalve: Ensure inventory and logistics in place to support clinical trial and complete tech transfer to Irvine Pilot by xx
- *Nothing planned for Endotronix*

Edwards

Helping Patients is Our Life's Work, and *life is now*

Edwards Lifesciences

# Supplier Management (Gen 1.5)




- [redacted] Components
- [redacted] Suppliers
- [redacted] New Suppliers

| Location | # Suppliers |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

- CMO owns the molds
- Create [redacted] new molds
- Assess if machine parts should be converted to molds [redacted]

- Component Drawings Updated
- Inspection Plans
- Fixture Development
- SWV & Routines for Inspection
- TMV's





CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# Big Risks

- [redacted]
  - Legal involvement [redacted]
  - Build in Irvine = DV, sterilization Validation, component supply
- R&D is not ready for Gen 1.5 launch in mid-2026, [redacted]
  - Bridge inventory for CAP units

Edwards Lifesciences

# Endotronix - Integration Update

**GSC Lead: Nate Arnim**
**Quality Lead: TBD**

## Business Strategy Update

- Focus on increasing US accounts for Cordella system
- Limited integrations short-term ('25), will operate as stand-alone company unless significant gaps identified

## Integration Guiding Principles

1. Operate as standalone subsidiary and P&L
2. Evaluating opportunities where EW can enable, accelerate or improve issues affecting Endotronix
3. Need to establish operational and quality reporting oversight

| Integration or Operational Next Steps | Date |
| --- | --- |
| ▪ Visit to Naperville facility (Nate, Rob, Griffin); provided overview of GSC and Quality, discussed key opportunities to collaborate, major risks, communication needs from EW or Endotronix operations team | Oct 3 |
| ▪ Targeted follow-up meetings on opportunities where EW can assist Endotronix: Includes Delivery System 'should-cost' modeling; training collaboration; distribution rate sharing (all owned by Griffin) | Irvine visit Nov 18 week |
| ▪ Finalize Operations Leader and Quality Leader | Q4 |

Internal use only

Edwards Lifesciences

# Endotronix - Integration Approach

- Edwards Operations leader in place at Naperville site to provide operational oversight and drive identified areas of integration
- Limited active integration planned for 2025, but several synergies should be driven (e.g., sterilization strategy, distribution optimization, supplier issues, vertical integration opportunities)
- Quality Agreement being written to allow for Endotronix to operate independently but also have ability to use Edwards' processes as needed (written by Sherri Robbins)
- Critical Edwards QMS procedures will be embedded in Endotronix system
- Gary will be Quality point person for Endotronix until Quality and Regulatory functions are split (H2 2025); dedicated Quality leader would then be recruited on-site

Edwards Lifesciences

# Integration Alignment Topics

- What communications are required for recently identified Integration and/or GSC and Quality point-persons? How do we want to use Global Town Halls to update the organizations on where things are?
- How are we handling reporting for recently acquired GSC and Quality employees?
  1) Reporting to Integration leader? GSC and Quality in-scope. Need to map this plan over time for different phases of integration (aligned to critical milestones)
  2) Are employee costs part of acquired business cost structure?
  3) Which Edwards talent and other processes will they be a part of (e.g., PMO goal setting, TDR, town halls)?
  4) How are job openings at companies going to be handled? In EW system?
  5) How are we handling incremental HC to support integration including tech transfers?
- Will inventory be managed as part of GSC and Quality targets or managed separately? Endo independently; JC Medical questions
- How is clinical inventory being handled? Which location for each company? Which function is managing it? Any connections to EW systems (e.g., managed out of JDE, labeling)? Approach for Burlingame to be defined
- Unique challenges for managing travel (e.g., Israel, costs to China) are similar to what we experienced during COVID. What are the guidelines for when people absolutely must travel? Where can we leverage virtual training or other processes to help? Develop this centrally….common approach for teams to use, can we leverage local teams for some topics, travel guidelines both ways

Edwards Lifesciences

# Integration Activities – What it Is and Isn't

## Is Integration

- Operating model and org design to integrate into our supply chain
- Areas needed to address major due diligence risks, close gaps in functional strategies, processes or systems required for integration into EW
- Vertical integration decisions
- Mfg network decisions including any site exit decisions or timing
- Facilities plan

## Is Not Integration

- Pilot transfer timing and scope
- Tech transfer into Pilot
- Supply chain improvements needed for incorporation into next gen platforms
- Sustaining operations (3rd column); Day-to-day operations performance?

Edwards Lifesciences

# 2025 Working List of Integration Needs (Pool Finalization)

| Priority | Business | Integration Project | $'M (25) | Business Benefits |
|---|---|---|---|---|
| | JenaValve | [redacted] and due diligence gaps; this will likely use most of investment | [redacted] | |
| | InnoValve | All costs part of BU; Integration resource costs | [redacted] | |
| | Endotronix | Nothing planned | | |
| | JC Medical | All costs part of BU | | |
| | | **Integration Leader** | [redacted] | |
| | | | | |
| | | | | |

15

# Next Steps

- Finalize communication plans for Operations and/or Integration leadership for Oct 24 Town Hall – Nate / Nathan
- Overall financial management Roy/Andy Dahl – Nate to coordinate
- Finalize 2025 integration needs for [redacted] pool – Complete
- Map out plans – Rob / Wei
- Additional governance meetings through '24:
  - Oct 18 10am
  - Oct 31 1pm
  - Nov 18 2pm
  - Dec 2 8am
  - Dec 17 9am

Edwards Lifesciences

# Integration Principles and Integration Leader Focus

**Key principles:**

- Integration strategy will vary for each acquisition to maximize growth potential
- Targeted integration by EW on day 1 but will fully integrate over Strat Plan with minimal disruptions to business strategy
- Leverage existing manufacturing networks where technologies are similar, and expand where appropriate




| | Near-Term | Integration Lead Focus (next 6-12 months) |
|---|---|---|
| **Endotronix** *Implantable Sensor* | ▪ Operate in place in Illinois site as standalone | ▪ Oversight of operational and quality performance<br>▪ Address major due diligence gaps and risks as needed<br>▪ Prioritization of investments required for integration |
| **Innovalve** *Mitral Replacement* | ▪ Continue in Israel through EFS; exit upon completion of EFS or trial decision (12-18 months) | ▪ Oversight of operational and quality performance<br>▪ Address major due diligence gaps and risks as needed<br>▪ Prioritization of investments required for integration<br>▪ Tech transfer plans to transition to Irvine Pilot<br>▪ Define "hand-off" criteria from Integration to GSCQ networks and functions |
| **JenaValve** *Aortic Regurgitation* | ▪ Continue in Irvine and Leeds for current commercial design (18 months) | |
| **JC Medical** *Aortic Regurgitation* | ▪ Continue at CMO in China for initial builds pending trial decision | |

17



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10927513.pptx

PX1302-018

Edwards Lifesciences

# JC Medical













CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10927513.pptx

PX1302-019

Edwards Lifesciences

# JC Medical - Integration Update

**GSC Lead: Andrew Walls**
**Quality Lead: Joel DiFonzo**

**Business Strategy Update**

- Genesis Medtech is manufacturing all Clinical Valves, Delivery Systems and Accessories out of their Suzhou, China facility. They are contractually signed up to support the Pivotal Trial builds (est [redacted] units per month)
- US Commercial product must be manufactured outside of China for J-Valve and delivery system

**Integration Guiding Principles**

1. No introduction of changes or IP into China - NPD will manage downstream changes once transferred to Irvine
2. Minimize R&D changes to high-risk due diligence findings only
3. US Clinical units initially supplied out of CMO in China, will convert to Edwards manufactured units if R&D changes are ready within the window of the clinical trial.

| Integration or Operational Next Steps | Date |
|---|---|
| ▪ Continued clinical supply management through CMO for clinical trials with no safety or compliance gaps<br>▪ Product release, inventory management assessment for start of CT<br>▪ Long term clinical supply management/storage locations (Irvine or Burlingame) | Q1 2025 |
| ▪ Complete Tech transfer to Irvine Pilot (Valves, Delivery System, Accessories) for building Clinical/CAP units of the Gen 1.5 device.<br>▪ Install production lines in Irvine Pilot w/X-released DMR<br>▪ Successful handoff of tech transfer to NPD & Pilot to allow for Commercial<br>▪ Design intent translation documentation and transfer | Q3 2025 |
| ▪ Develop and implement an Irvine-managed procurement strategy for Human Use builds<br>▪ Source components from Genesis, assessment for existing/alternate suppliers<br>▪ Receiving Inspection pathway identified and executed | Q3 2025 |
| ▪ Exit contract manufacturing in China – Irvine able to build and release FHU product, for a **Gen 1.5**<br>*Current Contract with CMO for providing clinical unit ends July 2026<br>*Q2 2026 Date Dependent on when R&D is ready to begin the DV | Q2 2026 |

Internal use only

Edwards Lifesciences

# JC Medical - Key Strategic Questions or Issues to Resolve

| | Strategic Questions / Issues to Resolve | 2025 Integration Focus |
|---|---|---|
| Sourcing | ▪ Can we purchase components for R&D/Feasibility and Clinical use from the existing CMO<br>▪ Robustness of existing supply base to ramp both Genesis and Edwards<br>▪ Strategy for [redacted]<br>▪ Category strategy approach | ▪ Supplier agreement in place with CMO for components<br>▪ Broader supplier integration strategy defined and being executed |
| Manufacturing | ▪ What processes do we transfer as-is, vs what processes do we need to change in order to ensure reliability & repeatability (or leverage existing EW processes – ie [redacted]) | ▪ Tech Transfer<br>▪ Line setup and install<br>▪ Training<br>▪ DHR Creation<br>▪ Sterilization |
| Quality | ▪ Quality plan to allow alternate QMS | ▪ Tech Transfer<br>▪ CTQ/CCP identification and mapping<br>▪ Receiving Inspection |





CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10927513.pptx

PX1302-021

Edwards Lifesciences

# JC Medical - Key Strategic Questions or Issues to Resolve

| | Strategic Questions / Issues to Resolve | 2025 Integration Focus |
|---|---|---|
| Distribution | ▪ Who owns and manages clinical inventory? | ▪ Manage clinical inventory out of the Burlingame facility [redacted]<br>▪ [redacted] |
| Portfolio / R&D | ▪ What is the strategy for Tech Transfer?<br>▪ What R&D changes are required before Irvine Clinical builds start (Gen 1.5)?<br>▪ How much development time is needed by R&D until they are ready for DV's. This will pace requirement date for having lines installed. | ▪ [redacted] to DS<br>▪ Convert to Edwards [redacted] |
| General | ▪ Resourcing needs – GSC funded vs BU funded | |

21




When [redacted]
When move Clinical Inventory mgmt. to Edwards? – ordering, through customs, receipt, shipment to hospitals, returns

Edwards Lifesciences

# Manufacturing Summary by Model

**Valve**
- COGS: $[redacted], $[redacted] RM
- [redacted] hrs labor
- Yield: ~[redacted]%,
  [redacted]% sewing x Leak Test% ([redacted]%)

- > from raw tissue delivery to delivered valve, ~[redacted] weeks.
- > max valve delivery rate is ~[redacted] units per week.

- Tech Transfer to Irvine Pilot

**Delivery System**
- COGS: $[redacted], $[redacted] RM
- [redacted] hrs labor
- Yield: ~[redacted]%*

- > from order to delivery on delivery system, ~[redacted] weeks.
- > build rate on delivery systems ~[redacted] units per week.

- Tech Transfer to Irvine Pilot

**Accessories – Crimper & Load Assists**
- Costed w/DS








23

Edwards Lifesciences

# Brain Dump

- JC Medical
  - Budget
    - Currently one-off
    - GSC offers HC, but funded thru BU NPD
    - Groups
      - NPD
      - Pilot
      - SDE
      - Acquired resources
      - Shared groups asks?
  - Shut down of CMO contracts
- Resource needs to support tech transfers
- Targeted integration milestones
- Walls vs Caleb?

- Jena
  - Ongoing costs and GSC due to commercialization
- Integrations
  - Parallel path suppliers
  - Ongoing supply for clinical
  - Ongoing commercial supply
  - Facility/production shutdown
  - Clinical ramp up
  - Legal entity/labeling change
  - Facility and construction plans
- Jena/JC
  - Overlap to ramp down Jena to ramp up JC
  - Business processes
  - Long term quality plan

Edwards Lifesciences

# Role Alignment within GSC and Quality Integrations




| | Ops Oversight | Integration Needs ('25) | BU SVP (GSC & Quality) | WWE w/GSC Strategy |
|---|---|---|---|---|
| **Endotronix** *Implantable Sensor* | TBD / TBD | TBD / TBD | ▪ **Single interface for BU**<br>▪ Develops **supply chain strategy for pre-commercialization** (e.g., clinical supply, timing of transfers to Pilot)<br>▪ Convey **BU inputs** for integration (QMS approach, changes during tech transfer) | ▪ Accountable for **integration of business** into GSC and Quality, including prioritization and resources to support<br>▪ Alignment of **BU strategy and GSC Strategy** for commercialization (e.g., make vs. buy, site selection, site exits or expansions) |
| **Innovalve** *Mitral Replacement* | TBD / TBD | TBD / TBD | | |
| **JenaValve** *Aortic Regurgitation* | Walls / DiFonzo | Walls / DiFonzo | | |
| **JC Medical** *Aortic Regurgitation* | Walls / DiFonzo | Walls / DiFonzo | | |

Internal use only



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10927513.pptx

PX1302-026

Edwards Lifesciences

# Endotronix - Key Strategic Questions or Issues to Resolve

| | Strategic Questions | Issues to Resolve |
|---|---|---|
| Sourcing | ▪ Are there common suppliers across our organizations or topics that could be assisted with EW's support? | |
| Manufacturing | ▪ Are there opportunities to improve Delivery System capability and cost through vertical integration?<br>▪ What is preferred sterilization option? | ▪ Operations leadership and what oversight is required; what escalation or extent of governance is needed? |
| Quality | | ▪ Quality oversight required; what escalation or extent of governance is needed? |
| Distribution | ▪ What are plans for [redacted]<br>▪ What opportunities exist to leverage EW shipping rates? | |
| Portfolio / R&D | | |
| General | | |

26



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# Commercial Strategy Brief

| Technology Description | Stage | Product |
|---|---|---|
| **JC Medical (*parent Genesis Medical*) Implant and Delivery System** | Phase 3 – US Pivotal Trial pending start | J-valve TAVR system (Valve: 22, 25, 28, 31, 34 mm, DS: 18, 21 Fr) |

## Commercial Strategy

DS: Transfer to Pilot
Valve: Transfer to Pilot

[redacted] Design updates before commercialization:
[redacted]
Manufactured outside of China

## Projected Timeline to Commercial

Build clinical trial volumes out of Suzhou facility in 2024 and 2025 [redacted] to [redacted] per month)
Set up duplicate lines in Irvine Pilot
Make design updates to Valve and DS in pilot in 2025
FDA submission by Q* 202*, seeking approval Q* 202* (* per month)
EU submission by Q* 202*, seeking approval Q* 202* (* per month)

Edwards Lifesciences

Draft Template

# Endotronix (example) - Operations and Integration Executive Summary

- TBD

CONFIDENTIAL

Edwards Lifesciences

# JC Medical - Manufacturing Summary

**Valve**
- COGS: $[redacted], $[redacted]RM
- [redacted]hrs labor
- Yield: ~[redacted]%,
  [redacted]% sewing x Leak Test% ([redacted]%)

- > from raw tissue delivery to delivered valve, ~[redacted] weeks.
- > max valve delivery rate is ~[redacted] units per week.

- Tech Transfer to Irvine Pilot

**Delivery System**
- COGS: $[redacted], $[redacted] RM
- [redacted]hrs labor
- Yield: ~[redacted]%

- > from order to delivery on delivery system, ~[redacted]weeks.
- > build rate on delivery systems ~[redacted] units per week.

- Tech Transfer to Irvine Pilot

**Accessories – Crimper & Load Assists**
- Costed w/DS












CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10927513.pptx

PX1302-030

Edwards Lifesciences

# Integration Planning

For each acquisitions…key questions or issues by area (e.q., General, Quality, GPS&L, Manufacturing)
Open items….
Clinical inventory management – who owns it and manages?
Assess what GSC's role needs to be in integration…use playbook as sounding board
Short-term value-add opportunities for EW and company

Edwards Lifesciences

# Overall Integration Priorities | GSC and Quality

Draft Template

| Priority | Project / Initiative | Category | BU | Status | Comments / Rationale |
|---|---|---|---|---|---|
| 1 | TBD | Business Continuity | Endotronix | [redacted] | TBD |
| 2 | TBD | Digital | JenaValve | | TBD |
| 3 | TBD | Digital | Endotronix | | TBD |
| 4 | TBD | Quality Systems | JC Medical | | TBD |
| 5 | TBD | Quality Systems | JenaValve | | TBD |
| 6 | TBD | Quality Systems | Endotronix | | TBD |
| 7 | TBD | Digital | JC Medical | | TBD |
| 8 | TBD | Supplier | InnoValve | | TBD |



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10927513.pptx

PX1302-032

Edwards Lifesciences

Draft Template

# Overall Integration Timeline | GSC and Quality




CONFIDENTIAL



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10927513.pptx

PX1302-033

Impacted BU: THV

Edwards Lifesciences

# Project Charter: JC Medical Integration

| Project Lead/HWTL | PROJECT MANAGER | SPONSOR | TOTAL OPEX | TOTAL CAPEX | EST. SAVINGS | PROJECT FUNDED |
|---|---|---|---|---|---|---|
| Andrew Walls | * | Nathan Arnim | $K | $k | €N/A | YES |

## Overview

There is a need to exit the contract manufacturer in China to enable future PMA submissions for the J-Valve. We also need to ensure the continued clinical supply management while we are at the CMO (until commercial launch, date TBD)

## OBJECTIVES & BENEFITS

Install production lines in Irvine to accelerate our ability to develop future generations of AR devices, and to protect future IP. Also will maximize speed to market for future generations.

