# PX1394- PX1424

(see exhibit stamps bottom right corner)

PX1394 (Pgs. 2-185)
PX1417 (Pg. 186)
PX1424 (Pgs. 187-206)

Message

**From**: Jeremy Bierman [Jeremy_Bierman@edwards.com]
**Sent**: 7/27/2024 12:19:25 AM
**To**: Larry Wood [Larry_Wood@edwards.com]; Pooja Sharma [Pooja_Sharma@Edwards.com]; Assaf Bash [Assaf_Bash@Edwards.com]; Jaime Wheeler [Jaime_Wheeler@edwards.com]; Scott Beggins [Scott_Beggins@edwards.com]; Martyn Thomas [Martyn_Thomas@edwards.com]; Ken Eliasen [Ken_Eliasen@edwards.com]; Jeffrey Blatnik [Jeffrey_Blatnik@Edwards.com]; Laksen Sirimanne [Laksen_Sirimanne@Edwards.com]
**Subject**: [Pre-Read] 7/30 London LT Meeting
**Attachments**: London Pre-Read.zip

Team,

Attached are pre-read materials in support of the London meeting next week. Included are:

- High-level overview of the AR market, our strategy, and deeper dive on each of the technologies [AR Strategy_THV LT Jul29_V2]
- Updated aortic portfolio slides we reviewed yesterday to reflect the decisions made [THV Portfolio LT Review_July 25_Final_FU]
- Collection of publications and podium presentations on JenaValve Trilogy and J-Valve
- Final diligence report outs for JenaValve and JC Medical

If you only read one thing, let it be the AR Strategy_THV LT Jul29_V2 file. Please let Pooja or I know what questions you have.

Safe travels,
JB

**Jeremy Bierman**
Vice President, Global Strategy
Transcatheter Heart Valves
Edwards Lifesciences
One Edwards Way
Irvine, CA 92614
Cell: 949-322-9055
Jeremy_Bierman@edwards.com

# AR Strategy

July 29, 2024

Edwards

Edwards Lifesciences

# Market Growth Opportunity with an Expansion into Aortic Regurgitation

## US ssAR In-System TAM (65+ years old) of ~100k; Ratio of Severe AR to Severe AS is ~20%

**~118,000**
*Patients w/ severe symptomatic Aortic Regurgitation (ssAR)*

*15% of trial patients under 65, alignment w/ TAVR guidelines*

**~100,000**
*Patients with ssAR who are 65+*

*40% - 60% patients ineligible due to comorbidities and / or anatomical exclusion*

**~40,000 –60,000**
*Eligible for transcatheter procedure*

*40% - 60% patients are lower risk, likely to receive surgical treatment*

**~16,000–24,000**
*Extreme & high-risk patients*

Implies a [redacted] opportunity in the US

## EW AR Opportunity

[redacted]
US opportunity in 2030

**Opportunity dependent on device performance & treatable patient population**



**Gen 1 (JenaValve)**

- Establish TAVR for AR patients
- In-clinic experience to inform Gen 2 and indication expansion strategy



**Gen 2 (J-Valve)**

- +20% patient population with expanded size range
- Potential to expand into lower risk Severe AR patients

| 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|

xxx

Abbreviations: AR = aortic regurgitation; AS = aortic stenosis; ssAR = symptomatic severe aortic regurgitation; TAM = total available market; TAVR = transcatheter aortic valve replacement

Edwards Lifesciences

# Aortic Regurgitation is a Deadly Disease that Goes Untreated

## Undertreatment of In-system Symptomatic Severe AR Patients[1]

### Treatment within 1-year of diagnosis




## High mortality if left untreated

### 1-year mortality rate of diagnosed ssAR patients[1]




1. Thourani et al. Treatment Patterns, Disparities, and Management Strategies Impact Clinical Outcomes in Patients with Symptomatic Severe Aortic Regurgitation. Structural Heart. 2021.
2. ALIGN-AR 1-year all-cause mortality (N=180)

Edwards Lifesciences

# We Are Best Positioned to Lead The Next Frontier of Aortic Valve Disease Treatment: Acquiring Two Leading AR Technologies Helps us Lead for Patients

## Speed to Market



### JenaValve Trilogy

**Value Proposition:**
- 1st dedicated AR product in US market (target late 2025)
- Compelling clinical evidence
- Large open cells for future coronary access

**Clinical Experience:**
- ALIGN-AR pivotal IDE: N=180, 1-year follow-up, 20 US sites
- Safety outcomes in over 350 patients to date (ALIGN-AR & ALIGN-AR CAP)*

## Potential for Long-Term Differentiation



### JC Medical J-Valve

**Value Proposition:**
- 5 sizes to treat larger annuli
- Bovine pericardium
- Low profile frame for future coronary access

**Clinical Experience:**
- EFS: N=15, 30-day follow-up, 5 US sites
- Compassionate use experience: N=[redacted], 30-day follow-up, 3 US & 2 Canada sites

*"Initial Results from the ALIGN-AR Continued Access Study", NY Valves 2024 presented by Dr. Makkar

Edwards Lifesciences

# Our Strategy is to be First to Market in US and Lead Therapy for AR Patients Globally Through A Robust Future Portfolio

## AR Strategy

**Speed to Market:**
- Bring Gen 1 JenaValve to US market ASAP
- *Acceptance that there will be a multi-year plan to transition to Edwards Quality Management System is critical to success*

**Rapid learning to inform Gen 2:**
- Decide whether or not to move forward with J-Valve IDE

**Stabilize commercial platform:**
- Improve manufacturing & COGS

**Durable Leadership:**
- Deliver best Gen 2 dedicated AR system
- Design effective market development strategy

Near Term → Mid-Term

## Key Risks

- [redacted]
- **Inability to scale manufacturing**
- **Investment and resources for market development is greater than anticipated**

# JenaValve Trilogy Deep Dive

Edwards

Edwards Lifesciences

# JenaValve Trilogy System

## The Trilogy Valve

The only TAVI system approved for aortic regurgitation*

The Trilogy Valve with locator technology finally gives high-risk patients with severe, symptomatic aortic regurgitation a TAVI treatment option. Trilogy's locators attach to the native leaflets for secure anchoring even in the absence of calcium, while ensuring commissural alignment.




|  |  |  |
|---|---|---|
| 31.3 mm / 28 mm | 33.7 mm / 30 mm | 35.7 mm / 32.4 mm |
| **Trilogy-THV-S** | **Trilogy-THV-M** | **Trilogy-THV-L** |
| **Annular Perimeter Range** | | |
| 66 - 74 mm | 71 - 79 mm | 76 - 85 mm |
| **Annular Diameter Range** | | |
| 21 - 23.6 mm | 22.6 - 25.2 mm | 24.2 - 27 mm |

Device Animation Video

## The Trilogy Delivery System

Engineered from the ground up for precision and reliability from access to deployment

The delivery system has been engineered specifically for precise and reliable single-action valve deployment within the patient anatomy. It utilizes a catheter deflection mechanism to center the valve above the annulus and integrated rotation and axial positioning for simple and straightforward commissural alignment.




## The Trilogy Introducer Sheath

The Trilogy Sheath is an 85cm working length pre-shaped sheath that protects valve and patient anatomy into the ascending aorta, up until valve alignment and positioning.




20F Introducer Sheath (22F profile)

# JenaValve Trilogy Clinical Data: ALIGN-AR

## Transcatheter aortic valve implantation in patients with high-risk symptomatic native aortic regurgitation (ALIGN-AR): a prospective, multicentre, single-arm study

Torsten P Vahl, Vinod H Thourani, Raj R Makkar, Nadira Hamid, Omar K Khalique, David Daniels, James M McCabe, Lowell Satler, Mark Russo, Wen Cheng, Isaac George, Gabriel Aldea, Brett Sheridan, Dean Kereiakes, Harsh Golwala, Firas Zahr, Stanley Chetcuti, Pradeep Yadav, Susheel K Kodali, Hendrik Treede, Stephan Baldus, Nicholas Amoroso, Lauren S Ranard, Duane S Pinto, Martin B Leon

Summary

Background Surgery remains the only recommended intervention for patients with native aortic regurgitation. A transcatheter therapy to treat patients at high risk for mortality and complications with surgical aortic valve replacement represents an unmet need. Commercial transcatheter heart valves in pure aortic regurgitation are hampered by unacceptable rates of embolisation and paravalvular regurgitation. The Trilogy transcatheter heart valve (JenaValve Technology, Irvine, CA, USA) provides a treatment option for these patients. We report outcomes with transfemoral transcatheter aortic valve implantation (TAVI) in patients with pure aortic regurgitation using this dedicated transcatheter heart valve.

Methods The ALIGN-AR trial is a prospective, multicentre, single-arm study. We recruited symptomatic patients (aged ≥18 years) with moderate-to-severe or severe aortic regurgitation at high risk for mortality and complications after surgical aortic valve replacement at 20 US sites for treatment with the Trilogy transcatheter heart valve. The 30-day composite primary safety endpoint was compared for non-inferiority with a prespecified performance goal of 40·5%. The primary efficacy endpoint was 1-year all-cause mortality compared for non-inferiority with a performance goal of 25%. This trial is registered with ClinicalTrials.gov, NCT 04415047, and is ongoing.

Findings Between June 8, 2018, and Aug 29, 2022, we screened 346 patients. We excluded 166 (48%) patients and enrolled 180 (52%) patients with symptomatic aortic regurgitation deemed high risk by the heart team and independent screening committee assessments. The mean age of the study population was 75·5 years (SD 10·8), and 85 (47%) were female, 95 (53%) were male, and 131 (73%) were White. Technical success was achieved in 171 (95%) patients. At 30 days, four (2%) deaths, two (1%) disabling strokes, and two (1%) non-disabling strokes occurred. Using standard Valve Academic Research Consortium-2 definitions, the primary safety endpoint was achieved, with events occurring in 48 (27% [97·5% CI 19·2–34·0]) patients ($p_{non\text{-}inferiority}$<0·0001), with new pacemaker implantation in 36 (24%) patients. The primary efficacy endpoint was achieved, with mortality in 14 (7·8% [3·3–12·3]) patients at 1 year ($p_{non\text{-}inferiority}$<0·0001).

Interpretation This study shows the safety and effectiveness of treating native aortic regurgitation using a dedicated transcatheter heart valve to treat patients with symptomatic moderate-to-severe or severe aortic regurgitation who are at high risk for mortality or complications after surgical aortic valve replacement. The observed short-term clinical and haemodynamic outcomes are promising as are signs of left ventricular remodelling, but long-term follow-up is necessary.



| | JenaValve Trilogy[1] | |
|---|---|---|
| | 1-Year Outcomes | 30-day Outcomes *Except valve embolization* |
| Clinical Experience | ALIGN-AR IDE n=180, 20 US sites, ALIGN-AR CAP n=180 | |
| Mortality | 7.8% | 2.2% |
| Stroke | Data to be presented at TCT 2024 | 1.1% |
| Valve Embolization | | 2.2% |
| AR < moderate | | 99.4% |
| Pacemaker | | 24% (14% final third of patients) |

1. Transcatheter aortic valve implantation in patients with high-risk symptomatic native aortic regurgitation (ALIGN-AR): a prospective, multicentre, single-arm study. The Lancet 2024. Vahl et al.

Edwards Lifesciences

# TAVR-AR: JenaValve – Key In Flight Activities Next 18 months

| | 2024 | | 2025 | | | |
|---|---|---|---|---|---|---|
| | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |

[redacted]

Edwards Lifesciences

# JenaValve – Key In Flight Activities Next 18 months

ARTIST IDE (IR/LR study vs. surgery, n=1000, 60 sites in US, Canada, EU, Japan)

[redacted]

- [redacted]
- No contracted commitments - we have spoken with numerous sites to let them know we are submitting ARTIST protocol and that we will look to start with current enrolling CAP sites and then we are targeting up to [redacted] sites.

US Implanter Meeting
Sept 8th (LA)

Implanter Meeting Invite List

[redacted]

Edwards Lifesciences

# EU JenaValve Indication

**CE Mark announced May 25, 2021**

**<u>Indication</u>: symptomatic severe AR at high or greater risk for SAVR with STS score of ≥8% or other comorbidities not captured**

PRESS

JenaValve Technology Receives CE Mark for its Trilogy™ TAVI System for the Treatment of Aortic Regurgitation and Aortic Stenosis

IRVINE, Calif., May 25th, 2021 (GLOBE NEWSWIRE) -- JenaValve Technology, Inc., developer, and manufacturer of differentiated transcatheter aortic valve implantation (TAVI) systems (also referred to as TAVR, or transcatheter aortic valve replacement) for the treatment of aortic valve disease, today announced that it has received CE Mark for its TrilogyTM Heart Valve System for the treatment of both aortic regurgitation (AR), also known as aortic insufficiency (AI), and aortic stenosis (AS).

**2.0 Indications**

The JenaValve Trilogy Heart Valve System is indicated for use in patients with native symptomatic, severe aortic regurgitation (AR) or symptomatic, severe aortic stenosis (AS), who are judged by a Heart Team (including a cardiac surgeon), to be at high or greater risk for surgical aortic valve replacement (AVR), with an STS score ≥ 8% at 30 days, or other comorbidities (e.g., porcelain aorta, frailty, chest wall irradiation) that are not captured by the STS risk calculator.

**3.0 Contraindications**

The JenaValve Trilogy Heart Valve System is contraindicated for use in patients who have known hypersensitivity or contraindication to Nitinol (titanium and/or nickel), an anti-coagulation/anti-platelet regimen or contrast medium that cannot be managed with premedication, or who have active bacterial endocarditis or other active infections.

The JenaValve Trilogy Heart Valve System is contraindicated in those patients whose anatomy does not accommodate the System due to anatomical considerations (See Section 6.1 Patient Selection).

**6.1 Patient Selection**

Patients with native symptomatic, severe AR or symptomatic, severe AS who are considered high risk candidates for conventional AVR defined as a Society of Thoracic Surgeons [STS] risk score of ≥8%, or if STS score <8%, consensus from a multidisciplinary heart team (cardiologist and cardiac surgeon) that the patient is not a surgical candidate for conventional AVR due to significant comorbid conditions. Patients must meet the below criteria to be treated with the transfemoral JenaValve Trilogy Heart Valve System:

- 18 years of age or older
- NYHA Functional Class II or higher
- Suitable anatomy to accommodate the insertion and delivery of the JenaValve delivery system [femoral access size of 7.0mm diameter or higher, straight length of ascending aorta of ≥55mm, aortic annulus angle ≤60° (measured in A/P Coronal View) and acceptable calcification as identified per appropriate imaging modality (e.g., echo, multi-slice CT, 3D echo, MRI)]
- Absence of significant disease of the ascending aorta, including ascending aortic aneurysm (defined as maximal luminal diameter of 50mm or greater) or atheroma (especially if thick [>5mm], protruding or ulcerated)
- Aortic annulus diameter from ≥21mm up to ≤27mm by MDCT or TEE

All patients should be made aware of the benefits and risks of TAVR, and alternative treatment options available.

Edwards Lifesciences

# EU JenaValve Commercial Sites

*Received from JenaValve on July 18, 2024*

# JC Medical J-Valve Deep Dive

Edwards

Edwards Lifesciences

# JC Medical's J-Valve TF System

## J-VALVE TF SYSTEM

This system has not yet been approved by the FDA and is currently not for sale.



### J-VALVE TF BIOPROSTHESIS

The J-Valve Transcatheter Aortic Valve positions itself according to the anatomy of the native aortic annulus. It naturally slides into place, allowing doctors to rely on tactile feedback to achieve optimal positioning.

KEY DESIGN FEATURES:

- U-shaped "anchor rings" facilitate accurate self-positioning of the replacement aortic valve
- Low profile design minimizes risk of coronary blockage
- With five different valve sizes, the system ensures a perfect fit for each patient

### J-VALVE TF DELIVERY DEVICE



Doctors can perform transcatheter replacement aortic valve implantations accurately because the intuitive design of the delivery device is easy to use.

KEY DESIGN FEATURES:

- Valve loads seamlessly into the nosecone
- Locking mechanism ensures valve deployment at the correct time
- Two control knobs release the valve into place

| Valve Size | Annulus Diameter (mm) | Annulus Perimeter (mm) | Annulus Area ($mm^2$) |
|---|---|---|---|
| 22 mm | 18 - 21 | 57 – 66 | 254 - 346 |
| 25 mm | 21 - 24 | 66 - 75 | 346 - 452 |
| 28 mm | 24 - 27 | 75 - 85 | 452 - 573 |
| 31 mm | 27 - 30 | 85 - 94 | 573 - 707 |
| 34 mm | 30 - 33 | 94 - 104 | 707 - 855 |

**18F & 21F Delivery System**
(compatible with ≥18F & ≥22F Gore Dry Seal Introducer Sheath)

Device Animation Video

Edwards Lifesciences

# J-Valve TF Clinical Data

FOCUS ON AORTIC REGURGITATION AND TRANSCATHETER AORTIC VALVE REPLACEMENT

NEW RESEARCH PAPERS: STRUCTURAL

## Transcatheter Treatment of Native Aortic Valve Regurgitation

The North American Experience With a Novel Device

Santiago Garcia, MD,[a] Jian Ye, MD,[b] John Webb, MD,[b] Michael Reardon, MD,[c] Neil Kleiman, MD,[c] Sachin Goel, MD,[c] Taha Hatab, MD,[c] Neil Fam, MD,[d] Mark Peterson, MD,[d] Samantha Liauw, MD,[d] Tiberio M. Frisoli, MD,[e] Hanad Bashir, MD,[a] Debra Paige, RN,[a] Darlene Rock, RN,[a] Christian Schmidt, MS,[a] James G. Jollis, MD,[a] Dean J. Kereiakes, MD[a]

ABSTRACT

BACKGROUND Transcatheter treatment of patients with native aortic valve regurgitation (AR) has been limited by anatomical factors. No transcatheter device has received U.S. regulatory approval for the treatment of patients with AR.

OBJECTIVES The aim of this study was to describe the compassionate-use experience in North America with a dedicated transcatheter device (J-Valve).

METHODS A multicenter, observational registry was assembled of compassionate-use cases of J-Valve implantation for the treatment of patients with severe symptomatic AR and elevated surgical risk in North America. The J-Valve consists of a self-expanding Nitinol frame, bovine pericardial leaflets, and a valve-locating feature. The available size matrix (5 sizes) can treat a wide range of anatomies (minimum and maximum annular perimeters 57-104 mm).

RESULTS A total of 27 patients (median age 81 years [IQR: 72-85 years], 81% at high surgical risk, 96% in NYHA functional class III or IV) with native valve AR were treated with the J-Valve during the study period (2018-2022). Procedural success (J-Valve delivered to the intended location without the need for surgical conversion or a second transcatheter heart valve) was 81% (22 of 27 cases) in the overall experience and 100% in the last 15 cases. Two cases required conversion to surgery in the early experience, leading to changes in valve design. At 30 days, there was 1 death, 1 stroke, and 3 new pacemakers (13%), and 88% of patients were in NYHA functional class I or II. No patient had residual AR of moderate or greater degree at 30 days.

CONCLUSIONS The J-Valve appears to provide a safe and effective alternative to surgery in patients with pure AR and elevated or prohibitive surgical risk. (J Am Coll Cardiol Intv 2023;16:1953-1960) © 2023 by the American College of Cardiology Foundation.

CRT24
CARDIOVASCULAR RESEARCH TECHNOLOGIES
MARCH 9-12, 2024
WASHINGTON HILTON | WASHINGTON, DC



**Transcatheter Treatment of Chronic Aortic Regurgitation with a Novel Device: 30-day Primary Endpoint Results of J-Valve Transfemoral Early Feasibility Study**

Santiago Garcia, MD, Michael Reardon, MD, Sachin Goel, MD, David J. Cohen, MD, MsC, João L Cavalcante, MD, Rebecca T. Hahn, MD, Azeem Latib, MD, Ron Waksman, MD, David G. Rizik, MD, Peter Fail, MD, Tsuyoshi Kaneko, MD, Sameer A. Gafoor, MD, Dean J. Kereiakes, MD

### J-Valve® TF EFS Study 30-day Outcomes

| Event | N (%) |
|---|---|
| **Device-related mortality** | **0/15 (0%)** |
| **Cardiovascular-related mortality** | **0/15 (0%)** |
| Overall mortality | 1/15 (6.7%) |
| **Disabling Stroke** | **0/15 (0%)** |
| **Device Related Interventions** | **0/15 (0%)** |
| **New Permanent Pacemaker** | **0/12 (0%)** |

- 1 out-of-hospital mortality at POD #4 due to food asphyxia
- Autopsy revealed J-Valve® was in proper position

CRT24



| | J-Valve |
|---|---|
| | **30-day Outcomes** *Except valve embolization* |
| **Clinical Experience** | EFS (5 US centers) n=15[1], Compassionate use study (3 US & 2 Canada centers) n=27[2] |
| **Mortality** | 6.7%[1], 4%[2] |
| **Stroke** | 0%[1], 4%[2] |
| **Valve Embolization** | 0%[1], 3.7%[2] |
| **AR < moderate** | 100%[1] |
| **Pacemaker** | 0%[1], 13%[2] |

1. Transcatheter Treatment of Chronic Aortic Regurgitation with a Novel Device: 30-day Primary Endpoint Results of J-Valve Transfemoral Early Feasibility Study. Presentation at CRT 2024 by Dr. Santiago Garcia.
2. Transcatheter Treatment of Native Aortic Valve Regurgitation. The North American Experience with a Novel Device. JACC 2023. Garcia et al.

CONFIDENTIAL

Edwards Lifesciences

# TAVR-AR: J-Valve – Key In Flight Activities Next 18 months

| 2024 | | 2025 | | | |
|---|---|---|---|---|---|
| Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |

Deal Close

2-year shelf-life complete Sep 2024



JC Medical J-Valve

JOURNEY IDE (≥HR, n=195, up to 25 US sites & 5 Canada sites): Site IRB initiated, met with potential sites at NY Valves; start IDE Q3 2024

Enrollment of n=194 in ~12-14 months

*FDA check in after 10 & 25 patients w/30-day F/U*

Enrollment complete Q3 2025

- 1-year F/U complete *Q3 2026*
- PMA approval *Q1 2027*

Edwards Lifesciences

# TAVR-AR – Key In Flight Activities Next 18 months

| 2024 | | 2025 | | | |
|---|---|---|---|---|---|
| Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |

## JenaValve Trilogy



- Deal Close (Q4 2024)
- ARTIST IDE (IR/LR study vs. surgery, n=1000, 60 sites in US, Canada, EU, Japan). Discussions with sites; in pre-sub, July 20 mtg w/FDA; targeted start Q4 2025
- ALIGN-AR LVAD Registry (n=50): FPE target Oct
- CRF TCT: ALIGN-AR 2-Year Data
- PCR London Valves 2024: CT/MRI Screen Failure Data (Cavalcante IIS)
- ALIGN-AR OUS Registry: new prospective/retrospective proposed for PMCF; targeted start Q4 2024
- EU Advisory Board Biannual Meeting December
- AWT testing complete & PMA Module 4 submission Q2 2025
- *Negotiations with FDA to submit Module 4 with clinical data earlier & add Module 5 for AWT/fatigue testing*
- EU Advisory Board Biannual Meeting EuroPCR
- US Implanter Meeting Sept 8th (LA)
- FDA Approval Late 2025*
- EU Advisory Board Biannual Meeting December

*Communication by JenaValve to customers has been "mid to late 2025"

## JC Medical J-Valve



- Deal Close (Q3 2024)
- JOURNEY IDE (≥HR, n=195, up to 25 US sites & 5 Canada sites): Site IRB initiated, met with potential sites at NY Valves; start IDE Q3 2024
- 2-year shelf-life complete Sep 2024
- Enrollment of n=194 in ~12-14 months
- *FDA check in after 10 & 25 patients w/30-day F/U*
- Enrollment complete Q3 2025
  - 1-year F/U complete *Q3 2026*
  - PMA approval *Q1 2027*

# Proposed 2024 AR KOD for Alignment

Proposed AR KOD ( Total points: 1 Corp point / 3 LOS points)
•Completion of due diligence and closure of at least one acquisition by year end (0.5 pt Corp / 2 pt LOS);
•Detailed integration plan approved by THV Leadership by year end (0.5 pt Corp / 1 pt LOS)

- NPD / Clinical Plan: Finalize an NPD plan which includes the formation of an integrated, cross-functional team, and includes the following deliverables:
  - Assessment of product, therapy, and evidence to inform the scope for the JenaValve/J-Valve product configuration
  - Scope, timeline, and risks through FDA approval for JenaValve

Edwards

Helping Patients is Our Life's Work, and *life is now*

# Project Dragon

## *Diligence Readout*

June 28, 2024

Edwards

Edwards Lifesciences

# 2024 Strategic Imperatives

- Drive global access and adoption of Structural Heart Therapies (SHD)
  - Activate key stakeholders to increase awareness, improve screening and accelerate treatments
- Lead the global expansion and drive TAVR as the standard of care for Aortic Valve Failure*
  - Execute patient activation strategies that accelerate TAVR adoption and build Edwards-wide capabilities
  - Extend TAVR leadership through technology launches and evidence that expands indications
- Transform and lead the treatment of mitral and tricuspid valve disease
  - Drive PASCAL commercial expansion and achieve long-term Mitral leadership through portfolio strategy
  - Lead Tricuspid therapy with the launch of EVOQUE and portfolio execution
- Strengthen and expand global leadership in Surgical Heart Valves and Critical Care
  - Achieve global RESILIA adoption and surgical valve innovations to drive sustained surgical growth
  - Fortify Critical Care growth through global adoption of smart recovery technologies, advanced algorithms, and sensors
- Prioritize investments that fortify culture, strengthen leadership, and accelerate innovation
  - Drive strategic talent initiatives that reinforce our patient-focused culture, build new capabilities, and result in best-in-class leaders
  - Execute GSC and Quality strategies to deliver market-leading innovation cadence, reliable supply, and improved cost
  - Advance a leading heart failure strategy through achievement of key internal and external milestones

# Project Dragon:
## Developing transcatheter valve to treat Aortic Regurgitation



- **Company Overview**
  - Founded in 2007 and acquired by Singapore-based Genesis MedTech in 2022
  - CEO Mark Turco was previously with Medtronic CMO Neuro and Vascular, Covidien)
  - 20 employees in Burlingame, California
  - Current Chinese manufacturing to be replicated as part of the transaction transition plan

- **J-Valve TF System developed to treat severe aortic regurgitation (pure AR)**
  - Low-profile design with U-shaped anchor rings, bovine tissue, 5 sizes (22mm - 34mm)
  - Clinical experience:
    - [redacted] compassionate use patients
    - Implanted 15 patients in its EFS (up to 25 patients in up to 10 US / CA sites)
  - Seeking IDE for pivotal trial

