# PX1450- PX1528

(see exhibit stamps bottom right corner)

PX1450 (Pgs. 2-33)
PX1453 (Pgs. 34-42)
PX1479 (Pg. 43)
PX1489 (Pgs. 44-67)
PX1512 (Pgs. 68-71)
PX1528 (Pgs. 72-74)

# Board of Directors Strategy Sessions

35 min presentation + 20 min discussion

# Transcatheter Aortic Valve Replacement

Larry L. Wood
September 11, 2024

Edwards

LIVE

# Executive Summary

- Our strategy requires focus on therapy growth and fortifying our leadership position to deliver [redacted] across the plan
- Strategies to recapture mindshare and alleviate resource constraints are critical to expand system capacity
- We have several programs to catalyze growth in 2024 and expect EARLY TAVR tailwinds moving into 2025
- In order to double the Edwards TAVR opportunity by 2030, we are focusing on the following:
    1. Activate on-guideline SAS patients to stimulate market growth
    2. Maximize impact of EARLY TAVR and PROGRESS trials
    3. Address capacity constraints to enable growth
    4. Lead Aortic Regurgitation therapy

Abbreviations: SAS = severe aortic stenosis; TAVR = transcatheter aortic valve replacement

Edwards Lifesciences

# US Cardiovascular Market Experiencing [redacted]

## 1H YoY Growth

*(as previously presented on July 11th)*




## 1H YoY Growth by Account Size

*(as previously presented on July 11th)*




Abbreviations: SD = single digit; YoY = year-over-year

LIVE

# Q3 Growth Contribution is More Balanced and On-Track to Meet Revised 2024 Guidance

## 2024 YoY Growth




## 2024 YoY Units/Day Growth by Account Size




Abbreviations: FCST = forecast; YoY = year-over-year

LIVE

# Transcatheter Structural Heart Procedures Have Increased by >2X in 5-yrs During a Time of Significant Pressure on Hospital Resourcing




**With an aging population and new innovative technologies, we expect structural heart to be one of the fastest growing segments over the next few years**

(1) THV Adv Analytics View; Source for LAAO, Mitral, Tricuspid: Internal Data, GlobalData
Abbreviations: LAAO = left atrial appendage occlusion; TAVR = transcatheter aortic valve replacement

LIVE

# AS Patient Diagnosis and Market Share Remain Stable

## AS Patient Diagnosis Has Remained Stable[1]




## 2024 Q2 EW Market Share by Revenue ($)




**Validated by MDT FY Q1 2025 earnings call**
(August 20, 2024)

(1) IQVIA Claims Data, 2017-Present
Abbreviations: AS = Aortic Stenosis; Dx = Diagnosis

LIVE

# In 2024 Alone…Increase in Time from Diagnosis to Treatment and Wait Times for TAVR Procedures

## Increased Time from Diagnosis to Treatment[1]




## Increased Wait Times for TAVR Procedure[2]




(1) Optum Market Clarity Dataset from (claims + EMR). 2024 data through March. (2) Claims Data
Abbreviations: CT = computed tomography [imaging]; HT = heart team; TAVR = transcatheter aortic valve replacement

LIVE

# We Are Accelerating Key Workstreams Focused on Addressing System Capacity Mind Share Issues in the Near and Mid-Term

ISSUES

**MIND SHARE**

Physician may want to grow their programs, but they **lack time** to move patients along the pathway and visibility to key metrics

**RESOURCES** — **Limited resources** to "pull" patients from referrers and treat additional patients outside their typical cadence

**PROFITABILITY** — TAVR **perceived** to have an **unfavorable profit margin**

**INFRASTRUCTURE** — **Shortage of room and bed capacity**

MIND SHARE INITIATIVES

## Near-term

- Targeted Economic Stakeholder Program
- Heart Team Mindshare Strategy
- Society Partnerships

THE EARLY TAVR TRIAL

## Mid-term

ASE American Society of Echocardiography

American Heart Association.

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

NCD Initiatives

Abbreviations: NCD = National Coverage Determination; TAVR = transcatheter aortic valve replacement

LIVE

# Our NCD Strategy is Focused on Maintaining Surgeon Involvement with Flexibility to Enable TAVR Center Expansion

## NCD Strategy

**Key Catalytic Events**

- **Asymptomatic SAS**: Data release **TCT 2024;** US indication approval **1H 2025**

THE EARLY TAVR TRIAL

**Key Drivers**

- Sunset CED
- Surgical community support
- Focus surgeon involvement for complex TAVR cases

**IC *and* surgeon**
*Current NCD req.*

**IC *and/or* surgeon**
*Proposed NCD req.*




Abbreviations: NCD = National Coverage Determination; SAS = severe aortic stenosis; TCT = Transcatheter Cardiovascular Therapeutics (Conference); CED = Coverage with Evidence Development; TAVR = transcatheter aortic valve replacement; IC = Interventional Cardiologist



CONFIDENTIAL – EDWARDS/JENAVALVE EW-LIT-00177854

PX1450-009

LIVE

EW

# EW Global Opportunity: US Remains the Cornerstone, OUS Increasingly Important Contributor

## EW Global TAVR AS Opportunity




**US & JPN: Grow the market; Fortify market share** and **protect pricing**

**China: Growth opportunity** with a dual portfolio strategy and maximizing reimbursement

**EU | APAC | EMEAC | LATAM: Fortify market share** and **reverse pricing** trends

(1) 2024-30 THV Strategic Plan Sub 3; FCST 7; AS only
Abbreviations: AS = aortic stenosis; OUS = outside United States; TAVR = transcatheter aortic valve replacement



CONFIDENTIAL – EDWARDS/JENAVALVE

LIVE

# To Maintain Double-Digit Growth, Our Focus Must Remain on Growing the Market and Protecting Position and Price

**Market Growth** + **Share** + **Price** =

- US and EU at LDD
- Japan and ROW at mid to high DD

Protect our share globally amidst intensifying competition

Execute our premium pricing strategy in the face of pricing pressures



**THV**

[redacted] growth

**We must lead therapy growth while continuing our investment in fortifying leadership**

Abbreviations: DD = double-digit; LDD = low double-digit; ROW = rest of world; THV = transcatheter heart valve

LIVE

# Globally We See Increased Competitive Pressure with Entrants and Innovation Accelerating






# Competitors Are Focused on Capturing Market Share Rather Than Growing the Market; TAVR Delivers an Attractive Contribution Margin

**TAVR of Total Sales**

Medtronic | Abbott | Boston Scientific




| | Medtronic | Abbott | Boston Scientific |
|---|---|---|---|
| GLOBAL TAVR ASP | $20k | $16k | $14k |
| GROSS MARGIN | 65% | 50% | 70% |

> “There was a comment about price being used on one of the earnings calls. Yes, it's a great product. It has a great profile, great clinical results. When you've been by yourselves in the market, and you now have competition, I would have expected a comment like that, but still, the **gross margins that come from our TAVR business is all accretive to the company and accretive to our MedTech business**. I like our position there.”
>
> *-Robert Ford, ABT CEO*

Source: Company reported annual revenue. 2023 TAVR global sales internal estimates from Strat Plan 2024-2030 Submission
Abbreviations: ABT = Abbott; ASP = average selling price; TAVR = transcatheter aortic valve replacement

