# PX1530- PX2034

(see exhibit stamps bottom right corner)

PX1530 (Pgs. 2-18)
PX1537 (Pgs. 19-21)
PX1545 (Pg. 22)
PX1560 (Pgs. 23-26)
PX1561 (Pgs. 27-28)
PX1575 (Pgs. 29-41)
PX1587 (Pgs. 42-51)
PX1604 (Pgs. 52-58)
PX2034 (Pgs. 59-69)

Message

---

**From**: Meredith Zia [Meredith_Zia@edwards.com]
**Sent**: 7/3/2024 12:51:15 AM
**To**: Larry Wood [Larry_Wood@edwards.com]; Pooja Sharma [Pooja_Sharma@Edwards.com]
**CC**: Jeremy Bierman [Jeremy_Bierman@edwards.com]
**Subject**: Final BOD deck--due today
**Attachments**: TAVR Update_BOD_Jul2024_MAILER_V7.pdf

**Importance**: High

Hi Pooja and Larry,

Attached is the final BOD deck with live slides marked with yellow boxes. The main changes from the last revision are:

1) Slide 4: updated EU growth rates to June 2024 YTD
2) Slide 5: addition of US small vs medium/large account size growth comparison
3) Slide 13: removal of bullet point on device prep

Please let us know if you have any changes as the mailer will go out tomorrow.

Thanks!

**Meredith Zia**
Portfolio Strategy
Transcatheter Heart Valves
Edwards Lifesciences
949.250.2761 Office
949.870.6174 Mobile

---

**From:** Jeremy Bierman <Jeremy_Bierman@edwards.com>
**Sent:** Wednesday, June 26, 2024 9:13 PM
**To:** Larry Wood <Larry_Wood@edwards.com>; Pooja Sharma <Pooja_Sharma@Edwards.com>; Meredith Zia <Meredith_Zia@edwards.com>
**Subject:** July BOD Deck

Hey Larry,

Attached is the latest July BOD deck. At Bernard's request, the team has leaned down the deck and added a take-away slide at the end. A little different than past decks, slides you'll be presenting are marked "LIVE" in the upper right corner, all others are intended to be mailer slides. You'll be presenting 8 slides in total.

Regarding US & EU market growth (slide 4), we've added a callout at the bottom highlighting the deep-dive effort the team is embarking on to understand what is behind the slow growth. One thing we can say it is not is the EVOQUE or Watchman dynamics (see below). Between now and the BOD meeting July 11, we are performing both a quantitative and qualitative deep-dive on the US market and will have an explanation for you to share in that room.

This version of the BOD deck will be reviewed by Bernard in the coming days and we'll have another opportunity to refine if needed over the next two weeks.

Cheers,
JB




**Jeremy Bierman**
Vice President, Global Strategy
Transcatheter Heart Valves
Edwards Lifesciences
One Edwards Way
Irvine, CA 92614
Cell: 949-322-9055
Jeremy_Bierman@edwards.com

# TAVR Update

**Board of Directors**
**July 11, 2024**

Edwards

LIVE

# Updates Since May Board Meeting

- **We are projecting ~$1.05B in Global TAVR Q2 2024 Sales[1]**
  - US: $660M | EU: $227M | Japan: $74M | ROW: $93M
  - Growth trends below expectations with variability in US & EU
- **Transitioning from Patient Activation pilot to scaling**
  - Learnings from egnite pilot have shaped commercial program
- **No meaningful impact from MDT's SMART trial** on small valve usage
  - Successful **late breaking PARTNER trials data presented at New York Valves**
- **AR Strategy:** First to market in US and lead therapy globally

(1) TAVR Sales only. 2024 estimates based on TAVR Forecast dated 06/13/2024 (before effects of foreign exchange)
Abbreviations: AR = Aortic Regurgitation; MDT = Medtronic; ROW = Rest of World; TAVR = transcatheter aortic valve replacement



CONFIDENTIAL TREATMENT REQUESTED

LIVE

# Global TAVR Q2 2024 Sales expected to be ~$1.05 Billion




| | |
|---|---|
| **2024 Guidance** (2024 Q1 Earnings Call) | **$4.0B-$4.3B** (8%-10% underlying growth) |
| **2024 Plan** (before effects of foreign exchange) | **$4.3B** |
| **2024 Estimate[2]** | **~$4.2B** |

(1) TAVR Sales only. Non-GAAP; TAVR external actuals (Includes egnite, excludes SAPIEN M3 Sales) (2) 2024 estimates based on TAVR Forecast dated 06/13/2024 (before effects of foreign exchange)
Abbreviations: AFX = After effects of foreign exchange; ROW = Rest of World; TAVR = transcatheter aortic valve replacement

LIVE

# European Market Growth is Non-Homogeneous

## Q1 to Q2 YoY Growth Trends




## Strategic Approach

- **S3UR Post-commercialization physician engagement**
- **Focused team** to improve growth in Germany and maintain growth in UK
  - **S3UR trialing program** to accelerate S3UR adoption
  - Opportunity for centers to get **S3UR** at **lower price** with **higher position**

**Tailored strategic approach to address the market variability is showing early positive impact**

LIVE

# US Cardiovascular Market Experiencing Slow Down

## YoY Growth by Area (June'24)




## 1H YoY Growth by Account Size




**Deep-dive underway to better understand market dynamics and tailored strategies to address**

Abbreviations: SD = single digit; YoY = year-over-year; YTD = year-to-date



CONFIDENTIAL TREATMENT REQUESTED

Edwards Lifesciences

egnite

# We Are Also Exploring the Path to Commercialization Based on The Momentum Built & Learnings from the Pilot Program




## Prove Opportunity & Impact

**Phase 1 | 6 sites**

- ☑ Can we **change the conversation** around **undertreatment?**
- ☑ Can we **move the needle** to bring **in-system patients to the heart team?**

## Roadmap to Scale

**Phase 2 | 10 sites**

- ☑ Can we **generate site interest** to adopt an **AI / EMR linked platform?**
- ☑ How do we **streamline implementation** for **interested accounts?**

## Path to Commercialization

**Phase 3 | Scale**

- ☑ How do we **offer egnite** to **more hospital partners** as **an expansion of our service model?**
- ☐ **Continued scaling through 2H 2024**
- ☐ **Will hospitals scale to treat significantly more patients?**

