# PX2052- PX2227

(see exhibit stamps bottom right corner)

PX2052 (Pgs. 2-5)
PX2053 (Pgs. 6-10)
PX2061 (Pgs. 11-19)
PX2062 (Pgs. 20-21)
PX2069 (Pgs. 22-23)
PX2090 (Pgs. 24-26)
PX2096 (Pgs. 27-41)
PX2119 (Pgs. 42-44)
PX2186 (Pgs. 45-111)
PX2194 (Pgs. 112-139)
PX2198 (Pgs. 140-142)
PX2201 (Pgs. 143-145)
PX2227 (Pgs. 146-147)

### Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 21 | Date Range: 7/24/2024 |

### Outline of Conversations

**56c1f1dd8a2ce122496d8410c40a4be9** • 21 messages on 7/24/2024 • +1 • Daniel Sun (+[redacted]) • Devin Baerenwald (+[redacted]) • Devin Baerenwald ([redacted])

**Messages in chronological order** (times are shown in GMT +00:00)

**56c1f1dd8a2ce122496d8410c40a4be9**

DB **Devin Baerenwald (+[redacted])** ▶ 7/24/2024, 11:23 PM
$1.2B for both JVT and Endotronix. I don't know much about out the Endotronix business, but that doesn't sound like we got the high nine digits we were hoping for.

DS **Daniel Sun (+[redacted])** ◀ 7/24/2024, 11:31 PM
No it makes sense

DS **Daniel Sun (+[redacted])** ◀ 7/24/2024, 11:31 PM
Endotronix was probably 200m

DS **Daniel Sun (+[redacted])** ◀ 7/24/2024, 11:31 PM
They negotiated with them way back in the day to have rights to acquire

DS **Daniel Sun (+[redacted])** ◀ 7/24/2024, 11:32 PM
Endotronix way smaller

DB **Devin Baerenwald (+[redacted])** ▶ 7/24/2024, 11:32 PM
Got it.

DB **Devin Baerenwald (+[redacted])** ▶ 7/24/2024, 11:33 PM
What's the vibe in house? Sounded like a lot of fear from the audience.

DS **Daniel Sun (+[redacted])** ◀ 7/24/2024, 11:33 PM
Dude it's like a funeral

DS **Daniel Sun (+[redacted])** ◀ 7/24/2024, 11:33 PM
So freaking weird

DB **Devin Baerenwald (+[redacted])** ▶ 7/24/2024, 11:36 PM
😆

DB **Devin Baerenwald (+[redacted])** ▶ 7/24/2024, 11:36 PM
How are you feeling?

DS **Daniel Sun (+[redacted])** ◀ 7/24/2024, 11:37 PM
I'm worried our shares are not going to be worth much

DB **Devin Baerenwald (+[redacted])** ▶ 7/24/2024, 11:38 PM
Yeah, I'm pretty sure we're going to get hosed, but with no real data to back it up.

DB **Devin Baerenwald (+[redacted])** ▶ 7/24/2024, 11:43 PM
Chris got forwarded an email from an old Edwards colleague that said Edwards also closed the deal to acquire JC Medical, which I haven't seen anywhere online, but that would mean Edwards just bought the AR market.

DS **Daniel Sun (+[redacted])** ◀ 7/24/2024, 11:44 PM
It's not right

DS **Daniel Sun (+[redacted])** ◀ 7/24/2024, 11:44 PM
Chris said that on the call

DS **Daniel Sun (+[redacted])** ◀ 7/24/2024, 11:45 PM
No idea where he's getting this info

DS **Daniel Sun (+[redacted])** ◀ 7/24/2024, 11:45 PM
Show me the evidence

DS **Daniel Sun (+[redacted])** ◀ 7/24/2024, 11:45 PM
Or did some idiot just misread Jenavalve and assume j valve

DB **Devin Baerenwald (+[redacted])** ▶ 7/24/2024, 11:50 PM


2:40
◀ Photos

THV Team,

Today, Edwards has entered into an agreement to acquire **JenaValve,** a pioneer in the transcatheter treatment of aortic regurgitation. We have also closed the deal to acquire **JC Medical,** to develop an expanded portfolio of transcatheter solutions for the treatment of AR.

Aortic regurgitation is a deadly disease that is distinct from Aortic Stenosis and requires different therapy solutions - today, surgery is the only option for these patients and the disease remains significantly undertreated.

**JenaValve and JC Medical are the most advanced companies in the AR space:**

- JenaValve has a commercially available AR platform in Europe and has completed its ALIGN-AR trial in the United States – positive results from this trial were presented late last year; this acquisition is subject to the satisfaction of certain closing conditions
- JC Medical's J-Valve offers unique technology with early clinical experience, enabling us

Reply

*Image: mms_data_20486_33882.jpg (179 KB)*

DB **Devin Baerenwald (+[redacted])** ▶ 7/24/2024, 11:54 PM
I wish we knew how many shares there are outstanding.

2:40
◀ Photos
41

THV Team,

Today, Edwards has entered into an agreement to acquire **JenaValve,** a pioneer in the transcatheter treatment of aortic regurgitation. We have also closed the deal to acquire **JC Medical,** to develop an expanded portfolio of transcatheter solutions for the treatment of AR.

Aortic regurgitation is a deadly disease that is distinct from Aortic Stenosis and requires different therapy solutions - today, surgery is the only option for these patients and the disease remains significantly undertreated.

**JenaValve and JC Medical are the most advanced companies in the AR space:**

- JenaValve has a commercially available AR platform in Europe and has completed its ALIGN-AR trial in the United States – positive results from this trial were presented late last year; this acquisition is subject to the satisfaction of certain closing conditions
- JC Medical's J-Valve offers unique technology with early clinical experience, enabling us to expand the long-term TAVR-

Reply

Mail Calendar Feed Apps

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 65 | Date Range: 7/25/2024 |

## Outline of Conversations

**56c1f1dd8a2ce122496d8410c40a4be9** • 65 messages on 7/25/2024 • +1 • Daniel Sun (+[redacted]) • Devin Baerenwald (+[redacted]) • Devin Baerenwald ([redacted])

**Messages in chronological order** (times are shown in GMT +00:00)

**56c1f1dd8a2ce122496d8410c40a4be9**

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 12:11 AM
Oh shit

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 12:11 AM
Wtf

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 12:11 AM
That's crazy

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 12:11 AM
That's from an ew rep?

DB **Devin Baerenwald (+[redacted])** ▶ 7/25/2024, 12:12 AM
He said it was from an old Edwards colleague.

DB **Devin Baerenwald (+[redacted])** ▶ 7/25/2024, 12:12 AM
I can't find jack shit about it online.

DB **Devin Baerenwald (+[redacted])** ▶ 7/25/2024, 12:12 AM
And it wasn't mentioned on the Edwards quarterly call.

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 12:49 AM
Just confirmed

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 12:49 AM
With a bunch of ew folks

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 12:49 AM
Crazy

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 12:49 AM
Not great for us

DB **Devin Baerenwald (+[redacted])** ▶ 7/25/2024, 12:50 AM
It's incredible for Edwards, but they're going to be sure to figure out whose technology is better and then kill the other.

DB **Devin Baerenwald (+[redacted])** ▶ 7/25/2024, 12:51 AM
I'm on with Joe now. 😂

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 12:52 AM
Yep

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 12:52 AM
We fucked up so bad by not having a larger valve size

DB **Devin Baerenwald (+[redacted])** ▶ 7/25/2024, 12:52 AM
But Daniel, we need a smaller valve so we can go for the hemodynamics play in AS.

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 12:53 AM
Insane

DS Daniel Sun (+[redacted]) ◀ 7/25/2024, 12:53 AM
Buckle up

DS Daniel Sun (+[redacted]) ◀ 7/25/2024, 12:54 AM
Gonna be a wild ride

DB Devin Baerenwald (+[redacted]) ▶ 7/25/2024, 12:54 AM
Shockwave is looking for a Director of Sales Training. Might update my CV.

DS Daniel Sun (+[redacted]) ◀ 7/25/2024, 12:55 AM
They better throw some major retention bonuses at us

DB Devin Baerenwald (+[redacted]) ▶ 7/25/2024, 1:03 AM
I know you mentioned the share price being your primary concern since you were eyeing that Patek grand complication, but how do you think this will all shake out as far as attrition goes?

DS Daniel Sun (+[redacted]) ◀ 7/25/2024, 1:05 AM
Like employee attrition?

DB Devin Baerenwald (+[redacted]) ▶ 7/25/2024, 1:05 AM
Yeah, and eventual downsizing vs integrating.

DS Daniel Sun (+[redacted]) ◀ 7/25/2024, 1:10 AM
Well I'm guessing once the deal closes, they will rapidly start to integrate

DS Daniel Sun (+[redacted]) ◀ 7/25/2024, 1:10 AM
So we will for sure lose some people

DS Daniel Sun (+[redacted]) ◀ 7/25/2024, 1:10 AM
I don't think we can downsize until the deal closes

DS Daniel Sun (+[redacted]) ◀ 7/25/2024, 1:16 AM
The whole JC Medical thing is crazy

DS Daniel Sun (+[redacted]) ◀ 7/25/2024, 1:17 AM
Do they find their ide trial??

DB Devin Baerenwald (+[redacted]) ▶ 7/25/2024, 1:20 AM
It already got approved.

DB Devin Baerenwald (+[redacted]) ▶ 7/25/2024, 1:25 AM
So integration likely won't happen until the deal is closed, correct? And that's contingent on FDA approval and a couple other things that I can't remember.

DS Daniel Sun (+[redacted]) ◀ 7/25/2024, 2:14 AM
Sorry I meant fund the trial

DS Daniel Sun (+[redacted]) ◀ 7/25/2024, 2:14 AM
Does Edwards move forward with J valve study

DS Daniel Sun (+[redacted]) ◀ 7/25/2024, 2:15 AM
No deal is closed after FTC review

DS Daniel Sun (+[redacted]) ◀ 7/25/2024, 2:15 AM
FDA approval and sales goal are milestones to receive full money

DB Devin Baerenwald (+[redacted]) ▶ 7/25/2024, 2:23 AM

👍

DS **Daniel Sun (+[redacted])** ◄ 7/25/2024, 2:35 AM
I feel like we won't get any money at deal close though

DS **Daniel Sun (+[redacted])** ◄ 7/25/2024, 2:35 AM
It will all go to investors

DB **Devin Baerenwald (+[redacted])** ► 7/25/2024, 3:17 PM
You couldn't find a more beat up tshirt this morning?

DS **Daniel Sun (+[redacted])** ◄ 7/25/2024, 3:17 PM
Oh I could have

DS **Daniel Sun (+[redacted])** ◄ 7/25/2024, 3:17 PM
That's for sure

DB **Devin Baerenwald (+[redacted])** ► 7/25/2024, 8:18 PM
Probably a good day to buy more Edwards stock. Down 31%. Yikes.

