# PX2282- PX2397

(see exhibit stamps bottom right corner)

PX2282 (Pgs. 2-5)
PX2291 (Pgs. 5-6)
PX2303 (Pgs. 7-75)
PX2304 (Pgs. 76-87)
PX2307 (Pgs. 88-89)
PX2320 (Pgs. 90-91)
PX2232 (Pgs. 92-120)
PX2327 (Pgs. 121-145)
PX2346 (Pgs. 146-194)
PX2380 (Pgs. 195-196)
PX2397 (Pgs. 197-204)

Message

**From:** Dan Dearen [ddearen@gmail.com]
**Sent:** 8/8/2025 10:29:18 PM
**To:** John Kilcoyne [kilcoyne@jenavalve.com]
**Subject:** Re: Jenavalve

Hello,

Yes. I can talk tomorrow. I have an appointment from 9-12 but am around otherwise.

The biggest issue is people make up stories when they're stressed due to uncertainty and those stories always end in disaster for them. As Mark Twain is reported to have said, I've seen a lot of bad stuff in my day and some of it actually happened.

How much is the total amount of the retention plan?

The straightforward path is to call a meeting with the team, company or individuals and explain the situation to them. Here's my pitch to them:

First, Bain Capital and others are backing the company and everything is fine financially.

Second, EW wants to close and has a pretty good shot at winning. FTC loses as we've seen in numerous cases. Illumina and Grail as one example and Qualcomm has prevailed in a number of cases. There are too many to cite.

Third, if EW isn't allowed to acquire there are paths that are valuable. The investment bankers are praying IPO is the path.

Fourth, don't read into the legal complaints you've read online. That's how attorneys write these documents. They're called complaints for a reason and they make everything sound nefarious even when there's nothing bad taking place.

Fifth, (I'm making this up as I type), your retention bonus will be paid when the deal closes or another deal closes or when we go public.

As you and I have discussed, you're about to get FDA approval and you have the best product in your space. You have the top doctors using the product and telling others about the benefits. It may have been a long and tortuous process to get here but JenaValve is about to either get acquired or go to market on its own and change lives. The Company's value is also about to go up dramatically after market launch. Things are about to be really positive and fun and it's not the time to leave - it's actually the time to execute and be part of the biggest news in TAVR in years. This will be career making stuff in the next 6 months to three years.

(I believe everything I've written above.)

Regards,
Dan
858 775 9218

On Aug 8, 2025, at 2:50 PM, John Kilcoyne <kilcoyne@jenavalve.com> wrote:

Thanks – very helpful
Would you have time for a 30min call tomorrow
We have a real flight risk situation brewing – the redacted FTC filing (very bad look for EW) is on-line many employees have read it...
There is a strong and growing sentiment that

1. the deal will not be approved by the judge
2. thus, we will not close and the retention will never be paid
3. I have waited a year – why should hang out for 6more mths and put myself thru this ringer?
4. Based upon what I read in the FTC report – I don't trust EW and don't think I would want to work there anyway

**John Kilcoyne**
Chief Executive Officer

**<image001.png>**

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1030
E-Mail: kilcoyne@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

**From:** Dan Dearen <ddearen@gmail.com>
**Sent:** Friday, August 8, 2025 4:35 PM
**To:** John Kilcoyne <kilcoyne@jenavalve.com>
**Subject:** Re: Jenavalve

Hello,

Thanks for the email.

1. What does he get paid now?
2. As a private company the comp won't be as high as if publicly traded when the stakes are higher.
3. I would imagine as a private company his total comp, excluding options, would be around [redacted] per year. It's fine if it's higher.
4. Not knowing his current deal, you might want a Base Salary of [redacted] and a Bonus plan for [redacted] or [redacted].
5. You could also incorporate a commission on every sale - say [redacted] of every sale. At [redacted] in revenue that's a $500k commission, paid quarterly.

6. You will want a structure that prevents anyone in this role from wanting to discount the selling price to sell more units (a real issue when you launch). Sacrificing gross profit to ramp revenue a little more quickly can result in bad long term consequences. A [redacted] decrease in the ASP requires a [redacted] decrease in OpEx to make up the gap. That's why you'll want Pete tied to Gross Margin ranges and managing the expense line as part of his comp plan. If those aren't in place all he'll care about is selling more units at whatever price he can get. Inspire Medical did a great job of managing their ASP.

7. He will also get new stock option grants and/or RSAs that vest annually and every other year.

8. The Bonus could be based on the following:

**Guidelines for Bonus Plan compensation:**

[redacted]

[Lastly, we should have Radford do a comp study now that you're about to have FDA approval and look at all the executives and VPs. You'll want standard comp plans but you want to be moving towards public company compensation.]

Regards,
Dan
858 775 9218

---

**From:** John Kilcoyne <kilcoyne@jenavalve.com>
**Date:** Friday, August 8, 2025 at 7:11 AM
**To:** Dan Dearen <ddearen@gmail.com>
**Subject:** Jenavalve

Dan,

Good morning.

With the anticipation of our US commercial launch in ~Oct – I will move to reconfigure Pete's comp to a more traditional incentive-based plan.
Would you have any CCO comp plans in your bottom right drawer that you could share?

Also, as a heads up, we are revising the sales plan as discussed at the July 16 meeting and Pete will be reaching out to you to ask that you meet w/him to pressure test his new plan.

Thanks,

John

**John Kilcoyne**
Chief Executive Officer

**<image001.png>**

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1030
E-Mail: kilcoyne@jenavalve.com
www.jenavalve.com
Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

CONFIDENTIAL IN ITS ENTIRETY

[redacted]

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX2303

# Board of Directors Meeting

Wednesday July 16, 2025

JENAVALVE

# JenaValve Board of Directors Meeting Agenda

| Section | Topic | Presenter | Time* |
|---|---|---|---|
| 01 | ▪ Opening Of Meeting<br>▪ Approve Board Minutes: June 25, 2025<br>▪ Review 2025 Goal Status | Jan Keltjens/John Kilcoyne | 8:00am – 8:15am |
| 02 | ▪ Recap Transaction Status & Next Steps | Jan Keltjens /John Kilcoyne/Ropes | 8:15am – 9:15AM |
| 03 | ▪ US Launch and WW Revenue Plan | Pete Spadaro | 9:15 am – 10:00am |
| 04 | ▪ Break | All | 10:00am -10:15am |
| 05 | ▪ Supply Chain (THV & DS) Status, Capacity, Inventory Build & KPIs | Jeff Thiel | 10:15am – 11:00am |
| 06 | ▪ Regulatory Modular Submission Status and Strategy | Jane Metcalf | 11:00am – 11:15am |
| 07 | ▪ Finance - YTD Financials | Steve Sloan | 11:00pm – 11:30am |
| 08 | ▪ Lunch | All | 11:30pm – 11:45pm |
| 09 | ▪ Business Plan: 2025 Plus 2026-2027 Outlook and Required Funding | John Kilcoyne | 11:45am – 12:15pm |
| 10 | ▪ Funding Strategies Post Merger Agreement Termination | John Kilcoyne | 12:15pm – 1:00pm |
| 11 | ▪ Executive Session | Board | 1:00pm – 2pm |

* Tine in EST


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 01

# Administration

# Administration

## Review and Approve

- June 25, 2025, Board of Directors Meeting Minutes

## Review 2025 Corporate Goals


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC

# Corporate Goals 2025 (as of July 16)

| Goal | Due Date | Stretch Goals | Weighting | Tracking | Comments |
|---|---|---|---|---|---|
| **REGULATORY/ CLINICAL** | | | | | |
| Module #4 (Clinical and Fatigue) Approved/Closed | June 30 | [redacted] | 10% | | [redacted] |
| FDA Approval of Trilogy | Aug 31 | | 15% | | |
| [redacted] | Dec 31 | | 10% | | Held Up ~ 3+ mths w/ EW approval delayed CRF finalizing data collection forms |
| Successful MDR Audits at Leeds and Irvine | Dec 31 | | 10% | | |
| **AWT and YIELD** | | | | | |
| [redacted] | Jun 30 | | 12% | | |
| Global Valve Yield<br>• [redacted]% in 1H (#starts/Valves to FG)<br>• [redacted]% in 2H (#starts/ Valves to FG) | Jun 30<br>Dec. 31 | | 5%<br>5% | | |
| **OPERATIONS AND PRODUCT DEVELOPMENT** | | | | | |
| [redacted] | Oct 31 | | 10% | | At risk – [redacted] |
| Deliver to FG Inventory [redacted] Trilogy Systems (per production plan)* | Dec 31 | | 10% | | |
| **COMMERCIAL** | | | | | |
| Global Revenue - [redacted] | Dec. 31 | | 10% | | [redacted] |
| Q4 Global Revenue Run Rate of [redacted] | Dec 31 | | 5% | | |

* The 2025 implementation of best practices combined with yield improvement, consistency and an increased cleanroom and support personnel (Irvine & Leeds) will provide a foundation for our '26 valve production demand


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 02

# RECAP Transaction Status and Next Steps

# Privileged - Redact

JENAVALVE

Privileged - Redact

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Privileged - Redact

[redacted]

Privileged - Redact

[redacted]


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 03

# US Launch and WW Revenue Plan

# US Launch Executive Summary

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC

# US Launch Executive Summary

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# WW 2025 Sales Forecast vs. Inventory

JENAVALVE

UNITS

| | 2025 ACTUAL | | | | | | 2025 FORECAST | | | | | | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Segment | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| US Commercial | [redacted] | | | | | | | | | | | | |
| OUS Commercial | | | | | | | | | | | | | |
| CAP (CLIN) | | | | | | | | | | | | | |
| ARTIST (CLIN) | | | | | | | | | | | | | |
| LVAD (CLIN) | | | | | | | | | | | | | |
| CU/EU | | | | | | | | | | | | | |
| AWT/Large THV | | | | | | | | | | | | | |
| Sustaining (DS) | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | |
| **Ending Inventory** | | | | | | | | | | | | | |

**Commercial Revenue Forecast ($000's)**

DOLLARS

| | 2025 ACTUAL | | | | | | 2025 FORECAST | | | | | | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| US Commercial | [redacted] | | | | | | | | | | | | |
| OUS Commercial | | | | | | | | | | | | | |
| **Total Commercial Rev.** | | | | | | | | | | | | | |

**Challenging, yet Achievable Forecast Based in what we Currently Know about Adoption Rates, Production Consistency and the Need for Operational Flexibility**

~[redacted]Q4 '25
Run Rate



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# WW 2026 – 2028 Sales Forecast vs. Inventory

JENAVALVE

UNITS

| | 2026 | | | | | 2027 | | | | | 2028 | | | | | 2026 - 2028 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Segment** | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Q3 | Q4 | Total | Total |
| US Commercial | [redacted] | | | | | | | | | | | | | | | |
| OUS Commercial | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| CAP (CLIN) | | | | | | | | | | | | | | | | |
| ARTIST (CLIN) | | | | | | | | | | | | | | | | |
| LVAD (CLIN) | | | | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | | | | |
| **Ending Inventory** | | | | | | | | | | | | | | | | |

**Commercial Revenue Forecast ($000's)**

DOLLARS

| | 2026 | | | | | 2027 | | | | | 2028 | | | | | 2026 - 2028 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Region** | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Q3 | Q4 | Total | Total |
| US Commercial | [redacted] | | | | | | | | | | | | | | | |
| OUS Commercial | | | | | | | | | | | | | | | | |
| **Total Commercial Rev.** | | | | | | | | | | | | | | | | |

**Challenging, yet Achievable Forecast Based in what we Currently Know about Adoption Rates, Production Consistency and the Need for Operational Flexibility**


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# U.S. Launch Planning – Targeted Market Release

JENAVALVE

## Targeted Market Release

**Overview**

[redacted]

**Watchouts**

[redacted]

## Non Targeted Sites (opportunistic)

**Overview**

[redacted]

**Watchouts**

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# US Launch Overview

JENAVALVE

**AR Program Development**

[redacted]

**Pricing/Stocking Strategy**

[redacted]

**Referral Engagement**

[redacted]

**Targeted Site Selection**

[redacted]

Field and Infrastructure Team Recruitment → Scalable Training and Site Activation Process → Reimbursement Guidance and Logistics → Focus on Strong Clinical Outcomes


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# US Commercial Account Targets and Metrics By Launch Year

JENAVALVE

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Site Engagement Planning (Q3 - Q4 2025 )

JENAVALVE

| June | July | August | September | October |
| --- | --- | --- | --- | --- |

[redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Site Engagement Planning (Q3 – Q4 2025)

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Planned Commercial Site Activations 2025-2026

JENAVALVE

**JenaValve ALIGN-AR Sites Targeted for Commercial Launch**

| Current CAP Sites |
| --- |
| [redacted] |

| Non-Align Tier 1 Commercial Sites |
| --- |
| [redacted] |

| [redacted] (Clinical and/or Commercial) |
| --- |
| [redacted] |



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Commercial Procedural Workflow

JENAVALVE

Site uploads CT via image sharing platform

→ 24-48H →

**Proctor Notified**

CT reviewed by Field Team to adjudicate anatomic feasibility

→ 24-48H →

**Proctor Confirmed**

Case scheduled and devices ordered

→ 2-5D →

Necessary training and procedure completed

- New site training and proctor/preceptor needs may prolong time from CT review to implant
- Lack of need for Core Lab adjudication in commercial setting and increased utilization of JVT preceptor should mitigate extended review process and scheduling difficulties
- Total time from initial submission to implant – 4+ days (less if devices are available at site and no training or proctor/preceptor needed)


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# New Field Hire Certification Overview

JENAVALVE

**Weeks 1-2**
**Home Study**
- Cardiovascular Foundational Training
- Aortic Regurgitation Disease State Awareness

**Week 3**
**Classroom**
- Trilogy Hands-On Loader Training
- Trilogy Procedural Introduction

**Weeks 4-6**
**Field Training**
- THV Live Case Loading and Certification
- Case Observations

**Week 7**
**Classroom**
- Trilogy Procedural Training
- Procedural Troubleshooting

**Weeks 8-16**
**Field Training**
- Case Observations
- Case Leads
- Full Certification

- **Final certification timeline will be adjusted based on trainee aptitude and procedural availability – Target 4-5 months from hire date**
- **Classroom weeks will be scheduled based on hiring cadence, with case observations used to close staggered start dates**
- **Invest in portable technologies to facilitate training**


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Targeted Geographic Field Team Distribution and Site Expansion

JENAVALVE

Future clinical trial and commercial expansion will be assessed in conjunction with field team distribution

[redacted]

**Current Field Team Distribution:**

- Devin Baerenwald (New England, Preceptor)
- Chris Torretti (Mid-Atlantic, Preceptor)
- Juliana Hall (Midwest)
- Bruce Gitelman (Southwest)
- Robert Duncan (Mid-America South)
- Shaquana Ross (Southeast)

**Near-Future Hire Geographic Targets:**

[redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# US Commercial Organization Field and Support Team

JENAVALVE

[redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 5 Marketing Priorities for US Launch

JENAVALVE

**1 AR Disease State Awareness**

Increase awareness on risks of aortic regurgitation and create urgency to refer indicated patients for treatment

**2 AR Disease State Advancement**

Amplify the clinical conversations on aortic regurgitation, encouraging better diagnosis and earlier intervention for AR

