PX-2398 - PX-2533

(see exhibit stamps bottom right corner)

PX-2398 (Pg. 2)

PX-2417 (Pgs. 3-6)

PX-2432 (Pgs. 7-9)

PX-2457 (Pgs. 10-11)

PX-2461 (Pgs. 12-16)

PX-2463 (Pgs. 17-18)

PX-2473 (Pgs. 19-20)

PX-2480 (Pgs. 21-22)

PX-2533 (Pgs. 22-24)

**jankeltjens@hotmail.com**

**From:** John Kilcoyne <kilcoyne@jenavalve.com>
**Sent:** Thursday, March 6, 2025 00:22
**To:** Jan Keltjens
**Subject:** D Bobo Discussion Points

**Importance:** High

10 CET videocall

Jan,

[redacted]

- [redacted]
- Module 4 – received earlier this week [redacted]
- [redacted]
- How do you see the FTC process?
- [redacted] WO – sitting on it for 22days – now a request for the MSA (enrollment start in jeopardy [redacted] - trial data base needed) [redacted]

John

**John Kilcoyne**
Chief Executive Officer

JENAVALVE

**JenaValve Technology, In**[redacted]
4 Cromwell
Irvine, California 92618 US[redacted]
Office: (949) 767-2110 Ext 1[redacted]
E-Mail: kilcoyne@jenavalve.[redacted]
www.jenavalve.com

Confidentiality: The information contained in this e-mail transmission is intended only for the use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail message, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission, and destroy the original e-mail transmission and its attachments without reading, saving, or utilizing it in any manner. Thank you.

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 37 | Date Range: 2/27/2023 |

### Outline of Conversations

**EDC0201672 - 2023/02/27** • 37 messages on 2/27/2023 • Daniel Sun [redacted] • Ryan Polzin [redacted]

**Messages in chronological order** (times are shown in GMT +00:00)

**EDC0201672 - 2023/02/27**

DS **Daniel Sun** [redacted] 2/27/2023, 9:07 PM
Pete talking and sitting next to a guy he says he wants to be out next commercial lead

DS **Daniel Sun** [redacted] 2/27/2023, 9:07 PM
Said he worked at portico and Medtronic

RP **Ryan Polzin** [redacted] 2/27/2023, 9:08 PM
Oh yeah. That's cool

DS **Daniel Sun** [redacted] 2/27/2023, 9:08 PM
He's buddied up to him and was talking to him during our FDA presentation

DS **Daniel Sun** [redacted] 2/27/2023, 9:08 PM
U know who it is?

RP **Ryan Polzin** [redacted] 2/27/2023, 9:08 PM
What's he look like?

RP **Ryan Polzin** [redacted] 2/27/2023, 9:09 PM
Big guy. Small guy

DS **Daniel Sun** [redacted] 2/27/2023, 9:10 PM
Big guy, short hair

DS **Daniel Sun** [redacted] 2/27/2023, 9:10 PM
I mean not huge

DS **Daniel Sun** [redacted] 2/27/2023, 9:10 PM
Let me ask Pete

RP **Ryan Polzin** [redacted] 2/27/2023, 9:13 PM
How's the conference?

DS **Daniel Sun** [redacted] 2/27/2023, 9:14 PM
Max

DS **Daniel Sun** [redacted] 2/27/2023, 9:14 PM
A guy named Max Catalano?

DS **Daniel Sun** [redacted] 2/27/2023, 9:14 PM
It's good. Duane just presented, did well

RP **Ryan Polzin** [redacted] 2/27/2023, 9:14 PM
Yeah I've met him. He works at Crowdstrike

DS **Daniel Sun** [redacted] 2/27/2023, 9:14 PM
Duane's meeting last night was the big one though

DS **Daniel Sun** [redacted] 2/27/2023, 9:14 PM
Lots to update u on there

RP **Ryan Polzin** [redacted] 2/27/2023, 9:15 PM
Yeah he called me today

DS **Daniel Sun** [redacted] 2/27/2023, 10:01 PM
Cool ok so he gave u an update

RP **Ryan Polzin** [redacted] 2/27/2023, 10:01 PM
Just a 2 minute version.