## SUCCESS CRITERIA

- Installed production lines capable of producing product for R&D use
- Sufficient supply chain controls to secure (Plan, Source, Make, Deliver)

## HIGH LEVEL SCOPE – IN SCOPE

- Secure continued clinical supply management through CMO for clinical trials (est Q4 2025)
- Transfer of existing Gen 1.0 lines into Irvine (Valves, Delivery Systems and Accessories) and set up lines for R&D builds.
- Documented design intent
- Develop and implement an Irvine managed procurement strategy to allow for R&D builds
- Strategy for exiting contract manufacturing in China

## HIGH LEVEL SCOPE – OUT OF SCOPE

- Process changes or improvements not related to safety or compliance
- Sterilization site/chamber validation
- [redacted]
- [redacted]
- Clinical product and Commercial product – lines will not be validated for human use (provided CMO can maintain supporting the Clinical Trial)
- [redacted]
- [redacted]

## Considerations/Assumptions

- Replicate as-is into Pilot, X release version
- Lines will NOT be validated for human use as part of the transfer, provided CMO can maintain supporting the Clinical Trial.
- Sourcing components from Genesis and existing suppliers
  - Assessment of molding may be in scope as a parallel activity
  - Leaflets purchased from Genesis in the short term
- RI to be completed at CMO if we are purchasing materials directly from them. If purchasing from suppliers, then RI to be performed in Irvine
- Cleaning to be completed in Irvine

Edwards Lifesciences

# JC Medical GSC Integration Program

***Mission***: Ensure the continued clinical supply management by CMO for clinical trials, Complete a Tech transfer to Irvine Pilot (Valves, Delivery System, Accessories), Develop and implement an Irvine managed procurement strategy.

***Lead***: Andrew Walls

- Oversee and provide direction to each work-stream lead.
- Manage overall program status, providing periodic executive updates.
- Serve within Integration Mgmt. Office (IMO) to make integration related decisions.
- Consult with executive management as required.

***Program Governance:***

- ELT Steering Committee: Monthly
- GSC/QA Leader Review: Before each steering committee
- ELT Sponsor Meeting: *
- THVLT Sponsor Meeting: *
- IMO Meetings: 2/week
- Functional Lead Meetings: Weekly
- GSC Work streams: Weekly w/ Monthly Scorecard

## CMO Manufacturing

**Lead:** Andrew W.

**Responsibility:**

- Ensure clinical supply management through CMO for clinical trials

**Deliverables:**

- Verify an existing secure Supply Chain (Plan, Source, Make, Deliver), with no safety / compliance gaps
- Determine long term clinical supply management/storage locations (Irvine or Burlingame)
- Onsite Audit
- Delivery to build plans / Metric reporting

## Tech Transfer to Irvine

**Lead:** Andrew W.

**Responsibility:**

- Execute manufacturing transfer from CMO to Edwards

**Deliverables:**

- Purchase Equipment/Installation of production lines in Irvine Pilot
- Training of operators
- X-release DMR
- Design intent translation documentation and transfer

## Long Term Supply Chain Stability

**Lead:** Andrew W.

**Responsibility:**

- Develop and implement an Irvine managed procurement strategy

**Deliverables:**

- Component Sourcing Strategy
- Define initial inventory & ongoing forecast required in support of manufacturing transfer & site closure
- Outline plan / source pathway for Commercial builds – such as supplier onboarding, inventory transfer, warehousing, assess molding, Tissue Processing, etc



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# Governance




| GSC & Quality Integrations SteerCo | |
|---|---|
| **SteerCo Members:**<br><br>Joe, Joe's Direct Staff + Integration Leads | **Portfolio progress, operational issues, decisions needed**<br>▪ Operational issues requiring escalation<br>▪ Status and scope for R&D-portfolio supply chain, clinical trial status, etc.<br><br>**Integration status and strategic decisions needed**<br>▪ Pilot transfer timing and scope<br>▪ Strat Plan and AOP considerations<br>▪ Overall sequencing of transfers into Pilot<br>▪ Vertical integration decisions<br>▪ Mfg network decisions including any site exit decisions or timing<br>▪ Prioritization across all integration investments<br>▪ Systems and/or other functional strategies needed for integration (e.g., ERP, Distribution network)<br>▪ Risk or issue escalation related to integration |

**GSC Integration Lead and Quality Integration Lead:**

- Responsible for an integration's plan and execution (e.g. address due diligence risks, tech transfer, capability integration)
- Leads GSC and Quality resources supporting integration for that business
- May be asked to oversee company's Ops and/or Quality performance (separate role may exist for this)
- May or may not be a dedicated role
- Separate leads for GSC and Quality
- Report through SVP with governance by WWE w/GSC Strategy

Edwards Lifesciences

# Role Alignment within GSC and Quality Integrations




| | Ops Oversight | Integration Needs ('25) | BU SVP (GSC & Quality) | WWE w/GSC Strategy |
|---|---|---|---|---|
| **Endotronix** *Implantable Sensor* | TBD / TBD | TBD / TBD | ▪ **Single interface for BU**<br>▪ Develops **supply chain strategy for pre-commercialization** (e.g., clinical supply, timing of transfers to Pilot)<br>▪ Convey **BU inputs** for integration (QMS approach, changes during tech transfer) | ▪ Accountable for **integration of business** into GSC and Quality, including prioritization and resources to support<br>▪ Alignment of **BU strategy and GSC Strategy** for commercialization (e.g., make vs. buy, site selection, site exits or expansions) |
| **Innovalve** *Mitral Replacement* | TBD / TBD | TBD / TBD | | |
| **JenaValve** *Aortic Regurgitation* | Walls / DiFonzo | Walls / DiFonzo | | |
| **JC Medical** *Aortic Regurgitation* | Walls / DiFonzo | Walls / DiFonzo | | |

Internal use only

Integration **leader identification** based on commercial strategy needs



CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10927513.pptx

PX1302-037

Edwards Lifesciences

# GSC & Quality Integration Leads



Edwards Lifesciences

GSC & Quality

# GSC and Quality Due Diligence Summary

Integration Risk

**Core Assumptions / Findings**

Current Headcount: 15 + 2 consultants
Integration Cost (Expense): $***M for Tech Transfer to Irvine Pilot
Capital Equipment: $***k for Tech Transfer to Irvine Pilot

1. **Production managed at a CMO (Suzhou Jiecheng) in Suzhou, China,** capable for supplying US Pivotal Units
2. Tech Transfer to Irvine and Integration into Edwards Quality System by Commercial Launch
3. Robust supply chain (US based), managed by CMO
4. Highly manual and unvalidated processes
5. Specifications are in some cases may be under defined
6. Single point process control with inspection used to define quality
7. Alternate fixation process for valve
8. Number of components is lower than other similar devices
9. Key component manufacturing done at reputable suppliers

**Risks**

1. Manual processing needs mistake-proofing / process development for scaling
2. SA's for components either with 1) CMO, 2) existing suppliers or 3) qualify new suppliers
3. Back-table device prep not scalable – R&D solution required
4. Alternate [redacted]
5. Raw material supply base sustainability (EOL, New Suppliers, Contracts)
6. Need to validate [redacted] currently requires use of [redacted]
7. DV sampling rationale needs to be more stratified by risk (FDA feedback)
8. CCP mapping required, with re-assessment of TMV status on process controls

**Key Questions**

1. What is the strategy for Tech Transfer?
2. What R&D changes are required before commercialization?

Edwards Lifesciences

# JC Medical - Executive Summary

**Strategy:**

- US Commercial product must be manufactured outside of China for J-Valve and delivery system

**Current Situation:**

- Currently Genesis Medtech is manufacturing all Clinical Valves, Delivery Systems and Accessories out of their Suzhou, China facility. They are contractually signed up to support the Pivotal Trial builds ([redacted] units per month).
- To receive US Commercial approval, manufacturing must be transferred out of China

**Guiding Principles**

- No introduction of changes or IP into China - NPD will manage downstream changes once transferred to Irvine
- Minimize changes to high risk due diligence findings only
- Complete US Pivotal out of China

**Proposal:**

- Continued clinical supply management through CMO for clinical trials (est Q4 2025)
    - Ensure an existing secure Supply Chain (Plan, Source, Make, Deliver), with no safety / compliance gaps
    - Product release, inventory management
    - Long term clinical supply management/storage locations (Irvine or Burlingame)
- Complete a Tech transfer to Irvine Pilot (Valves, Delivery System, Accessories) to facilitate future generation R&D builds and secure knowledge transfer.
    - Installation of production lines in Irvine Pilot
    - X-released DMR
    - Successful handoff of tech transfer to NPD & Pilot
    - Design intent translation documentation and transfer
- Develop and implement an Irvine managed procurement strategy to allow for R&D builds, with a pathway to Human Use
    - Source components from Genesis and/or existing/alternate suppliers
    - Clear plan / source workstreams – such as supplier onboarding, inventory transfer, warehousing, assess molding, Tissue Processing, etc
- Exit contract manufacturing in China – Irvine able to build and release FHU product, for a **future generation device** – Q* 202*

**Need to confirm volumes align with strat**



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10927513.pptx

PX1302-040

Edwards Lifesciences

# Integration Update – JC Medical

GSC Lead: Andrew Walls
Quality Lead: Joel DiFonzo

## Business Strategy Update

- US Commercial product must be manufactured outside of China for J-Valve and delivery system
- Currently Genesis Medtech is manufacturing all Clinical Valves, Delivery Systems and Accessories out of their Suzhou, China facility. They are contractually signed up to support the Pivotal Trial builds [redacted] units per month).