Edwards Lifesciences

# Diligence & Transaction Timeline



Edwards Lifesciences

# Dragon M&A Diligence Team

| Functional Areas | Diligence Team |
|---|---|
| THV Strategy | Pooja Sharma / Jeremy Bierman / Meredith Zia |
| R&D: Product | Assaf Bash / Anatoly Dvorsky |
| Medical Affairs | Martyn Thomas |
| Clinical / Statistical Analysis | Oscar Sanchez |
| Regulatory | Irene Parker |
| GSC | Ken Eliasen / Nate Arnim |
| Quality | Jeff Blatnik |
| IP | Avi Schwartz / Linda Nassif |
| Reimbursement | Seth Clancy / Tara Walker |
| HR | Gina Codd |
| Finance | Andy Dahl / Sandra Gardner |
| BU Finance | Elaine Farrell / Tal Biran |
| Tax | Michael Krause |
| Legal | Jeff Salinger |
| IT | Wally Young / John Teymourian |
| Facilities | Tom Porter |
| Compliance | Jaime Guerrero |
| Privacy | Jeff Dennis |

Edwards Lifesciences

# Summary Diligence Findings (Today's Presenters)

| Technology<br>Assaf / Anatoly | Clinical<br>Martyn / Oscar | Regulatory<br>Irene | GSC<br>Ken / Nate | Quality<br>Jeff Blatnik | Commercial<br>Jeremy / Meredith / Martyn | HR<br>Gina |
|---|---|---|---|---|---|---|
| Concept | Patient Selection | Non-clinical Test Strategy | Process | QMS / Mgmt Controls | Opportunity | Culture |
| Design Process | 30-Day Outcomes | Clinical Trial Design | Capacity | Change / Document Ctrls | Differentiation | Talent |
| Usability | Safety | Regulatory Strategy & Path | Vendor Performance | Design Controls | KOL / Advisors | Compensation / Benefits |
| Development Portfolio | Device Assembly | | Inventory Management | Purchasing / Supplier Ctrl | Training & Procedure Sup | HR Compliance |
| | | | COGS | Monitoring / Improvement | Global Launch Strategy; Pricing | |
| | | | Facility / Environment | Resource Management | | |
| | | | Supply Chain Risk | | | |
| | | | Other | | | |

Acceptable risk: little-to-no action required Medium risk: moderate action required Large risk: large investment required Pending diligence

Edwards Lifesciences

# Summary Diligence Findings (continued)

| GHER<br>Seth / Tara | Finance<br>Andy / Sandra / Michael | Compliance<br>Jaime G | Privacy<br>Jeff D | Facilities<br>Tom P | IT<br>Wally / John T | Legal<br>Jeff S | IP<br>Avi / Linda |
|---|---|---|---|---|---|---|---|
| Regulatory Reimbursement | Financial Services | Corporate Comms | Privacy Governance | Facilities | IT Assets | Corporate / Shareholders | Patents |
| | Financial Reporting | Ethical Standards | Data Management | | Infrastructure | Litigation | IP Ownership |
| | Assets & Liabilities | Govt & 3P Interactions | Vendor / 3P | | Data Retention | Contracts & Agreements | Litigation / Disputes |
| | Budgeting | Compliance | Incidents & Claims | | Process & Procedures | | |
| | Insurance | HCP Relations | Infrastructure | | Cybersecurity | | |
| | Tax | | Risk Management | | | | |
| | Tax Related Assets & Liab. | | Workforce | | | | |

Acceptable risk: little-to-no action required  Medium risk: moderate action required  Large risk: large investment required  Pending diligence

Edwards Lifesciences

# HR Diligence Summary

**Diligence Leaders:**
Name Gina Codd

**Overall:** [redacted]

| Categories | Status | Key Issues/Findings | Recommendation |
|---|---|---|---|
| **Culture** | [redacted] | ▪ Diligence limited to one meeting with the CEO and review of data room documents<br>▪ CEO sentiment is team is passionate and dedicated but top of mind is concern over what is going to happen to them<br>▪ CEO concern over team W/L balance<br>▪ Unable to assess culture until individual employee meetings occur | ▪ Site visit and team interviews |
| **Talent** | | ▪ Small but largely seasoned team w/ fairly low turn-over<br>▪ Critical talent identified with CEO<br>▪ Mfg. transfer is complex and will require experienced talent<br>▪ Clinical Field Rep support needed to cover NE, PNW and CA<br>▪ Talent spread across 6 states<br>▪ CEO and Sr. Director Med Affairs in Genesis LE, all others in JC Medical<br>▪ Well documented job descriptions | ▪ Longevity is unclear due to no employees with a hire date prior to 2022 acquisition<br>▪ Individual talent assessment to take place during sign to close |
| **Compensation / Benefits** | | ▪ Currently on Insperity (PEO)<br>▪ Robust benefit offerings and full total wellness options, including 401(k)<br>▪ Out of pocket max, employee contribution and selections not disclosed<br>▪ Total compensation modeled with a higher base w/ lower bonus mix compared to EW | ▪ Assume EW benefits conversion<br>▪ Transition from PEO is fairly easy<br>▪ Evaluation of title/level with GCF to understand comp positions and variable mix in EW's structure |
| **HR Compliance** | | ▪ Robust and thorough compliance provided by Insperity | ▪ No concern |

Open Items / Next Steps / Final Recommendation
**No material finding that could jeopardize the deal**

● Acceptable risk: little-to-no action required ● Key risks identified: important actions required ● Major risks: substantial / extensive actions required

Edwards Lifesciences

# R&D: What were we looking for?

Anchoring Mechanism

Durability

Valve Performance

System Preparation



EIIC test



J-Valve test

CONFIDENTIAL

CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# What have we found?

**Anchoring** are based on three mechanisms:

- [redacted]

**Key take away :**

- **Robus and reliable mechanism**
- **Possible migration** [redacted]

**Valve performance**: Hemodynamic and Mid term durability

**Key take away :**

- **Valve's hemodynamic**
  - [redacted]
  - [redacted]
  - [redacted]
  - [redacted]
- **Durability:** [redacted].





Edwards Lifesciences

# What have we found?

**Durability**:
- FEA analysis
- Material properties
- Results from AWT

**Key take away :**

[redacted]

**System preparation** :

Steps, complexity and time to prep the system in cathlab

**Key take away :**

- [redacted]
- **Have ideas to improve**



J-Valve test



EIIC test

# What are we offering?

**R&D Pathways** | **Potential Solution For:**

[redacted]



J-Valve [redacted]

[redacted]

[redacted]

[redacted]

Edwards Lifesciences

# Analysis of Potential Pathways

| R&D Pathways | Benefit | Considerations | Timing |
|---|---|---|---|
| [redacted] | | | |

Edwards Lifesciences

# Cardiac MRI will aid in proper diagnosis of Severe AR patients—pathway is incorporated in JOURNEY protocol

## JOURNEY pivotal trial protocol:

### Indeterminate Aortic Regurgitation / Assessment for AR Severity





1. Zoghbi WA, et al., *J Am Soc Echocardiogr Off Publ Am Soc Echocardiogr.* 2017;30(4):303-371. doi:10.1016/j.echo.2017.01.007
2. Malahfji M, et al., *J Am Coll Cardiol.* 2023;81(19):1885-1898. doi:10.1016/j.jacc.2023.03.001
3. Kawel-Boehm N, et al., *J Cardiovasc Magn Reson Off J Soc Cardiovasc Magn Reson.* 2015;17(1):29. doi:10.1186/s12968-015-0111-7

Edwards Lifesciences

# Commercial Diligence Summary

**Diligence Leaders:**
Pooja / Jeremy / Meredith / Martyn

**Overall:** [redacted]

| Categories | Status | Key Issues/Findings | Recommendation |
|---|---|---|---|
| **Market Opportunity** | [redacted] | ▪ No issues; [redacted] US opportunity with planned ssAR ≥High-risk indication | [redacted] |
| **Differentiation** | | ▪ **Strengths**: Interest in device from compassionate-use & EFS experience; ability to treat **larger annulus patients** (labeled up to ≤33mm diameter / ≤104mm perimeter); ability to track horizontal aortas (aortic annulus angle >80° excluded in EFS); anchoring mechanism for non-calcified leaflets; stable deployment & positioning; positive initial clinical outcomes (mortality, stroke, valve embolism, AR < moderate, pacemaker); valve is not oversized to annulus.<br>▪ **Weaknesses**: Additional clinical experience needed to assess differentiation, learning curve and clinical outcomes; challenging device preparation [redacted]; currently dependent on [redacted]; bicuspid valves excluded. | |
| **KOLs & Advisors** | | ▪ Pivotal PIs: **Santiago Garcia** (part of NA compassionate-use experience from 2018-2022 & site PI for EFS study) & **Tsuyoshi Kaneko**<br>▪ Pivotal Study Chair: **Michael Reardon** & **Dean J. Kereiakes** (both part of NA compassionate-use experience from 2018-2022 & national PIs for EFS study)<br>▪ Pivotal trial leadership selected, IRB process initiated for several sites, met with potential sites at NY Valves; no commitments made on trial start date but customers have expectations | |
| **Training & Procedure Support** | | ▪ Cardiac MRI incorporated in JOURNEY to aid in assessment of Severe AR assessment (only used with 2 pts in EFS)<br>▪ Clinical specialists trained in echo<br>▪ Learning curve of high-volume operator is [redacted] cases (to learn delivery system)<br>▪ Train Heart Team & IC on product, procedure & echo protocol day before 1st case to sign off (2-3 hours) | |
| **Global Launch Strategy**<br><br>**Pricing** | | ▪ **Opportunities:** US market is the priority to establish with target premium pricing for dedicated AR TAVR product: $37.5k list ASP [redacted] net ASP); IDE experience will inform US commercial launch strategy; Europe strategy TBD but ca[redacted] Japan strategy TBD.<br>▪ **Challenges:** COGS reduction & optimization to scale needed; challenging device preparation. China market out of scope. | |

● Acceptable risk: little-to-no action required ● Key risks identified: important actions required ● Major risks: substantial / extensive actions required

Edwards Lifesciences

# Clinical Diligence Summary

**Diligence Leader:**
Oscar Sanchez

**Overall:** [redacted]

| Categories | Status | Key Issues / Findings | Recommendation |
|---|---|---|---|
| Patient Selection | [redacted] | ▪ Intermediate STS risk<br>▪ Mostly NYHA class II<br>▪ Can address patients with larger perimeters. | [redacted] |
| 30-days Outcomes | | ▪ No residual AR, minimal PVL.<br>▪ Left ventricle reverse remodeling signals are shown<br>▪ Improvement on MR, and reduction in LA diameter<br>▪ KCCQ-OSS clinically meaningful improvement | |
| Safety | | ▪ Low rate of SAEs.<br>▪ Conduction/Arrhythmia SAEs, but no PPM needed | |
| Device Assembly | | [redacted] | |

Diligence Notes:
- ➢ **EFS denoted a high-quality clinical data**
- ➢ **China TA experience not much different than EFS (very limited data shared by JC-China)**
- ➢ **EFS data published (Garcia S et al. J Am Coll Cardiol Intv 2023)**

Acceptable risk: little-to-no action required   Key risks identified: important actions required   Major risks: substantial / extensive actions required

Edwards Lifesciences

# Regulatory Diligence Summary

**Diligence Leaders:**
Name: Irene Parker

**Overall:** [redacted]

| Categories | Status | Key Issues/Findings | Recommendation |
|---|---|---|---|
| **Non-clinical Testing Strategy** | [redacted] | ▪ Pivotal study will begin with [redacted] will be completed Sept. 2024.<br>▪ 600 million cycle DFM will be completed for PMA.<br>▪ Sample sizes for engineering test not justified. Will need to be justified for PMA (risk based) therefore sample size will increase.<br>▪ Packaging validation needs to be repeated with a larger sample size (59) at zero time which they'll do for the PMA. Real-time aging for DS will begin within 3 months of committing to commercial packaging solution for product launch. | [redacted] |
| **Clinical Trial Design** | [redacted] | ▪ Pivotal limited to 25 patients, 25 sites due to FDA concern of high technical failure in EFS and Compassionate Use cases. Approval staged following summary of first 10 patients with 30 day FU.<br>▪ EFS n=15 patients with an STS of 5.5 +/- 4.0, 73% patients NYHA II.<br>▪ High risk for pivotal study (STS 8.0% or if less documented heart team agreement that significant co-morbidities are not captured by STS) | [redacted] |
| **Regulatory Strategy & Pathway** | [redacted] | ▪ Primary endpoint PG 23.5%, sample size 194, power 97.5%, attrition 5%.<br>▪ Safety co-primary composite endpoint 37.8% recommended by FDA which increases the sample size to from 171 to 194 and decreases power from 85 to 80%. Attrition rate is 5%.<br>▪ Secondary efficacy endpoint KCCQ improvement of 10 points insufficient, FDA requiring greater improvement to deal with bias. Increased to 15 points. | [redacted] |

● Acceptable risk: little-to-no action required ● Key risks identified: important actions required ● Major risks: substantial / extensive actions required

Edwards Lifesciences

# GSC Diligence Summary (part 1)

**Diligence Leaders:**
Ken Eliasen / Nate Arnim

**Overall:** [redacted]

| Categories | Status | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Process | [redacted] | [redacted] | [redacted] |
| Capacity | | ▪ Relatively simple processes are scalable<br>▪ [redacted]<br>▪ Use of contract manufacturers adds a level of complexity to assess and scale | |
| Vendor Performance | | ▪ Assembly of the devices is done at a Contract Manufacturing Organization (CMO) in China (Owned by same parent organization)<br>▪ Potential Canada based contract CMO does not have lengthy track record<br>▪ Key component manufacturing done at reputable suppliers<br>▪ Unknown vendor capacity | |
| Inventory Management | | ▪ Early-stage manufacturing with limited inventory management<br>▪ Limited shelf life<br>▪ Inventory is managed through CMO (no visibility into tier 2 or 3)<br>▪ Shelf life is limited (6 months) | |
| COGS | | ▪ Limited production to date (some leverage may be possible from TA device)<br>▪ Projected cost reductions rely heavily on [redacted]<br>▪ Volumes are likely not high enough to see the economies of scale needed for the cost targets [redacted] | |

Acceptable risk: little-to-no action required · Key risks identified: important actions required · Major risks: substantial / extensive actions required

Edwards Lifesciences

# GSC Diligence Summary (part 2)

| Categories | Status | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Non-Performance | [redacted] | ▪ N/A | [redacted] |
| Supply Chain Risk | | ▪ [redacted]<br>▪ Unknown supplier capacity<br>▪ [redacted] | |
| Facility / Environmental | | ▪ [redacted]<br>▪ Assembly is done in China. Facility showed positively upon inspection. | |

**Open Items / Next Steps / Final Recommendation**

Overall manufacturing is in a pretty good position for the stage of development and size of company. It will require fairly extensive investment to achieve EW standards. The main focus should be moving away from China based CMO for assembly.

Acceptable risk: little-to-no action required   Key risks identified: important actions required   Major risks: substantial / extensive actions required

# Quality Diligence Summary (Part 1)

**Diligence Leaders:**
Jeff Bla[redacted]

**Overall** [redacted]

| Categories | Status | Key Issues/Findings | Recommendation |
|---|---|---|---|
| QMS / Mgmt Controls | [redacted] | ▪ Basic process in place – ISO13485 certified by BSI - paper-based and manual | [redacted] |
| Change / Document Control | | ▪ Meets minimum requirements – paper based and manual | |
| Design Controls | | [redacted]<br>▪ [redacted]<br>▪ Risk Management [redacted] | |
| Production / Process Controls | | ▪ Delivery system [redacted]<br>▪ Valve [redacted] | |

Acceptable risk: little-to-no action required | Key risks identified: important actions required | Major risks: substantial / extensive actions required

Edwards Lifesciences

# Quality Diligence Summary (Part 2)

| Categories | Status | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Purchasing / Supplier Controls | [redacted] | ▪ [redacted] | [redacted] |
| Monitoring & Improvement | | ▪ [redacted]<br>▪ Current CMO (Suzhou) successfully withstands rigor of China NMPA inspection | |
| Resource Management | | • [redacted] Quality rep at JC Medical<br>• Quality inspection/engineering staff at CMO adequate to support current volume. | |
| SW Quality / Cybersecurity | | ▪ Not reviewed | |

**Quality status in alignment with expectations for this phase of product development – several recommended actions, but can be executed within timeframe identified for clinical enrollment / follow-up.**

Acceptable risk: little-to-no action required | Key risks identified: important actions required | Major risks: substantial / extensive actions required

# Summary Diligence Findings (continued)

| GHER<br>Seth / Tara | Finance<br>Andy / Sandra / Michael | Compliance<br>Jaime G | Privacy<br>Jeff D | Facilities<br>Tom P | IT<br>Wally / John T | Legal<br>Jeff S | IP<br>Avi / Linda |
|---|---|---|---|---|---|---|---|
| Regulatory Reimbursement | Financial Services | Corporate Comms | Privacy Governance | Facilities | IT Assets | Corporate Governance | Patents |
| | Financial Reporting | Ethical Standards | Data Management | | Infrastructure | Litigation | IP Ownership |
| | Assets & Liabilities | Govt & 3P Interactions | Vendor / 3P | | Data Retention | Contracts & Agreements | Litigation / Disputes |
| | Budgeting | Compliance | Incidents & Claims | | Process & Procedures | | |
| | Insurance | HCP Relations | Infrastructure | | Cybersecurity | | |
| | Tax | | Risk Management | | | | |
| | Tax Related Assets & Liab. | | Workforce | | | | |

Acceptable risk: little-to-no action required  Medium risk: moderate action required  Large risk: large investment required  Pending diligence

# Next Steps

- **Solicit ELT feedback and / or support for the transaction**
  – Complete diligence follow ups, as necessary
- **Seek Board of Directors approval**
- **Sign and close transaction in July**

Edwards Lifesciences

# Reimbursement Diligence Summary

**Diligence Leaders:**
Tara Walker/Seth Clancy

**Overall:** [redacted]

| Categories | Status | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Regulatory / Clinical Reimbursement | [redacted] | [redacted] | [redacted] |

**Open Items / Next Steps / Final Recommendation**

- **For Clinical Trial Coverage and Reimbursement:**
  - [redacted]:
  - Apply to CMS for any future clinical trials

Acceptable risk: little-to-no action required · Key risks identified: important actions required · Major risks: substantial / extensive actions required

Edwards Lifesciences

# Finance Diligence Summary

**Diligence Leaders:**
Andy Dahl/Sandra Gardner

**Overall:** [redacted]

| Categories | Status | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Financial Services | [redacted] | ▪ Cash holdings are with [redacted] | [redacted] |
| Financial Reporting | | ▪ Target financial statements are not audited. Parent is audited by E&Y.<br>▪ Reporting is under Hong Kong accounting standards | |
| Assets and Liabilities | | ▪ [redacted]<br>▪ Total assets [redacted]<br>▪ Total liabilities [redacted]<br>▪ Equity of [redacted]<br>▪ Operating losses [redacted]<br>▪ Parent is [redacted] | |
| Budgeting | | ▪ Expecting [redacted] million of operating costs in 2024 – 2026.<br>▪ Projecting revenues beginning in 2027 with [redacted] growth rate. | |
| Insurance | | ▪ Policies covering property, general liability, business automobile, product liability and an umbrella policy (advertising and personal injury). | |

Acceptable risk: little-to-no action required · Key risks identified: important actions required · Major risks: substantial / extensive actions required

# Tax Diligence Summary

**Diligence Leaders:**
Michael Krause

**Overall:** [redacted]

**Redacted for Privilege**

Edwards Lifesciences

# Compliance Diligence Summary

Diligence Leaders:
Name: Jaime Guerrero [redacted]
Overall: [redacted]

Redacted for Privilege

Acceptable risk: little-to-no action required Key risks identified: important actions required Major risks: substantial / extensive actions required

# Privacy Diligence Summary

**Diligence Leaders:**
Jeff Dennis [redacted]

**Overall:** [redacted]

# Redacted for Privilege

Acceptable risk: little-to-no action required
Key risks identified: important actions required
Major risks: substantial / extensive actions required

Edwards Lifesciences

# Facilities Diligence Summary

**Diligence Leader:**
Tom Porter

**Overall:** [redacted]

| Categories | Status | Key Issues / Findings | Recommendation |
|---|---|---|---|
| Facilities | [redacted] | • Location: Burlingame, CA<br>– [redacted]<br>– Capacity: 16<br>– Total staff 14 - 3 regularly in-office; 5 remote; 6 hybrid | • [redacted] |

**Diligence Summary:**
- No immediate concerns on [redacted]
- Need to consider what is future state for staff of 14 - [redacted]

Acceptable risk: little-to-no action required    Key risks identified: important actions required    Major risks: substantial / extensive actions required

Edwards Lifesciences

# IT Diligence Summary

**Diligence Leaders:**
John Teymourian

**Overall:** [redacted]

| Categories | Status | Key Risks | Recommendation / Remediation |
|---|---|---|---|
| **IT Assets** | [redacted] | ▪ Running [redacted] and [redacted] operating systems.<br>▪ [redacted]<br>▪ [redacted] is questionable | [redacted] |
| **Infrastructure** | | ▪ Based on the insufficient documentation provided it was not possible to accurately assess Infrastructure capabilities, security and stability of existing environment. | |
| **Cybersecurity** | | ▪ Based on the lack of documentation provided it was not possible to accurately assess if there are security holes or vulnerabilities that could leave the company vulnerable to internal/external threats. | |
| **Data Retention** | | ▪ Backups are being managed by a 3rd party provider<br>▪ No retention policies outlined for critical systems<br>▪ [redacted] | |
| **Process and Procedure** | | ▪ Policies and Procedure date back to 2021, no updates since then or review. | |

● Acceptable risk: little-to-no action required ● Key risks identified: important actions required ● Major risks: substantial / extensive actions required

Edwards Lifesciences

# Legal Diligence Summary

Diligence Leaders:
Jeff Salinger

Redacted for Privilege

Edwards

Helping Patients is Our Life's Work, and *life is now*

# Project Jupiter
## *Diligence Readout*

June 28, 2024

Edwards

# 2024 Strategic Imperatives

- **Drive global access and adoption of Structural Heart Therapies (SHD)**
  - Activate key stakeholders to increase awareness, improve screening and accelerate treatments
- **Lead the global expansion and drive TAVR as the standard of care for Aortic Valve Failure**
  - Execute patient activation strategies that accelerate TAVR adoption and build Edwards-wide capabilities
  - Extend TAVR leadership through technology launches and evidence that expands indications
- **Transform and lead the treatment of mitral and tricuspid valve disease**
  - Drive PASCAL commercial expansion and achieve long-term Mitral leadership through portfolio strategy
  - Lead Tricuspid therapy with the launch of EVOQUE and portfolio execution
- **Strengthen and expand global leadership in Surgical Heart Valves and Critical Care**
  - Achieve global RESILIA adoption and surgical valve innovations to drive sustained surgical growth
  - Fortify Critical Care growth through global adoption of smart recovery technologies, advanced algorithms, and sensors
- **Prioritize investments that fortify culture, strengthen leadership, and accelerate innovation**
  - Drive strategic talent initiatives that reinforce our patient-focused culture, build new capabilities, and result in best-in-class leaders
  - Execute GSC and Quality strategies to deliver market-leading innovation cadence, reliable supply, and improved cost
  - Advance a leading heart failure strategy through achievement of key internal and external milestones

Edwards Lifesciences

# Large Unmet Clinical Needs for Aortic Regurgitation Patients

## Undertreatment of symptomatic severe AR[1]

**Treatment within 1-year of diagnosis**




## High mortality if left untreated

**1-year mortality rate of diagnosed ssAR patients[1]**




1. Thourani et al. Treatment Patterns, Disparities, and Management Strategies Impact Clinical Outcomes in Patients with Symptomatic Severe Aortic Regurgitation. Structural Heart. 2021.
2. ALIGN-AR 1-year all-cause mortality (N=180)

Edwards Lifesciences

# Company Overview

- **Developing Trilogy Valve, a transcatheter solution for aortic regurgitation (AR)**
- **Company completed its ALIGN-AR pivotal trial**
  - Symptomatic AR patients; N=180
  - Met primary safety and efficacy endpoints (non-inferiority)
- **Trilogy Valve received a CE Mark in 2021**
- **Facilities:**
  - Irvine, CA – Corporate, R&D, Clinical, valve & delivery system manufacturing
  - Munich, Germany – Commercial HQ
  - Leeds, UK – Valve manufacturing
- **Company has raised ~$350M**
  - Investors include Bain, Peijia, Qatar Investment Authority, Andera, Innovatus Capital, Cormorant, etc.
- **CEO John Kilcoyne has been in the role since 2019**
  - ~150 employees



# Project Jupiter Diligence Team

| Functional Areas | Diligence Team |
|---|---|
| Commercial / Strategy | Pooja Sharma / Jeremy Bierman / Meredith Zia |
| Technical | Laksen Sirimanne / Sean Chow / Russ Joseph |
| Clinical | Jaime Wheeler / Heather Prince |
| Medical | Martyn Thomas |
| Regulatory | Scott Beggins |
| Reimbursement | Seth Clancy / Tara Walker |
| Operations / Supply Chain | Nate Arnim |
| Quality | Jeff Blatnik |
| Legal | Jeff Salinger / Tracey Davies |
| HR | Gina Codd |
| Finance | Andy Dahl / Sandra Gardner |
| BU Finance | Elaine Farrell / Tal Biran |
| Tax | Michael Krause |
| Intellectual Property | Gail Katz / Avi Schwartz / Linda Nassif |
| Privacy | Jeff Dennis |
| Compliance | Jaime Guerrero |
| Facility | Tom Porter |
| IT | Wally Young / John Teymourian |
| InfoSec | Kapil Assudani / Adam Goodman |

# Diligence & Transaction Timeline



Edwards Lifesciences

# Summary diligence findings (1 of 2)

| Technical<br>Russ / Sean | Clinical<br>Jaime W / Heather / Martyn | Regulatory<br>Scott B | GSC<br>Nate | Quality<br>Blatnik | Commercial<br>Jeremy / Meredith / Martyn | GHER<br>Seth / Tara |
|---|---|---|---|---|---|---|
| Design | Clinical Strategy | Non-clinical Test Strategy | Process | QMS / Mgmt Controls | Opportunity | Regulatory Reimbursement |
| Durability / AWT | Trial Preparation | Regulatory Strategy & Path | Capacity | Change / Document Ctrls | Differentiation | US Reimbursement |
| Pre-clinical Testing | Clinical Services | Regulatory Change Mgmt. | Vendor Performance | Design Controls | KOL / Advisors | EU Reimbursement |
| Development / Pipeline Portfolio | Enrollment / Follow Up | | Inventory Management | Production / Process Controls | Training & Procedure Sup. | JP Reimbursement |
| Patient Data | | | Supply Chain Risk | Purchasing / Supplier Controls | Global Launch Strategy; Pricing | |
| Delivery System | | | Facility / Environmental | Monitoring / Improvement | | |
| | | | COGS | Resource Management | | |

*Information as of 6/25/2024*

Minimal Effort: Sufficient As Is | Medium Effort: Some Remediation Required | Significant: Large Effort Required | Pending diligence