LIVE

# Our Strategy is Tailored for the Varying Opportunities and Needs of Each Region

| Major Regions | Revenue Contribution[1] 2024 | 2030 | Market | Share | Price |
|---|---|---|---|---|---|
| | [redacted] | [redacted] | ✓ | | |
| | [redacted] | [redacted] | ✓ | ✓ | |
| | [redacted] | [redacted] | ✓ | ✓ | |
| | [redacted] | [redacted] | ✓ | ✓ | ✓ |

(1) 2024-30 THV Strategic Plan Sub 3; FCST 7; Aortic stenosis only

LIVE

# Patient Activation is a Key Driver of Market Growth Over the Plan Horizon

## Market Growth

**Patient Activation**

THE EARLY TAVR TRIAL

THE PROGRESS TRIAL

## Share Protection

## Price Protection

Life | Time | Management



SAPIEN 3 Ultra RESILIA



SAPIEN X4

[redacted]



TAVR-in-TAVR

Abbreviations: TAVR = transcatheter aortic valve replacement

LIVE

# We Have Validated the In-System, TAVR Center Patient Opportunity is Real and Significant

**Out-of-System** → **In-System**

**Patients who are unaware they have the disease**

**Patients who have had a cardiac echo and have not been diagnosed or treated**

## ~13 of 100

of all Severe AS patients received AVR in 2022[1]

## Non-TAVR Centers

- **Opportunity outside of non-TAVR centers** may be equal to the opportunity within TAVR centers
- **Future solutions to pull** patients to HT **from non-TAVR centers** will be needed

## TAVR Centers

- **~2x-4x** of **untreated SAS patients** over the annual TAVR volume[2]
- **80%+** of untreated patients have **no heart team engagement**[2]

**Both in-system and out-of-system opportunities support sustainable TAVR growth**

(1) EW Internal Estimates of US AVR Volume; Therapy penetration of ~13% calculated based off the 1.3M Severe AS patients as stated in Owens et al, 2021. (2) egnite data extraction (Q3 2023)
Abbreviations: AS = aortic stenosis; AVR = aortic valve replacement; HT = heart team; SAS = severe aortic stenosis; TAVR = transcatheter aortic valve replacement



CONFIDENTIAL – EDWARDS/JENAVALVE

# Patient Activation Programs for On-Guideline Patients with Current Indications Will Build an Ecosystem for Future Indications

## IPG

1. Refined Targeting



2. Bold and Unified Messaging



3. Optimization of Channel and Frequency






Real patients featured in new patient and referrer campaign

**Patient Referrals Lift: [redacted] ppts Increase Over Control[1]**

## Edwards ENACT Patient Activation Program

Commercial Program Launched in July with aspirational goal of 100 centers contracted by year-end



**AI Platform**

*Real time AS patient identification*



**Service**

*Dedicated support to increase engagement*



**Rebate**

*Neutralize cost of egnite subscription*

**[redacted] YoY Growth[2] Observed Across Pilot Hospitals**

(1) Campaign Sep'23 to Mar'24. Based on internal and external view of calibrated / adjusted claims data where IPG markets growth is 5.6% and Control markets growth is 2.5% resulting in ~3% increase over control (2) Edwards sales data

Abbreviations: AS = aortic stenosis; ppts = percentage points; YoY = year-over-year

LIVE

# Scaling ENACT Program is an Opportunity to Capture Mindshare and Increase Treatment

Edwards
**ENACT**
Patient Activation Program

**Key Milestones**

- Commercial Program Launched in July
- Aspirational goal of 100 centers contracted by year-end

**Progress To-Date (August)**

- [redacted] sites: Pitch #1 complete
- [redacted] sites: Pitch #2 complete
- [redacted] sites in contracting phase

## Program Timeline

2024 — 2025 — 2026

**Commercial Launch**

*Target: [redacted] sites contracted*

ENACT Patient Activation Program: [redacted] Total Sites Live

*Target: [redacted] total sites contracted*

ENACT Patient Activation Program: [redacted] Total Sites Live

**~30% YoY Growth[1] Observed Across Pilot Hospitals**

(1) Edwards sales data
Abbreviations: YoY = year-over-year

LIVE

STRATEGY

# We Expect EARLY TAVR to Have a Significant Impact on Streamlining Referral and Care for All SAS Patients

THE EARLY TAVR TRIAL

**Key Catalytic Events**

- Data release **TCT 2024**
- Indication approval: US 1H 2025, Japan/Europe 1H 2026

**Impact Drivers**

- Clear compelling evidence to support that waiting is not benign, and referring is crucial
- ↑ of in-system patients whose symptom severity is misjudged (symptoms not severe enough or attributed to other causes)




**Requires execution of strategies to increase system capacity for expanded patient population**

(1) 2024-30 THV Strategic Plan sub 1

Abbreviations: SAS = severe aortic stenosis; TCT = Transcatheter Cardiovascular Therapeutics (Conference)

LIVE

STRATEGY

# Moderate AS Represents a Significant Opportunity and Is a Catalyst in the Mid-to-Long Term

THE PROGRESS TRIAL

**Key Catalytic Events**

- Data release **TCT 2026**
- Indication approval: US Q2 2027, Japan/Europe 1H 2028

**Impact Drivers**

- Meet the endpoint (TAVR is superior vs Clinical Surveillance)
- Acceleration of SAS patients' pathway to treatment
- Unlocking "Mod-to-Severe" patients
- Unlocking of true Moderate AS patients




**Requires execution of strategies to increase system capacity for expanded patient population**

(1) 2024-30 THV Strat Plan sub 1

Abbreviations: AS = aortic stenosis; SAS = severe aortic stenosis; TAVR = transcatheter aortic valve replacement; TCT = Transcatheter Cardiovascular Therapeutics (Conference)

LIVE

# Our Investments in Differentiated Innovation Support Double-Digit Growth and Category Leadership

**Market Growth**

Patient Activation

THE EARLY TAVR TRIAL

THE PROGRESS TRIAL

**Share Protection**

**Price Protection**

Life | Time | Management



SAPIEN 3 Ultra RESILIA



SAPIEN X4

[redacted]



TAVR-in-TAVR

Abbreviations: TAVR = transcatheter aortic valve replacement

# The Key Value Propositions for the Next Generation TAVR Devices

## Best-in-Class Durability

Personalized & Expanded Sizing | PVL & PPMI Performance

## Future TAVR-in-TAVR

Commissural Alignment | Optimized Valve Design

## Versatility

ViV | Mitral ViV & ViRing | TAVR-in-TAVR



SAPIEN X4

[redacted]

Abbreviations: PPMI = permanent pacemaker implantation; PVL = paravalvular leak; TAVR = transcatheter aortic valve replacement; ViRing = valve-in-surgical ring; ViV = valve-in-valve