Abbreviations: AI = artificial intelligence; EMR = electronic medical records

LIVE

# Successful egnite Pilot Has Shaped US Commercial Program

## Pilot Impact

- **~30% average YoY sales growth post-engagement***
- **>60% patients referred and evaluated by Heart Team**
- **All hospitals leveraged Edwards' service offering**
- **Significant increase in site engagement almost immediately**

**Note: Heavily supported, highly committed sites*

## Edwards ENACT Patient Activation Program

**AI Platform**

*Real time AS patient identification*

**Service**

*Dedicated support to increase engagement*

**Rebate**

*Neutralize cost of egnite subscription*

**egnite Commercial Launch beginning in July**

Abbreviations: AI = artificial intelligence; AS = aortic stenosis; YoY = year-over-year

LIVE

# Early Data Suggests No Meaningful Impact from SMART Trial; Additionally, Small Valve Analysis from PARTNER Trials Presented at NY Valves

**SMART Trial: MDT vs. EW of 716 randomized patients with "small" annuli - majority women**

Trial design

**Prospective, randomized controlled, post-market trial conducted at 83 international sites**
All-comer trial with all surgical risk categories including bicuspid patients

**Key eligibility**
- Symptomatic severe AS*
- Small aortic annulus (≤ 430 mm² by MDCT)

**Randomization**
1:1 stratified by site & sex

**SEV (N=355)** Medtronic Evolut PRO/PRO+/FX | 716 patients treated | **BEV (N=361)** Edwards SAPIEN 3/SAPIEN 3 Ultra

**Co-Primary Endpoints at 1 year with planned 5-year follow-up**
Co-Primary Endpoint 1: Composite of mortality, disabling stroke, or heart failure rehospitalization through 12 months
Co-Primary Endpoint 2: Bioprosthetic valve dysfunction through 12 months

*AVA ≤1.0 cm² (AVAi ≤0.6 cm²/m²) or mean gradient ≥40 mmHg or max velocity ≥4.0 m/s; 30-day predicted risk of surgical mortality <15% by heart team assessment.

SMART Trial



| Valve size | 20 mm | 23 mm |
|---|---|---|
| Native Annulus Area (CT) | 273-345 mm² | 338-430 mm² |

**Late Clinical Outcomes with Balloon Expandable Valves in Small Annulus Patients from the PARTNER Trials**

Rebecca T. Hahn, MD, on behalf of the PARTNER Trial Investigators

**Analysis Populations**
*Small vs Large Annulus*

Symptomatic Severe Aortic Stenosis Patients in the PARTNER 2 S3i registry (n=870) or PARTNER 3 RCT (n=485)

1355 patients who received SAPIEN 3 TF-TAVR

- 476 (35%) pts with CT systolic aortic annular area ≤430 mm²
- 879 (65%) pts with CT systolic aortic annular area >430 mm²

PRIMARY ENDPOINT AT 5 YEARS:
Non-hierarchical composite of all-cause death, disabling stroke, or HF hospitalization

CRF NEW YORK VALVES THE STRUCTURAL HEART SUMMIT

THE PARTNER TRIALS

**Five-year follow up of more than 1,300 low and intermediate risk SAPIEN 3 valve patients**

Abbreviations: AS = aortic stenosis; BEV = balloon expandable valve; CT / MDCT = computed tomography / multidetector computed tomography; EW = Edwards; HF = heart failure; MDT = Medtronic; RCT = randomized control trial; SEV = self-expandable valve; TAVR = transcatheter aortic valve replacement; TF = transfemoral

LIVE

# Dr. Hahn's 5-Year Data Presentation of PARTNER Trials Showed Excellent Outcomes for Small Annulus Patients and Females



*Dr. Rebecca Hahn*

"As a woman with a **small annulus**, happy to present this data…"













**The analysis revealed no difference in long-term outcomes and extremely low rates of reintervention and bioprosthetic valve failure out to five years**

Abbreviations: BVF = bioprosthetic valve failure; HFH = heart failure hospitalization; VARC = Valve Academic Research Consortium

# New York Valves Was a Huge Success

Innovate Healthcare
**Cardiovascular Business**
STRATEGIES IN ECONOMICS, PRACTICE & TECHNOLOGY

**Edwards shares new data highlighting consistency of its TAVR valves in women, patients with small annuli**

*Michael Walter | June 06, 2024 | Cardiovascular Business | TAVR*

**FIERCE** Biotech

MEDTECH

**Edwards rebuffs Medtronic annulus study with 5-year TAVR safety data focused on women**

By Conor Hale · Jun 6, 2024 2:05pm

+MASS DEVICE

**Study supports use of Edwards TAVR in women**

JUNE 5, 2024 BY SEAN WHOOLEY



**tctMD**

NEWS > Conference News | NYValves 2024

## Reassuring 5-Year Outcomes for Sapien-Treated TAVI Patients With Small Annuli

Early hemodynamics with the balloon-expandable device do not adversely affect outcomes at 5 years in patients with small annuli.

**MEDTECHDIVE**

DIVE BRIEF

**Sapien valve performs equally well for small and large aortic annuli, Edwards finds**

**BioWorld™**

**Edwards offers SMART defense with data showing positive small annulus outcomes**

By Holland Johnson June 6, 2024

Abbreviations: TAVI / TAVR = transcatheter aortic valve implantation / replacement

Edwards Lifesciences

# Market Growth Opportunity with an Expansion into Aortic Regurgitation

## US ssAR In-System TAM (65+ years old) of ~100k; Ratio of Severe AR to Severe AS is ~20%

15% of trial patients under 65; alignment w/ TAVR guidelines

40% - 60% patients ineligible due to comorbidities and / or anatomical exclusion

40% - 60% patients are lower risk, likely to receive surgical treatment

**Implies a $500M+ opportunity in the US**




## US SAVR Market continues to see growth in AR patient segment




1. Source: STS Data; all Aortic Regurgitation

**Leverage our High-Touch service model, In-System patient activation and surgical portfolio to develop the market**

Abbreviations: AR = aortic regurgitation; AS = aortic stenosis; SAVR = surgical aortic valve replacement; ssAR = symptomatic severe aortic regurgitation; TAM = total available market; TAVR = transcatheter aortic valve replacement

LIVE

# Acquisition of Both Dedicated AR Technologies Enables Edwards to Lead the Therapy and Deliver a Strong Value Proposition to Patients

## Speed to Market



### Project Jupiter (Trilogy)

**Value Proposition:**
- 1st dedicated AR product in US market (target Q4 2025)
- Compelling clinical evidence
- Large open cells for future coronary access