DS **Daniel Sun (+[redacted])** ◄ 7/25/2024, 8:19 PM
Yea it's insane

DS **Daniel Sun (+[redacted])** ◄ 7/25/2024, 8:19 PM
I'm down so much lol

DB **Devin Baerenwald (+[redacted])** ► 7/25/2024, 8:21 PM
Probably hard to stomach dropping from $10M to $7M net worth.

DS **Daniel Sun (+[redacted])** ◄ 7/25/2024, 8:29 PM
Lol

DS **Daniel Sun (+[redacted])** ◄ 7/25/2024, 8:29 PM
Sure sure

DS **Daniel Sun (+[redacted])** ◄ 7/25/2024, 8:29 PM
I'm probably fired in the next few months

DS **Daniel Sun (+[redacted])** ◄ 7/25/2024, 8:29 PM
You're going to get a fat retention package

DB **Devin Baerenwald (+[redacted])** ► 7/25/2024, 8:33 PM
I'll believe it when I see it.

DB **Devin Baerenwald (+[redacted])** ► 7/25/2024, 8:34 PM
Pete and Duane think you're the smartest person in the company, which obviously I know is false, but I'm sure they're selling your accolades to the Edwards leadership.

DS **Daniel Sun (+[redacted])** ◄ 7/25/2024, 8:36 PM
If I get fired you will quit in solidarity right?

DS **Daniel Sun (+[redacted])** ◄ 7/25/2024, 8:36 PM
I'm counting on you

DB **Devin Baerenwald (+[redacted])** ▶ 7/25/2024, 8:40 PM
I'm still waiting for someone I've worked with to start a company and get me a cushy job making a shit ton of money and doing very little useful work, so when you find me that opportunity, absolutely.

DB **Devin Baerenwald (+[redacted])** ▶ 7/25/2024, 8:46 PM
A retention bonus would be nice since we're going to get hosed on our shares after we miss the approval timeline and the sales number.

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 8:54 PM
Lol

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 8:54 PM
It's possible

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 8:54 PM
Hopefully Connie comes up with something good

DB **Devin Baerenwald (+[redacted])** ▶ 7/25/2024, 8:58 PM
Pete keeps telling me that I could see some upside, but based on my experience here, it won't be enough to start shopping like you.

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 9:01 PM
What do u mean? Like your experience at JVT doesn't give u upside in a job search?

DB **Devin Baerenwald (+[redacted])** ▶ 7/25/2024, 9:02 PM
No. If any raises or retention bonuses are decided by Connie, it will be minimal.

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 9:04 PM
Are u serious? Clinicals gonna have biggest retention

DB **Devin Baerenwald (+[redacted])** ▶ 7/25/2024, 9:05 PM
Once again, I'll believe it when I see it.

DB **Devin Baerenwald (+[redacted])** ▶ 7/25/2024, 9:05 PM
Just let me be pessimistic, Daniel. It's how I cope with the unknown.

DB **Devin Baerenwald (+[redacted])** ▶ 7/25/2024, 9:05 PM
Especially if you want me to quit in solidarity. 😂

### Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 27 | Date Range: 2/28/2023 |

### Outline of Conversations

**09222b05c148e9591944a7dc57afeb35** • 27 messages on 2/28/2023 • +1 • Corey Walker (+[redacted]) • Corey Walker ([redacted]) • Daniel Sun (+[redacted])

**Messages in chronological order** (times are shown in GMT +00:00)

---

**09222b05c148e9591944a7dc57afeb35**

CW **Corey Walker (+[redacted])** ▶ 2/28/2023, 12:45 PM
If you want to head over togetehr. I'll probably leave around 8:15. No worries if not, just wanted to let you know.

DS **Daniel Sun (+[redacted])** ◀ 2/28/2023, 2:52 PM
Hey Corey sorry for late reply. I'm heading over now

DS **Daniel Sun (+[redacted])** ◀ 2/28/2023, 2:53 PM
How did the j valve one go?

CW **Corey Walker (+[redacted])** ▶ 2/28/2023, 2:57 PM
First 75% was the same. Then hammered on the differences in size, bicuspid, aorta angle

DS **Daniel Sun (+[redacted])** ◀ 2/28/2023, 2:58 PM
Any data or clinical trial plans?

CW **Corey Walker (+[redacted])** ▶ 2/28/2023, 2:58 PM




*Image: mms_data_13502_25794.jpg (953 KB)*

CW **Corey Walker (+[redacted])** ▶ 2/28/2023, 2:58 PM




*Image: mms_data_13504_25796.jpg (550 KB)*

CW **Corey Walker (+[redacted])** ▶ 2/28/2023, 2:58 PM




*Image: mms_data_13506_25798.jpg (107 KB)*

DS **Daniel Sun (+[redacted])** ◀ 2/28/2023, 2:59 PM
Wow

DS **Daniel Sun (+[redacted])** ◀ 2/28/2023, 2:59 PM
Going right at us

CW **Corey Walker (+[redacted])** ▶ 2/28/2023, 2:59 PM
Didn't hold back

CW **Corey Walker (+[redacted])** ▶ 2/28/2023, 3:00 PM
When reviewing the compassionate use data, listed out three or so that were excluded from the trial

CW **Corey Walker (+[redacted])** ▶ 2/28/2023, 3:00 PM
ALIGN

DS **Daniel Sun (+[redacted])** ◀ 2/28/2023, 3:00 PM

Wow

DS **Daniel Sun (+[redacted])** ◄ 2/28/2023, 3:00 PM
Can you mention all this in the Whatsapp chat?

CW **Corey Walker (+[redacted])** ► 2/28/2023, 3:01 PM
Will do

DS **Daniel Sun (+[redacted])** ◄ 2/28/2023, 3:01 PM
People need to know that j valve is coming quickly to the US

DS **Daniel Sun (+[redacted])** ◄ 2/28/2023, 3:01 PM
And have some urgency

DS **Daniel Sun (+[redacted])** ◄ 2/28/2023, 3:06 PM
I changed my Uber to go the airport

DS **Daniel Sun (+[redacted])** ◄ 2/28/2023, 3:06 PM
Was taking forever

CW **Corey Walker (+[redacted])** ► 2/28/2023, 3:08 PM
Sounds good. Safe travels home! We will see what the group says in response to the message

CW **Corey Walker (+[redacted])** ► 2/28/2023, 3:08 PM
Would have been disastrous if Dean showed up on Sunday night to the meeting

DS **Daniel Sun (+[redacted])** ◄ 2/28/2023, 3:09 PM
Yea seriously

DS **Daniel Sun (+[redacted])** ◄ 2/28/2023, 3:09 PM
Major conflict

CW **Corey Walker (+[redacted])** ► 2/28/2023, 3:10 PM
I think Hendrik and NVM both saw the j valve. I'll try and catch them but might be good for you or someone to see what they thought as well

DS **Daniel Sun (+[redacted])** ◄ 2/28/2023, 3:10 PM
Yes feel free to ask them

CW **Corey Walker (+[redacted])** ► 2/28/2023, 4:17 PM




Image: mms_data_13508_25800.jpg (124 KB)


CRT 23
IDE Trial Design
Up to 20 Patients
30-day follow-up
Early Feasibility Study
Additional patients #TBD
1yr PEP 5yr follow-up
Pivotal Study
Patient Population: Severe Aortic Regurgitation
Valve sizes (22, 25, 28, 31, 34mm)
Primary Efficacy Endpoint of All-Cause Mortality at 1-Year
Primary Safety Composite Endpoint at 30-Days Post-Implant


CRT23
J-Valve and JenaValve Comparisons - Sizes
J-Valve
JenaValve
Valve Size
Annulus Diameter
Annulus Perimeter
Height
22 mm
18-21 mm
57-67 mm
17 mm
25 mm
21-24 mm
65-76 mm
19 mm
28 mm
24-28 mm
73-88 mm
22 mm
31 mm
27–30 mm
85–94 mm
25 mm
34 mm
30–33 mm
94–109 mm
25 mm
Size 27
36 mm
29 mm
31 mm
Annular Perimeter Range
76-85 mm*
Annular Diameter Range
24.2-27.0 mm
*ALIGN-AR trial perimeter exclusion, consistent with CE Mark approval criteria
CRTon


J-Valve vs JenaValve for VIV treatment of Mitroflow and Trifecta Valves*
Trifecta
Mitroflow
J-Valve
JenaValve


CRT23
Bicuspid Aortic Valve Replacement by J-Valve Transapical Implantation
• Data from the first 367 patients treated after the J-Valve TA transapical device was approved in China in 2017
• 18.3% (67/367) of the patients had bicuspid aortic valves
Mortality Rate
1-Year Mortality (%)
Overall
Bicuspid
Non-Bicuspid
Bicuspid Valve Morphology
Type II
Type I
57%
41%
Type 0
Degree of Calcification
% Total
| | Overall | Bicuspid | Non-Bicuspid |
| --- | --- | --- | --- |
| Number of Patients | 367 | 67 (18.3%) | 300 |
| Number of Death | 16 | 3 | 13 |
| Mortality Rate (%) | 4.4% | 4.5% | 4.3% |
The J-Valve System can be used to effectively treat bicuspid aortic regurgitation/stenosis

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 10 | Date Range: 7/25/2024 |

## Outline of Conversations

**9bdb28bda1118179189f245f40d91904** • 10 messages on 7/25/2024 • Daniel Sun (+[redacted]) • Sean Kim (+[redacted])

**Messages in chronological order** (times are shown in GMT +00:00)

**9bdb28bda1118179189f245f40d91904**

SK **Sean Kim (+[redacted])** ▶ 7/25/2024, 3:30 PM
I don't buy this shit at all. EW is going to only keep one or the other. JC acquisition is a threat to us

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 3:30 PM
Yes

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 3:30 PM
That's what I'm saying. They will see which one is better and kill the other

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 3:31 PM
Our only shot is we pass AWT and get PMA approval

SK **Sean Kim (+[redacted])** ▶ 7/25/2024, 3:33 PM
Yup. Jan didn't even seem like he knew JC Medical acquisition went through. Yesterday, John said nothing changes but now Larry is saying big changes need EW input

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 3:34 PM
I'm guessing Larry is going to want his guys in here ASAP

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 3:35 PM
But John saying they can't until deal closes

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 3:35 PM
Guessing it will be like "informal"

SK **Sean Kim (+[redacted])** ▶ 7/25/2024, 3:35 PM
Yeah I get a feeling Larry will get his way

DS **Daniel Sun (+[redacted])** ◀ 7/25/2024, 3:35 PM
For sure

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 7 | Date Range: 2/4/2023 |

## Outline of Conversations

**CHAT - 95724_0030000001 - 02498 - 2023/02/04** • 7 messages on 2/4/2023 • [redacted] • Peter Spadaro,Jr. [redacted] • Peter Spadaro,Jr. [redacted]

**Messages in chronological order** (times are shown in GMT +00:00)

**CHAT - 95724_0030000001 - 02498 - 2023/02/04**

# [redacted] 2/4/2023, 1:09 AM
Hey Pete,

I hope you're having a nice first day.