*Patients and Referrers*

**3 Establish Trilogy TAVR**

Build clinical evidence and engage implanters to reinforce confidence in the Trilogy System as the only TAVR solution for AR

**4 Commercial Support**

Create and execute marketing programs and tactics to support US field sales

*Surgeons and Cardiologists*

**5 AR and Trilogy Evidence Development**

Establish ongoing cadence of data to support market expansion of TAVR for AR therapy with Trilogy

*All*

Building and establishing a market for Trilogy in the US will start with **Therapy Awareness**


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Therapy Development Initiatives -2025

JENAVALVE

[redacted]

# Training and Professional Education Planning

JENAVALVE

## Tactical Execution Plan to Drive Efficiencies for U.S. Launch

### New Field Hire Training

- Accelerated timeline to certification – [redacted] months (clinical) and [redacted] months (sales)
- Leverage technology (Mentice/LMS) to increase efficiencies
- Streamline training to achieve scalability

### Imaging Training Focus

- Educate referral MDs, Sonographers, and TAVR team about AR Best Practices
- Develop Educational program content with ACC approved MedAxiom as well as with ASE Content Teams

### Proctor Development Strategy

- Expand external physician proctor pool
- JVT Internal non-physician Preceptor Program successful – [redacted]

### *De Novo* Sites – U.S. and Europe

- [redacted] cases stacked at launch
- Require min [redacted] cases per implant day following first cases

### Mature Sites

- Patient outcomes improve with implanter experience
- Approximately [redacted] per implanting physician/site qualifies
- JVT support – [redacted]

### Center of Excellence Strategy

- Site designated to provide Intermittent training days with group attendance
- Experienced Trilogy center with High volume and supporting technology

**Develop Innovative, Scalable New Approaches to our Training of Implanting sites and JVT Teams**



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Pathways to U.S. Coverage of Trilogy

JENAVALVE

**Multiple initiatives engaged to provide seamless coverage for Trilogy at launch**

[redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 04

# Break

# Break




© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 05

# Supply Chain (THV & DS) Status, Inventory Build and THV Yield & Efficiency Improvement

# Operations Executive Summary (2025 – 2028)

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 THV Volume and Hiring Ramp

JENAVALVE

**UNITS**

| | 2025 ACTUAL | | | | | | 2025 FORECAST | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mfg Segment** | **Jan** | **Feb** | **Mar** | **Apr** | **May** | **Jun** | **Jul** | **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | **2025 Totals** |
| Leeds | [redacted] | | | | | | | | | | | | |
| Irvine | [redacted] | | | | | | | | | | | | |
| **THV Total** | [redacted] | | | | | | | | | | | | |

**LABOR**

| | 2025 ACTUAL | | | | | | 2025 FORECAST | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2025 Hiring Ramp** | **Jan** | **Feb** | **Mar** | **Apr** | **May** | **Jun** | **Jul** | **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | **2025 Ending Totals** |
| **Leeds** (sewers) | [redacted] | | | | | | | | | | | | |
| **Irvine** (sewers) | [redacted] | | | | | | | | | | | | |

**Continue Valve Recruiting Effort & Yield Improvement Throughout FY25**
**Increased Sewing Headcount by [redacted] (Leeds and Irvine) since January**


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Valve Volume Ramp (Net Valves Global)

*Volume projected based on Sewing Team Growth*

[redacted]

| 2025 | Plant | Q1 | Q2 | Q3 | Q4 | Total | Global |
|---|---|---|---|---|---|---|---|
| PLAN | Leeds | [redacted] | | | | | |
| | Irvine | | | | | | |
| Projected | Leeds | | | | | | |
| | Irvine | | | | | | |

| ACTUAL | PROJECTED |
|---|---|

**Late '24 Sewing team hiring and training delayed volume increases for Q2 2025**
**Increased Sewing Headcount by [redacted] (Leeds and Irvine) since January**


33
© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Delivery System Volume and Hiring Ramp

JENAVALVE

UNITS

| | 2025 ACTUAL | | | | | | 2025 FORECAST | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mfg Segment | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2025 Totals |
| DS Total | [redacted] | | | | | | | | | | | | |

LABOR

| | 2025 ACTUAL | | | | | | 2025 FORECAST | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 Hiring Ramp | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2025 Ending Total |
| DS Assemblers | [redacted] | | | | | | | | | | | | |

**Delivery System to Continue on Material Stability & Shift Focus on Relocation Project** [redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# FY26 to FY28 Production Plan & Headcount

| | 2026 | 2027 | 2028 |
|---|---|---|---|
| Demand | [redacted] | | |
| Total DS Prod Plan | | | |
| Total DS Assemblers | | | |
| Leeds | | | |
| Irvine | | | |
| Total THV Prod Plan | | | |
| Leeds | | | |
| Irvine | | | |
| Total Sewers | | | |

**Delivery System Cleanroom to Relocate to [redacted] to Provide Space for Tissue Processing**
**Irvine THV to Expand Production Lines and [redacted]**


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# [redacted] Qualification Strategy and Timeline (2025-2026)

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Valve KPIs

# KPI Executive Summary

Yields goals for the first half were [redacted]. Leeds yields affected by their rework method and lower right the first-time yields.

- Company yields for the first half were [redacted]
  - Irvine first half yield were [redacted]
  - Leeds first half yields were [redacted]
- We have trained Leeds on the Irvine rework method which should increase rework yield and overall yield
- Sequence change of leaflet deflection and kitting for valve sewing to improve right the first-time
- Both (rework and kitting) seem to have had an early positive effect on yields

With increased sewer throughput and expected yield improvement we are confident with the second half volume increase


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC 

# Valve Yield

| THV Mfg. | KPI | Target | Results | | | |
|---|---|---|---|---|---|---|
| | | | Q1 | Q2 | Q3 | Q4 |
| Leeds | THV Yield (%) | 1H 2025 ≥ [redacted]<br>2H 2025 ≥ [redacted] | [redacted] | [redacted] | | |
| Irvine | | | [redacted] | [redacted] | | |

*12-month running yield*

[redacted]


39
© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Valve Yield – Right First Time (RFT)

| THV Mfg. | KPI | Target | Results | | | |
|---|---|---|---|---|---|---|
| | | | Q1 | Q2 | Q3 | Q4 |
| Leeds | RFT Yield (%) | [redacted] | [redacted] | | | |
| Irvine | | | | | | |

[redacted]


40
© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Valve Yield – Rework

| THV Mfg. | KPI | Target | Results | | | |
|---|---|---|---|---|---|---|
| | | | Q1 | Q2 | Q3 | Q4 |
| Leeds | Rework Yield (%) | [redacted] | [redacted] | [redacted] | | |
| Irvine | Rework Yield (%) | [redacted] | [redacted] | [redacted] | | |

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC 

# Tissue Yield

| Tissue | KPI | Target | Results | | | |
|---|---|---|---|---|---|---|
| | | | Q1 | QTD2 | Q3 | Q4 |
| Leeds | Tissue Yield (%) | [redacted] | [redacted] | [redacted] | | |
| Irvine | | [redacted] | [redacted] | [redacted] | | |

*12-month running yield*

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Current Yield and Process Improvement Efforts

## Engineering Projects supporting 2025 projects

[redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC

# 06

# Regulatory Modular Submission Status and Strategy

# Regulatory Status

## FDA PMA

- [redacted]

## PCBC MDR

- [redacted]

## Audits

- [redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Regulatory PMA Modular Submission

| Module | Content | Timing (Status) |
|---|---|---|
| **Module 1** | Biocompatibility and Animal Testing | March 3, 2023<br>(Accepted & Closed) |
| **Module 2** | Quality System and Manufacturing | May 26, 2023<br>(Accepted & Closed) |
| **Module 3** | Non-Clinical Bench Testing and Sterilization | August 11, 2023<br>(Accepted & Closed) |

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

[redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 07

# Finance

# 2025 Highlights

JENAVALVE

**Key Financial Highlights:**

- **Cash Position**: As of December 2025, our cash and cash equivalents is projected to stand at [redacted].
- **Revenue**: 2025 GAAP revenue is projected to reach [redacted], while Non-GAAP revenue (includes clinical reimbursement) is expected to be [redacted].
- **OpEx**: Non-GAAP OPEX (excl. clinical reimbursement offset) for 2025 is [redacted] favorable to budget.
  - **R&D**: Total R&D expense of [redacted] favorable to budget. Driven by delayed start to ARTIST [redacted] and project delays of [redacted] as we focused on [redacted].
  - **SG&A:** Total SG&A expense [redacted] unfavorable to budget.
    - **Sales:** [redacted] favorable driven by delayed hiring [redacted] and other expenses.
    - **G&A:** [redacted] unfavorable due to EW transaction fees.
- **Net Loss**: The net loss before tax for the year is [redacted] unfavorable to budget.



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Non-GAAP P&L

JENAVALVE

| ($ in thousands) | Q1 Act | Q2 Act | Q3 Fcst | Q4 Fcst | 2025 Act/Fcst | 2025 Bud | Fav/(Unfav) | Comments |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | [redacted] | | | | | | | |
| *Sales Units* | | | | | | | | |
| **Cost of revenues** | | | | | | | | |
| **Gross profit (loss)** | | | | | | | | |
| Clinical and regulatory | | | | | | | | |
| Product development | | | | | | | | |
| **Total R&D** | | | | | | | | |
| Sales and marketing | | | | | | | | |
| General and administrative | | | | | | | | |
| Deal expense | | | | | | | | |
| **Total SG&A** | | | | | | | | |
| **Total OPEX** | | | | | | | | |
| **Loss from operations** | | | | | | | | |
| Other expense | | | | | | | | |
| **Net loss before tax** | | | | | | | | |



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC 

# 2025-2028 Non-GAAP P&L

JENAVALVE

| | 2025 | | 2026 | | 2027 | | 2028 | |
|---|---|---|---|---|---|---|---|---|
| **($ in thousands)** | Act/Fcst | % of Revenue | Fcst | % of Revenue | Fcst | % of Revenue | Fcst | % of Revenue |
| **Revenue** | [redacted] | | | | | | | |
| *Sales Units* | | | | | | | | |
| **Cost of revenues** | | | | | | | | |
| **Gross profit** | | | | | | | | |
| Clinical and regulatory | | | | | | | | |
| Product development | | | | | | | | |
| **Total R&D** | | | | | | | | |
| Sales and marketing | | | | | | | | |
| General and administrative | | | | | | | | |
| Deal expense | | | | | | | | |
| **Total SG&A** | | | | | | | | |
| **Total OPEX** | | | | | | | | |
| **Loss from operations** | | | | | | | | |
| Other expense | | | | | | | | |
| **Net loss before tax** | | | | | | | | |


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Actual Cash vs. Budget

JENAVALVE

Actual cash is higher than budgeted due to AP management & [redacted] in unpaid legal expenses

($ in millions)

[redacted]

| ($ in millions) | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| Cash beginning of period | [redacted] | | | | | |
| Operating expenses | | | | | | |
| CapEx | | | | | | |
| Interim Funding | | | | | | |
| Cash Inflow / (Outflow) | | | | | | |
| Cash end of period | | | | | | |

| | Act | | Bud | |
|---|---|---|---|---|
| Month | Cash Inflow / (Outflow) | Cumulative Cash Inflow / (Outflow) | Cash Inflow / (Outflow) | Cumulative Cash Inflow / (Outflow) |
| Jan | [redacted] | | | |
| Feb | | | | |
| Mar | | | | |
| Apr | | | | |
| May | | | | |
| Jun | | | | |



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Monthly Cash Projection

JENAVALVE

[redacted]

- Post September, we are burning [redacted] above the [redacted] interim funding
- Cash management providing optionality to accelerate manufacturing, R&D programs, and/or US commercial launch
- Potential Targets for cash burn savings (if necessary)

[redacted]

PMA approval

Liquidity Covenant [redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Net Cash Used In/Provided By

JENAVALVE

| ($ in thousands) | Q1 Act | Q2 Act | Q3 Fcst | Q4 Fcst | 2025 Act/Fcst |
|---|---|---|---|---|---|
| Net cash used in operating activities | [redacted] | | | | |
| Net cash used in investing activities | | | | | |
| Net cash provided by financing activities | | | | | |
| **Net increase / (decrease) in cash** | | | | | |
| Cash beginning of period | | | | | |
| **Cash end of period** | | | | | |


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC

# 2025-2028 Statement of Cash Flow

JENAVALVE

| ($ in thousands) | 2025 Act/Fcst | 2026 Fcst | 2027 Fcst | 2028 Fcst |
|---|---|---|---|---|
| OPERATING ACTIVITIES | [redacted] | | | |
| Net loss | | | | |
| Depreciation and amortization | | | | |
| Amortization of deferred debt financing and debt issuance costs | | | | |
| Amortization of right of use assets | | | | |
| Loss on disposal of property and equipment | | | | |
| Change in fair value of convertible preferred stock tranche liability | | | | |
| Stock based compensation expense | | | | |
| Accounts receivables | | | | |
| Prepaid expenses | | | | |
| Inventories | | | | |
| Deferred contract costs | | | | |
| Other assets | | | | |
| Accounts payable | | | | |
| Accrued liabilities | | | | |
| Lease liabilities | | | | |
| Contract liabilities | | | | |
| Net cash used in operating activities | | | | |
| INVESTING ACTIVITIES | | | | |
| Purchases of property, plant and equipment | | | | |
| Purchases of intangibles | | | | |
| Net cash used in investing activities | | | | |
| FINANCING ACTIVITIES | | | | |
| Proceeds from issuance of long term debt, net of financing/issuance costs | | | | |
| Net cash provided by financing activities | | | | |
| Net increase / (decrease) in cash | | | | |
| Cash beginning of period | | | | |
| **Cash end of period** | | | | |



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Quarterly Balance Sheet

JENAVALVE

| ($ in thousands) | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| **Assets** | [redacted] | | | |
| Current assets: | | | | |
| Cash and cash equivalents | | | | |
| Accounts receivable | | | | |
| Inventory | | | | |
| Prepaid expenses and other current assets | | | | |
| Income tax receivable | | | | |
| Total current assets | | | | |
| | | | | |
| Long-term assets | | | | |
| Other assets | | | | |
| **Total assets** | | | | |
| | | | | |
| **Liabilities & stockholders' deficit** | | | | |
| Current liabilities: | | | | |
| Accounts payable | | | | |
| Accrued expenses and other liabilities | | | | |
| Operating lease liabilities, current | | | | |
| Total current liabilities | | | | |
| | | | | |
| Long-term liabilities | | | | |
| Total liabilities | | | | |
| | | | | |
| Convertible preferred stock | | | | |
| Total convertible preferred stock | | | | |
| Stockholders' deficit | | | | |
| Common stock, par value | | | | |
| Additional paid-in capital | | | | |
| APIC - Subscribed capital | | | | |
| Other comprehensive income (loss) | | | | |
| Accumulated deficit | | | | |
| Total stockholders' deficit | | | | |
| **Total liabilities and stockholders' deficit** | | | | |