RP **Ryan Polzin** [redacted] 2/27/2023, 10:02 PM
Said there would be more another time

DS **Daniel Sun** [redacted] 2/27/2023, 10:10 PM
👍

DS **Daniel Sun** [redacted] 2/27/2023, 10:11 PM
We found out that Dean, Reardon and Webb are going to the national PIs for j-valve trial

DS **Daniel Sun** [redacted] 2/27/2023, 10:11 PM
They've already done 36 compassionate use cases in US

DS **Daniel Sun** [redacted] 2/27/2023, 10:11 PM
Coming hot at our heels

RP **Ryan Polzin** [redacted] 2/27/2023, 10:16 PM
Wow

DS **Daniel Sun** [redacted] 2/27/2023, 10:20 PM
Yea.... If we wait on expanding our AR indication we will be giving up our lead

RP **Ryan Polzin** [redacted] 2/27/2023, 10:21 PM
Yeah for sure. Hopefully that's enough to scare the team into doing the right thing for the next trial

RP **Ryan Polzin** [redacted] 2/27/2023, 10:22 PM
It's a good thing you came around on the AS stuff dude!

RP **Ryan Polzin** [redacted] 2/27/2023, 10:22 PM
🤡

DS **Daniel Sun** [redacted] 2/27/2023, 10:22 PM
They have performed cases at Henry Ford, Christ, Houston Methodist, Vancouver, Toronto

DS **Daniel Sun** [redacted] 2/27/2023, 10:22 PM
They are going to try to skip EFS and go right to pivotal study

DS **Daniel Sun** [redacted] 2/27/2023, 10:22 PM
😂 to "It's a good thing you came around on the AS stuff dude! "

DS **Daniel Sun** [redacted] 2/27/2023, 10:23 PM
In our physician meeting, half the docs didn't even believe the undertreatment underdiagnosis... Which actually kind of proves our point that the awareness is so low

DS **Daniel Sun** [redacted] 2/27/2023, 10:25 PM
But shows u can't just invite a bunch of well known docs to a meeting and expect them to really inform u on AR when they don't really study it much

RP **Ryan Polzin** [redacted] 2/27/2023, 10:25 PM

Exactly

RP **Ryan Polzin** [redacted] 2/27/2023, 10:25 PM

Good info

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 27 | Date Range: 7/25/2024 |

### Outline of Conversations

**CHAT - 68438 0010000001 - 01543 - 2024/07/25** • 27 messages on 7/25/2024 • Devin Baerenwald [redacted] • Malte Stukenberg [redacted] • _$!<Other>!$_ [redacted]

**Messages in chronological order** (times are shown in GMT +00:00)

**CHAT - 68438_0010000001 - 01543 - 2024/07/25**

MS **Malte Stukenberg** [redacted] 7/25/2024, 10:42 AM
Edwards will also buy J-Valve

DB **Devin Baerenwald** [redacted] 7/25/2024, 10:42 AM
Yup.

MS **Malte Stukenberg** [redacted] 7/25/2024, 10:42 AM
But why….

DB **Devin Baerenwald** [redacted] 7/25/2024, 10:42 AM
Because they're buying the whole AR market.

MS **Malte Stukenberg** [redacted] 7/25/2024, 10:43 AM
Buy them and keep them for the China market and keep trilogy for the rest?

DB **Devin Baerenwald** [redacted] 7/25/2024, 10:43 AM
🤷

DB **Devin Baerenwald** [redacted] 7/25/2024, 10:51 AM
How are you feeling about everything?

> MS **Malte Stukenberg** [redacted] 7/25/2024, 10:52 AM
No idea. Best company to get bought from. But no idea about my future? Will we both still be the training team for them?

> DB **Devin Baerenwald** [redacted] 7/25/2024, 10:52 AM
No idea at this point.