## Guiding Principles

- No introduction of changes or IP into China - NPD will manage downstream changes once transferred to Irvine
- Minimize changes to high risk due diligence findings only
- Complete US Pivotal out of China

## Operational Status

- No introduction of changes or IP into China - NPD will manage downstream changes once transferred to Irvine
- Minimize changes to high

| Integration or Operational Next Steps | Date |
|---|---|
| ▪ Continued clinical supply management through CMO for clinical trials (est Q4 2025)<br>  ▪ Ensure an existing secure Supply Chain (Plan, Source, Make, Deliver), with no safety / compliance gaps<br>  ▪ Product release, inventory management<br>  ▪ Long term clinical supply management/storage locations (Irvine or Burlingame)<br>▪ Complete a Tech transfer to Irvine Pilot (Valves, Delivery System, Accessories) to facilitate future generation R&D builds and secure knowledge transfer.<br>  ▪ Installation of production lines in Irvine Pilot<br>  ▪ X-released DMR<br>  ▪ Successful handoff of tech transfer to NPD & Pilot | |

Internal use only

Message

**From**: Andrew Walls [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30D2363B388043F297FB415DC2641A6E-ANDREW WALL]
**Sent**: 4/23/2025 2:58:13 PM
**To**: Nathan Arnim [Nathan_Arnim@edwards.com]
**Attachments**: Integrations Department Strat 26 to 31 - Methodology.pptx; JenaValve - Integration Planning_Andrew Walls.pptx; 250421_Proposed Integrations Costs - JenaValve.xlsx

Jenavalve specific is longer

Strat has summary for JV activities slides 7-10

And for fun the spreadsheet you hate 😉

Edwards
**Andrew Walls**
Vice President, GSC Integrations
**Edwards Lifesciences**
One Edwards Way, Irvine CA 92614
**Mobile:** (949) 554-9941
**Email: andrew_walls@edwards.com**

# Document Produced in Native Format

# Integration Planning 2026 to 2031

By Andrew Walls

April 2025

Edwards

# Envision story for Joe by slide → create

1. Specific Integrations we are looking at and basing assumptions around
   - 1 slide per integration
2. Strat Assumptions & business strategy
   - High Level integration team activities
3. Show $'s for next 7 years
4. List of Menu Items that can be added/removed

# HC

# One slide around business strategy

- 10 slides or less = summaries, not details
- Integrations Strategy
  - Key areas of focus for yr 1 and yr 2
  - Match HC / Team to the finances
- Business Assessment and why put $ where
- Key open questions
- IT long term
- Assume all things pan out, what is total cost

- How do we prepare Joe with actual costs per the business strategies they are selecting

Edwards Lifesciences

# Business assumptions and GSCQ integration strategies inform org model

**Business Assumptions**

- Product dev roadmap
- EW business strategy and org model (legal entity, P&L),
- EW RA strategy
- Market demand, etc.

**GSCQ Integration Strategy**

- MFG network & capacity
- QMS
- Suppliers
- Distribution
- Finances, etc.

**GSCQ Org Model:**

Single leader vs. incorporating into EW org

**Functional governance:**

Stand alone vs. Leverage EW

Vs. integrate with EW

# General Capacity / Yield Assessment Activities

- How improve yields
  - Assess Rework Processes
- Reduce assembly time
  - TOPP
- Assess Sterilization capacity / capabilities
- Vendor Performance Review
- Assume functional distribution department

- Manufacturing Locations
  - Operate in place

# 2026 Strategy: Assume deal with JV closes

- Portfolio: EU commercial volume active for all of 2026, US commercial approval expected Q4 2026
- Goal of Integrations Team: Ensure an existing secure Supply Chain (Plan, Source, Make, Deliver), with no safety / compliance gaps
- Manufacturing Locations
  - DS: Continue manufacturing at Irvine JV Facility
  - Valves: Continue manufacturing at Leeds, UK and Irvine facilities
- Assumption - existing P&L is sufficient to support the business

Edwards Lifesciences

# 2026 Strategy: Secure Operations, Capacity & Distribution for JV

- Volume: Understand need and execute to [redacted] (Valves, DS, Sheath)
- Component supply
  - Supplier Development / Alternate Suppliers activities to enable capacity increases
  - Example - Tissue procurement specification alignment, internal & at harvester to [redacted]
  - [redacted] potentially needed after Yield activities are completed. Start Yr 1 Q3
- Validate additional [redacted], as only [redacted] is qualified @ [redacted]
- Travel to Leeds, UK and Irvine, California for Integration Team
- Distribution: HC to assess and address any concerns with continuing to leverage JV's systems for Commercial and Clinical
- Design / Process Changes
  - Year 2: Exit [redacted] bring in-house
  - Year 4: Is a [redacted] needed in Irvine

Edwards Lifesciences

# 2026 Strategy: Secure Operations, Capacity & Distribution for JV

- Facilities Infrastructure Improvements
  - Year 3:
    - Irvine and Leeds - move [redacted] to minimize [redacted] as the lines ramp
    - Leeds - automated [redacted] vs [redacted]
    - Leeds – Addition of parking spaces, canteen space

- IT Infrastructure Improvements: assume leverage existing QMS, Training, MRP/ERP in Year 1
  - Considerations for additional funds to mirror EW systems
    - Year 2: Convert to QMS, JDE/JDA, Windchill & LMS
    - Year 3: ePAC

Edwards Lifesciences

# Open Questions

- What is limiting JV's current EU output?
  - 1) Capacity, 2) supply chain scaling, 3) focus on PMA submission

- Can we scale Leeds manufacturing – Valves & Tissue Processing
  - Labor pool assessment
- Can we scale Irvine manufacturing – Valves & Delivery System
- Are manufacturing metrics being measured the same across Irvine and Leeds
- Are any components preventing us from doubling monthly volumes
- Are any components leading to Mfg process variation and impacting overall yields
  - [redacted]
- Are any components on discontinue lists [redacted]

# Questions from Rob Laviano

- What are manufacturing network implications of potential acquisitions? Should we be reserving space / infrastructure in one or more of our sites for these?
- What vertical integration opportunities are likely to be needed as a result of potential acquisitions?
- How will our supplier footprint evolve?
- How will integrations impact our need for CMO management and overall external footprint?
- What new technologies or capabilities are on the horizon that will require focused GSCQ expertise to have?

**Document Produced in Native Format**

# JenaValve Integration Planning

Edwards

- One commercial product approved in EU.
- Plans to submit in US mid ‘25 and expects approval end of ‘25.

- Has its manufacturing facilities in IRV and UK.
- Has its own suppliers including porcine tissue.
- Runs its own QMS and ERP.

# Summary

| | Questions |
|---|---|
| Organizational | |
| Manufacturing | |
| Inspection & Testing (Lot Release) | |
| Packaging & Labeling | |
| Sterilization | |
| Capacity & Capabilities | |
| Facility | |
| EHS | |
| Planning | |
| Inventory Management | Supply chain infrastructure (IT systems = QMS, Distribution) |
| Sourcing, Vendor Management, Supplier Development | |
| Distribution & Logistics | |
| Financials (COGS, OCOS, SCOS) | |
| EQL | |
| Design Controls | |

Edwards Lifesciences

# One slide around business strategy

- 10 slides or less = summaries, not details
- Integrations Strategy
  - Key areas of focus for yr 1 and yr 2
  - Match HC / Team to the finances
- Business Assessment and why put $ where
- Key open questions
- IT long term
- Assume all things pan out, what is total cost
- How do we prepare Joe with actual costs per the business strategies they are selecting

# Organizational Planning

Edwards

Edwards Lifesciences

# JenaValve (JV) GSCQ org model

**There are 2 potential org models when we acquire JV**

1. Incorporate JV structure into GSCQ existing networks and functions
2. Assign GSC and Quality leaders to manage JV and leverage EW systems and processes where needed

**Objectives:**

1. Define business assumptions and GSCQ strategy for JV.
2. Based on the business assumptions and GSCQ strategy, recommend the org model.
3. Define functional governance between JV and EW to maintain supply, optimize quality and cost.

# Business assumptions and GSCQ integration strategies inform org model

**Business Assumptions**

- Product dev roadmap
- EW business strategy and org model (legal entity, P&L),
- EW RA strategy
- Market demand, etc.

→

**GSCQ Integration Strategy**

- MFG network & capacity
- QMS
- Suppliers
- Distribution
- Finances, etc.

→

**GSCQ Org Model:**

Single leader vs. incorporating into EW org

**Functional governance:**

Stand alone vs. Leverage EW

Vs. integrate with EW

# Manufacturing

Edwards

# Questions

- Tissue
  - How improve yields
- Valve
  - How improve yields
  - Reduce assembly time
  - Rework Processes
- Delivery System
  - How improve yields
  - Relationship with [redacted]
- Manufacturing Locations
  - Is there R&D occurring in Irvine and / or Leeds
  - Operate in place
  - Do we set up an R&D line in EW Irvine

Edwards Lifesciences

# Tissue Processing

| Manufacturing Process | Initial Analysis | Manufacturing and Quality Considerations |
|---|---|---|
| Tissue Sourcing | [redacted] | No impact to current supply; [redacted] |
| Tissue Fixation | [redacted] | [redacted] would require [redacted] due to [redacted]; [redacted] needs to be evaluated further |
| Biosort | [redacted] | [redacted] HC needed dependent on [redacted] in process |
| TTU/TFX/iBReP | [redacted] | Not enough information on tissue processing to fully assess; Best assumption is that [redacted] and EW would need to transfer technology from acquiree |
| Valve Sewing | [redacted] | Ramp timelines are well-paced; Space in Irvine cleanroom to accommodate sewing operations |
| Valve Testing | [redacted] | FlowCo capacity available; Need to assess tools/fixtures and whether [redacted] could be included in current equipment |
| fBReP | [redacted] | [redacted] in Irvine; Assuming final [redacted] would occur with [redacted] |
| PPK/TLS | [redacted] | Additional valves should not indicate PPK significantly; Labeling/Pkg have ample capacity in Irvine; Need to understand sterilization process (i.e., TLS?) |