Edwards Lifesciences

# Summary diligence findings (2 of 2)

| HR<br>Gina | Compliance<br>Jaime G | Privacy<br>Jeff D | Finance/Tax<br>Andy / Sandra / Michael | IT / InfoSec<br>Wally / John / Kapil / Adam | Facilities<br>Tom P | Legal<br>Salinger / Tracey | IP<br>Avi / Linda / Gail |
|---|---|---|---|---|---|---|---|
| Culture | Corporate Comms | Privacy Governance | Financial Services | IT Support | Facilities | Corporate Structure | Patents |
| Talent | Ethical Standards | Data Management | Financial Reporting | Infrastructure | | Minutes / Records | IP Ownership |
| Compensation / Benefits | Govt & 3P Interactions | Vendor / 3P | Assets & Liabilities | End User Resources | | Stakeholders / Shareholders | Litigation / Disputes |
| HR Compliance | Compliance | Incidents & Claims | Budgeting | Data Retention Applications | | Litigation | |
| | HCP Relations | Infrastructure | Insurance | Cybersecurity | | Contracts & Agreements | |
| | | Risk Management | Tax | | | | |
| | | Workforce | Tax Related Assets & Liab. | | | | |

*Information as of 6/24/2024*

Minimal Effort: Sufficient As Is | Medium Effort: Some Remediation Required | Significant: Large Effort Required | Pending diligence

Edwards Lifesciences

# Technical / R&D Diligence Summary

**Diligence Leaders:**
Name Sean Chow & Russ Joseph
**Overall:** [redacted]

| Categories | Status | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Durability | [redacted] | [redacted] | [redacted] |
| Fracture | [redacted] | [redacted] | [redacted] |
| Large Animal Study | [redacted] | ▪ Pre-clinical animal study showed calcification in 4 of 5 animals. [redacted] | [redacted] |

● Medium effort needed to meet EW requirements ● Significant lift needed to meet EW requirements ● Further diligence required

Edwards Lifesciences

# Technical / R&D Diligence Summary

**Diligence Leaders:**
Name Sean Chow &
Russ Jos[redacted]
**Overall:** [redacted]

| Categories | Status | Key Issues/Findings | Recommendation |
|---|---|---|---|
| **Developmen[redacted] (Pipeline) Portfolio** | [redacted] | Tissue sourcing and acceptance [redacted] Current yield [redacted] ([redacted] eaflets accepted per 100 pericardium sacks). | [redacted] |
| **Patient Data** | | One thing that could ease concern about durability and calcification is clinical data out to 4 and 5 years.<br>In summary, 21 patients have reached either 4 or 5 years. There is only 1 patient, the very first patient 001-001, who showed a deterioration in regurgitation to Mild-Moderate, and no patient showed a trend of concern on gradient.<br>This limited data set of 21 patients shows no outward indications of valves failing in patients | |
| **MRI** | | MRI data has poor test article traceability and was done on the middle size; not the largest.<br>Used a scalar based on dimensions to predict heating which may not be technically accurate. I don't believe the device is MR safe but tests should be repeated | |
| **Delivery System** | | In the Design Verification testing, there were notes of [redacted] due to [redacted]. In our sight visit there were [redacted] All of those things appear easy to remedy, but will take work and probably some sort of regulatory action for changes. Overall, they are fixable problems. | |

Minimal effort, sufficient-as-is · Medium effort needed to meet EW requirements · Significant lift needed to meet EW requirements · Further diligence required

Edwards Lifesciences

# Clinical Diligence Summary

**Diligence Team:** Jaime Wheeler, Heather Prince

Overall [redacted]

| Categories | Effort Required | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Clinical Strategy | [redacted] | 1. **ALIGN_AS EFS trial** n=68, CE-mark recertification with Polish notified body required in 2025 as part of MDR.<br>2. **ALIGN_AR trial**, HR indication, currently under review with PCBC (Polish NB). Will go to FDA for review in Q2 2025 (module 4 of PMA); will likely need PMA and CAP data refresh due to time gap. Pacemaker rate reduced from 24% to 15% during trial, 1 year mortality ~10% (literature is 20-30%), no "known" safety concerns per JV team.<br>   1. **ALIGN_AR CTSS (n=25)** has a "high" HALT rate, ~40% at 30 days; very small sample size n=25; clinical significance TBD.<br>3. **ARTIST_IR & LR** indication expansion trial is in pre-sub now with FDA (July 20 meeting); expanded valve sizing to be included 2H 2026<br>4. Note: 2 year ALIGN AR data planned for podium at TCT 2024, CT/MRI Screen Failure data planned for podium (Cavalcante IIS) at London Valve 2024. | [redacted] |
| Trial Preparation | | ▪ **ALIGN_AR – HR LVAD Registry** (new) – n=50, FPE targeted to start in OCT 2024<br>▪ **ARTIST – IR/LR vs. Surgery** (new) – n=1000, 60 sites USA, Canada, EU, Japan; targeted start Q4 2025<br>▪ **ALIGN _AR OUS Registry** (new) – Prospective/Retrospective proposed to use for PMCF; targeted start Q4 2024 | |
| Clinical Services | | ▪ Limited Clinical services (almost all outsourced – monitoring, safety, medical writing, etc.):<br>   ▪ New Clinical Director (only 7 months with the Company)<br>   ▪ "Small but effective" clinical team (11 FTEs/3 new hires in June, 1 remote CRA starts in July, 1 new statistician starts in AUG), 1 junior DM, various CRAs, hiring project managers and medical writers now, 1 safety employee currently on a PIP; 1 proctor, and Dr. Pinto is the only IC physician; CSRs by Parexel, CERs by Meditrials, etc.<br>▪ Note: Atypical EDC platforms (currently AXIOM, launching (new) CAPSTONE in Q4 2024); integration challenge | |
| Trial Enrollment/ Follow up | | ▪ **ALIGN_AS, EFS, Severe AS,** LPLV ~July 2024, Final Report and Trial Close out required<br>▪ **ALIGN_AR,** HR, Single Arm, in Year 2 of LTFU. No approved EU PMCF yet<br>   ▪ **ALIGN_AR CTSS** - ongoing (still collecting 1 year data)<br>▪ **ALIGN_AR – HR CAP** – ongoing<br>▪ **ALIGN_AS & AR_OUS PMCF (TAVIS Registry) n=600** – closing due to inadequate design / too much missing data | |

Minimal effort, sufficient-as-is · Medium effort needed to meet EW requirements · Significant lift needed to meet EW requirements · Further diligence required

# Regulatory Diligence Summary

**Diligence Leaders:**
Scott Beggins

**Overall:** [redacted]

| Categories | Effort | Key Issues/Findings | Recommendation |
|---|---|---|---|
| **Non-clinical Testing Strategy** | [redacted] | ▪ Last two DFMs had [redacted] both [redacted] and [redacted] component<br>▪ High levels of [redacted] observed [redacted] ([redacted]% vs [redacted]%).<br>▪ [redacted] tissues [redacted] requires additional prep steps, is this feasible commercially? Not sure of LT impact in terms of [redacted]<br>▪ ? | [redacted] |
| **Regulatory Strategy & Pathway** | | ▪ Large gap between CER and final module (#4)<br>▪ Continue to add CAP patients adding top follow up lift<br>▪ Strategy for bicuspid patients requires additional look<br>▪ Unclear if Jena has had panel discussion with FDA | |
| **Regulatory Change Management** | | ▪ Routine interactions with FDA.<br>▪ Due to MDD certification for CE mark. No substantial changes to the system can be made if any test issue arise. | |

Minimal effort, sufficient-as-is · Medium effort needed to meet EW requirements · Significant lift needed to meet EW requirements · Further diligence required

Edwards Lifesciences

# GSC Diligence Summary – Valve (1 of 2)

**Diligence Leaders:**
Name: Ar[redacted]
**Overall:** [redacted]

| Categories | Effort | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Process | [redacted] | ▪ Leeds Valves process change to allow only [redacted]<br>FG yields stil[redacted]% through functional testing<br>Leeds Tissue Yield 2023 (through leaflet) reported at [redacted]% Irvine, [redacted]% Leeds | [redacted] |
| Capacity | | Projected volumes through '27 require expansion to 2nd floor in Leeds, full Irvine cleanroom utilization and addition of 2nd shift at both locations [redacted] units is max capacity)<br>Leeds valve facility is near capacity to increase volume. [redacted] valves/month produced in 2023.<br>Valve requires [redacted] stitches [redacted] hours per valve | |
| Vendor Performance | | Frame sourced from [redacted]<br>Tissue sources in [redacted] current mfg locations | |
| Inventory Management | | Plan for every part approach pending | |

Minimal effort, sufficient-as-is · Medium effort needed to meet EW requirements · Significant lift needed to meet EW requirements · Further diligence required

Edwards Lifesciences

# GSC Diligence Summary – Valve (2 of 2)

| Categories | Effort | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Supply Chain Risk | [redacted] | ▪ Only limited information has been shared. [redacted]% tissue yields in UK, [redacted] in US raises concerns about adequate supply for scale. May have specification contribution as well.<br><br>Jenavalve personnel discussed issues with [redacted] and [redacted] as contributors as they work with [redacted] to improve supply | [redacted] |
| Facility / Environmental | | ▪ Leeds has significant space constraints and will need to [redacted] in near future.<br>▪ Facility condition likely [redacted] per EW FCI | |

# GSC Diligence Summary – DS (1 of 2)

| Categories | Effort | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Process | [redacted] | ▪ Insufficient process controls and monitoring [redacted])<br>▪ FG yields stated at [redacted]% (exc. pyr) in part due to inadequate specifications, terminated subs yield [redacted]%<br>▪ Good improvements to [redacted]<br>▪ [redacted] requiring [redacted]% cleaning of all components | [redacted] |
| Capacity | | ▪ All DS manufactured in [redacted] required to meet [redacted] (space available in [redacted] location)<br>▪ [redacted] DS operators trained to date, all batch processing | |
| Vendor Performance | | ▪ PTFE ongoing supply concerns for OTD and lead time<br>▪ Introducer sheath fully assembled by [redacted] (transfer underway)<br>▪ Sterilization performed by [redacted] – [redacted] pallet chamber | |
| Inventory Management | | ▪ Plan for every part approach pending<br>▪ Line side warehouse for raw materials (managed by ERP location only)<br>▪ Sterilization shipments managed "manually" with no system controls to prevent early release | |

Minimal effort, sufficient-as-is · Medium effort needed to meet EW requirements · Significant lift needed to meet EW requirements · Further diligence required

Edwards Lifesciences

# GSC Diligence Summary – DS (2 of 2)

| Categories | Effort | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Supply Chain Risk | [redacted] | ▪ Awaiting plan for every part assessment | [redacted] |
| Facility / Environmental | | ▪ Irvine facility in good condition<br>▪ Facility condition likely [redacted] per EW FCI | |

Edwards Lifesciences

# GSC Diligence Summary – System (part 3)

| Categories | Effort | Key Issues/Findings | Recommendation |
|---|---|---|---|
| COGS | [redacted] | COGS will need improvement to maintain EW GP.<br>Reported UNYIELDED COGS in 2023 are > [redacted] K<br>Valve: [redacted]<br>DS:<br>Introducer:<br>Loader: | [redacted] |

Edwards Lifesciences

# Quality Diligence Summary (Part 1)

**Diligence Leaders:**
Jeff Blatnik

**Overall:** [redacted]

| Categories | Effort Required | Key Issues/Findings | Recommendation |
|---|---|---|---|
| **QMS / Mgmt Controls** | [redacted] | ▪ More robust relative to 2019, but still paper-based and manual | [redacted] |
| **Change / Document Control** | | ▪ Same as above | |
| **Design Controls** | | ▪ DRD relatively comprehensive<br>▪ Risk Management similar to EW pre-EU MDR system<br>▪ DV – DS– testing would generally satisfy internal EW requirements<br>▪ DV – Valve – [redacted]<br>▪ Process Validation – OQ/PQ no major issues identified by Jupiter. [redacted]<br>▪ **No clear map of requirements / risk to manufacturing controls** | |
| **Production / Process Controls** | | ▪ **Valve-** [redacted] t. Unclear whether [redacted] ever evaluated on AWT.<br>▪ [redacted] due to [redacted], variable [redacted]<br>▪ **Irvine –** [redacted]<br>▪ DS Batch processing [redacted]<br>▪ HHE on Jar leak - [redacted]<br>▪ No in-line process monitoring for [redacted] (only [redacted]) | |

**Main Product Quality concern –** [redacted]

Edwards Lifesciences

# Quality Diligence Summary (Part 2)

| Categories | Status | Key Issues/Findings | Recommendation |
|---|---|---|---|
| **Purchasing / Supplier Controls** | [redacted] | ▪ Receiving Inspection presence at both sites<br>▪ Inspection/sampling [redacted]<br>▪ [redacted] validation complete ([redacted])<br>▪ Inconsistent execution of DS supplier validation<br>▪ [redacted]% of suppliers at highest internal rating (per supplier quality metrics) | [redacted] |
| **Monitoring & Improvement** | | ▪ [redacted]<br>▪ | |
| **Resource Management** | | • High turnover of quality leadership (i.e. direct reports of mgmt. rep)<br>• Very few QE's [redacted] across 2 sites with very limited tenure (high turnover)<br>• Quality inspection and lab staff adequate to support current volume. | |

Minimal effort, sufficient-as-is | Medium effort needed to meet EW requirements | Significant lift needed to meet EW requirements | Further diligence required

Edwards Lifesciences

# Commercial Diligence Summary

**Diligence Leaders:**
Pooja / Jeremy / Meredith / Martyn

**Overall:** [redacted]

| Categories | Effort Req | Key Issues/Findings | Recommendation |
|---|---|---|---|
| **Market Opportunity** | [redacted] | • No issues [redacted] opportunity with planned ssAR ≥High-risk indication | [redacted] |
| **Differentiation** | [redacted] | • **Strengths**: First to market in US; approved in Europe; anchoring mechanism for non-calcified leaflets; stable deployment & positioning; positive clinical outcomes (mortality, stroke, valve embolism, AR < moderate).<br>• **Weaknesses**: Limited upper end of valve sizing (≤28.6mm diameter / 85mm perimeter); [redacted]% screen out rate in ALIGN-AR; valve is oversized to annulus; learning curve to achieve [redacted] pacemaker rates; some limitations with horizontal aortas (aortic annulus angle >60° in CE mark & IDE trial IFU exclusions); bicuspid valves excluded | [redacted] |
| **KOLs & Advisors** | [redacted] | • Top 5 enrolling ALIGN-AR sites: [redacted]<br>• 1st US Implanter meeting scheduled for Sept 8th in LA<br>• Communication on US commercialization has been "mid to late 2025"<br>• Communication on future IDE (ARTIST) with numerous sites; no contracted commitments<br>• Meet with EU Advisory board in December & EuroPCR | [redacted] |
| **Training & Procedure Support** | [redacted] | • [redacted] months to train clinical specialists<br>• [redacted] implants to overcome learning curve of product; Requirement to be proctored for [redacted] implants to be certified (typically use MD proctor for initial cases and supplement with internal Field Clinical Specialist for cases [redacted]).<br>• Procedure time within [redacted] minutes of SAPIEN case | [redacted] |
| **Global Launch Strategy**<br><br>**Pricing** | [redacted] | • **Opportunities**: Establish TAVR therapy for AR in the US with target premium pricing for dedicated AR TAVR product: $37.5k list ASP [redacted] net ASP). ALIGN-AR 2-year data planned for TCT 2024; CT analysis & RWE at LV 2024. egnite project being formulated.<br>• **Challenges**: [redacted] does not support a [redacted] COGS reduction & optimization to scale needed; China market out of scope due to exclusive licensing by Peijia. | [redacted] |

● Minimal effort, sufficient-as-is ● Medium effort needed to meet EW requirements ● Significant lift needed to meet EW requirements ● Further diligence required

Edwards Lifesciences

# Reimbursement Diligence Summary (Part 1)

Diligence Leaders:
Tara Walker
Overall: [redacted]

| Categories | Effort | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Regulatory / Clinical Reimbursement | [redacted] | ▪ [redacted] | [redacted] |
| US Reimbursement | | ▪ [redacted] | |

Edwards Lifesciences

# Reimbursement Diligence Summary (Part 2)

**Diligence Leaders:**
Tara Walker
Overall: [redacted]

| Categories | Effort | Key Issues/Findings | Recommendation |
|---|---|---|---|
| EU Reimbursement | [redacted] | [redacted] | [redacted] |
| JP Reimbursement | | [redacted] | |

Open Items / Next Steps / Final Recommendation
- [redacted]
- [redacted]

Minimal effort, sufficient-as-is · Medium effort needed to meet EW requirements · Significant lift needed to meet EW requirements · Further diligence required

Edwards Lifesciences

# HR Diligence Summary

Diligence Leaders:
Name: Gina Codd

Overall: [redacted]

| Categories | Effort Required | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Culture | [redacted] | ▪ Highly passionate and driven LT<br>▪ PMA excitement building and anxiousness about AWT<br>▪ Pride in their evolution from "learning" to being "experts" in AR<br>▪ Protective over the team on transparency in the diligence process | [redacted] |
| Talent | | ▪ Assessment limited to one site visit with the leadership team coupled with a restrictive and partially outdated data room.<br>▪ Large population w/ experience from EW, Boston, Medtronic etc.<br>▪ Gaps in experience at the mid-levels. Experience cliff in some groups between LT and team.<br>▪ Small and nimble R&D, Clinical and Regulatory teams, support functions seem heavy<br>▪ Clear triangulation across functions on critical talent | |
| Compensation / Benefits | | ▪ Generally competitive total wellness offerings (PPO, HMO, dental, vision, life insurance etc.). EW is much broader in offerings.<br>▪ Employee contribution seems low without a line by line comparison to determine depth of coverage.<br>▪ Total cash comp. is competitive. Depending on title leveling, appears to lean heavier on base<br>▪ Pension plan documents in German – pending review | |
| HR Compliance | | Redacted for Privilege | |

No material finding that could jeopardize the deal

Minimal effort, sufficient-as-is · Medium effort needed to meet EW requirements · Significant lift needed to meet EW requirements · Further diligence required

# Compliance Diligence Summary

**Diligence Leaders:**
Name. Jaime Guerrero

**Overall:** Minimal

Redacted for Privilege

Minimal effort, sufficient-as-is | Medium effort needed to meet EW requirements | Significant lift needed to meet EW requirements | Further diligence required

Edwards Lifesciences

# Privacy Diligence Summary

Diligence Leaders:
Jeff Dennis

Overall: Minimal

Redacted for Privilege

Minimal effort, sufficient-as-is | Medium effort needed to meet EW requirements | Significant lift needed to meet EW requirements | Further diligence required

Edwards Lifesciences

# Finance Diligence Summary

**Diligence Leaders:**
Sandra / Andy

**Overall:** [redacted]

| Categories | Effort Required | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Financial Services | [redacted] | ▪ No issues | [redacted] |
| Financial Reporting | | ▪ No issues | |
| Assets and Liabilities | | ▪ [redacted]<br>▪ [redacted]<br>▪ [redacted] | |
| Budgeting | | ▪ Expecting losses of ~ [redacted] n 2024. Need additional [redacted] before 2025<br>▪ Debt balloon payment of [redacted] due in each of 2025 and 2026 | |
| Insurance | | ▪ No issues | |

Open Items / Next Steps / Final Recommendation

Minimal effort, sufficient-as-is · Medium effort needed to meet EW requirements · Significant lift needed to meet EW requirements · Further diligence required

# Tax Diligence Summary

**Diligence Leaders:**
Michael Krause

**Overall:** Significant

Redacted for Privilege

Edwards Lifesciences

# IT Diligence Summary

**Diligence Leaders:**
John Teymourian

**Overall:** [redacted]

| Categories | Effort | Key Item | Recommendation to incorporate into ELS / Tasks |
|---|---|---|---|
| **IT Support** | [redacted] | ▪ Onboard ELS IT to support the users and environment. | [redacted] |
| **Infrastructure** | | ▪ Bring Infrastructure up to ELS standards. | |
| **End User resources** | | ▪ Migrate end user resources.<br>▪ Migrate to ELS accounts and email.<br>▪ Migrate VPN access. | |
| **Data Retention Applications** | | ▪ Application onboarding<br>▪ Server migration | |

Minimal effort, sufficient-as-is | Medium effort needed to meet EW requirements | Significant lift needed to meet EW requirements | Further diligence required

Edwards Lifesciences

# Cybersecurity -Capability Maturity Model*

- •CMM 0 – Not Performed/Not Demonstrated
- •CMM 1 – Performed Informally (Adhoc)
- •CMM 2 – Planned & Tracked
- •CMM 3 – Well-Defined
- •CMM 4 – Quantitatively Controlled
- •CMM 5 – Continuously Improving

**Jupiter is at Cybersecurity Capability Maturity Model - level 1.5 – Adhoc / Informal across all cybersecurity domains.**

**Key Observations:**

- No dedicated information security personnel.
- InfoSec program maturity level is low.
- Lots of infosec policies, but do not appear to be current/accurate.
- Tactical prioritized focus needed to improve current cybersecurity posture and reduce potential for unauthorized data access.
- Additional diligence to be undertaken if their data was to be migrated to our environment.

Edwards Lifesciences

**Diligence Leaders:**
Adam Goo[redacted]
**Overall:** [redacted]

# Project Jupiter: Cybersecurity Diligence Summary

| Categories | Effort | Key Risks | Recommendation / Remediation |
|---|---|---|---|
| **Vulnerability Management** | [redacted] | ▪ Manual patch process, only covers operating systems.<br>▪ Legacy system in production use for Critical QMS system. | [redacted] |
| **Cybersecurity Posture – Third Party Attestation** | | ▪ Last third party security assessment was [redacted] Team cannot recall the findings or whether they were remediated. | |
| **Identity and Access Management** | | ▪ Manual user provisioning and deprovisioning.<br>▪ Process not formally documented. | |
| **Endpoint / Device Protection** | | ▪ Endpoint security antivirus tooling is in place. Configuration is not documented so could not be reviewed.<br>▪ Detections sent via email, could be missed. | |
| **Data Protection, Backups + Recovery** | | ▪ SharePoint 2013 on-prem is used for QMS document repository and server backup retention is only 1 month.<br>▪ End of life, unsupported system housing critical QMS data. | |
| **Security Incident Responses / Logging and Monitoring** | | ▪ No centralized logging or monitoring of security logs. Some alerts sent via email. | |
| **Email Security** | | ▪ Basic email security capabilities in place.<br>▪ Configuration not documented so no way to understand effectiveness.<br>▪ BYOD policy means that email is accessible from any device. | |
| **Privileged Access Management** | | ▪ Basic controls in place including MFA access to privileged systems. | |
| **Policies, Procedures, Standards.** | | ▪ Policies appears to be comprehensive (covering multiple areas), but much is boilerplate and accuracy is unknown. | |

Minimal effort, sufficient-as-is · Medium effort needed to meet EW requirements · Significant lift needed to meet EW requirements · Further diligence required

Edwards Lifesciences

# Facilities Diligence Summary

**Diligence Leader:** Tom Porter
**Overall:** Minimal

| Categories | Effort Required | Key Issues / Findings | Recommendation |
|---|---|---|---|
| Facility Summary | [redacted] | ▪ Irvine, CA (113 staff) - 57k sq ft - consists of office + clean room<br>○ Lease extends through 2028<br>○ Plenty of room for growth – both headcount and clean room capabilities<br>○ Cost: [redacted] per year + Op expenses<br>○ Issued [redacted] letter of credit to landlord to lease space<br>▪ Munich, Germany (13 staff) – consists of office space<br>▪ Leeds, UK (57 staff)– consists of office + clean room | ▪ Transfer and leverage Irvine lease through 2028<br>▪ Develop / build out clean room capabilities as needed |

**Final Recommendation:**
- Transfer Irvine facility lease and leverage through 2028
- Run out cost benefit analysis for building out clean room capabilities and partner with appropriate functions

Edwards Lifesciences

# Legal Diligence Summary

Diligence Leaders:
Jeff Salinger
Overall: Medium

Redacted for Privilege

Edwards Lifesciences

# Next Steps

- **Solicit ELT feedback and / or support for the transaction**
  - Complete diligence follow ups, as necessary
- **Seek Board of Directors approval**
- **Sign transaction in July**
- **Close transaction in ~Q4’24**

Edwards

Helping Patients is Our Life's Work, and *life is now*

# Document Cannot be Viewed

# Initial Results from the ALIGN-AR Continued Access Study

Raj Makkar, MD

On Behalf of the ALIGN AR Investigators



The Trilogy THV System is for Investigational Use Only in the United States and is Limited by Federal (or United States) law for this use.



CONFIDENTIAL TREATMENT REQUESTED

Within the prior 24 months, I have had a relevant financial relationship(s) with the company(ies) listed below.


CONFIDENTIAL TREATMENT REQUESTED

# Background

- Untreated severe, symptomatic AR is associated with high mortality especially in those with NYHA III/IV symptoms
- SAVR remains the only recommended intervention for patients with native severe AR
- Few treatment options for high surgical risk patients
- Off-label use of TAVR devices for AR is associated with high rates of complications






Dujardin K, et al. *Circulation*. 1999;99:1851-1857.
Otto CM, et al. *Circulation*. 2021;143:e72-e227.
Thourani VH, et al. *Structural Heart*. 2021;5:608-618.
Haddad A et al., *Clinical Cardiology* 2019;42:159-166.