# TAVR P&L (AS only)

*($ in millions)*

| | 2024 Strategic Plan | | | | CAGR | |
|---|---|---|---|---|---|---|
| | 2023A | 2025E | 2027E | 2030E | 3-Yr (24F-27) | 6-Yr (24F-30) |
| **Sales** | **3,881** | [redacted] | | | [redacted] | |
| Cost of Sales | 490 | [redacted] | | | [redacted] | |
| **Gross Profit** | **3,392** | [redacted] | | | [redacted] | |
| Selling, General, & Admin | 511 | [redacted] | | | [redacted] | |
| Research & Development | 338 | [redacted] | | | [redacted] | |
| **Total Operating Expenses** | **849** | [redacted] | | | [redacted] | |
| **Management Contribution** | [redacted] | | | | [redacted] | |
| **Ratios** | | | | | | |
| GP % | [redacted] | | | | | |
| SG&A as a % of sales | | | | | | |
| R&D as a % of sales | | | | | | |
| OPEX as a % of sales | | | | | | |
| Contribution Margin | | | | | | |

***P&L Risks***

- US & Japan market growth below expectations
- Inability to maintain share in Europe and regain share in Japan
- Pricing pressure intensifies with additional lower-priced competitive entrants

LIVE

# Aortic Regurgitation is a Deadly Disease That Goes Untreated

## US ssAR In-System TAM (65+ years old) of ~100k[1]




Implies a [redacted] opportunity in the US

## Significant Undertreatment of Diagnosed In-System ssAR[2]

**Treatment within 1-year of diagnosis**




## High mortality if left untreated

**1-year mortality rate of diagnosed ssAR patients[1]**




(1) JenaValve TAM and internal estimates. (2) Thourani et al. Treatment Patterns, Disparities, and Management Strategies Impact Clinical Outcomes in Patients with Symptomatic Severe Aortic Regurgitation, Structural Heart. 2021. (3) ALIGN-AR 1-year all-cause mortality (N=180) | Abbreviations: SAVR = surgical aortic valve replacement; ssAR = severe symptomatic aortic regurgitation; TAM = total addressable market; TAVR = transcatheter aortic valve replacement

LIVE

# We Are Best Positioned to Lead The Next Frontier of Aortic Valve Disease Treatment: Acquiring Leading AR Technology Helps us Lead for Patients

JENAVALVE



**Commercially Available in Europe; Completed ALIGN-AR Trial in US with Positive Results**

JC Medical



**Unique Technology with Early Clinical Experience to Expand Long-Term Portfolio**

- Unparalleled **engineering and R&D** expertise
- Deep **clinical research expertise**
- Best-in-class **high-touch service** model
- **Established trust** within physician community

Abbreviations: AR = aortic regurgitation; R&D = research & development

LIVE

# We Are Best Positioned to Lead The Next Frontier of Aortic Valve Disease Treatment: Acquiring Leading AR Technology Helps us Lead for Patients



JENAVALVE

- **First to market in US**
- **Commercial in Europe**
- **Broad IP portfolio**

- **Limited size range** for larger annulus patients
- **Porcine tissue**
- **High manufacturing cost**



JC Medical

- **Potential for long-term differentiation with future platform**
- **Broader size range** for larger annulus patients
- **Bovine pericardium tissue**
- **Lower manufacturing cost**

- **Limited clinical experience** to date
- Challenging device preparation

Abbreviations: IP = Intellectual Property

LIVE

# As the Pioneers And Global Leaders in TAVR, We Are Best Positioned to Bring These Technologies to Patients in a High-Quality Way

**Now the hard work begins…**

Edwards JENAVALVE JC Medical

**We expect this journey to be like TAVR-AS**



SAPIEN | SAPIEN XT | SAPIEN 3 | SAPIEN 3 Ultra | SAPIEN 3 Ultra RESILIA | SAPIEN X4

**Technology Iteration**

**Clinical Evidence Generation**

**Training for Best-in-Class Patient Outcomes**

Abbreviations: TAVR = transcatheter aortic valve replacement



CONFIDENTIAL – EDWARDS/JENAVALVE

LIVE

# Our Strategy is to be First to Market in US and Lead Therapy for AR Patients Globally Through A Robust Future Portfolio

## Aortic Regurgitation Portfolio Strategy



JENAVALVE

### Speed to Market

- Bring Gen 1 (JenaValve Trilogy) to US market ASAP

  *Multi-year plan to transition to Edwards Quality Management System is critical to success*



JC Medical

### Expand portfolio options for patients:

- Proceed with JC Medical J-Valve US IDE

### Design for Durable Leadership:

- Deliver best Gen 2 dedicated AR system
- Design effective market development strategy

Abbreviations: AR = aortic regurgitation; IDE = investigational device exemption

LIVE

# We Are Aligning our Resources to Lead Aortic Valve Disease Treatment

## TAVR Aortic Regurgitation



JENAVALVE



JC Medical

**We are rationalizing our portfolio to focus on key priorities and redeploying resources effectively**

- Adjusting timelines of existing programs
- Programs to discontinue: Alterra Gen 2, leaflet modification, white space projects

**Integration lead and transition team in place to begin execution**

- Close acquisition & commercialize JenaValve in US
- Advance Gen 1.5 J-Valve technology
- Begin J-Valve High Risk JOURNEY IDE in US
- Support Gen 2.0 AR technology

Abbreviations: AR = aortic regurgitation; TAVR-AS = transcatheter aortic valve replacement – aortic stenosis

LIVE

# With an Aortic Regurgitation Platform and 20 Years of TAVR Experience We Can Lead and Build the Market

## US & EU Commercial Sales ($M)[1]




[redacted] revenue in 2030

**Opportunity dependent on device performance & treatable patient population**

**ASSUMPTIONS**

- **Gen 2** product launch in 2028 (US) and 2029 (EU) results in **incremental 20% patients** with expanded size range
- Includes **ability to scale** manufacturing to meet volumes in early years
- Indication expansion and market development not included
- **Premium ASP** at launch; [redacted] pricing decline

**Leverage our world class innovation expertise, High-Touch Service Model and In-System Patient Activation ecosystem to Develop the Market**

Abbreviations: ASP = average selling price; TAVR = transcatheter aortic valve replacement

LIVE

# Key Takeaways



**EW TAVR**

[redacted]

**by 2030[1]**

- Our near-term strategy is focused on **accelerating Patient Activation** initiatives for **on-guideline SAS patients**, **optimizing EARLY TAVR** impact, and **recapturing mindshare** to **expand system capacity**
- In the mid- to long-term, we anticipate a significant opportunity in **moderate AS patients** and continuing to deliver **differentiated technology** and our **high-touch service model** to fortify our leadership
- Edwards is uniquely positioned to deliver on the **adjacent opportunity** in the **Aortic Regurgitation** space through **technology**, **evidence development** and **training** for best-in-class outcomes for **sustained TAVR growth**

(1) 2024-30 THV Strategic Plan Sub 3; AS only
Abbreviations: AS = aortic stenosis; SAS = severe aortic stenosis; TAVR = transcatheter heart valve

Edwards

Helping Patients is Our Life's Work, and *life is now*

Message

**From**: Meredith Zia [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0B08154FC781477CAB35DE69F10B3CA7-MEREDITH JO]
**Sent**: 6/25/2024 9:03:30 PM
**To**: Pooja Sharma [Pooja_Sharma@Edwards.com]; Jeremy Bierman [Jeremy_Bierman@edwards.com]
**Subject**: Diligence summary for review (Friday AM readout)
**Attachments**: Project Dragon Diligence Report 28Jun24_COMMERCIAL.pptx; Project Jupiter P2 Diligence Report 28Jun24_COMMERCIAL.pptx

Hi Pooja and Jeremy,

Attached are the 2 diligence report out summaries I've drafted for Friday morning's calls. Since these are separate for Jupiter & Dragon I've been given guidance to share strengths vs weaknesses instead of a H2H comparison. Redacted for Privilege Redacted for Privilege per legal. Let me know if you have any questions or feedback. I suspect that due to time constraints, the focus of the meeting will be on R&D / GSC findings and any areas with red/yellow categories.