**Clinical Experience:**
- ALIGN-AR pivotal IDE: N=180, 1-year follow-up, 20 US sites
- Approx. [redacted] total patients in PMA, CAP, and AS

## Potential for Long-Term Differentiation



### Project Dragon (J-Valve)

**Value Proposition:**
- 5 sizes to treat larger annuli
- Bovine pericardium
- Low profile frame for future coronary access

**Clinical Experience:**
- EFS: N=15, 30-day follow-up, 5 US sites
- Compassionate use experience: N=27, 30-day follow-up, 3 US & 2 Canada sites

Abbreviations: AR = aortic regurgitation; AS = aortic stenosis; CAP = continued access plan; EFS = early feasibility study; PMA = pre-market approval

LIVE

# Our Strategy is to be First to Market in US and Lead Therapy for AR Patients Globally Through A Robust Future Portfolio

## AR Strategy

**Speed to Market:**
- Bring Gen 1 Jupiter to US market ASAP
- *Acceptance that there will be a multi-year plan to transition to Edwards Quality Management System is critical to success*

**Rapid learning to inform Gen 2:**
- Decide whether or not to move forward with Dragon IDE

**Stabilize commercial platform:**
- Improve manufacturing & COGS

**Durable Leadership:**
- Deliver best Gen 2 dedicated AR system
- Design effective market development strategy

**Near Term** → **Mid-Term**

## Key Risks

- **Jupiter durability testing does not support Q4'25 FDA approval or significant redesign required**
- **Inability to scale manufacturing**
- **Investment and resources for market development is greater than anticipated**

Abbreviations: AR = aortic regurgitation; COGS = cost of goods sold; IDE = interventional device exemption

LIVE

# TAVR Key Takeaways

- We are applying a tailored approach to address market growth variability in the US and EU with commercial Patient Activation activities ramping up in the US
- Our robust scientific evidence of PARTNER 5-Year outcomes of small annulus patients and females was positively received, and early data shows no meaningful impact of the SMART trial
- Acquisition of AR technologies would enable Edwards to lead and define category leadership in this therapeutic space

Abbreviations: AR = Aortic Regurgitation

Edwards

Helping Patients is Our Life's Work, and *life is now*

Message

| | |
|---|---|
| **From**: | Robert Cook [Robert_Cook@edwards.com] |
| **Sent**: | 5/24/2025 2:16:58 AM |
| **To**: | Scott Ullem [Scott_Ullem@edwards.com]; Mark Wilterding [Mark_Wilterding@edwards.com] |
| **Subject**: | Re: Strat Plan Preview |

Sounds great, Scott. Will get ourselves in a good place to speak to that detail whenever we are with you next.

Have a great weekend!

Rob

---

**From:** Scott Ullem <Scott_Ullem@edwards.com>
**Sent:** Friday, May 23, 2025 7:12:53 PM
**To:** Mark Wilterding <Mark_Wilterding@edwards.com>; Robert Cook <Robert_Cook@edwards.com>
**Subject:** Re: Strat Plan Preview

Thanks for the clarification, Rob. Similar to HR, I'd like to get closer to the actual plant and materials items for GSC versus non-plant based spending. Maybe the schedule you sent reflects this detail and we can go through it when we meet.

But in the meantime, no more work this holiday weekend!

Scott

---

**From:** Mark Wilterding <Mark_Wilterding@edwards.com>
**Sent:** Friday, May 23, 2025 11:04:39 AM
**To:** Robert Cook <Robert_Cook@edwards.com>; Scott Ullem <Scott_Ullem@edwards.com>
**Subject:** Re: Strat Plan Preview

Super helpful, Rob, thanks for addressing these two questions and for clarifying. Taking off now - talk more later!

Get Outlook for iOS

---

**From:** Robert Cook <Robert_Cook@edwards.com>
**Sent:** Friday, May 23, 2025 4:57 PM
**To:** Scott Ullem <Scott_Ullem@edwards.com>; Mark Wilterding <Mark_Wilterding@edwards.com>
**Subject:** RE: Strat Plan Preview

Hi Both – hope you have safe travels back today. Below are answers to the two questions you raised.

1. **Does the 2026 TAVR-AR spending of $[redacted] include JenaValve?**

1. **No. This is only JC Medical expenses submitted by the TAVR team.** We will label this in the schedule accordingly. AR was handled carefully this submission due to the FTC review. The TAVR team was able to submit a holistic topline based on market model assumptions for AR – meaning the revenue you see assumes a commercialized AR product in 2026. From a spend standpoint, the TAVR team only submitted expenses for JC Medical, which is that $[redacted]. Behind the scenes and not visible on that ELT target reconciliation schedule, our team submitted [redacted] of

additional spending in 2026 based on our own estimates for spend to support that commercial product. Once there is more clarity on the path forward, the TAVR team will own submitting expenses for total AR.

2. **What makes up the two lines of HR spending?**

1. HR has people who sit in the plants that roll up into our product costs (COS) totaling $[redacted] They are considered when coming up with our unit cost to build each product. Christine's other bucket of non-plant-based HR spend is $[redacted]. We give this product cost piece a higher growth commensurate with Joe's sales-driven growth, with the working theory being that as we build out more plants (like Valencia) there will need to be incremental HR staff hired on-site. I think on a go-forward basis it should only have higher growth when a new plant is being built.

Thank you,
Rob

---

**From:** Mark Wilterding <Mark_Wilterding@edwards.com>
**Sent:** Thursday, May 22, 2025 4:55 PM
**To:** Robert Cook <Robert_Cook@edwards.com>; Scott Ullem <Scott_Ullem@edwards.com>
**Subject:** RE: Strat Plan Preview

Thanks Rob, great summary.

"Ambitious assumptions" for 2025-2031 IHFM, AR and other HF sound consistent with the preview from Tarun and team last week, unfortunately. I think we both share the same feeling about that.

Same for TAVR following our review with Laura, very consistent, but difficult to justify. IHFM spend assumption is unfortunate and surprising.

---

**From:** Robert Cook <Robert_Cook@edwards.com>
**Sent:** Friday, May 23, 2025 1:43 AM
**To:** Scott Ullem <Scott_Ullem@edwards.com>; Mark Wilterding <Mark_Wilterding@edwards.com>
**Subject:** Strat Plan Preview

Hi Scott and Mark,

Today we received the first full submission for Strat Plan from the teams globally. Both FP&A as well as the Corporate Strategy team will be doing analysis on the data ahead of a June 6th Strat Plan review meeting that is scheduled between Scott, Bernard, and Don. We will be able to roll up EPS by mid-next week, but wanted to get you a preview of how topline is rolling up as well as 2026 spending versus target. We will provide recommendations as we analyze the implications of the submission throughout the horizon and our ability to deliver on our external commitments.