J valve is targeting all of our sites for their pivotal study. They are making the rounds to each site and telling them they have a formula to enroll fast and they have plenty of product availability unlike us

# [redacted] 2/4/2023, 1:09 AM
The rumor is that they want to do a EFS study with 30 pts before doing a full study and they think FDA will give them similar criteria as we got

# [redacted] 2/4/2023, 1:09 AM
Start with 10 sites and go out to 30 later

JS **Peter Spadaro,Jr.** [redacted] 2/4/2023, 1:26 AM
Great info bud. We have been planning some proactive messaging to our sites related to this. I will escalate the messaging to all next week and start to get out there. "You do J valve you will be ineligible for further trilogy studies. " to correct and prospective sites. Duane let me know the dinner and meetings went well

# [redacted] 2/4/2023, 6:58 PM
Great dinner only two came but very interactive and gave us lots of info.

# [redacted] 2/4/2023, 6:58 PM
Have a great vacation

JS **Peter Spadaro,Jr.** [redacted] 2/4/2023, 6:58 PM
Thank you Bassam.

Message

| | |
|---|---|
| **From**: | Peter Spadaro [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5477A8EA4F9A46F582E2B46323B59A7F-PETE SPADAR] |
| **Sent**: | 12/9/2023 2:41:32 AM |
| **To**: | John Kilcoyne [kilcoyne@jenavalve.com] |
| **CC**: | Duane Pinto, MD, MPH [pinto@jenavalve.com]; Ryan Polzin [polzin@jenavalve.com]; Kari Moore [moore@jenavalve.com] |
| **Subject**: | Re: JVT AR Model 08 NOV 2023 - BR 2.xlsx |

John

Thanks for sharing this positive update . A few thoughts:

1. The delta in 2033 suggests we would have app 65 share , if we assume competition is the main driver for the delta. Assuming J valve enters in 28 , this would seem to be quite aggressive. There will be some erosion of share and perhaps price , but more in the 15-20 % range

2. Duane or Ryan can confirm if 29 mm is contemplated starting in 2026 or not, but this could also add another 10% units or 1650, which helps to close the gap

3. I would envision us not being at [redacted]. I think we [redacted]

4. Brandon suggesting that we go from [redacted] seems improbable , even with the [redacted] .

5. The disparity in [redacted] , and assuming we are at [redacted], means the total [redacted] , or , [redacted] total .

6. In 2033 Brandons model suggests that , assuming [redacted] share ,we will sell around [redacted] of the [redacted] or [redacted]. If we assume [redacted] active centers of all sizes implanting , this equates to [redacted] per site, or [redacted] per month , per site . Very realistic and reasonable assuming the Top 200 should be at least [redacted] per month and the other [redacted] should be at [redacted] per month by then .

7. Happy to jump on a call and will advise tomorrow if I can do the 1 pm Sunday

Best,
Pete
Sent from my iPad

On Dec 8, 2023, at 5:50 PM, John Kilcoyne <kilcoyne@jenavalve.com> wrote:

All Brandon took another shot at the TAM model.
This one leverages our TAM work in the early years up to 2024 the adds the moderate mis-diagnosis accelerator, which keeps us in a positive incidence position in the outer years = good!
The challenge however is that in 2033 this model suggests there will be [redacted] pts treated by TaVR in the US.

1. [redacted]
2. Our rev # for 2033 is [redacted] tavrs totaling $579m.
    1. How do we explain this?
    2. Is the balance competition?

3. Do we become more rev aggressive in the outer years?
In 2029, the difference between Brandon's model and our rev number is inverted...
1. we suggest we are selling [redacted] and Brandon's TAM model has the total TAVR number at [redacted]

We need to run this discussion down, as both EW and Abt are going to be laser focused on the TAM.
I am available on Sunday 1pm PST to review discuss.

**John Kilcoyne**
Chief Executive Officer

<image001.png>

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1030
E-Mail: kilcoyne@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

**From:** Rice, Brandon <Brandon.Rice@psc.com>
**Sent:** Friday, December 8, 2023 2:55 PM
**To:** John Kilcoyne <kilcoyne@jenavalve.com>
**Subject:** JVT AR Model 08 NOV 2023 - BR 2.xlsx

**Piper Sandler & Co. Since 1895. Member SIPC and NYSE.**

Piper Sandler outgoing and incoming e-mail is electronically archived and recorded and is subject to review, monitoring and/or disclosure to someone other than the recipient. If you are not the intended recipient, any disclosure, copying or distribution is prohibited; you should contact the sender immediately and then delete it from your system. This e-mail may be considered an advertisement or solicitation for purposes of regulation of commercial electronic mail messages. If you do not wish to receive commercial email communication from Piper Sandler please send or forward the email to NoEmail@psc.com asking to be added to the Piper Sandler "Do Not Email Registry." For additional disclosure information related to this e-mail see http://www.pipersandler.com/disclosures

<JVT AR Model 08 NOV 2023 - BR 2.xlsx>

JENAVALVE

Message

**From**: Boyle@jenavalve.com [boyle@jenavalve.com]
**Sent**: 4/2/2024 9:32:44 PM
**To**: Daniel Sun [dsun@jenavalve.com]; Duane Pinto, MD, MPH [pinto@jenavalve.com]
**CC**: John Kilcoyne [kilcoyne@jenavalve.com]; Jane Metcalf [metcalf@jenavalve.com]
**Subject**: RE: Roadmap for future trials
**Attachments**: Indication Expansion Roadmap lmb.pptx

Hi all,

I took a stab at cleaning up the ppt, but essentially it is the correct clinical pathway for indications.

Ideally I would like to use Castor (or some other EDC to Axiom) so think it prudent to program in the CRF based on our new Global standard (that Trena is working on) – which should include options for LVAD, ViV and Severe MR.

I think between the LVAD and the OUS registry, we should be able to determine whether to amend ARTIST protocol OR add/extend LVAD registry in the US to start capturing

**Lisa Boyle**
Vice President, Clinical and Medical Affairs

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
E-Mail: Boyle@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

**From:** Daniel Sun <dsun@jenavalve.com>
**Sent:** Monday, April 1, 2024 10:55 AM
**To:** Duane Pinto, MD, MPH <pinto@jenavalve.com>; Lisa Boyle <Boyle@jenavalve.com>
**Cc:** John Kilcoyne <kilcoyne@jenavalve.com>; Jane Metcalf <metcalf@jenavalve.com>
**Subject:** RE: Roadmap for future trials

This is great. Strategically I think it is the right approach. Leadership in AR, building up walls around what we do is key to enduring success and market share dominance. We have to assume J-Valve will receive approval… so how can we ensure that customers continue to choose to keep Trilogy on the shelf when alternatives become available? I'm very happy to see this vision take shape. And as Jane said, we will need to build out the pathway for XL as part of this vision.

Thanks for sharing!

**Daniel Sun**
Ph: 858.761.3309
E-Mail: dsun@jenavalve.com

---

**From:** Duane Pinto, MD, MPH <pinto@jenavalve.com>
**Sent:** Saturday, March 30, 2024 7:17 AM
**To:** Lisa Boyle <Boyle@jenavalve.com>; Daniel Sun <dsun@jenavalve.com>
**Cc:** John Kilcoyne <kilcoyne@jenavalve.com>; Jane Metcalf <metcalf@jenavalve.com>
**Subject:** Roadmap for future trials

John asked for this and it has been rattling around in my head. I'm sure there is a better way to present this but just some ideas. Lisa, in light of information from JValve about their registry, I wonder if LVAD should join up ViV, Severe MR or we could do these sequentially over the next 1-2 years as protocol amendments but maybe if we are going to reprogram Axiom, we prepare.
DP

**Duane Pinto, MD, MPH**
Chief Medical Officer

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
E-Mail: pinto@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

# Document Produced in Native Format

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Message

| | |
|---|---|
| **From:** | John Kilcoyne [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c1abe44241a148c1bacd485c948cf20a-John Kilcoy] |
| **Sent:** | 2/12/2025 10:45:51 PM |
| **To:** | Duane Pinto, MD, MPH [pinto@jenavalve.com]; Sean Kim [skim@jenavalve.com] |
| **CC:** | Peter Spadaro [spadaro@jenavalve.com] |
| **Subject:** | RE: ARTIST non-complete clause in contracts |

Agreed

**John Kilcoyne**
Chief Executive Officer

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1030
E-Mail: kilcoyne@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

**From:** Duane Pinto, MD, MPH <pinto@jenavalve.com>
**Sent:** Wednesday, February 12, 2025 2:35 PM
**To:** Sean Kim <skim@jenavalve.com>
**Cc:** Peter Spadaro <spadaro@jenavalve.com>; John Kilcoyne <kilcoyne@jenavalve.com>
**Subject:** RE: ARTIST non-complete clause in contracts

Yes we should remove this. Any J-valve site such as Methodist, Piedmont, Christ, etc site will not agree. You can point out that this does not apply to ARTIST since it is not a high risk trial like Journey so technically there is no competition, but regardless since there is no competing device besides them the point is moot but that may change during the 10 year follow-up.
DP

**Duane Pinto, MD, MPH**
Chief Medical Officer

JENAVALVE

**JenaValve Technology, Inc.**

4 Cromwell
Irvine, California 92618 USA
E-Mail: pinto@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

---

**From:** Sean Kim <skim@jenavalve.com>
**Sent:** Wednesday, February 12, 2025 5:11 PM
**To:** Duane Pinto, MD, MPH <pinto@jenavalve.com>
**Subject:** ARTIST non-complete clause in contracts

Hi Duane,

Just an FYI, this specific language in the ARTIST contract is creating an issue for a site. I understand why we'd want it included but Dr. Atkins [redacted]

Thanks,

**Sean Kim**
Director, Clinical Affairs

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1036
E-Mail: skim@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If

you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

Message

**Sent**: 3/19/2024 5:40:39 PM
**To**: Lynda Milton [milton@jenavalve.com]
**Subject**: board deck
**Attachments**: JenaValve Board Meeting Mar 20 2024 FINAL.pptx

**John Kilcoyne**
Chief Executive Officer

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1030
E-Mail: kilcoyne@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

# Document Produced in Native Format

# Board of Directors Meeting

March 20, 2024

JENAVALVE

# JenaValve Board of Directors Meeting Agenda

| Section | Topic | Presenter | Time |
|---|---|---|---|
| 01 | Opening Of Meeting<br>Approve minutes from, 2023 – Board of Directors Mtg<br>Dec.7, 2023, Jan. 17, 2024, Jan. 31, 2024 | Jan Keltjens/John Kilcoyne | 8:00am – 8:30am |
| 02 | AWT Summary & Regulatory Timeline | Vivian Khalil / Jane Metcalf | 8:30am – 9:45am |
| 03 | Break | All | 9:45am – 10:00am |
| 04 | 2024 - 2025 Budget | John Kilcoyne | 10:00am – 11:00am |
| 05 | 2025 Strategic Opportunities | John Kilcoyne / All | 11:00am - Noon |
| 06 | Lunch | All | Noon – 12:30pm |
| 07 | Capital Formation and Strategic Update | John Kilcoyne | 12:30pm – 1:00pm |
| 08 | Executive Session | Board of Directors | 1:00pm – 2:00pm |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.