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025-2028 Balance Sheet

JENAVALVE

| ($ in thousands) | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|
| **Assets** | [redacted] | | | |
| Current assets: | | | | |
| Cash and cash equivalents | | | | |
| Accounts receivable | | | | |
| Inventory | | | | |
| Prepaid expenses and other current assets | | | | |
| Income tax receivable | | | | |
| Total current assets | | | | |
| Long-term assets | | | | |
| Other assets | | | | |
| **Total assets** | | | | |
| **Liabilities & stockholders' deficit** | | | | |
| Current liabilities: | | | | |
| Accounts payable | | | | |
| Accrued expenses and other liabilities | | | | |
| Operating lease liabilities, current | | | | |
| Total current liabilities | | | | |
| Long-term liabilities | | | | |
| Total liabilities | | | | |
| Convertible preferred stock | | | | |
| Total convertible preferred stock | | | | |
| Stockholders' deficit | | | | |
| Common stock, par value | | | | |
| Additional paid-in capital | | | | |
| APIC - Subscribed capital | | | | |
| Other comprehensive income (loss) | | | | |
| Accumulated deficit | | | | |
| Total stockholders' deficit | | | | |
| **Total liabilities and stockholders' deficit** | | | | |


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 08

# Lunch

# Lunch




© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 09

# Business Plan: 2025 – 2028 Outlook and Required Funding

# 2025-2028 P&L

JENAVALVE

| | 2025 | | 2026 | | 2027 | | 2028 | |
|---|---|---|---|---|---|---|---|---|
| **($ in thousands)** | Act/Fcst | % of Revenue | Fcst | % of Revenue | Fcst | % of Revenue | Fcst | % of Revenue |
| **Revenue** | [redacted] | | | | | | | |
| **Cost of revenues** | | | | | | | | |
| **Gross profit (loss)** | | | | | | | | |
| Clinical and regulatory | | | | | | | | |
| Product development | | | | | | | | |
| **Total R&D** | | | | | | | | |
| Sales and marketing | | | | | | | | |
| General and administrative | | | | | | | | |
| Deal expense | | | | | | | | |
| **Total SG&A** | | | | | | | | |
| **Total OPEX** | | | | | | | | |
| **Loss from operations** | | | | | | | | |
| Other expense | | | | | | | | |
| **Net loss before tax** | | | | | | | | |


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025-2028 Cash Burn WITHOUT [redacted] Breakup Fee in Sep '25

JENAVALVE

[redacted]

Liquidity Covenant $4.25M



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 10

# Funding Strategies Post Merger Agreement Termination

# Funding Strategies Steps Post Merger Agreement Termination

- Upon Termination of the Merger Agreement, we will have [redacted] cash on hand
- We will immediately need to raise an Emergency Round (Series C Extension)
- Recommmened Total Raise Size: [redacted] (cap table in appendix)
  - Provides [redacted] of burn at [redacted] /mth
    - Assuming payment of [redacted] in current legal fees Privileged - Redact
  - First Draw of [redacted] (payment of legal fees and some operating capital)
    - Note: Is a monthly draw logistically feasible?
  - Escrow with a Mth/Mth Draw - Board Approved
  - The Company would manage mthly burn at [redacted] / mth and conform to Innovatus Liquidity Covenant of [redacted]
  - Series C Extension (Emergency Round) will provide a runway for the Company to explore and close on alternative M&A
- Management would initiate Series D outreach to potential new lead investors
  - Series C Post Valuation + [redacted]
  - Target Series D Pre-Money: [redacted]
  - Target Raise [redacted]
  - Valuation Projection for IPO (est.)
    - [redacted] = Pre IPO
    - New investor seeks [redacted] step up in value into the IPO suggests a pre$ of [redacted]
    - Based on current revenue projections the IPO [redacted]

**Rev. Projection:**
**'27 Sales -** [redacted]
**'28 sales -** [redacted]

| 2027 | | 2028 | |
|---|---|---|---|
| 5 x sales | [redacted] | 5 x sales | [redacted] |
| 6 x sales | | 6 x sales | |
| 7 x sales | | 7 x sales | |
| 12 Mth Forward Looking | | 18-24 Mth Forward Looking | |


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025-2028 Cash Burn WITHOUT [redacted] Breakup Fee in Sep '25

JENAVALVE

[redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Series D Investor List – Large Net (select investors below to target)

[redacted]


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 11

# Executive Session

Message

| | |
|---|---|
| **From:** | Steve Sloan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5D433786D2614512941F72189B96C06A-DFBB9DB6-E2] |
| **Sent:** | 7/20/2025 11:25:39 PM |
| **To:** | Andrew Hack [ahack@baincapital.com]; Jan Keltjens [jankeltjens@hotmail.com]; Olivier Litzka [o.litzka@anderapartners.com]; Jan Pensaert [jan.pensaert@valiance-am.com]; Dan Dearen [ddearen@gmail.com]; Shlomi Nachman [shlominachman@gmail.com]; Keith Dawkins [keith@dawkins.org]; Kenneth Macleod [km@rosettacapital.com]; Yuexin YU [y.yu@anderapartners.com]; Amir Zamani [azamani@baincapital.com] |
| **CC:** | John Kilcoyne [kilcoyne@jenavalve.com] |
| **Subject:** | Jenavalve's June 2025 Financial Results |
| **Attachments:** | JenaValve's June 2025 Financial Results - BOD 07-20-2025.pptx |

Dear Board of Directors,

Below is a summary of our financial results for June 2025:

- **Cash Position:** [redacted] in May, increased by our third month with higher interim funding at [redacted] million and close AP management. We anticipate hiring [redacted] employees (primarily in operations & commercial roles) by the end of 2025 to support and execute our US product launch. These added employees will offset our growing cash balance.
- **Non-GAAP Revenue:** [redacted] in May, but [redacted] unfavorable to budget as we work on valve production ramp ([redacted] new sewers added since Jan 1st, representing a [redacted] increase in sewers).
- **Non-GAAP R&D expense:** [redacted] favorable to budget, due to ARTIST & Project delays, as AWT was the primary focus
- **SG&A expense:** [redacted] unfavorable to budget due to higher EW transaction expense

I've attached additional details of monthly results and trends.

Please review and let me know if you have any questions.

Best regards,
Steve

**Steve Sloan**
Vice President, Finance

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1012
E-Mail: sloan@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If

you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

# Document Produced in Native Format

# June Financials

July 20, 2025

JENAVALVE

**Investigational Use Only**

**US**: CAUTION – Investigational Device. Limited by Federal (or United States) law to investigational use.

JenaValve ® Technology, Inc. | 2025 | Confidential

# Jenavalve preserved cash through a lengthy antitrust review

JENAVALVE

## June Summary

| | Non-GAAP | GAAP |
|---|---|---|
| Cash Position | As of June 2025, our cash and cash equivalents stand at [redacted]. | |
| Revenue | Revenue (including clinical reimbursement) is [redacted]. | Revenue is [redacted] |
| OpEx | OpEx [redacted] | [redacted] |
| R&D | [redacted]. | [redacted]. |
| SG&A | Total SG&A expense [redacted] Mainly driven by EW transaction fees. | |
| Net Loss | The net loss before tax for the month is [redacted] | |


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Monthly KPIs

JENAVALVE

$ in millions

| Cash | GAAP Rev | Non-GAAP Rev | Non-GAAP OPEX |
|---|---|---|---|
| [redacted] | | | |

| Working Capital | GAAP Rev | Non-GAAP Rev | Non-GAAP OPEX |
|---|---|---|---|
| [redacted] | | | |

## Non-GAAP Revenue

[redacted]

## Non-GAAP OPEX

[redacted]

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

## Manufacturing

| | UK Valve | US Valve | Catheter | Loading Tool | Sheath |
|---|---|---|---|---|---|
| Units Produced | [redacted] | | | | |
| Units in Inventory | | | | | |

Inventory Balance - Raw Materials, WIP, & Finished Goods
($ in millions)

[redacted]

Jan Feb Mar Apr May Jun

Units in Inventory

[redacted]

Jan Feb Mar Apr May Jun

Valve Catheter Loading Tool Sheath

Commercial Units Sold

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACT | [redacted] | | | | | | | | | | | | |
| BUD | | | | | | | | | | | | | |

Clinical Units Sold

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACT | [redacted] | | | | | | | | | | | | |
| BUD | | | | | | | | | | | | | |


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL - FTC v. EDWARDS/JENAVALVE

# Actual Cash exceeded the budget due to Accounts Payable management and $13M in unpaid legal fees

JENAVALVE

## Actual vs Budget Cash




*[redacted]

[redacted]

| ($ in millions) | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| **Cash beginning of period** | [redacted] | | | | | |
| Operating expenses | | | | | | |
| CapEx | | | | | | |
| Interim Funding | | | | | | |
| **Cash Inflow / (Outflow)** | | | | | | |
| **Cash end of period** | | | | | | |

| | Act | | Bud | |
|---|---|---|---|---|
| **Month** | **Cash Inflow / (Outflow)** | **Cumulative Cash Inflow / (Outflow)** | **Cash Inflow / (Outflow)** | **Cumulative Cash Inflow / (Outflow)** |
| **Jan** | [redacted] | | | |
| **Feb** | | | | |
| **Mar** | | | | |
| **Apr** | | | | |
| **May** | | | | |
| **Jun** | | | | |


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Limited product availability continues to slow down revenue compared to budget

JENAVALVE

**Actual vs Budget P&L (Non-GAAP)**

| ($ in thousands) | Act | Bud | Fav/(Unfav) |
|---|---|---|---|
| a) **Revenue** | [redacted] | | |
| b) **Cost of revenues** | | | |
| c) Clinical and regulatory | | | |
| d) Product development | | | |
| **Total R&D** | | | |
| e) Sales and marketing | | | |
| f) General and administrative | | | |
| **Total SG&A** | | | |
| **Total OPEX** | | | |
| **Loss from operations** | | | |
| Other expense | | | |
| **Net loss before tax** | | | |

**Comments on Fav/(Unfav)**

a) **Revenue:** [redacted] actual cases vs. [redacted] budgeted, limited product availability

b) **Cost of revenues:** Product cost is [redacted] fav, spend is [redacted] fav, yield [redacted] fav, all offset by lower absorption/production [redacted] unfav

c) **Clinical and regulatory:** Higher clinical data management fees for CAP cases

d) **Product development:** Lower use of materials due to delayed projects as we focused on AWT completion

e) **Sales and marketing:** Delayed hiring (5) and other expenses

f) **General and administrative:** EW transaction fees


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL - FTC v. EDWARDS/JENAVALVE JV-LIT-00064628.pptx

# Limited product availability continues to slow down revenue compared to budget

JENAVALVE

**Actual vs Budget P&L (GAAP)**

| ($ in thousands) | Act | Bud | Fav/(Unfav) |
|---|---|---|---|
| a) **Revenue** | [redacted] | | |
| b) **Cost of revenues** | | | |
| c) Clinical and regulatory | | | |
| d) Product development | | | |
| **Total R&D** | | | |
| e) Sales and marketing | | | |
| f) General and administrative | | | |
| **Total SG&A** | | | |
| **Total OPEX** | | | |
| **Loss from operations** | | | |
| Other expense | | | |
| **Net loss before tax** | | | |

**Comments on Fav/(Unfav)**

a) **Revenue:** 38 actual cases vs. [redacted] budgeted, limited product availability

b) **Cost of revenues:** Product cost is [redacted] fav, spend is [redacted] fav, yield [redacted] fav, all offset by lower absorption/production [redacted] unfav

c) **Clinical and regulatory:** Higher clinical data management fees for CAP cases, offset by 4 extra CAP cases

d) **Product development:** Lower use of materials due to delayed projects as we focused on AWT completion

e) **Sales and marketing:** Delayed hiring (5) and other expenses

f) **General and administrative:** EW transaction fees


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Non-GAAP revenue cases have been increasing steadily

JENAVALVE

**P&L Monthly Trend (Non-GAAP)**

| ($ in thousands) | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| a) **Revenue** | [redacted] | | | | | |
| b) **Cost of revenues** | | | | | | |
| c) Clinical and regulatory | | | | | | |
| d) Product development | | | | | | |
| **Total R&D** | | | | | | |
| e) Sales and marketing | | | | | | |
| f) General and administrative | | | | | | |
| **Total SG&A** | | | | | | |
| **Total OPEX** | | | | | | |
| **Loss from operations** | | | | | | |
| Other expense | | | | | | |
| **Net loss before tax** | | | | | | |

**Comments**

a) **Revenue:** Increasing cases in US, Canada and Europe

b) **Cost of revenues:** Higher product cost related to increase in revenue, headcount increase

c) **Clinical and regulatory:** Increasing patient and core lab costs due to increase in clinical patients

d) **Product development:** Increasing use of devices for R&D projects

e) **Sales and marketing:** Increasing headcount

f) **General and administrative:** EW transaction fees


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# European revenue remains stable as we prioritize higher ASP in U.S.

JENAVALVE

**P&L Monthly Trend (GAAP)**

| ($ in thousands) | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| a) **Revenue** | [redacted] | | | | | |
| b) **Cost of revenues** | | | | | | |
| c) Clinical and regulatory | | | | | | |
| d) Product development | | | | | | |
| **Total R&D** | | | | | | |
| e) Sales and marketing | | | | | | |
| f) General and administrative | | | | | | |
| **Total SG&A** | | | | | | |
| **Total OPEX** | | | | | | |
| **Loss from operations** | | | | | | |
| Other expense | | | | | | |
| **Net loss before tax** | | | | | | |

**Comments**

a) **Revenue:** Increasing cases in Canada and Europe

b) **Cost of revenues:** Higher product cost related to increase in revenue, headcount increase

c) **Clinical and regulatory:** Increasing patient and core lab costs due to increase in clinical patients

d) **Product development:** Increasing use of devices for R&D projects

e) **Sales and marketing:** Increasing headcount

f) **General and administrative:** EW transaction fees


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL - FTC v. EDWARDS/JENAVALVE JV-LIT-00064628.pptx

PX2304-011

PX2304

# We have stabilized inventory and cash, now need to grow inventory to support US launch

JENAVALVE

## Balance Sheet

| ($ in thousands) | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| **Assets** | [redacted] | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents | | | | | | |
| a) Accounts receivable | | | | | | |
| b) Inventory | | | | | | |
| Prepaid expenses and other current asset | | | | | | |
| Income tax receivable | | | | | | |
| Total current assets | | | | | | |
| Long-term assets | | | | | | |
| Other assets | | | | | | |
| **Total assets** | | | | | | |
| **Liabilities & stockholders' deficit** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | | | | | | |
| Accrued expenses and other liabilities | | | | | | |
| Operating lease liabilities, current | | | | | | |
| Total current liabilities | | | | | | |
| c) Long-term liabilities | | | | | | |
| Total liabilities | | | | | | |
| Convertible preferred stock | | | | | | |
| Total convertible preferred stock | | | | | | |
| Stockholders' deficit | | | | | | |
| Common stock, par value | | | | | | |
| Additional paid-in capital | | | | | | |
| Other comprehensive income (loss) | | | | | | |
| Accumulated deficit | | | | | | |
| Total stockholders' deficit | | | | | | |
| **Total liabilities and stockholders' deficit** | | | | | | |

### Comments on Fav/(Unfav)

a) **Accounts receivable:** Growing balance as commercial team continues to grow and drive revenue

b) **Inventory:** Inventory remains flat as we work to ramp production

c) **Long-term liabilities:** Continues to grow with EW interim funding











© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Message

**From:** John Kilcoyne [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c1abe44241a148c1bacd485c948cf20a-John Kilcoy]
**Sent:** 8/7/2025 11:41:38 AM
**To:** Steve Sloan [sloan@jenavalve.com]
**Subject:** RE: July Production

We can add this to our post forecast discussion

**John Kilcoyne**
Chief Executive Officer

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1030
E-Mail: kilcoyne@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

**From:** Steve Sloan <sloan@jenavalve.com>
**Sent:** Wednesday, August 6, 2025 10:39 PM
**To:** John Kilcoyne <kilcoyne@jenavalve.com>
**Subject:** July Production

John,

Not to oversimplify things....