MS **Malte Stukenberg** [redacted] 7/25/2024, 10:51 AM
One good thing about that, they will never come to Europe with J-Valve

DB **Devin Baerenwald** [redacted] 7/25/2024, 10:52 AM
I imagine they're buying both so they can determine which technology is better to invest in long term.

> MS **Malte Stukenberg** [redacted] 7/25/2024, 10:52 AM
We

> DB **Devin Baerenwald** [redacted] 7/25/2024, 10:52 AM
Laughed at "We"

DB **Devin Baerenwald** [redacted] 7/25/2024, 10:52 AM
Fair.

DB **Devin Baerenwald** [redacted] 7/25/2024, 10:53 AM
It will likely be months before we know anything more.

> MS **Malte Stukenberg** [redacted] 7/25/2024, 10:53 AM
So drinking in Irvine?

> MS **Malte Stukenberg** [redacted] 7/25/2024, 10:53 AM
And to be honest. I don't think that we will find new people who will start at that point….

MS **Malte Stukenberg** [redacted] 7/25/2024, 10:53 AM
We have CE they need at least 4 years.

DB **Devin Baerenwald** [redacted] 7/25/2024, 10:53 AM
We have to get the new guys loader certified, but maybe we'll know more in two weeks.

> MS **Malte Stukenberg** [redacted] 7/25/2024, 10:53 AM
I can load drunk😂

DB **Devin Baerenwald** [redacted] 7/25/2024, 10:59 AM
Same.

MS **Malte Stukenberg** [redacted] 7/25/2024, 10:59 AM
So let's teach them how to load drunk😂

MS **Malte Stukenberg** [redacted] 7/25/2024, 11:06 AM
Is it possible that we accept cases of Taurus trio as the 5 Case experience?

DB **Devin Baerenwald** [redacted] 7/25/2024, 12:00 PM
I don't remember if we ever got an answer from Jane about that.

MS **Malte Stukenberg** [redacted] 7/25/2024, 12:01 PM
I would say yes. And if we can accept them before Mentice certification we have more flexibility with Peijia

DB **Devin Baerenwald** [redacted] 7/25/2024, 12:01 PM
Does any of this even matter any more? 😂

> MS **Malte Stukenberg** [redacted] 7/25/2024, 12:01 PM
That's 100% my thought😂😂😂😂

CONFIDENTIAL IN ITS ENTIRETY

[redacted]

# Executive Summary - Revised Sales Forecast 2025-2028

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

# Executive Summary – Revised Sales Forecast 2025 to 2028

[redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL – FTC v. EDWARDS/JENAVALVE

# Global Commercial Forecast 2026 - 2028 (Sept. Adjusted)

[redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

CONFIDENTIAL – FTC v. EDWARDS/JENAVALVE

# Impact of Revised Geographic Sales Allocation – July vs. Sep Fcst.

[redacted]


© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.
CONFIDENTIAL – FTC v. EDWARDS/JENAVALVE

# US Commercial Forecast 2026 - 2028 (September 15 Fcst.)

[redacted]



© 2025 JENAVALVE TECHNOLOGY, INC. ALL RIGHTS RESERVED. CONTENT IS PROPRIETARY & CONFIDENTIAL.

Message

| | |
|---|---|
| **From:** | Steve Sloan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5d433786d2614512941f72189b96c06a-dfbb9db6-e2] |
| **Sent:** | 6/18/2025 4:49:42 PM |
| **To:** | John Kilcoyne [kilcoyne@jenavalve.com] |
| **Subject:** | US TAM |
| **Attachments:** | JenaValve Market Model_December 2023 with [redacted] ASP.xlsx |

John,

I updated the US TAM model from [redacted] to [redacted] ASP.

**US TAM changes**

- High Risk moves from [redacted]
- Intermediate / Low Risk moves from [redacted]

Ryan didn't have an EU model; he thought those numbers came from you. Do you want me to move that number up from [redacted], or do you have other thoughts?