- Tissue Processing - What is required to process [redacted] through [redacted]
  - Different chemicals - need for [redacted] and [redacted].
  - Additional Equipment - what technology: same, different?
  - Additional cleanings of workspace

# Tissue Improvements

- Spec development on [redacted] criteria
- [redacted] training @ [redacted]

# Inspection & Testing (Lot Release)

Edwards

- Move [redacted], to reduce requirement of [redacted]

# Packaging & Labeling

Edwards

# Sterilization

Edwards

- DS Sterilization capacity increase
  - Validate additional chambers or new supplier
- Valves
  - ?
- Sterilization shipments managed [redacted] – implement [redacted] that connects [redacted] and [redacted]

# Capacity & Capabilities

Edwards

# Questions

- Can we scale Leeds manufacturing
  - Valves
  - Labor pool assessment

- Can we scale Irvine manufacturing
  - Valves
  - Delivery System
- Labor pool assessment

- Are manufacturing metrics being measured the same across Irvine and Leeds

# Facility

Edwards

# Irvine

- Infrastructure updates

Edwards Lifesciences

# Leeds, UK

- Infrastructure updates
- Automate [redacted] as currently [redacted]

# Capital Projects, Expansion

# EHS

Edwards

Edwards Lifesciences

# Planning

Edwards

# Inventory Management

Edwards

# Sourcing, Vendor Management, Supplier Development

Edwards

- Are any components preventing us from doubling monthly volumes
- Are any components leading to Mfg process variation and impacting overall yields
  [redacted]
- Are any components on discontinue lists (ie [redacted]

# Distribution & Logistics

Edwards

# Financials (COGS, OCOS, SCOS)

Edwards

# EQL

Edwards

# Design Controls

Edwards

- AWT Testing – [redacted]

- Gain an understanding of the sensitivity of valve design performance ([redacted]) to mfg excursions and variation

# Document Produced in Native Format

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 6:14 PM**

Hi Andrew - I had a thought on this effort. The resistance from R&D to make updates to the JC Medical design / process needs to be tempered a bit.

In actuality, this IS a 2.0 for the supply chain. Jena Valve will be version 1.

So to say we do not need a decent degree of maturity in the supply chain is probably not the appropriate headspace. That is of course unless it is imperative to get out of Jena Valve ASAP

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 7:21 PM**

What are you hearing over there?

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 7:21 PM**

they are getting that from Laksen

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 7:21 PM**

Hence why I met with Juan Carlos and Caleb Godwin today. We need them to be a part of it for usre

**Message edited: Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 7:21 PM**

Hence why I met with Juan Carlos and Caleb Godwin today. We need them to be a part of it for sure

*Joel DiFonzo <Joel_DiFonzo@edwards.com> +like 8/28/2024 7:58 PM*

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 7:21 PM**

We definitely cannot expect [redacted]

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 7:21 PM**

Can you say audit nightmare

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 7:22 PM**

> **Joel DiFonzo**
>
> Hi Andrew - I had a thought on this effort. The resistance from R&D to make updates to the JC Medical design / process needs to be tempered a bit. In actuality, this IS a 2.0 for the supply chain. Jena Valve will be version 1. So to say we do not need a decent degree of maturity in the su...

Are you hearing particular individuals / groups say that we don't need a level of maturity?

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 7:59 PM**

> **Andrew Walls**
>
> Are you hearing particular individuals / groups say that we don't need a level of maturity?

I just can hear the discussions now. I've been in this design assurance game a bit too long. 😜

I just know that when we bring up asks from a supply chain perspective, there is always the reply of: "really? you want that for gen 1?"

*Andrew Walls <Andrew_Walls@Edwards.com> +heart 8/28/2024 8:00 PM*

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 7:59 PM**

I just want to pre-emptively start getting the word out that this device is our gen 2 AR device

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:00 PM**

I'm not exactly sure if I'm going to be able to influence it, just a thought

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 8:00 PM**

I hear you, we need to be careful how we message it - as larry's pretty strong with the R&D team that we need to be "speed of innovation"

*Joel DiFonzo <Joel_DiFonzo@edwards.com> +like 8/28/2024 8:00 PM*

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:00 PM**

I just know that there will be many battles along this line

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 8:01 PM**

I figure the Sept China trip will be where we can best plant the seeds

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 8:01 PM**

Do you know Caleb Godwin?

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:01 PM**

Caleb and I work together all the time

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:01 PM**

he is outstanding

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 8:01 PM**

phew

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:01 PM**

one of my most trusted partners

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 8:01 PM**

glad to hear that

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 8:01 PM**

he was given to us last night as a resource

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:02 PM**

Also: I met with Curt Novak - we need him for Jenna

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:02 PM**

Caleb is the A-team

*Andrew Walls <Andrew_Walls@Edwards.com> +laugh 8/28/2024 8:02 PM*

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 8:02 PM**

i met w/him and juan carlos earlier

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 8:02 PM**

nothing but on this bus

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:03 PM**

I have Curt's resume, and we need him for ops - delivery system or valve in Jenna

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:03 PM**

I have his resume on paper

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:04 PM**

Currently TMTT for Josh Highsmith - interested on getting in and fixing things

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:04 PM**

his project is one of the uncertain ones, so he is motivated to join

*Andrew Walls <Andrew_Walls@Edwards.com> +like 8/28/2024 8:05 PM*

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:04 PM**

he was manufacturing, but is currently quality here at EW

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 8:05 PM**

right now i don't have any guidance from Arnim on HC and pulling ppl in

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 8:05 PM**

are you hearing anything from Jeff?

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:05 PM**

not yet

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:06 PM**

but he's one we can't let go. He set up the Irvine Pilot line, did all the research into the evolution of manufacturing specs, got the breakthrough FDA approval, etc.

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:06 PM**

I will discuss with Jeff

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:07 PM**

also spearheaded efficiency projects - left due to unethical leadership

**Message edited: Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:08 PM**

also spearheaded efficiency projects - left due to unethical/incompetent leadership

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 8:07 PM**

but he didn't elaborate

*Andrew Walls <Andrew_Walls@Edwards.com> +like 8/28/2024 8:19 PM*

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 8:19 PM**

ive got a couple questions on valve "transfers" and costing

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 8:19 PM**

do you know who would know what previous projects costed

**Andrew Walls <Andrew_Walls@Edwards.com> 8/28/2024 8:20 PM**

Example - # of EQL Samples, # of PQ runs - do we do all sizes, can we bracket, etc

**Joel DiFonzo <Joel_DiFonzo@edwards.com> 8/28/2024 10:46 PM**

> **Andrew Walls**
> do you know who would know what previous projects costed

I don't, but it would probably be a TMTT valve.

Asking around to know who managed them

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1335

**Irma Darmali <Irma_Darmali@edwards.com> 3/26/2025 7:56 PM**

Would you mind sharing your personal email address?

**Andrew Walls <Andrew_Walls@Edwards.com> 3/26/2025 8:04 PM**

[redacted]

**Irma Darmali <Irma_Darmali@edwards.com> 3/26/2025 8:05 PM**

the [redacted] is kind of unique

**Andrew Walls <Andrew_Walls@Edwards.com> 3/26/2025 8:06 PM**

[redacted]

**Irma Darmali <Irma_Darmali@edwards.com> 3/26/2025 8:06 PM**

could've been brandongwalsh

**Irma Darmali <Irma_Darmali@edwards.com> 3/26/2025 8:06 PM**

I really can't get over that one

**Irma Darmali <Irma_Darmali@edwards.com> 3/26/2025 8:06 PM**

I'm such a child

**Andrew Walls <Andrew_Walls@Edwards.com> 3/26/2025 8:06 PM**

**Andrew Walls <Andrew_Walls@Edwards.com> 3/26/2025 11:47 PM**

And the PO email is why people hate EW... seriously, [redacted] and it's only getting raised now?

**Irma Darmali <Irma_Darmali@edwards.com> 3/26/2025 11:48 PM**

I'm kind of shocked

**Irma Darmali <Irma_Darmali@edwards.com> 3/26/2025 11:48 PM**

I'm also shocked that Genesis hasn't been pounding the table

**Andrew Walls <Andrew_Walls@Edwards.com> 3/26/2025 11:51 PM**

Exactly

**Irma Darmali <Irma_Darmali@edwards.com> 3/26/2025 11:51 PM**

It's ok. Very solvable.