# Trilogy THV System for Aortic Regurgitation




CRF NEW YORK VALVES THE STRUCTURAL HEART SUMMIT

THE ALIGN AR TRIAL

# Sizing Recommendations (CT Scan)

| | Measurement | | | | |
|---|---|---|---|---|---|
| Valve Size | Perimeter-Derived Annulus Diameter Range (mm) | Annulus Perimeter Range (mm) | LVOT Perimeter (mm) | | |
| | | | 2mm | 4mm | 6mm |
| Trilogy THV-S | 21.0 – 24.2 | 66 – 76 | 78 | 80 | 82 |
| Trilogy THV-M | 23.2 – 26.4 | 73 – 83 | 85 | 87 | 89 |
| Trilogy THV-L | 25.5 – 28.6 | 80 – 90 | 92 | 94 | 96 |

# Trilogy THV in AR Anatomy



**Aligns THV with native cusps**

**Locators "clip" onto native leaflets forming a natural seal and stable securement**

**Large open cells provide access to low coronaries**

**Flared sealing ring conforms to annulus**

# Study Organization

| | Investigator | Institution |
|---|---|---|
| Study Chair | Martin Leon, MD | Columbia University Medical Center |
| National Principal Investigators | Vinod Thourani, MD | Piedmont Heart Institute |
| | Torsten Vahl, MD | Columbia University Medical Center |
| Executive Steering Committee | Martin Leon, MD | Columbia University Medical Center |
| | Raj Makkar, MD | Cedars Sinai Medical Center |
| | Vinod Thourani, MD | Piedmont Heart Institute |
| | Torsten Vahl, MD | Columbia University Medical Center |
| | Stephan Baldus, MD | Heart Center Köln |
| | Hendrik Treede, MD | University Heart and Vascular Center Mainz |
| CT Core Laboratory | Omar Khalique, MD | Cardiovascular Research Foundation |
| Echocardiography Core Laboratory | Nadira Hamid, MD | Cardiovascular Research Foundation |
| DSMB/CEC Chairperson | W. Douglas Weaver, MD | Henry Ford Health System |

CRF TCT

THE ALIGN AR TRIAL


ALIGN AR Study Design
Multicenter, Non-blinded, Single Arm Evaluation of Patients with Symptomatic ≥3+ Aortic Regurgitation at High Risk for SAVR
Trilogy THV Implantation
Clinical Evaluation, Echocardiography, Functional and QoL Assessment at 30 Days, 6 Months, 1 Year and Annually up to 5 Years
30 Day Primary Safety Endpoint
1 Year Primary Efficacy Endpoint
Comparison with Prespecified Performance Goal
CRF
TCT
THE ALIGN AR TRIAL

# Key Inclusion and Exclusion Criteria

## Inclusion

- Adult patients with moderate to severe or severe (Grade ≥3) AR assessed according to ASE criteria
- NYHA Class II or greater symptoms
- High-risk for SAVR defined by the Heart Team

## Exclusion

- Congenital unicuspid or bicuspid aortic valve
- Aortic root diameter >5.0 cm
- Previous prosthetic aortic valve
- Mitral regurgitation > moderate
- CAD requiring revascularization

CRF TCT

THE ALIGN AR TRIAL

# Primary Endpoints

- **The primary safety endpoint was a composite at 30 days based on VARC-2 definitions**
  - All-cause mortality, any stroke, major vascular complication, life threatening or major bleeding, new pacemaker, acute kidney injury, valve dysfunction and surgery or intervention related to the device

**The primary efficacy endpoint was all cause mortality at 1 year**

CRF TCT

THE ALIGN AR TRIAL

# Key Secondary Endpoints at 30 Days

- Disabling stroke
- Hemodynamic valve performance
- LV remodeling measured by echocardiography
- NYHA Functional Class

CRF TCT

THE ALIGN AR TRIAL

# Baseline Imaging Characteristics

| | %(n) or mean ± SD | | mean ± SD |
|---|---|---|---|
| AR Severity | | Regurgitant Volume (ml) | 55.5 ± 17.2 |
| Severe | 64.4% (116) | | |
| Moderate to Severe | 31.7% (57) | LVESD (mm) | 39.6 ± 10.2 |
| Moderate | 2.8% (5) | | |
| Not Evaluable | 1.1% (2) | LVESV (ml) | 70.6 ± 38.9 |
| Vena Contracta Width | 0.7 +/- 0.1 | LVEF (% ± SD) | 53.8 ± 11.4 |
| Prominent Holodiastolic Flow | 46.7% (84) | LV Mass Index (g/m²) | 172.7 ± 61.8 |
| Mean Gradient (mmHg) | 8.7 ± 6.6 | CT – Annulus Perimeter (mm) | 78.7 ± 8.9 |
| Regurgitant Fraction (%) | 55.3 ± 12.9 | CT – Annulus Area (mm²) | 480.1 ± 101.4 |

CRF TCT

THE ALIGN AR TRIAL

# Procedural Details

| Variable | % (n) |
|---|---|
| General Anesthesia | 91.1%, (164) |
| Procedure Time | 71.8± 24.9 min |
| Contrast Volume | 110.0 ± 54.9 cc |
| Post-BAV Dilatation | 3.9% (7) |
| Trilogy Valve Implanted | |
| TRILOGY-THV-L | 57.2% (103) |
| TRILOGY-THV-M | 20.0% (36) |
| TRILOGY-THV-S | 22.8% (41) |

CRF TCT

THE ALIGN AR TRIAL

# Procedural Outcomes

| Outcome | % (n) |
|---|---|
| In-procedural Death | 0 |
| Annular Rupture | 0 |
| Ventricular Perforation | 0 |
| Coronary Obstruction | 0 |
| Valve Embolization | 2.2% (4) |
| Aortic Dissection | 0.6% (1) |
| Femoral Access Site Intervention | 2.2% (4) |
| Success | |
| Technical Success | 95.0% (171) |
| Device Success | 96.7% (174) |
| Procedure Success | 92.8% (167) |

CRF TCT

THE ALIGN AR TRIAL

# Primary Safety Endpoint at 30 Days

| Variable | % (n) |
|---|---|
| All Cause Mortality | 2.2% (4) |
| Cardiovascular Mortality | 2.2% (4) |
| Any Stroke<br>Disabling Stroke<br>Nondisabling Stroke | 2.2% (4)<br>1.1% (2)<br>1.1% (2) |
| Major/Life Threatening Bleeding | 4.4% (8) |
| Major Vascular Complication | 3.9% (7) |
| Acute Kidney Injury Stage 2 or 3 or Dialysis (7 Days) | 1.1% (2) |
| Surgery/Intervention Related to the Device | 2.8% (5) |
| New Pacemaker Implantation<br>Pre-existing PPM | 24.0% (36)<br>16.7% (30) |
| ≥ Moderate Paravalvular Regurgitation | 0.6% (1) |
| Total | 26.7% (48) |

CRF TCT

THE ALIGN AR TRIAL


Hemodynamic Valve Performance
Mean Gradient (mm Hg)
10.0
8.0
6.0
4.0
2.0
EOA (cm²)
3.0
2.8
2.6
2.4
2.2
8.7
2.9
2.8
2.7
2.7*
3.9
4.3
4.3
Baseline (n=180)
30 Days (n=172)
6 Months (n=154)
1 Year (n=141)
Mean Gradient (mmHg)
EOA (cm²)
CRF
TCT
*AVA (cm²)
THE ALIGN AR TRIAL


LV Mass
LV Mass
350
300
250
200
150
grams
p<0.0001
Baseline
30 Days
6 Months
1 Year
LV Mass Index
200
175
150
125
100
grams/m2
p<0.0001
Baseline
30 Days
6 Months
1 Year
CRF
TCT
THE ALIGN AR TRIAL


Primary Safety Endpoint at 30 Days*
Enrolled Population
N=180
40.5% prespecified non-inferiority margin
Rate
26.7%
Upper 1-sided 97.5% CI
34.1%
10%
25%
40%
P non-inferiority < 0.0001
Non-inferiority criteria met for primary safety endpoint
CRF
TCT
*Composite of 30 day all-cause mortality, all stroke, life-threatening/major bleeding, major vascular complications, AKI ≥ 2 or dialysis, valve intervention, new permanent pacemaker, ≥ moderate PVR
THE ALIGN AR TRIAL


Primary Efficacy Endpoint at 1 Year*
Enrolled Population
N=180
25% prespecified
non-inferiority margin
Rate
7.8%
Upper 1-sided
97.5% CI
12.3%
10%
20%
30%
P non-inferiority < 0.0001
Non-inferiority criteria met for primary efficacy endpoint
CRF
TCT
*All-cause mortality
THE
ALIGN
AR TRIAL

# ALIGN-AR CAP

- The continued access protocol (CAP) for the pivotal ALIGN-AR study is the ALIGN-AR CAP
- The ALIGN-AR study reported on 180 patients with symptomatic severe AR undergoing TAVR with the TRILOGY THV
- We report on initial outcomes of the first 180 patients enrolled in ALIGN-AR CAP from 12/22 to 3/24

# ALIGN-AR CAP Purpose

Demonstrate the 30-day safety and effectiveness of the Trilogy Transcatheter Heart Valve amongst a group of patients treated in the with symptomatic ≥3+ aortic regurgitation who are high-risk for surgical aortic valve replacement

[redacted]

CRF
NEW YORK VALVES
THE STRUCTURAL HEART SUMMIT

THE ALIGN AR TRIAL

# Screening and Patient Disposition (As Treated)




CRF NEW YORK VALVES THE STRUCTURAL HEART SUMMIT

*Patients may have >1 exclusion

THE ALIGN AR TRIAL

# Baseline Patient Characteristics

| Demographics and Co-Morbidities | | Vascular & Other Co-Morbidities | |
|---|---|---|---|
| Age (years) | 77.1 ± 11.3 | Atrial Fibrillation | 38.3% |
| Female | 45.6% | Pulmonary Hypertension | 12.8% |
| BMI – kg/m² | 25.8 ± 5.6 | Prior Permanent Pacemaker | 7.2% |
| STS Score | 3.2 ± 2.5 | Left Bundle Branch Block | 3.3% |
| NYHA Class III or IV | 58.3% | Right Bundle Branch Block | 10.0% |
| Hypertension | 78.9% | Prior CABG | 12.2% |
| Diabetes | 18.9% | Prior PCI | 21.7% |
| Renal Insufficiency | 23.3% | Prior CVA | 7.8% |
| Frailty | % | Carotid Disease | 8.3% |
| Prior Endocarditis | 2.8% | Peripheral Arterial Disease | 10.0% |

# Baseline Imaging Characteristics

| | | | mean ± SD |
|---|---|---|---|
| AR Severity<br>Severe<br>Moderate to Severe | <br>66.1% (119)<br>33.9% (61) | Regurgitant Volume (ml) | 59.2 ± 18.8 |
| | | LVESD (mm) | 37.5 ± 9.1 |
| | | LVESV (ml) | 62.9 ± 34.0 |
| Vena Contracta Width (median (IQR)) | 0.6 (0.6-0.8) | LVEF (% ± SD) | 56.0 ± 10.2 |
| Prominent Holodiastolic Flow | 56.1% (101) | LV Mass Index (g/m²) | 144.1 ± 52.8 |
| Mean Gradient (mmHg) | 7.2 ± 4.7 | CT – Annulus Perimeter (mm) | 80.7 ± 6.9 |
| Regurgitant Fraction (%) | 55.4 ± 9.8 | CT – Annulus Area (mm²) | 504.4 ± 85.1 |

# Procedural Details

| Variable | |
|---|---|
| General Anesthesia (% (n)) | 70% (126) |
| Procedure Time (median (IQR)) | 63.0 (49.0-82.3) min |
| Contrast Volume (mean ± SD) | 118.8 ± 94.2 cc |
| Post-BAV Dilatation (% (n)) | 5.0% (9) |
| Planned Trilogy Valve (% n) | |
| TRILOGY-THV-L | 58.9 (83) |
| TRILOGY-THV-M | 26.7 (48) |
| TRILOGY-THV-S | 27.2 (49) |

# Procedural Outcomes

| | ALIGN-AR | ALIGN-AR CAP |
|---|---|---|
| Outcome | % (n) | % (n) |
| In-procedural Death | 0 | 1 (0.6%) |
| Annular Rupture | 0 | 0 |
| Ventricular Perforation | 0 | 0 |
| Coronary Obstruction | 0 | 0 |
| Valve Embolization | 2.2% (4) | 1.1% (2) |
| Aortic Dissection | 0.6% (1) | 0 |
| Femoral Access Site Intervention | 2.2% (4) | 2.2% (4) |
| Success | | |
| Technical Success | 95.0% (171) | 94.4% (170) |
| Device Success | 96.7% (174) | 97.2% (175) |
| Procedure Success | 92.8% (167) | 90.0% (162) |

CRF NEW YORK VALVES THE STRUCTURAL HEART SUMMIT

THE ALIGN AR TRIAL

# Procedural Outcomes

| | ALIGN-AR CAP |
|---|---|
| Outcome | % (n) |
| **Technical Failure** | 5.6% (10) |
| Positioning Sheath/Valve | 1.1% (2) |
| Valve Embolization | 1.1% (2) |
| Moderate AR | 0.6% (1) |
| Vascular Injury | 2.8% (5) |

| | ALIGN-AR CAP |
|---|---|
| Outcome | % (n) |
| **Procedure Failure** | 10.0% (18) |
| Technical Failure | 5.6% (10) |
| Stroke | 2.2% (4) |
| Life Threatening/Major Bleeding | 2.8% (5) |
| AKI | 0.6% (1) |

# Primary Safety Endpoint at 30 Days

| | ALIGN-AR (n=180) | ALIGN-AR CAP (n=180) |
|---|---|---|
| Variable | % (n) | % (n) |
| All Cause Mortality | 2.2% (4) | 1.1% (2) |
| Cardiovascular Mortality | 2.2% (4) | 1.1% (2) |
| Any Stroke | 2.2% (4) | 2.2% (4) |
| Disabling Stroke | 1.1% (2) | 1.1% (2) |
| Nondisabling Stroke | 1.1% (2) | 1.1% (2) |
| Major/Life Threatening Bleeding | 4.4% (8) | 2.8% (5) |
| Major Vascular Complication | 3.9% (7) | 2.2% (4) |
| Acute Kidney Injury Stage 2 or 3 or Dialysis (7 Days) | 1.1% (2) | 0.5% (1) |
| Surgery/Intervention Related to the Device | 2.8% (5) | 3.9% (7) |
| New Pacemaker Implantation | 24.0% (36) | 25.1% (42) |
| Pre-existing PPM | 16.7% (30) | 7.2% (13) |
| ≥ Moderate Paravalvular Regurgitation | 0.6% (1) | 0.6% (1) |
| Total | 26.7% (48) | 30.0% (54) |

CRF NEW YORK VALVES THE STRUCTURAL HEART SUMMIT

THE ALIGN AR TRIAL

# Primary Safety Endpoint at 30 Days*




**Non-inferiority criteria met for primary safety endpoint**

CRF NEW YORK VALVES THE STRUCTURAL HEART SUMMIT

*Composite of 30 day all-cause mortality, all stroke, life-threatening/major bleeding, major vascular complications, AKI ≥ 2 or dialysis, valve intervention, new permanent pacemaker, ≥ moderate PVR

THE ALIGN AR TRIAL

# Safety Outcome without PPI

| ALIGN-AR CAP (n=180) | Result |
| --- | --- |
| *Composite 30 Day Safety Outcome | 8.3% (15) |
| Performance Goal 20.4% | 97.5% CI 12.9%<br>p-value <0.0001 |

| ALIGN-AR (n=180) | Result |
| --- | --- |
| *Composite 30 Day Safety Outcome (without new PPMI) | 7.8% (14) |
| Performance Goal 20.4% | 97.5% CI 12.3%<br>p-value <0.0001 |

CRF NEW YORK VALVES THE STRUCTURAL HEART SUMMIT

*Non-prespecified endpoint analysis

THE ALIGN AR TRIAL

# Higher Pacemaker Rate with Baseline RBBB Than in ALIGN-AR



# Hemodynamic Valve Performance




CRF NEW YORK VALVES THE STRUCTURAL HEART SUMMIT

THE ALIGN AR TRIAL

# Paravalvular Regurgitation




CRF
NEW YORK VALVES
THE ALIGN AR TRIAL

# LV Remodeling






# NYHA Functional Class



# The ALIGN AR CAP Trial
## *Conclusions (1)*

In the continued access protocol, the safety outcomes in the main trial were confirmed.

Amongst a population of symptomatic patients with ≥3+ aortic regurgitation at high surgical risk, TAVR using the Trilogy THV:

- Safety outcomes have now been described in over 350 patients
- Achieved safety outcomes that exceeds the 30-day performance goal
- Among safety endpoints, the rate of new pacemaker implantation was 25% with frequent implantation for isolated LBBB

# The ALIGN AR CAP Trial
## *Conclusions (2)*

- Trilogy THV performance was excellent with:
  - Large EOA and low transvalvular gradients
  - Low paravalvular regurgitation (1 patient within 30 days)
- Significant improvement in LV remodeling at 30 days by echocardiography
- Enrollment rate substantially increased in ALIGN-AR CAP compared with ALIGN-AR
- Able to demonstrate AR severity more effectively with echocardiography in ALIGN-AR CAP

# The ALIGN AR CAP Trial

## *Clinical Implications*

*Results from ALIGN-AR CAP Study reinforce the excellent safety profile reported in the pivotal study.*

*The TRILOGY THV system provides the first dedicated TAVR option for symptomatic patients with ≥3+ AR who are at high risk for surgery and is well positioned to become the preferred therapy upon approval for this population*

# The ALIGN AR CAP Trial

*The study chair, principal investigators, executive steering committee and sponsor express our deepest gratitude to all who continue to refine and improve outcomes with the Trilogy THV from investigators in the US to commercial implanters in Germany, Netherlands, Denmark, and Italy.*

*We specifically recognize the valve coordinators, research coordinators, CRB/CEC/DSMB members and most importantly the patients who have made substantial contributions to improve the care of patients with AR*

# Transcatheter aortic valve implantation in patients with high-risk symptomatic native aortic regurgitation (ALIGN-AR): a prospective, multicentre, single-arm study

*Torsten P Vahl, Vinod H Thourani, Raj R Makkar, Nadira Hamid, Omar K Khalique, David Daniels, James M McCabe, Lowell Satler, Mark Russo, Wen Cheng, Isaac George, Gabriel Aldea, Brett Sheridan, Dean Kereiakes, Harsh Golwala, Firas Zahr, Stanley Chetcuti, Pradeep Yadav, Susheel K Kodali, Hendrik Treede, Stephan Baldus, Nicholas Amoroso, Lauren S Ranard, Duane S Pinto, Martin B Leon*

## Summary

**Background** Surgery remains the only recommended intervention for patients with native aortic regurgitation. A transcatheter therapy to treat patients at high risk for mortality and complications with surgical aortic valve replacement represents an unmet need. Commercial transcatheter heart valves in pure aortic regurgitation are hampered by unacceptable rates of embolisation and paravalvular regurgitation. The Trilogy transcatheter heart valve (JenaValve Technology, Irvine, CA, USA) provides a treatment option for these patients. We report outcomes with transfemoral transcatheter aortic valve implantation (TAVI) in patients with pure aortic regurgitation using this dedicated transcatheter heart valve.

**Methods** The ALIGN-AR trial is a prospective, multicentre, single-arm study. We recruited symptomatic patients (aged ≥18 years) with moderate-to-severe or severe aortic regurgitation at high risk for mortality and complications after surgical aortic valve replacement at 20 US sites for treatment with the Trilogy transcatheter heart valve. The 30-day composite primary safety endpoint was compared for non-inferiority with a prespecified performance goal of 40·5%. The primary efficacy endpoint was 1-year all-cause mortality compared for non-inferiority with a performance goal of 25%. This trial is registered with ClinicalTrials.gov, NCT 04415047, and is ongoing.

**Findings** Between June 8, 2018, and Aug 29, 2022, we screened 346 patients. We excluded 166 (48%) patients and enrolled 180 (52%) patients with symptomatic aortic regurgitation deemed high risk by the heart team and independent screening committee assessments. The mean age of the study population was 75·5 years (SD 10·8), and 85 (47%) were female, 95 (53%) were male, and 131 (73%) were White. Technical success was achieved in 171 (95%) patients. At 30 days, four (2%) deaths, two (1%) disabling strokes, and two (1%) non-disabling strokes occurred. Using standard Valve Academic Research Consortium-2 definitions, the primary safety endpoint was achieved, with events occurring in 48 (27% [97·5% CI 19·2–34·0]) patients ($p_{non\text{-}inferiority}$<0·0001), with new pacemaker implantation in 36 (24%) patients. The primary efficacy endpoint was achieved, with mortality in 14 (7·8% [3·3–12·3]) patients at 1 year ($p_{non\text{-}inferiority}$<0·0001).

**Interpretation** This study shows the safety and effectiveness of treating native aortic regurgitation using a dedicated transcatheter heart valve to treat patients with symptomatic moderate-to-severe or severe aortic regurgitation who are at high risk for mortality or complications after surgical aortic valve replacement. The observed short-term clinical and haemodynamic outcomes are promising as are signs of left ventricular remodelling, but long-term follow-up is necessary.

**Funding** JenaValve Technology.

Copyright © 2024 Elsevier Ltd. All rights reserved.

Published Online March 26, 2024 https://doi.org/10.1016/S0140-6736(23)02806-4

See Online/Comment https://doi.org/10.1016/S0140-6736(24)00062-X

**Columbia University Irving Medical Center, New York, NY, USA** (T P Vahl MD, I George MD, Prof S K Kodali MD, L S Ranard MD, Prof M B Leon MD); **Piedmont Heart Institute, Atlanta, GA, USA** (Prof V H Thourani MD, P Yadav MD); **Cedars Sinai Medical Center, Los Angeles, CA, USA** (Prof R R Makkar MD, W Cheng MD); **Minneapolis Heart Institute, Minneapolis, MN, USA** (N Hamid MD); **St Francis Hospital and Heart Center, Roslyn, NY, USA** (O K Khalique MD); **California Pacific Medical Center, San Francisco, CA, USA** (D Daniels MD, B Sheridan MD); **University of Washington, Seattle, WA, USA** (J M McCabe MD, G Aldea MD); **Medstar Washington Hospital Center, Washington, DC, USA** (L Satler MD); **Rutgers University, New Brunswick, NJ, USA** (M Russo MD); **Christ Hospital, Cincinnati, OH, USA** (D Kereiakes MD); **Oregon Health Sciences, Portland, OR, USA** (H Golwala MD, F Zahr MD); **University of Michigan, Ann Arbor, MI, USA** (S Chetcuti MD); **Clinic III for Internal Medicine, University Hospital Cologne, Cologne, Germany** (Prof S Baldus MD); **University Medical Center of the Johannes Gutenberg University, Mainz, Germany** (Prof H Treede MD); **Medical University of South Carolina, Charleston, SC, USA** (N Amoroso MD); **Beth Israel Deaconess Medical Center, Interventional Cardiology Section, Division of Cardiology, Boston, MA, USA** (D S Pinto MD)

## Introduction

Isolated native aortic regurgitation occurs in 8–13% of patients with valvular heart disease.[1,2] The combined pressure and volume overload of aortic regurgitation can cause left-ventricular systolic dysfunction. When symptoms develop, myocardial dysfunction mediated by fibrosis, diastolic dysfunction, and increased myocardial work is often present.[3–5] Surgical aortic-valve replacement remains the standard for treatment of aortic regurgitation,[6] and is associated with substantial survival benefit.[6,7] Nevertheless, only one in five patients with severe aortic regurgitation and left-ventricular ejection fraction (LVEF) of 30–50% are referred for surgical aortic-valve replacement, and only 3% of those with an LVEF below 30% are referred for surgical aortic-valve replacement.[2] Adverse consequences among symptomatic patients with aortic regurgitation are substantial and conservative management is associated with a 1-year mortality rate exceeding 20%.[8] Thus, a less invasive alternative to surgery is needed for patients at high risk of mortality and complications with surgical aortic valve replacement.



CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10999955

PX1394-128

Correspondence to:
Dr Torsten P Vahl, Columbia University Irving Medical Center, New York, NY 10032, USA
**tv2193@columbia.edu**

**Research in context**

**Evidence before this study**
We searched MEDLINE and online contents of major interventional cardiology meetings (Transcatheter Cardiovascular Therapeutics, EuroPCR, and PCR London Valves) on Oct 7, 2023, with no date restrictions, for articles and presentations published in English, using the search terms "TAVI", "TAVR", and "pure aortic regurgitation". Registries, single-centre studies, and case reports show that existing commercial transcatheter aortic-valve implantation (TAVI) devices in the USA are not approved for patients with native aortic regurgitation and when used off-label are associated with unsatisfactory outcomes.

**Added value of this study**
The ALIGN-AR trial is the first, prospective pivotal study of transfemoral TAVI in patients with moderate-to-severe or severe aortic regurgitation at high risk for mortality and complications after surgical aortic valve replacement. Transfemoral TAVI with the dedicated transcatheter heart valve used in this study was effective in eliminating aortic regurgitation and showed excellent clinical outcomes with low complication rates. At 1 year, we observed substantial improvements in left-ventricular remodelling and functional status.

**Implications of all the available evidence**
Transfemoral TAVI is a well-established treatment option for patients with aortic stenosis. However, the use of commercially available transcatheter heart valve devices in patients with aortic regurgitation is difficult, related to challenges with valve anchoring in the native aortic annulus and paravalvular regurgitation. The ALIGN-AR study showed that these anatomical challenges can be largely overcome with a dedicated device with design features that enhance positioning and anchoring in patients with native aortic regurgitation.

Currently, there is no US Food and Drug Administration (FDA)-approved device for transcatheter treatment of native aortic regurgitation. Outcomes with off-label use of existing commercial transcatheter aortic valve implantation (TAVI) systems in this population remain suboptimal. The absence of leaflet calcification in pure aortic regurgitation can result in device malpositioning and inadequate annular sealing leading to valve embolisation rates exceeding 12% and moderate or greater paravalvular regurgitation rates of over 9%.[9,10]

The JenaValve Trilogy transcatheter heart valve (JenaValve Technology, Irvine, CA, USA) is designed specifically to address the challenges of TAVI for aortic regurgitation (figure 1). Three radiopaque locators are centred in the native aortic cusps and limit implant depth. Each of these locators clip onto the native leaflets, providing an anchoring mechanism, and also enhance the seal around the transcatheter heart valve (figure 1). The valve is tri-leaflet and uses porcine pericardial tissue sutured within a self-expanding, nitinol frame. The frame has three large open cells, 27–31 French (8·9–10·2 mm) in diameter, enabling coronary artery access after implantation (figure 1). This is the first report of the primary and secondary outcomes of patients enrolled in the ALIGN-AR trial with 1-year follow-up.

## Methods

### Study design and participants

The ALIGN-AR trial is an ongoing, single-arm, prospective, multicentre, US study enrolling patients with symptomatic and greater-than-moderate native valve aortic regurgitation deemed high risk for surgery by the enrolling site heart team, which included an interventional cardiologist and a cardiac surgeon. We enrolled patients at 20 US sites (appendix pp 1–2) with a planned 5-year follow-up. The design of the ALIGN-AR investigational device exemption trial and a complete list of inclusion and exclusion criteria are given in the appendix (pp 3–4), as well as the study protocol (pp 9–98).

See Online for appendix

Eligible patients were aged 18 years or older with New York Heart Association (NYHA) functional class II or higher symptoms and moderate-to-severe or severe native aortic regurgitation using the multiparametric approach defined by the American Society of Echocardiography (ASE).[11] An independent case review board (CRB), which included a cardiac surgeon, assessed all patients for eligibility. Sites reported adverse events and a clinical events committee or data safety and monitoring board adjudicated these according to Valve Academic Research Consortium-2 (VARC-2) criteria described in the clinical events committee charter (appendix pp 140–145).[12] The institutional review board of all participating sites approved the trial and all patients provided written informed consent.

### Procedures

*Pre-procedural evaluation*

Patient assessment consisted of physical examination, medical history assessment, Society of Thoracic Surgeons Predicted Risk of Mortality (STS-PROM) and quality of life (Kansas City Cardiomyopathy Questionnaire [KCCQ]) scoring, echocardiographic and cardiac CT angiography assessments, NYHA functional classification, cardiac medications documentation, and standard blood testing.

Baseline cardiac CT angiography scans were assessed by an independent core laboratory (Cardiovascular Research Foundation, New York, NY, USA). Aortic regurgitation severity was assessed by both the site cardiologists and an independent echocardiographic core laboratory (Cardiovascular Research Foundation)



CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10999956
PX1394-129

according to the ASE criteria.[11] Transthoracic echocardiogram was the primary imaging modality for aortic regurgitation assessment for most patients, but either transoesophageal echocardiography or cardiac MRI were permitted if necessary. Key anatomical exclusion criteria were congenital unicuspid or bicuspid valve morphology, previous prosthetic aortic valve implant, straight ascending aorta length less than 55 mm, aortic annulus angulation less than 70°, and severely reduced LVEF (<25%). CT angiography was used to assess iliofemoral arterial access.