Best,

**Meredith Zia**
Portfolio Strategy
Transcatheter Heart Valves
Edwards Lifesciences
949.250.2761 Office
949.870.6174 Mobile

# Document Produced in Native Format

# Project Dragon Diligence Readout

June 28, 2024

Edwards

# Summary Diligence Findings

**Commercial**
*Jeremy / Meredith / Martyn*

- Opportunity
- Differentiation
- KOL / Advisors
- Training & Procedure Sup.
- Global Launch Strategy; Pricing

Acceptable risk: little-to-no action required
Key risks identified: important actions required
Major risks: substantial / extensive actions required

Edwards Lifesciences

# Commercial Diligence Summary

**Diligence Leaders:**
Pooja / Jeremy / Meredith / Martyn

**Overall:** [redacted]

| Categories | S | Key Issues/Findings | Recommendation |
|---|---|---|---|
| **Market Opportunity** | [redacted] | ▪ No issues [redacted] opportunity with planned ssAR ≥High-risk indication | [redacted] |
| **Differentiation** | | ▪ **Strengths**: Interest in device from compassionate-use & EFS experience; ability to treat **larger annulus patients** (labeled up to ≤33mm diameter / ≤104mm perimeter); ability to track horizontal aortas (aortic annulus angle >80º excluded in EFS); anchoring mechanism for non-calcified leaflets; stable deployment & positioning; positive initial clinical outcomes (mortality, stroke, valve embolism, AR < moderate, pacemaker); valve is not oversized to annulus.<br>▪ **Weaknesses**: Additional clinical experience needed to assess differentiation, learning curve and clinical outcomes; challenging device preparation [redacted] currently dependent on [redacted] bicuspid valves excluded. | |
| **KOLs & Advisors** | | ▪ Pivotal PIs: **Santiago Garcia** (part of NA compassionate-use experience from 2018-2022 & site PI for EFS study) & **Tsuyoshi Kaneko**<br>▪ Pivotal Study Chair: **Michael Reardon** & **Dean J. Kereiakes** (both part of NA compassionate-use experience from 2018-2022 & national PIs for EFS study)<br>▪ Pivotal trial leadership selected, IRB process initiated for several sites, met with potential sites at NY Valves; no commitments made on trial start date but customers have expectations | |
| **Training & Procedure Support** | | ▪ Cardiac MRI incorporated in JOURNEY to aid in assessment of Severe AR assessment (only used with 2 pts in EFS)<br>▪ Clinical specialists trained in echo<br>▪ Learning curve of high-volume operator is [redacted] cases (to learn delivery system)<br>▪ Train Heart Team & IC on product, procedure & echo protocol day before 1st case to sign off (2-3 hours) | |
| **Global Launch Strategy**<br><br>**Pricing** | | ▪ **Opportunities:** US market is the priority to establish with target premium pricing for dedicated AR TAVR product: $37.5k list ASP [redacted] net ASP); IDE experience will inform US commercial launch strategy; Europe strategy TBD but can [redacted]; Japan strategy TBD.<br>▪ **Challenges:** COGS reduction & optimization to scale needed; challenging device preparation. China market out of scope. | |

● Acceptable risk: little-to-no action required ● Key risks identified: important actions required ● Major risks: substantial / extensive actions required

CONFIDENTIAL

# Document Produced in Native Format

# Project Jupiter
## P2 Diligence Readout

June 28, 2024

Edwards

# Summary Diligence Findings

**Commercial**
***Jeremy / Meredith / Martyn***

- Opportunity
- Differentiation
- KOL / Advisors
- Training & Procedure Sup.
- Global Launch Strategy; Pricing

Minimal effort, sufficient-as-is · Medium effort needed to meet EW requirements · Significant lift needed to meet EW requirements · Further diligence required

Edwards Lifesciences

**Diligence Leaders:**
Pooja / Jeremy / Meredith / Martyn

**Overall:** [redacted]

# Commercial Diligence Summary

| Categories | Effort Req. | Key Issues/Findings | Recommendation |
|---|---|---|---|
| Market Opportunity | [redacted] | ▪ No issues; [redacted] US opportunity with planned ssAR ≥High-risk indication | [redacted] |
| Differentiation | | ▪ **Strengths**: First to market in US; approved in Europe; anchoring mechanism for non-calcified leaflets; stable deployment & positioning; positive clinical outcomes (mortality, stroke, valve embolism, AR < moderate).<br>▪ **Weaknesses**: Limited upper end of valve sizing (≤28.6mm diameter / 85mm perimeter); [redacted] screen out rate in ALIGN-AR; valve is oversized to annulus; learning curve to achieve [redacted] pacemaker rates; some limitations with horizontal aortas (aortic annulus angle >60º in CE mark & IDE trial IFU exclusions); bicuspid valves excluded | |
| KOLs & Advisors | | ▪ Top 5 enrolling ALIGN-AR sites: [redacted]<br>▪ 1st US Implanter meeting scheduled for Sept 8th in LA<br>▪ Communication on US commercialization has been "mid to late 2025"<br>▪ Communication on future IDE (ARTIST) with numerous sites; no contracted commitments<br>▪ Meet with EU Advisory board in December & EuroPCR | |
| Training & Procedure Support | | ▪ [redacted] months to train clinical specialists<br>▪ [redacted] implants to overcome learning curve of product<br>▪ Procedure time within [redacted] of SAPIEN case | |
| Global Launch Strategy<br><br>Pricing | | ▪ **Opportunities**: Establish TAVR therapy for AR in the US with target premium pricing for dedicated AR TAVR product: $37.5k list ASP [redacted] net ASP). ALIGN-AR 2-year data planned for TCT 2024; CT analysis & RWE at LV 2024. egnite project being formulated.<br>▪ **Challenges**: [redacted] does not support a premium value dedicated product for AR; COGS reduction & optimization to scale needed; China market out of scope due to exclusive licensing by Peijia. | |

Minimal effort, sufficient-as-is · Medium effort needed to meet EW requirements · Significant lift needed to meet EW requirements · Further diligence required