### Key Takeaways (detailed below)

- 2026 revenue growth of [redacted]% (excludes AR) came in largely as assumed versus our targets
- 2025-2031 CAGR of [redacted]% has ambitious assumptions for Surgical, IHFM, AR, and Other HF initiatives
- 2026 spend – [redacted] – TAVR and IHFM. Each submitted [redacted].
  - TAVR – [redacted]
  - IHFM – [redacted]
  - EMEACLA GS - [redacted]

### Topline

| | 2026 Revenue | 2025-2031 CAGR \| 2031 Revenue |
|---|---|---|
| TAVR AS | [redacted] | [redacted] |
| TAVR AR | [redacted] | [redacted] |
| TMTT | [redacted] | [redacted] |

| | | |
|---|---|---|
| Surgical | [redacted] | [redacted] |
| IHFM | | |
| Other HF [redacted] | - | [redacted] |
| **Total EW** | [redacted] *(excl. AR)* | [redacted] |

**Spending**

| | | | 2026 | 2026 | |
|---|---|---|---|---|---|
| | | | *Target* | *Submitted* | *Variance to 2026 Proposed Target* |
| **BUs** | TAVR - Aortic Stenosis OPEX | | [redacted] | | |
| | TAVR - Aortic Regurgitation OPEX | Wood/Brüls/Lippis | | | |
| | TAVR | | | | |
| | TMTT | Chopra/Brüls/Lippis | | | |
| | Surgical | Markowitz/Brüls/Lippis | | | |
| | IHFM | Gomez-Thinnes | | | |
| | APTURE | Brinton | | | |
| **Regional GS** | EMEACLA Group Support | Brüls | | | |
| | JAPAC Group Support | Lippis | | | |
| **Enabling Functions** | Global Supply Chain/Quality - Sales Driven (Growth) | | | | |
| | Global Supply Chain/Quality - Non-Sales Driven | Nuzzolese | | | |
| | Total Global Supply Chain/Quality | | | | |
| | IT | | | | |
| | Irvine Facilities & Services | Ullem | | | |
| | Finance + Risk Mgmt | | | | |
| | Global Human Resources - Product Cost | | | | |
| | Global Human Resources - Non Product Cost | McCauley | | | |
| | Global Human Resources | | | | |
| | Legal + Compliance | Pinkston | | | |
| | COE + Advanced Tech (ex. APTURE & Vectorious) | Brinton | | | |
| | Public Affairs | Huoh | | | |
| | Corp Dev/Strategy + Customer Solutions | Bobo | | | |

Thanks,
Rob

Message

**From**: Nick Olson [Nick_Olson@edwards.com]
**Sent**: 4/26/2024 8:57:25 PM
**To**: Don Bobo [Don_Bobo@edwards.com]; Finn Haley [Finn_Haley@edwards.com]
**Subject**: Dragon Proposal

I connected with Mark Turco regarding a potential response to our term sheet proposal.

The highlights include:

- Interest in an exclusivity fee (suggested a [redacted] fee and a reduced $110M purchase price)
- Expect to adjust the royalty terms:
  - Length extended to 10 years from commercialization (not deal close)
  - Lower or remove the sales threshold minimum
- Interest in RWI (in order to increase deal certainty...which is odd)
- Suggested Edwards also make a $50M equity investment in Genesis' Series B (non-voting)

My feedback:

- Exclusively fee can be considered. Key detail is whether it has accounting implications
- Changing the length of the royalty would be more palatable than reducing/removing the sales threshold (from a profitability perspective and a valuation perspective)
- RWI is undesirable for Edwards and we believe it would actually slow the process and be an extra wrinkle to navigate
- Edwards is positive about making a non-voting equity investment in the Series B but:
  - The $50M amount is higher than expected
  - We were thinking more in the $10-20M range....putting the combined transactions into the $130-140M range
  - We will need to dig into the details of the Genesis Series B to date (amount, valuation, use of funds)

Mark expected we would have a proposal response later today or over the weekend.

Nick

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX1560

Message

**From**: Steve Sloan [sloan@jenavalve.com]
**Sent**: 2/28/2025 11:15:38 PM
**To**: Don Bobo [Don_Bobo@edwards.com]; Irma Darmali [Irma_Darmali@edwards.com]
**CC**: Bryce Zakoski [Bryce_Zakoski@edwards.com]; John Kilcoyne [kilcoyne@jenavalve.com]; Finn Haley [Finn_Haley@edwards.com]; Tim Becaj [becaj@jenavalve.com]
**Subject**: RE: JenaValve - Confidential
**Attachments**: 2026 Forecast.pptx

**EXTERNAL EMAIL - Use caution opening attachments and links**

Hi Don & Irma,

I've attached our 2026 Forecast. This was used for internal planning only and hasn't been approved by our board.

Please restrict this document to "clean team" only.

Irma,

When you have a moment, please check on the two clinical agreements we sent over.

Regards,
Steve

**Steve Sloan**
Vice President, Finance

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1012
E-Mail: sloan@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

**From:** Don Bobo <Don_Bobo@edwards.com>
**Sent:** Friday, February 28, 2025 12:29 PM
**To:** John Kilcoyne <kilcoyne@jenavalve.com>
**Cc:** Steve Sloan <sloan@jenavalve.com>; Bryce Zakoski <Bryce_Zakoski@edwards.com>
**Subject:** Re: JenaValve - Confidential

Thanks, do you have a strawman for 2026? Need it today if able and I've included one of my strategy team members who is working on the 2026 view.

Thanks
Don

Get Outlook for iOS

---

**From:** John Kilcoyne <kilcoyne@jenavalve.com>
**Sent:** Wednesday, February 26, 2025 12:47:45 PM
**To:** Don Bobo <Don_Bobo@edwards.com>
**Cc:** Steve Sloan <sloan@jenavalve.com>
**Subject:** JenaValve - Confidential

**EXTERNAL EMAIL - Use caution opening attachments and links**

Don,

Good afternoon...

Following up on our call, I have attached our 2025 operating plan per your request.

Best,

John

**John Kilcoyne**
Chief Executive Officer

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1030
E-Mail: kilcoyne@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

---

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply and delete the message. To the extent contractual confidentiality obligations exist, this message and all information transmitted with it are designated "Confidential".