Highly Confidential Submission to the FTC JenaValve-2R-00596587.pptx
PX2186-004

# Administration [redacted]

- Review & Approve Board of Directors Meeting Minutes:
  - December 7, 2023
  - January 17, 2024
  - January 31, 2024

## 2024 Board Meeting Schedule:

| Day/Date | Location | Time |
|---|---|---|
| Wednesday, March 20th | Irvine | 8 am – 2 pm PST |
| Tuesday, June 25th | Bain | 8 am – 2 pm EST |
| Tuesday, September 17th | Zoom | 8 am – 12:30 pm PST |
| Tuesday, December 3rd | Irvine | 8 am – 2 pm PST |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.


Highly Confidential Submission to the FTC

# 02

# AWT Summary and Regulatory Timeline

# Executive Summary – AWT Testing [redacted]

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# AWT - Investigation Status [redacted]

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.



Highly Confidential Submission to the FTC

## Areas for Fracture Investigation (25 Min Round)

[redacted]

7 © 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

If questioned on tear in high stress area – get Duane's explanation that bacteria prefers high stress area

# Manufacture and Testing Overview [redacted]

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Lack of continuity and learnings applied to current test

## Current Fixture (Failed AWT) v. New Rev. 5 Fixture

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.


Highly Confidential Submission to the FTC

# Updated Sizing Matrix Results in Multiple Improvements

| | | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23mm | Current | [redacted] | | | | | | | | | | | | | | | | | | | | | | | | |
| | JVT Proposal | | | | | | | | | | | | | | | | | | | | | | | | | |
| 25mm | Current | | | | | | | | | | | | | | | | | | | | | | | | | |
| | JVT Proposal | | | | | | | | | | | | | | | | | | | | | | | | | |
| 27mm | Current | | | | | | | | | | | | | | | | | | | | | | | | | |
| | JVT Proposal | | | | | | | | | | | | | | | | | | | | | | | | | |

## Benefits

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

## Selecting BDC as Primary Test Lab [redacted]

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# FDA Alignment for BDC [redacted]

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# AWT Test Plan and Associated Regulatory Timeline @ BDC

[redacted]

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Summary – AWT Testing [redacted]

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 03

# Break

# 04

# 2024-2025 Budget

# Key Objectives Driving 2024 Budget [redacted]

- Cash Preservation to Mid-November 2024
- Provide Optionality to Financing Timing and Milestone Achievement
- EU MDR
- Spending Curtailed in All Areas Except the Highest Strategic Priorities:
  - AWT Testing
  - Indication Expansion – Launch of ARTIST & LVAD Registry
  - Continued Market Expansion/Real World Evidence through Expanded EU Sales and CAP
  - Large Valve Initial Development Effort


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.


Highly Confidential Submission to the FTC

# 2024 Budget: Focus on Key Value Drivers While Preserving Cash

| Topic | Summary |
|---|---|
| ***Strategic Focus on Key Value Drivers*** | 1. AWT testing<br>2. Launch of Artist Trial<br>3. EU Outcome data, Acct. Penetration and Revenue<br>4. Supply chain focus to support EU sales, ARTIST and CAP cases |
| ***Significant Budget Assumptions*** | ▪ [redacted] proceeds of [redacted] will be received in Q1 2024<br>▪ AWT testing will be successfully completed by no later than February 2025<br>▪ Targeting PMA approval in September 2025<br>▪ Per valve cash contribution – EU - [redacted], US Clinical - [redacted] |
| ***What Does 2024 Budget Cover*** | ▪ [redacted] of AWT testing<br>▪ Production to support:<br>  ▪ [redacted] in EU revenue<br>  ▪ [redacted] CAP cases<br>  ▪ [redacted] ARTIST cases; [redacted]<br>  ▪ Units required for safety stock, validation and manufacturing efficiency projects<br>▪ [redacted] development [redacted]<br>▪ Procedure volume would be commercially equivalent to appr [redacted] revenue, Q4 run rate of [redacted] revenue |
| ***What Does Budget NOT cover*** | ▪ Building commercial infrastructure for US launch (customer service, contracting, etc.)<br>▪ Virtually no new hires in 2024<br>▪ Any effort on OUS production facility or material investment in existing facilities |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.



Highly Confidential Submission to the FTC

# 2024 Budget by Quarter [redacted]

JENAVALVE

| ($ in thousands) | 2023 ACT | 2024 Q1 BUD | 2024 Q2 BUD | 2024 Q3 BUD | 2024 Q4 BUD | 2024 Total BUD |
|---|---|---|---|---|---|---|
| **Revenue*** | **$ 2,240** | **$ 1,056** | **$ 1,056** | **$ 2,784** | **$ 3,456** | **$ 8,352** |
| **Cost of revenues** | **9,630** | **3,270** | **3,887** | **5,273** | **3,416** | **15,846** |
| Clinical and regulatory | 11,276 | 2,323 | 2,660 | 2,673 | 2,706 | 10,362 |
| Product development | 10,483 | 5,522 | 5,645 | 4,767 | 4,957 | 20,891 |
| **Total R&D** | **21,759** | **7,845** | **8,305** | **7,440** | **7,663** | **31,253** |
| Sales and marketing | 5,081 | 1,971 | 2,143 | 2,385 | 2,477 | 8,976 |
| General and administrative | 11,918 | 3,323 | 4,026 | 3,449 | 3,394 | 14,192 |
| **Total SG&A** | **16,999** | **5,294** | **6,169** | **5,834** | **5,871** | **23,168** |
| **Total OPEX** | **38,758** | **13,139** | **14,474** | **13,274** | **13,534** | **54,421** |
| **Income (loss) from operations** | **(46,148)** | **(15,353)** | **(17,305)** | **(15,763)** | **(13,494)** | **(61,915)** |
| Other income (expense) | (5,486) | (1,267) | (1,322) | (1,446) | (1,568) | (5,603) |
| **Net income (loss) before tax** | **$ (51,634)** | **$ (16,620)** | **$ (18,627)** | **$ (17,209)** | **$ (15,062)** | **$ (67,518)** |

*Excludes licensing revenue received from Peijia in 2023


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

## AWT Project Summary

[redacted]

JENAVALVE

[redacted]

20

© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# ARTIST Trial

[redacted]

JENAVALVE

| ($ in thousands) | 2024 | 2025 | 2026 | 2027 | Follow ups | Total |
|---|---|---|---|---|---|---|
| Infrastructure - Initial | 370 | [redacted] | | | | |
| Infrastructure - Follow on | - | | | | | |
| Enrollment | 120 | | | | | |
| Follow ups | 30 | | | | | |
| Vendor Costs | 10 | | | | | |
| **Total Study Cost** | **$ 530** | **$** | | | | |
| Reimbursement Income | (160) | | | | | |
| Product Cost | 130 | | | | | |
| **Total Study and Device** | **$ 500** | **$** | | | | |
| **Non-Product Costs** | **$ 370** | **$** | | | | |
| No. of Sites Enrolled | 10 | | | | | |
| No. of Patients Enrolled | 12 | | | | | |

| | Q4-2024 | Q1-2025 | Q2-2025 | Q3-2025 | Q4-2025 | Total-2025 |
|---|---|---|---|---|---|---|
| Infrastructure - Initial | 370 | [redacted] | | | | |
| Infrastructure - Follow on | - | | | | | |
| Enrollment | 120 | | | | | |
| Follow ups | 30 | | | | | |
| Vendor Costs | 10 | | | | | |
| **Total Study Cost** | **$ 530** | **$** | | | | |
| Reimbursement Income | (160) | | | | | |
| Product Cost | 130 | | | | | |
| **Total Study and Device** | **$ 500** | **$** | | | | |
| **Non-Product Costs** | **$ 370** | **$** | | | | |
| No. of Sites Enrolled | 10 | | | | | |
| No. of Patients Enrolled | 12 | | | | | |

## Why ARTIST Now?

- [redacted]

 © 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Large Valve Project Summary [redacted]

JENAVALVE

## Large Valve

| | 2024 | | 2025 |
|---|---|---|---|
| **Resources** | | | [redacted] |
| Consulting | $ | 40 | |
| Project Materials | | 125 | |
| Testing | | 120 | |
| Compensation | | 708 | |
| **Project Costs** | | **993** | |
| **Product Requirements** | | | |
| Valves | | 685 | |
| DS | | 404 | |
| **Total Product Costs** | **$** | **1,089** | |
| **Total Spend** | **$** | **2,082** | |

## Why Large Valve Now?

[redacted]

## Assumptions

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# Large Valve Project Summary Business Case

## Why it's Important

[redacted]

| ALIGN-AR | | J-Valve EFS | |
|---|---|---|---|
| Mean age = 75.5 ± 10.77<br>Mean Annulus Perimeter = 79.3 | | Mean age = 80.5 ± 4.3<br>Mean Annulus Perimeter = 87.6 | |
| S | 41 (22.8%) | 22mm | 0 (0%) |
| M | 36 (20.0%) | 25mm | 1 (6%) |
| L | 103 (57.2%) | 28mm | 4 (27%) |
| | | 31mm | 6 (40%) |
| | | 34mm | 4 (27%) |