But if we were to make the same 147 units each month and sell them all in the US. We would generate $[redacted] of cash each month. The [redacted] would cover our monthly cash requirements.

We need to balance the growth in hires with the increase in revenue/cash generation. The future is bright under that scenario.

Steve

| | | |
|---|---|---|
| July Production | | 147 |
| US ASP | $ 39,500 | |
| **Revenue** | **$ 5,806,500** | |

**Steve Sloan**
Vice President, Finance

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1012
E-Mail: sloan@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

CONFIDENTIAL IN ITS ENTIRETY

[redacted]

# Document Produced in Native Format

# 2024 Actual / Forecast vs. Budget

# Actuals / Forecast vs. Budget

JENAVALVE

| ($ in thousands) | Q1 Act | Q2 Act | Q3 Act | Q4 Fcst | Total Act/Fcst | Bud | Fav/(Unfav) | |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | **$ 952** | **$ 981** | **$ 1,576** | **$ 2,291** | **$ 5,800** | **8,352** | **(2,552)** | A |
| **Cost of revenues** | **2,397** | **1,468** | **3,086** | **4,874** | **11,824** | **13,694** | **1,869** | B |
| Clinical and regulatory | 4,112 | 3,358 | 4,158 | 5,041 | 16,668 | 10,110 | (6,558) | |
| Product development | 2,590 | 4,426 | 3,697 | 3,217 | 13,931 | 19,039 | 5,108 | D |
| **Total R&D** | **6,703** | **7,784** | **7,854** | **8,258** | **30,599** | **29,149** | **(1,450)** | |
| Sales and marketing | 2,003 | 2,079 | 1,928 | 1,937 | 7,948 | 7,776 | (173) | |
| G&A - normal | 3,551 | 3,859 | 3,466 | 3,674 | 14,550 | 13,592 | (958) | |
| Deal expense | - | - | 3,353 | 1,550 | 4,903 | - | (4,903) | F |
| **Total SG&A** | **5,554** | **5,939** | **8,747** | **7,161** | **27,401** | **21,367** | **(6,033)** | |
| **Total OPEX** | **12,257** | **13,723** | **16,601** | **15,419** | **58,000** | **50,516** | **(7,484)** | |
| **Loss from operations** | **(13,701)** | **(14,211)** | **(18,111)** | **(18,002)** | **(64,025)** | **(55,858)** | **(8,167)** | |
| Other expense | (1,603) | (1,322) | (1,497) | (1,661) | (6,082) | (5,604) | (478) | G |
| **Net loss before tax** | **$ (15,303)** | **$ (15,532)** | **$ (19,608)** | **$ (19,663)** | **$ (70,107)** | **$ (61,462)** | **$ (8,645)** | |

A. 300 Commercial units vs. 522 budgeted

B. $4M fav product standard on lower volume, $3M fav on reclass to clinical, offset by $5M unfav on yields and spend

C. Patient costs are $3M higher than planned, mfg reclass of $3M not budgeted

D. $1.8M lower spend on outside services, $3.2M lower materials spend

E. $1M of retention bonus and SBC

F. $5M of EW deal expense not budgeted

G. Reduced cash balance/EW interest


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Budget Proposal

# Executive Summary

| Topic | Summary |
|---|---|
| ***Strategic Focus*** | ▪ Close Edwards transaction<br>▪ PMA Approval in August 2025<br>▪ Strategic focus to support Pilot US launch, EU revenue, and ARTIST & CAP cases<br>▪ Launch of ARTIST trial to [redacted]<br>▪ Large Valves (29 & 31) and complementary delivery system development |
| ***Significant Plan Assumptions*** | ▪ Cash constrained to $5M/mo. (January to March 2025), $7.5M/mo. (April to December 2025)<br>▪ AWT testing will be completed by June 2025<br>▪ Europe list price increase from [redacted] on January 1, 2025<br>▪ US list price increase from [redacted] at Commercial Launch<br>▪ Begin new OUS manufacturing site project in Q4 2025 |
| ***What Does Plan Cover*** | ▪ Revenue of [redacted] in Europe revenue, [redacted] US revenue, [redacted] ROW revenue<br>▪ Production of [redacted] |
| ***What Does Plan NOT cover*** | ▪ Comprehensive buildout of internal commercial infrastructure (customer service, contracting, etc.)<br>▪ TF3 development |
| ***Concluding Comments*** | ▪ Balancing cash constraints with strategic initiatives |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Assumptions

JENAVALVE

| P&L Item | Summary |
| --- | --- |
| ***Revenue*** | ▪ Revenue of [redacted]; Pilot US Commercial launch in September: [redacted]<br>▪ Q4 Revenue of [redacted] |
| ***Manufacturing expansion*** | ▪ Adding [redacted] headcount in 2025<br>  ▪ All new sewers are being added in Irvine<br>▪ [redacted] Leeds 2nd cleanroom and equipment, $1.2M Irvine equipment<br>▪ Yield assumption 65% |
| ***Clinical and Regulatory Affairs*** | ▪ Clinical units: [redacted] units (ends in August), LVAD/Emergency Use: [redacted] SAVR)<br>▪ Expecting FDA approval in August<br>▪ [redacted] new headcount ([redacted]) |
| ***Product Development*** | ▪ AWT completion by June<br>▪ Large Valve [redacted] of spend |
| ***Sales and Marketing*** | ▪ Adding [redacted] new hires for US commercial launch and EU expansion<br>  ▪ US – [redacted]<br>  ▪ Europe – [redacted]<br>  ▪ Marketing – [redacted] |
| ***General and Administrative*** | ▪ Anti-trust and transaction legal work of [redacted] |

Note: If PMA delayed, Sales ramp delayed


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Annual Budget

JENAVALVE

| ($ in thousands) | 2024 Act/Fcst | 2024 % of Rev. | 2025 Bud | 2025 % of Rev. | Increase (Decrease) $ | Increase (Decrease) % |
|---|---|---|---|---|---|---|
| **Revenue** | **$ 5,800** | | [redacted] | | | |
| **Cost of revenues** | **11,824** | **204%** | | | | |
| Pre-commercial manufacturing | - | 0% | | | | |
| Clinical and regulatory | 16,668 | 287% | | | | |
| Product development | 13,931 | 240% | | | | |
| **Total R&D** | **30,599** | **528%** | | | | |
| Sales and marketing | 7,948 | 137% | | | | |
| G&A - normal | 14,550 | 251% | | | | |
| Deal expense | 4,903 | 85% | | | | |
| **Total SG&A** | **27,401** | **472%** | | | | |
| **Total Operating Expenses** | **58,000** | | | | | |
| **Loss from operations** | **(64,025)** | | | | | |
| Other expense | (6,082) | | | | | |
| **Net loss before tax** | **$ (70,107)** | | | | | |

A. 880 Commercial units in 2025 vs. 300 in 2024
- US – [redacted]
- EU – [redacted]
- OUS [redacted]

B. Change aligns with increase in sales, offset by absorption

C. New OUS manufacturing project

D. [redacted] in ARTIST and 4 headcount adds

E. [redacted] in Large Valve

F. [redacted]itional headcount, with Aug expected US approval

G. [redacted] in C-Suite

H. [redacted] deal expenses – exclusive of litigation

I. Reduced cash balance and accrued interest on interim funding


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Quarterly Budget

JENAVALVE

| ($ in thousands) | Q1 Bud | Q2 Bud | Q3 Bud | Q4 Bud | Total |
|---|---|---|---|---|---|
| **Revenue** | [redacted] | | | | |
| **Cost of revenues** | | | | | |
| Pre-commercial manufacturing | | | | | |
| Clinical and regulatory | | | | | |
| Product development | | | | | |
| **Total R&D** | | | | | |
| Sales and marketing | | | | | |
| G&A - normal | | | | | |
| Deal expense | | | | | |
| **Total SG&A** | | | | | |
| **Total OPEX** | | | | | |
| **Loss from operations** | | | | | |
| Other expense | | | | | |
| **Net loss before tax** | | | | | |

**Note: Exiting Q4 at [redacted] run rate**


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC JenaValve-2R-00218604.pptx

# Monthly Cash On Hand

JENAVALVE

[redacted]



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025-2027 Plan & Capital Strategy

# High-level Plan

JENAVALVE

| ($ in thousands) | 2025 Bud | 2025 % of Rev. | 2026 Fcst | 2026 % of Rev. | 2027 Fcst | 2027 % of Rev. |
|---|---|---|---|---|---|---|
| **Revenue** | [redacted] | | | | | |
| **Cost of revenues** | | | | | | |
| Pre-commercial manufacturing | | | | | | |
| Clinical and regulatory | | | | | | |
| Product development | | | | | | |
| **Total R&D** | | | | | | |
| Sales and marketing | | | | | | |
| G&A - normal | | | | | | |
| Deal expense | | | | | | |
| **Total SG&A** | | | | | | |
| **Total Operating Expenses** | | | | | | |
| **Loss from operations** | | | | | | |
| Other expense | | | | | | |
| **Net loss before tax** | | | | | | |



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Tactical Paths

| | Financing | Innovatus / Interim Funding | Commercial | R&D | Clinical | Operations | HR |
|---|---|---|---|---|---|---|---|
| **Deal Closes** | Run on Interim Funding | Paid at Closing | Integration into EW team | Continue Ongoing R&D Efforts | Soft ARTIST Launch | Continue with Current Footprint | Continue "As Is" |
| **Deal Terminates** | [redacted] | [redacted] | Pilot Commercial Launch | Significant Effort on Large Valve | Full ARTIST Launch | Build new OUS manufacturing site | Significant hires to ramp production and commercial |

* [redacted]



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC JenaValve-2R-00218604.pptx

# Equity Financing and IPO Strategy

| Series D Equity Financing | |
|---|---|
| ***Offering*** | [redacted] |
| ***Investor Group*** | |
| ***Valuation*** | |
| ***Estimated Fees*** | |
| ***Timing*** | |

| Initial Public Offering (IPO) | |
|---|---|
| ***Offering*** | [redacted] |
| ***Strategy*** | |
| ***Valuation*** | |
| ***Estimated Fees*** | |
| ***Timing*** | |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Capitalization Strawman

JENAVALVE

[redacted]



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC

# Appendix

# 2024 Balance Sheet

JENAVALVE

| ($ in thousands) | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ 41,819 | $ 26,153 | $ 12,460 | $ 12,602 |
| Accounts receivable | 1,700 | 1,883 | 2,490 | 956 |
| Inventory | 8,217 | 9,485 | 10,081 | 7,462 |
| Prepaid expenses and other current assets | 2,290 | 2,715 | 3,019 | 2,346 |
| Income tax receivable | 168 | 168 | 178 | 172 |
| Total current assets | **54,194** | **40,404** | **28,228** | **23,539** |
| Long-term assets | 11,786 | 11,490 | 10,980 | 10,524 |
| Other assets | 180 | 179 | 172 | 167 |
| **Total assets** | **$ 66,159** | **$ 52,073** | **$ 39,379** | **$ 34,230** |
| **Liabilities & stockholders' deficit** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ 2,477 | $ 2,546 | $ 6,962 | $ 5,277 |
| Accrued expenses and other liabilities | 5,898 | 7,179 | 8,995 | 9,175 |
| Operating lease liabilities, current | 941 | 966 | 987 | 1,007 |
| Total current liabilities | **9,317** | **10,692** | **16,944** | **15,459** |
| Long-term liabilities | 48,016 | 47,968 | 47,900 | 63,041 |
| Total liabilities | **57,333** | **58,660** | **64,844** | **78,500** |
| Convertible preferred stock | | | | |
| Total convertible preferred stock | **219,069** | **219,069** | **219,069** | **219,069** |
| Stockholders' deficit | | | | |
| Common stock, par value | 65 | 65 | 66 | 66 |
| Additional paid-in capital | 156,118 | 156,280 | 156,722 | 157,710 |
| Other comprehensive income (loss) | (437) | (471) | (183) | (313) |
| Accumulated deficit | (365,989) | (381,530) | (401,138) | (420,801) |
| Total stockholders' deficit | **(210,242)** | **(225,656)** | **(244,534)** | **(263,339)** |
| **Total liabilities and stockholders' deficit** | **$ 66,159** | **$ 52,073** | **$ 39,379** | **$ 34,230** |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments ABC

# 2025 Commercial and Clinical Cases

JENAVALVE

| | 2024 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Commercial** | 300 | [redacted] | | | | | | | | | | | | |
| Europe | 259 | | | | | | | | | | | | | |
| US | - | | | | | | | | | | | | | |
| AsiaPac (Peijia) | 35 | | | | | | | | | | | | | |
| Canada | 6 | | | | | | | | | | | | | |
| **Clinical** | 238 | | | | | | | | | | | | | |
| CAP | 223 | | | | | | | | | | | | | |
| Emergency/Compassionate Use | 6 | | | | | | | | | | | | | |
| LVAD - Substudy | 9 | | | | | | | | | | | | | |
| ARTIST - Clinical Trial | - | | | | | | | | | | | | | |
| **Total** | 538 | | | | | | | | | | | | | |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2025 Headcount

JENAVALVE

| | Q4-2024 | Q1-2025 | Q2-2025 | Q3-2025 | Q4-2025 |
|---|---|---|---|---|---|
| **Total Headcount** | **217** | **232** | **264** | **285** | **293** |
| Operations | 101 | 111 | 125 | 125 | 125 |
| S&M | 21 | 22 | 28 | 45 | 51 |
| R&D - THV | 6 | 6 | 7 | 9 | 9 |
| R&D - DS | 9 | 9 | 10 | 11 | 11 |
| Clinical | 18 | 19 | 29 | 30 | 32 |
| Quality & Regulatory | 41 | 44 | 44 | 44 | 44 |
| G&A | 21 | 21 | 21 | 21 | 21 |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC

# 2026 Quarterly Budget

JENAVALVE

| ($ in thousands) | Q1 Fcst | Q2 Fcst | Q3 Fcst | Q4 Fcst | Total |
|---|---|---|---|---|---|
| **Revenue** | [redacted] | | | | |
| **Cost of revenues** | | | | | |
| Pre-commercial manufacturing | | | | | |
| Clinical and regulatory | | | | | |
| Product development | | | | | |
| **Total R&D** | | | | | |
| Sales and marketing | | | | | |
| General and administrative | | | | | |
| **Total SG&A** | | | | | |
| **Total OPEX** | | | | | |
| **Loss from operations** | | | | | |
| Other expense | | | | | |
| **Net loss before tax** | | | | | |