Steve

# Document Produced in Native Format

GIBSON DUNN

Deepak Nanda
Partner
T: +1 949.451.4064
M: +1 310.702.5809
dnanda@gibsondunn.com

February 11, 2025

VIA E-MAIL

Gunderson Dettmer Stough Villeneuve Franklin & Hachigian, LLP
3570 Carmel Mountain Road, Suite 200
San Diego, CA 92130
Attention: Jeffrey Thacker; John Olson; and Jennifer Sayles Okorn
E-mail: jthacker@gunder.com; jolson@gunder.com; jsaylesokorn@gunder.com

Re: Request (i) to Comply With Obligations Under Interim Funding Note [redacted]

Ladies and Gentlemen:

We represent Edwards Lifesciences Holding, Inc. ("Edwards"). We write in connection with (i) the Agreement and Plan of Merger, dated as of July 22, 2024 (the "Agreement"), among Edwards, Jupiter Merger Sub, Inc., JenaValve Technology, Inc. ("JenaValve"), and Shareholder Representative Services LLC, and (ii) the Interim Funding Note executed by Edwards and JenaValve on August 6, 2024 (the "IFN"). Capitalized terms used but not otherwise defined in this letter have the respective meanings given to such terms in the Agreement or IFN, as applicable.

[redacted]

[redacted]

GIBSON DUNN



[redacted]

[redacted]

[redacted]

[redacted]

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

Deepak Nanda

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 7 |
| Total Messages: 9 | Date Range: 8/1/2023 |

### Outline of Conversations

**95db6736ef25dc93cabd9fe5bd10f78d - 2023/08/01** • 9 messages on 8/1/2023 • + • [redacted]
<iMessage • Devin Baerenwald [redacted] • Lynda Bisaccia Spadaro
[redacted] • Ryan Polzin [redacted]

**Messages in chronological order** (times are shown in GMT +00:00)

**95db6736ef25dc93cabd9fe5bd10f78d - 2023/08/01**

| | | |
|---|---|---|
| # | [redacted]<br>https://www.prnewswire.com/news-releases/genesis-medtech-announces-fda-breakthrough-device-designation-for-the-j-valve-transfemoral-system-301889867.html | 8/1/2023, 3:16 PM |
| # | [redacted]<br>FYI. | 8/1/2023, 3:16 PM |
| RP | **Ryan Polzin** <[redacted]><br>Let the battle begin baby! A little competition is good! | 8/1/2023, 3:24 PM |
| DB | **Devin Baerenwald** <[redacted]><br>Thanks for the update, Chris. Certainly not the best of news, but great to know what's coming. | 8/1/2023, 3:25 PM |
| P | **Lynda Bisaccia Spadaro** [redacted]<br>It's no biggie. We got the heads up a couple of days ago. Thanks Chris for sharing | 8/1/2023, 3:28 PM |
| # | [redacted]<br>Emphasized "Let the battle begin baby! A little competition i…" | 8/1/2023, 3:28 PM |
| # | [redacted]<br>Liked "Thanks for the update, Chris. Certainly not the be…" | 8/1/2023, 3:28 PM |
| # | [redacted]<br>Liked "It's no biggie. We got the heads up a couple of d…" | 8/1/2023, 3:29 PM |
| P | **Lynda Bisaccia Spadaro** [redacted] | 8/1/2023, 3:38 PM |

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 2 | Date Range: 8/1/2023 |

## Outline of Conversations

**CHAT - 68438_0010000001 - 01612 - 2023/08/01** • 2 messages on 8/1/2023 • Daniel Sun [redacted] • Devin Baerenwald [redacted]

**Messages in chronological order** (times are shown in GMT +00:00)

**CHAT - 68438_0010000001 - 01612 - 2023/08/01**

DB **Devin Baerenwald** [redacted] 8/1/2023, 3:22 PM
https://www.prnewswire.com/news-releases/genesis-medtech-announces-fda-breakthrough-device-designation-for-the-j-valve-transfemoral-system-301889867.html

DS **Daniel Sun** [redacted] 8/1/2023, 5:14 PM
I saw... Hopefully the leadership realizes it's time to get ready for launch