**Andrew Walls <Andrew_Walls@Edwards.com> 3/26/2025 11:52 PM**

Yes it is

**Andrew Walls <Andrew_Walls@Edwards.com> 3/26/2025 11:52 PM**

But it's just another one of those issues

**Andrew Walls <Andrew_Walls@Edwards.com> 3/26/2025 11:52 PM**

We cannot take over a company and then not pay the bills for 90 days

**Irma Darmali <Irma_Darmali@edwards.com> 3/26/2025 11:52 PM**

And they understand that it's not out of malice and that we may be more incompetent than we look

**Irma Darmali <Irma_Darmali@edwards.com> 3/26/2025 11:53 PM**

Andrew. We can't even pay [redacted] worth of IT services to [redacted]

**Andrew Walls <Andrew_Walls@Edwards.com> 3/26/2025 11:53 PM**

I'm reserving judgment

**Irma Darmali <Irma_Darmali@edwards.com> 3/26/2025 11:53 PM**

What makes you think we can pay [redacted] just like that

**Andrew Walls <Andrew_Walls@Edwards.com> 3/26/2025 11:54 PM**

You Are Useless No Good GIF

**Irma Darmali <Irma_Darmali@edwards.com> 3/26/2025 11:54 PM**

To say that I'm worried about Jupiter is an understatement of the year

**Andrew Walls <Andrew_Walls@Edwards.com> 3/26/2025 11:58 PM**

Yup, the past 4 months have been easy street for the shitstorm we are headed for

Message

| | |
|---|---|
| **From:** | Mark Turco [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=19E77EC0AB5A40EA9B80A97D05E8D6F8-CEED4CA2-35] |
| **Sent:** | 4/27/2024 10:43:15 AM |
| **To:** | Nick Olson [Nick_Olson@edwards.com]; Don Bobo [Don_Bobo@edwards.com] |
| **CC:** | Finn Haley [Finn_Haley@edwards.com] |
| **Subject:** | FW: Project Dragon - Term Sheets |
| **Attachments:** | Project Dragon - Financing Term Sheet (Genesis 4-26-24).docx; Project Dragon - Acquisition Term Sheet (Genesis 4-26-24).docx; Redline.pdf |

Dear Don and Nick,

Thank you and your team for the constructive discussions over the last few days regarding the proposed transaction. Attached please find an updated draft of the acquisition term sheet (with a redline marked against your initial draft) as well as an initial draft of the financing term sheet.

As I hope will come across in the markup, our goal was to be directed in our changes and take into account the discussions between the teams. As we discussed this afternoon, we have included a [redacted] **exclusivity fee** (which would reduce the upfront purchase price if the transaction closes), extended the period during which the royalty/sales **milestone payment would be paid until 10 years post-first commercial sale,** and included a **$50 million purchase of stock of Genesis**. Following our discussion, [redacted] and the period of time that the escrow will be held will be relatively short in light of the circumstances.

After you have had a chance to review the term sheets, we would welcome discussions with the business teams (including to discuss the recent financing rounds at Genesis) and the legal teams to come to solutions to bridge any gaps that remain in the terms so we can move to the signing of the term sheets quickly next week moving to a June close of our transaction if possible.

I'm around all weekend and please ring if needed. Also, happy to set up dedicated time Monday to finalize.

Congratulations on a very successful Q1 close for Edwards.

Look forward to speaking soon,
Best,
Mark

JC Medical
A Genesis MedTech Company

**Mark A. Turco, MD**
CEO | JC Medical, Inc.
O: 650-477-2781 | C: +1 301.346.4374
A: 1580 Gilbreth Road, Burlingame, CA 94010
mturco@jcmedicalinc.com | www.j-valve.com

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. - If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

**CONFIDENTIAL**
**WSGR Comments 04/26/2024 to EW Draft 04/19/2024**

**NON-BINDING TERM SHEET**

This non-binding Term Sheet (this "Term Sheet") outlines the principal terms and conditions of the transactions described herein by and between Edwards Lifesciences LLC or its designated affiliate ("Edwards") and Genesis Medtech Group Limited, an exempted company incorporated with limited liability under the laws of the Cayman Islands (the "Company"). Except for the Binding Provisions (as defined below), this Term Sheet is an expression of intent only and is not to be construed as a binding agreement against the Company or Edwards.

| | |
|---|---|
| ***Financing*** | Concurrent with the stock purchase closing, Edwards would purchase [redacted] of non-voting common stock of the Company at a per share price equal to the price paid per share ([redacted]) by investors in the last round of financing of the Company (the "Financing"). |
| ***Conditions to Closing*** | [redacted] |
| ***Confidentiality*** | |
| ***Fees and Expenses*** | |
| ***Governing Law*** | |
| ***General*** | |

| | |
|---|---|
| | [redacted] |

**[Remainder of page intentionally left blank.]**

**In Witness Whereof,** the parties have acknowledged and accepted this Term Sheet as of the date last set forth below:

**Acknowledged and Accepted:**

**GENESIS MEDTECH GROUP LIMITED**

By:______________________________________

Name:

Title:

Date:

**EDWARDS LIFESCIENCES LLC**

By:______________________________________

Name:

Title:

Date:

***[Signature Page to Non-Binding Term Sheet]***

**CONFIDENTIAL**
**WSGR Comments 04/26/2024 to EW Draft 04/19/2024**

**NON-BINDING TERM SHEET**

This non-binding Term Sheet (this "Term Sheet") outlines the principal terms and conditions of the transactions described herein by and between Edwards Lifesciences LLC or its designated affiliate ("Edwards") and Genesis Medtech International Private Limited ("Genesis Medtech International"), the sole equityholder of JC Medical, Inc. (the "Company"). Except for the Binding Provisions (as defined below), this Term Sheet is an expression of intent only and is not to be construed as a binding agreement against Genesis Medtech International, the Company or Edwards.

| | |
|---|---|
| ***Acquisition*** | [redacted] |
| ***Purchase Price*** | The total transaction value payable to the equityholders of the Company in exchange for the equity interests of the Company would be $115,000,000 (the "Closing Purchase Consideration"), plus the amount of any sales milestone payments payable as set forth below, [redacted] All dollar amounts are in US Dollars. |
| ***Sales Milestone Payments***[2] | [redacted] |
| ***Due Diligence*** | The transactions contemplated by this Term Sheet are subject to Edwards' satisfactory completion of due diligence (including, but not limited to legal, product, clinical, regulatory, quality, manufacturing, facilities, IT, HR and financial due diligence).[3] |

[1] Note to Draft: Subject to due diligence. To the extent the Company is wholly-owned by Genesis Medtech or is otherwise narrowly held, then the acquisition would be completed instead by a Stock Purchase Agreement executed by all shareholders of the Company. Note to Edwards: the Company is wholly-owned by Genesis Medtech.

[2] Note to Edwards: the change from royalty to milestone payments is not intended to be substantive, but for tax purposes.

[3] Note to Edwards: it is the Company's understanding that diligence is nearing completion, but if there are any outstanding

| | |
|---|---|
| ***[Genesis Medtech International Agreement]*** | [redacted] |
| ***Conditions to Closing*** | The closing of the Stock Purchase Agreement would be subject to customary closing conditions, comprised (subject to diligence) of customary bringdown of representations and warranties and performance of covenants, no governmental injunctions prohibiting the transaction or litigation by governmental entities seeking to enjoin the transaction, no MAE in the business of the Company, exchange of executed copies of ancillary agreements, receipt of governmental approvals (as applicable, which the parties do not expect will include an HSR filing), and receipt of requisite corporate and any third party approvals (if any are determined to be material and necessary in Edwards' reasonable discretion), in each case in form and substance reasonably acceptable to Edwards. Subject to completion of diligence, the parties expect the transaction to be structured as a concurrent signing and closing (in which case, certain of the closing conditions listed above would not be relevant). |
| ***Confidentiality*** | Each party acknowledges and agrees that the existence of this Term Sheet, the terms and conditions set forth herein, and the identity of the other party are confidential and subject to the terms of that certain Confidentiality Agreement between the parties, dated February 20, 2024, which Confidentiality Agreement remains in full force and effect as of the date of this Term Sheet in accordance with its terms. |
| ***Exclusivity*** | [redacted] |

requests, we ask that you provide a list of the outstanding diligence requests.

[4] Note to Edwards: please provide additional detail on what you would expect to be included in this agreement, as it is our understanding that all of the IP for Greater China is not in the Company (rather, it is in a Chinese affiliate of Genesis who would control development, manufacturing and commercialization of the device in Greater China).

| | |
|---|---|
| | [redacted] |
| ***Fees and Expenses*** | Each party will pay all their own expenses (including legal, accounting, investment banking and financial advisory fees and expenses) incurred in connection with the negotiation, execution and consummation of the transactions contemplated by this Term Sheet. |
| ***Governing Law*** | This Term Sheet and any dispute arising in connection herewith shall be governed by, and construed and enforced in accordance with, the laws of the State of Delaware, without reference to conflicts of laws principles. |
| ***General*** | Other than as provided in the Sections entitled "Exclusivity," "Fees and Expenses," "Confidentiality," "Governing Law," and this section "General," (collectively, the "Binding Provisions") this Term Sheet is not binding on the parties and neither party will have any legal obligation to the other with respect to a proposed relationship or stock purchase, including but not limited to any obligation to enter into any relationship or consummate any stock purchase. The Binding Provisions shall be binding obligations of the parties. Any other legal obligations shall only be set forth in written definitive agreement(s) executed by authorized officers of Edwards and Genesis Medtech International. This Term Sheet merely expresses the intention of the parties with respect to the transactions described herein and does not contain all matters or terms upon which agreement must be reached. Notwithstanding anything herein to the contrary, and for the avoidance of doubt, the parties acknowledge that they neither intend to enter, nor have entered, into any agreement to negotiate definitive written agreement(s) with respect to the |

| | |
|---|---|
| | transactions described herein, and either party may, at any time prior to execution of written definitive agreement(s), propose different or additional terms or unilaterally terminate all negotiations without liability to the other party, subject to each party's respective obligations under the Binding Provisions. Except for the Binding Provisions, no past or future action, course of conduct or failure to act relating to the transactions contemplated by this Term Sheet, or relating to the negotiation of, or the failure to negotiate, the terms of such transactions will give rise to any obligation or other liability on the part of the parties hereto. |