Patients were considered high risk for surgical aortic valve replacement if the STS-PROM score was 8% or higher. If the STS-PROM score was lower than 8%, the Heart Team agreed that significant comorbidities were present and not captured by the STS-PROM risk model. Frailty assessments were ultimately at the discretion of the local Heart Team to support surgical risk identification as assessed by four standard parameters: grip strength, serum albumin, 5-m or 6-min walk test, and Katz activities of daily living score.[13,14]

*Study device and implantation*

The Trilogy transcatheter heart valve is available in three sizes (23 mm, 25 mm, and 27 mm) to treat annular aortic perimeters between 66 mm and 85 mm. During the study, less oversizing was recommended by the principal investigators, steering committee, and sponsor, and treatment of aortic annulus perimeters up to 90 mm was allowed to reduce oversizing (figure 1). The implantation technique has been detailed previously.[15] Briefly, the transcatheter heart valve is delivered through an 85-cm sheath with an outer diameter equivalent to standard 18 French sheaths. The sheath is placed at the sinotubular junction and the delivery system is advanced to the aortic root. After accurate placement of the locators is confirmed in all three native aortic cusps and the appropriate depth position is reached, the valve is deployed with rapid pacing at the operator's discretion. Clinical follow-up visits were scheduled at 30 days, 6 months, and 12 months, and annually up to 5 years.

*Post-procedural imaging*

Haemodynamic assessments of the transcatheter heart valve were mean gradient, peak gradient, peak velocity, effective orifice area, and indexed effective orifice area. Chamber measurements including left-ventricular end-systolic diameter and volume, left-ventricular end-diastolic diameter and volume, LVEF, and left-ventricular mass were obtained at each follow-up. We analysed transvalvular and paravalvular regurgitation after implantation and at each follow-up.




Sizing recommendations (CT scan)

| Perimeter-derived annulus diameter range (mm) | Annulus perimeter range (mm) | Maximum LVOT perimeter at 2 mm, 4 mm, and 6 mm below the annulus | | |
|---|---|---|---|---|
| | | 2 mm | 4 mm | 6 mm |
| 21·0–24·2 | 66–76 | 78 | 80 | 82 |
| 23·2–26·4 | 73–83 | 85 | 87 | 89 |
| 25·5–28·6 | 80–90 | 92 | 94 | 96 |

***Figure 1:*** **The JenaValve Trilogy transfemoral transcatheter heart valve**
(A) Alignment and positioning of the locators. (B) Sizing recommendations. (C) Anchoring and sealing of the valve with the native leaflets. (D) Attributes of the Trilogy valve. LVOT=left-ventricular outflow tract.

## Outcomes

The primary safety endpoint was a non-hierarchical composite consisting of all-cause mortality, any stroke, life-threatening or major bleeding, acute kidney injury stage 2–3 or dialysis (7-day endpoint), major vascular complications, surgery or intervention related to the device (including coronary intervention), new permanent pacemaker implantation, and moderate or severe total aortic regurgitation at 30-days after the procedure according to VARC-2 definitions. The clinical events committee adjudicated all site-reported adverse events for VARC-2 categorisation. The performance goal for the primary safety composite endpoint was 40·5%. There was no predicate clinical study investigating TAVI in aortic regurgitation. As such, we derived the safety endpoint from literature that was based on VARC-2 composites, rates of new permanent pacemakers, and transcatheter heart valve aortic regurgitation of moderate or greater as reported with TAVI for aortic stenosis. The literature-based VARC-2 composite was calculated from the weighted mean rates reported in the PORTICO IDE,[16] SOLVE-TAVR,[17] and REPRISE-III TAVI[18] trials, which included patients with high surgical risk and aortic stenosis (appendix p 7). We defined the non-inferiority margin as 1·35, as used in previous heart-valve clinical studies.

The performance goal for the primary efficacy endpoint of all-cause mortality at 1 year was 25%. The endpoint was developed and predicated on the assumption that the proportion of patients with NYHA III–IV disease was between 60% and 80%. A weighted average for the




*Figure 2:* **Trial profile**
LVEF=left-ventricular ejection fraction. *Patients could have met multiple exclusion criteria.

all-cause mortality rate for patients with congestive heart failure or NYHA class III–IV was based on the studies in the appendix (p 8). More detailed data regarding the derivation of the performance goals for safety and efficacy are found in the appendix (pp 7–8). Hypothesis testing for non-inferiority compared the observed outcome with the performance goals for safety and efficacy using the binomial proportion test.

Secondary endpoints included technical success at time of exit from the OR, hybrid room or catheterisation laboratory defined as meeting all the following criteria: absence of procedural mortality, successful access, delivery, and retrieval of transcatheter delivery system, deployment and correct positioning of a single intended transcatheter heart valve, freedom from reintervention related to the device or access procedure. Other pre-specified secondary endpoints were moderate or greater aortic regurgitation at any timepoint after transcatheter heart valve implantation, KCCQ overall summary score, evidence of left-ventricular remodelling by echocardiography, NYHA class, and 6-min walk test at 1 year compared with baseline. All statistical analyses were done using SAS software (version 9.4). The trial is registered with ClinicalTrials.gov, NCT 04415047. The complete statistical analysis plan is available in the appendix (pp 99–126).

### Statistical analysis

The primary hypothesis of this study was that TAVI is non-inferior compared with pre-specified performance goals. To achieve 80% power assuming a one-sided α of 0·025, we calculated that 171 evaluable participants would be needed. With an anticipated, combined loss-to-follow-up and unsuccessful deployment rate of 5%, the target enrolment was 180 patients. As stated in the statistical analysis plan (appendix p 117), an interim data assessment occurred when 139 (81%) participants completed 1-year follow-up and, as a result, the cutoff for statistical significance was p=0·0213. We summarised categorical variables by counts and percentages. All continuous variables values are reported as the mean (SD). We tested nominal variables with the Fisher–Freeman–Halton test and continuous variables with ANOVA.

### Role of the funding source

The funder designed the trial in collaboration with the study executive committee and the FDA and was responsible for the selection of investigational sites, monitoring of the data, management of all source data, and statistical analyses.

## Results

Between June 8, 2018, and Aug 29, 2022, we screened 346 patients. We excluded 166 patients and enrolled 180 patients (figure 2). The mean age of the study population was 75·5 (SD 10·8) years (median 78 years [IQR 69–73]), and 85 (47%) were female, 95 (53%) were male, and 131 (73%) were White (table 1). The mean STS-PROM score was 4·1% (SD 3·4; table 1). 161 (89%) patients were deemed to be at high risk by the heart team on the basis of comorbidities that are not captured by the existing STS-PROM risk-score model. Frailty parameters were not systematically collected in the screening process; however, 61 (34%) patients were deemed to have frailty by the local Heart Team, which established their high surgical-risk profile. Furthermore, we calculated the reported STS-PROM score for isolated aortic valve replacement for the ten (5·6%) patients requiring combined surgical procedures with increased surgical risk, such as coronary bypass grafting or mitral valve surgery.[10] These patients underwent staged percutaneous procedures instead.

All patients were symptomatic, with 122 (68%) patients having NYHA functional class III–IV disease (table 1). A pre-existing pacemaker was present in 30 (16%) patients. 78 (43·3%) patients had pre-existing conduction disease: right bundle branch block (19 [11%]), left bundle branch block (13 [7%]), prolonged PR interval (18 [10%]), and atrial fibrillation (72 [41%]; table 1). The mean aortic annulus perimeter was 79·1 mm (SD 6·1) and the mean area was 484·6 mm² (81·8). Aortic regurgitation severity was classified by the core laboratory as moderate to severe in 57 (32%) patients and severe in 116 (64%) patients.

| | Patients (n=180) |
|---|---|
| Age, years | 75·5 (10·8) |
| Sex | |
| Male | 95 (53%) |
| Female | 85 (47%) |
| Race or ethnicity | |
| White | 131 (73%) |
| Black | 19 (11%) |
| Asian | 13 (7%) |
| Native American or Alaskan | 1 (0.6%) |
| Unknown | 16 (9%) |
| BMI, kg/m² | 25·3 (6·1) |
| <20 kg/m² | 25 (14%) |
| >40 kg/m² | 6 (3%) |
| STS-PROM score | 4·1% (3·4) |
| Assessed as frail by heart team | 64 (34%) |
| Albumin <3·5 g/dL | 18 (10%) |
| 5-m walk test >6 s or 6-min walk test <250 m | 103 (57%) |
| Grip strength below threshold | 38 (21%) |
| NYHA class III–IV | 122 (68%) |
| Hypertension | 149 (83%) |
| Diabetes (any type) | 26 (14%) |
| Vascular and other comorbidities | |
| History of atrial fibrillation | 72 (40%) |
| COPD (any) | 32 (18%) |
| Previous endocarditis | 21 (12%) |
| Renal insufficiency | 58 (33%) |
| Permanent pacemaker | 30 (16%) |
| Left bundle branch block | 13 (7%) |
| Right bundle branch block | 19 (11%) |
| Previous percutaneous coronary intervention | 37 (23%) |
| Previous coronary artery bypass graft surgery | 20 (12%) |
| Previous stroke | 19 (11%) |
| Peripheral vascular disease | 21 (12%) |

(Table 1 continues in next column)

| | Patients (n=180) |
|---|---|
| (Continued from previous column) | |
| Echocardiographic and CT angiographic characteristics | |
| Core laboratory aortic regurgitation severity | |
| Severe | 116 (64%) |
| Moderate to severe | 57 (32%) |
| Moderate | 5 (3%) |
| Not evaluable | 2 (1%) |
| Vena contracta width, cm | 0·6 (0·6–0·7) |
| Regurgitant fraction >50% | 75 (42%) |
| Prominent holodiastolic flow reversal | 84 (47%) |
| Effective regurgitant orifice area ≥0·30 cm² | 68 (38%) |
| Pressure half-time, ms | 417 (138) |
| Mean aortic valve gradient, mm Hg | 8·7 (6·6) |
| Aortic valve regurgitant fraction by proximal isovelocity surface area | 55·3% (12·9) |
| Aortic valve regurgitant volume by proximal isovelocity surface area, mL | 55·5 (17·2) |
| Left-ventricular end systolic diameter, mm | 39·6 (10·2) |
| Left-ventricular end systolic volume, mL | 70·6 (38·9) |
| Left-ventricular ejection fraction, % | 53·8% (11·4) |
| Left-ventricular mass Index, g/m² | 172·7 (61·8) |
| CT annulus perimeter, mm | 79·1 (6·1) |
| CT annulus area, mm² | 484·6 (81·8) |
| CT maximum ascending aorta diameter, mm | 37·3 (5·0) |
| CT sinus of Valsalva diameter, mm | |
| Right | 33·5 (4·2) |
| Left | 35·4 (4·1) |
| Non-coronary | 35·1 (4·6) |

Data are n (%), mean (SD), or median (IQR). NYHA=New York Heart Association. STS-PROM=Society of Thoracic Surgeons Predicted Risk of Mortality.

*Table 1:* **Baseline characteristics**

We used general anaesthesia in 164 (91%) patients and the remaining 16 (9%) patients were treated with monitored anaesthesia care. Technical success using a single Trilogy transcatheter heart valve implanted in the appropriate position via transfemoral access without access site intervention was achieved in 171 (95%) patients. A Trilogy transcatheter heart valve was not implanted in three patients; two patients had valve embolisation and one had a catheter-induced aortic dissection before transcatheter heart valve insertion that was treated with an aortic endograft followed by a commercial transcatheter heart valve, without an attempt at implantation of the Trilogy transcatheter heart valve. Four valve embolisations occurred in total. In two of these patients, the embolised valves were placed in the descending aorta followed by successful implantation of a second Trilogy transcatheter heart valve. In the other two patients, one was treated with a commercial transcatheter heart valve and one with a surgical aortic valve replacement. The delivery system was successfully retrieved in all cases. The sizes of the implanted Trilogy transcatheter heart valve were 23 mm (40 [23%] patients), 25 mm (35 [20%]), and 27 mm (102 [58%]). Overall mean oversizing was 14·3% (SD 5·4). After changes in the sizing algorithm after approximately two-thirds of enrolment was completed, mean oversizing decreased from 15·1% (5·6) for the first 120 (67%) patients to 12·7% (4·9) for the final 60 (33%) patients (p=0·0053). Stratifying by valve size, mean oversizing was 12·6% (SD 4·9%) for the 27-mm valve, 15·4% (SD 4·9%) for the 25-mm valve, and 17·7% (SD 5·5%) for the 23-mm valve. Post-dilatation was performed in seven (4%) patients. We found no cases of coronary occlusion or annular rupture. The mean time from sheath insertion to transcatheter heart valve deployment was 20·7 min (SD 15·2) and the mean total procedure time was 71·8 min (SD 24·9).

For the primary safety endpoint, four (2%) deaths occurred at 30 days (table 2). Two (1%) disabling and two (1%) non-disabling strokes occurred (table 2). Permanent pacemaker implantation was required in 36 (24%) of 150 patients without a previous pacemaker

(table 2). Of these, new biventricular resynchronisation devices were implanted in eight patients and one upgrade of a pre-existing pacemaker was performed. Comparing the approximately two-thirds of patients enrolled before the sizing algorithm changed with the final third of patients enrolled afterwards, the permanent pacemaker implantation rate for patients without a previous permanent pacemaker was 29·0% (29/100) for the initial two-thirds and 14·0% (7/50) for the final third (p=0·043). A component of the safety endpoint occurred in 48 (27%) patients, achieving non-inferiority when compared with the pre-specified safety performance goal of 40·5% (97·5% CI 19·2–34·0; $p_{non\text{-}inferiority}<0·0001$). At 1 year, the primary efficacy endpoint, all-cause mortality, occurred in 11 (6·2% [97·5% CI 2·2–10·3]; $p_{non\text{-}inferiority}<0·0001$) of 177 patients among the pre-specified group who received successful valve implantation and in 14 (7·8% [3·3–12·3]; $p_{non\text{-}inferiority}<0·0001$) of all 180 patients, achieving the pre-specified efficacy performance goal of 25%.

| | Patients (n=180) |
|---|---|
| Death | 4 (2%) |
| Any stroke | 4 (2%) |
| Disabling stroke | 2 (1%) |
| Non-disabling stroke | 2 (1%) |
| Major or life-threatening bleeding | 8 (4%) |
| Major vascular complication | 7 (4%) |
| Acute kidney injury stage 2 or 3 or dialysis (7 days) | 2 (1%) |
| Surgery or intervention related to the device | 5 (3%) |
| Aortic Endograft and Commercial THV for aortic dissection | 1 (<1%) |
| Surgical aortic valve replacement for Trilogy transcatheter heart valve embolisation | 1 (<1%) |
| Commercial transcatheter heart valve for Trilogy transcatheter heart valve embolisation | 1 (<1%) |
| Trilogy transcatheter heart valve for Trilogy transcatheter heart valve embolisation | 2 (1%) |
| New pacemaker implantation | 36/150 (24%)* |
| Moderate or greater aortic regurgitation | 1 (<1%) |
| Total | 48 (27%) |

Data are n (%) or n/N (%). *30 patients had a previous pacemaker.

*Table 2:* Primary safety endpoint at 30 days

Key echocardiographic parameters at screening and follow-up are listed in table 3. Paravalvular regurgitation at 1 year was none or trace in 130 (92%) patients. Mild or mild-to-moderate paravalvular regurgitation declined from 31 (19%) patients at 30 days to 11 (8%) at 1 year. Moderate paravalvular regurgitation was present in one patient at 30 days that was mild at 1 year. Paired analyses showed evidence of left-ventricular remodelling (table 3). Mean left-ventricular mass declined from 323·7 g (SD 123·4) at baseline to 219·5 g (SD 101·4; p<0·0001) at 1 year and mean left-ventricular end-systolic dimension decreased from 39·6 cm (SD 10·2) at baseline to 34·2 cm (SD 9·0; p<0·0001) at 1 year (table 3).

At 30 days, NYHA functional class status was class I in 91 (51%) of 180 patients, class II in 62 (34%) patients, and class III in 17 (9%) patients (figure 3). At 1 year, 90 (50%) patients were class I and 48 (27%) patients were class II (figure 3). NYHA functional class improved by at least one category in 125 (83%) patients. From baseline to 1-year follow-up, the mean KCCQ overall score increased by 20·6 points (SD 24·3) from a mean of 55·3 (27·1) to 77·6 (22·7; p<0·0001; figure 3). Of 151 respondents, the number of patients alive at 1 year (KCCQ overall score ≥60 without a decrease of 10) was 109 (71%), and the proportion who felt worse (≥5 point decline from baseline) was 16 (11%; table 4). The number of patients with a KCCQ overall score of at least 75 was 88 (63%). We found an increase in 6-min walk test distance and 62 (48%) patients had an improvement of at least 15 m from screening to 1 year (figure 3).

## Discussion

The key findings of the ALIGN-AR trial are that TAVI using a dedicated transfemoral system in patients with symptomatic severe aortic regurgitation at high risk for surgical mortality and complications is associated with (1) low rates of 30-day and 1-year mortality; (2) a composite safety event rate that was non-inferior to rates in TAVI performed for aortic stenosis; (3) significant and sustained improvement in functional status and patient-reported outcomes; (4) improvements in left-ventricular

| | Baseline (n=180) | 30 days (n=172) | 6 months (n=154) | 1 year (n=141) |
|---|---|---|---|---|
| Left-ventricular end systolic dimension, mm | 39·6 (10·2) | 37·4 (10·2) | 34·7 (9·4) | 34·2 (9·0) |
| Left-ventricular end systolic dimension index, mm/m² | 22·8 (6·5) | 21·3 (6·0) | 19·0 (5·6) | 19·3 (5·2) |
| Left-ventricular end systolic volume, mL | 70·6 (38·9) | 67·3 (41·0) | 59·0 (39·2) | 52·1 (39·8) |
| Left-ventricular end diastolic volume, mL | 144·8 (56·6) | 132·6 (83·1) | 115·9 (50·3) | 109·9 (50·1) |
| Left-ventricular mass, g | 323·7 (123·4) | 254·3 (109·0) | 235·1 (95·4) | 219·5 (101·4) |
| Left-ventricular mass index, g/m² | 172·7 (61·8) | 133·8 (48·1) | 126·8 (46·9) | 117·5 (47·1) |
| Mean gradient, mm Hg | 8·7 (6·6) | 3·9 (1·6) | 4·3 (2·0) | 4·3 (1·8) |
| Effective orifice area, cm² | .. | 2·9 (0·6) | 2·7 (0·6) | 2·8 (0·6) |
| Effective orifice area index, cm²/m² | .. | 1·7 (0·4) | 1·5 (0·4) | 1·6 (0·3) |
| Left ventricular ejection fraction, % | 53·8 (11·4) | 49·7(12·6) | 51·9 (12·0) | 55·0 (11·6) |

Data are mean (SD).

*Table 3:* Left-ventricular dimensions and valve haemodynamic outcomes



CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10999960

PX1394-133

remodelling; (5) excellent valve haemodynamics with a large effective orifice area, low mean gradients, and minimal paravalvular regurgitation; and (6) high permanent pacemaker rates that declined during the course of the trial.

The rates of mortality and major periprocedural complications in the ALIGN-AR trial are promising and provide the foundation for a percutaneous treatment option for patients with aortic regurgitation at high surgical risk. The 30-day mortality of 2·2% observed in this population compares favourably with the predicted mortality of 4·1% based on the STS-PROM score. In a contemporary study,[10] the in-hospital mortality rate with off-label TAVI was 5·0%, and 30-day mortality is reported to range from 7% to 14%.[9,19–21] In the ALIGN-AR trial, TAVI resulted in substantial improvement of heart failure symptoms, with 50% of patients with NYHA class-I disease at 1 year. Comparatively, off-label TAVI studies report less than 20% of patients with NYHA functional class-I disease at 30 days.[21]

The technical success rate observed in this study was 95%, which compares favourably with off-label TAVI for pure aortic regurgitation. The technical success rate of off-label TAVI for aortic regurgitation is estimated to be 74–86%, and failure is mainly due to device migration and embolisation.[10,19,20] Mortality is reportedly 25% when valve embolisation occurs.[10] The design features of the transcatheter heart valve used in this study provide a solution to the procedural and anatomical challenges that have been observed with off-label TAVI for aortic regurgitation. Insufficient anchoring not only leads to device embolisation but also predisposes to incomplete seal, leading to substantial paravalvular regurgitation. The locators on this transcatheter heart-valve frame allow fixation of the native leaflets to the prosthesis, incorporating them into the sealing mechanism, thereby reducing paravalvular regurgitation. Only one patient in follow-up had moderate paravalvular leak, comparing favourably with the 9·5% observed with off-label TAVI in patients with aortic regurgitation.[10]

The rate of new permanent pacemaker implantation was 24·0%, and is similar to rates reported for off-label TAVI in aortic regurgitation (22·3%)[10,19] and higher than reported in patients undergoing surgical aortic-valve replacement for pure aortic regurgitation (160 [11·5%] of 1390).[22] The prevalence of atrial fibrillation, a risk factor of permanent pacemaker implantation in TAVI, was high (40·0%) in this study, signifying the cardiac damage engendered by regurgitant disease.[23] The prevalence of conduction disorders, specifically right bundle branch block, was not higher than in TAVI for aortic stenosis;[24] however, 58% of patients with right bundle branch block required a permanent pacemaker compared with approximately 38% in aortic stenosis.[24]

The reduction in the rate of patients requiring a new pacemaker during the trial can be attributed to two hypotheses that require further validation. First, the




*Figure 3:* **Functional outcomes**
(A) NYHA functional class. (B) KCCQ overall score. (C) 6-min walk test. KCCQ=Kansas City Cardiomyopathy Questionnaire. NYHA=New York Heart Association.

| | Patients (n=152) |
|---|---|
| Large improvement (≥20-point increase) | 63 (41%) |
| Moderate improvement (increase between 10 and <20 points) | 24 (16%) |
| Small improvement (increase between 5 and <10 points) | 11 (7%) |
| No change (change between −5 and <5 points) | 27 (18%) |
| Worse (>5-point decrease from baseline) | 16 (11%) |
| Dead | 11 (7%) |

Data are n (%).

*Table 4:* **Kansas City Cardiomyopathy Questionnaire quality-of-life outcomes comparing baseline with 1 year**

initial sizing algorithm was adapted from studies of TAVI in patients with aortic stenosis and used associated oversizing thresholds. Although aggressive oversizing was thought to improve anchoring and seal, this method also probably resulted in increased interaction with the conduction system, particularly in anatomy unconstrained by calcification. Transcatheter heart-valve sizing was empirically reduced and average oversizing decreased over the course of the trial. Second, the implantation technique was modified to limit implant depth. Initially, the delivery system was advanced until all

three locators reached the nadir of the coronary cusps. Later in the trial the implant depth was reduced by aligning the sealing ring approximately 5 mm below the aortic annulus. Temporally related to these changes, rates of new pacemaker implantation were noted to decline in the final third of enrolled patients in the trial.

The haemodynamic outcomes of the transcatheter heart valve were excellent, with a 30-day mean effective orifice area of 2·9 $cm^2$ and mean gradient of 3·9 mm Hg, comparing favourably with TAVI devices for aortic stenosis, where mean effective orifice area was 1·66 $cm^2$ and mean gradient was 11·2 mm Hg with Sapien 3 (Edwards Life Sciences; Irvine, CA, USA) and mean effective orifice area was 2·01 $cm^2$ and mean gradient was 7·5 mm Hg with Evolut R (Medtronic; Minneapolis, MN, USA).[25] The absence of calcification of the aortic annulus, leaflets, and left-ventricular outflow tract in aortic regurgitation might minimise transcatheter heart-valve constraint, resulting in improved haemodynamic performance. Future studies comparing valve haemodynamics with aortic stenosis and aortic regurgitation are needed to address this question. Patients with aortic regurgitation often have dilated aortic roots and annuli and, in this study, the largest valve was implanted in 58% of patients. However, mean gradients were similar across all valve sizes suggesting that the excellent haemodynamics are largely a function of prothesis design and not simply the distribution of valve sizing.

In our cohort, the mean STS-PROM score was 4·1%. This score is lower than that reported in the very first high-risk TAVI studies in patients with aortic stenosis, but similar to contemporary high-risk aortic stenosis studies and registries assessing off-label TAVI for patients with aortic regurgitation and compassionate-use assessments for TAVI in aortic regurgitation.[26] The STS-PROM risk-score model is widely used to predict operative risk and to aid medical decision making and patient counselling; however, the score does have limitations. First, the STS-PROM risk model is periodically updated to reflect the contemporary population and surgical outcomes. The current STS-PROM risk model's mean PROM and cutoff value for high risk are both lower than those of the 2008 model (mean PROM difference –1·0% [SD 1·8] and cutoff for high risk 6·3%).[27] Second, the average age of this cohort is approximately 10 years younger than those enrolled in the studies of high-risk TAVI in aortic stenosis. Although age plays an important role in the risk adjudication of the existing STS-PROM calculator, the patients enrolled in this study were still determined to be at high risk by their heart teams on the basis of several clinical factors unaccounted for in the current STS-PROM risk-score model. Third, the STS-PROM score was based on isolated aortic-valve replacement, regardless of whether or not patients had multi-valvular or associated coronary artery disease that was frequently treated percutaneously before study enrolment. These factors include conditions such as pulmonary hypertension, frailty, hostile chest, home oxygen requirement, and cirrhosis. Importantly, despite substantial comorbidities, the procedure-related mortality and morbidity observed in this study compared favourably with the predicted outcomes based on STS-PROM score.

Limitations of this study should be noted. First, this was a single-arm, non-blinded, and non-randomised study. As such, the findings were not compared with a control group but with a pre-specified performance goal. Second, since this study represents the first use of this transfemoral TAVI system in aortic regurgitation, the early experiences resulted in several changes, including anatomical exclusions, sizing algorithm, and implantation technique during the course of the study. Third, our analysis focuses on early outcomes and longer-term follow-up is needed. Extended studies will be required to better understand longer-term clinical outcomes and transcatheter heart-valve function over time, as well as predictors of left-ventricular remodelling.

In conclusion, in this study examining transfemoral TAVI for pure aortic regurgitation in patients at high surgical risk in the USA, the Trilogy transcatheter heart valve showed a high technical success rate and promising safety profile as well as low morbidity and mortality at 1-year follow-up. Additionally, this transcatheter heart valve provided favourable haemodynamics, with low mean gradients and paravalvular leak rates and significant clinical improvement. We also found substantial improvements in patient-reported outcomes and left-ventricular remodelling. Further investigations are needed to reduce rates of permanent pacemakers and to assess the outcomes and the role of this therapeutic option in a broader population of patients.

#### Contributors

The principal investigators (VHT, TPV, and MBL) had unrestricted access to the data and had final responsibility for the decision to submit for publication. TPV, VHT, and MBL contributed to the conceptualisation, methodology, design, supervision, and implementation of the trial. TPV, VHT, LSR, MBL, and DSP wrote the first draft of the manuscript. TPV, VHT, MBL, and DSP participated in data curation and data verification. All coauthors provided substantial contributions to the investigation, acquisition of data, critically reviewed the manuscript for important intellectual content, provided final approval of the version to be published, and agree to be accountable for the all aspects of the work presented.