CONFIDENTIAL

# [redacted] chatroom: chat transcript

Chat description: Original chat name: +[redacted]

| | |
|---|---|
| **Chat type** | IMessage/Sms |
| **Private chat** | yes |
| **Transcript timezone** | (UTC) Coordinated Universal Time |
| **Transcript start** | 2024-04-26 15:16:08 |
| **Transcript end** | 2024-04-26 15:16:08 |
| **Transcript participants** | 2 |
| **Initial participants** | Mark Turco ([redacted] Don Bobo ([redacted] |

| Timestamp | Sender | Recipients | Message text |
|---|---|---|---|
| 2024-04-26 15:16:08 | Mark Turco ([redacted] | Don Bobo [redacted]) ; Mark Turco [redacted]) | Hi and good morning again. Wanted to reach out once again and see if we might find 15 minutes today to review and align on some final buisness items allowing the teams to then get at it. We are very close. Productive call yesterday with Nick , Jeff and anti trust folks on both sides . Post call I spent time with Sean and Warren and we are all aligned in avoiding HSR. Would like to present to you thoughts as to where we landed. Please let me know what might be best. Thank you. Mark |

| Nickname | Name | Surname | E-mail | Source PID | Type |
|---|---|---|---|---|---|
| [redacted] | Mark Turco | | | 4aa065b5-ac29-4f41-a186-36066bc98e40 | User |
| | Don Bobo | | | 7608a5d5-d96c-4c39-9957-226bdcd7ffac | User |

# Document Produced in Native


THE FUTURE
IS OURS
Welcome & Overview
Jaime Wheeler, Senior Vice President
Edwards

Edwards Lifesciences

# MEETING AGENDA

## Wednesday, February 26

| TIME | TOPIC & SPEAKER |
|---|---|
| 7:30 – 8:50 AM | Registration and Breakfast |
| 9:00 – 9:30 AM | **Welcome and Meeting Overview**<br>Jaime Wheeler<br>*Sr. Vice President, Global Clinical Affairs* |
| 9:30 – 10:00 AM | **Edwards and THV Business Updates**<br>Larry Wood<br>*Corporate Vice President and Group President, THV & Surgical* |
| 10:00 – 10:10 AM | **2024 KOD Performance to Plan and 2025 Key Deliverables**<br>Lidia Mootz<br>*Sr. Director, Portfolio Management* |
| 10:10 – 10:30 AM | **Spotlight on International**<br>Andrey Nersesov<br>*Vice President, International* |
| 10:30 – 10:50 AM | **GHER Overview & 2025 Healthcare System Outlook**<br>*Guest Speaker* - Seth Clancy<br>*Sr. Vice President, Global Health Economics and Reimbursement* |
| 10:50 – 11:20 AM | **Break** |
| 11:20 – 12:10 PM | **Edwards New Product Showcase: Aortic Regurgitation**<br>Blessie Concepcion<br>*Vice President, Aortic Regurgitation* |
| 12:10 – 1:40 PM | **Rotational Lunch and Hands-on Product Demonstrations**<br>AR Clinical Implant Team |
| | **GROUP 1:** |
| 12:10 – 12:55 PM | **Hands on Product Demonstration** |
| 12:55 – 1:40 PM | **Lunch** – *Emerald Garden* |
| | **GROUP 2:** |
| 12:10 – 12:55 PM | **Lunch** – *Emerald Garden* |
| 12:55 – 1:40 PM | **Hands on Product Demonstration** |
| 1:40 – 1:55 PM | **Mitral 2024**<br>Jessica Wimbrow<br>*Vice President, Mitral Programs* |
| 1:55 – 2:10 PM | **Pulmonic 2024**<br>Erika Tequia Soto<br>*Sr. Director, Pulmonic Programs* |
| 2:10 – 2:35 PM | **Aortic 2024**<br>Tenley Koepnick<br>*Vice President, Aortic Programs* |
| 2:35 – 4:30 PM | **Giveback Event** - *Carousel Ballroom*<br>Heather Prince<br>*Vice President, Clinical Strategy and Scientific Communications* |
| 4:30 – 4:45 PM | **Team Photo** - *Emerald Garden*<br>Wei Liu<br>*Vice President, Biometrics* |
| 4:45 – 5:30 PM | **Free Time** |
| 5:30 – 7:30 PM | **Dinner** - ***Fleming's or Puesto*** |

## Thursday, February 27

| TIME | TOPIC & SPEAKER |
|---|---|
| 7:30 – 8:50 AM | **Breakfast** - *Carousel Ballroom* |
| 9:00 – 9:20 AM | **Insider Trading**<br>Heather Haworth<br>*Sr. Vice President, Associate General Counsel* |
| 9:20 – 10:10 AM | **Outcomes: 2024 Resilience Assessment Review**<br>*Guest Speaker* – Alexia Michiels |
| 10:10 – 10:40 AM | **Break** |
| 10:40 – 11:40 AM | **Resilience and Change Management**<br>Noelle Armstrong<br>*Sr. Director, Human Resources*<br>*Guest Speaker* – Anne Leets |
| 11:40 – 12:10 PM | **Timelines, Templates, & Tools – What to Expect to Help You Thrive in 2025**<br>Jessica Wimbrow<br>*Vice President, Mitral Programs* |
| 12:10 – 1:10 PM | **Lunch** - *Carousel Ballroom* |
| 1:10 – 2:00 PM | **Patient Experience**<br>Vicki Marshall<br>*Director, Clinical Case Review* |
| 2:00 – 2:15 PM | **Operations Updates**<br>Terri Anderson<br>*Vice President, Clinical Operations* |
| 2:15 – 2:30 PM | **Wheel of Questions with Terri Anderson**<br>Ingrid Gluck, *Vice President*<br>*Clinical Contracts & Vendor Management* |
| 2:30 – 3:00 PM | **AI Agents, Here to Serve Clinical Affairs Heroes**<br>Saman Parvaneh<br>*Sr. Director, Data Science* |
| 3:00 – 3:10 PM | **It's a Wrap**<br>Jaime Wheeler<br>*Sr. Vice President, Global Clinical Affairs* |

2


THV Clinical Affairs Leadership Team
Jaime Wheeler, MBA, CPhT
Senior Vice President, Global Clinical Affairs
Heather Prince, PhD, RAC
Vice President, Clinical Strategy & Scientific Comm.
Andrey Nersesov MBA, PMP
Vice President, International
Noelle Armstrong
Sr. Director, HR Business Partner
Tenley Koepnick
Vice President, Aortic Stenosis
Blessie Concepcion
Vice President, Aortic Regurgitation
Jessica Wimbrow
Vice President, Mitral, New Product Dev & Patient Activation
Erika Tequia Soto, MSPM
Senior Director, Pulmonic
Ingrid Gluck
Vice President, Contracts, Payments & Vendor Management
Scott Volk
Vice President, Clinical Quality & Support Services
Terri Anderson
Vice President, Clinical Operations
Wei Liu, PhD
Vice President, Biometrics
Deliver life saving technologies that save lives
Aortic, Mitral, Pulmonic
Patient First approach for all patients

Updated

# THV Clinical Executive Admin & Events Teams



**Grace Villagrana**
Executive Assistant



**Chelsea Breault**
Executive Assistant



**Patsy Bargas**
Sr. Administrative Assistant



**Katrina Headle**
Event Planning, Congress Management



**Jackeline Bermudez**
Event Planning, Congress Management

**Deliver life saving technologies that save lives** | **Aortic, Mitral, Pulmonic** | **Patient First approach for all patients**

Updated

Edwards Lifesciences

# Team, Talent & Tenure



Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

5



CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10228585.pptx

PX1489-006




*Source: Workday; Data from 1/1/2024 – 1/31/2025*

**New Hires**

- Includes JC Medical employees

**Transfers**

- Excludes interns and rotational employees (e.g.: TDP, SLDP), and terminated employees
- Includes transfers within THV (e.g.: THV Medical Affairs → THV Clinical Affairs)