# Document Produced in Native

## 2026 Quarterly Forecast

JENAVALVE

| ($ in thousands) | Q1 Fcst | Q2 Fcst | Q3 Fcst | Q4 Fcst | Total |
|---|---|---|---|---|---|
| **Revenue** | [redacted] | | | | |
| **Cost of revenues** | | | | | |
| Pre-commercial manufacturing | | | | | |
| Clinical and regulatory | | | | | |
| Product development | | | | | |
| **Total R&D** | | | | | |
| Sales and marketing | | | | | |
| General and administrative | | | | | |
| **Total SG&A** | | | | | |
| **Total OPEX** | | | | | |
| **Loss from operations** | | | | | |
| Other expense | | | | | |
| **Net loss before tax** | | | | | |

Note: Exiting Q4 at $[redacted], annualized [redacted] run rate



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Match circle to green

Message

**From:** Bryce Zakoski [Bryce_Zakoski@edwards.com]
**Sent:** 3/11/2025 9:15:54 PM
**To:** Don Bobo [Don_Bobo@edwards.com]
**Subject:** Re: P&L's provided to finance

**Flag:** Follow up

We do not, but I will follow up with Rob Cook and take a shot at a synergized version. Agreed that I don't want them to jump to conclusions without considering synergies.

Regards,
Bryce

---

**From:** Don Bobo <Don_Bobo@edwards.com>
**Sent:** Tuesday, March 11, 2025 9:18 AM
**To:** Bryce Zakoski <Bryce_Zakoski@edwards.com>
**Subject:** Re: P&L's provided to finance

Bryce,
Thanks, do we have a consolidated P&L combining these 2025-2027 where we can take a shot at synergy / overlap?

Otherwise, I'm concerned that FP&A takes the raw input and concludes that we are significantly off the EPS mark.

Don

Get Outlook for iOS

---

**From:** Bryce Zakoski <Bryce_Zakoski@edwards.com>
**Sent:** Thursday, March 6, 2025 3:40:34 PM
**To:** Don Bobo <Don_Bobo@edwards.com>
**Subject:** Re: P&L's provided to finance

A summary of information shared with FP&A is below. All budgets were "as submitted to EW" so they should represent worst case (i.e., pre-synergies or reprioritization). The FP&A team created the 2026 P&L on their own and did not send us a summary.

- [redacted] - We shared 2025 budget as a baseline ($[redacted] run rate). No synergies assumed at this time. I told them to assume a similar run rate in 2026 for now, but could be slightly higher if pivotal trial is started late in the year. 2025 Clinical budget is $[redacted]

- **Jupiter** - We shared the exact budget that was provided to us. My understanding is that there is no internal synergized model available.

- [redacted]- Sent 2025/2026 budget provided by their team. Run rates of $[redacted] and $[redacted] in 2025 and 2026, respectively. It includes $[redacted]

Regards,
Bryce

---

**From:** Don Bobo <Don_Bobo@edwards.com>
**Sent:** Thursday, March 6, 2025 2:42 PM
**To:** Bryce Zakoski <Bryce_Zakoski@edwards.com>
**Subject:** P&L's provided to finance

Can you provide me with a summary, I did confirm with Jupiter that the P&L they provided assumed they went alone, built everything standalone as an independent company. I asked them to engage in more detail so we get a better idea of the P&L if run in our shop.

Don

Message

**From:** John Kilcoyne [kilcoyne@jenavalve.com]
**Sent:** 5/20/2025 9:57:27 PM
**To:** Don Bobo [Don_Bobo@edwards.com]
**Subject:** Jupiter
**Attachments:** Intergration Plan EuroPCT '25 FINAL.pdf

**Importance:** High
**Flag:** Follow up

**EXTERNAL EMAIL - Use caution opening attachments and links**

Don,
As discussed, I have attached our high-level integration summary for your review.
Best,
John

**John Kilcoyne**
Chief Executive Officer

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1030
E-Mail: kilcoyne@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

# Jupiter

May 20, 2025

5:00pm – 6:00pm (CET)

JENAVALVE

# Jupiter Integration – Discussion

- **Executive Overview of Integration Strategy & Approach**
- **Where EW Resources Will Immediately Help**
- **Integration x Department**

# Jupiter Integration – Executive Overview

- **Maintain execution focus on key value drivers through retention of talent/experience/expertise and fuel rapid growth after U.S. approval in way that JVT cannot**
- Key Value Drivers:
  - PMA Approval
  - US Commercial launch
  - OUS Commercial sales
  - Production - Valve and Delivery System Inventory Build and capacity ramp
- EW retains JVT personnel through PMA approval (min. timeline)
  - Minimize disruption and create stability by announcing no immediate changes in JVT employee structure and compensation, while enabling talent and manpower assessment
  - Announce integration process and timeline for migration JVT personnel onto EW email (asap) and HR (payroll) systems
- **Significant talent infusion necessary asap as JVT very short staffed in all functional areas to support US launch**
- Appoint a JVT business/integration leader, directly reporting to EW Sr. Corporate Leader
  - Core JVT business responsibility: obtain PMA approval (RA), oversee/lead product launch (CCO), production (VP-Ops), QA.
- JVT functional leaders report immediately into function leaders (e.g. HR, Ops, Finance, R&D, Clinical, .....)
- Establish transition core team consisting of EW/JVT executives to plan and drive further integration and leveraging EW capabilities and strategy (R&D pipeline, accelerate capacity ramp, etc).