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 High Level Plan – Executive Summary

| Topic | Summary |
| --- | --- |
| ***Strategic Focus*** | ▪ Expansion of ARTIST trial to [redacted] sites and [redacted] patients<br>▪ Supply chain focus [redacted]<br>▪ Completion of AWT and PMA approval |
| ***Significant Plan Assumptions*** | ▪ AWT testing will be completed no later than February 2025<br>▪ Minimal incremental costs for on-going AWT testing<br>▪ Targeting PMA approval in September 2025<br>▪ Per valve cash contribution – EU - [redacted], US Clinical - [redacted] |
| ***What Does Plan Cover*** | ▪ Production to support:<br>  ▪ [redacted] in EU revenue<br>  ▪ [redacted] CAP cases<br>  ▪ [redacted] ARTIST cases<br>  ▪ Units required for safety stock, validation and manufacturing efficiency projects<br>  ▪ Case volume equivalent to [redacted] revenue with Q4 Run rate of [redacted] |
| ***What Does Plan NOT cover*** | ▪ Building mfg. or commercial infrastructure to support US launch (production capacity customer service, contracting)<br>▪ Other than production, [redacted] in 2025<br>▪ Any effort on OUS production facility/investment in existing facilities<br>▪ [redacted] development |
| ***Concluding Comments*** | ▪ Commercial launch and other strategic initiatives will be added as AWT and PMA milestones are met |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 High Level Budget by Quarter [redacted]

JENAVALVE

2025

| ($ in thousands) | 2024 BUD | Q1 | Q2 | Q3 | Q4 | Total |
|---|---|---|---|---|---|---|
| **Revenue** | **$ 8,352** | [redacted] | | | | |
| **Cost of revenues** | **15,846** | | | | | |
| Clinical and regulatory | 10,362 | | | | | |
| Product development | 20,891 | | | | | |
| **Total R&D** | **31,253** | | | | | |
| Sales and marketing | 8,976 | | | | | |
| General and administrative | 14,192 | | | | | |
| **Total SG&A** | **23,168** | | | | | |
| **Total OPEX** | **54,421** | | | | | |
| **Income (loss) from operations** | **(61,915)** | | | | | |
| Other income (expense) | (5,603) | | | | | |
| **Net income (loss) before tax** | **$ (67,518)** | | | | | |



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2024 - 2025 Cash to Milestone [redacted]

JENAVALVE

[redacted]

***Assumptions:***

- EU revenue of $8M (2024) and [redacted] (2025)
- CAP cases of [redacted] (2024) and [redacted] (2025)
- [redacted] (in 2024) and [redacted] (in 2025) ARTIST patients enrolled
- Strategic transaction will occur at one of AWT/PMA inflection points; therefore, commercial launch costs have been excluded
- 2025 cash burn forecast based on [redacted]; 2025 revenue [redacted]



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 05

# 2025 Strategic Opportunities

## 2025 Key Strategic Opportunities [redacted]

JENAVALVE

**Accelerate ARTIST Enrollment**

[redacted]

**Accelerate Pipeline Development**
([redacted])

[redacted]

**Key Strategic Initiatives to Fund in 2025**

**Expand EU Revenue**

[redacted]

**Costa Rica - Capacity Expansion**

[redacted]

**Commercial Launch Readiness**

[redacted]



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Accelerate ARTIST Enrollment [redacted]

JENAVALVE

| ($ in thousands) | 2024 | 2025 |
|---|---|---|
| Infrastructure - Initial | - | [redacted] |
| Infrastructure - Follow on | - | |
| Enrollment | 140 | |
| Follow ups | 20 | |
| Vendor Costs | 10 | |
| **Total Study Cost** | **$ 170** | |
| Reimbursement Income | (170) | |
| Product Cost | 140 | |
| **Total Study and Device** | **$ 140** | |
| **Non-Product Costs** | **$ -** | |
| No. of Sites Enrolled | - | |
| No. of Patients Enrolled | 13 | |

## Why Accelerate ARTIST?

- [redacted]

## Assumptions

- [redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# Accelerate Pipeline Development ([redacted])

JENAVALVE

| | | 2024 | 2025 |
|---|---|---|---|
| **Resources** | | | [redacted] |
| Consulting | $ | - | |
| Project Materials | | 215 | |
| Testing | | 55 | |
| Compensation | | - | |
| **Project Costs** | | **270** | |
| **Product Requirements** | | | |
| Delivery Systems for DQ | | - | |
| Delivery Systems for DV | | - | |
| **Total Product Costs** | **$** | **-** | |
| **Total Spend** | **$** | **270** | |

## Why [redacted] Now?

[redacted]

## Assumptions

[redacted]

 © 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# Expand EU Revenue

[redacted]

JENAVALVE

| | 2024 | 2025 |
|---|---|---|
| **Revenue** | $ - | [redacted] |
| **Resources** | | |
| Sales compensation and other | - | |
| Travel | - | |
| **Project Costs** | - | |
| **Product Costs** | $ - | |
| **Net Income (Loss)** | $ - | |

## Why Accelerate EU Revenue?

- [redacted]

## Assumptions

- [redacted]

 © 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# [redacted] - Capacity Expansion [redacted]

JENAVALVE

| | 2024 | 2025 |
|---|---|---|
| **Expenses** | | [redacted] |
| Training materials | $ - | |
| Travel | - | |
| Lease | - | |
| Employees expense | - | |
| **Total** | - | |
| **CAPEX** | | |
| Equipment | - | |
| Construction costs | - | |
| **Total** | $ - | |
| **Total Spend** | $ - | |

## Why Start Capacity Expansion Now?

- [redacted]

## Assumptions

- [redacted]

 © 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# Commercial Launch Readiness [redacted]

JENAVALVE

| | 2024 | 2025 |
|---|---|---|
| **Expenses** | | |
| Compensation and other | $ - | [redacted] |
| Travel | - | |
| Consulting | - | |
| Conference costs | - | |
| Design agency costs | - | |
| Recruiting fees | - | |
| Other | - | |
| **Total Spend** | - | |

## Why Accelerate Commercial Launch?

- [redacted]

## Assumptions

- [redacted]

## Headcount

| 2025 | Current | Proposed |
|---|---|---|
| Q1 | [redacted] | |
| Q2 | | |
| Q3 | | |
| Q4 | | |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# 06

# Lunch

# 07

# Capital Formation & Strategic Update

# Strategic Scenario Planning & Associated Capitalization Needs

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

## Strategic Discussions [redacted]

**Edwards:**

- Jan and John Meeting w/ Don Bobo on Monday, March 18th
- Will provide update at BoD Meeting

**[redacted]:**

Jan and John Meeting with [redacted] on Tuesday, March 19th
Will provide update at BoD meeting


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Capitalization Inflection Points [redacted]

**June 2024:**

- Do We Have a Viable Transaction Structure with Strategics (EW or JnJ)

  OR

- Raise Series D

**Q1 2025:**

- [redacted]

  OR

- [redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

## Series C Second Tranche Logistics [redacted]

- March 15th
  - Updated Disclosure Schedule, Draft Compliance Certificate and Wiring Instructions will be distributed
    - COMPLETE
- March 19TH
  - Final Disclosure Schedule and Executed Compliance Certificate will be distributed
- March 22ND
  - Investors to wire proceeds to JVT
- Post-Closing
  - Stock Certificates to be issued to Investors


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Series C Tranche 2 Capitalization Chart [redacted]

| Shareholder | Shares Held as of 2/29/24 | % Fully Diluted as of 2/29/24 | Series C Tranche 2 | Proforma Fully Diluted Shares Held | Proforma % Fully Diluted |
|---|---|---|---|---|---|
| [redacted] | | | | | |

Footnote:
[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.


Highly Confidential Submission to the FTC

# 8

# Executive Session

## Human Resources [redacted]

**CFO Search:**

Executive Search Firm:

- David Arnold, Arnold Partners

Candidates in Queue

- John Bostjancic: https://www.linkedin.com/in/john-bostjancic-6b58243/
- Zach Stassen: https://www.linkedin.com/in/zach-stassen-8979a6/
- Mark Spring: https://www.linkedin.com/in/mark-spring-b424b111/
- Steve Sloan: Internal Candidate – Current JenaValve Controller

Status:

- Dan and John Interviewed John Bostjancic and Mark Spring – Positive
- John Interviewed Zach Stassen – Positive / Dan interviewing Monday, March 18th
- Jan K and Olivier Interviewing John Bostjancic, Mark Spring and Steve Sloan Tuesday, March 19th

Next Steps

- Anticipate sending Search Committee 2 Candidates to interview w/in the next 10days


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Human Resources [redacted]

**CTO Search:**

Executive Search Firm:
- Ken Dropiewski, McDermott and Bull
  - Other Engagements: Inari, HeartFlow, Aria CV

Reporting Structure:
- CTO to Report To CEO
- Reporting to CTO will be
  - VP of Valve Technologies – Vivian Khalil
  - VP Product Development – Greg Mirigian

Target Profile:
- Significant Structural Heart Expertise with Particular Focus on Valve Technologies both Development and Production
- Strong Leadership and Communication Skills
- Commercial and Earlier Stage Company Experience

Status:
- Multiple Candidates in Queue

Next Steps:
- First Candidate to Be Interviewed ASAP
  - Ed Sarnowski: (12) Edward Sarnowski | LinkedIn


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Appendix

# Finance (Budget)

# 2024 Operations Spend [redacted]

JENAVALVE

| ($ in thousands) | 2023 | Q1 | Q2 | Q3 | Q4 | 2024 |
|---|---|---|---|---|---|---|
| Compensation and other | | | | | | |
| Direct Labor | $ 3,477 | $ 1,334 | $ 1,418 | $ 1,486 | $ 1,546 | $ 5,784 |
| Indirect Labor | 3,027 | 415 | 435 | 435 | 435 | 1,720 |
| Facilities | 2,689 | 803 | 816 | 803 | 814 | 3,236 |
| Materials | 1,481 | 416 | 598 | 583 | 689 | 2,286 |
| Outside services | 1,138 | 369 | 428 | 369 | 559 | 1,725 |
| Depreciation | 255 | 69 | 70 | 69 | 79 | 287 |
| Other | 384 | 134 | 105 | 134 | 111 | 484 |
| **Total** | **$ 12,451** | **$ 3,540** | **$ 3,870** | **$ 3,879** | **$ 4,233** | **$ 15,522** |

## Financials

- $0.6M CapEx

## Headcount

- Q4 '23 – 76
- Q1 '24 – 82
- Q2 – 84
- Q3 – 87
- Q4 – 89

## Key Initiatives

- Resolve DS Supply constraints, and start production ramp to drive to unconstrained supply in Q4
- Commence DS second sourcing to move away from smaller high-risk suppliers
- Roll out CORE initiative to focus on:
  - Tissue processing & yield improvements
  - Manufacturing assembly efficiency
  - Develop Supplier Management (in conjunction with QA)


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# 2024 Quality & Regulatory Spend [redacted]