**Note: Exiting Q4 at** [redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Match circle to green

# 2027 Quarterly Budget

JENAVALVE

| ($ in thousands) | Q1 Fcst | Q2 Fcst | Q3 Fcst | Q4 Fcst | Total |
|---|---|---|---|---|---|
| **Revenue** | [redacted] | | | | |
| **Cost of revenues** | | | | | |
| Pre-commercial manufacturing | | | | | |
| Clinical and regulatory | | | | | |
| Product development | | | | | |
| **Total R&D** | | | | | |
| Sales and marketing | | | | | |
| General and administrative | | | | | |
| **Total SG&A** | | | | | |
| **Total OPEX** | | | | | |
| **Loss from operations** | | | | | |
| Other expense | | | | | |
| **Net loss before tax** | | | | | |

**Note: Exiting Q4 at** [redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# ARTIST Trial

JENAVALVE

| ($ in thousands) | 2025 | 2026 | 2027 | 2028-2036 | Total |
|---|---|---|---|---|---|
| Infrastructure | [redacted] | | | | |
| Patient Enrollment | | | | | |
| Patient Follow ups | | | | | |
| Trial Team | | | | | |
| Vendor Costs | | | | | |
| **Total Study Cost** | | | | | |
| Reimbursement Income | | | | | |
| Device Cost | | | | | |
| **Net Study Cost** | | | | | |
| No. of Sites Activated | | | | | |
| No. of Patients Enrolled | | | | | |
| Headcount | | | | | |

- [redacted]
- [redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Large Valve Program

JENAVALVE

| ($ in thousands) | 2025 | 2026 | 2027 | 2028 | Total |
|---|---|---|---|---|---|
| **Resources** | [redacted] | | | | |
| Consulting | | | | | |
| Project Materials | | | | | |
| Testing | | | | | |
| Validation | | | | | |
| Outside services | | | | | |
| Compensation | | | | | |
| **Project Costs** | | | | | |
| Device cost | | | | | |
| **Net Project Cost** | | | | | |

- [redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC JenaValve-2R-00218604.pptx

# Operations Spend

JENAVALVE

| ($ in thousands) | 2024 | Q1 | Q2 | Q3 | Q4 | 2025 |
|---|---|---|---|---|---|---|
| Compensation and other | | [redacted] | | | | |
| Direct labor | $ 3,931 | | | | | |
| Indirect labor | 4,342 | | | | | |
| Materials | 2,045 | | | | | |
| Facilities | 2,979 | | | | | |
| Outside services | 1,998 | | | | | |
| Depreciation | 266 | | | | | |
| Other | 462 | | | | | |
| **Total operations** | **$ 16,022** | | | | | |

## Financials

- [redacted]

## Key Initiatives

- [redacted]
- Begin new OUS manufacturing site project in Q4 2025
- [redacted]

## Headcount

| 2024 | | | |
|---|---|---|---|
| Q1 | Q2 | Q3 | Q4 |
| 80 | 79 | 88 | 101 |
| **2025** | | | |
| Q1 | Q2 | Q3 | Q4 |
| 111 | 125 | 125 | 125 |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# New OUS Manufacturing Project Costs

JENAVALVE

| ($ in thousands) | Year 1 | Year 2 | Year 3 | Total |
|---|---|---|---|---|
| Training materials | [redacted] | | | |
| Travel | | | | |
| Lease | | | | |
| Validation costs | | | | |
| Employees expense | | | | |
| Training site | | | | |
| **Total expenses** | | | | |
| Equipment | | | | |
| Construction costs | | | | |
| **Total CAPEX** | | | | |
| **Total cost** | | | | |





© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC

# Clinical Spend

JENAVALVE

| ($ in thousands) | 2024 | Q1 | Q2 | Q3 | Q4 | 2025 |
|---|---|---|---|---|---|---|
| Compensation and other | $ 3,153 | [redacted] | | | | |
| Patient costs | 4,067 | | | | | |
| Core lab | 698 | | | | | |
| Monitoring costs | 1,749 | | | | | |
| Clinical data management | 741 | | | | | |
| Other | 742 | | | | | |
| **Total operating expenses** | **$ 11,150** | | | | | |
| | | | | | | |
| Clinical product costs | 5,138 | | | | | |
| Clinical reimbursement | (7,794) | | | | | |
| **Total clinical** | **$ 8,495** | | | | | |

## Financials

- [redacted]

## Headcount

| 2024 | | | |
|---|---|---|---|
| Q1 | Q2 | Q3 | Q4 |
| 14 | 12 | 15 | 18 |
| **2025** | | | |
| Q1 | Q2 | Q3 | Q4 |
| 19 | 29 | 30 | 32 |

## Key Initiatives

- Initiation of ARTIST & JENA-VAD Trials (Vendor contracting (core labs, data management, safety management), site selection and contracting, trial database creation
- Retrospective & Prospective Data collection from OUS Commercial Registry
- New patient CAP enrollment till commercialization
- CAP Data collection for enrolled patients [redacted]
- EU Trials closeout
- Plan and initiate JENA-SIS (Size Increase Study) if FDA Agrees
- Trial Data Presentation (CAP, ALIGN-3Y, pacers, remodeling, 500 patients in ALIGN (320 CAP +180 PMA


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# R&D Spend

JENAVALVE

| ($ in thousands) | 2024 | Q1 | Q2 | Q3 | Q4 | 2025 |
|---|---|---|---|---|---|---|
| Compensation and other | $ 1,816 | [redacted] | | | | |
| Inventory use non-sale | 1,870 | | | | | |
| Outside services | 1,668 | | | | | |
| Materials | 419 | | | | | |
| Other | 589 | | | | | |
| **Total R&D - THV** | **$ 6,362** | | | | | |

| ($ in thousands) | 2024 |
|---|---|
| Compensation and other | $ 2,053 |
| Inventory use non-sale | 382 |
| Outside services | 783 |
| Materials | 1,272 |
| Other | 208 |
| **Total R&D - DS** | **$ 4,698** |

## Financials

- [redacted]

## Headcount - THV

| 2024 | | | |
|---|---|---|---|
| Q1 | Q2 | Q3 | Q4 |
| 4 | 5 | 6 | 6 |
| **2025** | | | |
| Q1 | Q2 | Q3 | Q4 |
| 6 | 7 | 9 | 9 |

## Headcount - DS

| 2024 | | | |
|---|---|---|---|
| Q1 | Q2 | Q3 | Q4 |
| 8 | 8 | 8 | 9 |
| **2025** | | | |
| Q1 | Q2 | Q3 | Q4 |
| 9 | 10 | 11 | 11 |

## Key Initiatives

- Complete AWT/DFM Testing – May/June
- [redacted]
- Tissue development support



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# Sales & Marketing Spend

JENAVALVE

| ($ in thousands) | 2024 | Q1 | Q2 | Q3 | Q4 | 2025 |
|---|---|---|---|---|---|---|
| Compensation and other | $ 5,741 | [redacted] | | | | |
| Travel | 1,370 | | | | | |
| Conference | 988 | | | | | |
| Outside services | 266 | | | | | |
| Consulting | 422 | | | | | |
| Recruiting | 153 | | | | | |
| Other | 985 | | | | | |
| **Total sales & marketing** | **$ 9,925** | | | | | |

## Financials

- [redacted]

## Headcount

| 2024 | | | |
|---|---|---|---|
| Q1 | Q2 | Q3 | Q4 |
| 20 | 17 | 20 | 22 |
| **2025** | | | |
| Q1 | Q2 | Q3 | Q4 |
| 22 | 28 | 45 | 51 |




## Key Initiatives

- Prepare for Pilot US Commercial Launch in September
- Accelerate Podium Presence at Major Congresses via Clinical/Marketing Evidence Development Collaboration
- Continue Momentum and Planning on U.S. Reimbursement for Launch and Parallel Longer- Term Strategy
- Develop Therapy Awareness Field and Outreach Resources to Drive Patient and Referral Awareness for CAP and ARTIST sites
- Continue to Refine and Execute Imaging and Awareness Plan via ASE and Industry Partner Alliances
- Establish and Implement Strategic Alliances with Key Partners including Physician Societies, Imaging Partners and Patient Advocacy Groups
- Develop Initial Internal Infrastructure to Support Commercial Activities (Customer Service/Reimbursement)


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# Quality & Regulatory Spend

JENAVALVE

| ($ in thousands) | 2024 | Q1 | Q2 | Q3 | Q4 | 2025 |
|---|---|---|---|---|---|---|
| Compensation and other | $ 5,580 | [redacted] | | | | |
| Consulting | 865 | | | | | |
| Outside services | 359 | | | | | |
| Other | 745 | | | | | |
| **Total quality & regulatory** | **$ 7,549** | | | | | |

## Financials

- [redacted]

## Headcount

| 2024 | | | |
|---|---|---|---|
| Q1 | Q2 | Q3 | Q4 |
| 37 | 36 | 37 | 41 |
| **2025** | | | |
| Q1 | Q2 | Q3 | Q4 |
| 44 | 44 | 44 | 44 |

## Key Initiatives

- Achieve FDA approval for the Trilogy System – August '25
- Support operational and commercial expansions
- Simplify and strengthen the quality organization by aligning metrics and activities across sites
- Assure successful regulatory compliance audits by promoting and monitoring the QMS
- Successfully work to PCBC to maintain MDD certification while transitioning to MDR



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

# G&A Spend

JENAVALVE

| ($ in thousands) | 2024 | Q1 | Q2 | Q3 | Q4 | 2025 |
|---|---|---|---|---|---|---|
| Compensation and other | $ 6,661 | [redacted] | | | | |
| Outside services | 675 | | | | | |
| Consulting | 649 | | | | | |
| Travel | 760 | | | | | |
| Professional services | 828 | | | | | |
| Legal | 6,724 | | | | | |
| Other | 2,575 | | | | | |
| **Total G&A** | **$ 18,874** | | | | | |

## Financials

- [redacted]

## Headcount

| 2024 | | | |
|---|---|---|---|
| Q1 | Q2 | Q3 | Q4 |
| 23 | 25 | 22 | 21 |
| **2025** | | | |
| Q1 | Q2 | Q3 | Q4 |
| 21 | 21 | 21 | 21 |




## Key Initiatives

- Work Through FTC Approval Process
- Manage Edwards Relationship and Integration
- Manage Cash to Edwards Interim Funding
- Strategic Planning for All Outcomes


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Add comments

Plaintiff Federal Trade Commission
Civil Action No. 1:25-cv-02569-RC
Exhibit PX2327

# Document Produced in Native Format

# JenaValve

# Corporate Presentation

April 2024

JENAVALVE

# Patients Deserve Better

JENAVALVE

## Aortic Regurgitation is a Deadly Disease

Unfortunately, Most Patients Don't Receive Treatment

### Not Referred

**56%**

of moderate-severe AR patients are not sent for additional evaluation within 2 years after diagnosis[1]

### Not Treated

**74%**

of severe, symptomatic patients do not receive treatment within a year of diagnosis[2]

### Not Alive

**24%**

1-year mortality rate for patients with NYHA 3-4 untreated severe, symptomatic AR[3]

1. Amoroso, Clinical journey for patients with aortic regurgitation: a retrospective observational study from a multicenter database. Presented at TVT, June 2023, Phoenix, AZ.
2. Thourani VH, Brennan JM, et al. Structural Heart 2021;5(6):608-618.
3. Contemporary Evaluation and Clinical Treatment Options for Aortic Regurgitation Mark Lebehn 1, Torsten Vahl 1,2, Polydoros Kampaktsis 1 and Rebecca T. Hahn



© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC JenaValve-2R-00210565.pptx

PX2327-003

# How Common Is Aortic Regurgitation?

JENAVALVE

***Aortic regurgitation presents a real issue and it is severely underdiagnosed***

## OxVALVE Study (N: 2,500; Age: >65 yr)

**Table 2** New diagnosis of valvular heart disease

| | None/trivial | Mild | Significant (moderate/severe) | |
|---|---|---|---|---|
| Any VHD | 1231 (49.2%) | 1110 (44.4%) | 159 (6.4%) | |
| Left-sided VHD | | | | |
| Mitral regurgitation | 1948 (77.9%) | 494 (19.8%) | 58 (2.3%) | #2 |
| Mitral stenosis | 2491 (99.6%) | 7 (0.3%) | 2 (0.1%) | |
| Aortic regurgitation | 2118 (84.7%) | 341 (13.6%) | 41 (1.6%) | #3 (2x AS) |
| Calcific aortic valve disease—AoScl and stenosis | 1617 (64.7%) | 866 (34.6%)[a] | 17 (0.7%) | |

| | None/Trivial/Mild | Significant (moderate/severe) | |
|---|---|---|---|
| Right-sided VHD | | | |
| Tricuspid regurgitation | 2433 (97.3%) | 67 (2.7%) | #1 |
| Pulmonary regurgitation | 2493 (99.7%) | 7 (0.3%) | |

Number of study participants (% of total cohort) with newly diagnosed VHD (there were no cases of tricuspid or pulmonary stenosis). VHD, valvular heart disease.
[a] Mild calcific aortic valve disease refers to the combined number with AoScl and mild aortic stenosis.

d'Arcy JL et al. Eur Heart J. 2016;37(47):3515-22

## HONU Valve Study (N: 928 ; Median Age: 74)

**TABLE 1** Diagnosis of Valvular Heart Disease

| | None/Trivial | Mild | Significant | |
|---|---|---|---|---|
| Any valvular heart disease | 606 (65.0) | 175 (19.0) | 147 (16.0) | |
| Aortic stenosis | 892 (96.0) | 21 (2.3) | 15 (1.6) | |
| Aortic regurgitation | 825 (89.0) | 61 (6.6) | 42 (4.5) | #3 |
| Mitral regurgitation | 744 (80.0) | 120 (13.0) | 64 (6.9) | #2 |
| Tricuspid regurgitation | 757 (82.0) | 104 (11.0) | 67 (7.2) | #1 |
| New diagnosis atrial fibrillation | 8 (1.3) | 2 (0.9) | 4 (4.4) | |

Gössl M et al. JACC Imaging 2023 Aug;16(8):1118-1120 doi: 10.1016/j.jcmg.2023.02.009.