**[Remainder of page intentionally left blank.]**

**In Witness Whereof,** the parties have acknowledged and accepted this Term Sheet as of the date last set forth below:

**Acknowledged and Accepted:**

**GENESIS MEDTECH INTERNATIONAL PRIVATE LIMITED**

By:____________________________________

Name:

Title:

Date:

**EDWARDS LIFESCIENCES LLC**

By:____________________________________

Name:

Title:

Date:

***[Signature Page to Non-Binding Term Sheet]***

[redacted]

[redacted]

[redacted]

[redacted]

**In Witness Whereof,** the parties have acknowledged and accepted this Term Sheet as of the date last set forth below:

**Acknowledged and Accepted:**

**~~JC MEDICAL, INC.~~**
**GENESIS MEDTECH INTERNATIONAL PRIVATE LIMITED**

By:_____________________________________

Name:

Title:

Date:

**EDWARDS LIFESCIENCES LLC**

By:_____________________________________

Name:

Title:

Date:

***[Signature Page to Non-Binding Term Sheet]***

| **Summary report:**<br>**Litera Compare for Word 11.5.0.74 Document comparison done on 4/26/2024 8:44:01 PM** | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** nd://4861-3482-3097/1/Project Dragon - Acquisition Term Sheet.docx | |
| **Modified DMS:** nd://4861-3482-3097/3/Project Dragon - Acquisition Term Sheet.docx | |
| **Changes:** | |
| Add | 73 |
| ~~Delete~~ | 39 |
| ~~Move From~~ | 9 |
| Move To | 9 |
| Table Insert | 0 |
| ~~Table Delete~~ | 0 |
| Table moves to | 0 |
| ~~Table moves from~~ | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 130 |

Message

**From:** Jeremy Bierman [Jeremy_Bierman@edwards.com]
**Sent:** 7/21/2024 5:06:33 PM
**To:** Pooja Sharma [Pooja_Sharma@Edwards.com]
**Subject:** RE: Messaging
**Attachments:** AR Comm_Irvine FAQ_0724v1.docx; AR Comm_US Field FAQ_0724v1.docx

Hey Pooja,

Please refer to these attached documents instead. I've made minor updates/edits to the Field version, created an Irvine version, and prioritized questions in both versions based on estimated importance in the minds of the audiences.

JB

---

**From:** Jeremy Bierman
**Sent:** Saturday, July 20, 2024 12:10 PM
**To:** Pooja Sharma <Pooja_Sharma@Edwards.com>
**Subject:** RE: Messaging

Below and attached is a first draft of the field FAQ. If I'm on the right track, I'll leverage a lot of this to create the Irvine FAQ as well (different questions).

US Field FAQ

Q: Has the deal closed? If not, when will it close?
A: [Pending details from Irma]

Q: When will we launch our AR platform?
A: JenaValve's current platform is approved commercially in Europe. [redacted]
Our primary focus is getting the platform approved for commercial use in the US, targeting Q1 2026.
The JC Medical platform is a future generation technology with some really promising IP. There is significant work that needs to be done by our R&D team to make this a "SAPIEN 3-like" platform for AR, so it will be years before it is ready to enter the commercial approval process.

Q: What has the feedback been from customers on both platforms?
A: We're in a situation where we are "feeding the starving", so to speak. There is no alternative to surgery for these patients, so relative to that, it's amazing.
In all seriousness, we are acquiring technologies from start-ups, so think Gen 1 SAPIEN. It is not an S3UR experience. Customers and reps picking up these AR technologies today will likely compare the experience to the early days of TAVR. Have that expectation.
This is why it was so important to also acquire JC Medical. We believe that can be our "SAPIEN 3-like" AR platform in terms of outcomes and user experience.

Q: Will the current TAVR sales team get to sell the new AR platform?
A: Yes.
Now, we'll have to think carefully about what that high-touch, clinical support model will look like over the coming months and we'll be working closely with Kristen and her leadership team to figure that out.

Q: How will case support for AR procedures compare to current AS cases?

A: It will be extremely important that we deliver the same high-touch service model with AR as we do with AS and Pulmonic. The specifics of that service model we'll be figuring out over the coming months with Kristen.

Q: Will we get additional headcount to support the AR business?
A: Figuring out headcount needs will be dependent on the service model we put in place. We'll be defining that service model in the coming months. However, we will not sacrifice our high-touch service model when it comes to AR.

Q: How will this impact my quota, especially if we expect it to take multiple years to get into [redacted] accounts?
A: Those are details that are dependent on us defining the service model we put in place. We'll be defining that service model in the coming months.

Q: What can I tell my customers about the AR platform/technology?
A: I would lean on the press release.
We do not have commercial approval for any AR platform in the US, so there isn't a lot we can say without risking pre-promotion. I know that won't stop customers from asking questions, but the cleanest thing to do is lean on the press release.
In situations where you have customers that are really needing to talk to someone, I would put them in contact with Martyn's team.

Q: What will the pricing strategy be for the AR platform?
A: We are still figuring out those details, and if you recall our approach to pricing/discounting strategy on S3UR, we likely won't have an answer for you till after we launch.
I would anticipate the list price to be [redacted] We are first to market and we have one shot at setting the bar on commercial price. We know that once that bar is set, it is really hard to raise it. But similar to when we launched SAPIEN in the US, we are going to have a period of time where it is only us playing in this space and we aren't going to have to deal with low-cost alternatives.

Q: What is the anticipated reimbursement for AR procedures at launch?
A: [redacted]

Q: If I have customers that have questions about AR clinical trials, what can I say tell them?
A: For any questions related to clinical trials, AR or other, put them in contact with Jaime's team.

Q: What if I have a customer with an urgent AR patient need?
A: The JenaValve platform is approved for compassionate use cases in the US. If you have an urgent patient need, the best thing to do is put the customer in contact with Martyn's team.

Q: If I have a customer that was planning to participate in the JC Medical clinical trial, what updates can I give them?
A: JC Medical assured us that no commitments have been made around clinical trial participation, so that would be unfortunate if that is not the case.
The details around clinical trials for JC Medical or JenaValve are key components of the integration strategy that the Leadership Team will be defining in the coming months. However, once we've landed the plane on that, any questions related to clinical trials should be directed towards Jaime's team.

Q: Will there be layoffs as part of this integration?

A: The acquisition of both these companies is a big investment the THV business is making. Integrating these two technologies into our business requires us to re-evaluate our priorities and how we are allocating resources going forward.
The Leadership Team will be figuring out these details over the coming months. However, it is important for everyone to hear this - we will not sacrifice our high-touch service model and we must continue to deliver at the highest level for AS patients.

Q: How much did we pay for the two companies?
A: [Pending details from Irma]

Q: Are we taking on any of their field team and how many employees are there?
A: Determining which employees from JenaValve and JC Medical are going to be brought into our business on a more permanent basis are details that the Leadership Team will be figuring out over the coming months.
That said, there aren't a lot of US field folks that exist today and these employees have served in a clinical trial capacity up to this point being that nothing is commercially approved in the US.

---

**From:** Pooja Sharma <Pooja_Sharma@Edwards.com>
**Sent:** Saturday, July 20, 2024 10:47 AM
**To:** Jeremy Bierman <Jeremy_Bierman@edwards.com>
**Subject:** Re: Messaging

Yes perfect.

**Pooja Sharma Rao**
Senior Vice President, Marketing and Strategy
Transcatheter Heart Valves
Edwards Lifesciences
One Edwards Way
Irvine, CA 92614

---

**From:** Jeremy Bierman <Jeremy_Bierman@edwards.com>
**Sent:** Saturday, July 20, 2024 9:44:51 AM
**To:** Pooja Sharma <Pooja_Sharma@Edwards.com>
**Subject:** RE: Messaging

Absolutely. I'm working on that now. Will drafts in the next 24 hours work?

---

**From:** Pooja Sharma <Pooja_Sharma@Edwards.com>
**Sent:** Saturday, July 20, 2024 9:43 AM
**To:** Jeremy Bierman <Jeremy_Bierman@edwards.com>
**Subject:** Re: Messaging

Cool. When you have a chance can you send over an FAQ draft for sales and internal? I think we try to keep it as simple and tight as possible.

**Pooja Sharma Rao**
Senior Vice President, Marketing and Strategy
Transcatheter Heart Valves

Edwards Lifesciences
One Edwards Way
Irvine, CA 92614

---

**From:** Jeremy Bierman <Jeremy_Bierman@edwards.com>
**Sent:** Saturday, July 20, 2024 9:30:37 AM
**To:** Pooja Sharma <Pooja_Sharma@Edwards.com>
**Subject:** RE: Messaging

This is really good. I like it.

JB

---

**From:** Pooja Sharma <Pooja_Sharma@Edwards.com>
**Sent:** Thursday, July 18, 2024 5:38 PM
**To:** Jeremy Bierman <Jeremy_Bierman@edwards.com>
**Subject:** Messaging

See below, let me know what you think. Email draft that leverages the key messaging Larry can send to the BU.

***********************************

THV Team,

Today, Edwards announced its intent to acquire JenaValve, a pioneer in the transcatheter treatment of aortic regurgitation (AR) as well as an acquisition of Genesis MedTech's subsidiary, JC Medical, to develop an expanded portfolio of transcatheter solutions for the treatment of AR.