#### Declaration of interests

TPV reports institutional funding to Columbia University Irving Medical Center from JenaValve Technology, Abbott Vascular, Boston Scientific, Edwards Lifesciences, and Medtronic; and he personally received consulting fees from 4C Medical and Philips. OKK reports that he is part of a core laboratory contracting with JenaValve Technology but he has not received any direct compensation; he further reports consulting fees from Edwards Lifesciences, VDyne, Siemens, Philips, Laralab, and Restore Medical. NH reports that she is part of a core laboratory contracting with JenaValve Technology but she has not received any direct compensation. JMM reports consulting fees and honoraria from Edwards Lifesciences, Medtronic, Abbott, Shockwave, and Equity in Excision Medical, and Conkay Medical. IG reports consulting fees from Edwards Lifesciences, Medtronic, Boston Scientific, Abbott SJM, and Atricure. SKK reports consultant fees (honoraria) from Admedus, Meril Lifesciences, JenaValve Technology, and Abbott Vascular; scientific advisory board participation (equity) with Dura Biotech,

MicroInterventional Devices, Thubrikar Aortic Valve, Supira, and Admedus; and institutional funding to Columbia University and the Cardiovascular Research Foundation from Edwards Lifesciences, Medtronic, Abbott Vascular, Boston Scientific, and JenaValve Technology. NA reports medical advisory board fees and consultant and proctor fees from Nininger Medical, Edwards Lifesciences, V-wave, JenaValve Technology, Abbott, Vdyne, and Boston Scientific, and participation in industry-sponsored trials and research funding from Edwards Lifesciences, JenaValve Technology, Boston Scientific, V-wave, AccuCinch, Highlife, Tendyne, and preCardia. DSP is the Chief Medical officer of JenaValve Technology and a consultant for Abiomed, Abbott Vascular, Magenta, NuPulseCV, and Terumo. MBL reports institutional clinical research grants from Abbott, Boston Scientific, Edwards Lifesciences, Medtronic, and JenaValve Technology. HG reports consulting fees from Medtronic and Boston Scientific. All other authors declare no competing interests.

#### Data sharing

The data collected for this study will not be made available to others without approval from the sponsor and study chairman. Access can be requested through JenaValve Technology.

#### Acknowledgments

We thank the staff of the trial centres and patients who participated in the trial.

#### References

1 Singh JP, Evans JC, Levy D, et al. Prevalence and clinical determinants of mitral, tricuspid, and aortic regurgitation (the Framingham Heart Study). *Am J Cardiol* 1999; **83:** 897–902.

2 Iung B, Baron G, Butchart EG, et al. A prospective survey of patients with valvular heart disease in Europe: the Euro Heart Survey on Valvular Heart Disease. *Eur Heart J* 2003; **24:** 1231–43.

3 Ajmone Marsan N, Delgado V, Shah DJ, et al. Valvular heart disease: shifting the focus to the myocardium. *Eur Heart J* 2023; **44:** 28–40.

4 Bando K. Filling the Gap between guidelines and current surgical practice: is early surgery justified in patients with asymptomatic severe aortic regurgitation with normal left ventricular function? *Semin Thorac Cardiovasc Surg* 2019; **31:** 771–72.

5 Maeda S, Taniguchi K, Toda K, et al. Outcomes after aortic valve replacement for asymptomatic severe aortic regurgitation and normal ejection fraction. *Semin Thorac Cardiovasc Surg* 2019; **31:** 763–70.

6 Otto CM, Nishimura RA, Bonow RO, et al. 2020 ACC/AHA guideline for the management of patients with valvular heart disease: a report of the American College of Cardiology/American Heart Association Joint Committee on Clinical Practice Guidelines. *Circulation* 2021; **143:** e72–227.

7 Vahanian A, Beyersdorf F, Praz F, et al. 2021 ESC/EACTS Guidelines for the management of valvular heart disease. *Eur Heart J* 2022; **43:** 561–632.

8 Dujardin KS, Enriquez-Sarano M, Schaff HV, Bailey KR, Seward JB, Tajik AJ. Mortality and morbidity of aortic regurgitation in clinical practice. A long-term follow-up study. *Circulation* 1999; **99:** 1851–57.

9 Rawasia WF, Khan MS, Usman MS, et al. Safety and efficacy of transcatheter aortic valve replacement for native aortic valve regurgitation: a systematic review and meta-analysis. *Catheter Cardiovasc Interv* 2019; **93:** 345–53.

10 Poletti E, De Backer O, Scotti A, et al. Transcatheter aortic valve replacement for pure native aortic valve regurgitation: the PANTHEON International Project. *JACC Cardiovasc Interv* 2023; **16:** 1974–85.

11 Zoghbi WA, Adams D, Bonow RO, et al. Recommendations for noninvasive evaluation of native valvular regurgitation: a report from the American Society of Echocardiography developed in collaboration with the Society for Cardiovascular Magnetic Resonance. *J Am Soc Echocardiogr* 2017; **30:** 303–71.

12 Kappetein AP, Head SJ, Généreux P, et al. Updated standardized endpoint definitions for transcatheter aortic valve implantation: the Valve Academic Research Consortium-2 consensus document. *J Thorac Cardiovasc Surg* 2013; **145:** 6–23.

13 Katz S, Downs TD, Cash HR, Grotz RC. Progress in development of the index of ADL. *Gerontologist* 1970; **10:** 20–30.

14 Fried LP, Tangen CM, Walston J, et al. Frailty in older adults: evidence for a phenotype. *J Gerontol A Biol Sci Med Sci* 2001; **56:** M146–56.

15 Baumbach A, Patel KP, Kennon S, et al. A heart valve dedicated for aortic regurgitation: review of technology and early clinical experience with the transfemoral Trilogy system. *Catheter Cardiovasc Interv* 2023; **102:** 766–71.

16 Makkar RR, Cheng W, Waksman R, et al. Self-expanding intra-annular versus commercially available transcatheter heart valves in high and extreme risk patients with severe aortic stenosis (PORTICO IDE): a randomised, controlled, non-inferiority trial. *Lancet* 2020; **396:** 669–83.

17 Thiele H, Kurz T, Feistritzer HJ, et al. Comparison of newer generation self-expandable *vs* balloon-expandable valves in transcatheter aortic valve implantation: the randomized SOLVE-TAVI trial. *Eur Heart J* 2020; **41:** 1890–99.

18 Feldman TE, Reardon MJ, Rajagopal V, et al. Effect of mechanically expanded *vs* self-expanding transcatheter aortic valve replacement on mortality and major adverse clinical events in high-risk patients with aortic stenosis: the REPRISE III randomized clinical trial. *JAMA* 2018; **319:** 27–37.

19 Yoon SH, Schmidt T, Bleiziffer S, et al. Transcatheter aortic valve replacement in pure native aortic valve regurgitation. *J Am Coll Cardiol* 2017; **70:** 2752–63.

20 Haddad A, Arwani R, Altayar O, Sawas T, Murad MH, de Marchena E. Transcatheter aortic valve replacement in patients with pure native aortic valve regurgitation: a systematic review and meta-analysis. *Clin Cardiol* 2019; **42:** 159–66.

21 Sawaya FJ, Deutsch MA, Seiffert M, et al. Safety and efficacy of transcatheter aortic valve replacement in the treatment of pure aortic regurgitation in native valves and failing surgical bioprostheses: results from an international registry study. *JACC Cardiovasc Interv* 2017; **10:** 1048–56.

22 Alharbi AA, Khan MZ, Osman M, et al. Transcatheter aortic valve replacement *vs* surgical replacement in patients with pure aortic insufficiency. *Mayo Clin Proc* 2020; **95:** 2655–64.

23 Généreux P. Staging the extent of cardiac damage among patients with valve disease: growth of evidence continues. *JACC Cardiovasc Interv* 2023; **16:** 152–55.

24 Saint Croix GR, Lacy SC, Hrachian H, Beohar N. Clinical impact of preexisting right bundle branch block after transcatheter aortic valve replacement: a systematic review and meta-analysis. *J Interv Cardiol* 2020; **2020:** 1789516.

25 Hahn RT, Leipsic J, Douglas PS, et al. Comprehensive echocardiographic assessment of normal transcatheter valve function. *JACC Cardiovasc Imaging* 2019; **12:** 25–34.

26 Vora AN, Sreenivasan J, Forrest JK. Progressing forward in transcatheter aortic valve replacement for pure aortic regurgitation. *JACC Cardiovasc Interv* 2023; **16:** 1986–89.

27 Kumar A, Sato K, Narayanswami J, et al. Current Society of Thoracic Surgeons model reclassifies mortality risk in patients undergoing transcatheter aortic valve replacement. *Circ Cardiovasc Interv* 2018; **11:** e006664.



CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10999963

CRT24
CARDIOVASCULAR RESEARCH TECHNOLOGIES
MARCH 9- 12, 2024
WASHINGTON HILTON | WASHINGTON, DC

# Transcatheter Treatment of Chronic Aortic Regurgitation with a Novel Device: 30-day Primary Endpoint Results of J-Valve Transfemoral Early Feasibility Study

Santiago Garcia, MD, Michael Reardon, MD, Sachin Goel, MD, David J. Cohen, MD, MsC, João L Cavalcante, MD, Rebecca T. Hahn, MD, Azeem Latib, MD, Ron Waksman, MD, David G. Rizik, MD, Peter Fail, MD, Tsuyoshi Kaneko, MD, Sameer A. Gafoor, MD, Dean J. Kereiakes, MD



# Disclosures
# Santiago Garcia, MD

**Research Support:**

Edwards Lifesciences

Medtronic

BSCI

Abbott Vascular

ACC

JC Medical

**Consultant:**

BSCI

Abbott Vascular

Medtronic

Edwards Lifesciences

**Advisory Board:**

Medtronic



CONFIDENTIAL TREATMENT REQUESTED

# Aortic Regurgitation:
## Undertreated & Associated with Increased Mortality

### Dramatic undertreatment of symptomatic severe AR




### Untreated AR results in a 1-year mortality of 23.5%




CRT24

Thourani V, et al. Structural Heart. 2021 Nov 2;5(6):608-6018.

## Challenges of TAVR to treat AR

| | |
|---|---|
| Absence of annular calcium | Dilated aortic root |
| Risk of THV embolization or malposition | Increased stroke volume |
| Unpredictable positioning and deployment | Large size of aortic annulus |

## Current Commercial THVs in AR: Not an ideal solution

- Post procedure AR ≥ moderate (15-20%) → higher 1-year mortality
- Lower chance of procedural success (~70%) compared to TAVI for severe AS
- Need for 2nd THV implantation (19%)
- 25% 1-Y mortality when treating AR with non-dedicated devices

*Transcatheter treatment of AR requires dedicated devices*

CRT24

Takagi H, et al. Heart Lung Circ 2020;29:729-741. Yoon SH, et al. JACC 2017;70:2752-2763
Otto CM et al. JACC 2021; 77:e25-197. Siddique S, Vora A, Gada H. Structural Heart. 2021 Dec 23;5(1):55-64.

# J-Valve® Transfemoral EFS Study

To demonstrate the safety and effectiveness of transfemoral TAVR utilizing the **J-Valve®** transcatheter heart valve system amongst a group of patients with symptomatic ≥3+ aortic regurgitation who are deemed high-risk for surgical aortic valve replacement, as determined by the Heart Team

# J-Valve® Transfemoral EFS Study Design

Prospective, single arm, multi-center, interventional study of 15 patients with symptomatic ≥3+ aortic regurgitation deemed high-risk for SAVR by Heart Team

↓

Transfemoral **J-Valve®** Implantation

↓

Follow-up at 30 days, 6 months, 1 year & annually for 5 years including clinical assessment, echocardiography, QoL evaluation, & functional testing

↓ ↓

30-day primary safety endpoint:
**All-cause death or disabling stroke at 30 days**

1-year primary efficacy endpoint

# J-Valve®

## *A Novel THV to Treat AR*

*Comprised of bovine pericardium leaflets, nitinol frame, and a fabric skirt to mitigate PVL*




- Unique anchor rings designed to self-center the valve for optimal alignment
- Five valve sizes available intended to treat perimeters 57-104mm
- Rounded, atraumatic rings designed to easily locate and position in the annulus

| J-Valve TF Size | Annulus Diameter (mm) | Annulus Perimeter (mm) | Annulus Area ($mm^2$) |
|---|---|---|---|
| 22 mm | 18 - 21 | 57 – 66 | 254 - 346 |
| 25 mm | 21 - 24 | 66 - 75 | 346 - 452 |
| 28 mm | 24 - 27 | 75 - 85 | 452 - 573 |
| 31 mm | 27 - 30 | 85 - 94 | 573 - 707 |
| 34 mm | 30 - 33 | 94 - 104 | 707 - 855 |

Valve size recommendations are based on native valve annulus size, as measured by computed tomography (CT). Patient anatomical factors and imaging modality should be considered during valve size selection.



# J-Valve® EFS Study Organization

| | Investigator | Institution |
|---|---|---|
| **National Principal Investigators** | Dean Kereiakes, MD<br>Michael Reardon, MD | The Christ Hospital<br>Houston Methodist |
| CEC & DSMB | Alexandra Popma, MD | Cardiovascular Research Foundation |
| CEC Chairs | John Forrest, MD<br>Sorin Brener, MD | Yale School of Medicine<br>NY Presbyterian Brooklyn Methodist Hospital |
| DSMB Chair | Mark Reisman, MD | Weill Cornell Medicine |
| CT/CMR Core Laboratory | João Cavalcante, MD | Allina Heath - Minneapolis Heart Institute |
| Echocardiography Core Laboratory | Michael Chuang, MD | Cardiovascular Research Foundation |
| ARO | | Cardiovascular Research Foundation |
| CRO | | Medpace |

CRT24

# J-Valve® EFS Steering Committee



**Michael Reardon, MD**
National PI



**Dean Kereiakes, MD**
National PI



**Sachin Goel, MD**
Site PI



**Santiago Garcia, MD**
Site PI



**Ron Waksman, MD**
Site PI



**Azeem Latib, MD**
Site PI



**David Cohen, MD**
ARO Representative



**Becky Hahn, MD**
Echocardiography Core Lab



**João Cavalcante, MD**
CT/CMR Core Lab

# Participating Site Principal Investigators



**Santiago Garcia, MD**
The Christ Hospital
Cincinnati, OH



**David Rizik, MD**
HonorHealth
Scottsdale, AZ



**Sameer Gafoor, MD**
Swedish Health Services
Seattle, WA



**Ron Waksman, MD**
MedStar Washington
Hospital Center
Washington, DC



**Peter Fail, MD**
Cardiovascular Institute
of the South
Houma, LA




***Only 1 of 5 sites with prior J-Valve® experience***

CRT24

# J-Valve® TF EFS Key Inclusion and Exclusion Criteria

- **Inclusion:**
  - Symptomatic (NYHA FC ≥II) severe (≥3+) native AR as diagnosed by echocardiography
    - *Cardiac MR can be utilized in the cases of indeterminate AR*
  - Patient is deemed high-risk for surgery
  - Patient has suitable anatomy for transfemoral **J-Valve®** implantation
- **Exclusion:**
  - Congenital unicuspid or bicuspid aortic valve
  - Mixed aortic valve disease (>moderate AS with severe AR)
  - LVEF <25%
  - Aortic root diameter > 5.0 cm
  - Previous prosthetic aortic valve
  - Mitral regurgitation >moderate
  - CAD requiring revascularization
  - Aortic annulus perimeter <57mm or >104mm



CONFIDENTIAL TREATMENT REQUESTED

# J-Valve® TF EFS Baseline Patient Characteristics

| Characteristic | % or Mean ± SD |
|---|---|
| Age | 80.5 ± 4.3 |
| Male | 11/15 (73.3%) |
| Female | 4/15 (26.7%) |
| STS Score/PROM | 5.5 ± 4.0 |
| NYHA | |
| I | 0/15 (0%) |
| II | 11/15 (73.3%) |
| III | 4/15 (26.7%) |
| IV | 0/15 (0%) |

| Co-Morbidity | N (%) |
|---|---|
| HTN | 14/15 (93.3%) |
| Dyslipidemia | 12/15 (80%) |
| Renal insufficiency (GFR<60/min) | 6/15 (40%) |
| Prior PCI | 2/15 (13.3%) |
| Prior CABG | 1/15 (6.7%) |
| Prior valve procedure | 2/15 (13.3%) |
| Prior CVA or TIA | 4/15 (26.7%) |
| COPD | 3/15 (20%) |
| Diabetes | 1/15 (6.7%) |
| ***RBBB*** | ***3/15 (20%)*** |
| PPM | 3/15 (20%) |



**all definitions based on VARC-3 criteria*

# J-Valve® TF EFS Baseline Imaging Characteristics

***All Echo and CT Data CORE LAB adjudicated***

| Echocardiography | % or Mean ± SD |
|---|---|
| LVEF (%) | 53.84 ± 7.97 |
| Aortic regurgitation severity<br>Moderate-Severe<br>Severe | <br>7/15 (46.7%)<br>8/15 (53.3%) |
| Aortic valve mean gradient (mmHg) | 5.38 ± 2.20 |
| Moderate Mitral regurgitation | 5/15 (33.3%) |
| LVEDD (cm) | 5.81 ± 0.86 |
| LVESD (cm) | 4.55 ± 1.07 |
| LVEDV (ml) | 187.09 ± 62.92 |
| LVESV (ml) | 87.66 ± 36.02 |

| Computed Tomography | % or Mean ± SD |
|---|---|
| ***Aortic annulus perimeter (mm)*** | ***87.6 ± 8.8*** |
| Aortic annulus area (mm2) | 595.7 ± 123.7 |
| AV calcification severity<br>None<br>Mild | <br>10/15 (66.7%)<br>5/15 (33.3%) |
| ***Aortic root angulation (mm)*** | ***53.3 ± 7.5*** |
| ***Perimeter > 90 mm (%)*** | ***6/15 (40%)*** |
| ***Root angle ≥ 60 (%)*** | ***3/15 (20%)*** |

# J-Valve® TF EFS Procedural Characteristics

## 2 out of 3 patients required large valve sizes (31-34 mm)

| Characteristic | Minutes |
|---|---|
| Procedure duration (min) Median- IQR | 53 (50-65) |
| Fluoroscopy time (min) Median- IQR | 22 (18-28) |

| Sheath Size (Fr) | N (%) |
|---|---|
| 20 | 1/15 (6.7%) |
| 22 | 12/15 (80%) |
| Other | 2/15 (13.3%) |

| J-Valve TF Size | Annulus Perimeter (mm) |
|---|---|
| 22 mm | 57 – 66 |
| 25 mm | 66 - 75 |
| 28 mm | 75 - 85 |
| 31 mm | 85 - 94 |
| 34 mm | 94 - 104 |



# J-Valve® TF EFS Procedure Outcomes

| Characteristic | N (%) |
|---|---|
| **Intraprocedural Mortality** | **0/15 (0%)** |
| Procedural Success | 14/15 (93.3%) |
| Vascular Complication (Requiring Intervention) | 1/15 (6.7%) |
| Coronary Obstruction | 0/15 (0%) |
| Unplanned PCI | 0/15 (0%) |
| Second THV device | 0/15 (0%) |

| Characteristic | N (%) |
|---|---|
| Successful Valve Implant (Deliver and Release) | 14/15 (93.3%) |
| Conversion to SAVR | 1/15 (6.7%) |
| Device migration or embolization | 0/15 (0%) |

Unable to release anchor rings from delivery system due to extreme tortuosity of aorta, requiring conversion to SAVR





CONFIDENTIAL TREATMENT REQUESTED

# J-Valve® TF EFS Study 30-day Outcomes

| Event | N (%) |
|---|---|
| **Device-related mortality** | **0/15 (0%)** |
| **Cardiovascular-related mortality** | **0/15 (0%)** |
| Overall mortality | 1/15 (6.7%) |
| **Disabling Stroke** | **0/15 (0%)** |
| **Device Related Interventions** | **0/15 (0%)** |
| **New Permanent Pacemaker** | **0/12 (0%)** |

- 1 out-of-hospital mortality at POD #4 due to food asphyxia
- Autopsy revealed **J-Valve®** was in proper position

# J-Valve® TF EFS Study: Hemodynamic Assessment

***Echo Data CORE LAB adjudicated***

| Echocardiography Parameter | Baseline %(n) or mean ± SD | Prior to Discharge %(n) or mean ± SD | 30-Days %(n) or mean ± SD |
|---|---|---|---|
| LVEF (%) | 53.84 ± 7.97 | 49.41 ± 8.38 | 49.06 ± 9.31 |
| Aortic valve mean gradient (mmHg) | 5.38 ± 2.20 | 6.36 ± 2.93 | **5.57 ± 2.04** |
| EOA (cm2) | 3.02 ± 0.70 | 3.16 ± 1.08 | **2.91 ± 0.67** |
| **Residual AR Severity** None/Trace | N/A | **15/15 (100%)** | **15/15 (100%)** |
| **PVL** None/Trace | N/A | **15/15 (100%)** | **15/15 (100%)** |

CRT24

J-Valve®
TF EFS
30-Day
Outcomes

0% In-hospital or 30-day CV Mortality (*)

0% Disabling Stroke

0% Residual Aortic Regurgitation or PVL

0% New Permanent Pacemaker

CRT24

* 1 autopsy-confirmed, non-cardiovascular death after discharge due to food aspiration

# Conclusions: J-Valve TF System EFS STUDY

- Favorable **J-Valve**® procedural outcomes:
  - 0% CV death
  - 0% disabling stroke
  - 0% residual AR or PVL
  - 0% new permanent pacemaker (3/12 baseline RBBB)
- Excellent hemodynamics at implant and out to 30-days
- Expanded patient population due to the availability of larger valve sizes
- **JOURNEY** Pivotal trial proposed to FDA with anticipated enrollment beginning in Summer 2024

# *Thank you!*

On behalf of the JC Medical Team & **J-Valve**® TF EFS Steering Committee

Santiago Garcia, MD

Santiago.Garcia@thechristhospital.com



JC Medical

Genesis MedTech

CRT24

JACC: CARDIOVASCULAR INTERVENTIONS VOL. 16, NO. 16, 2023
© 2023 BY THE AMERICAN COLLEGE OF CARDIOLOGY FOUNDATION
PUBLISHED BY ELSEVIER

FOCUS ON AORTIC REGURGITATION AND TRANSCATHETER AORTIC VALVE REPLACEMENT

NEW RESEARCH PAPERS: STRUCTURAL

# Transcatheter Treatment of Native Aortic Valve Regurgitation

## The North American Experience With a Novel Device

Santiago Garcia, MD,[a] Jian Ye, MD,[b] John Webb, MD,[b] Michael Reardon, MD,[c] Neal Kleiman, MD,[c] Sachin Goel, MD,[c] Taha Hatab, MD,[c] Neil Fam, MD,[d] Mark Peterson, MD,[d] Samantha Liauw, MD,[d] Tiberio M. Frisoli, MD,[e] Hanad Bashir, MD,[a] Debra Paige, RN,[a] Darlene Rock, RN,[a] Christian Schmidt, MS,[a] James G. Jollis, MD,[a] Dean J. Kereiakes, MD[a]

ABSTRACT

**BACKGROUND** Transcatheter treatment of patients with native aortic valve regurgitation (AR) has been limited by anatomical factors. No transcatheter device has received U.S. regulatory approval for the treatment of patients with AR.

**OBJECTIVES** The aim of this study was to describe the compassionate-use experience in North America with a dedicated transcatheter device (J-Valve).

**METHODS** A multicenter, observational registry was assembled of compassionate-use cases of J-Valve implantation for the treatment of patients with severe symptomatic AR and elevated surgical risk in North America. The J-Valve consists of a self-expanding Nitinol frame, bovine pericardial leaflets, and a valve-locating feature. The available size matrix (5 sizes) can treat a wide range of anatomies (minimum and maximum annular perimeters 57-104 mm).

**RESULTS** A total of 27 patients (median age 81 years [IQR: 72-85 years], 81% at high surgical risk, 96% in NYHA functional class III or IV) with native valve AR were treated with the J-Valve during the study period (2018-2022). Procedural success (J-Valve delivered to the intended location without the need for surgical conversion or a second transcatheter heart valve) was 81% (22 of 27 cases) in the overall experience and 100% in the last 15 cases. Two cases required conversion to surgery in the early experience, leading to changes in valve design. At 30 days, there was 1 death, 1 stroke, and 3 new pacemakers (13%), and 88% of patients were in NYHA functional class I or II. No patient had residual AR of moderate or greater degree at 30 days.

**CONCLUSIONS** The J-Valve appears to provide a safe and effective alternative to surgery in patients with pure AR and elevated or prohibitive surgical risk. (J Am Coll Cardiol Intv 2023;16:1953-1960) © 2023 by the American College of Cardiology Foundation.

From [a]The Christ Hospital Heart and Vascular Institute and Lindner Center for Research and Education, Cincinnati, Ohio, USA; [b]Center for Heart Valve Innovation, St. Paul's Hospital, Vancouver, British Columbia, Canada; [c]Houston Methodist Hospital, Houston, Texas, USA; [d]St. Michael's Hospital and University of Toronto, Toronto, Ontario, Canada; and the [e]Henry Ford Hospital, Detroit, Michigan, USA.

The authors attest they are in compliance with human studies committees and animal welfare regulations of the authors' institutions and Food and Drug Administration guidelines, including patient consent where appropriate. For more information, visit the Author Center.

Manuscript received February 12, 2023; revised manuscript received May 4, 2023, accepted May 9, 2023.

ISSN 1936-8798/$36.00 https://doi.org/10.1016/j.jcin.2023.05.018

Case 1:25-cv-02569-RC Document 182-17 Filed 02/11/26 Page 159 of 206



JACC: CARDIOVASCULAR INTERVENTIONS VOL. 16, NO. 16, 2023
AUGUST 28, 2023:1953-1960

**ABBREVIATIONS AND ACRONYMS**

**AR** = aortic regurgitation

**AS** = aortic stenosis

**LV** = left ventricle/ventricular

**SAVR** = surgical aortic valve replacement

**TA** = transapical

**TAVR** = transcatheter aortic valve replacement

**THV** = transcatheter heart valve

Chronic aortic regurgitation (AR) invariably leads to left ventricular (LV) volume overload, chamber dilatation, and LV dysfunction. Surgical aortic valve replacement (SAVR) is recommended for patients with severe AR who exhibit heart failure symptoms or develop LV dysfunction or chamber enlargement, with specific thresholds for intervention defined by echocardiography and, more recently, cardiac magnetic resonance imaging.[1-6] Severe AR may account for 20% to 30% of isolated SAVR and may present concurrently in 20% to 30% of patients with aortic valve stenosis (AS).[7]

Transcatheter treatment of patients with AR has been limited by anatomical factors, including dilatation of the aortic root and annulus, large annular dimensions, and lack of sufficient leaflet calcification to securely anchor currently available transcatheter heart valves (THVs). Indeed, the experience with second-generation, commercially available THV devices designed for the treatment of AS has been characterized by high rates of complications and suboptimal results despite careful patient selection.[8] The fact that no current THV has received U.S. regulatory approval for the treatment of patients with AR has prompted the development of novel THV devices, currently under clinical trial investigation, that are designed to address the anatomical challenges of AR.[9,10] Importantly, enrollment into investigational device exemption trials may be limited by exclusionary comorbid or anatomical considerations which can make extrapolation of trial results to a broader, more inclusive population challenging.