Edwards Lifesciences
2024 New Team Members
Sweta Ajmera
Jay Alayon
Cristina Austria
Amber Behr
CB
Craig Bockerstette
Patrick Bohan
Allison Broussard
Kristen Chandeck
Bobby Chanthammavong
Kat Cheng
Cathie Chester
Chris Clementi
Angeli De La Cruz
Regina Deible
Jennifer Dolney
Andrea Englmaier
Shari Green
Joseph Guerra
Sheri Halverson
Chloe Hoang
Jon Hurt
Andrew Hwang
Angie Jeter
Inyoung Jun
Isaac Khong
Shawn Lewis
Eric Li
Wenhao Li
Yunyi Li
Isabella Livits
Bradley Lubich
Melvin Mabunga
Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.
7


Edwards Lifesciences
2024 New Team Members
Sujatha Mandu
Laura Mann
Jennifer Martin
Erwin Meijboom
Charlie Meng
Kevin Molina
Billie Mounphiphak
Paul Myosky
Eric Nguyen
Shae Padiyar
Mallik Pinnamaneni
Elle Pritchard
Emma Robinson
Sarah Romano
Nooralhoda Sadeghi
Daniel Schulze
Tiessa Simoes
Amy Simone
Lena Tran
Nicole Troung
Joseph Vu
Kelvin Vu
Kevin Wang
Elizabeth Williams
Caroline Yussuf
Lang Zhang
Yiran Zhang
Ben Zhou
Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.
8

Edwards Lifesciences

# Our Clinical Tenure

## Clinical Affairs Team Years of Service




*62% have <5 YOS at EW*

## Years of Clinical Experience

**6,347**

## THV BU YOS

| YOS | Total | % |
|---|---|---|
| 25+ | 16 | 1.1% |
| 20-25 | 18 | 1.2% |
| 15-20 | 42 | 2 8% |
| 10-15 | 226 | 15.2% |
| 5-10 | 389 | 26.2% |
| 2-5 | 489 | 33.0% |
| <2 | 303 | 20.4% |

*53% have <5 YOS at EW*

*As of 1/31/2025*

Data as of 1/31/2025



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# Our foundation
# is strong and unchanged

**OUR CREDO**

**At Edwards Lifesciences, we are dedicated to providing innovative solutions for people fighting cardiovascular disease.**

Through our actions, we will become trusted partners with customers, colleagues, and patients — creating a community unified in its mission to improve the quality of life around the world. Our results will benefit customers, patients, employees, and shareholders.

We will celebrate our successes, thrive on discovery, and continually expand our boundaries. We will act boldly, decisively, and with determination on behalf of people fighting cardiovascular disease.

Helping patients is our life's work, and *life is now*

**PATIENT-FOCUSED CULTURE**



**UNIQUE INNOVATION MODEL**

Long-term commitment

Risk-taking and agility

Leading in science

Pioneering breakthroughs

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

- Let's start with what makes us special…
- Begins with Our Credo and being a trusted partner and making ethical decisions… this guides us and we live it every day
- We have a special patient-focused culture… our difference is how we deeply care for and focus on patients… inspires us and remains very rewarding
- Our innovation model is unique and differentiated…
- All of this has made us special and successful and we are committed to keeping it


Strategic Imperatives
Edwards
Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

Edwards Lifesciences

# 2025 Strategic Imperatives to Drive SHD Leadership (Corporate)

## Deliver on our near-term and enable our long-term strategy

- **Lead the global TAVR expansion and establish as the standard of care for treating aortic disease**
  - Accelerate TAVR-AS growth by advancing key initiatives across indication expansion, NCD and improved patient access
  - Lead TAVR-AR* category by being first to launch an AR therapy
- **Extend TMTT leadership through a unique, differentiated portfolio**
  - TMTT-TR: [redacted]
  - TMTT-MR: Drive TEER momentum (US, EU, JP); lead TMVR category [redacted]
- **Extend Surgical leadership through RESILIA penetration ([redacted])**
- **Establish long-term leadership by advancing Non-Valvular Structural Heart initiatives**
  - IHFM: Establish organization and accelerate commercialization to achieve long-term leadership and growth
  - Advance investments to expand our portfolio and enable new opportunities
- **Align BUs, regions and functions to reinforce patient-focused culture and deliver sustained growth**
  - Fortify regions to strengthen teams and achieve innovation and growth
  - Drive strategic talent initiatives to build new capabilities and develop best-in-class leaders
  - Deliver GSC and Quality strategies to ensure market-leading innovation, reliable supply and improved cost

* Subject to acquisition closing

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.


Revised_BU



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

# 2025 Key Clinical Imperative to Drive THV Success (Clinical)

## Deliver on our near-term and enable our long-term strategy

- **Lead the global TAVR expansion and establish as the standard of care for treating aortic disease**
  - Accelerate TAVR-AS growth by advancing key initiatives across indication expansion, NCD and improved patient access
    - EARLY TAVR PMA approval 1H 2025 in USA and ROW 2026
    - [redacted]
  - Lead TAVR-AR* category by being first to launch an AR therapy
    - Enroll the JOURNEY AR trial 2025-2026
    - Launch our LVAD Registry 2025
    - Complete JENA Acquisition 2H 2025 or close the gap

- **Extend TMTT leadership through a unique, differentiated portfolio**
  - [redacted]
  - Podium and Publish ENCIRCLE M3 trial results at TCT 2025 & Transition the Program and Resources to TMTT by mid-2025

- **Drive Pulmonic growth for our congenital heart patients**
  - [redacted]
  - Deliver excellent clinical outcomes with COMPASSION S3UR

- **Align BUs, regions and functions to reinforce patient-focused culture and deliver sustained growth**
  - Fortify regions to strengthen teams and achieve innovation and growth (EEMEACLA, China, Japan)

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute. 13

Revised_BU


Edwards Lifesciences
We have many accomplishments to be proud of today and in the future
>160k patients impacted in 2024
NEAR TERM
LONGER TERM
S3UR approved in 3 major regions
THE EARLY TAVR TRIAL
THE ENCIRCLE™ TRIAL
Entering a new category: Aortic Regurgitation
J-Valve* Technology
THE JOURNEY TRIAL
JENAVALVE
THE PROGRESS TRIAL
New evidence on Moderate AS patients
Continued expansion of pulmonic
Alterra launched in US, Europe, Canada, Thailand
Alterra 2-year data published & 3-year data at PICS
Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.


Long Term Growth Drivers
Edwards
Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.



Strengthened Portfolio & Company
Structural Heart Disease
Valvular
Non-Valvular
SURGICAL
INSPIRIS, MITRIS, etc.
TAVR – AS/AR
SAPIEN, TRILOGY, J-VALVE
PULMONIC
SAPIEN, ALTERRA
MITRAL
M3, PASCAL
TRICUSPID
EVOQUE, PASCAL
IMPLANTABLE HF MGMT
ENDOTRONIX
Continued Investments
SURG
THV
TMTT
IHFM
SHD+
16
JenaValve and Innovalve pending close of transactions
IHFM = Implantable Heart Failure Management
SHD+ includes Non-Valvular Structural Heart Disease (SHD) investments and option transactions

Edwards Lifesciences

# Strategy Highlights

1. Large, underserved and growing SHD segments
2. Pioneering portfolio that drives growth and leadership
3. Focused execution and global commercialization

## 7-Year PLAN GROWTH DRIVERS – Double-Digit CAGR




### *2024 Portfolio Moves*

**Sharpened Focus:** Sale of CC

**Expand THV:** JenaValve, JC Medical Acquisitions

**Strengthen TMTT:** Innovalve TMVR Acquisition

**Establish IHFM** Endotronix Acquisition

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.