CONFIDENTIAL – EDWARDS/JENAVALVE

# Integration – Where EW Resources Will Help Immediately

# Jupiter Integration – Where EW Resources Will Help Immediately

**OPS (Jeff Thiel)**

- Supply Chain Integration and Supplier support
- Mfg. Engineering Valves and Delivery Systems (Leeds/Irvine)
- Mfg. Capacity Planning / Site Expansion - Migration
- Distribution logistics
- Headcount: Sewers, Solutions, Tissue, Mfg. & Validation Engs. Distribution, Facilities

**R&D (Vivian Khalil - Valves and Greg Mirigian - DS)**

- Development Support
  - Large Valves (29/31) and Delivery System (TF3) – Personal, Materials and Development Support
  - Project Management
  - IP review

# Jupiter Integration – Where EW Resources Will Help Immediately

**Commercial (Pete Spadaro)**

- Didactic, wet lab, simulator and live case training (field teams/clin affairs/marketing) – Both Ways
- Field Personnel (Sales. Clinical, Therapy) and Training Personnel to accelerate launch
- Reimbursement (commercial/clinical)
- Customer support (US and EU) / contracting / CRM / Forecasting
- MarCom Support
- Field Depots

**Clinical/Medical (Duane Pinto, MD)**

- Contracting / Negotiating – Clinical Trial Agreements (CTA)
- Case Review Board (CRB) for 3 current clinical trials
- Site Managers to onboard new ARTIST sites
- Safety Reporting
- Data Management (Trial data base analysis/QC)

# Jupiter Integration – Where EW Resources Will Help Immediately

**Reg/Quality (Jane Metcalf)**

- MDR support
- Supplier audits
- Risk management
- Validations (ie clean room expansion)
- Regulatory project mgr./ Documentation/ Quality Eng.
- Complaints handling and Lab space

**Finance/HR (Steve Sloan and Connie Correa Thompson)**

- Legal support (supplier, commercial, clinical contracts , compliance, CTAs)
- Network security
- Reporting, ERP and IT systems (QAD conversion to JDE)
- Employee Recruiting support

# Integration x Department

# Jupiter Integration x Department

**OPS (Jeff Thiel)**

- Continuity very important - retain and augment with EW production personnel (sewers, tissue, solutions, lab, validation, mfg eng.)
- Will need Leeds and Irvine mfg. teams for foreseeable future (as transition to EDW mfg. plan occurs)
- Assess talent from close to PMA approval
- **Significant talent infusion necessary as very short staffed to support current and future U.S. commercial and clinical demand**
- New and or materially expanded mfg. facility needed asap [redacted]
- Jeff Thiel, VP, Operations retiring post PMA approval

**R&D (Vivian Khalil - Valves and Greg Mirigian - DS)**

- Valves
  - Continuity important - retain and augment with EW production personnel
  - Valve R&D team possesses material technical and black art awareness of valve
  - Additional talent infusion necessary as very short staffed
- Delivery Systems
  - Continuity important
  - Delivery systems often the Achilles heal of valve systems
  - Assess talent from close to PMA approval – transition decision mid term

# Jupiter Integration x Department

**Commercial (Pete Spadaro)**

- Field and Marketing Team – 100% require all – no change
- Significantly competent in clinical cases and market awareness
- **Field** -[redacted] ppl ([redacted] - EU / [redacted] – US) -- **Marketing** – [redacted] ppl ([redacted] – EU / [redacted] – US)
- **Significant talent infusion necessary as very short staffed to support a U.S. commercial launch**

**Clinical/Medical (Duane Pinto, MD)**

- No change – thru PMA approval
- Assess talent from close to PMA approval
- **Significant talent infusion necessary as very short staffed to support ongoing clinical trials (N[redacted])**
- Earlier integration

# Jupiter Integration x Department

- **Reg/Quality (Jane Metcalf)**
- No change – thru PMA approval
- Assess talent from close to PMA approval
- Earlier integration
- **Significant talent infusion necessary as very short staffed to support mfg., US commercial launch as well as ongoing clinical trials**
- Jane Metcalf, VP Regulatory/Quality – Retiring post PMA approval

**Finance (Steve Sloan)**

- No change – thru PMA approval
- Assess talent from close to PMA approval
- Earlier integration

**HR (Connie Correa Thompson)**

- No change – thru PMA approval
- Trusted advisors to employees – key to smooth messaging and support
- Assess talent from close to PMA approval
- Earlier integration

JENAVALVE

Message

**From**: Robert Cook [Robert_Cook@edwards.com]
**Sent**: 5/2/2025 5:58:35 PM
**To**: Scott Ullem [Scott_Ullem@edwards.com]; Mark Wilterding [Mark_Wilterding@edwards.com]
**Subject**: 2026 Modeling Updates
**Attachments**: 2026 Update.pptx

Hi Scott and Mark,

Following our conversation earlier this week, attached are 3 slides summarizing the latest financial thinking on 2026. Summary below and would be happy to find time next week for the three of us to review live before socializing with Don and Bernard.

**Takeaways**

- The early-April modeling has been updated for the following impacts, creating a projected gap of $[redacted] to achieve $[redacted] of EPS in 2026
  - Headwinds: [redacted]
  - Tailwinds: [redacted]
- Slide 2 gets to some of the key strategic question points (and recommendations) around EPS goals, Tariff and Jupiter modeling, and the outcome of the R&D portfolio workstream
  - [redacted]
- Slide 3 illustrates the financial model and assumptions for reference

I am in and out today, but please let me know if you have any follow-ups or questions.

Thank you,
Rob

# Document Produced in Native Format

# 2026 Updated Financial Modeling

May 2025

Edwards

Edwards Lifesciences

# Executive Summary

- Preliminary 2026 Strat Plan guidance provided initial guardrails to deliver on our external commitments
  - ✓ [redacted]% total company sales growth | ✓ [redacted] bps of operating margin expansion | ✓ [redacted] EPS [redacted]
  - Modeling Assumptions:
    - Sales growth at [redacted]%, $[redacted] of EPS
    - BU Spend guidance: TAVR-AS [redacted]% (excluding JenaValve), TMTT [redacted]%, Surgical [redacted]%, IFHM [redacted]%
    - Enabling Functions [redacted]%, GSC [redacted]% sales-driven and [redacted]% non-sales driven
  - Included [redacted] spend buffer, $[redacted] ELT pool, EIP at [redacted]
- 2026 financial modeling has been refreshed with the following updates:
  - **$[redacted] cents | ~[redacted]** – Tariff impact (latest estimate $1[redacted], excludes potential retaliatory tariffs)
  - **$[redacted] cents | ~$[redacted]** – Jupiter synergies removed; sales slightly de-risked. Total EPS impact of [redacted]
  - **$[redacted] cents | ~$[redacted]** – [redacted] impact re-added
  - **$[redacted] cents | $[redacted]** – [redacted]
  - **+[redacted] cents | ~[redacted]** – [redacted]
- Distributed targets with the above assumptions lands at **$[redacted]** of EPS, or a ~**$[redacted]** gap to bridge to achieve [redacted] **of EPS** [redacted]% growth over $[redacted] top-end of guidance range)