JENAVALVE

**Quality**

| ($ in thousands) | 2023 | Q1 | Q2 | Q3 | Q4 | 2024 |
|---|---|---|---|---|---|---|
| Compensation and other | 3,046 | 845 | 910 | 943 | 966 | 3,664 |
| Materials | 231 | 64 | 64 | 64 | 64 | 256 |
| Outside services | 466 | 57 | 57 | 57 | 62 | 233 |
| Other | 375 | 85 | 84 | 85 | 205 | 459 |
| **Total** | **$ 4,118** | **$ 1,051** | **$ 1,115** | **$ 1,149** | **$ 1,297** | **$ 4,612** |

**Regulatory**

| ($ in thousands) | 2023 | Q1 | Q2 | Q3 | Q4 | 2024 |
|---|---|---|---|---|---|---|
| Compensation and other | 1,413 | 413 | 431 | 431 | 431 | 1,706 |
| Consulting | 352 | 70 | 70 | 70 | 70 | 280 |
| Other | 249 | 84 | 84 | 99 | 134 | 401 |
| **Total** | **$ 2,014** | **$ 567** | **$ 585** | **$ 600** | **$ 635** | **$ 2,387** |

## Quality Headcount

- Q4 '23 – 30
- Q1 '24 – 32
- Q2 – 34
- Q3 – 37
- Q4 – 39

## Regulatory Headcount

- Q4 '23 – 7
- Q1 '24 – 7
- Q2 – 7
- Q3 – 7
- Q4 – 7

## Key Initiatives

- Improve efficiencies by automating Quality Systems
- Simplify and strengthen the quality organization by aligning metrics and activities across sites
- Assure successful regulatory audits by promoting and monitoring compliance to requirements
- Achieve FDA approval for the Artist Trial
- Proactively bring Module 4 for ALIGN-AR to submission readiness
- Successfully work to PCBC to maintain MDD certification while transitioning to MDR


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# 2024 Clinical Spend

[redacted]

JENAVALVE

| ($ in thousands) | 2023 | Q1 | Q2 | Q3 | Q4 | 2024 |
|---|---|---|---|---|---|---|
| Compensation and other | $ 3,386 | $ 929 | $ 1,208 | $ 1,208 | $ 1,406 | $ 4,751 |
| Clinical patient costs | 2,724 | 354 | 681 | 965 | 755 | 2,755 |
| Monitoring costs | 1,246 | 165 | 180 | 180 | 180 | 705 |
| Travel | 415 | 122 | 122 | 136 | 136 | 516 |
| Clinical data mgt costs | 741 | 78 | 78 | 78 | 78 | 312 |
| Core lab costs | 728 | 75 | 75 | 70 | 70 | 290 |
| Depreciation | 222 | 56 | 59 | 57 | 54 | 226 |
| Consulting | 800 | 65 | 65 | 40 | 40 | 210 |
| Outside services | 305 | 40 | 40 | 40 | 212 | 332 |
| Other | 779 | 278 | 278 | 290 | 288 | 1,134 |
| **Total Without CAP** | **$ 11,346** | **$ 2,162** | **$ 2,786** | **$ 3,064** | **$ 3,219** | **$ 11,231** |
| Clinical product costs | 3,199 | 764 | 1,337 | 1,757 | 2,373 | 6,231 |
| Clinical reimbursement | (5,283) | (1,170) | (2,048) | (2,748) | (3,521) | (9,487) |
| **Total Clinical** | **$ 9,262** | **$ 1,756** | **$ 2,075** | **$ 2,073** | **$ 2,071** | **$ 7,975** |

## Key Initiatives

- Approval and Initiation of ARTIST and LVAD Protocols
- Retrospective and Prospective Data Collection from OUS Registry
- CAP Enrollment and Data Collection
- Presentation of ALIGN sub studies including (CAP, AS data, LV Remodeling, Valve Hemodynamics and comparative AS-AR data)

## Financials

- $5.8M clinical spend
- $2.2M prof ed spend

## Clinical Headcount

- Q4 '23 – 14
- Q1 '24 – 14
- Q2 – 14
- Q3 – 19
- Q4 – 19

## Prof Ed Headcount

- Q4 '23 – 4
- Q1 '24 – 4
- Q2 – 4
- Q3 – 4
- Q4 – 4

48

© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# 2024 R&D Spend [redacted] JENAVALVE

| ($ in thousands) | 2023 | Q1 | Q2 | Q3 | Q4 | 2024 |
|---|---|---|---|---|---|---|
| Compensation and other | $ 2,746 | $ 775 | $ 1,018 | $ 1,064 | $ 1,066 | $ 3,923 |
| Materials | 3,729 | 1,261 | 1,029 | 1,272 | 842 | 4,404 |
| Outside services | 1,212 | 889 | 1,209 | 1,414 | 1,365 | 4,877 |
| Inventory use non-sale | - | 1,578 | 1,260 | - | 683 | 3,521 |
| Consulting | 22 | 170 | 145 | 120 | 95 | 530 |
| Travel | 80 | 63 | 51 | 48 | 48 | 210 |
| Other | 2,694 | 786 | 933 | 849 | 858 | 3,426 |
| **Total** | **$ 10,483** | **$ 5,522** | **$ 5,645** | **$ 4,767** | **$ 4,957** | **$ 20,891** |

## Financials

- $0.4M CapEx

## Headcount

- Q4 '23 – 12
- Q1 '24 – 13
- Q2 – 20
- Q3 – 20
- Q4 – 20

## Key Initiatives

- Complete AWT Root Cause Investigations & Initiate AWT DV Testing
- Resume Large Valve Product Development
- Complete CathX Validation (Sheath/Dilator/Transition/Crimp Tubes)
- Initiate TF2-XT Plus Development (Addition of Key TF3 Performance + Mfg. Improvements)


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# 2024 Sales & Marketing Spend [redacted]

JENAVALVE

| ($ in thousands) | 2023 | Q1 | Q2 | Q3 | Q4 | 2024 |
|---|---|---|---|---|---|---|
| Compensation and other | $ 2,763 | $ 1,114 | $ 1,217 | $ 1,217 | $ 1,300 | $ 4,848 |
| Travel | 489 | 102 | 129 | 161 | 202 | 594 |
| Consulting | 517 | 124 | 113 | 113 | 124 | 474 |
| Conference costs | 594 | 96 | 105 | 76 | 140 | 417 |
| Outside services | 224 | 67 | 89 | 94 | 96 | 346 |
| Design agency costs | 36 | 85 | 85 | 75 | 75 | 320 |
| Website costs | 59 | 50 | 60 | 75 | 75 | 260 |
| Recruiting fees | 61 | 152 | 52 | 52 | - | 256 |
| Other | 338 | 181 | 293 | 522 | 465 | 1,461 |
| **Total** | **$ 5,081** | **$ 1,971** | **$ 2,143** | **$ 2,385** | **$ 2,477** | **$ 8,976** |

## Financials

- $0.2M CapEx

## Headcount

- Q4 ‘23 – 11
- Q1 ‘24 – 16
- Q2 – 17
- Q3 – 17
- Q4 – 18

## Key Initiatives

- Accelerate Podium Presence at Major Congresses via Clinical/Marketing Evidence Development Collaboration
- Continue Momentum and Planning on U.S. Reimbursement for Launch and Parallel Longer-Term Strategy
- Develop Therapy Awareness Field and Outreach Resources to Drive Patient and Referral Awareness for CAP and ARTIST sites
- Continue to Refine and Execute Imaging and Awareness Plan via ASE and Industry Partner Alliances
- Establish and Implement Strategic Alliances with Key Partners including Physician Societies, Imaging Partners and Patient Advocacy Groups


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# 2024 G&A Spend [redacted]

JENAVALVE

| ($ in thousands) | 2023 | Q1 | Q2 | Q3 | Q4 | 2024 |
|---|---|---|---|---|---|---|
| Compensation and other | $ 5,354 | $ 1,501 | $ 1,559 | $ 1,566 | $ 1,560 | $ 6,186 |
| Outside services | 528 | 170 | 171 | 172 | 173 | 686 |
| Consulting | 417 | 157 | 157 | 157 | 157 | 628 |
| Audit | 625 | 50 | 175 | 125 | 125 | 475 |
| Consulting - Accounting | 446 | 150 | 200 | 125 | 125 | 600 |
| Legal - IP | 526 | 120 | 120 | 120 | 120 | 480 |
| Travel | 559 | 114 | 114 | 114 | 114 | 456 |
| Tax | 340 | 90 | 162 | 90 | 84 | 426 |
| Legal - General | (283) | 92 | 292 | 92 | 92 | 568 |
| Recruiting fees | 888 | 96 | 320 | 100 | 81 | 597 |
| Depreciation | 296 | 74 | 76 | 69 | 69 | 288 |
| Facilities | 202 | 63 | 59 | 60 | 60 | 242 |
| Other | 2,020 | 646 | 621 | 659 | 634 | 2,560 |
| **Total** | **$ 11,918** | **$ 3,323** | **$ 4,026** | **$ 3,449** | **$ 3,394** | **$ 14,192** |

## Financials

- $0.02M CapEx

## Headcount

- Q4 ‘23 – 25
- Q1 ‘24 – 26
- Q2 – 26
- Q3 – 26
- Q4 – 26

## Key Initiatives

- Capital funding
- Lean cash management
- Successful financial audit
- Leadership development

 © 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# Regulatory


MDR Timeline
[redacted]
JENAVALVE
MDR Approval
Submission to PCBC
MDR Application
Deficiency Response
On-site Audit
JenaValve
2024
2025
Q1
Q2
Q3
Q4
Q1
Q2
J F M A M J J A S O N D J F M A M J
PCBC
Substantive Review
Acceptance of Submission
Deficiency Letter
Expert Panel
Contract PCBC-JVT
Contract signed by May 26, 2024, allows extension to Dec '27
MDR Certificate
53
© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Commercial



Highly Confidential Submission to the FTC

# Real-World Evidence Development: European Registry and Data Plan of Action

## Leveraging Existing & Future Commercial Implants to Drive Innovative Evidence Pipeline

### Data Registry Coordinating Site

(Luca Testa, M.D. San Donato, Milan, It.)

- Contracting Finalize (5/2024)
- Purch, train on Comm Database (5/2024)
- Dev/approve data collection form (5/2024)
- Transition Retrospective to Prospective Data Collection June 2024
- Testa leads Pantheon/Purpose Registries

### Registry Co-PI Change

(Tanja Rudolph and Matti Adam)

- Confirm Change w/ SB,HT (DGK April) )
- Implement change w/ rev. protocol - June
- Form Registry Steering Committee and Publications Committee
- Upgrade Internal JVT Clinical Position based in Europe to support

### Collect Retrospective Patient Data

(Koln Junior Faculty ID'd as Lead.)