***"Significant AR is NOT uncommon, but terribly misdiagnosed…"***

**João Cavalcante, MD**
**Minneapolis Heart Institute**
**London Valves, Nov. 2023**


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Same Valve w/ Different Pathology – Requires a Unique Design

JENAVALVE

## Disease State Overview

### Aortic Stenosis ("ssAS")



A Stenotic Aortic Valve Does Not Open Fully Causing the Heart to Work Harder to Distribute Blood to the Body

**Amenable to Existing TAVR's Use of Radial Force to Anchor**

- Stenosis of the Valve
- Calcification of the Leaflets/Annulus
- Non-compliant anatomy

### Aortic Regurgitation ("ssAR")



A Regurgitant Aortic Valve Fails to Close, Allowing Blood to Leak Backwards

**NOT Amenable to Existing TAVR's Use of Radial Force to Anchor**

- No Stenosis of the Valve
- No Calcification of Leaflets/Annulus
- Compliant anatomy



© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Today: No Viable Solution For ssAR Patients

JENAVALVE

| Medical Management | Surgical Valve Replacement | Off-Label TAVR |
| --- | --- | --- |
|  |  |  |
| Temporarily Treats Symptoms Not The Disease | Too invasive for high surgical risk patients | ~20% Valve embolization or need for second valve* |

*Yoon S-H, Schmidt T, Bleizzifer S, et al. Transcatheter aortic valve replacement in pure native aortic valve regurgitation. J Am Coll Cardiol. 2017;70:2752-63.*



© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# The AR Opportunity

# 2025: Untapped Market Opportunity (Prevalence) of $[redacted]+

JENAVALVE

## ① Near-Term U.S. Opportunity: ~33K Eligible Patients (1)

[redacted] TAM | **Extreme/High Risk ssAR**

## ② Longer-Term U.S. Opportunity: ~56K Eligible Patients (1)

$[redacted] TAM | **Intermediate/Low Risk ssAR**

**34K+ INCIDENCE** | Annual U.S. Incidence of ssAR for 3 Surgical Risk Categories
Potential Recurring [redacted] Annual Revenue Opportunity




Source: JenaValve management
Note: TAM based on 2025 figures. Figures based on U.S. patients above the age of 50 with severe symptomatic aortic regurgitation
(1) Assumes exclusions / co-morbidities of [redacted] of the total prevalent population of patients suffering from severe symptomatic AR in the U.S. of 118K
(2) [redacted]
(3) EU Market represents management estimates


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# The Trilogy Heart Valve System

# The Only TAVR System Designed for Aortic Regurgitation

JENAVALVE




**The Trilogy Valve with locator technology finally gives high-risk patients with severe, symptomatic aortic regurgitation a TAVR treatment option.**

- Locators attach to native leaflets for secure anchoring even in the absence of calcium
- Locator design inherently facilitates commissural alignment and appropriate placement depth

**Investigational Use Only**

**US**: CAUTION – Investigational Device. Limited by Federal (or United States) law to investigational use.


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC JenaValve-2R-00210565.pptx

PX2327-010

# Trilogy Procedure

JENAVALVE





© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Innovation Product Pipeline

JENAVALVE

[redacted]


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Competition

JENAVALVE

## Why No Strategics With AR Valve?

## Others Have Tried

- They Have Tried … But Failed
- Prevalence Allure of Tricuspid and Mitral Regurgitation
- Guidelines and Diagnostics
- AR Market Size Not Well Understood – "Forgotten Disease"
- Strong JenaValve IP Picket Fence Creates Competitive Moat




Edwards
Helio Docking Valve
**FAILED**



Medtronic
Engager
**FAILED**



Genesis
Jvalve
**ACTIVE**


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC JenaValve-2R-00210565.pptx

PX2327-013

# ALIGN-AR Trial

JENAVALVE

**Enrolled Population**
N=180

Rat
26.7

$P_{non\text{-}inferiority}$ <

**Non-inferiority criteria met for**

25% prespecified non-inferiority margin

1-sided
7.5% CI

12.3%

$P_{non\text{-}inferiority} < 0.0001$

**criteria met for primary efficacy endpoint**



Articles

## Transcatheter aortic valve implantation in patients with high-risk symptomatic native aortic regurgitation (ALIGN-AR): a prospective, multicentre, single-arm study

Torsten P Vahl, Vinod H Thourani, Raj R Makkar, Nadira Hamid, Omar K Khalique, David Daniels, James M McCabe, Lowell Satler, Mark Russo, Wen Cheng, Isaac George, Gabriel Aldea, Brett Sheridan, Dean Kereiakes, Harsh Golwala, Firas Zahr, Stanley Chetcuti, Pradeep Yadav, Susheel K Kodali, Hendrik Treede, Stephan Baldus, Nicholas Amoroso, Lauren S Ranard, Duane S Pinto, Martin B Leon

**Summary**

**Background** Surgery remains the only recommended intervention for patients with native aortic regurgitation. A transcatheter therapy to treat patients at high risk for mortality and complications with surgical aortic valve replacement represents an unmet need. Commercial transcatheter heart valves in pure aortic regurgitation are hampered by unacceptable rates of embolisation and paravalvular regurgitation. The Trilogy transcatheter heart valve (JenaValve Technology, Irvine, CA, USA) provides a treatment option for these patients. We report outcomes with transfemoral transcatheter aortic valve implantation (TAVI) in patients with pure aortic regurgitation using this dedicated transcatheter heart valve.

**Methods** The ALIGN-AR trial is a prospective, multicentre, single-arm study. We recruited symptomatic patients (aged ≥18 years) with moderate-to-severe or severe aortic regurgitation at high risk for mortality and complications after surgical aortic valve replacement at 20 US sites for treatment with the Trilogy transcatheter heart valve. The 30-day composite primary safety endpoint was compared for non-inferiority with a prespecified performance goal of 40·5%. The primary efficacy endpoint was 1-year all-cause mortality compared for non-inferiority with a performance goal of 25%. This trial is registered with ClinicalTrials.gov, NCT 04415047, and is ongoing.

**Findings** Between June 8, 2018, and Aug 29, 2022, we screened 346 patients. We excluded 166 (48%) patients and enrolled 180 (52%) patients with symptomatic aortic regurgitation deemed high risk by the heart team and independent screening committee assessments. The mean age of the study population was 75·5 years (SD 10·8), and 85 (47%) were female, 95 (53%) were male, and 131 (73%) were White. Technical success was achieved in 171 (95%) patients. At 30 days, four (2%) deaths, two (1%) disabling strokes, and two (1%) non-disabling strokes occurred. Using standard Valve Academic Research Consortium-2 definitions, the primary safety endpoint was achieved, with events occurring in 48 (27% [97·5% CI 19·2–34·0]) patients ($p_{non\text{-}inferiority}$<0·0001), with new pacemaker implantation in 36 (24%) patients. The primary efficacy endpoint was achieved, with mortality in 14 (7·8% [3·3–12·3]) patients at 1 year ($p_{non\text{-}inferiority}$<0·0001).

**Interpretation** This study shows the safety and effectiveness of treating native aortic regurgitation using a dedicated transcatheter heart valve to treat patients with symptomatic moderate-to-severe or severe aortic regurgitation who are at high risk for mortality or complications after surgical aortic valve replacement. The observed short-term clinical and haemodynamic outcomes are promising as are signs of left ventricular remodelling, but long-term follow-up is necessary.

**Funding** JenaValve Technology.

**Copyright** © 2024 Elsevier Ltd. All rights reserved.

Published Online
March 26, 2024
https://doi.org/10.1016/S0140-6736(23)02806-4
See Online/Comment
https://doi.org/10.1016/S0140-6736(24)00062-X

**Columbia University Irving Medical Center, New York, NY, USA** (T P Vahl MD, I George MD, Prof S K Kodali MD, L S Ranard MD, Prof M B Leon MD); **Piedmont Heart Institute, Atlanta, GA, USA** (Prof V H Thourani MD, P Yadav MD); **Cedars Sinai Medical Center, Los Angeles, CA, USA** (Prof R R Makkar MD, W Cheng MD); **Minneapolis Heart Institute, Minneapolis, MN, USA** (N Hamid MD); **St Francis Hospital and Heart Center, Roslyn, NY, USA** (O K Khalique MD); **California Pacific Medical Center, San Francisco, CA, USA** (D Daniels MD, B Sheridan MD); **University of Washington, Seattle, WA, USA** (J M McCabe MD, G Aldea MD); **MedstarWashington Hospital Center, Washington, DC, USA** (L Satler MD); **Rutgers University, New Brunswick, NJ, USA** (M Russo MD); **Christ Hospital, Cincinnati, OH, USA** (D Kereiakes MD); **Oregon Health Sciences, Portland, OR, USA** (H Golwala MD, F Zahr MD); **University of Michigan, Ann Arbor, MI, USA** (S Chetcuti MD); **Clinic III for Internal Medicine, University Hospital Cologne, Cologne, Germany** (Prof S Baldus MD); **University Medical Center of the Johannes Gutenberg University, Mainz, Germany** (Prof H Treede MD); **Medical University of South Carolina, Charleston, SC, USA** (N Amoroso MD); **Beth Israel Deaconess Medical Center, Interventional Cardiology Section, Division of Cardiology, Boston, MA, USA** (D S Pinto MD)

**Introduction**

Isolated native aortic regurgitation occurs in 8–13% of patients with valvular heart disease.[1,2] The combined pressure and volume overload of aortic regurgitation can cause left-ventricular systolic dysfunction. When symptoms develop, myocardial dysfunction mediated by fibrosis, diastolic dysfunction, and increased myocardial work is often present.[3,4] Surgical aortic-valve replacement remains the standard for treatment of aortic regurgitation,[5] and is associated with substantial survival benefit.[6,7] Nevertheless, only one in five patients with severe aortic regurgitation and left-ventricular ejection fraction (LVEF) of 30–50% are referred for surgical aortic-valve replacement, and only 3% of those with an LVEF below 30% are referred for surgical aortic-valve replacement.[3] Adverse consequences among symptomatic patients with aortic regurgitation are substantial and conservative management is associated with a 1-year mortality rate exceeding 20%.[8] Thus, a less invasive alternative to surgery is needed for patients at high risk of mortality and complications with surgical aortic valve replacement.





**Martin B. Le**
**Global Study**
ALIGN Study
Columbia Un
New York, NY



**Torsten Vahl, MD**
**National Co-PI**
ALIGN Study
Columbia University
New York, NY

13

© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Consolidation of AR Leadership

JENAVALVE





© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC JenaValve-2R-00210565.pptx

PX2327-015

# Regulatory Strategy

# Global Regulatory Overview

JENAVALVE

| Agency | Status | Information | Timing |
|---|---|---|---|
|  | **Approved**<br>CE Mark | **Commercial Indications -** ssAR/ssAS<br>**Planned PMCF Study -** 150 Pts.<br>**Commercial Implants To Date -** 360+ | **Approved** |
|  | **Enrollment Complete**<br>Aug. 2022<br>**Modules 1-3**<br>Submitted | **Design -** Prospective, MC, Single-Arm<br>**Sample Size -** 180 Patients<br>**Primary Endpoint -** At 1 Yr. F/U<br>**Total Follow-Up** - 5 Yrs. | **Target Approval**<br>2H-2025 |

**200+ Continued Access Cases (CAP) Completed Since Completion of ALIGN-AR Trial in Sept. '22**


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Commercial Launch

# US Commercial Strategy

JENAVALVE

**Key Success Factors**

## Recruiting / Talent Acquisition
*Focus on structural heart experience and relationships*

## Site Selection and Activation
*High volume centers with dedicated AR programs*

## Therapy Awareness and Education
*Multi-disciplinary programs for key stakeholders*

## Evidence Development
*Support/drive publications in top tier journals*

## Coverage and Reimbursement
*Coverage on Claim-by-Claim Basis with Local MACs*

[redacted]


© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC JenaValve-2R-00210565.pptx

# 2024 – 2027 Forecast Roll-Up

JENAVALVE

| | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| **Commercial + ALIGN CAP $** | | | | | |
| US Clinical - ALIGN CAP | $8M | [redacted] | | | |
| OUS Commercial | $8M | | | | |
| US Commercial | - | | | | |
| **Sub-Total** | **$16M** | | | | |
| **Int/Low-Risk Clinical** | | | | | |
| US Clinical - ARTIST | - | [redacted] | | | |
| US Clinical - ARTIST CAP | - | | | | |
| **Grand Total** | **$16M** | | | | |

**CURRENT OUS and US CLINICAL CAP REVENUE DEMONSTRATES ROBUST DEMAND FOR TRILOGY**


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# TAVR for Aortic Regurgitation Claims Are Already Covered

## How Do We Know?

A study that investigated how TAVR AR claims are currently being handled by Medicare

## 2022 Medicare Claims Database Analysis

Exclusions: Claims from Trilogy Clinical Trial sites

Inclusions: All 2022 'AR only' TAVR claims

### Results

All TAVR AR claims (323) were paid, without exception

TAVR AR claims originated from all U.S. regions

## What Does It Mean?

Trilogy has coverage upon FDA approval, onward, throughout the USA

All necessary coding is already in place for AR only TAVR claims



© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Global Locations and Facilities

JENAVALVE






© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Highly Confidential Submission to the FTC JenaValve-2R-00210565.pptx

PX2327-022

# Financing

JENAVALVE

## Series C

### Series C Closed - $100M

- Tranche 1: $73M – Funded (Aug. '22)
- Tranche 2: $27M – Funded (Mar. '24)
  - Post Money Valuation - $400M
  - Current Cash Runway – Jan. '25

andera PARTNERS

BainCapital

COMORANT ASSET MANAGEMENT

INNOVATUS CAPITAL PARTNERS

PEIJIA

PICTET

RMM Consulting Group

ROSETTA CAPITAL

QIA جهاز قطر للاستثمار QATAR INVESTMENT AUTHORITY

Valiance



© 2023 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Projected Cash Balance + Key Milestones

JENAVALVE

## Projected Cash Balance

[redacted]

4Q23 1Q24 2Q24 3Q24 4Q24 1Q25 2Q25 3Q25 4Q25 1Q26 2Q26 3Q26 4Q26

Exit Opportunities

## Key Milestones

- ARTIST Enrollment Begins Dec 2024
- May 2025: Submission of Module 4 to FDA
- July 2025: Begin Hiring US Sales Reps (Class 1)
- Oct 2025: Begin Manufacturing expansion project
- Dec 2025: FDA Approval
- Jan 2026: Begin US Commercialization
- Mar 2026: Expand US sales force (Class 2)
- Global Revenue $70M

## ★ Exit Opportunities

[redacted]

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

JENAVALVE

Trilogy Transcatheter Heart Valve

# The valve that makes TAVR for AR possible.



Message

**Sent**: 3/15/2024 10:03:07 PM
**To**: John Kilcoyne [kilcoyne@jenavalve.com]
**Attachments**: March 20 2024 DRAFT 3 12.pptx

**Lisa Boyle**
Vice President, Clinical and Medical Affairs

JENAVALVE

**JenaValve Technology, Inc.**
4 Cromwell
Irvine, California 92618 USA
E-Mail: Boyle@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

# Document Produced in Native Format

# Board of Directors Meeting

March 20, 2024

JENAVALVE

# JenaValve Board of Directors Meeting Agenda

| Section | Topic | Presenter | Time |
|---|---|---|---|
| 01 | Approve minutes from, 2023 – Board of Directors Mtg Dec.7, 2023, Jan. 17, 2024, Jan. 31, 2024 | Jan Keltjens/John Kilcoyne | 8:00am – 8:15am |
| 02 | Strategic Scenario Planning & Associated Capital Needs | John Kilcoyne / Jan Keltjens | 8:15am – 8:45am |
| 03 | AWT Summary & Regulatory Timeline | Vivian Khalil / Jane Metcalf | 8:45am – 10:00am |
| 04 | Break | All | 10:00am – 10:15am |
| 05 | 2024 – 2025 Budget (Baseline) | John Kilcoyne / Kari Moore | 10:15am – 11:00am |
| 06 | 2024 – 2025 Key Initiatives & Accelerated Opportunities | John Kilcoyne / All | 11:00am - Noon |
| 07 | Lunch | All | Noon – 12:30pm |
| 08 | Capital Formation and Strategic Update | Kari Moore / John Kilcoyne | 12:30pm – 1:30pm |
| 09 | Executive Session | Board of Directors | 1:30pm – 2:00pm |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Administration