Aortic regurgitation is a deadly disease that impacts a significant and growing population – a population distinct from those with Aortic Stenosis which requires different therapy solutions. **Although severe symptomatic aortic regurgitation (ssAR) is a Class I recommendation for surgical valve replacement today, we estimate that at least 75% of patients with this deadly disease go untreated.**

As the leaders in structural heart valves, with a deep commitment to solving unmet needs for patients with valve disease, this is an opportunity for us to leverage our history and expertise in TAVR-AS, combined with the technology these two companies have developed, and build transcatheter therapies for patients suffering from Aortic Regurgitation. **TAVR-AR is a clear strategic adjacency and allows us to leverage our experience in the AVR space, trusted customer relationships, high-touch service model, and deep engineering expertise, to accelerate life-saving technologies for these patients around the world.**

Both companies – JenaValve and JC Medical – enable us to deliver long-term leadership and a strong portfolio for patients:

- JenaValve has a commercially approved AR platform in Europe and has completed their ALIGN-AR trial for high risk ssAR patients, enabling Edwards to be first to market with the therapy in the US
- JC Medical offers a unique technology that may expand the portfolio of AR solutions long-term

Following the close of these transactions – expected later this year – we intend to gradually integrate the programs and members of the teams into Edwards while we keep the momentum of progress each has made to-date. It will require us to carefully evaluate the integration strategy, our portfolio priorities, and how we deploy our resources across the THV business to ensure long-term leadership in both the TAVR-AS and TAVR-AR segments.

**Over the coming weeks and months, the THV leadership team will be working to define more detail around this vision and the steps we'll be taking to bring it to life. In the meantime, please remain focused on your current projects and the important work you're doing for patients.**

Thank you for all you do,

Larry

**Pooja Sharma Rao**
Senior Vice President, Marketing and Strategy
Transcatheter Heart Valves
Edwards Lifesciences
One Edwards Way
Irvine, CA 92614

Irvine FAQ

Q: How will the integration of these AR technologies into our portfolio affect other projects in development?
A: The integration of these new AR technologies into our portfolio will have a significant impact on how we think about portfolio priorities and resource allocation. The THV Leadership Team will be figuring this out over the coming months.

Q: Will we get additional resources to support these new AR projects?
A: These new AR technologies will require significant resources to integrate them into our portfolio and get them to commercial launch readiness. How we do that will require careful thought around what our portfolio priorities are and how best to deploy the resources we have. The THV Leadership Team will be figuring this out over the coming months.

Q: Will there be layoffs as part of this integration?
A: The acquisition of both these companies is a big investment the THV business is making. Integrating these two technologies into our business requires us to re-evaluate our priorities and how we are allocating resources going forward.
The Leadership Team will be figuring out these details over the coming months.
However, it is important for everyone to hear this - we will not sacrifice our high-touch service model and we must continue to deliver at the highest level for AS patients.

Q: How will this impact our AS business?
A: We cannot afford to take our eye off the ball when it comes to the treatment of AS patients. We estimate that only 13% of those patients suffering from SAS receive treatment today and we've validated the significant number of SAS patients within TAVR hospital systems today that fail to even reach the heart team for evaluation. We will continue to make the investments necessary to lead the treatment of SAS with our high-touch service model.

Q: Why are we buying AR innovation instead of building it?
A: After careful evaluation of both technologies and the intellectual property behind them, the team concluded that it would be very difficult to build a best-in-class AR technology without violating their patents. The acquisition of both companies, including their IP, clears the way for us to build off of what they've developed to date leveraging our deep engineering experience in the TAVR space.

Q: How many employees are we taking on from these companies?
A: We will be taking on some of the key talent tied to each of these companies and their respective technologies. That said, the exact number is to be determined as the Leadership Team works through the integration strategy.

Q: How will Irvine and EIIC teams work with JenaValve and JC Medical?
A: The acquisition of two technologies will require us to create parallel development paths, so it is hard to imagine that we won't need to lean on both teams in Irvine and Israel to bring these technologies to patients. How we accomplish this is a key part of the integration strategy that the THV Leadership Team will be figuring out over the coming months.

Q: When will we launch our AR platform?
A: JenaValve's current platform is approved commercially in Europe. [redacted]
Our primary focus is getting the platform approved for commercial use in the US, targeting Q1 2026.
The JC Medical platform is a future generation technology with some really promising IP. There is significant work that needs to be done by our R&D team to make this a "SAPIEN 3-like" platform for AR, so it will be years before it is ready to enter the commercial approval process.

Q: What has the feedback been from customers on both platforms?
A: Today, there is no alternative to surgery for these patients, so relative to that, it's amazing.
In all seriousness, we are acquiring technologies from start-ups, so think Gen 1 SAPIEN. It is not an S3UR experience. Customers and reps picking up these AR technologies today will likely compare the experience to the early days of TAVR. Have that expectation.
This is why it was so important to also acquire JC Medical. We believe that can be our "SAPIEN 3-like" AR platform in terms of outcomes and user experience.

Q: Have the deals closed? What is/was the timing?
A: The acquisition of JC Medical is complete. The completion of the JenaValve acquisition is pending a final review and targeting closure by end of year.

Q: How much did we pay for the two companies?
A: We are not disclosing the cost tied to the JC Medical acquisition. JenaValve was acquired for $XXXM.

US Field FAQ

Q: Will the current TAVR sales team get to sell the new AR platform?
A: Yes.
Now, we'll have to think carefully about what that high-touch, clinical support model will look like over the coming months and we'll be working closely with Kristen and her leadership team to figure that out.

Q: When will we commercially launch our AR platform?
A: JenaValve's current platform is approved commercially in Europe. [redacted]
Our primary focus is getting the platform approved for commercial use in the US, targeting Q1 2026.
The JC Medical platform is a future generation technology with some really promising IP. There is significant work that needs to be done by our R&D team to make this a "SAPIEN 3-like" platform for AR, so it will be years before it is ready to enter the commercial approval process.

Q: What if I have a customer with an urgent AR patient need?
A: The JenaValve platform is approved for compassionate use cases in the US. If you have an urgent patient need, the best thing to do is put the customer in contact with Martyn's team.

Q: Will there be layoffs as part of this integration?
A: The acquisition of both these companies is a big investment the THV business is making. Integrating these two technologies into our business requires us to re-evaluate our priorities and how we are allocating resources going forward.
The Leadership Team will be figuring out these details over the coming months.
However, it is important for everyone to hear this - **we will not sacrifice our high-touch service model and we must continue to deliver at the highest level for AS patients**.

Q: Are we taking on any of their field team and how many employees are there?
A: Determining which employees from JenaValve and JC Medical are going to be brought into our business on a more permanent basis are details that the Leadership Team will be figuring out over the coming months.
That said, there aren't a lot of US field folks that exist today between the two companies (fewer than 10) and these employees have served in a clinical trial capacity up to this point being that nothing is commercially approved in the US.

Q: What has the feedback been from customers on both platforms?
A: Today, there is no alternative to surgery for these patients, so relative to that, it's amazing.
In all seriousness, we are acquiring technologies from start-ups, so think Gen 1 SAPIEN. It is not an S3UR experience. Customers and reps picking up these AR technologies today will likely compare the experience to the early days of TAVR. Have that expectation.
This is why it was so important to also acquire JC Medical. We believe that can be our "SAPIEN 3-like" AR platform in terms of outcomes and user experience.

Q: What can I tell my customers about the AR platform/technology?

A: I would lean on the press release.
We do not have commercial approval for any AR platform in the US, so there isn't a lot we can say without risking pre-promotion. I know that won't stop customers from asking questions, but the cleanest thing to do is lean on the press release.
In situations where you have customers that are really needing to talk to someone, I would put them in contact with Martyn's team.

Q: What will the pricing strategy be for the AR platform?
A: We are still figuring out those details. I would anticipate the list price to be [redacted] We are first to market and we have one shot at setting the bar on commercial price. We know that once that bar is set, it is really hard to raise it. But similar to when we launched SAPIEN in the US, we are going to have a period of time where it is only Edwards playing in this space and we aren't going to have to deal with low-cost alternatives.

Q: What is the anticipated reimbursement for AR procedures at launch?
A: [redacted]

Q: If I have customers that have questions about AR clinical trials, what can I say tell them?
A: For any questions related to clinical trials, AR or other, put them in contact with Jaime's team.

Q: If I have a customer that was planning to participate in the JC Medical clinical trial, what updates can I give them?
A: JC Medical assured us that no commitments have been made around clinical trial participation, so that would be unfortunate if that is not the case.
The details around clinical trials for JC Medical or JenaValve are key components of the integration strategy that the Leadership Team will be defining in the coming months. However, once we've landed the plane on that, any questions related to clinical trials should be directed towards Jaime's team.

Q: How will case support for AR procedures compare to current AS cases?
A: It will be extremely important that we deliver the same high-touch service model with AR as we do with AS and Pulmonic. The specifics of that service model we'll be figuring out over the coming months with Kristen.

Q: Will we get additional headcount to support the AR business?
A: Figuring out headcount needs will be dependent on the service model we put in place. We'll be defining that service model in the coming months. However, we will not sacrifice our high-touch service model when it comes to AR.

Q: How will this impact my quota, especially if we expect it to take multiple years to get into [redacted] accounts?
A: Those are details that are dependent on us defining the service model we put in place. We'll be defining that service model in the coming months.

Q: Have the deals closed? What is/was the timing?

A: The acquisition of JC Medical is complete. The completion of the JenaValve acquisition is pending a final review and targeting closure by end of year.

Q: How much did we pay for the two companies?
A: We are not disclosing the cost tied to the JC Medical acquisition. JenaValve was acquired for $XXXM.