In this context, we report the results from the North American compassionate-use study of the J-Valve THV (JC Medical), which is specifically designed for the treatment of patients with AR, in patients with symptomatic, severe native AR.

## METHODS

**STUDY DESIGN AND PATIENTS.** The compassionate-use study is an investigator-initiated, multicenter, North American observational registry designed to capture the early clinical experience with J-Valve for the treatment of patients with symptomatic, severe, pure AR from May 2018 to October 2022. A total of 5 sites were included in the present analysis: 1) The Christ Hospital (Cincinnati, Ohio); 2) St. Paul's Hospital (Vancouver, British Columbia, Canada); 3) Houston Methodist (Houston, Texas); 4) Henry Ford Hospital (Detroit, Michigan); and 5) St. Michael's Hospital (Toronto, Ontario, Canada). The protocol was approved by each local Institutional Review

**FIGURE 1** Overview of J-Valve TF System and Size Matrix




| Valve Size | Annulus Diameter | Annulus Perimeter | Height |
|---|---|---|---|
| 22 mm | 18-21 mm | 57-67 mm | 17 mm |
| 25 mm | 21-24 mm | 65-76 mm | 19 mm |
| 28 mm | 24-28 mm | 73-88 mm | 22 mm |
| 31 mm | 27–30 mm | 85–94 mm | 25 mm |
| 34 mm | 30–33 mm | 94–104 mm | 25 mm |

The transfemoral (TF) device used in the present series is a steerable, flexible 18-F catheter with a broader 5-size (22-34 mm) matrix that can be applied to aortic valve perimeters ranging from 94 to 104 mm.

CONFIDENTIAL TREATMENT REQUESTED EW-FTC-10999985
PX1394-158

JACC: CARDIOVASCULAR INTERVENTIONS VOL. 16, NO. 16, 2023
AUGUST 28, 2023:1953-1960



Board or ethics committee, and all patients provided specific informed consent for treatment.

Patients were included if they had severe, symptomatic AR involving a native aortic valve, were deemed to be at high risk or inoperable for SAVR by the heart team, and received regulatory approval consistent with expanded access criteria.[11] Patients who were excluded from participating in the JenaValve ALIGN-AR Pivotal Trial (NCT04415047) who satisfied the aforementioned criteria were also offered compassionate-use study enrollment. Patients with bioprosthetic aortic valve dysfunction (valve-in-valve) were excluded. Patients with bicuspid aortic valves were not excluded. Standardized data collection forms, modeled after the Society of Thoracic Surgeons/American College of Cardiology TVT (Transcatheter Valve Therapy) Registry, and a secure web-based application (Research Electronic Data Capture) were used for data capture.

**DEVICE DESCRIPTION.** The J-Valve consists of: 1) a self-expanding, low-profile Nitinol frame and bovine pericardial leaflets; and 2) a valve-locating feature consisting of 3 Nitinol anchor rings designed to conform to the native aortic valve sinuses. The delivery system is steerable and flexible and was designed for transfemoral access. The available size matrix (5 sizes) can treat a wide range of anatomies (minimum and maximum annular diameters 18-33 mm, minimum and maximum annular perimeters 57-104 mm) (Figure 1).

**STATISTICAL ANALYSIS.** Discrete variables are expressed as count (percentage) and continuous variables as mean ± SD if distributed symmetrically or as median (IQR) if skewed. The data coordinating center at the Carl and Edyth Lindner Center for Research and Education at The Christ Hospital had full access to the dataset and performed the statistical analysis.

**TABLE 1 Baseline Demographic and Clinical Characteristics (N = 27)**

| | |
|---|---|
| Age, y | 81 (72-85) |
| Male | 16 (59) |
| Caucasian race | 19 (86) |
| Atrial fibrillation | |
| Paroxysmal | 3 (11) |
| Permanent | 9 (33) |
| Carotid artery stenosis | 4 (15) |
| Prior stroke | 4 (15) |
| COPD | 7 (26) |
| Diabetes | 5 (19) |
| Prior endocarditis | 3 (11) |
| Heart failure | |
| Within 2 wk of procedure | 11 (41) |
| Within past year | 15 (56) |
| NYHA functional class | |
| II | 1 (4) |
| III or IV | 26 (96) |
| Hypertension | 24 (89) |
| Prior myocardial infarction | 4 (15) |
| Prior PCI | 13 (48) |
| Prior CABG | 4 (15) |
| Peripheral artery disease | 4 (15) |
| Porcelain aorta | 0 (0) |
| Prior TIA | 1 (4) |
| Immunocompromised | 2 (7) |
| Tobacco use | |
| Current | 2 (7) |
| Remote | 12 (44) |
| Prior pacemaker | 3 (11) |
| Number of previous open heart surgical procedures | |
| 1 | 7 (27) |
| 2 | 1 (4) |
| Previous AV repair | 4 (15) |
| Mitral valve procedure | |
| Repair | 3 (11) |
| Replacement | 3 (11) |

Values are median (IQR) or n (%).

AV = aortic valve; CABG = coronary artery bypass graft; COPD = chronic obstructive pulmonary disease; PCI = percutaneous coronary intervention; TIA = transient ischemic attack.

## RESULTS

The baseline characteristics of the study cohort are presented in Table 1. A total of 27 patients with native valve AR were treated with J-Valve during the study period. Consistent with the compassionate-use intent of the protocol, the study cohort was composed of elderly patients (median age 81 years; range: 72-85 years) at either high (81%) or extreme or prohibitive (8%) surgical risk (median Society of Thoracic Surgeons score 4.3; range: 2.6-5.3). Most patients exhibited advanced heart failure symptoms at presentation (96% in NYHA functional class III or IV).

The majority of patients were on medical therapy for heart failure prior to the procedure, including 74% on angiotensin-converting enzyme inhibitors, angiotensin receptor blockers, or angiotensin receptor-neprilysin inhibitors; 69% on beta-blockers; 77% on loop diuretic agents; and 15% on aldosterone antagonists.

Baseline echocardiographic, computed tomographic angiographic, and hemodynamic data are presented in Table 2. The most common etiology of

JACC: CARDIOVASCULAR INTERVENTIONS VOL. 16, NO. 16, 2023
AUGUST 28, 2023:1953-1960

**TABLE 2 Baseline Imaging and Hemodynamic Assessment**

| | |
|---|---|
| Computed tomographic angiography (n = 26) | |
| Average AV annular diameter, mm | 25.6 ± 3.0 |
| Minimum AV annular diameter, mm | 22.2 ± 2.9 |
| Maximum AV annular diameter, mm | 28.5 ± 4.0 |
| AV annular area, $mm^2$ | 501 ± 122 |
| AV annular perimeter, mm | 81 ± 10.5 |
| Perimeter ≥ 85 mm | 10 (38) |
| AV disease etiology | |
| Degenerative | 21 (78) |
| Endocarditis | 2 (7) |
| Congenital | 1 (4) |
| Other | 3 (11) |
| AV morphology | |
| Bicuspid | 1 (4) |
| Tricuspid | 24 (89) |
| Other | 2 (8) |
| AV calcification severity | |
| None | 14 (52) |
| Minimal | 8 (30) |
| Moderate | 3 (11) |
| Severe | 2 (7) |
| Echocardiography (n = 27) | |
| LVEF, % | 54 (37-60) |
| LVESD, cm | 4.0 ± 1.0 |
| LVEDD, cm | 5.5 ± 0.9 |
| LVESD/BSA, $cm/m^2$ | 2.19 ± 0.64 |
| Aortic regurgitation severity | |
| Severe | 22 (81) |
| Moderate to severe | 5 (19) |
| Invasive hemodynamics (n = 12) | |
| Cardiac output, L/min | 5.4 ± 1.6 |
| Pulmonary capillary wedge pressure, mm Hg | 16.3 ± 6.5 |
| Mean pulmonary artery pressure, mm Hg | 29.4 ± 9.9 |
| Mean right atrial pressure, mm Hg | 7.3 ± 3.7 |

Values are mean ± SD, n (%), or median (IQR).
AV = aortic valve; BSA = body surface area; LVEDD = left ventricular end-diastolic dimension; LVEF = left ventricular ejection fraction; LVESD = left ventricular end-systolic dimension.

AR was degenerative (78%), and the most common valve morphology was tricuspid (89%). The median LV ejection fraction was 54% (range: 37%-60%), with average LV end-systolic and end-diastolic dimensions of 4 ± 1 and 5 ± 1 cm, respectively. Preprocedural computed tomographic angiographic evaluation revealed an average annular area of 501 ± 122 $mm^2$ and perimeter of 81 ± 10 mm, with 10 patients (38%) having perimeters >85 mm. Most patients had no or mild annular calcification.

Procedural characteristics are presented in Table 3. Most procedures were elective (96%), performed under general anesthesia (85%) and via transfemoral access (75%). Representative fluoroscopic and echocardiographic intraprocedural images are presented in Videos 1 to 3.

**TABLE 3 Procedural Characteristics**

| | |
|---|---|
| Procedure status | |
| Elective | 26 (96) |
| Urgent | 1 (4) |
| Procedure location | |
| Hybrid OR | 12 (44) |
| Hybrid catheterization laboratory | 13 (48) |
| Catheterization laboratory | 2 (7) |
| Anesthesia type | |
| Moderate sedation | 4 (15) |
| General anesthesia | 23 (85) |
| Procedural success | 22 (81) |
| Case successfully treated with 1 or more THVs without need to convert to surgery | 25 (93) |
| Converted to open heart surgery | 2 (7) |
| Access site | |
| TF | 21 (78) |
| Carotid | 1 (4) |
| Subclavian | 4 (15) |
| Transcaval | 1 (4) |
| Sheath size, F | |
| 16 | 3 (13) |
| 18 | 9 (38) |
| 20 | 9 (38) |
| 22 | 3 (13) |
| Fluoroscopy time, min | 28.8 (21.7-42.6) |
| Contrast volume, mL | 92.0 ± 36.0 |

Values are n (%), median (IQR), or mean ± SD.
OR = operating room; TF = transfemoral; THV = transcatheter heart valve.

Procedural success (J-Valve delivered to the intended location without the need for surgical conversion or a second THV) was 81% (22 of 27 cases). Two cases required conversion to surgery in the early experience (2018-2019). In 1 case, the nose cone of the first-generation J-Valve separated from the device during retrieval, which led to a redesign of the attachment points and bonding methods. In the second case, the J-Valve embolized to the ventricle shortly after deployment. During surgery, 2 of the 3 native aortic valve leaflets were found to be prolapsing into the LV, which resulted in inadequate anchoring of the device. This case led to exclusion of subsequent valves with prolapsing leaflets from enrollment. In 3 additional cases, a second THV was needed to stabilize the J-Valve because of premature deployment in the sinuses above the annular plane. Two of these 3 cases were treated with balloon-expandable valves and the third with an additional J-Valve after trapping the first valve in the descending aorta with a Palmaz stent. The last 15 consecutive cases in this compassionate-use experience were successful without surgical conversion or need for a second THV device.

**IN-HOSPITAL OUTCOMES.** There was 1 in-hospital death related to multiorgan failure and sepsis after a complicated transcatheter aortic valve replacement (TAVR) procedure (device embolization), 1 stroke (nondisabling) in a patient undergoing transcarotid access, and 5 access-site complications. Among surviving patients (26 of 27), the median length of stay was 3 days (range: 2-5 days), with 100% of patients discharged home. Prior to discharge, residual AR was graded as none in 12 (46%), trace in 8 (31%), mild in 5 (19%), and moderate in 1 (4%).

**30-DAY OUTCOMES (N = 24).** Short- and mid-term outcomes are presented in Table 4. There were no additional deaths, strokes, or rehospitalizations at 30 days. New pacemakers were required in 3 patients (13%) at 30 days. Most patients (88%) were in NYHA functional class I or II at 30 days. On echocardiography, the mean effective orifice area was 2.1 ± 0.6 cm², with a median gradient of 7 mm Hg (range: 5-10 mm Hg). Residual AR was graded as none (52%), trace (14%), and mild (33%), with no patient having moderate or greater residual AR.

**1-YEAR OUTCOMES (N = 17).** Of the 24 patients successfully treated with the J-Valve and discharged from the hospital, complete 1-year follow-up was available in 17 (2 deaths [12%] occurred between day 30 and 1 year, and 5 patients were treated in the second half of 2022) (Figure 2). One of the deaths was related to liver cancer, and the other was presumed to be cardiac (sudden death at home) 8 months after the procedure. The second patient who died had normal J-Valve and LV function with no residual AR on echocardiography performed 3 months prior to death. There were no strokes or aortic valve reinterventions at 1 year. On echocardiography (n = 14), the mean effective orifice area was 2.3 ± 0.8 cm², with a median gradient of 7 mm Hg (range: 5-10 mm Hg). Residual AR was graded as none in 6 (43%), trace in 3 (21%), mild in 4 (29%), and moderate in 1 (7%) patient. All patients were in NYHA functional class I or II.

**TABLE 4 Short- and Mid-Term Outcomes After J-Valve Implantation**

| | 30 Days (n = 24) | 30 Days to 1 Year (n = 17) |
|---|---|---|
| Death | 1 (4) | 2 (12) |
| Stroke | 1 (4) | 0 |
| New pacemaker | 3 (13) | 1 (6) |
| NYHA functional class I or II | 88 | 100 |
| AR moderate or greater | 0 | 1 (7) |
| Mean gradient, mm Hg | 7 ± 4 | 8 ± 4 |
| EOA, cm² | 2.1 ± 0.6 | 2.3 ± 0.8 |

Values are n (%), %, or mean ± SD.
AR = aortic regurgitation; EOA = effective orifice area.

## DISCUSSION

This 5-year (2018-2022) compassionate-use experience with a dedicated THV designed to treat severe native AR in patients at high or prohibitive surgical risk provides several important observations (Central Illustration). First, overall procedural success was 81%, with all complications requiring surgery or urgent placement of a second valve occurring during the first 2 years of the experience with the first generation of the device. Root-cause analyses of these cases led to modifications in J-Valve design and/or change in anatomical eligibility criteria for enrollment. These modifications in valve and protocol resulted in the successful performance of the last 15 consecutive cases. Second, despite the elevated surgical risk of the population treated, J-Valve implantation was associated with a relatively low rate of serious complications (1 death, 1 stroke) and 3 (13%) pacemakers at 30 days. Third, successful J-Valve implantation was associated with satisfactory acute, mid-term, and late (1-year) hemodynamic performance, with no patient having moderate or greater residual AR, an average mean gradient of ≤10 mm Hg, and effective orifice area >2 cm². Fourth, 10 patients (38%) treated effectively with the J-Valve had aortic valve perimeters exceeding 85 mm, which was an exclusion criterion for participation in the ALIGN-AR trial of the JenaValve for severe AR and consistent with regulatory criteria for Conformité Européenne mark approval.[12,13] This observation provides valuable insights into J-Valve performance in a broader, expanded population with severe AR. Taken together, our collective experience with the J-Valve suggests that it may provide a reasonably safe and effective alternative to surgery in patients with pure AR and elevated or prohibitive surgical risk.

The early transapical (TA) experience with the J-Valve for the treatment of patients with AR has been previously described.[14] In a case series of 6 patients at prohibitive or high surgical risk, TA implantation was feasible, with no major complications or mortality at follow-up (mean follow-up 110 days). All cases were performed without rapid pacing or balloon post-dilatation. The early TA system was 27-F in size, with limited valve sizes (21-27 mm). The transfemoral device used in the present series is a steerable, flexible

JACC: CARDIOVASCULAR INTERVENTIONS VOL. 16, NO. 16, 2023
AUGUST 28, 2023:1953-1960

**FIGURE 2** Flowchart of Patients Included in the Study




A total of 27 patients with native valve aortic regurgitation and elevated or prohibitive surgical risk were treated with the J-Valve during the study period. FU = follow-up.

18-F catheter with a broader, 5-size (22-34 mm) matrix that can be applied to aortic valve perimeters ranging from 57 to 104 mm. These device enhancements have also facilitated alternative vascular access (axillary, carotid, and transcaval) when required, as well as more horizontal aortas and larger aortic annulus.

The experience with off-label use of commercially available TAVR devices for the treatment of severe AR has been limited and variable.[8] In the pure native AR TAVR registry, 119 (36%) and 212 (64%) patients received a first- or second-generation commercial TAVR devices. Device success was 61% and 81% for first- and second-generation devices, respectively, mainly because of a lower rate of second valve implantation (12% vs 24%; $P = 0.007$) and post-procedural AR moderate or greater (4% vs 18%; $P < 0.001$) with second-generation devices. All-cause mortality and new pacemaker rates were 10% and 17% at 30 days, respectively. Residual AR moderate or greater was identified as a strong predictor of 1-year mortality. In contrast, our overall device success rate with the J-Valve was relatively high (81%) despite early design iterations and, importantly, reached 100% in the last consecutive 15 cases performed after device modifications and refinement in eligibility criteria. Importantly, no patient had residual AR mild or greater, and the hemodynamic performance of the device was maintained at 1 year among those patients eligible for evaluation. Mortality and new pacemaker requirement at 30 days were 4% and 13%, respectively, which compare favorably with previous experience. The Trilogy Heart Valve System (JenaValve Technology) received Conformité Européenne mark approval for the treatment of patients with AS and those with AR in Europe in 2021. Tamm[12] presented the early commercial experience in 58 patients with AR treated with JenaValve Trilogy TAVR system at 6 German centers via transfemoral access. Technical success was 100%, and 30-day mortality and new pacemaker requirement were 1.7% and 18%, respectively. Residual AR was none to trace in 96% of patients. Importantly, 66% received the largest size device (27 mm), 28% received the 25-mm device, and 9% received the 23-mm valve. The Jena Valve ALIGN-AR Pivotal Trial (NCT04415047) has completed enrollment in the United States.

Although dedicated devices for AR are still under investigation or in the early phase of clinical experience, it would appear that they offer significant advantages to commercial TAVR devices in terms of both procedural efficacy and safety. Certain AR subsets continue to pose treatment challenges, including horizontal aortas, bicuspid valves with or without aortopathy, large aortic annulus, and the presence of AR in the setting of a LV assist device.

JACC: CARDIOVASCULAR INTERVENTIONS VOL. 16, NO. 16, 2023
AUGUST 28, 2023:1953-1960



**CENTRAL ILLUSTRATION Compassionate-Use Experience With the J-Valve**

North American Experience With a Novel Transcatheter Heart Valve for Aortic Regurgitation







**Potential Transcatheter Alternative for Patients With:**

- Large aortic annulus (perimeter >90 mm)
- Horizontal aorta (≥60°)
- Bicuspid aortic valve

**Compassionate Use Experience (2018-2023)**

| | |
|---|---|
| 81% | Procedural success (n = 22/27) |
| 100% | Procedural success with re-designed valve (n = 15/15) |
| 0% | ≥ Moderate aortic regurgitation at 30-day |
| ! | Hemodynamic profile: • Average mean gradient ≤ 10 mm Hg • Effective orifice area (EOA) >2 $cm^2$ |

**Garcia S, et al. J Am Coll Cardiol Intv. 2023;16(16):1953-1960.**

The J-Valve may provide a safe and effective alternative to surgery in patients with pure aortic regurgitation and elevated or prohibitive surgical risk.

**STUDY LIMITATIONS.** Our study of 27 patients with native AR treated under the compassionate-use program with J-Valve over 5 years in North America is the largest experience to date with this device. Several limitations should be acknowledged. First, echocardiographic and angiographic data were site reported. We lacked an independent angiographic or echocardiographic core laboratory to adjudicate AR severity preprocedure or postprocedure. Second, over the course of the study, several changes occurred in

the design of the device and enrollment criteria, which is expected at this early stage of development. Finally, our follow-up time is limited (>1 year or less), an important consideration in the lifetime management of patients with valvular heart disease.

## CONCLUSIONS

The early North American compassionate-use experience with the J-Valve for the treatment of patients with native AR is characterized by increasingly higher procedural success, few complications, marked reductions in heart failure symptoms, and improvements in valve hemodynamic status. Transcatheter treatment of patients with AR is rapidly evolving, and device enhancements will likely result in expansion of this therapy in the near future.

## FUNDING SUPPORT AND AUTHOR DISCLOSURES

This study was supported by a JC Medical grant to the data coordinating center at the Lindner Center for Research and Education. Dr Garcia has received institutional grant support from Edwards Lifesciences, Medtronic, Boston Scientific, and Abbott Vascular; serves as a proctor and steering committee member for Edwards Lifesciences; and serves on advisory boards for Boston Scientific and Medtronic. Dr Kereiakes is a consultant for JC Medical and JenaValve; and is a member of the ALIGN-AR trial steering committee. Dr Ye is a consultant for Edwards Lifesciences and JC Medical. All other authors have reported that they have no relationships relevant to the contents of this paper to disclose.

**ADDRESS FOR CORRESPONDENCE:** Dr Santiago Garcia, The Christ Hospital, Interventional Cardiology, 2139 Auburn Avenue, Cincinnati, Ohio 45219, USA. E-mail: santiagogarcia@me.com.

## PERSPECTIVES

**WHAT IS KNOWN?** Transcatheter treatment of patients with AR with current technology is limited by anatomical factors.

**WHAT IS NEW?** Compassionate use of a novel transcatheter valve (J-Valve) designed for the treatment of patients with AR was associated with encouraging procedural outcomes and excellent hemodynamic status to 1-year postimplantation.

**WHAT IS NEXT?** The safety and effectiveness of the J-Valve will be evaluated in early feasibility and pivotal trials soon to be initiated in the United States.

## REFERENCES

**1.** Bekeredjian R, Grayburn PA. Valvular heart disease: aortic regurgitation. *Circulation*. 2005;112:125-134.

**2.** Iung B, Baron G, Butchart EG, et al. A prospective survey of patients with valvular heart disease in Europe: the Euro Heart Survey on Valvular Heart Disease. *Eur Heart J*. 2003;24:1231-1243.

**3.** Writing Committee Members, Otto CM, Nishimura RA, et al. 2020 ACC/AHA guideline for the management of patients with valvular heart disease: executive summary: a report of the American College of Cardiology/American Heart Association Joint Committee on Clinical Practice Guidelines. *J Am Coll Cardiol*. 2021;77:450-500.

**4.** Fiedler AG, Bhambhani V, Laikhter E, et al. Aortic valve replacement associated with survival in severe regurgitation and low ejection fraction. *Heart*. 2018;104:835-840.

**5.** Hashimoto G, Enriquez-Sarano M, Stanberry LI, et al. Association of left ventricular remodeling assessment by cardiac magnetic resonance with outcomes in patients with chronic aortic regurgitation. *JAMA Cardiol*. 2022;7:924-933.

**6.** Mentias A, Feng K, Alashi A, et al. Long-term outcomes in patients with aortic regurgitation and preserved left ventricular ejection fraction. *J Am Coll Cardiol*. 2016;68:2144-2153.

**7.** Thourani VH, Suri RM, Gunter RL, et al. Contemporary real-world outcomes of surgical aortic valve replacement in 141,905 low-risk, intermediate-risk, and high-risk patients. *Ann Thorac Surg*. 2015;99:55-61.

**8.** Yoon SH, Schmidt T, Bleiziffer S, et al. Transcatheter aortic valve replacement in pure native aortic valve regurgitation. *J Am Coll Cardiol*. 2017;70:2752-2763.

**9.** Rudolph TK, Baldus S. JenaValve—transfemoral technology. *EuroIntervention*. 2013;9(suppl):S101-S102.

**10.** Hensey M, Murdoch DJ, Sathananthan J, et al. First-in-human experience of a new-generation transfemoral transcatheter aortic valve for the treatment of severe aortic regurgitation: the J-Valve transfemoral system. *EuroIntervention*. 2019;14:e1553-e1555.

**11.** U.S. Food and Drug Administration. Expanded access. Accessed March 22, 2023. https://www.fda.gov/news-events/public-health-focus/expanded-access

**12.** Tamm A. JenaValve Trilogy TAVR system for the treatment of aortic regurgitation: real-world results from a multicenter cohort. Accessed March 22, 2023. https://www.tctmd.com/slide/jenavalve-trilogy-tavr-system-treatment-aortic-regurgitation-real-world-results-multicenter

**13.** Vahl T, Makkar R, Kodali S, et al. 30-Day outcomes of transfemoral transcatheter aortic valve replacement for aortic regurgitation with a novel self-expanding prosthesis. *J Am Coll Cardiol*. 2021;77(18 suppl 1):919.

**14.** Wei L, Liu H, Zhu L, et al. A new transcatheter aortic valve replacement system for predominant aortic regurgitation implantation of the J-Valve and early outcome. *J Am Coll Cardiol Intv*. 2015;8:1831-1841.

**KEY WORDS** aortic regurgitation, compassionate use, transcatheter aortic valve replacement

**APPENDIX** For supplemental videos, please see the online version of this paper.

# THV Portfolio Strategy Review

July 25, 2024

Edwards



CONFIDENTIAL TREATMENT REQUESTED 

# Agenda

| Time | Topic | Objective/Questions | Invited Guests |
|---|---|---|---|
| **11:30 - 11:45 am** | Current Snapshot of the Aortic Portfolio | Align on approved portfolio milestones and project timing | Jeremy Bierman, Michael Bialas, Tim Rumbaugh, Thales Penteado, Lynne Shwed |
| **11:45 - 12:20 pm** | X4 Enhanced: Latest Update | What is our pathway to technical readiness of an Enhanced X4 and what are the specifics of that configuration?<br><br>What is the timing gap created in our launch cadence and how do we need to address it? | Jeremy Bierman, Michael Bialas, Tim Rumbaugh, Thales Penteado, Lynne Shwed |
| **12:20 - 12:40 pm** | eSheath Optima: Latest Update | What is the value proposition and current timing to [redacted] commercialization?<br><br>What opportunity exists to leverage Optima to fill any gap in launch cadence? | Jeremy Bierman, Michael Bialas, Tim Rumbaugh, Thales Penteado, Lynne Shwed |
| **12:40 - 1 pm** | NEXUS | What is NEXUS' promised value proposition and how can the iterative configurations address time to market needs? | N/A |

Edwards Lifesciences

# Globally We See Increased Competitive Pressure with Entrants and Innovation Accelerating

## Global Competitors




## Competitive Product Cadence




**How can we leverage our portfolio strategy to capture mindshare?**

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# THV Portfolio Snapshot – as of July 26, 2024

| | 2025 | | 2026 | | 2027 | | 2028 | | 2029 | | 2030 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | H1 | H2 | [redacted] | | H1 | H2 | H1 | H2 | H1 | H2 | 1H | 2H |
| S3U RESIL[redacted] Q4 2022 | [redacted] | | | | | | | | | | | |
| S3U RESILIA Q1 2023 | [redacted] | | | | | | | | | | | |
| S3U RESILIA Q2 2024 | [redacted] | | | | | | | | | | | |
| SAPIEN 3 Q2 2020 | [redacted] | | | | | | | | | | | |

(1) PMDA submission 1 month after FDA submission + 9 month review + ~3-4 months for reimbursement approva[redacted]mission; assume 12-18mo review



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# SAPIEN X4 Transcatheter Heart Valve System

## Enhancing control to provide personalized TAVR treatment



**Enhanced Valve** delivers value proposition of SAPIEN X4 with best-in-class valve performance and leaflet washout

**Personalized valve sizing** to provide best-in-class PVL rates and reduce permanent pacemaker implantations

**Commissural alignment** to increase control and preserve coronary access for patients who may require future interventions

**Next-generation** [redacted]

**RESILIA tissue** designed to offer enhanced anti-calcification technology and improve valve durability*

*RESILIA tissue tested against commercially-available bovine pericardial tissue from Edwards in a juvenile sheep model. No clinical data are available that evaluate long-term impact of RESILIA tissue in patients.