NVSHD includes Non-Valvular Structural Heart Disease therapies: MCS and Shunts

Edwards Lifesciences

# Long-Term Strategic Growth Drivers

## Accelerating Patient Activation

Edwards
ENACT
Patient Activation Program




## Pioneering and Launching Breakthroughs



## Expanding Indications: AS and TR

THE EARLY TAVR TRIAL

THE PROGRESS TRIAL

THE TRISCEND II TRIAL

## New Opportunities: AR and IHFM





Resolution of Capacity Constraints, TAVR and Mitral NCDs, Reimbursement for new therapies

Edwards Confidential — For Internal Use Only. Do not reproduce or distribute. Source: 2024-30 CS Strat Plan Portfolio Analysis JenaValve and Innovalve pending close of transactions 18

Edwards Lifesciences

# Strategy Results in Double-Digit Regional Growth

## Plan Case



| | 2024 | 2030 | |
|---|---|---|---|
| | *2024 Mix* | *Trend* | *2030 Mix* |
| US | [redacted] | ↔ | [redacted] |
| Europe | [redacted] | ↔ | [redacted] |
| Japan | [redacted] | ↑ | [redacted] |
| Greater China | [redacted] | ↑ | [redacted] |
| Asia Pacific | [redacted] | ↔ | [redacted] |
| EEMEAC | [redacted] | ↔ | [redacted] |
| Latin America | [redacted] | ↔ | [redacted] |

1 Edwards Confidential – For Internal Use Only. Do not reproduce or distribute.





CONFIDENTIAL TREATMENT REQUESTED

EW-FTC-10228585.pptx

PX1489-020


Employee Engagement Results
Edwards
Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.
20


Edwards Lifesciences
My Voice
84
Engagement
1. I would recommend Edwards Lifesciences as a great place to work.
2. How happy are you working at Edwards Lifesciences?
Score in comparison
Score is + 6 over Company
Your team
84
Company
78
Favorability
Positive favorability is down by 2% since Oct 2023
89% Favorable
2% Unfavorable
9% Neutral
Action Taking +3
Belonging +5
Career Goals +5
Culture +5
Diversity Commitment +2
Empowerment +3
eSat +5
Recommend +7
Feedback +4
Growth +3
Innovation +3
Leadership +2
Manager Support +6
Patient Focus +2
Quality +1
Recognition +4
Speak Up +5
Strategy +2
Trust - Culture +4
Workload +4
Score
Question
vs Company
87
Manager Support
I can get the support I need from my manager right now.
+ 6
83
Culture
Edwards Lifesciences has a great culture.
+ 5
82
Speak Up
I feel comfortable speaking up if something is not right.
+ 5
76
Leadership
I have confidence in the leadership team.
+ 2
75
Recognition
I feel satisfied with the recognition or praise I receive for my work.
+ 4
71
Action Taking
I believe meaningful action will be taken as a result of this survey.
+ 3
Charitable Activities
In the past 12 months, did you participate in any charitable activities (such as volunteering your time, or donating money or goods to a non-profit organization) whether organized by Edwards Lifesciences, at a team-building event, or on your own?
Yes 98%
No 2%
Our team's scores for 20 questions are above the company comparison scores
Edwards Confidential — For Internal Use Only. Do not reproduce or distribute.
21


THE FUTURE IS OURS
Edwards

Edwards

Helping Patients is Our Life's Work, and *life is now*

Message

**Sent:** 8/1/2024 1:53:39 PM
**To:** Larry Wood [Larry_Wood@edwards.com]; Laksen Sirimanne [Laksen_Sirimanne@Edwards.com]; Scott Beggins [Scott_Beggins@edwards.com]; Jaime Wheeler [Jaime_Wheeler@edwards.com]; Martyn Thomas [Martyn_Thomas@edwards.com]; Heather Haworth [Heather_Haworth@edwards.com]; Ken Eliasen [Ken_Eliasen@edwards.com]; Assaf Bash [Assaf_Bash@Edwards.com]; Donna Burton [Donna_Burton@edwards.com]; Jeffrey Blatnik [Jeffrey_Blatnik@Edwards.com]
**Subject:** Summary: Revised Guidance for NPD AOP
**Attachments:** London_RevisedAOPGuidanceNPD_080124.docx

Hi Team,

Please see attached detail on where we landed after yesterday's discussion on revised guidance for NPD AOP as we rationalize our portfolio.

A few items to note:

- This guidance will be provided broadly to NPD leaders the week of August 19th, **following headcount communications the week of August 12th** (as agreed yesterday) – we need to align as an LT on specific communication plans – Donna thanks for taking the lead on the BU communication plan, let's review as an LT as soon as you are ready
- As with every year, we have detailed AOP documents which include information on project scope – these documents will be revised as appropriate following communication and these packets will be sent to the AOP planning group
- I am happy to put the attached into a more digestible PPT format in case it will be helpful for discussions with your teams following August 19th

**As we aligned to yesterday, our portfolio priorities focus around the following (more detail on specific scope in the attached):**

1. Deliver a strongly differentiated TAVR-AS portfolio of both technology and indications that fortifies our leadership position and accelerates market growth
2. Maximize the opportunity within TAVR-AR through commercialization of the first TAVR-AR option for patients in the US and design a technology and indications portfolio that delivers long-term leadership
3. Deliver on key technology and indication commitments within the TPVR program (i.e. [redacted])
4. Advance key strategic adjacencies to enable customer training (i.e. [redacted])

**We also discussed accelerating the transition of the [redacted] Jaime and Scott will further assess.**

**The following programs will be STOPPED:**

- [redacted]
- [redacted]
- [redacted]
- JenaValve ARTIST Intermediate and Low Risk US IDE

Please let me know if you have any feedback or additions to the above and attached.