Edwards Lifesciences

# Alignment Questions

1. **Is $[redacted] of EPS the right goal?**
   - FP&A recommendation: **Yes.** It delivers on external commitments and delivering EPS is one of the 2 biggest drivers in our stock price appreciating (alongside revenue growth)
     - This tariff impact creates the call to action needed to [redacted]
     - It would support a guidance statement of $[redacted]
2. **Do we react now to tariffs or wait and see if they are removed?**
   - FP&A recommendation: **We should approach our planning with what we know today**. If tariffs are removed, [redacted]
3. **Do we assume we get Jupiter synergies?**
   - FP&A recommendation: **No, we should not count on synergies occurring**. Any synergies may be offset by additional integration costs (revaluing IPR&D, supply chain integration, IT, etc.)
4. **What amount of R&D savings is appropriate to target?**
   - FP&A recommendation: **$[redacted] of internal savings** versus today's $[redacted] total R&D should be thought of as the **minimum amount to achieve**, depending on impact to long-term revenue growth and profitability
     - Acquisitions are estimated ~$[redacted], bringing total back to [redacted]. This would be [redacted]% of 2026 sales.
     - This leaves ~[redacted] gap to further solve with SG&A reductions (or additional R&D if appropriate)

Edwards Lifesciences

# 2026 Model

[redacted]

| | 2025 | 2026 | 2026 | 2026 | 2026 | 2026 | 2026 |
|---|---|---|---|---|---|---|---|
| **Sales** | [redacted] | | | | | | |
| Underlying Growth % | | | | | | | |
| **Gross Profit** | | | | | | | |
| Gross Profit % | | | | | | | |
| SG&A | | | | | | | |
| SG&A Growth % | | | | | | | |
| R&D | | | | | | | |
| **Total Opex** | | | | | | | |
| Underlying Growth ex. Other Op Income % | | | | | | | |
| **Operating Income** | | | | | | | |
| Interest Expense/(Income) | | | | | | | |
| Other Expense/(Income) | | | | | | | |
| **Pretax Income** | | | | | | | |
| Tax Expense | | | | | | | |
| Tax Rate % | | | | | | | |
| **Net Income (Edwards)** | | | | | | | |
| **Adjusted EPS** | | | | | | | |
| EPS Growth % | | | | | | | |
| **Diluted Shares** | | | | | | | |
| SG&A | | | | | | | |
| R&D | | | | | | | |
| Operating Income | | | | | | | |

Edwards

Helping Patients is Our Life's Work, and *life is now*

Edwards Lifesciences

# Targets assume topline growth of [redacted]%

*($ in millions at budget FX rates, underlying growth excludes JenaValve)*

| | 2026 Target Modeling |
|---|---|
| TAVR-AS | [redacted] |
| TMTT | |
| Surgical | |
| IHFM | |
| **Total EW Sales Growth** | |
| JenaValve Sales | |

# Simplified View

| *$mm* | 2025 April Forecast | 2026 FP&A | Y/Y Change | Tariff Impact | Acquisitions* | 2026 w/ Acq. |
|---|---|---|---|---|---|---|
| TAVR | [redacted] | | | | | |
| TMTT | | | | | | |
| Surgical | | | | | | |
| IHFM | | | | | | |
| Total Sales | | | | | | |
| | | | | | | |
| Gross Profit | | | | | | |
| | | | | | | |
| SG&A | | | | | | |
| R&D | | | | | | |
| Total Opex | | | | | | |
| | | | | | | |
| Interest Income | | | | | | |
| | | | | | | |
| EPS | | | | | | |
| | | | | | | |
| *GP / sales* | | | | | | |
| *SG&A / sales* | | | | | | |
| *R&D / sales* | | | | | | |
| *Operating Margin* | | | | | | |

[redacted]

Edwards Lifesciences

From April 10th MBR

# Strategic Plan Financial Update

- Our goal is to de-risk the plan and deliver on our 2026 and beyond commitments:
  - ✓ ~[redacted]% total company sales growth
  - ✓ [redacted] bps of operating margin expansion
  - ✓ [redacted] EPS growth
- Depending on 2025 results, this will require **2026 EPS of at least $[redacted]**, including the impact of M&A
- Financial guidance is grounded in realistic financial assumptions, beginning with 2026 spend growth of:
  - ✓ TAVR-AS [redacted]% (excluding JenaValve), TMTT [redacted]%, Surgical [redacted]%, IFHM [redacted]%
  - ✓ Enabling Functions [redacted]%, GSC [redacted]% sales-driven and [redacted]% non-sales driven
- Targets subject to change based on the R&D portfolio exercise led by Todd and Don

Message

| | |
|---|---|
| **From**: | Blessie Concepcion [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=97FEC6AF09AB40C3BA249029F15B52B0-BLESSIE CON] |
| **Sent**: | 7/16/2025 5:19:30 AM |
| **To**: | Jaime Wheeler [Jaime_Wheeler@edwards.com]; Vicki Marshall [Vicki_Marshall@edwards.com]; Amy Miller [Amy_Miller@edwards.com] |
| **Subject**: | RE: AR JOURNEY question |

This is perfect – thanks Vicki! Thanks Jaime for reaching out to Jena. Of note, only Christ and Cedars participated in ALIGN-AR, and Cedars may only be the one participating in both ALIGN CAP and JOURNEY. Dr Garcia noted that he opted out of ALIGN CAP because he wanted to focus on JOURNEY enrollment and didn't agree with their pricing strategy (increased their price twice).

**From:** Jaime Wheeler <Jaime_Wheeler@edwards.com>
**Sent:** Tuesday, July 15, 2025 5:04 PM
**To:** Vicki Marshall <Vicki_Marshall@edwards.com>; Blessie Concepcion <Blessie_Concepcion@edwards.com>; Amy Miller <Amy_Miller@edwards.com>
**Subject:** Re: AR JOURNEY question

Thank you so much - this is just what we needed!

Jaime

**From:** Vicki Marshall <Vicki_Marshall@edwards.com>
**Sent:** Tuesday, July 15, 2025 4:59 PM
**To:** Blessie Concepcion <Blessie_Concepcion@edwards.com>; Jaime Wheeler <Jaime_Wheeler@edwards.com>; Amy Miller <Amy_Miller@edwards.com>
**Subject:** Re: AR JOURNEY question

Hello Jaime and Blessie,

Attached are 3 slides, the first 2 slides are for approved cases that haven't been implanted yet and the 3rd slide is for cases in screening that haven't been presented yet. All the perimeters are listed for each case.

Let me know if you need anything else, happy to help!