- Koln Junior Faculty identified as lead.
- Approval from MA obtained
- Contracting March 2024
- Data Collection March-June 2024 (Koln, Bad O, Mainz 80% collected)
- Pass-through costs for all future commercial implants to each site to ensure appropriate follow-up that will allow us to have a rich dataset.
- Data will be used to fulfill JVT PMCF requirements in the EU.
- Potential to use this data to supplement future submissions for indication expansion of Trilogy.

### Additional Evidence Dev. Plans

(Active Initiated Studies)

- LVAD (Manuscript Prep- TR)
- Pacer predictors (Submitted- MA, DP)
- 2 year Align AS (Manuscript Prep-HT, DP)
- Commercial AS (AT,MA,DP)
- ALIGN AS-AR valve performance comparison (Data Analysis-DP)

### Studies to Initiate in 2024

(with Commercial Data)

- Commercial AS v AR pacer/valve Hemodynamic performance
- Utilization in iliac <7 mm
- Ease of coronary access confirmation
- Learning curve/Ease of implantation


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Chronic AR Patients Often Present with Larger Annuli (Enlargement/Dilatation)

**Aortic root dilatation is the most common cause of severe AR and tracks with age (Aligns with high-risk TAVR indication)**


Abstract

To evaluate the relation of aortic root dilatation to aortic regurgitation, we examined clinical, echocardiographic, and radionuclide cineangiographic findings in 102 patients with severe aortic regurgitation. Aortic root dilatation was the only apparent cause in 31 patients (30%), exceeding in prevalence any valvular cause, and was independently associated only with older age (p less than 0.001). Echocardiography showed dilatation to be either localized to the sinuses of Valsalva or to be generalized. At initial evaluation, patients with generalized dilatation had severer abnormalities of left ventricular size and function than those with localized or no dilatation. Aortic valves were subsequently replaced in more patients with generalized than localized dilatation during 28 +/- 17 month follow-up (9 of 15 patients compared with 2 of 15, p less than 0.03). Thus, idiopathic aortic root dilatation is the commonest definable cause of severe aortic regurgitation; aortic root dilatation is associated independently with age but not blood pressure; and generalized aortic root dilatation is associated with marked ventricular dilatation, hypertrophy, and dysfunction.


Roman MJ et al. Ann Intern Med 1987;106(6):800-7.

The International Journal of Cardiovascular Imaging (2023) 39:2063–2071




**In a Chinese population of patients with AR, >20% would not be treatable with the largest Trilogy valve**

| ALIGN-AR | | J-Valve EFS | |
|---|---|---|---|
| Mean age = 75.5 ± 10.77<br>Mean Annulus Perimeter = 79.3 | | Mean age = 80.5 ± 4.3<br>Mean Annulus Perimeter = 87.6 | |
| S | 41 (22.8%) | 22mm | 0 (0%) |
| M | 36 (20.0%) | 25mm | 1 (6%) |
| L | 103 (57.2%) | 28mm | 4 (27%) |
| | | 31mm | 6 (40%) |
| | | 34mm | 4 (27%) |

**57% of patients in ALIGN-AR received Trilogy L (80-90mm)**

**67% of patients in J-Valve EFS received 31/34mm valve (85-104mm)**


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Trilogy Valve Sizing vs Other THVs [redacted]




**Current Trilogy sizing represents <u>most limited annulus range</u> compared to leading commercial TAVR (EW and MDT) and competition (J-Valve)**

| | Patients Screened (N) | Screen Fail due to Annulus size > 90mm (n) | (%) | Potential Pts. between 90-98mm (n) | (%) |
|---|---|---|---|---|---|
| ALIGN-AR | 432 | 34 | 7.9% | 27 | 6.3% |
| US CAP | 182 | 20 | 11.0% | 15 | 8.2% |
| EU Commercial | 306 | 32 | 10.5% | 25 | 8.2% |

*Annular dimensional data taken from JVT 3Mensio Screening reports (as of June 30th, 2023)*

- 86/920 (~11%) patients screened for Trilogy had anatomy larger than 90mm.
- Many PIs "pre-screened" larger annuli knowing the patients would not meet Trilogy sizing criteria; thus 11% is a conservative estimate of the patients larger than 90mm.
- **In the J-Valve EFS, 6/15 (40%) of the patients enrolled had anatomies larger than 90mm. Many of these patients were ALIGN-AR screen fails.**


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Operations

# DS SUPPLY EXECUTIVE SUMMARY [redacted]

**RECOVERY**

- DS recovery program remains **on track**
- Materials arrive in summer Q2
- Ramp in Q3
- Unconstrained in Q4

**RAMP**

- Recruiting started
- Production improvements underway
  - Minor investments in tooling & equipment
- Other (non-PTFE) vendors engaged in capacity planning

**UNCONSTRAINED**

- Q1 2025 will start 2nd shift
- Develop plans for additional space requirements late Q4


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.



Highly Confidential Submission to the FTC

# DS SUPPLY EXECUTIVE SUMMARY [redacted]

| DELIVERY SYSTEMS | Q2 | Q3 | Q4 |
|---|---|---|---|
| STARTING INVENTORY | 231 | 224 | 231 |
| DEMAND | 91 | 193 | 305 |
| ESTIMATED DELIVERY | 84 | 200 | 300 |
| INVENTORY DELTA WITHOUT DELIVERY | 174 | 31 | (74) |
| INVENTORY WITH DELIVERY | 224 | 231 | 226 |



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Costa Rica Parks

# Costa Rica Free Trade Zones [redacted]

3 Parks identified for future JenaValve site

Heat map on space availability for 2025 project commencement

| ID | Park | Comments | Identified Land Plots | Reserve constraints | Strategy to secure availability |
|---|---|---|---|---|---|
| 1 | Evolution | New park with anchor tenants:<br>• J&J (1,500 employees)<br>• Inari Medical | FIPI-H or<br>FFPI-06 (next to Inari) | Do not "Hold" lots | Execute Lease by Aug 2025<br>(if early termination then $1.8MM enforceable rent fee) |
| 2 | La Lima | Reaching Max capacity<br>Existing tenants expanding:<br>• Terumo<br>• Edwards Lifesciences<br>• Boston Scientific (3,000 employees) | Lot #27 or<br>Lot #3 | Can hold for 2 months (free) | Start Land Hold Nov 2024<br>(no cost) |
| 3 | Green Valley | New park outside GMA | Lot #7 | Yes, can hold lot (awaiting proposal) | No constraints, able to start project in 2025 |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Costa Rica Site Project Costs [redacted]

| ($ in 000's) | Yr 1 Forecast | Yr 2 Forecast | Yr 3 Forecast |
|---|---|---|---|
| Training materials | [redacted] | | |
| Travel | | | |
| Lease | | | |
| Validation costs | | | |
| Employees expense | | | |
| **Total expenses** | | | |
| | | | |
| Equipment | | | |
| Construction costs | | | |
| **Total CAPEX** | | | |
| | | | |
| **Total "ASK"** | | | |

| | Yr 1 | | | Yr 2 | | | | Yr 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Project Workstreams** | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| Economic Value Assessment | Complete | | | | | | | | | | |
| Site Selection & CER validation | | | | | | | | | | | |
| Recruiting and Training | | | | | | | | | | | |
| Process Validations | | | | | | | | | | | |
| Biocompatibility Studies | | | | | | | | | | | |
| Regulatory Submission & Approval | | | | | | | | | | | |

In production



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.



Highly Confidential Submission to the FTC

# Evolution [redacted]

Standard Cold Shell Building Proposal:
Monthly Lease = $48,500 (Phase I - 53,800 sqft)
Delivered 13 months after Execution of Lease agreement

## CONSTRUCTION SCHEDULE
## PHASE 1 AT FFPI-H





© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.



Highly Confidential Submission to the FTC

# Evolution [redacted]

## Lease Conditions

- **Rent Payment Commencement Date**: Date of delivery (DoD) of the Standard Cold Shell Building (SCSB) Phase I. If Landlord constructs Tenant's internal improvements, rent payment starts at the delivery of the Turn-Key Building.
- **Annual Rent Increments**: 3.5% annual increments for the whole term.
- At the Execution of the Lease Agreement, tenant shall provide a security deposit equivalent to one month of rent.
- At the Execution of the Lease Agreement, tenant shall deliver a Corporate Guarantee to secure any outstanding rents during the period of the lease.
- **Term of the Lease Agreement**: 5 years.
- **Early termination**: Lease Agreement shall have a minimum of three (3) years of enforceable rent. Therefore, if such early termination occurs before the end of year three (3) of the term, Tenant shall pay Landlord a penalty equivalent to the amount of 100% of the pending rent to complete the three (3) years. If such early termination by Tenant occurs after the end of year three (3) Tenant must cancel a penalty of 6 months of rent. If at any time prior to the termination or expiration of the Lease Term, Tenant wishes to terminate the Lease Agreement, it must provide prior written notice to Landlord six (6) months in advance of the expected termination date.

2024 – no expenses

Start Lease Agreement: Aug 2025

3-yrs lease = $1.8MM

Operations by Dec 2026


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 13 | Date Range: 9/25/2024 |

### Outline of Conversations

**CHAT - 001_0000001 - 02595 - 2024/09/25** • 13 messages on 9/25/2024 • Duane Pinto, MD MPH [redacted] • Lisa Boyle [redacted] • Peter Spadaro [redacted]

**Messages in chronological order** (times are shown in GMT +00:00)

**CHAT - 001_0000001 - 02595 - 2024/09/25**

MP **Duane Pinto, MD MPH** [redacted] 9/25/2024, 4:57 PM
Yoshi at Wash U is Surgical PI for JValve Pivotal

LB **Lisa Boyle** [redacted] 9/25/2024, 4:57 PM
Is that good or bad for us?

PS **Peter Spadaro** [redacted] 9/25/2024, 4:57 PM
Mmm. Does this change Artist thinking ?

MP **Duane Pinto, MD MPH** [redacted] 9/25/2024, 4:58 PM
Makes me very much less interested for ARTIST

LB **Lisa Boyle** [redacted] 9/25/2024, 4:58 PM
Ok so we slow roll wash U and get our next list of sites going

PS **Peter Spadaro** [redacted] 9/25/2024, 4:58 PM
I am aligned with that thinking.