- Review & Approve Board of Directors Meeting Minutes:
  - December 7, 2023
  - January 17,2024
  - January 31, 2024

## 2024 Board Meeting Schedule:

| Day/Date | Location | Time |
|---|---|---|
| Wednesday, March 20th | Irvine | 8 am – 2 pm PST |
| Tuesday, June 25th | Bain | 8 am – 2 pm EST |
| Tuesday, September 17th | Zoom | 8 am – 12:30 pm PST |
| Tuesday, December 3rd | Irvine | 8 am – 2 pm PST |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 02

# Strategic Scenario Planning & Associated Capitalization Needs

# Strategic Scenario Planning & Associated Capitalization Needs





© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 03
# AWT Root Cause Review

# Executive Summary – AWT Testing

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# AWT - Investigation Status

[redacted]



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Sizing Discussion – JVT Proposal

| | | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23mm | Current | [redacted] | | | | | | | | | | | | | | | | | | | | | | | | |
| | JVT Proposal | | | | | | | | | | | | | | | | | | | | | | | | | |
| 25mm | Current | | | | | | | | | | | | | | | | | | | | | | | | | |
| | JVT Proposal | | | | | | | | | | | | | | | | | | | | | | | | | |
| 27mm | Current | | | | | | | | | | | | | | | | | | | | | | | | | |
| | JVT Proposal | | | | | | | | | | | | | | | | | | | | | | | | | |

## Benefits

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Areas for Fracture Investigation (25 Min Round)

[redacted]



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

If questioned on tear in high stress area – get Duane's explanation that bacteria prefers high stress area

# Manufacture and Testing Overview

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Lack of continuity and learnings applied to current test

## Current Fixture v. Rev 5 Fixture

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# BDC as Primary Test Lab

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# FDA Alignment for BDC

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

## AWT Test Plan and Associated Regulatory Timeline @ BDC

[redacted]

[redacted]


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Summary – AWT Testing

[redacted]

 © 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 04

# AWT Test Plan and Submission Timeline

# 05
# Break

# 06

## 2024 & 2025 Budget

Baseline

**Ops 'All in' numbers.**
**Placeholder, pending Steve**

| 2024 | | | | | |
|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | TOTAL |
| Commercial | 55 | 50 | 127 | 209 | 441 |
| ALIGN-AR/CAP | 47 | 41 | 66 | 84 | 238 |
| ARTIST | | | | 6 | 6 |
| LVAD | | | 20 | 20 | 40 |
| R&D - AWT | 120 | 32 | 24 | | 176 |
| Quality | 14 | | | | 14 |
| Mfg Dev | | | 70 | 70 | 140 |
| Field Training | | | | | 0 |
| **Subtotal** | 236 | 123 | 307 | 389 | 1,055 |
| Limited Buffer | 52 | 52 | 53 | 49 | 206 |
| **TOTAL** | **288** | **175** | **360** | **438** | **1,261** |

| 2025 | |
|---|---|
| | [redacted] |
| Commercial | |
| ALIGN-AR/CAP | |
| ARTIST | |
| LVAD | |
| R&D - AWT | |
| Mfg Dev | |
| Quality | |
| Field Training | |
| **Subtotal** | |
| Limited Buffer | |
| **TOTAL** | |

- **NOTE: The above 2024 and 2025 tables capture units needed to satisfy stated demand/consumption.**
- **The limited buffer is reflection of manufacturing LT, and WIP.**
- **Large valve has been excluded from these numbers**

# 07

# 2024 & 2025 Key Initiatives and Accelerated Opportunities

# Large Valve Project Summary Business Case

## Why it's Important

[redacted]

## Estimated Costs (Finance Provided)

| | 2024 | 2025 |
|---|---|---|
| **Resources** | | [redacted] |
| Consulting | $ 40 | |
| Project Materials | 125 | |
| Testing | 250 | |
| Compensation | 708 | |
| **Project Costs** | **1,123** | |
| **Product Requirements** | | |
| Valves | 909 | |
| DS | 746 | |
| **Total Product Costs** | **$ 1,655** | |
| **Total Spend** | **$ 2,778** | |

| ALIGN-AR | | J-Valve EFS | |
|---|---|---|---|
| Mean age = 75.5 ± 10.8<br>Mean Annulus Perimeter = 79.1 | | Mean age = 80.5 ± 4.3<br>Mean Annulus Perimeter = 87.6 | |
| S | 41 (22.8%) | 22mm | 0 (0%) |
| M | 36 (20.0%) | 25mm | 1 (6%) |
| **L** | **103 (57.2%)** | 28mm | 4 (27%) |
| | | **31mm** | **6 (40%)** |
| | | **34mm** | **4 (27%)** |



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 08
# Lunch

# 09

# Capital Formation & Strategic Update

# 10

# Executive Session

# Appendix

# Regulatory


MDR Timeline
JENAVALVE
MDR Approval
Moved out 1 month
Submission required within 30 days of contract
UPDATE
JenaValve
MDR Re-Application
Submission to PCBC
Deficiency Response
2023
2024
2025
Q4
Q1
Q2
Q3
Q4
Q1
Q2
O N D J F M A M J J A S O N D J F M A M J
PCBC
Substantive Review
Acceptance of Submission
Deficiency Letter
Expert Panel
Contract PCBC-JVT
Contract signed by May 26, 2024, allows 3-year extension
MDR Certificate
© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# MDR Timeline

JENAVALVE




© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# R&D

# Commercial

# Real-World Evidence Development: European Registry and Data Plan of Action

## Leveraging Existing & Future Commercial Implants to Drive Innovative Evidence Pipeline

### Data Registry Coordinating Site

(Luca Testa, M.D. San Donato, Milan, It.)

- Contracting Finalize (5/2024)
- Purch, train on Comm Database (5/2024)
- Dev/approve data collection form (5/2024)
- Transition Retrospective to Prospective Data Collection June 2024
- Testa leads Pantheon/Purpose Registries

### Registry Co-PI Change

(Tanja Rudolph and Matti Adam)

- Confirm Change w/ SB,HT (DGK April) )
- Implement change w/ rev. protocol - June
- Form Registry Steering Committee and Publications Committee
- Upgrade Internal JVT Clinical Position based in Europe to support

### Collect Retrospective Patient Data

(Koln Junior Faculty ID'd as Lead.)

- Koln Junior Faculty identified as lead.
- Approval from MA obtained
- Contracting March 2024
- Data Collection March-June 2024 (Koln, Bad O, Mainz 80% collected)
- Pass-through costs for all future commercial implants to each site to ensure appropriate follow-up that will allow us to have a rich dataset.
- Data will be used to fulfill JVT PMCF requirements in the EU.
- Potential to use this data to supplement future submissions for indication expansion of Trilogy.

### Additional Evidence Dev. Plans

(Active Initiated Studies)

- LVAD (Manuscript Prep- TR)
- Pacer predictors (Submitted- MA, DP)
- 2 year Align AS (Manuscript Prep-HT, DP)
- Commercial AS (AT,MA,DP)
- ALIGN AS-AR valve performance comparison (Data Analysis-DP)

### Studies to Initiate in 2024

(with Commercial Data)

- Commercial AS v AR pacer/valve Hemodynamic performance
- Utilization in iliac <7 mm
- Ease of coronary access confirmation
- Learning curve/Ease of implantation


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Chronic AR Patients Often Present with Larger Annuli (Enlargement/Dilatation)

**Aortic root dilatation found to be the most common cause of severe AR and independently associated with age (Aligns with high-risk TAVR indication)**


**Abstract**

To evaluate the relation of aortic root dilatation to aortic regurgitation, we examined clinical, echocardiographic, and radionuclide cineangiographic findings in 102 patients with severe aortic regurgitation. Aortic root dilatation was the only apparent cause in 31 patients (30%), exceeding in prevalence any valvular cause, and was independently associated only with older age (p less than 0.001). Echocardiography showed dilatation to be either localized to the sinuses of Valsalva or to be generalized. At initial evaluation, patients with generalized dilatation had severer abnormalities of left ventricular size and function than those with localized or no dilatation. Aortic valves were subsequently replaced in more patients with generalized than localized dilatation during 28 +/- 17 month follow-up (9 of 15 patients compared with 2 of 15, p less than 0.03). Thus, idiopathic aortic root dilatation is the commonest definable cause of severe aortic regurgitation; aortic root dilatation is associated independently with age but not blood pressure; and generalized aortic root dilatation is associated with marked ventricular dilatation, hypertrophy, and dysfunction.


Roman MJ et al. Ann Intern Med 1987;106(6):800-7.

| ALIGN-AR | | J-Valve EFS | |
|---|---|---|---|
| Mean age = 75.5 ± 10.77<br>Mean Annulus Perimeter = 79.3 | | Mean age = 80.5 ± 4.3<br>Mean Annulus Perimeter = 87.6 | |
| S | 41 (22.8%) | 22mm | 0 (0%) |
| M | 36 (20.0%) | 25mm | 1 (6%) |
| **L** | **103 (57.2%)** | 28mm | 4 (27%) |
| | | **31mm** | **6 (40%)** |
| | | **34mm** | **4 (27%)** |

| 57% of patients in ALIGN-AR received Trilogy L (80-90mm) | 67% of patients in J-Valve EFS received 31/34mm valve (85-104mm) |
|---|---|


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Trilogy Valve Sizing vs Other THVs




Current Trilogy sizing represents most limited annulus range compared to leading commercial TAVR (EW and MDT) and competition (J-Valve)

| | Patients Screened (N) | Screen Fail due to Annulus size > 90mm (n) | (%) | Potential Pts. between 90-98mm (n) | (%) |
|---|---|---|---|---|---|
| **ALIGN-AR** | 432 | 34 | 7.9% | 27 | 6.3% |
| **US CAP** | 182 | 20 | 11.0% | 15 | 8.2% |
| **EU Commercial** | 306 | 32 | 10.5% | 25 | 8.2% |

*Annular dimensional data taken from JVT 3Mensio Screening reports (as of June 30th, 2023)*

- 86/920 (~11%) patients screened for Trilogy had anatomy larger than 90mm.
- Many PIs "pre-screened" larger annuli knowing the patients would not meet Trilogy sizing criteria; thus 11% is a conservative estimate of the patients larger than 90mm.
- **In the J-Valve EFS, 6/15 (40%) of the patients enrolled had anatomies larger than 90mm. Many of these patients were ALIGN-AR screen fails.**


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# 2024-2025 Strategic Commercial Objectives

1. **Continue to Build and Accelerate Strategic Value for the Company**
2. **Develop Compelling Real- Life Evidence and European Registry –Clinical Outcomes, AR Disease State, Economics**
3. **Expand Commercial Footprint via Focus on Top Centers to Drive Deep Adoption**
4. **Expand Therapy Awareness Approaches and Tactics for Broader Reach**
5. **Execute Plans Focused on Driving Awareness of AR Market Opportunity**


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Operations

# Valve Inventory Picture Supporting AWT

| Inventory as of 15th March | |
|---|---|
| On hand finished goods | 364 |
| AWT requirement | 152 |
| AWT eligible | 50 |
| Build plan for 105 delta below | Completed by April 22nd |

Data as of 15MAR

| Sizing | AWT Reqmt | On Hand | w/c 25MAR | w/c 8APR | w/c 22APR |
|---|---|---|---|---|---|
| 23 | 48 | 29 | 5 | 11 | 3 |
| 25 | 56 | 16 | 13 | 3 | 24 |
| 27 | 48 | 5 | 3 | 2 | 41 |
| TOTAL | 152 | 50 | 21 | 16 | 68 |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# DS SUPPLY EXECUTIVE SUMMARY

**RECOVERY**
- DS recovery program remains **on track**
- Materials arrive in summer Q2
- Ramp in Q3
- Unconstrained in Q4

**RAMP**
- Recruiting started
- Production improvements underway
  - Minor investments in tooling & equipment
- Other (non PTFE) vendors engaged in capacity planning

**UNCONSTRAINED**
- Q1 2025 will start 2nd shift
- Develop plans for additional space requirements late Q4


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# DS Recovery program workstreams

## How will we meet FY24 needs? & Workstream Updates




| Secondary Sourcing | Probability of Success | Est. Completion |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 1 – Duke utilizing secondary PTFE source, MediFluoro, in parallel to bridge demand gap.<br>**Status:**<br>a – Duke built products w/ new PTFE liner. Test pending.<br>b – Duke facility move in progress. Project late Mar completion.<br>2 – Secondary sourcing with CathX in process.<br>a – Reprioritize to ensure Duke come on-line in FY24. | 1a – 95%<br>1b – 75%<br>2 – 50% | 1 – Q2-FY24<br>2 – Q2-FY25 |
| 0) Reprocessing Non-Conformance Lot<br>1) Transition to CathX in process.<br>**Status:**<br>a – Bridge probable demand gap with Surmodics special build.<br>b – Continue to prioritize CathX build.<br>2) Secondary sourcing with Peijia.<br>**Status:**<br>a – Assessing. | 0 – 100%<br>1a – 95%<br>1b – 80%<br>Viable? | 0 – March.<br>1a – Q1-FY24<br>1b – Q3-FY24 |
| 1) Transition to CathX in process.<br>**Status:**<br>a – Bridge probable demand gap with Surmodics special build.<br>b – Continue to prioritize CathX build.<br>2) Secondary sourcing with Peijia in near future. | 1a – 95%<br>1b – 80% | 1a – Q1-FY24<br>1b – Q3-FY24 |
| 1) Add Jaffrey PTFE as alternative to Zeus PTFE.<br>**Status:**<br>a – Project near completion. Reg submission in April. | 95% | 1 – Q1/Q2-FY24 |

Data as of 14MAR24

2



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Costa Rica Parks

# Costa Rica Free Trade Zones

## 3 Parks identified for future JenaValve site

## Heat map on space availability for 2025 project commencement

| ID | Park | Comments | Identified Land Plots | Reserve constraints | Strategy to secure availability |
|---|---|---|---|---|---|
| 1 | Evolution | New park with anchor tenants:<br>• J&J (1,500 employees)<br>• Inari Medical | FIPI-H or<br>FFPI-06 (next to Inari) | Do not "Hold" lots | Execute Lease by Aug 2025<br>(if early termination then $1.8MM enforceable rent fee) |
| 2 | La Lima | Reaching Max capacity<br>Existing tenants expanding:<br>• Terumo<br>• Edwards Lifesciences<br>• Boston Scientific (3,000 employees) | Lot #27 or<br>Lot #3 | Can hold for 2 months (free) | Start Land Hold Nov 2024<br>(no cost) |
| 3 | Green Valley | New park outside GMA | Lot #7 | Yes, can hold lot (awaiting proposal) | No constraints, able to start project in 2025 |


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Costa Rica Site Project Costs

| ($ in 000's) | Yr 1 Forecast | Yr 2 Forecast | Yr 3 Forecast |
|---|---|---|---|
| Training materials | [redacted] | | |
| Travel | | | |
| Lease | | | |
| Validation costs | | | |
| Employees expense | | | |
| **Total expenses** | | | |
| | | | |
| Equipment | | | |
| Construction costs | | | |
| **Total CAPEX** | | | |
| | | | |
| **Total "ASK"** | | | |
| | | | |
| **Target spend** | | | |
| **Gap** | | | |





© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Background

# Evolution

Standard Cold Shell Building Proposal:
Monthly Lease = $48,500 (Phase I - 53,800 sqft)
Delivered 13 months after Execution of Lease agreement

## CONSTRUCTION SCHEDULE
## PHASE 1 AT FFPI-H





© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Evolution

Lease Conditions

- **Rent Payment Commencement Date**: Date of delivery (DoD) of the Standard Cold Shell Building (SCSB) Phase I. If Landlord constructs Tenant's internal improvements, rent payment starts at the delivery of the Turn-Key Building.
- **Annual Rent Increments**: 3.5% annual increments for the whole term.
- At the Execution of the Lease Agreement, tenant shall provide a security deposit equivalent to one month of rent.
- At the Execution of the Lease Agreement, tenant shall deliver a Corporate Guarantee to secure any outstanding rents during the period of the lease.
- **Term of the Lease Agreement**: 5 years.
- **Early termination**: Lease Agreement shall have a minimum of three (3) years of enforceable rent. Therefore, if such early termination occurs before the end of year three (3) of the term, Tenant shall pay Landlord a penalty equivalent to the amount of 100% of the pending rent to complete the three (3) years. If such early termination by Tenant occurs after the end of year three (3) Tenant must cancel a penalty of 6 months of rent. If at any time prior to the termination or expiration of the Lease Term, Tenant wishes to terminate the Lease Agreement, it must provide prior written notice to Landlord six (6) months in advance of the expected termination date.