Edwards Lifesciences

[redacted]

Edwards Lifesciences

[redacted]

Edwards Lifesciences

# Detailed Comparison [redacted]

[redacted]

Edwards Lifesciences

# SAPIEN X4 Enhanced – Timeline and Assumptions




## Assumptions

- [redacted]



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-11000000

PX1394-173

Edwards Lifesciences

# SAPIEN X4 Enhanced – Timeline and Assumptions




[redacted]

## Trade Offs and Risks

**Valve**

[redacted]

**DS**

[redacted]

**Sheath**

[redacted]

[redacted]



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# Portfolio Strategy of SAPIEN X4 Enhanced

| | 2025 | | 2026 | | 2027 | | 2028 | | 2029 | |
|---|---|---|---|---|---|---|---|---|---|---|
| S3U RESILIA Q4 2022 | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 |

**SAPIEN X4** *(All Indications & Mitral DS)*

**Without Enhanced** — Commercial Tech. Readiness Jun 2025

**With Enhanced** — 2 May 2025 ← Enhanced IDE Technical Readiness *Oct 2025*

[redacted]

Edwards

Aortic Portfolio

| | 1 Enhanced IDE Tech Readiness - Configuration | 2 Enhanced IDE Tech Readiness - Configuration | 3 Alternate Configuration |
|---|---|---|---|
| **Valve** | X4 Enhanced | X4 Enhanced | X4 Enhanced |
| **DS** | Commercial DS | Commercial DS | Commercial DS |
| **Sheath** | [redacted] | [redacted] | [redacted] |
| **Accessories** | Commercial Components | Commercial components | Commercial Components |
| **Tech Readiness** | [redacted] | [redacted] | Same as Enhanced Tech Readiness [redacted] |

Benefits:
- [redacted]
- [redacted]

Risks:
- [redacted]
- [redacted]
- [redacted]

**Team will perform impact analysis on path to [redacted]**



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-11000002

PX1394-175

Edwards Lifesciences

# eSheath Optima Introducer Set

## Elevate eSheath performance from start to finish




**Advancing consistent & reliable valve delivery** with Next-Generation sheath technology

**Seamless expansion & recovery** for an "easy in, easy out" procedure

**Versatile design** for an optimal user experience in every access strategy

Edwards Lifesciences

# Expansion mechanism – eSheath Vs. Optima

- ✓ Consistent & reliable valve delivery
- ✓ Seamless expansion & recovery




[redacted]

Edwards Lifesciences

# Current S3UR Users moving to [redacted]:

Can expect [redacted] peak push force [redacted]

Peak Push Force

[redacted]

Note: All Optima sheath testing <u>without</u> ISD

Edwards Lifesciences

# Current S3UR Users moving to [redacted]:

Can expect [redacted]

Tip Push Force Comparison: DV

[redacted]



[redacted]

“[redacted]

*– Dr. Jacob Mishell (cadaver study 7/16/24)*

Edwards Lifesciences

# eSheath Optima

Submission | Approval / Site Set Up | Human Cases | Resource Impact

| OPTIMA | | 2024 | | | | 2025 | | | | 2026 | | | | 2027 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plan | Program | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| 1 Current | **Optima:** Clinical | [redacted] | | | | | | | | | | | | | | | |
| 2 Proposal | **Optima:** Sprint to IPE | [redacted] | | | | | | | | | | | | | | | |
| 3 Proposal | **Optima:** Comm'l | Comm'l Line [redacted] | | | | | | | | | | | | | | | |

data

## Sprint to IPE **Assumptions**

- Timeline indicated for 510(k) clearance is the statutory 90 days, however, the average time for 510(k) clearance is ~123 days
- [redacted]
- [redacted]
- Quality System: [redacted]

## Sprint to IPE **Risks**

- [redacted]
- [redacted]
    - [redacted]
    - [redacted]
    - [redacted]

Edwards Lifesciences

[redacted]

*when implanted as a host

Updated a/o 23 Jul 2024 Edwards Lifesciences

# [redacted] Program Timeline

| [redacted] Master Plan | 24 | | | | | | 2025 | | | | | | | | | | | | 2026 | | | | | | | | | | | | 2027 | | | | | | | | | | | | 2028 | | | | | | | | | | | | 2029 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 | | | Q4 | | | Q1 | | | Q2 | | | Q3 | | | Q4 | | | Q1 | | | Q2 | | | Q3 | | | Q4 | | | Q1 | | | Q2 | | | Q3 | | | Q4 | | | Q1 | | | Q2 | | | Q3 | | | Q4 | | | Q1 | | | Q2 | | | Q3 | | | Q4 | | |
| as of Jul 16, 2024 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

STEP 1

STEP 2

STEP 3

[redacted]

STEP 1:

STEP 2:

STEP 3:

[redacted]

Edwards Lifesciences

# SAPIEN X4 Program Dashboard

*As of July 26, 2024*

**PDP Phase**
**Valve:** Pivotal Trial
**DS:** Pre-DV (Ph 2)
**Optima:** DV&V (Ph 3)

**Program Health**

| Product | Timeline | | |
|---|---|---|---|
| In-trial (Updated Enhanced scope) | SP'24 1H'26 | 2H'26 | 1H'27 |

## Portfolio Strategy View

| S3UR | 2024 H1 | 2024 H2 | 2025 H1 | 2025 H2 | [redacted] | 2029 H2 | 2030 H1 | 2030 H2 |
|---|---|---|---|---|---|---|---|---|
| Q4'22 | | | 1 | Enhanced Clin | [redacted] | | | |
| Q1'23 | | | | | | | | |
| Q2'24 | | Optima IPE *S3UR* Q1 | | Q3 Optima 30-d *ALLIANCE X* | | | | |
| Q2'20 *(S3)* | | | | | | | | |

Key: X4 Optima Nexus

## Product Confidence: Current Status

| Performance | | | Commercial | | |
|---|---|---|---|---|---|
| Bench | Clinical | VOC | COGS | Scalability | Launch |
| [redacted] | | | | | |

Confidence / Acceptability: High Moderate Low

## Key Near-Term Questions / Risks:

*High* – *Priority* – *Low*

1. What is the extended ALLIANCE Trial scope and what commercial launch timing does it support?
2. What is the impact analysis of [redacted]

## Portfolio Milestones & Decision Points

| Date | Description | Status / Portfolio Impact |
|---|---|---|
| May 29 - PR | Enhanced – R&D design scope review | LT reviewed |
| Jul 25 – LT | LT Review of Enhanced Strategy/Timeline | ***Decision:*** *Approved May 2025 Tech Readiness target; New question #2* |
| **Q1 2025** | Optima / S3UR IPE Results | *Informs sheath strategy (activity not owned by X4 team)* |
| **Q3 2025** | ALLIANCE: [redacted] (ANZ)<br>ALLIANCE: [redacted] Feedback | ***Decision:*** *Informs sheath strategy* |
| **May 2025** 1 | [redacted] | |
| **TBD 2025** | | |
| **TBD 2026** | | |

Edwards

Helping Patients is Our Life's Work, and *life is now*

# Document Produced in Native

Message

**From**: Scott Ullem [Scott_Ullem@edwards.com]
**Sent**: 12/21/2024 2:52:07 PM
**To**: Bernard Zovighian [Bernard_Zovighian@edwards.com]
**CC**: Mark Wilterding [Mark_Wilterding@edwards.com]; Don Bobo [Don_Bobo@edwards.com]
**Subject**: 2025 AOP
**Attachments**: 2025 AOP Sub 3 Presentation.pptx; Historical Sales Growth versus AOP.pptx; Image.jpeg

In case you were looking for something to do over the holiday break, here are 2 important AOP documents, plus one fun stock price table, all compliments of Mark's teams.

1. The "Sub 3 Presentation" is a summary of our 2025 AOP. Slide 4 should be our primary area of focus right now. You'll see the planned sequential step up in Q2 over Q1. This was the same step up we planned in 2024 and missed badly, leading to our stock price meltdown in Q3.

2. The "Historical Sales" illustrates the fact that our continuing operations sales growth has fallen well short of AOP for 5 straight years, and even further short of our Strat Plan. The good news is that the ELT is focused on breaking that trend in 2025. We'll have another opportunity in January to provide a positive reminder to the SLT that we're shooting for [redacted].

3. The attached screen shot is from Mark's email to the ELT yesterday morning. We'll see how our stock ends the year, but at the current time we have been outperformed only by Intuitive, Boston and Stryker, all 3 of which distinguished themselves with strong performance in 2024. All other peers in this group performed the same or worse as Edwards.

Mark - thanks to you and your team for pulling this together before the break. We have a lot to do as soon as we return on January 6th!

Scott

# Document Produced in Native

# 2025 AOP Sub 3 and Guidance Overview

December 2024

Edwards

Edwards Lifesciences

# 2025 AOP Overview

## Sales Growth
*($ at budget rates, growth over Nov. Fcst ex. acquisitions)*

**11.6%**
*As-Submitted*

**7.8%** *TAVR AS*
**$575M** *TMTT*
**7.4%** *Surgical*
**$20M** *IHFM*

## Spend Growth
*($ at budget rates, growth over 2024 AOP)*

**6%**
*As-Submitted*

**7%[1]** *Business Unit Opex ex. Acquisitions*
**(11%)[1]** *Enabling Functions*
**~$115M** *Acquisition spending*

## Guidance
*($ at actual rates, growth over Nov. Fcst ex acquisitions)*

**9%** *Risk-Adjusted Sales Growth*
**$2.45** *Earnings per Share*

**5-7%** *TAVR AS*
**$500-$530M** *TMTT*
**Mid-single digits** *Surgical*
**Minimal Contribution** *IHFM*

[1]*Excludes comp pool allocation (allocated in final AOP)*

# AOP Overview

Edwards

Edwards Lifesciences

# 2025 AOP Sub 3 P&L by Quarter

*($ in millions at budget rates, underlying growth over 2024 November forecast excludes acquisitions)*

| | Q1 | | Q2 | | Q3 | | Q4 | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | AOP Sub 3 | Und Gr | AOP Sub 3 | Und Gr | AOP Sub 3 | Und Gr | AOP Sub 3 | Und Gr | AOP Sub 3 | Und Gr |
| TAVR AS | [redacted] | | | | | | | | | |
| TAVR AR | | | | | | | | | | |
| TMTT | | | | | | | | | | |
| Surgical | | | | | | | | | | |
| IHFM | | | | | | | | | | |
| egnite | | | | | | | | | | |
| **Net Sales** | 1,449 | 8.7% | 1,549 | 11.9% | 1,535 | 12.5% | 1,563 | 13.1% | 6,096 | 11.6% |
| **Gross Profit** | [redacted] | | | | | | | | | |
| % of Sales | | | | | | | | | | |
| **SG&A** | | | | | | | | | | |
| % of Sales | | | | | | | | | | |
| **R&D** | | | | | | | | | | |
| % of Sales | | | | | | | | | | |
| **Operating Expense** | | | | | | | | | | |
| % of Sales | | | | | | | | | | |
| **Mgmt Contribution** | 412 | 18.4% | 450 | 28.7% | 442 | 10.5% | 478 | 47.4% | 1,782 | 25.3% |
| % of Sales | 28.4% | | 29.0% | | 28.8% | | 30.6% | | 29.2% | |

4

BU & Region Condensed P&L – Continuing Operations

Edwards Lifesciences

# 2025 AOP Sub 3 P&L by BU

*(underlying growth over 2024 November forecast excludes acquisitions)*

| | Total Edwards | | TAVR AS | | TAVR AR | | TMTT | | Surgical | | IHFM | | egnite | | Adv Tech | | Corporate Functions | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth |
| US | 3,523 | [redacted] | | | | | | | | | | | | | | | | |
| EMEACLA | 1,834 | | | | | | | | | | | | | | | | | |
| JAPAC | 738 | | | | | | | | | | | | | | | | | |
| **Sales** | **$6,096** | | | | | | | | | | | | | | | | | |
| Cost of Sales | 1,324 | | | | | | | | | | | | | | | | | |
| **Gross Profit** | **$4,771** | | | | | | | | | | | | | | | | | |
| SG&A | 1,894 | | | | | | | | | | | | | | | | | |
| R&D | 1,096 | | | | | | | | | | | | | | | | | |
| **Operating Expense** | **2,990** | | | | | | | | | | | | | | | | | |
| **Management Contribution** | **$1,782** | | | | | | | | | | | | | | | | | |
| **TSA** | *$38* | | | | | | | | | | | | | | | | *$38* | |
| **% of Sales** | | | | | | | | | | | | | | | | | | |
| Gross Profit | 78.3% | | [redacted] | | | | | | | | | | | | | | | |
| SG&A | 31.1% | | | | | | | | | | | | | | | | | |
| R&D | 18.0% | | | | | | | | | | | | | | | | | |
| Operating Expense | 49.1% | | | | | | | | | | | | | | | | | |
| Management Contribution | 29.2% | | | | | | | | | | | | | | | | | |

*Total Edwards includes egnite and TAVR AR*

5

Region P&L by BU tab

CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10005062.pptx

Edwards Lifesciences

# 2025 AOP Sub 3 P&L by Region

*(underlying growth over 2024 November forecast excludes acquisitions)*

| | Global | | US | | Europe | | EEMEAC | | Latin America | | Japan | | Asia Pacific | | Greater China | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth | AOP | Growth |
| **Sales** | **$6,096** | ***11.6%*** | [redacted] | | | | | | | | | | | | | |
| Cost of Sales | 1,324 | *13.4%* | | | | | | | | | | | | | | |
| **Gross Profit** | **4,771** | ***11.6%*** | | | | | | | | | | | | | | |
| SG&A | 1,894 | *5.8%* | | | | | | | | | | | | | | |
| R&D | 1,096 | *2.9%* | | | | | | | | | | | | | | |
| **Operating Expenses** | **2,990** | ***4.7%*** | | | | | | | | | | | | | | |
| **Management Contribution** | **1,782** | ***25.3%*** | | | | | | | | | | | | | | |
| ***Leverage**** | ***2.2*** | | | | | | | | | | | | | | | |
| **% of Sales** | | | | | | | | | | | | | | | | |
| Gross Profit | 78.3% | | | | | | | | | | | | | | | |
| SG&A | 31.1% | | | | | | | | | | | | | | | |
| R&D | 18.0% | | | | | | | | | | | | | | | |
| Operating Expenses | 49.1% | | | | | | | | | | | | | | | |
| Management Contribution | 0.0% | | | | | | | | | | | | | | | |

*Total Edwards includes egnite and TAVR AR*

6

BU P&L by Regions tab

Edwards Lifesciences

# TMTT continues to become significant sales growth contributor

*(underlying growth over 2024 November Forecast and excludes acquisitions)*

**2025 Contribution to Sales Growth**

*(percentage points of growth contribution)*

| | Global | US | OUS | Europe | EEMEAC | Latin America | Japan | Asia Pacific | Greater China |
|---|---|---|---|---|---|---|---|---|---|
| TAVR *(Aortic Stenosis + egnite)* | [redacted] | [redacted] | | [redacted] | | | | | |
| TMTT | | | | | | | | | |
| Surgical | | | | | | | | | |
| **Total Edwards** | | | | | | | | | |

Edwards Lifesciences

# Spend growing 6% including acquisitions

*($ in millions at budget rates, underlying growth versus 2024 Spend Plan)*

| | | | 2024 Spend Plan (ex. acquisitions, direct Critical Care & enableCV) | 2025 AOP Spend | 2025 Total Spend % Change |
|---|---|---|---|---|---|
| BUs | TAVR - Aortic Stenosis | | [redacted] | | |
| | TAVR - Aortic Regurgitation | Wood | | | |
| | TAVR | | | | |
| | TMTT | Chopra | | | |
| | Surgical | Markowitz | | | |
| | IHFM[1] | Bobo/Gomez-Thinnes | | | |
| | APTURE | Brinton | | | |
| **Total Business Unit OPEX** | | | | | |
| Enabling Functions | Global Supply Chain/Quality - Sales Driven (Growth) | | | | |
| | Global Supply Chain/Quality - Non-Sales Driven | Nuzzolese | | | |
| | Total Global Supply Chain/Quality | | | | |
| | IT | | | | |
| | Irvine Facilities & Services | Ullem | | | |
| | Finance + Risk Mgmt | | | | |
| | EMEACLA Group Support | Brüls | | | |
| | Global Human Resources | McCauley | | | |
| | JAPAC Group Support | Lippis | | | |
| | COE + Advanced Tech (ex. APTURE & Vectorious) | Brinton | | | |
| | Legal + Compliance | Pinkston | | | |
| | Public Affairs | Huoh | | | |
| | Corp Dev/Strategy + Customer Solutions[2] | Bobo | | | |
| **Total Enabling Functions[3]** | | | | | |
| | Other Unallocated (Comp Related) | | | | |
| **Total Unallocated Spending[3]** | | | | | |
| **Total Spending** | | | | | |

Growth excludes Comp Pool allocation

[1]Includes non-sales driven COS spend [2]Excludes Corporate Development transaction fees [3]Excludes non-Group Support GSC Spend

Edwards Lifesciences

# 2025 R&D by Program

*(Sub 2 data at budget rates)*

| *($ in millions)* | Project | 2025 R&D | Allocated R&D |
|---|---|---|---|
| TAVR | Sapien 3 | [redacted] | [redacted] |
| | Sapien X4 | [redacted] | [redacted] |
| | Israel R&D | [redacted] | [redacted] |
| | AR | [redacted] | [redacted] |
| | Nexus | [redacted] | [redacted] |
| | Access/Sheaths | [redacted] | [redacted] |
| | Alterra | [redacted] | [redacted] |
| | TAVR Other | [redacted] | [redacted] |
| | TAVR Shared (Clin/Med/Reg) | [redacted] | [redacted] |
| TMTT | PASCAL | [redacted] | [redacted] |
| | M3 | [redacted] | [redacted] |
| | EVOQUE | [redacted] | [redacted] |
| | Innovalve | [redacted] | [redacted] |
| | Cardioband | [redacted] | [redacted] |
| | TMTT Other | [redacted] | [redacted] |
| | TMTT Shared (Clin/Med/Reg) | [redacted] | [redacted] |
| Surgical | LAAC | [redacted] | [redacted] |
| | Auto Knotting | [redacted] | [redacted] |
| | INSPIRIS 2.0 | [redacted] | [redacted] |
| | Discovery | [redacted] | [redacted] |
| | Tricuspid | [redacted] | [redacted] |
| | MITRIS 2.0 | [redacted] | [redacted] |
| | Surgical Other | [redacted] | [redacted] |
| | Surgical Shared (Clin/Med/Reg) | [redacted] | [redacted] |
| IHFM | Endotronix | [redacted] | [redacted] |
| | Vectorious | [redacted] | [redacted] |
| Advanced Tech | APTURE | [redacted] | [redacted] |
| | Orca + Incubation | [redacted] | [redacted] |
| | Adv. R&D Services | [redacted] | [redacted] |
| GSC | GSC | [redacted] | [redacted] |
| Group Support | Allocations (Facilities, IT, GSC) | [redacted] | [redacted] |
| | Equity Comp | [redacted] | [redacted] |
| | Center of Excellence (COE) | [redacted] | [redacted] |
| | Regulatory | [redacted] | [redacted] |
| egnite | egnite | [redacted] | [redacted] |
| **2025 Total EW R&D** | | [redacted] | [redacted] |



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10005062.pptx



PX1424-011

Edwards Lifesciences

# 3% headcount growth projected in 2025 driven by [redacted] and [redacted]

| ELT Member | Group | 9/30/24 | Net Change | 12/31/24 | Net Change | 12/31/25 | YoY % |
|---|---|---|---|---|---|---|---|
| Larry Wood | TAVR Global | [redacted] | | | | | |
| Daveen Chopra | TMTT Global (ex. Innovalve) | | | | | | |
| Wayne Markowitz | Surgical Global | | | | | | |
| Don Bobo/Diane Gomez-Thinnes | IHFM Global | | | | | | |
| Todd Brinton | Advanced Tech & COE | | | | | | |
| Dan Lippis | JAPAC Group Support | | | | | | |
| Annette Brüls | EMEACLA Group Support | | | | | | |
| Joe Nuzolesse | GSC & Quality | | | | | | |
| Scott Ullem | Finance/IT/Corporate Services | | | | | | |
| Christine McCauley | Human Resources | | | | | | |
| Amie Pinkston | Legal/Compliance | | | | | | |
| Sarah Huoh | Public Affairs | | | | | | |
| Don Bobo | Cust. Sol , Corp. Bus. Dev. & Strat | | | | | | |
| Bernard Zovighian | CEO Office | | | | | | |
| **Total Employees** | | | | | | | |

| JAPAC by BU | | | | | | |
|---|---|---|---|---|---|---|
| TAVR | [redacted] | | | | | |
| TMTT | | | | | | |
| Surgical | | | | | | |
| Group Support | | | | | | |
| **Total JAPAC** | | | | | | |

| EMEACLA by BU | | | | | | |
|---|---|---|---|---|---|---|
| TAVR | [redacted] | | | | | |
| TMTT | | | | | | |
| Surgical | | | | | | |
| Group Support | | | | | | |
| **Total EMEACLA** | | | | | | |

# Investor Conference

Edwards

Edwards Lifesciences

# 2025 Financial Guidance

$5,600–$6,000
TOTAL SALES

$4,100–$4,400
5–7% SALES GROWTH
TAVR

$500–$530
50–60% SALES GROWTH
TMTT

$970 –$1,050
MID-SINGLE DIGIT GROWTH
Surgical

Minimal Contribution
Structural Heart Failure
*IHFM*

8–10%
SALES GROWTH

~($100)
*(2pp downside to growth)*
FX IMPACT ON SALES
*At current rates*

78–79%
GROSS PROFIT MARGIN

27–28%
OPERATING MARGIN

15–18%
TAX RATE

$2.40–$2.50
ADJUSTED EPS
*Excluding any impact of JenaValve acquisition*

585–595M
DILUTED SHARES

~$250M
CAPEX

Note: $ in millions except earnings per share. Growth rates reflect constant currency growth. Excludes special items

12

Edwards Lifesciences

# Investor Conference P&L

*($ in millions at actual rates)*

| | 2025 Final Investor Conference | | | | | 2024 November Estimate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | FY | Q1 | Q2 | Q3 | Q4 | FY |
| TAVR | [redacted] | | | | | | | | | |
| Underlying Growth % | | | | | | | | | | |
| TMTT | | | | | | | | | | |
| Underlying Growth % | | | | | | | | | | |
| Surgical | | | | | | | | | | |
| Underlying Growth % | | | | | | | | | | |
| **Net Sales** | | | | | | | | | | |
| Underlying Growth % | | | | | | | | | | |
| **Gross Profit** | | | | | | | | | | |
| Gross Profit % | | | | | | | | | | |
| SG&A | | | | | | | | | | |
| R&D | | | | | | | | | | |
| Other Operating Expense/(Income) | | | | | | | | | | |
| **Total Opex** | | | | | | | | | | |
| Underlying Growth % | | | | | | | | | | |
| **Operating Income** | | | | | | | | | | |
| Interest Expense/(Income) | | | | | | | | | | |
| Other Expense/(Income) | | | | | | | | | | |
| **Pretax Income** | | | | | | | | | | |
| Tax Expense | | | | | | | | | | |
| Tax Rate % | | | | | | | | | | |
| **Net Income** | | | | | | | | | | |
| Noncontrolling Interest | | | | | | | | | | |
| **Net Income (Edwards)** | | | | | | | | | | |
| **Adjusted EPS** | | | | | | | | | | |
| **Diluted Shares** | | | | | | | | | | |
| **Euro to USD** | | | | | | | | | | |
| **USD to Yen** | | | | | | | | | | |
| SG&A | | | | | | | | | | |
| R&D | | | | | | | | | | |
| Operating Income | | | | | | | | | | |
| Net Income | | | | | | | | | | |
| **TAVR US Sales** | | | | | | | | | | |
| Underlying Growth % | | | | | | | | | | |

*Underlying Growth excludes acquisitions*



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10005062.pptx

Edwards Lifesciences

# 2024E to 2025E adjusted EPS bridge



Edwards

Helping Patients is Our Life's Work, and *life is now*

# Document Produced in Native

Edwards Lifesciences

# Historical sales performance versus AOP

| | Total EW (excl. CC) | | |
|---|---|---|---|
| | Actual Underlying Growth | AOP Underlying Growth | % of AOP Growth |
| 2024 | 8.6% | 13.4% | 64% |
| 2023 | 12.5% | 16.0% | 78% |
| 2022 | 7.7% | 14.1% | 55% |
| 2021 | 18.6% | 22.3% | 84% |
| 2020 | 1.3% | 15.7% | 8% |
| 2019 | 16.8% | 15.1% | 111% |
| 2018 | 9.8% | 9.6% | 101% |

| TAVR | | |
|---|---|---|
| Actual Underlying Growth | AOP Underlying Growth | % of AOP Growth |
| [redacted] | | |

| TMTT | | |
|---|---|---|
| Actual Underlying Growth | AOP Underlying Growth | % of AOP Growth |
| [redacted] | | |

| Surgical | | |
|---|---|---|
| Actual Underlying Growth | AOP Underlying Growth | % of AOP Growth |
| [redacted] | | |

*Total EW reflects Critical Care removal; enableCV removed for 2023 – 2024 for both Total EW and Surgical; AOP growth over PY actuals*

# 2024 MEDTECH PEER PERFORMANCE

*(year-to-date stock price performance through December 19)*

| Company | | 2024 YTD |
|---|---|---|
| Intuitive Surgical | [redacted] | +55% |
| Boston Scientific | [redacted] | +53% |
| Stryker | [redacted] | +19% |
| Abbott | [redacted] | +2% |
| Edwards | [redacted] | -3% |
| Medtronic | [redacted] | -3% |
| Cooper | [redacted] | -3% |
| Johnson & Johnson | [redacted] | -8% |
| Align Technologies | [redacted] | -22% |
| Baxter | [redacted] | -25% |
| IDEXX | [redacted] | -26% |
| Teleflex | [redacted] | -30% |
| DexCom | [redacted] | -39% |