P

**Pooja Sharma Rao**
Senior Vice President, Marketing and Strategy
Transcatheter Heart Valves
Edwards Lifesciences
One Edwards Way

Irvine, CA 92614

**Revised AOP Guidance for NPD Teams: Note, this guidance will be provided broadly to NPD leaders the week of August 19th, following headcount communications – we need to align as an LT on specific communication plans:**

**TAVR BU Priorities and Focus Areas for 2025 Investment:**

- **Deliver a strongly differentiated TAVR-AS portfolio of both technology and indications that fortifies our leadership position and accelerates market growth – areas of focus for 2025:**
  - Gain approval for and commercialize the Asymptomatic SAS Indication
  - Continued commitment to Moderate AS PROGRESS Trial activities
  - Advance SAPIEN X4 System
  - Advance Optima Sheath
  - Advance Nexus System
  - Advance sSheath
- **Maximize the opportunity within TAVR-AR through commercialization of the first TAVR-AR option for patients in the US and design of a technology portfolio that delivers long-term leadership – areas of focus for 2025:**
  - Drive existing JenaValve platform to commercialization in the US
  - Continue support of JenaValve US ALIGN-AR CAP
  - Advance Gen 1.5 J-Valve technology
  - Enter into J-Valve High Risk JOURNEY IDE in the US
  - Expand the AR indication through support of both J-Valve and JenaValve LVAD registries
  - Advance Gen 2.0 AR technology
  - Support EU Regulatory PMCF
- **Deliver on key technology and indication commitments within the TPVR program – areas of focus for 2025 include:**
  - US approval of PDS
  - EU submission of PDS
  - US and EU TPV-in-TPV indication (details TBD)
- **Accelerate transition of M3 Program to TMTT:**
  - Accelerate transfer of US PMA responsibilities and headcount
  - Accelerate transfer of Clinical Activities where appropriate
- **Advance key strategic adjacencies to enable customer training:**
  - SAPIEN 3 in MAC
  - SAPIEN 3 Tricuspid VinV

**The following programs will be STOPPED:**

- Gen 2 Alterra
- Leaflow
- White Space Programs including Magic and Spring
- JenaValve ARTIST Intermediate and Low Risk US IDE

| Category | Program | Area of Focus for 2025 |
| --- | --- | --- |
| TAVR-AS | Asymptomatic SAS | -US Indication Approval<br>-US Indication Launch<br>-Global Submissions as planned |
| | Moderate AS | -Planned Clinical Trial Activities |
| | SAPIEN X4 | -Leaflet modification to improve wash-out<br>-Already planned delivery system improvements<br>-ALLIANCE part 2 (strategy TBD) |
| | Optima Sheath | -X4 + Optima: ANZ Registry<br>-S3UR + Optima: 510K and IPE<br>-S3UR + Optima: Broader launch (TBD)<br>-X4 + Optima: Commercial system |
| | Nexus | -Existing plan plus post Phase 1 -- Clinical Experience revision (TBD) |
| | sSheath | -Return to clinical for few additional cases with existing design (2024)<br>-Advance Gen 1.1 sSheath design<br>-Advance Gen 2.0 sSheath design |
| TAVR-AR | JenaValve Trilogy | -Drive to US Commercialization of existing technology (incl. technical support, submission, manufacturing scale, and launch planning)<br>-Support ALIGN-AR CAP<br>-Advance ALIGN-AR LVAD Registry<br>-Support EU PMCF |
| | JC Medical J-Valve | -Advance JOURNEY High Risk US IDE<br>-Support JOURNEY LVAD Registry<br>-Design Gen 1.5 J-Valve System (EW bovine tissue; improved attachment; eSheath compatibility; manufacturing outside China) |
| | Long-term AR Portfolio | -Advance design of a Gen 2 AR System (i.e. RESILIA tissue; Commander-like delivery; pre-attached system) |
| TPVR | PDS | -US approval of PDS<br>-EU submission of PDS |
| | Indication Expansion | -US and EU TPV-in-TPV indication (details TBD) |
| SAPIEN TMVR | SAPIEN M3 | -See Notes Above – details TBD |
| Strategic Adjacencies | SAPIEN 3 in MAC | -US Indication approval |
| | SAPIEN 3 Tricuspid VinV | -US Indication approval |

Message

**From**: Pooja Sharma [Pooja_Sharma@Edwards.com]
**Sent**: 8/5/2025 12:49:23 PM
**To**: Jeremy Bierman [Jeremy_Bierman@edwards.com]
**Subject**: Re: July Strategy Offsite - Summary & Action Items

Wow this is super comprehensive thank you.

I have some minor edits and suggestions and have blocked time for 15 minutes on my calendar today to send them to you.

**Pooja Sharma Rao**
Senior Vice President, Marketing and Strategy
Transcatheter Heart Valves
Edwards Lifesciences
One Edwards Way
Irvine, CA 92614

---

**From:** Jeremy Bierman <Jeremy_Bierman@edwards.com>
**Sent:** Monday, August 4, 2025 10:37:06 PM
**To:** Pooja Sharma <Pooja_Sharma@Edwards.com>
**Subject:** July Strategy Offsite - Summary & Action Items

Hey Pooja,

Below is my summary of last week's offsite meeting.

JB

---

Hi Team,

Thanks for your contributions to a great discussion at the offsite. Here's a high-level summary of take-aways and action items:

**Opening/Strat Overview:**
- Delivering [redacted] CAGR over strat period requires us to address capacity challenges, fully leverage growth catalysts, and protect share and price
  - How we achieve this will vary by region
- Where the NCD language lands will determine the how much growth in the US will come from new and existing sites
- Major growth catalysts will require a comprehensive commercial strategy (society partnerships, evidence development, ground game, etc.) to transform the patient care pathway
- Realizing minimal share and price erosion will take a highly differentiated portfolio and high-value service model, and future competitive pressures will come from BEV platforms
- We are developing an [redacted]
- There is an opportunity to differentiate ourselves beyond the product pre-procedurally, peri-procedurally, and in anticipation of the next procedure
- We anticipate hearing back from the FTC regarding the JenaValve deal any day

- If approved, we'll need to perform another round of diligence
- If blocked, we'll fight the decision
- [Decision] Key for SOJOURN is getting back into clinic as soon as possible; [redacted]
- [Decision] As the leader, if you determine your team has bandwidth to perform initial planning around integration and commercialization tied to JenaValve, and you want to do it, then move forward
- [Action] War game how to accelerate SOJOURN program across different time windows

[redacted]

**NCD Update:**

- Request to re-open the NCD was officially submitted on 7/30
- CMS may formally accept the request to reopen the NCD sometime over the next 6 months
- Considering milestones and estimated timing, best guess is that the updated TAVR NCD would land around Q3 2026
- Broad language suggested around all AS; AR not included; however, mixed disease is covered (AS + AR)
- TAVR is necessary and reasonable, therefore, pushing to remove CED
- [Decision] [redacted]
- [Action] [redacted]
- [Action] Need to elevate the horrible patient experience associated with multiple evaluation/work-up visits; analyze % of TAVR cases worked up on same day vs separate days
- [Action] [redacted]
- [Action] [redacted]

**Commercial Updates & Patient Activation:**

- US – sales incentive is helping to drive higher S3UR adoption
- EU – hemodynamics is the S3UR benefit resonating most with physicians
- [redacted]
- BIOME pilot readout in August
- [Action] Determine whether or not physicians understand the difference between S3U and S3UR

- [Action] For DTP/DTR, what % of DMAs are in the experiment group? What % of implants are represented in the experiment group?
- [Action] [redacted]

**AS Portfolio Strategy:**

- Competitive pressure from BEV platforms will increase significantly over the next 5 years
  - Multiple BEV platforms are slated to enter the US over the next 18 months via EFS/Pivotal studies
- [redacted]
- [Action] [redacted]

**Jeremy Bierman**
Vice President, Global Strategy
Transcatheter Heart Valves
Edwards Lifesciences
One Edwards Way
Irvine, CA 92614
Cell: 949-322-9055
Jeremy_Bierman@edwards.com