Vicki

**From:** Blessie Concepcion <Blessie_Concepcion@edwards.com>
**Sent:** Tuesday, July 15, 2025 2:55 PM
**To:** Vicki Marshall <Vicki_Marshall@edwards.com>; Jaime Wheeler <Jaime_Wheeler@edwards.com>; Amy Miller <Amy_Miller@edwards.com>
**Subject:** RE: AR JOURNEY question

Anticipating JenaValve alternative, I did previously ask Joe to provide his JenaValve size assessment for each of the cases in the attached. It would be helpful to add the annular perimeters to further clarify JenaValve size needs for each case.

Thank you!

---

**From:** Vicki Marshall <Vicki_Marshall@edwards.com>
**Sent:** Tuesday, July 15, 2025 2:21 PM
**To:** Blessie Concepcion <Blessie_Concepcion@edwards.com>; Jaime Wheeler <Jaime_Wheeler@edwards.com>; Amy Miller <Amy_Miller@edwards.com>
**Subject:** Re: AR JOURNEY question

No problem, I've got your back, will send a list of pts approved but not treated yet and cases in screening where we have the perimeter from the core lab read. Will get to work on it!

Vicki

Get Outlook for iOS

---

**From:** Blessie Concepcion <Blessie_Concepcion@edwards.com>
**Sent:** Tuesday, July 15, 2025 2:18:49 PM
**To:** Vicki Marshall <Vicki_Marshall@edwards.com>; Jaime Wheeler <Jaime_Wheeler@edwards.com>; Amy Miller <Amy_Miller@edwards.com>
**Subject:** RE: AR JOURNEY question

I don't have easy access to the perimeters for each case so appreciate your help adding them to the spreadsheet.

Thanks!

---

**From:** Vicki Marshall <Vicki_Marshall@edwards.com>
**Sent:** Tuesday, July 15, 2025 2:15 PM
**To:** Jaime Wheeler <Jaime_Wheeler@edwards.com>; Blessie Concepcion <Blessie_Concepcion@edwards.com>; Amy Miller <Amy_Miller@edwards.com>
**Subject:** Re: AR JOURNEY question

We can add the perimeter to the list for each pt, Blessie, would you like me to provide or do you have easy access to the perimeters for each case, I can get that no problem.

Get Outlook for iOS

---

**From:** Jaime Wheeler <Jaime_Wheeler@edwards.com>
**Sent:** Tuesday, July 15, 2025 2:04:48 PM
**To:** Vicki Marshall <Vicki_Marshall@edwards.com>; Blessie Concepcion <Blessie_Concepcion@edwards.com>; Amy Miller <Amy_Miller@edwards.com>
**Subject:** Re: AR JOURNEY question

Confidentially, I am negotiating to see if we can transfer any acute AR patients in the Jena range over to jena to treat in their CAP so I think this list would be better by Perimeter sizing so we can quantify the volume of potential patients first. Then we need to check with our docs as to who might be critical/acute second.

All of this is if JENA agrees. I hope to hear soon.

---

**From:** Vicki Marshall <Vicki_Marshall@edwards.com>
**Sent:** Tuesday, July 15, 2025 1:08 PM
**To:** Blessie Concepcion <Blessie_Concepcion@edwards.com>; Jaime Wheeler <Jaime_Wheeler@edwards.com>; Amy Miller <Amy_Miller@edwards.com>
**Subject:** Re: AR JOURNEY question

Thx for sending Blessie! Jaime, is this all you need or is there anything else, looks like Blessie got what you needed.

Vicki

Get Outlook for iOS

---

**From:** Blessie Concepcion <Blessie_Concepcion@edwards.com>
**Sent:** Tuesday, July 15, 2025 1:01:37 PM
**To:** Vicki Marshall <Vicki_Marshall@edwards.com>; Jaime Wheeler <Jaime_Wheeler@edwards.com>; Amy Miller <Amy_Miller@edwards.com>
**Subject:** RE: AR JOURNEY question

Here's the valve sizing matrix comparison. There are some 31mm patients who may not be eligible for Jena based on their annular perimeter (dependent on other anatomical measurements).

I can ask Joe and Dan to help in determining which patients maybe eligible for Jena and what valve size.

# Valve Sizing

| J-VALVE | Valve Size | 22mm | 25mm | 28mm | 31mm | 34mm |
|---|---|---|---|---|---|---|
|  | Annular Perimeter Range | [redacted] | | | | |
| | Annular Diameter Range | | | | | |
| | Valve Height | | | | | |
| TRILOGY (JenaValve) | Valve Size | | Small | Medium | Large | |
|  | Annular Perimeter Range | [redacted] | | | | |
| | Annular Diameter Range | | | | | |
| | Valve Height | | | | | |

- ALIGN-AR Trial: [redacted] were excluded for being [redacted]
- J-Valve EFS: [redacted] required 31 or 34mm valve sizes

**From:** Blessie Concepcion
**Sent:** Tuesday, July 15, 2025 12:52 PM
**To:** Vicki Marshall <Vicki_Marshall@edwards.com>; Jaime Wheeler <Jaime_Wheeler@edwards.com>; Amy Miller <Amy_Miller@edwards.com>
**Subject:** RE: AR JOURNEY question

I compiled the list below from last night…

| Site # | Site | Subject | CMR | Enrollment Status | Case Review Status | Final Confirmation Email | PLANNED Proc Date | Anticipated Valve Size | ACTUAL Proc Date |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | |

[redacted]

[redacted]

**From:** Vicki Marshall <Vicki_Marshall@edwards.com>
**Sent:** Tuesday, July 15, 2025 12:48 PM
**To:** Jaime Wheeler <Jaime_Wheeler@edwards.com>; Amy Miller <Amy_Miller@edwards.com>
**Cc:** Blessie Concepcion <Blessie_Concepcion@edwards.com>
**Subject:** Re: AR JOURNEY question

Will work on the list and send when done, no problem!

Get Outlook for iOS

---

**From:** Jaime Wheeler <Jaime_Wheeler@edwards.com>
**Sent:** Tuesday, July 15, 2025 12:42:27 PM
**To:** Vicki Marshall <Vicki_Marshall@edwards.com>; Amy Miller <Amy_Miller@edwards.com>
**Cc:** Blessie Concepcion <Blessie_Concepcion@edwards.com>
**Subject:** AR JOURNEY question

Hi All,

Is it possible to get the list of approved and pending approval JOURNEY cases by valve size so I can see where we overlap with JENA?

Jaime

CONFIDENTIAL IN ITS ENTIRETY

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]