MP **Duane Pinto, MD MPH** [redacted] 9/25/2024, 4:59 PM
Attached URL: https://p57-content.icloud.com/MB4628B7BFDD38120C9981F877397D40E2AE181CC63EB4296870EC30B6206C2E6.C01USN00
Attachment Title: IMG_4645.gif



*Image: IMG_4645.gif (272 KB)*

MP **Duane Pinto, MD MPH** [redacted] 9/25/2024, 4:59 PM
Feeling Sicilian this morning

LB **Lisa Boyle** [redacted] 9/25/2024, 4:59 PM
Laughed at an image

LB **Lisa Boyle** [redacted] 9/25/2024, 4:59 PM
Love it

LB **Lisa Boyle** [redacted] 9/25/2024, 5:00 PM
A phrase that is regularly used in this house 🤣

MP **Duane Pinto, MD MPH** [redacted] 9/25/2024, 5:00 PM
Yes I too have died a number of times

PS **Peter Spadaro** [redacted] 9/25/2024, 5:01 PM
lol. Perfect metaphor. Lisa definitely has a Sicilian steak in her 😉




















YOU'RE DEAD TO ME


YOU'RE DEAD TO ME


YOU'RE DEAD TO ME


YOU'RE DEAD TO ME


YOU'RE DEAD TO ME


TO ME


TO ME


YOU'RE DEAD TO ME




TO ME


YOU'RE DEAD TO ME


YOU'RE DEAD TO ME


YOU'RE DEAD TO ME




DEAD TO ME


DEAD TO ME

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 6 | Date Range: 7/24/2024 |

### Outline of Conversations

CHAT - 001_0000001 - 02863 - 2024/07/24 • 6 messages on 7/24/2024 • Duane Pinto [redacted] • Jan Keltjens [redacted]

**Messages in chronological order** (times are shown in GMT +00:00)

### CHAT - 001_0000001 - 02863 - 2024/07/24

# **Duane Pinto** [redacted] 7/24/2024, 8:59 PM
Just got this

# **Duane Pinto** [redacted] 7/24/2024, 8:59 PM
Attached URL: https://mmg.whatsapp.net/o1/v/t62.7118-24/f1/m235/up-oil-image-4753813b-c8ca-4c9c-b46e-a103f95b76b7?ccb=9-4&oh=01_Q5AaIAjkk0PS0FT4YX-B31_ATW0v5w65MjiSIlvsrrL1VBUF&oe=66C8E432&_nc_sid=000000&mms3=true




*Image: 846f0682-d42b-408a-b555-bf5cbb35fa2b.jpg (104 KB)*

# **Jan Keltjens** [redacted] 7/24/2024, 9:00 PM
where did that come from.

# **Jan Keltjens** [redacted] 7/24/2024, 9:01 PM
I think it is fake news

# **Duane Pinto** [redacted] 7/24/2024, 9:01 PM
Same guy on the phone that was talking texted me this

# **Jan Keltjens** [redacted] 7/24/2024, 9:03 PM
not true as far as I can tell. Nothing on the internet either

2:40
◀ Photos
41

THV Team,

Today, Edwards has entered into an agreement to acquire **JenaValve,** a pioneer in the transcatheter treatment of aortic regurgitation. We have also closed the deal to acquire **JC Medical,** to develop an expanded portfolio of transcatheter solutions for the treatment of AR.

Aortic regurgitation is a deadly disease that is distinct from Aortic Stenosis and requires different therapy solutions - today, surgery is the only option for these patients and the disease remains significantly undertreated.

**JenaValve and JC Medical are the most advanced companies in the AR space:**

- JenaValve has a commercially available AR platform in Europe and has completed its ALIGN-AR trial in the United States – positive results from this trial were presented late last year; this acquisition is subject to the satisfaction of certain closing conditions
- JC Medical's J-Valve offers unique technology with early clinical experience, enabling us to expand the long-term TAVR-

Reply

Mail Calendar Feed Apps

Message

**From**: kilcoyne@jenavalve.com [kilcoyne@jenavalve.com]
**Sent**: 11/27/2024 3:43:35 PM
**To**: Duane Pinto, MD, MPH [pinto@jenavalve.com]
**Subject**: Re: [External] JenaVad Pricing

Disappointing but they have finally shown their true hand

Sent from my iPhone

On Nov 27, 2024, at 9:56 AM, Duane Pinto, MD, MPH <pinto@jenavalve.com> wrote:

Done!

DP
Get Outlook for iOS

---

**From:** Harper, Rebecca M (Becca) <RebeccaM.Harper@thechristhospital.com>
**Sent:** Wednesday, November 27, 2024 2:54:18 PM
**To:** Lisa Boyle <Boyle@jenavalve.com>; Garcia, Santiago A <Santiago.Garcia@thechristhospital.com>; Fischesser, Katy <Katy.Fischesser@thechristhospital.com>; Arend, Elizabeth <Elizabeth.Arend@thechristhospital.com>; Stultz, Caitlin <Caitlin.Stultz@thechristhospital.com>; Egnaczyk, Gregory F <Gregory.Egnaczyk@thechristhospital.com>; Hicks, Christina M <Christina.Hicks@thechristhospital.com>; Kereiakes, Dean J <Dean.Kereiakes@thechristhospital.com>; Frakes, Belinda S (Susie) <Belinda.Frakes@thechristhospital.com>; Rogell, Rachel A <Rachel.Rogell@thechristhospital.com>
**Cc:** Duane Pinto, MD, MPH <pinto@jenavalve.com>; Sean Kim <skim@jenavalve.com>; Steve Shin <shin@jenavalve.com>; Lisa Foshay <Foshay@jenavalve.com>; Peter Spadaro <spadaro@jenavalve.com>
**Subject:** RE: [External] JenaVad Pricing

Hello Lisa!

I have consulted with Dr. Garcia and Dr. Kereiakes(both copied on this email) on the JENA-VAD trial, and at this time we are choosing to not move forward with this trial. The device cost is not something we can agree to. Additionally, if Jena Valve determines that they will increase the price of the device cost in the Align trial, we will not plan to continue enrollment.

It is unfortunate, but given the cost issue and other viable device options available to us, it's the best decision for our organization.

Thanks,

Becca Harper, DNP, RN, CPN
Executive Director
The Lindner Research Center
2123 Auburn Avenue, Suite 424
Cincinnati, Ohio 45219

Phone: 513-585-1777

Fax: 513-585-4858
Email: rebeccam.harper@thechristhospital.com

<image002.jpg>
TheChristHospital | Facebook | Instagram | Linkedin

---

**From:** Lisa Boyle <Boyle@jenavalve.com>
**Sent:** Tuesday, November 26, 2024 3:09 PM
**To:** Harper, Rebecca M (Becca) <RebeccaM.Harper@thechristhospital.com>; Garcia, Santiago A <Santiago.Garcia@thechristhospital.com>; Fischesser, Katy <Katy.Fischesser@thechristhospital.com>; Arend, Elizabeth <Elizabeth.Arend@thechristhospital.com>; Stultz, Caitlin <Caitlin.Stultz@thechristhospital.com>; Egnaczyk, Gregory F <Gregory.Egnaczyk@thechristhospital.com>; Hicks, Christina M <Christina.Hicks@thechristhospital.com>
**Cc:** Duane Pinto, MD, MPH <pinto@jenavalve.com>; Sean Kim <skim@jenavalve.com>; Steve Shin <shin@jenavalve.com>; Lisa Foshay <Foshay@jenavalve.com>; Peter Spadaro <spadaro@jenavalve.com>
**Subject:** [External] JenaVad Pricing

**CAUTION:** This message originated outside TCHHN email system. Use caution before downloading any attachments or clicking any links.

Dear Becca and the Christ Hospital Team,

Thank you for your continued engagement and collaboration as we work together to advance care for patients with severe Aortic Regurgitation. We understand and appreciate the questions and concerns you have raised regarding the price adjustment for the JenaValve Trilogy System in the JENA-VAD study.

The decision to align pricing across studies was made to ensure consistency and compliance across sites, as well as to better reflect the significant investments required to bring this first-of-its-kind therapy to market. JenaValve remains committed to being transparent and collaborative in our partnerships, and we value your feedback as a key site in these pivotal efforts.

While we acknowledge your request to maintain the price at [redacted] for the JENA-VAD study, the new price of [redacted] represents the necessary adjustment to support critical milestones, including regulatory approvals, clinical trials, and ongoing technology improvements. This pricing ensures that we can sustain the development and delivery of our dedicated therapy for Aortic Regurgitation, meeting both clinical and patient care needs.

That said, we recognize the importance of your input and are we are happy to work with your clinical reimbursement team to provide additional documentation or rationale to help address concerns regarding cost appropriateness.

We greatly value the partnership with The Christ Hospital and your team's dedication to advancing care for AR patients. Please let us know a convenient time to discuss this matter further.

Kind Regards,
Lisa Boyle

**Lisa Boyle**
Vice President, Clinical and Medical Affairs

<image003.png>

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
E-Mail: Boyle@jenavalve.com
www.jenavalve.com
Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

Message

| | |
|---|---|
| **From**: | Steve Sloan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5D433786D2614512941F72189B96C06A-DFBB9DB6-E2] |
| **Sent**: | 3/18/2025 11:37:22 PM |
| **To**: | Duane Pinto, MD, MPH [pinto@jenavalve.com] |
| **CC**: | John Kilcoyne [kilcoyne@jenavalve.com] |
| **Subject**: | RE: ARTIST Trial Agreements |

Duane,

Thanks for the email.

I apologize for the delay this is causing. John and Don Bobo from Edwards connected on this topic. Don sent a follow-up email to Finn (my contact at Edwards) asking him to move this process forward.

Finn, John, and I will be on a call Thursday to work on closing this item out.

Regards,
Steve

**Steve Sloan**
Vice President, Finance

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1012
E-Mail: sloan@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

**From:** Duane Pinto, MD, MPH <pinto@jenavalve.com>
**Sent:** Tuesday, March 18, 2025 5:38 PM
**To:** Steve Sloan <sloan@jenavalve.com>
**Cc:** John Kilcoyne <kilcoyne@jenavalve.com>
**Subject:** Re: ARTIST Trial Agreements

Hi Steve,

This is a major problem. We cannot meet our company goals with these delays. I cannot of course enroll in the trial without these agreements. Obviously it is a major benefit to the company if we enroll prior to our



EXHIBIT
PX2227

presentation at the late breaker at the the ACC. We will never recover this momentum but understand the realities of the requirements we have. Just wish we were independent so that we could make normal progress as we have and get our trial underway. We are under significant duress with the sites asking me why we can't enroll.

DP
Sent from my phone

---

**From:** Steve Sloan <sloan@jenavalve.com>
**Sent:** Tuesday, March 18, 2025 2:19:24 PM
**To:** Duane Pinto, MD, MPH <pinto@jenavalve.com>
**Cc:** John Kilcoyne <kilcoyne@jenavalve.com>
**Subject:** ARTIST Trial Agreements

Duane,

Thanks for the call on the ARTIST trial agreement status.

We sent the [redacted] & [redacted] agreements to Edwards in mid-February. They also have the [redacted] agreement now.

John & I have a call with Edwards on Thursday to discuss status.

Regards,
Steve

**Steve Sloan**
Vice President, Finance

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1012
E-Mail: sloan@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.