2024 – no expenses

Start Lease Agreement: Aug 2025

3-yrs lease = $1.8MM

Operations by Dec 2026



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Administrative

PX2342



# 2024 Corporate Goals DRAFT

| Goal | Due Date | Stretch Goals | Weighting |
|---|---|---|---|
| **REGULATORY / CLINICAL** | | | |
| Approval of ARTIST Protocol | Jun 30 | | |
| ARTIST Patient Enrollment – 5pts min | Dec 31 | | |
| Submission EU MDR ( provides an extension to Dec. 2027) | May 20 | | |
| **OPERATIONS / RESEARCH & DEVELOPMENT** | | | |
| AWT Root Cause Analysis Complete (Tissue Rail Tear, >20% Total Regurgitation, 25min round fracture) | July 31 | May 31 | |
| AWT Test Start | Aug 30 | June 30 | |
| Delivery System Supply To Support CAP, Clinical, ARTIST (XXX#) | Oct 1 | | |
| Complete Design Review 1 - XT Plus (Upgraded XT – TF3 Features + Mfg. Improvements/2nd Source) | Dec 31 | | |
| Large Valve Size 29 completion of a data development plan | Dec 31 | Nov 30 | |
| **EVIDENCE DEVELOPMENT / COMMERCIA** | | | |
| XX Peer Review Journal Publications (4) | Mar 31 | | |
| EU Registry "ARRIVE" | XXX | | |
| Therapy Awareness (Rehab of low enrolling sites) | Sep 30 | >4 - 120%<br>2-3 – 80% | |
| Imaging Best Practices and Training Module<br>Imaging SAB | XXX | | |



© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

### Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 9 | Date Range: 1/14/2025 |

### Outline of Conversations

**159999cb57a2ff267ebc5b14a1b810bf - 2025/01/14** • 9 messages on 1/14/2025 •
[redacted]t • John K[redacted]

**Messages in chronological order** (times are shown in GMT +00:00)

**159999cb57a2ff267ebc5b14a1b810bf - 2025/01/14**

# [redacted] 1/14/2025, 5:53 PM
Hey John,
I am about to hop in the care for a 1.5hr drive. Do you have some time to catch up somewhere in that window?
Jan

# John K [redacted] 1/14/2025, 5:56 PM
I have a mtg in 5min. Call in about 30/45?
EW presents at 11:15. Played tag with Don this am. Told him I would look for his at presentation.

# [redacted] 1/14/2025, 5:57 PM
That works. Just call when you have time.

# John K [redacted] 1/14/2025, 5:57 PM
10-4

# John K [redacted] 1/14/2025, 8:52 PM
Message that we discussed clearly delivered. He knows our postion re JValve. “We are committed to having both”. Unless he is playing possum, We are way ahead of him on info flow. He said “they were surprised by the FCO decision but had not read it as it was in German and his team is translating …”

# [redacted] 1/14/2025, 8:55 PM
Wow. The latter part feels very surprising. Hard to believe even …..

# John K [redacted] 1/14/2025, 8:56 PM
indeed …

# [redacted] 1/14/2025, 9:10 PM
Privileged-Redact

# John K [redacted] 1/14/2025, 9:19 PM
Privileged-Redact Cleary Privileged-Redact mike Privileged-Redact

Message

**From:** Olivier LITZKA [o.litzka@anderapartners.com]
**Sent:** 5/5/2025 6:22:11 AM
**To:** John Kilcoyne [kilcoyne@jenavalve.com]; Jan Keltjens [jankeltjens@hotmail.com]; Andrew Hack [ahack@baincapital.com]; Amir Zamani [azamani@baincapital.com]; Yuexin YU [y.yu@anderapartners.com]; Jan Pensaert(Jan.pensaert@valiance-am.com) [Jan.pensaert@valiance-am.com]; KennethMacleod [km@rosettacapital.com]; Keith Dawkins [keith@dawkins.org]; Dan Dearen [ddearen@gmail.com]; Shlomi Nachman [shlominachman@gmail.com]
**Subject:** RE: JenaValve - Not Urgent

Thanks for this summary John. While FDA and Artist/Edwards is disappointing, so much progress on the other fronts. Best regards, Olivier

---

**De :** John Kilcoyne <kilcoyne@jenavalve.com>
**Envoyé :** vendredi 2 mai 2025 20:31
**À :** Jan Keltjens <jankeltjens@hotmail.com>; Andrew Hack <ahack@baincapital.com>; Amir Zamani <azamani@baincapital.com>; Olivier LITZKA <o.litzka@anderapartners.com>; Yuexin YU <y.yu@anderapartners.com>; Jan Pensaert (Jan.pensaert@valiance-am.com) <Jan.pensaert@valiance-am.com>; Kenneth Macleod <km@rosettacapital.com>; Keith Dawkins <keith@dawkins.org>; Dan Dearen <ddearen@gmail.com>; Shlomi Nachman <shlominachman@gmail.com>
**Objet :** JenaValve - Not Urgent

All,

Good afternoon and evening... a Friday update.

<u>**FTC**</u>

- Certificate of Compliance – Received by the FTC on Friday April 25th
- EW is targeting their FTC submission b/t May 5th thru 12th
- The 60 Timing Agreement clock will start upon its receipt
- Expected FTC response early July

<u>**FDA**</u>

- **Module 4** (Clinical data responses) to <u>**submitted Tuesday, April 29th**</u>
- Kevin Soucy our former FDA reviewer of 4yrs (now a consultant) extremely helpful in reviewing
- [redacted]

<u>**AWT @ BDC**</u>

- [redacted]

<u>**AWT @ ac.biomed**</u> (confirmatory study)

- [redacted]

**DFM @ BDC** (test to failure)

- [redacted]

**ARTIST**

- Expect to enroll our 1st patient by end May
- Cedars (Raj) and Columbia (Torsten) fighting for the first case
- We will discuss the possibility of a live ARTIST case with the FDA to be presented at NY Valves (June 25-27)
- Note: Edwards delayed approval of the trial commitment spend (covenant requirement) by ~2mths, thus, we are ~3mths behind 1st patient enrollment.
  - This adversely impacts our ability to meet our Corp. Goal - 203 pts enrolled by Dec. 31, 2025

**Euro PCR** (May 20th - 23rd)

- Will forward our course outline asap
- Planning Reception on Thursday evening (7pm – 10pm) at the Paris Etoile Hotel (attached)

**Commercial** (best for last)

- In **April**, we implanted **81 Trilogys** (40 OUS / 41 US) == ***RECORD MONTH!***
- **Total $ =** [redacted]
- Currently, we have sightline to ~65 Trilogy implants in May

Best,

John

John Kilcoyne
Chief Executive Officer

JENAVALVE

JenaValve Technology, Inc.
4 Cromwell
Irvine, California 92618 USA
Office: (949) 767-2110 Ext 1030
E-Mail: kilcoyne@jenavalve.com
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

==================

Ce message et les fichiers joints sont protégés dans leur intégralité par le secret des correspondances et sont la propriété d'Andera Partners ; ils peuvent contenir des informations à caractère confidentiel ou protégées par le secret des affaires. Ils sont établis à l'attention exclusive de leur(s) destinataire(s). Si vous n'êtes pas le destinataire de ce message, toute utilisation, divulgation, diffusion, ou reproduction totale ou partielle sous une quelconque forme de ce message ou de son contenu est strictement interdite et soumise à une autorisation préalable de son expéditeur. Si vous recevez ce message par erreur, merci de le détruire immédiatement et d'en prévenir l'expéditeur par email. Tout message électronique est susceptible d'altération et son intégrité ne peut être garantie. Andera Partners décline toute responsabilité au titre de ce message s'il a été modifié ou falsifié totalement ou partiellement. Conformément à la Loi Informatique et Libertés, n°78-17 du 6 juillet 1978, modifiée par la loi n°2004-801 du 6 août 2004, vous avez le droit d'interroger Andera Partners en vue de savoir si les traitements automatisés dont il dispose contiennent des informations nominatives vous concernant. Vous pouvez également les faire rectifier ou les faire supprimer.

This message and the attachments are protected in its whole by the secrecy of correspondence rules and are the property of Andera Partners; furthermore it may

contain privileged or confidential information that are protected by law, in particular by the secrecy of business relations rule. They are intended solely for the destination of its addressee(s). If you are not the intended recipient, any use, disclosure, or reproduction either in whole or in part of this message or information contained herein is strictly prohibited without the prior consent of its issuer. If you have received this message by error, please destroy it immediately and notify the sender by e-mail. Any electronic message may be altered and its integrity cannot be assured. Andera Partners declines any responsibility for this message in the event of alteration or falsification either in whole or in partial. In accordance with the French Law on Data Protection and Civil Liberties, N°78-17 dated July 6, 1978, amended by the Law N°2004-801 dated August 6, 2004, you have the right to query Andera Partners to know if its computer records contain any personal information about you. You can also have them corrected or deleted.

Message

**From:** Jan Keltjens [jankeltjens@hotmail.com]
**Sent:** 8/11/2025 7:01:00 AM
**To:** Shlomi Nachman [shlominachman@gmail.com]; Dan Dearen - Axonics Modulation Technologies (ddearen@axonicsmodulation.com) [ddearen@gmail.com]; Keith Dawkins [keith@dawkins.org]; Ken Macleod (km@rosettacapital.com) [km@rosettacapital.com]; Jan Pensaert [janpensaert@hotmail.com]
**CC:** Andrew Hack [ahack@baincapital.com]; Olivier Litzka [o.litzka@anderapartners.com]; John Kilcoyne [kilcoyne@jenavalve.com]
**Subject:** Minutes meeting Compensation Committee
**Attachments:** JVT Compensation Committee minutes of 20250807.pdf; JVT Overview of 2025 Revised Corp Goals Aug 8 2025.xlsx; 2025 Current and Revised Corporate Goal Recommedation Payout Summary.pdf

Dear Fellow Board members,

Last week the Compensation Committee discussed a number of compensation related matters with John Kilcoyne. This includes the appointment of John Molyneux as acting VP Operations, some adjustments to the current retention plan as well as revised 2025 Corporate Goals. We briefly touched on the latter in our Board call last week.

Please find attached the minutes of this CompCo meeting with associated attachments.
John will communicate these changes during his visit's to and company meeting in Irvine (today), Leeds (Wednesday) and Munich (Thursday).

Best regards,
Jan

JENAVALVE

Jan Keltjens
Chairman of the Board of Directors
phone: +31648228881
email: jankeltjens@hotmail.com
www.jenavalve.com

**JenaValve Technology, Inc.**

Minutes of Meeting of the Compensation Committee of August 7, 2025

The Compensation Committee ("CompCo") of JenaValve Technology, Inc. (the "Company") met in a video meeting on August 7, 2025. All CompCo members (Olivier Litzka, Andrew Hack and Jan Keltjens) participated in these discussions and decisions are unanimous. Decisions taken and action items are recorded in these minutes. John Kilcoyne, CEO, attended the meeting as well and presented various topics.

1. **John Molyneux – Acting VP of Operations**

John Molyneux is the current Head of Operations – Leeds. John Kilcoyne is recommending to appoint John Molyneux to be the **"Acting" VP of Operations** (both Leeds and Irvine), effective August 25th – backfilling Jeff Thiel, the current VP Operations who is retiring.

A retained search for this position will be conducted as soon as we have visibility to the FTC's decision and more clarity on JVT's path forward. John Molyneux is very interested in interviewing for the permanent VP role and has agree to move to the US if chosen.

John Molyneux will remain living in the UK. Current assessment is that will be 75% Leeds/25% Irvine.

Compensation Recommendation:

[redacted]

The Compensation Committee unanimously approved this recommendation of John Kilcoyne.

2. **Adjustment of 2025 Corporate Goals and Objectives**

John Kilcoyne is recommending to adjust various 2025 Corporate Goals and Objectives.

The justification for these adjustments is to allow for a number of, mostly external, factors having a significant impact on 2025 G&O attainment and the potential demotivating effect on employees. These factors include the impact of limited interim funding, of DOGE on regulatory agencies and delay in critical decision making under the M&A agreement.

The CompCo urged the company to maintain a certain discipline that no material relief (apart from some scoring systematics alignment) is given in Goals which are within control of the company. This to not send an adverse signal re bonus culture to the team.

These adjustments are such that with today's view on the balance of the year, the overall 2025 G&O achievement is targeted around 100%. Per request of CompCo we should avoid setting G&O's such that scoring will be materially above 100% without some significant overachievements in key areas.

Following the CompCo meeting and taking into account their feedback, John did adjust some of the proposed adjustments and added the associated justification. Attached document is reflecting the proposal following these changes.

The Compensation Committee unanimously approved this recommendation.

3. **Retention Plan**

Upon signing the M&A agreement with EW mid 2024, the Board approved a Retention Plan which was developed contemplating a potential transaction closure by ~April/May '25. As we all know this now got delayed significantly, first to July, then to August and now likely Jan. '26.

John Kilcoyne is recommending an amendment of the current Retention Plan to acknowledge our employee's ongoing perseverance and support, as well as enhance retention. This adjustment is that the retention incentive is increased by 10%. Other conditions of the Retention plan are unchanged. The total

4. **Any Other Business**

There being no further business, the meeting was adjourned.

Jan Keltjens
Chairman of the Compensation Committee

# Document Produced in Native Format

# Corporate Goals 2025 – REVISED RECOMMENDATION

**Revised payout is summarized below based upon a percentage achievement**

**Bonus:**

| % achievement | Gross Payout | Incremental over 100% accrual* |
|---|---|---|
| [redacted] | | |

[redacted] of Current Bonus Achievement (currently being accrued)


© 2024 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.